MARK BRNOVICH
Arizona Attorney General (Firm State Bar No. 014000)
Drew C. Ensign (No. 025463)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-5025
Drew.Ensign@azag.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>    Plaintiff,<br><br>    vs.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00509-SMB<br><br>**NOTICE OF MOTION TO TRANSFER** |

   The Attorney General hereby provides notice that he has filed the attached motion to transfer this action in *Mi Familia Vota v. Hobbs*, No. 2:21-cv-01423-DWL.

   DATED this 31st day of March, 2022.

                                MARK BRNOVICH
                                ATTORNEY GENERAL


                                By: /s/Drew C. Ensign
                                Drew C. Ensign (No. 025463)
                                Deputy Solicitor General
                                2005 N. Central Avenue
                                Phoenix, AZ  85004
                                Attorney for Mark Brnovich in his official capacity as Arizona Attorney General

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/Drew C. Ensign