1

**MARK BRNOVICH**
**ATTORNEY GENERAL**

2

Joseph A. Kanefield (No. 15838)
 *Chief Deputy & Chief of Staff*

3

Brunn ("Beau") W. Roysden III (No. 28698)
 *Division Chief*

4

Drew C. Ensign (No. 25463)
 *Deputy Solicitor General*

5

Robert J. Makar (No. 33579)
 *Assistant Attorney General*

6

2005 N. Central Avenue

7

Phoenix, Arizona 85004
Telephone: (602) 542-5200

8

Drew.Ensign@azag.gov

9

*Attorneys for Defendants the State of Arizona and*

10

*Mark Brnovich, Arizona Attorney General*

11

**UNITED STATES DISTRICT COURT**

12

**DISTRICT OF ARIZONA**

13

Mi Familia Vota et al.,

14

                    Plaintiff,

15

vs.

16

Katie Hobbs, in her official capacity as

17

Arizona Secretary of State, et al.,

18

                    Defendants.

19

_____

20

Living United for Change in Arizona, et

21

al.,
                    Plaintiffs,

22

vs.

23

24

Katie Hobbs,
                    Defendant.

25

_____

26

27

28

Case No: 2:22-cv-00509-SRB

**STATE'S MOTION TO**
**CONSOLIDATE**

Poder Latinx,

                    Plaintiff,

vs.

Katie Hobbs,

                    Defendant.

_____

United States of America,

                    Plaintiff,

vs.

State of Arizona, et al.,

                    Defendants.

1

**MOTION TO CONSOLIDATE**

2        Defendants Mark Brnovich and the State of Arizona (collectively the "State")

3 hereby move pursuant to Fed. R. Civ. P. 42(a) and LRCiv 42.1(b) to consolidate *Promise*

4 *Arizona v. Hobbs*, 2:22-cv-01602-PHX-SRB with consolidated matter *Mi Familia Vota v.*

5 *Hobbs*, 2:22-cv-00509-PHX-SRB (the "Consolidated Matter"), which has already been

6 consolidated with four other suits: *Living United for Change in Arizona v. Hobbs*, 2:22-cv-

7 00519-PHX-SRB; *Poder Latinx v. Hobbs*, 2:22-cv-01003-PHX-SRB; *United States v.*

8 *Arizona*, 2:22-cv-01124-PHX-SRB; and *DNC v. Hobbs*, 2:22-cv-01369-PHX-SRB.

9 Promise Arizona opposes this motion.

10        The Consolidated Matter involves challenges to recently enacted Arizona election

11 laws, HB 2243 and HB 2492, under the Fourteenth and Fifteenth Amendments, and the

12 National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20510, *inter alia*.

13 Although this case only involves a challenge to HB 2243, it too includes equivalent

14 challenges to that statute under the Fourteenth and Fifteenth Amendments, as well as the

15 NVRA.

16        The Consolidated Matter and *Promise Arizona* therefore plainly involve "common

17 question[s] of law [and] fact." *See* Fed. R. Civ. P. 42(a). Consolidation will promote

18 efficiency and conserve the resources of this Court and the parties, as well as protecting

19 the parties from the potential prejudice that could result from separate resolutions.  (The

20 State has separately moved to consolidate *Arizona Asian American Native Hawaiian And*

21 *Pacific Islander For Equity Coalition v. Hobbs*, 2:22-cv-01381-PHX-SRB (*"AAANHPI"*),

22 which also includes a challenge to HB 2243 as well as HB 2492. That motion is currently

23 pending.)

24        Indeed, given that this Court has already consolidated *all five* other actions asserting

25 NVRA challenges to HB 2492, including two that also challenge HB 2243 under the

26 NVRA, it would be deeply anomalous to leave *Promise Arizona* unconsolidated. Such an

27 approach would pointlessly combine the drawbacks of both consolidation and non-

28 consolidation while foregoing many of the corresponding benefits. Put simply, it would be

1    the worst of all worlds. Moreover, the appropriateness of consolidation is recognized by

2    the fact that nearly all Plaintiffs (save AAANHPI and Promise Arizona) have affirmatively

3    sought consolidation here and no Defendant has opposed it.[1]

4    **CONCLUSION**

5       For the foregoing reasons, the State's motion to consolidate should be granted.

6

7       RESPECTFULLY SUBMITTED this 26th day of September, 2022.

8                    **MARK BRNOVICH**
                         **ATTORNEY GENERAL**

9                    By: s/ Drew C. Ensign

10                 Joseph A. Kanefield (No. 15838)
                 *Chief Deputy & Chief of Staff*

11                 Brunn ("Beau") W. Roysden III (No. 28698)
                 *Solicitor General*

12                 Drew C. Ensign (No. 25463)
                 *Deputy Solicitor General*

13                 Robert J. Makar (No. 33579)
                 *Assistant Attorney General*

14                 2005 N. Central Avenue

15                 Phoenix, Arizona 85004
                Telephone: (602) 542-5200

16                 Drew.Ensign@azag.gov
                *Attorneys for Defendants State of Arizona and*

17                 *Mark Brnovich, Arizona Attorney General*

18

19

20

21

22

23

24

25

26

27

28

---

[1] An equivalent motion is being filed in both the consolidated action and the *Promise Arizona* action.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

 s/ Drew C. Ensign
*Attorneys for Defendants State of Arizona and*
*Mark Brnovich, Arizona Attorney General*
