IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>Defendants. | No. CV-22-00509-PHX-SMB<br><br><br>**ORDER** |

This case challenges a recently-enacted Arizona statute, H.B. 2492, on various constitutional grounds. Doc. 1. Another case pending in the Court, *Living United for Change in Arizona v. Hobbs*, No. 2:22-cv-00519-SRB ("*LUCHA*"), challenges the same statute on substantially similar grounds. Because this case and *LUCHA* concern the same statute and similar legal issues, the Court concludes that this case should be transferred to District Judge Susan R. Bolton to avoid duplication of labor and achieve judicial economy. *See* LRCiv 42.1(e)(2), (3).

**IT IS ORDERED** that this case is transferred to District Judge Susan R. Bolton pursuant to LRCiv. 42.1(e). All future pleadings and papers submitted for filing shall bear the following complete case number: **CV-22-00509-PHX-SRB**.

Dated this 13th day of April, 2022.

_____
G. Murray Snow
Chief United States District Judge