**MARK BRNOVICH**
**ATTORNEY GENERAL**
Brunn W. Roysden III (AZ Bar. 28698)
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8958
Beau.Roysden@azag.gov

*Attorneys for Proposed Intervenor-Defendants State of Arizona and Mark Brnovich, Arizona Attorney General*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Mi Familia Vota,

Plaintiff,

vs.

Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,

Defendants.

Case No: 2:22-cv-00509-SRB

**JOINT STIPULATION RE CASE CONSOLIDATION AND ANSWER DEADLINE**

Pursuant to Rule 42(a) and LRCiv 42.1(b), the parties in this matter stipulate to consolidate this matter with **Living United for Change in Arizona et al v. Hobbs, Case No. 2:22-cv-00519-SRB (D. Ariz.)**. In so stipulating, no party waives any position, claim, or defense.

Further, all parties stipulate to a uniform Answer deadline of **June 6, 2022**.

RESPECTFULLY SUBMITTED this 2nd day of May, 2022.

By: s/ Brunn W. Roysden III
**MARK BRNOVICH**
**ATTORNEY GENERAL**
Brunn W. Roysden III
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-8958
Beau.Roysden@azag.gov
*Attorneys for Defendant Mark Brnovich, Arizona Attorney General*

By: s/ James E. Barton II *(w/permission)*
**BARTON MENDEZ SOTO PLLC**
James E. Barton II, AZ Bar No. 023888
401 W. Baseline Road
Suite 205
Tempe, AZ 85283
480-418-0668
james@bartonmendezsoto.com

**CAMPAIGN LEGAL CENTER**
Danielle Lang*
Jonathan Diaz*
Molly Danahy*
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
**Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*
*Living United for Change in Arizona, et al.*

By: s/ Roy Herrera *(w/permission)*
Roy Herrera (Bar No. 032901)

Daniel A. Arellano (Bar. No. 032304)
Jillian L. Andrews (Bar No. 034611)
**HERRERA ARELLANO LLP**
530 East McDowell Road Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

Marc E. Elias
Elisabeth C. Frost
John M. Geise
Mollie DiBrell
Alexander Atkins
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
jgeise@elias.law
mdibrell@elias.law
aatkins@elias.law
**Application for Admission Pro Hac Vice Forthcoming*
*Attorneys for Plaintiff Mi Familia Vota*

By: s/ Roopali H. Desai *(w/permission)*
**COPPERSMITH BROCKELMAN PLC**
Roopali H. Desai
D. Andrew Gaona
Kristen Yost
**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul
Christine Bass *
**Admitted Pro Hac Vice*
*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

s/ Brunn W. Roysden III
*Attorneys for Proposed Intervenor-Defendants State of Arizona and Mark Brnovich, Arizona Attorney General*