IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Poder Latinx,<br><br>     Plaintiff,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>     Defendants. | No. CV-22-01003-PHX-MTL<br>      CV-22-00509-PHX-SRB<br>**ORDER** |

The Court has considered Plaintiff's Motion to Transfer Related Case of *Poder Latinx v. Hobbs*, Case No. 22-cv-1003-MTL to the Honorable Susan R. Bolton. Defendant Katie Hobbs Arizona Secretary of State has filed a joinder. Defendant Stephen Richer Maricopa County Recorder has filed a Notice of Non-Opposition. No response in opposition has been filed by Defendant Mark Brnovich Attorney General of Arizona.

IT IS ORDERED granting Plaintiff's Motion to Transfer Related Case. (Doc. 10 and CV22-0509 Doc. 56)

IT IS FURTHER ORDERED that all future filings shall bear the case number CV22-01003-PHX-SRB.

Dated this 13th day of July, 2022.

Susan R. Bolton
United States District Judge