1
2
3
4
5
6  **UNITED STATES DISTRICT COURT**
7  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota,<br>　　　　　　　Plaintiff,<br>vs.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>　　　　　　　Defendants.<br>_____<br><br>Living United for Change in Arizona, et al.,<br>　　　　　　　Plaintiffs,<br>vs.<br><br>Katie Hobbs,<br>　　　　　　　Defendant.<br>_____<br><br>United States of America,<br>　　　　　　　Plaintiff,<br>vs.<br><br>State of Arizona, et al.,<br>　　　　　　　Defendants. | Case No: 2:22-cv-00509-SRB<br><br>**ORDER** |

1     The Court has considered the State's Motion for Extension of Time to Answer,

2     **IT IS HEREBY ORDERED** granting the motion. **A**ll pending August deadlines
3 to file answers or motions to dismiss are extended to **August 22, 2022**.

5     Dated this 8th day of August, 2022.

_____
Susan R. Bolton
United States District Judge