# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. CV 22-00509-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, | |
| Plaintiff, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br>    v.<br>State of Arizona, et al.,<br>            Defendants.<br>Democratic National Committee, et al.<br>            Plaintiffs,<br>    v.<br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br>            Defendants,<br>            and<br>Republican National Committee,<br>            Intervenor-Defendant. | |

The Court has considered the State's Motion for a Procedural Order Regarding Consolidated Briefing (Doc. 85) and the Joint Motion for a Procedural Order Regarding Briefing (Doc. 84) and MFV Plaintiffs' Opposition to the State's Motion for a Procedural Order Regarding Consolidated Briefing (Doc. 95), LUCHA Plaintiffs' Response to State's Motion for a Procedural Order Regarding Consolidated Briefing (Doc. 96), Plaintiff Poder Latinx's Opposition to the State's Motion for a Procedural Order Regarding Consolidated Briefing, and DNC-ADP Opposition to State's Motion for Consolidated Briefing (Doc. 99).

The parties agree to the following deadlines for filing various pleadings which the Court now orders:

| Filing | Deadline |
|---|---|
| Deadline for Plaintiff Poder Latinx to Amend Complaint | September 6, 2022 |
| Answer or Motion to Dismiss | September 16, 2022 |

| Response to any Motion to Dismiss | October 17, 2022 |
|---|---|
| Reply in support of any Motion to Dismiss | November 16, 2022 |

The parties have also agreed to certain page limitations in the event the Court does not order consolidated briefing as requested in the State's Motion for a Procedural Order Regarding Consolidated Briefing. Having considered the oppositions to that motion, the Court will not order consolidated briefing but will restrict the number of pages allowed in the various Plaintiffs' responses to the State's Consolidated Motion to Dismiss and also will modify the agreed upon pages limitations requested in the Joint Motion for a Procedural Order Regarding Briefing.

IT IS ORDERED that State Defendants may file a consolidated Motion to Dismiss that does not exceed 30 pages in length.

IT IS FURTHER ORDERED that, if all Plaintiffs except the United States agree to file a consolidated Response to the State Defendants' Motion to Dismiss, the consolidated Response shall not exceed 30 pages in length.

IT IS FURTHER ORDERED that, if there is not one consolidated Response, the Plaintiffs in each case may file a Response not to exceed 10 pages in length.

IT IS FURTHER ORDERED that the United States may file a Response to the State Defendants' Motion to Dismiss not to exceed 20 pages in length.

IT IS FURTHER ORDERED that the State Defendants' Reply Briefs to all Responses (including their Reply to the United States' Response Brief) shall not exceed 30 pages in length whether filed as one consolidated Reply or as separate Replies to the Responses.

Dated this 2nd day of September, 2022.

_____
Susan R. Bolton
United States District Judge