Daniel J. Adelman (011368)
Arizona Center for Law
In the Public Interest
352 E. Camelback Rd., #200
Phoenix, AZ  85012
(602) 258-8850
danny@aclpi.org

Jon Sherman (DC Bar No. 998271)
Michelle Kanter Cohen (DC Bar No. 989164)
Cecilia Aguilera (DC Bar No. 1617884)
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org

John A. Freedman
Jeremy Karpatkin
Erica McCabe
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001
(202) 942-5000
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Erica.McCabe@arnoldporter.com

Steven L. Mayer
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
(415) 471-3100
Steve.Mayer@arnoldporter.com

Leah R. Novak
Arnold & Porter Kay Scholer LLP
250 W. 55th Street
New York, NY 10019
(212) 836-8000
Leah.Novak@arnoldporter.com

*Counsel for Plaintiff Poder Latinx*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, et al., <br><br> Defendants. <br><br> ———————————————— <br> Living United for Change in Arizona, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, <br><br> Defendant, | Case No. 2:22-cv-00509-SRB <br><br> **NOTICE OF FILING OF FIRST AMENDED COMPLAINT BY CONSENT OF THE PARTIES** <br><br> (Honorable Susan R. Bolton) |

1    and

2    State of Arizona, et al.,

3                      Intervenor-Defendants.

4    Poder Latinx,

5                      Plaintiff,

6              v.

7    Katie Hobbs, et al.,

8                      Defendants.

9    United States of America,

10                     Plaintiff,

11             v.

12   State of Arizona, et al.,

13                     Defendants.

14   Democratic National Committee, et al.,

15                     Plaintiffs,

16             v.

17   State of Arizona, et al.,

18                     Defendants,

19                     and

20   Republican National Committee,

21                     Intervenor-Defendant.

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 15 and Local Rule of Civil Procedure 15.1(b), Plaintiffs have filed their First Amended Complaint, Dkt. No. 106 in this matter.   Per LRCiv. 15.1(b), a copy of the First Amended Complaint that indicates in what respect it differs from the Complaint, Dkt. No. 1, by striking through deleted text and underlining added text, is attached to this notice as Exhibit A. Plaintiffs hereby certify that all Defendants named in Plaintiffs' original Complaint, by their counsel, have consented in writing to the filing of the First Amended Complaint.

RESPECTFULLY SUBMITTED this 6th day of September, 2022.


/s/ Daniel J. Adelman
Daniel J. Adelman
Arizona Center for Law in the Public Interest
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012
danny@aclpi.org
(602) 258-8850

Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Cecilia Aguilera
D.C. Bar No. 1617884
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
(202) 331-0114

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John A. Freedman
Jeremy Karpatkin
Erica McCabe
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Erica.McCabe@arnoldporter.com
(202) 942-5000

Steven L. Mayer
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Steve.Mayer@arnoldporter.com
(415) 471-3100

Leah R. Novak
Arnold & Porter Kaye Scholer LLP 250 West
55th Street
New York, NY 10019
Leah.Novak@arnoldporter.com
(212) 836-8000

*Counsel for Plaintiff Poder Latinx*