Daniel J. Adelman (011368)
Arizona Center for Law
In the Public Interest
352 E. Camelback Rd., #200
Phoenix, AZ 85012
(602) 258-8850
danny@aclpi.org

Jon Sherman (DC Bar No. 998271)
Michelle Kanter Cohen (DC Bar No. 989164)
Cecilia Aguilera (DC Bar No. 1617884)
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
(202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org

John A. Freedman
Jeremy Karpatkin
Erica McCabe
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Erica.McCabe@arnoldporter.com

Steven L. Mayer
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
(415) 471-3100
Steve.Mayer@arnoldporter.com

Leah R. Novak
Arnold & Porter Kay Scholer LLP
250 W. 55th Street
New York, NY 10019
(212) 836-8000
Leah.Novak@arnoldporter.com

*Counsel for Poder Latinx, Chicanos Por La Causa, Inc., Chicanos Por La Causa Action Fund*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., <br>    Plaintiffs, <br> v. <br> Katie Hobbs, et al., <br>    Defendants. | Case No. 2:22-cv-00509-SRB <br> (Lead Case) <br><br> Case No. 2:22-cv-01003-MTL <br> (Consolidated) <br><br> **OPPOSITION TO IMMIGRATION REFORM LAW INSTITUTE'S AND ADVOCATES FOR VICTIMS OF ILLEGAL ALIEN CRIME'S MOTIONS FOR LEAVE TO FILE BRIEFS OF AMICUS CURIAE IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTION TO DISMISS** <br><br> (Honorable Susan R. Bolton) |
| Living United for Change in Arizona, et al., <br>    Plaintiffs, <br> v. <br> Katie Hobbs, <br>    Defendant, <br>    and <br> State of Arizona, et al., <br>    Intervenor-Defendants. | |
| Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund, <br>    Plaintiff, <br> v. <br> Katie Hobbs, in her official capacity as Secretary of State of Arizona, Mark Brnovich, in his official capacity as Attorney General of Arizona, Stephen Richer, in his official capacity as Maricopa County Recorder, Gabriella Cazares-Kelly, in her official capacity as Pima County Recorder, and Richard Colwell, in his official capacity as Yuma County Recorder, | |

1

|   |
|---|
| Defendants. |
| United States of America,<br>    Plaintiff,<br>    v.<br>State of Arizona, et al.,<br>    Defendants. |
| Democratic National Committee, et al.,<br>    Plaintiffs,<br>    v.<br>State of Arizona, et al.,<br>    Defendants,<br>    and<br>Republican National Committee,<br>    Intervenor-Defendant. |

The Immigration Reform Law Institute ("IRLI") and Advocates for Victims of Illegal Alien Crime ("AVIAC") have filed motions for leave to file amicus briefs in support of the pending motion to dismiss the consolidated Plaintiffs' cases. ECF Nos. 131 & 132. This transparent end run around the Court's page limits for briefing on the motion to dismiss should be denied.

An amicus brief serves three roles: "(1) to aid in a matter of general public interest; (2) to supplement efforts of counsel; and (3) to highlight relevant law that has escaped consideration." *Miracle v. Hobbs*, 333 F.R.D. 151, 156 (D. Ariz. 2019) (citing *Miller-Wohl Co. v. Comm'r of Labor & Indus., State of Montana*, 694 F.2d 203, 204 (9th Cir. 1982)).

IRLI and AVIAC's proposed amicus briefs fail to fulfill the third role of an amicus brief, as both briefs offer largely redundant legal argument and provide no new law to the Court.

Specifically, much of what IRLI and AVIAC's proposed amici briefs contain is duplicative of the arguments in the pending motion to dismiss. The vast majority of AVIAC's proposed amicus brief is devoted to additional legal argument concerning the NVRA, with the rest reiterating the state's compelling interest in voter integrity. *See* ECF No. 132-1 at 3-11. IRLI splits its proposed amicus brief equally between even more briefing concerning the NVRA and its argument for why Plaintiffs cannot state a claim under the *Anderson-Burdick* test. *See* ECF No. 131-1 at 4-16. All of these issues are briefed in the consolidated Motion to Dismiss, so in essence, IRLI and AVIAC merely wish to elaborate on the arguments the State of Arizona and Attorney General Brnovich have already made as to consolidated Plaintiffs' claims—to add their voice to the chorus. Additional pages for the parties to brief the numerous alleged legal violations in these five cases would benefit the Court and facilitate an efficient resolution of these disputed federal constitutional and statutory questions. However, the Court has already set strict page limits for the parties who have a far greater stake in the outcome of this case than IRLI and AVIAC. IRLI and AVIAC's briefs are merely an end run around those page limits.

Amicus briefs such as these—which merely expand on arguments already presented to the Court by the parties—are disfavored and accordingly have been repeatedly rejected, including in this district. *See, e.g.*, *JZ v. Catalina Foothills Sch. Dist.*, No. CV-20-00490-TUC-RCC, 2021 WL 5396089, at *1 (D. Ariz. Nov. 18, 2021) (rejecting motion for leave to file amicus brief that "serve[d] mainly to duplicate Plaintiffs' assertions and [did] not raise

3

legal arguments of which the Court [was] not already aware based on the parties' briefs and applicable law"); *Long v. Coast Resorts, Inc.*, 49 F. Supp. 2d 1177, 1178 (D. Nev. 1999) ("The vast majority of amicus curiae briefs are filed by allies of litigants and duplicate the arguments made in the litigants' briefs, in effect merely extending the length of the litigant's brief. Such amicus briefs should not be allowed." (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

Further, these proposed amici briefs would add significantly to the pages afforded to Defendants' position and permitting them would invite more briefing from amici supportive of Plaintiffs. IRLI's proposed amicus brief is 17 pages long, and AVIAC's proposed amicus brief is 11 pages long. That is a combined additional 28 pages in support of the motion to dismiss for a total of 58 pages in combination with the State of Arizona and Attorney General's brief of 30 pages. And this total of course does not include the reply brief. The Poder Latinx Plaintiffs respectfully submit that proposed amici should not be granted more pages than Plaintiffs are afforded in opposing the motion to dismiss, if writing separately. In addition, as this litigation has gained considerable attention among national and Arizona organizations and coalitions dedicated to voting rights and civic engagement, if the Court grants IRLI's and AVIAC's motions and considers their amicus briefs, it will of course be inviting amicus curiae briefs in support of consolidated Plaintiffs' opposition(s) to the pending motion to dismiss. No amicus briefs should be allowed in these district court proceedings; but if any are allowed, then all amici should be.

In sum, Defendants should not be afforded additional pages for their motion to dismiss through an amicus curiae loophole, but if they are, amici on all sides should be

4

permitted to enter and Plaintiffs should be granted the opportunity to respond to these amicus briefs. Rather than invite further briefing from all sides, this Court should deny IRLI and AVIAC's motions.

Dated: September 26, 2022        Respectfully submitted,

/s/ Jon Sherman
Jon Sherman*
D.C. Bar No. 998271
Michelle Kanter Cohen*
D.C. Bar No. 989164
Cecilia Aguilera*
D.C. Bar No. 1617884
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
(202) 331-0114

John A. Freedman*
Jeremy Karpatkin*
Erica McCabe*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Erica.McCabe@arnoldporter.com
(202) 942-5000

Steven L. Mayer*
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Steve.Mayer@arnoldporter.com
(415) 471-3100
Leah R. Novak*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

5

Leah.Novak@arnoldporter.com
(212) 836-8000

Daniel J. Adelman
Samuel Schnarch
Arizona Center for Law in the Public Interest
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012
danny@aclpi.org
SSchnarch@aclpi.org
(602) 258-8850

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice*