# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, | |
| Plaintiff, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |
| Democratic National Committee, et al. | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants, | |
| and | |
| Republican National Committee, | |
| Intervenor-Defendant. | |

On September 6, 2022 Defendant The Republican National Committee filed a Motion to Intervene. (Doc. 101) On August 24, 2022 the Court granted the Unopposed Motion to Intervene filed by The Republican National Committee in CV22-01369-PHX-SRB. On that same date the Court granted the Unopposed Motion to Consolidate CV22-1369-PHX-SRB with CV22-00509-PHX-SRB. In light of the granting of the Motion to Intervene and the Motion to Consolidate;

IT IS ORDERED denying as moot Defendant The Republican National Committee's Motion to Intervene. (Doc. 101)

Dated this 27th day of October, 2022.

_____
Susan R. Bolton
United States District Judge

2