DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** Susan R. Bolton  **Date:** December 15, 2022

**Case Number:** CV-22-00509-PHX-SRB

**Mi Familia Vota, et al v. Hobbs, et al.**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Daniela Lorenzo | Timothy Berg |
| | Daniel Arellano | M. Colleen Connor |
| | Andrew Federhar | Sambo Dul |
| | Sadik Huseny | Emily Ward |
| | Amit Makker | Tyler Carlton |
| | Niyati Shah | Anna Critz |
| | Molly Danahy | Drew Ensign |
| | Danielle Lang | |
| | Javier Ramos | **Also present:** |
| | John Geise | Counsel Kory Langhofer and |
| | Laura Bender | Thomas Basile for Intervenor |
| | Emily Brailey | Republican National Committee |
| | Richard Dellheim | |
| | Ernest Herrera | |
| | Luis Lozada | |
| | Daniel Ortega, Jr. | |
| | David Rosenbaum | |
| | Joshua Messer | |
| | Jon Sherman | |
| | Daniel Volchok | |

**MOTION HEARING:**

This is the time set for Hearing re: State's Consolidated Motion to Dismiss Plaintiffs' Complaints Under Rules 12(B)(1) and (B)(6)  (Doc. 127).  Argument held. IT IS ORDERED taking said motion under advisement.

Deputy Clerk: Maureen Williams
Court Reporter: Candy Potter

**Start: 10:03 AM**
**Stop:  11:38 AM**