**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-PHX-SRB (Consolidated) |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, et al. | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | United States of America, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | State of Arizona, et al., |
| 5 | Defendants. |
| 6 | Democratic National Committee, et al. |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 10 | |
| | Defendants, |
| 11 | |
| | and |
| 12 | |
| | Republican National Committee, |
| 13 | |
| | Intervenor-Defendant. |
| 14 | |
| | Arizona Asian American Native |
| 15 | Hawaiian and Pacific Islander for Equity Coalition, |
| 16 | |
| | Plaintiff, |
| 17 | |
| | v. |
| 18 | |
| | Katie Hobbs, in her official capacity as |
| 19 | Arizona Secretary of State et al., |
| 20 | Defendants. |
| 21 | Promise Arizona, et al. |
| 22 | Plaintiffs, |
| 23 | v. |
| 24 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 25 | |
| | Defendants, |
| 26 | |
| 27 | |
| 28 | |

2

| | |
|---|---|
| | Tohono O'odham Nation and Gila River Indian Community, |
| | Plaintiffs, |
| | v. |
| | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| | Defendants, |

Pending before the Court is Defendant Mark Brnovich's Motion to Consolidate in CV22-01901-PHX-SRB. The motion states that Plaintiffs Tohono O'odham Nation and Gila River Indian Community have consented to consolidation. Intervenor-Defendant Republican National Committee joins in the motion. No other party has responded in opposition.

**IT IS THEREFORE ORDERED** granting Defendant Mark Brnovich's Motion to Consolidate.

**IT IS FURTHER ORDERED** directing the Clerk of Court to consolidate the above-captioned case into Mi Familia Vota v. Hobbs and that the parties shall make all future filings under Case No. CV-22-00509-PHX-SRB.

**IT IS FURTHER ORDERED** that there will be no further filings in CV-22-1901-PHX-SRB.

Dated this 22nd day of December, 2022.

_____
Susan R. Bolton
United States District Judge

3