Tyler Green*
Cameron T. Norris*
James P. McGlone*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendant*
*admitted pro hac vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>    Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>    Defendants.<br>_____<br><br>AND CONSOLIDATED CASES | Case No: 2:22-cv-00509-SRB (Lead)<br><br>**INTERVENOR-DEFENDANT'S NOTICE OF JOINDER IN STATE DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(B)(1) AND (B)(6)** |

Intervenor-Defendant, the Republican National Committee, joins the State Defendants' Motion to Dismiss the Amended Complaint of Plaintiffs Tohono O'odham Nation and Gila River Indian Community (Doc. 197) and the arguments presented therein.

RESPECTFULLY SUBMITTED this 28th day of December, 2022.

| | |
|---|---|
| Tyler Green* | By: /s/ *Kory Langhofer* |
| Cameron T. Norris* | Kory Langhofer, Ariz. Bar No. 024722 |
| James P. McGlone* | Thomas Basile, Ariz. Bar. No. 031150 |
| Consovoy McCarthy PLLC | STATECRAFT PLLC |
| 1600 Wilson Blvd., Ste. 700 | 649 North Fourth Avenue, First Floor |
| Arlington, VA 22209 | Phoenix, Arizona 85003 |
| (703) 243-9423 | (602) 382-4078 |
| tyler@consovoymccarthy.com | kory@statecraftlaw.com |
| cam@consovoymccarthy.com | tom@statecraftlaw.com |
| jim@consovoymccarthy.com | |

*admitted pro hac vice

*Attorneys for Intervenor-Defendant*