LATHAM & WATKINS LLP
   Sadik Huseny (pro hac vice)
    *sadik.huseny@lw.com*
   Amit Makker (pro hac vice)
    *amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

ASIAN AMERICANS ADVANCING JUSTICE-AAJC
   Niyati Shah (pro hac vice)
    *nshah@advancingjustice-aajc.org*
   Terry Ao Minnis (pro hac vice)
    *tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

SPENCER FANE
   Andrew M. Federhar (No. 006567)
    *afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>        Plaintiffs,<br> v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>        Defendants. | Case No: 2:22-cv-00509-SRB (Lead)<br><br>Case No: 2:22-cv-01381-SRB (Consol.)<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. CV-22-01381-PHX-SRB
NOTICE OF SERVICE OF
FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 | Living United for Change in Arizona, et al., |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 5 | |
| 6 | Defendants, |
| 7 | and |
| 8 | State of Arizona, et al., |
| 9 | Inventor-Defendants. |
| 10 | Poder Latinx, et al., |
| 11 | Plaintiffs, |
| 12 | v. |
| 13 | Katie Hobbs, et al., |
| 14 | Defendants. |
| 15 | United States of America, |
| 16 | Plaintiff, |
| 17 | v. |
| 18 | State of Arizona, et al., |
| 19 | Defendants. |
| | Democratic National Convention, et al. |
| 20 | Plaintiffs, |
| 21 | v. |
| 22 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 23 | |
| 24 | Defendants, |
| 25 | and |
| 26 | Republican National Committee, |
| 27 | Inventor-Defendants. |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. CV-22-01381-PHX-SRB
NOTICE OF SERVICE OF
FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 | Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition, |
| 2 | |
| 3 | Plaintiff, |
| | v. |
| 4 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 5 | |
| 6 | Defendants. |
| | Promise Arizona, et al., |
| 7 | |
| | Plaintiffs, |
| 8 | v. |
| 9 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 10 | |
| | Defendants. |

Pursuant to LRCiv 5.2, Plaintiff Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition provides notice that it has served Plaintiff's First Set of Interrogatories to County Recorder Defendants, Apache County Recorder Larry Noble; Cochise County Recorder David W. Stevens; Coconino County Recorder Patty Hansen; Gila County Recorder Sadie Jo Bingham; Graham County Recorder Wendy John; Greenlee County Recorder Sharie Milheiro; La Paz County Recorder Richard Garcia; Maricopa County Recorder Stephen Richer; Mohave County Recorder Kristi Blair; Navajo County Recorder Michael Sample; Pima County Recorder Gabriella Cázares-Kelly; Pinal County Recorder Dana Lewis; Santa Cruz County Recorder Suzanne Sainz; Yavapai County Recorder Michelle M. Burchill; and Yuma County Recorder Richard Colwell, in their official capacities, upon counsel, respectively, via electronic mail on December 27, 2022.

Dated: January 4, 2023

Respectfully submitted,

By  /s/ *Amit Makker*
LATHAM & WATKINS LLP
Sadik Huseny (*pro hac vice*)
Amit Makker (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. CV-22-01381-PHX-SRB
NOTICE OF SERVICE OF
FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 | Facsimile: (415) 395-8095 |
| 2 | ASIAN AMERICANS ADVANCING JUSTICE-AAJC |
| 3 | Niyati Shah (*pro hac vice*) |
| 4 | Terry Ao Minnis (*pro hac vice forthcoming*) |
| 5 | 1620 L Street NW, Suite 1050 Washington, DC 20036 |
| 6 | Telephone: (202) 296-2300 Facsimile: (202) 296-2318 |
| 7 | SPENCER FANE |
| 8 | Andrew M. Federhar (No. 006567) 2415 East Camelback Road, Suite 600 |
| 9 | Phoenix, AZ 85016 |
| 10 | Telephone: (602) 333-5430 Facsimile: (602) 333-5431 |
| 11 | *Attorneys for Plaintiff* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. CV-22-01381-PHX-SRB
NOTICE OF SERVICE OF
FIRST SET OF INTERROGATORIES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Amit Makker
Amit Makker

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. CV-22-01381-PHX-SRB
NOTICE OF SERVICE OF
FIRST SET OF INTERROGATORIES