**TONY ROGERS**
LA PAZ COUNTY ATTORNEY
Jason Mitchell (SBN 035878)
*Deputy County Attorney*
1320 Kofa Avenue
Parker, AZ 85344
Phone (928) 669-6118 / Fax: (928) 669-2019
jmitchell@lapazcountyaz.org
*Attorneys for Richard Garcia, La Paz County Recorder*

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>Katie Hobbs, et. al.,<br><br>　　　　　Defendants. | Case No. 2:22-CV-00509-SRB<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT LA PAZ COUNTY RECORDER RICHARD GARCIA** |

　　　NOTICE IS HEREBY GIVEN that Deputy County Attorney Jason Mitchell of the La Paz County Attorney's Office enters his appearance as the attorney of record for Defendant Richard Garcia, in his official capacity as La Paz County Recorder, in substitution of the previous attorneys of record, William Moran II and Kimberly J. Hunley of the Santa Cruz County Attorney's Office.* Service of all correspondence, motions and other papers should be directed to:

　　　Jason Mitchell (jmitchell@lapazcountyaz.org)
　　　La Paz County Attorney's Office
　　　1320 S. Kofa Ave
　　　Parker, AZ 85344
　　　Tele: (928) 669-6118

---

*The Santa Cruz County Attorney's Office had appeared on La Paz County's behalf until counsel from the La Paz County's office could get admitted to the Federal Bar. Counsel is now admitted.

Page 1 of 3

*Mi Familia Vota, et. al v. Hobbs, et. al.*
*CV-22-00509-SRB*

RESPECTFULLY SUBMITTED THIS 5th day of January, 2023.

                                      TONY ROGERS
                                      LA PAZ COUNTY ATTORNEY

                                      /s/ *Jason Mitchell*
                                      By: Jason Mitchell
                                      Deputy County Attorney

*Mi Familia Vota, et. al v. Hobbs, et. al.*
*CV-22-00509-SRB*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2023, I electronically filed the foregoing attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.