BRIAN M. McINTYRE
COCHISE COUNTY ATTORNEY
By: CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
State Bar No. 033718
By: PAUL CORREA
Civil Deputy County Attorney
State Bar No. 017187
P.O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700
CVAttymeo@cochise.az.gov
*Attorney for Cochise County Recorder*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, )<br><br>                    Plaintiff, )<br><br>    vs. )<br><br>Adrian Fontes, et.al., )<br><br>                    Defendants. )<br><br>_____ ) | **Case No. CV-22-00509-SRB (Lead)**<br><br>**DEFENDANT ARIZONA COUNTY RECORDERS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES** |

Movants are the following nominal defendants in this matter: Pinal County Recorder Dana Lewis, Maricopa County Recorder Stephen Richer, Cochise County Record David Stevens, Pima County Recorder Gabriella Cázares-Kelly, Santa Cruz County Recorder Sheri Thomas, Navajo County Recorder Michael Sample, Apache County Recorder Larry Noble, Coconino County Recorder Patty Hansen, Gila County

1

Recorder Jo Bingham, Greenlee County Recorder Sherry Milheiro, Yavapai County Recorder Michelle M. Burchill, Mohave County Recorder Kristi Blair, Yuma County Recorder Richard Colwell, Graham County Recorder Wendy John. By and through Counsel, they jointly make this first request for an extension of time to respond to Plaintiff's First Request for Production of Documents and Interrogatories. Counsel have requested and been denied an extension of time through February 13, 2023, and thus request this relief from the Court, which has wide discretion to schedule discovery.

During the past several months, each of these Recorder's Offices have been extremely busy preparing for and assisting their Elections Department in matters related to carrying out the General Election. This, while expending additional efforts in tracking down, understanding, and correcting lingering issues from the Primary Election. The Canvass for the General Election triggered an automatic recount requiring additional recorder resources. Conducting the recount and accompanying audits lasted up until the end of December.

In addition, there has been pending litigation concerning the outcomes of certain election results and concerning recently adopted legislation. Finally, responding to Plaintiff's requests for production is requiring considerable time and efforts at a time when many county staff are out for the holidays. Many of Plaintiff's requests for documents seek communications which will require the county's IT department to perform email searches utilizing a variety of search terms. After collecting all the

relevant documents/communications, the process will then advance to reviewing and redacting (if necessary) the material. This process can take a considerable amount of time depending on the volume of collected material. Thus, Movants seeks an extension of time to February 13, 2023, to respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.

RESPECTFULLY SUBMITTED this 13th day of January 2023.

BRIAN M. McINTYRE
COCHISE COUNTY ATTORNEY

By: __/s/ Paul Correa_____
    Paul Correa
    Civil Deputy County Attorney


KENT VOLKMER
PINAL COUNTY ATTORNEY

By: __/s/ James Mitchell_____
    James Mitchell
    Deputy County Attorney


SCOTT ADAMS
GREENLEE COUNTY ATTORNEY

By: __/s/ Scott Adams_____
    Scott Adams
    County Attorney

BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By: _/s/ Jefferson R. Dalton __ _____
    Jefferson R. Dalton
    Civil Bureau Chief


MATTHEW SMITH
MOHAVE COUNTY ATTORNEY

By: _/s/ Ryan Esplin_____
    Ryan Esplin
    Chief Civil Deputy County Attorney


BRAD CARLYON
NAVAJO COUNTY ATTORNEY

By: _/s/ Jason Moore_____
    Jason Moore
    Deputy County Attorney


LAURA CONOVER
PIMA COUNTY ATTORNEY

By: _/s/ Daniel Jurkowitz_____
    Daniel Jurkowitz
    Deputy County Attorney


GEORGE SILVA
SANTACRUZ COUNTY ATTORNEY

By: _/s/ Christina Werther_____
    Christina Werther
    Outside Counsel

DENNIS M. McGRANE
YAVAPAI COUNTY ATTORNEY

By:  /s/ Michael J. Gordon
     Michael J. Gordon
     Deputy County Attorney


JON SMITH
YUMA COUNTY ATTORNEY

By:  /s/ Bill Kerekes
     Bill Kerekes
     Chief Civil Deputy County Attorney


RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  /s/ Jack L. O'Connor, III
     Jack L O'Connor, III
     Deputy County Attorney


SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

By:  /s/ Jean A. Roof
     Jean A. Roof
     Chief Civil Deputy County Attorney


MICHAEL B. WHITING
APACHE COUNTY ATTORNEY

By:  /s/ Celeste M. Roberton
     Celeste M. Robertson

WILLIAM P. RING
COCONINO COUNTY ATTORNEY

By: _/s/ William P. Ring_____
William P. Ring
County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

*Attorneys for Plaintiff:*

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com

John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

**Attorneys for Defendants:**

David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.

P.O. Box 425
St. Johns, AZ 85936
Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane, Building B
Bisbee, AZ 85603
Christine Joyce Roberts
croberts@cochise.az.gov
Paul Correa
PCorrea@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001
Rose Marie Winkeler
Flagstaff Law Group
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
rose@flaglawgroup.com
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office - Globe Main Office
Gila County Courthouse
1400 E Ash St.
Globe, AZ 85501
Brad Beauchamp
bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor

Safford, AZ 85546
Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St.  P.O. Box 1625
Clifton, AZ 85533
Scott Adams
sadams@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

Maricopa County Recorder Stephen Richer
Maricopa County Recorder's Office
111 S. Third Ave.
Phoenix, AZ 85003
Anna Griffin Critz
critza@mcao.maricopa.gov
Jack L O'Connor, III
oconnorj@mcao.maricopa.gov
Joseph Eugene LaRue
laruej@mcao.maricopa.gov
*Counsel for Defendant Maricopa County Recorder Stephen Richer*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401
Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Navajo County Recorder Michael Sample
Navajo County Recorder's Office
Holbrook Main Complex
100 East Code Talkers Drive
Holbrook, AZ 86025
Jason Moore
Jason.Moore@navajocountyaz.gov
*Counsel for Defendant Navajo County Recorder Michael Sample*

9

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701
Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132
Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621
Kimberly J. Hunley
khunley@santacruzcountyaz.gov
Laura Roubicek
lroubicek@santacruzcountyaz.gov
Christina Werther
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Yavapai County Recorder Michelle M. Burchill
Yavapai County Recorder's Office
1015 Fair Street
Prescott, AZ 86305
M. Colleen Connor
colleen.connor@yavapaiaz.gov
Michael J. Gordon
Michael.Gordon@yavapaiaz.gov
*Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*

Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street

10

Yuma, AZ 85364
William J Kerekes
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*