David B. Rosenbaum, 009819
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jmesser@omlaw.com

*Additional Counsel Listed on Signature Page*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket, <br><br> Plaintiffs, <br><br> v. <br><br> Mark Brnovich in his official capacity as Attorney General of Arizona; Katie Hobbs, in her official capacity as Arizona Secretary of State; Dana Lewis in her official capacity as Pinal County Recorder; Gabriella Cázares-Kelly in her official capacity as Pima County Recorder; Stephen Richer in his official capacity as Maricopa County Recorder; Michael Sample in his official capacity as Navajo County Recorder, <br><br> Defendants. | No. 2:22-cv-00509-PHX-SRB (Consolidated) <br><br> **STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO MOTION TO DISMISS (First Request)** |

Plaintiffs Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket and Defendant Attorney General of Arizona, through undersigned counsel, hereby stipulate and jointly request that Plaintiffs' deadline to respond to Defendant's Motion to Dismiss (Doc. 197) be extended by two weeks from its current date of January 26, 2023, through and including

1

1  February 9, 2023.  Plaintiffs have requested this extension, and the Attorney General
2  has agreed, to have sufficient time to address the many issues raised in the Motion and
3  incorporated by reference from the prior consolidated motion to dismiss, and also to
4  receive guidance on whether the new administration may reconsider some or all of the
5  positions asserted in the Motion. A proposed Order accompanies this Stipulation.

6  DATED this 17th day of January, 2023.

OSBORN MALEDON, P.A.

By   s/ Joshua J. Messer
     David B. Rosenbaum
     AZ No. 009819
     Joshua J. Messer
     AZ No. 035101
     2929 North Central Avenue, 21st Floor
     Phoenix, Arizona 85012-2793
     (602) 640-9000
     drosenbaum@omlaw.com
     jmesser@omlaw.com

GILA RIVER INDIAN COMMUNITY
     Thomas L. Murphy
     AZ No. 022953
     Javier G. Ramos
     AZ No. 017442
     Post Office Box 97
     Sacaton, Arizona 85147
     (520) 562-9760
     thomas.murphy@gric.nsn.us
     javier.ramos@gric.nsn.us
     *Representing Gila River Indian Community Only*

NATIVE AMERICAN RIGHTS FUND
     Allison A. Neswood*
     CO No. 49846
     neswood@narf.org
     Michael S. Carter
     AZ No. 028704, OK No. 31961
     carter@narf.org
     Matthew Campbell*
     NM No. 138207, CO No. 40808
     mcampbell@narf.org
     Jacqueline D. DeLeon*
     CA No. 288192
     jdeleon@narf.org
     NATIVE AMERICAN RIGHTS FUND
     1506 Broadway
     Boulder, CO 80301

2

(303) 447-8760 (main)

Samantha B. Kelty
AZ No. 024110, TX No. 24085074
kelty@narf.org
NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166 (direct)

Ezra Rosenberg*
DC No. 360927, NJ No. 012671974
Jim Tucker**
AZ No. 019341
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
erosenberg@lawyerscommittee.org
jtucker@lawyerscommittee.org

TOHONO O'ODHAM NATION
Howard M. Shanker (AZ Bar 015547)
Attorney General, Tohono O'odham Nation
Marissa L. Sites (AZ Bar 027390)
Assistant Attorney General, Tohono O'odham Nation
P.O. Box 830
Sells, Arizona  85634
(520) 383-3410
Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov
Harrison.Rice@tonation-nsn.gov
*Representing Tohono O'odham Nation Only*

*Pro Hac Vice Forthcoming
**Admitted in Arizona and Nevada only. Practice limited to matters before federal courts.*

Attorneys for Plaintiffs


FENNEMORE CRAIG, P.C.

By s/ Emily Ward (w/ permission)
    Douglas C. Northup (No. 013987)
    Timothy J. Berg (No. 004170)

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Emily Ward (No. 029963)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
DNorthup@fennemorelaw.com
TBerg@fennemorelaw.com
EWard@fennemorelaw.com
Attorneys for Defendant Mark Brnovich,
Arizona Attorney General