IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich in his official capacity as Attorney General of Arizona; Katie Hobbs, in her official capacity as Arizona Secretary of State; Dana Lewis in her official capacity as Pinal County Recorder; Gabriella Cázares-Kelly in her official capacity as Pima County Recorder; Stephen Richer in his official capacity as Maricopa County Recorder; Michael Sample in his official capacity as Navajo County Recorder,<br><br>Defendants. | No. 2:22-cv-00509-PHX-SRB (Consolidated)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO MOTION TO DISMISS** |

Having considered the Plaintiffs Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket and Defendant Attorney General Mark Brnovich's Stipulation to Extend Plaintiffs' Deadline to Respond to Motion to Dismiss and for good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiffs to respond to Defendant Arizona Attorney General's Motion to Dismiss Under Rules 12(B)(1) and (B)(6) is extended to February 9, 2023.