BRIAN M. McINTYRE
COCHISE COUNTY ATTORNEY
By: CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
State Bar No. 033718
By: PAUL CORREA
Civil Deputy County Attorney
State Bar No. 017187
P.O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700
CVAttymeo@cochise.az.gov
*Attorney for Cochise County Recorder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, | Case No. CV-22-00509-SRB (Lead) |
| Plaintiff, | |
| vs. | **DEFENDANT ARIZONA COUNTY RECORDERS' REPLY IN SUPPORT OF DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES** |
| Adrian Fontes, et.al., | |
| Defendants. | |

"District courts have 'wide latitude in controlling discovery, and [their] rulings will not be overturned in the absence of a clear abuse of discretion.'" *California v. Campbell*, 138 F.3d 772, 779 (9th Cir. 1998).

Plaintiff served its discovery on the nominal party County Recorder Movants during the holidays. This hindered the ability of the Movants to work with their staff and employees to gather the materials and formulate responses. Plaintiff then refused to permit an extension requested by all of the counties and it opposes the motion to modify the discovery response deadlines. The Court has broad discretion to grant a reasonable request such as that made by Movants for a modest extension of discovery deadlines.

In Arizona, attorneys are bound by a Creed of Professionalism that includes Rule 41(c)(B)(3):

> In litigation proceedings, I will agree to reasonable requests for extensions of time or for waiver of procedural formalities when the substantive interests of my client will not be adversely affected.

Plaintiffs' out-of-state attorneys at Latham & Watkins may not be Arizona attorneys. However, the Arizona Creed of Professionalism is a useful reference. It points up the fact that Plaintiff has not shown that its client would suffer any actual prejudice from an order extending the response deadlines. Rather, Plaintiff engages in speculation to manufacture an argument that there is an extreme urgency to its requests. The Court should not give great weight to these arguments because Plaintiff admits that real party in interest Arizona Secretary of State has assured Plaintiff that it is not implementing the statutes in question at this time. (Dkt. 221 at 2).  Plaintiff omits to inform the Court that counsel undersigned stated to him in its phone conference that Cochise County also has not put any implementing policy in place and had taken no action based on the statutes at issue. For the Cochise County Recorder, and for all of the

counties, future direction on these laws will come from the Arizona Secretary of State – the real party in interest – which has stated it is not implementing the statutes.

The Counties are in the process of developing their responses and as Plaintiff acknowledges continue to seek to work in good faith with the Plaintiff. The Movants request for a scheduling adjustment is reasonable and ought to be granted.

RESPECTFULLY SUBMITTED this 18th day of January 2023.

        BRIAN M. McINTYRE
        COCHISE COUNTY ATTORNEY

        By: /s/ Paul Correa
            Paul Correa
            Civil Deputy County Attorney

        KENT VOLKMER
        PINAL COUNTY ATTORNEY

        By: /s/ James Mitchell
            James Mitchell
            Deputy County Attorney

        SCOTT ADAMS
        GREENLEE COUNTY ATTORNEY

        By: /s/ Scott Adams
            Scott Adams
            County Attorney

BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By: /s/ Jefferson R. Dalton
    Jefferson R. Dalton
    Civil Bureau Chief


MATTHEW SMITH
MOHAVE COUNTY ATTORNEY

By: /s/ Ryan Esplin
    Ryan Esplin
    Chief Civil Deputy County Attorney


BRAD CARLYON
NAVAJO COUNTY ATTORNEY

By: /s/ Jason Moore
    Jason Moore
    Deputy County Attorney


LAURA CONOVER
PIMA COUNTY ATTORNEY

By: /s/ Daniel Jurkowitz
    Daniel Jurkowitz
    Deputy County Attorney


GEORGE SILVA
SANTACRUZ COUNTY ATTORNEY

By: /s/ Christina Estes-Werther
    Christina Estes-Werther
    Outside Counsel

DENNIS M. McGRANE
YAVAPAI COUNTY ATTORNEY

By: /s/ Michael J. Gordon
    Michael J. Gordon
    Deputy County Attorney


JON SMITH
YUMA COUNTY ATTORNEY

By: /s/ Bill Kerekes
    Bill Kerekes
    Chief Civil Deputy County Attorney


RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: /s/ Jack L. O'Connor, III
    Jack L O'Connor, III
    Deputy County Attorney


SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

By: /s/ Jean A. Roof
    Jean A. Roof
    Chief Civil Deputy County Attorney


MICHAEL B. WHITING
APACHE COUNTY ATTORNEY

By: /s/ Celeste M. Robertson
    Celeste M. Robertson

WILLIAM P. RING
COCONINO COUNTY ATTORNEY

By: /s/ Rose Winkeler
Rose Winkeler
Outside Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

*Attorneys for Plaintiff:*

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com

John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

*Attorneys for Defendants*:

David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.

7

P.O. Box 425
St. Johns, AZ 85936
Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane, Building B
Bisbee, AZ 85603
Christine Joyce Roberts
croberts@cochise.az.gov
Paul Correa
PCorrea@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001
Rose Marie Winkeler
Flagstaff Law Group
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
rose@flaglawgroup.com
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office - Globe Main Office
Gila County Courthouse
1400 E Ash St.
Globe, AZ 85501
Brad Beauchamp
bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor

Safford, AZ 85546
Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St.  P.O. Box 1625
Clifton, AZ 85533
Scott Adams
sadams@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

Maricopa County Recorder Stephen Richer
Maricopa County Recorder's Office
111 S. Third Ave.
Phoenix, AZ 85003
Anna Griffin Critz
critza@mcao.maricopa.gov
Jack L O'Connor, III
oconnorj@mcao.maricopa.gov
Joseph Eugene LaRue
laruej@mcao.maricopa.gov
*Counsel for Defendant Maricopa County Recorder Stephen Richer*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401
Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Navajo County Recorder Michael Sample
Navajo County Recorder's Office
Holbrook Main Complex
100 East Code Talkers Drive
Holbrook, AZ 86025
Jason Moore
Jason.Moore@navajocountyaz.gov
*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701
Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132
Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621
Kimberly J. Hunley
khunley@santacruzcountyaz.gov
Christina Estes-Werther
christina@piercecoleman.com
Justin S. Pierce
justin@piercecoleman.com
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Yavapai County Recorder Michelle M. Burchill
Yavapai County Recorder's Office
1015 Fair Street
Prescott, AZ 86305
M. Colleen Connor
colleen.connor@yavapaiaz.gov
Michael J. Gordon
Michael.Gordon@yavapaiaz.gov
*Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*

Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street

Yuma, AZ 85364
William J Kerekes
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*