**GILA COUNTY ATTONREY**
Bradley D. Beauchamp SBN 021668

Jefferson R. Dalton SBN 006283
Deputy County Attorney
1400 E. Ash St.
Globe, Arizona 85501
Telephone: (928) 402-8630
Email: jdalton@gilacountyaz,gov
*Attorneys for Sadie Jo Bingham, Gila County Recorder*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>　　　　　Defendants.<br><br>―――<br><br>Living United for Change in Arizona, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs,<br><br>　　　　　Defendant,<br>　　　　　and<br><br>State of Arizona, et al.,<br><br>　　　　　Intervenor-Defendants. | **Case No. CV 22-00509-PHX-SRB (Consolidated)**<br><br>**NOTICE OF SERVICE OF:**<br><br>**DEFENDANT GILA COUNTY RECORDER'S RESPONSE TO PLAINTIFF ARIZONA ASIAN AMERICAN NATIVE HAWAIIAN AND PACIFIC ISLANDER FOR EQUITY COALITION'S FIRST REQUEST FOR PRODUCTION** |

1

|   |   |
|---|---|
| 1 | |
| 2 | Poder Latinx, et al. |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | Katie Hobbs, et al., |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | United States of America, |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | State of Arizona, et al., |
| 13 | Defendants. |
| 14 | |
| 15 | |
| 16 | Democratic National Committee, et al. |
| 17 | Plaintiffs, |
| 18 | v. |
| 19 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 20 | |
| 21 | Defendants, and |
| 22 | |
| 23 | Republican National Committee, |
| 24 | Intervenor-Defendant. |
| 25 | |

Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition,

        Plaintiff,

  v.

Katie Hobbs, in her official capacity as Arizona Secretary of State et al.,

        Defendants.

Promise Arizona, et al.

        Plaintiffs,

  v.

Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,

        Defendants,

Tohono O'odham Nation
and Gila River Indian Community,

        Plaintiffs,

  v.

Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,

        Defendants,

    Notice is hereby given Defendant Gila County Recorder has served on Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition it's response to said Plaintiff's First Set of Request for

3

Production today.

RESPECTFULLY SUBMITTED this 18th day of January 2023.

*/s/ Jefferson R. Dalton*
Jefferson R. Dalton
GILA COUNTY ATTORNEY
1400 E. Ash St.
Globe, Arizona 85501
*Attorney for Gila County Recorder*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

***Attorneys for Plaintiff:***

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com

John Steinbach
john.steinbach@lw.com  (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

SPENCER FANE
Andrew M. Federhar
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431


Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

***Attorneys for Defendants*:**

David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
 kyost@cblawyers.com


Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

5

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936
Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane, Building B
Bisbee, AZ 85603
Christine Joyce Roberts
croberts@cochise.az.gov
Paul Correa
PCorrea@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001
Rose Marie Winkeler
Flagstaff Law Group
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
rose@flaglawgroup.com
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor
Safford, AZ 85546
Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St. P.O. Box 1625
Clifton, AZ 85533
Scott Adams
sadams@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

Maricopa County Recorder Stephen Richer
Maricopa County Recorder's Office
111 S. Third Ave.
Phoenix, AZ 85003
Anna Griffin Critz
critza@mcao.maricopa.gov
Jack L O'Connor, III
oconnorj@mcao.maricopa.gov
Joseph Eugene LaRue
laruej@mcao.maricopa.gov
*Counsel for Defendant Maricopa County Recorder Stephen Richer*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401
Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Navajo County Recorder Michael Sample
Navajo County Recorder's Office
Holbrook Main Complex
100 East Code Talkers Drive
Holbrook, AZ 86025
Jason Moore
Jason.Moore@navajocountyaz.gov
*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701
Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132
Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621
Kimberly J. Hunley
khunley@santacruzcountyaz.gov
Laura Roubicek
lroubicek@santacruzcountyaz.gov
Christina Werther
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Yavapai County Recorder Michelle M. Burchill
Yavapai County Recorder's Office
1015 Fair Street
Prescott, AZ 86305
M. Colleen Connor
colleen.connor@yavapaiaz.gov
Michael J. Gordon
Michael.Gordon@yavapaiaz.gov
*Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*

Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street
Yuma, AZ 85364
William J Kerekes
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*

By: /s/ Jefferson R. Dalton