DENNIS M. MCGRANE
YAVAPAI COUNTY ATTORNEY
Firm No. 00048700
Thomas M. Stoxen, SBN 014904
Michael J. Gordon, SBN 021798
Deputy County Attorney
255 E. Gurley Street
Prescott, AZ 86301
(928) 771-3344
ycao@yavapaiaz.gov
Attorneys for Yavapai County Recorder

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Mi Familia Vota; et al., | Case No. CV22-00509-PHX-SRB (Lead) |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANT YAVAPAI COUNTY RECORDER'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| Adrian Fontes, in her official capacity as Arizona Secretary of State; et al. | |
| Defendants, | |

    Notice is hereby given that Defendant Yavapai County Recorder has today served on Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander For Equity Coalition its Response to said Plaintiff's First Request for Production of Documents

    RESPECTFULLY SUBMITTED this 18th day of January, 2023.

                                    DENNIS M. MCGRANE
                                    YAVAPAI COUNTY ATTORNEY

                                    By: /s/Michael J. Gordon
                                       Michael J. Gordon
                                       Deputy County Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

By: /s/ Michael J. Gordon

*Attorneys for Plaintiff*

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com

John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

*Attorneys for Defendants*

David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936
Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

1   Cochise County Recorder David W. Stevens
    Cochise County Recorder's Office
2   1415 Melody Lane, Building B
    Bisbee, AZ 85603
3   Christine Joyce Roberts
    croberts@cochise.az.gov
4   Paul Correa
    PCorrea@cochise.az.gov
5   *Counsel for Defendant Cochise County Recorder David W. Stevens*

6   Coconino County Recorder Patty Hansen
    Coconino County Recorder's Office
7   110 E. Cherry Ave.
    Flagstaff, AZ 86001
8   Rose Marie Winkeler
    Flagstaff Law Group
9   702 N Beaver St.
    Flagstaff, AZ 86001
10  928-233-6800
    rose@flaglawgroup.com
11  *Counsel for Defendant Coconino County Recorder Patty Hansen*

12  Gila County Recorder Sadie Jo Bingham
    Gila County Recorder's Office - Globe Main Office
13  Gila County Courthouse
    1400 E Ash St.
14  Globe, AZ 85501
    Brad Beauchamp
15  bbeauchamp@gilacountyaz.gov
    *Counsel for Defendant Gila County Recorder Sadie Jo Bingham*
16
    Graham County Recorder Wendy John
17  Graham County Recorder's Office
    921 Thatcher Boulevard, 2nd Floor
18  Safford, AZ 85546
    Jean Ann Roof
19  jroof@graham.az.gov
    *Counsel for Defendant Graham County Recorder Wendy John*
20

21

4

| | |
|---|---|
| 1 | Greenlee County Recorder Sharie Milheiro |
|   | Greenlee County Recorder's Office |
| 2 | 253 Fifth St. P.O. Box 1625 |
|   | Clifton, AZ 85533 |
| 3 | Scott Adams |
|   | sadams@greenlee.az.gov |
| 4 | *Counsel for Defendant Greenlee County Recorder Sharie Milheiro* |
| 5 | Maricopa County Recorder Stephen Richer |
|   | Maricopa County Recorder's Office |
| 6 | 111 S. Third Ave. |
|   | Phoenix, AZ 85003 |
| 7 | Anna Griffin Critz |
|   | critza@mcao.maricopa.gov |
| 8 | Jack L O'Connor, III |
|   | oconnorj@mcao.maricopa.gov |
| 9 | Joseph Eugene LaRue |
|   | laruej@mcao.maricopa.gov |
| 10 | *Counsel for Defendant Maricopa County Recorder Stephen Richer* |
| 11 | Mohave County Recorder Kristi Blair |
|   | Mohave County Recorder's Office |
| 12 | 700 W. Beale Street |
|   | Kingman, AZ 86401 |
| 13 | Ryan Esplin |
|   | esplir@mohave.gov |
| 14 | *Counsel for Defendant Mohave County Recorder Kristi Blair* |
| 15 | Navajo County Recorder Michael Sample |
|   | Navajo County Recorder's Office |
| 16 | Holbrook Main Complex |
|   | 100 East Code Talkers Drive |
| 17 | Holbrook, AZ 86025 |
|   | Jason Moore |
| 18 | Jason.Moore@navajocountyaz.gov |
|   | *Counsel for Defendant Navajo County Recorder Michael Sample* |
| 19 | |
|   | Pima County Recorder Gabriella Cázares-Kelly |
| 20 | Pima County Recorder's Office |
|   | 240 N Stone Avenue |
| 21 | Tucson, AZ 85701 |

1  Daniel S Jurkowitz
   Daniel.Jurkowitz@pcao.pima.gov
2  *Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

3  Pinal County Recorder Dana Lewis
   Pinal County Recorder's Office
4  31 N Pinal Street, Building E
   Florence, AZ 85132
5  Craig Charles Cameron
   craig.cameron@pinal.gov
6  *Counsel for Defendant Pinal County Recorder Virginia Ross*

7  Santa Cruz County Recorder Suzanne Sainz
   Santa Cruz County Recorder's Office
8  2150 N. Congress Drive, Suite 101
   Nogales, AZ 85621
9  Kimberly J. Hunley
   khunley@santacruzcountyaz.gov
10 Christina Estes-Werther
   christina@piercecoleman.com
11 Justin S. Pierce
   justin@piercecoleman.com
12 *Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

13 Yuma County Recorder Richard Colwell
   Yuma County Recorder's Office
14 102 S. Main Street
   Yuma, AZ 85364
15 William J Kerekes
   bill.kerekes@yumacountyaz.gov
16 *Counsel for Defendant Yuma County Recorder Richard Colwell*

17

18

19

20

21