RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  ANNA G. CRITZ (Bar No. 034530
     JOSEPH E. LA RUE (Bar No. 031348)
     JACK L. O'CONNOR III (Bar No. 030660)
     Deputy County Attorneys
     MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
laruej@mcao.maricopa.gov
critza@mcao.maricopa.gov
oconnorj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Recorder Stephen Richer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>             Defendants.<br>_____<br><br>Living United for Change in Arizona, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>Katie Hobbs,<br><br>             Defendants,<br>             and<br><br>State of Arizona, et al., | No. CV22-00509-SRB<br><br>**NOTICE OF SERVICE OF: DEFENDANT MARICOPA COUNTY RECORDER STEPHEN RICHER'S RESPONSE TO ARIZONA ASIAN AMERICAN NATIVE HAWAIIAN AND PACIFIC ISLANDER FOR EQUITY COALITION'S FIRST REQUEST FOR PRODUCTION** |

| | |
|---|---|
| Poder Latinx, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, et al.,<br><br>　　　　　Defendants, | |
| United States of America,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | |
| Democratic National Committee, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>　　　　　Defendants,<br>　　　　　And<br><br>Republican National Committee,<br><br>　　　　　Intervenor-Defendant. | |
| Arizona AsianAmerican Native Hawaiian and Pacific Islander for Equity Coalition,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State et al., | |

Intervenor-Defendants.

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

|   |   |
|---|---|
| Defendants. |   |
| Promise Arizona, et al. |   |
|       Plaintiffs, |   |
|   v. |   |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |   |
|       Defendants, |   |
| Tohono O'odham Nation and Gila River Indian Community, |   |
|       Plaintiffs, |   |
|   v. |   |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |   |
|       Defendants. |   |

Notice is hereby given that undersigned counsel for Defendant, Maricopa County Recorder Stephen Richer, has served upon Plaintiff, Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition, Defendant Maricopa County Recorder Stephen Richer's Responses to Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition's First Request for Production of Documents on January 18, 2023.

RESPECTFULLY SUBMITTED this 18th day of January 2023.

                                      RACHEL H. MITCHELL
                                    MARICOPA COUNTY ATTORNEY

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

BY: */s/ Jack L. O'Connor III*
ANNA G. CRITZ
JOSEPH E. LA RUE
JACK L. O'CONNOR III
Deputy County Attorneys
*Attorneys for Maricopa County Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2162

Latham & Watkins LLP
Sadik Huseny
Amit Makker
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
sadik.huseny@lw.com
amit.makker@lw.com
*Pro Hac Vice*

Asian Americans Advancing
JUSTICE-AAJC
Niyati Shah
Terry Ao Minnis
1620 L Street NW, Suite 1050
Washington, DC 20036
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
*Pro Hac Vice*

Andrew M. Federhar
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
afederhar@spencerfane.com
*Attorneys for Plaintiff*

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA  85003

…
…

John H Steinbach
Latham & Watkins - San Francisco, CA
505 Montgomery St., Ste. 2000
San Francisco, CA 94111
john.steinbach@lw.com
*Pro Hac Vice*

David Andrew Gaona
Kristen Michelle Yost
Roopali H. Desai
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com
rdesai@cblawyers.com
*Counsel for Defendant – Katie Hobbs*

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office

5

1 | 75 West Cleveland St.
2 | P.O. Box 425
   | St. Johns, AZ 85936
3 |
4 | Celeste M Robertson
   | crobertson@apachelaw.net
5 | *Counsel for Defendant Apache County Recorder Larry Noble*

6 | Cochise County Recorder David W. Stevens
7 | Cochise County Recorder's Office
   | 1415 Melody Lane
8 | Building B
   | Bisbee, AZ 85603
9 |
10 | Christine Joyce Roberts
    | croberts@cochise.az.gov
11 | *Counsel for Defendant Cochise County Recorder David W. Stevens*

12 |
    | Coconino County Recorder Patty Hansen
13 | Coconino County Recorder's Office
    | 110 E. Cherry Ave.
14 | Flagstaff, AZ 86001

15 |
    | Aaron Michael Lumpkin
16 | alumpkin@coconino.az.gov
    | *Counsel for Defendant Coconino County Recorder Patty Hansen*
17 |

18 | Gila County Recorder Sadie Jo Bingham
    | Gila County Recorder's Office
19 | Globe Main Office
    | Gila County Courthouse
20 | 1400 E Ash St.
21 | Globe, AZ 85501

22 |
    | Brad Beauchamp
23 | bbeauchamp@gilacountyaz.gov
    | *Counsel for Defendant Gila County Recorder Sadie Jo Bingham*
24 |

25 | Graham County Recorder Wendy John
    | Graham County Recorder's Office
26 | 921 Thatcher Boulevard
    | 2nd Floor
27 | Safford, AZ 85546
28 | …

…
…
Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St.
P.O. Box 1625
Clifton, AZ 85533

Jeremy Ford
jford@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

La Paz County Recorder Richard Garcia
La Paz County Recorder's Office
1112 Joshua Avenue, #201
Parker, AZ 85344

Ryan Norton Dooley
rdooley@lapazcountyaz.org
*Counsel for Defendant La Paz County Recorder Richard Garcia*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401

Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Jason S Moore
Navajo County Attorney's Office
P.O. Box 668
Holbrook, AZ 86025
*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

Tucson, AZ 85701

Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella CázaresKelly*

Pinal County Recorder Virginia Ross
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132

Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621

James J D'Antonio
jdantonio@santacruzcountyaz.gov
Kimberly Janiece Hunley
khunley@santacruzcountyaz.gov
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

M Colleen Connor
Thomas M Stoxen
Yavapai County Attorneys Office
255 E Gurley Street
Prescott, AZ 86301
colleen.connor@yavapaiaz.gov
thomas.stoxen@yavapaiaz.gov
*Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*

William J Kerekes
Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street
Yuma, AZ 85364
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*

*/s/ S.R.*

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003