BRIAN M. McINTYRE
COCHISE COUNTY ATTORNEY
By: CHRISTINE J. ROBERTS
Chief Civil Deputy County Attorney
State Bar No. 033718
By: PAUL CORREA
Civil Deputy County Attorney
State Bar No. 017187
P.O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700
CVAttymeo@cochise.az.gov
*Attorney for Cochise County Recorder*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, | **Case No. CV-22-00509-SRB (Lead)** |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANT COCHISE COUNTY RECORDER DAVID STEVENS RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |
| Adrian Fontes, et.al., | |
| Defendants. | |

Notice is hereby given that Defendant Cochise County Recorder has served on Plaintiff its Response to Plaintiff's First Request for Production of Documents.

**RESPECTFULLY SUBMITTED** this 18th day of January 2023.

BRIAN M. McINTYRE
COCHISE COUNTY ATTORNEY

By: _/s/ Paul Correa_____
    Paul Correa
    Civil Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

*Attorneys for Plaintiff:*

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com
John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

*Attorneys for Defendants:*

David Andrew Gaona

Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936
Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane, Building B
Bisbee, AZ 85603
Christine Joyce Roberts

croberts@cochise.az.gov
Paul Correa
PCorrea@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001
Rose Marie Winkeler
Flagstaff Law Group
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
rose@flaglawgroup.com
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office - Globe Main Office
Gila County Courthouse
1400 E Ash St.
Globe, AZ 85501
Brad Beauchamp
bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor
Safford, AZ 85546
Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*
Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St.  P.O. Box 1625
Clifton, AZ 85533
Scott Adams
sadams@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

Maricopa County Recorder Stephen Richer

Maricopa County Recorder's Office
111 S. Third Ave.
Phoenix, AZ 85003
Anna Griffin Critz
critza@mcao.maricopa.gov
Jack L O'Connor, III
oconnorj@mcao.maricopa.gov
Joseph Eugene LaRue
laruej@mcao.maricopa.gov
*Counsel for Defendant Maricopa County Recorder Stephen Richer*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401
Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Navajo County Recorder Michael Sample
Navajo County Recorder's Office
Holbrook Main Complex
100 East Code Talkers Drive
Holbrook, AZ 86025
Jason Moore
Jason.Moore@navajocountyaz.gov
*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701

Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132
Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621
Kimberly J. Hunley
khunley@santacruzcountyaz.gov
Christina Estes-Werther
christina@piercecoleman.com
Justin S. Pierce
justin@piercecoleman.com
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Yavapai County Recorder Michelle M. Burchill
Yavapai County Recorder's Office
1015 Fair Street

Prescott, AZ 86305
M. Colleen Connor
colleen.connor@yavapaiaz.gov
Michael J. Gordon
Michael.Gordon@yavapaiaz.gov
*Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*

Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street
Yuma, AZ 85364
William J Kerekes
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*