Justin S. Pierce (Bar# 022646)
Christina Estes-Werther (Bar #025075)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Christina@PierceColeman.com
Attorneys for Defendant Santa Cruz County
    Recorder Suzanne Sainz

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., <br><br> Defendants. <br> _____ <br><br> AND CONSOLIDATED CASES. | Case No. 2:22-cv-00509-PHX-SRB (Consolidated) <br><br><br> **SANTA CRUZ COUNTY RECORDER NOTICE OF WRITTEN ASSURANCE** <br><br><br> **No. CV-22-00519-PHX-SRB** <br> **No. CV-22-01003-PHX-SRB** <br> **No. CV-22-01124-PHX-SRB** <br> **No. CV-22-01369-PHX-SRB** <br> **No. CV-22-01381-PHX-SRB** <br> **No. CV-22-01602-PHX-SRB** |

The Santa Cruz County Recorder, by and through undersigned counsel, hereby gives notice to this Court that the County Recorder has not implemented and will not implement any voter purges pursuant to HB2492 and HB2243 until further instruction is received from the Secretary of State and no earlier than February 13, 2023.

1

RESPECTFULLY SUBMITTED this 20th day of January, 2023.

**PIERCE COLEMAN PLLC**

By: /s/ Christina Estes-Werther
    Justin S. Pierce
    Christina Estes-Werther
    7730 E. Greenway Road, Ste. 105
    Scottsdale, AZ 85260
    Attorneys for Defendant Santa Cruz
    County Recorder Suzanne Sainz

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I caused the attached document to be transmitted to the Clerk's Office using the CM/ECF System for filing, which will send notice of such filing to all registered CM/ECF users.

By:  /s/ Mary Walker

4892-0965-5627, v. 1

2