MICHAEL B. WHITING
APACHE COUNTY ATTORNEY
Celeste Robertson
Chief Deputy County Attorney
Bar ID #: 035588
Apache County Attorney's Office
P.O. Box 637
St. Johns, AZ 85936
Telephone: (928) 337-7560
groupmail@apachelaw.net
*Attorney for Apache County Recorder Larry Noble*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Asian American Native Hawaiian and Pacific Islander For Equity Coalition,<br><br>Plaintiff,<br><br>vs.<br><br>Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et. al,<br><br>Defendants. | Case No.: **CV-22-00509-PHX-SRB**<br>**(Consolidated)**<br><br>**APACHE COUNTY RECORDER NOTICE OF WRITTEN ASSURANCES** |

Defendant Apache County Recorder, by and through undersigned counsel, hereby gives notice to this Court that the Apache County Recorder has not implemented and will not implement any voter purges pursuant to HB2492 and HB2243 until further instruction is received from the Secretary of State and no earlier than February 13, 2023.

RESPECTFULLY SUBMITTED this 23rd day of January, 2023.

MICHAEL B. WHITING
APACHE COUNTY ATTORNEY

 /s/Celeste Robertson_____
Celeste Robertson
Chief Deputy County Attorney

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/Celeste Robertson

**Attorneys for Plaintiff**
Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com

John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

**Attorneys for Defendants**
David Andrew Gaona
Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com

2

kyost@cblawyers.com
Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*
Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane, Building B
Bisbee, AZ 85603
Christine Joyce Roberts
croberts@cochise.az.gov
Paul Correa
PCorrea@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001
Rose Marie Winkeler
Flagstaff Law Group
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
rose@flaglawgroup.com
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office - Globe Main Office
Gila County Courthouse
14 Globe, AZ 85501
Brad Beauchamp
bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

3

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor
Safford, AZ 85546
Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St. P.O. Box 1625
Clifton, AZ 85533
Scott Adams
sadams@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

Maricopa County Recorder Stephen Richer
Maricopa County Recorder's Office
111 S. Third Ave.
Phoenix, AZ 85003
Anna Griffin Critz
critza@mcao.maricopa.gov
Jack L O'Connor, III
oconnorj@mcao.maricopa.gov
Joseph Eugene LaRue
laruej@mcao.maricopa.gov
*Counsel for Defendant Maricopa County Recorder Stephen Richer*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401
Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Navajo County Recorder Michael Sample
Navajo County Recorder's Office
Holbrook Main Complex
100 East Code Talkers Drive
Holbrook, AZ 86025
Jason Moore
Jason.Moore@navajocountyaz.gov
*Counsel for Defendant Navajo County Recorder Michael Sample*

4

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701
Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132
Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621
Kimberly J. Hunley
khunley@santacruzcountyaz.gov
Christina Estes-Werther
christina@piercecoleman.com
Justin S. Pierce
justin@piercecoleman.com
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Yuma County Recorder Richard Colwell
Yuma County Recorder's Office
102 S. Main Street
Yuma, AZ 85364
William J Kerekes
bill.kerekes@yumacountyaz.gov
*Counsel for Defendant Yuma County Recorder Richard Colwell*