FLAGSTAFF LAW GROUP
Rose Winkeler
State Bar No. 025023
702 N. Beaver St.
Flagstaff, Arizona 86001
Telephone: (928) 233-6800
Email: rose@flaglawgroup.com
*Attorney for Defendant Coconino County Recorder Patty Hansen*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Famila Vota, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., <br><br> Defendants. | NO. CV-22-00509-PHX-SRB <br> (Consolidated) <br><br><br> **COCONINO COUNTY RECORDER'S NOTICE OF WRITTEN ASSURANCE** |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB <br> No. CV-22-01003-PHX-SRB <br> No. CV-22-01124-PHX-SRB <br> No. CV-22-01369-PHX-SRB <br> No. CV-22-01381-PHX-SRB <br> No. CV-22-01602-PHX-SRB |

Defendant Coconino County Recorder, Patty Hansen, through her undersigned counsel, hereby gives notice to this Court that the Coconino County Recorder has not implemented and will not implement any voting roll purges pursuant to HB2492 and

HB2243 until further instruction is received from the Arizona Secretary of State, and no earlier than February 13, 2023.

RESPECTFULLY SUBMITTED this 23rd day of January, 2023.

FLAGSTAFF LAW GROUP

BY: */s/Rose M. Winkeler*
ROSE M. WINKELER
*Attorney for the Defendant Coconino County Recorder Patty Hansen*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/Rose M. Winkeler*