```
DENNIS M. MCGRANE
YAVAPAI COUNTY ATTORNEY
Firm No. 00048700
Thomas M. Stoxen, SBN 014904
Michael J. Gordon, SBN 021798
Deputy County Attorney
255 E. Gurley Street
Prescott, AZ 86301
(928) 771-3344
ycao@yavapaiaz.gov
Attorneys for Yavapai County Recorder
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; et al.,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; et al.<br><br>　　　　　　　Defendants, | **Case No. CV22-00509-PHX-SRB (Lead)**<br><br>**NOTICE OF SERVICE OF DEFENDANT YAVAPAI COUNTY RECORDER'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

   Notice is hereby given that Defendant Yavapai County Recorder has today served on Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander For Equity Coalition its Answers to said Plaintiff's First Set of Interrogatories.

   RESPECTFULLY SUBMITTED this 24th day of January, 2023.

                                    DENNIS M. MCGRANE
                                    YAVAPAI COUNTY ATTORNEY

                                    By: /s/Michael J. Gordon
                                        Michael J. Gordon
                                        Deputy County Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing:

By: /s/ Michael J. Gordon

*Attorneys for Plaintiff*

Sadik Huseny (pro hac vice)
sadik.huseny@lw.com
Amit Makker (pro hac vice)
amit.makker@lw.com

John Steinbach
john.steinbach@lw.com (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Niyati Shah (pro hac vice forthcoming)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice forthcoming)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036

Andrew M. Federhar (No. 006567)
afederhar@spencerfane.com
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

*Attorneys for Defendants*

David Andrew Gaona
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936
Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

1. Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
2. 1415 Melody Lane, Building B
Bisbee, AZ 85603
3. Christine Joyce Roberts
croberts@cochise.az.gov
4. Paul Correa
PCorrea@cochise.az.gov
5. *Counsel for Defendant Cochise County Recorder David W. Stevens*

6. Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
7. 110 E. Cherry Ave.
Flagstaff, AZ 86001
8. Rose Marie Winkeler
Flagstaff Law Group
9. 702 N Beaver St.
Flagstaff, AZ 86001
10. 928-233-6800
rose@flaglawgroup.com
11. *Counsel for Defendant Coconino County Recorder Patty Hansen*

12. Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office - Globe Main Office
13. Gila County Courthouse
1400 E Ash St.
14. Globe, AZ 85501
Brad Beauchamp
15. bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*
16.
Graham County Recorder Wendy John
17. Graham County Recorder's Office
921 Thatcher Boulevard, 2nd Floor
18. Safford, AZ 85546
Jean Ann Roof
19. jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*
20.

21.

4

| | |
|---|---|
| 1 | Greenlee County Recorder Sharie Milheiro |
|   | Greenlee County Recorder's Office |
| 2 | 253 Fifth St. P.O. Box 1625 |
|   | Clifton, AZ 85533 |
| 3 | Scott Adams |
|   | sadams@greenlee.az.gov |
| 4 | *Counsel for Defendant Greenlee County Recorder Sharie Milheiro* |
| 5 | Maricopa County Recorder Stephen Richer |
|   | Maricopa County Recorder's Office |
| 6 | 111 S. Third Ave. |
|   | Phoenix, AZ 85003 |
| 7 | Anna Griffin Critz |
|   | critza@mcao.maricopa.gov |
| 8 | Jack L O'Connor, III |
|   | oconnorj@mcao.maricopa.gov |
| 9 | Joseph Eugene LaRue |
|   | laruej@mcao.maricopa.gov |
| 10 | *Counsel for Defendant Maricopa County Recorder Stephen Richer* |
| 11 | Mohave County Recorder Kristi Blair |
|   | Mohave County Recorder's Office |
| 12 | 700 W. Beale Street |
|   | Kingman, AZ 86401 |
| 13 | Ryan Esplin |
|   | esplir@mohave.gov |
| 14 | *Counsel for Defendant Mohave County Recorder Kristi Blair* |
| 15 | Navajo County Recorder Michael Sample |
|   | Navajo County Recorder's Office |
| 16 | Holbrook Main Complex |
|   | 100 East Code Talkers Drive |
| 17 | Holbrook, AZ 86025 |
|   | Jason Moore |
| 18 | Jason.Moore@navajocountyaz.gov |
|   | *Counsel for Defendant Navajo County Recorder Michael Sample* |
| 19 | |
|   | Pima County Recorder Gabriella Cázares-Kelly |
| 20 | Pima County Recorder's Office |
|   | 240 N Stone Avenue |
| 21 | Tucson, AZ 85701 |

Daniel S Jurkowitz  
Daniel.Jurkowitz@pcao.pima.gov  
*Counsel for Defendant Pima County Recorder Gabriella Cázares-Kelly*

Pinal County Recorder Dana Lewis  
Pinal County Recorder's Office  
31 N Pinal Street, Building E  
Florence, AZ 85132  
Craig Charles Cameron  
craig.cameron@pinal.gov  
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz  
Santa Cruz County Recorder's Office  
2150 N. Congress Drive, Suite 101  
Nogales, AZ 85621  
Kimberly J. Hunley  
khunley@santacruzcountyaz.gov  
Christina Estes-Werther  
christina@piercecoleman.com  
Justin S. Pierce  
justin@piercecoleman.com  
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

Yuma County Recorder Richard Colwell  
Yuma County Recorder's Office  
102 S. Main Street  
Yuma, AZ 85364  
William J Kerekes  
bill.kerekes@yumacountyaz.gov  
*Counsel for Defendant Yuma County Recorder Richard Colwell*