**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-PHX-SRB (Consolidated) |
| Plaintiffs, | |
| v. | **ORDER** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, et al. | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

|   |   |
|---|---|
| 1 | United States of America, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | State of Arizona, et al., |
| 5 | Defendants. |
| 6 | Democratic National Committee, et al. |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 10 | |
| 11 | Defendants, |
| | and |
| 12 | Republican National Committee, |
| 13 | Intervenor-Defendant. |
| 14 | |
| 15 | Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition, |
| 16 | |
| | Plaintiff, |
| 17 | v. |
| 18 | Katie Hobbs, in her official capacity as Arizona Secretary of State et al., |
| 19 | |
| 20 | Defendants. |
| 21 | Promise Arizona, et al. |
| 22 | Plaintiffs, |
| 23 | v. |
| 24 | Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., |
| 25 | |
| | Defendants, |
| 26 | |
| 27 | |
| 28 | |

2

| | |
|---|---|
| Tohono O'odham Nation and Gila River Indian Community, | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants, | |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Case Management Conference is set for **March 16, 2023 at 11:00 a.m.** in Courtroom 502, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona 85003. The Rule 16 Scheduling Conference will be conducted in person and/or via Zoom. Counsel shall advise the Court by email at bolton_chambers@azd.uscourts.gov no later than **12:00 p.m., March 15, 2023** if they will be appearing via Zoom or appearing in person. This Court's staff will provide counsel with the Zoom link for said hearing.

Counsel who will be responsible for trial of the lawsuit for each party, and any party that is not represented by counsel, shall appear and participate in the Case Management Conference and shall have authority to enter into stipulations regarding all matters that may be discussed. A continuance of the Case Management Conference will be granted only for good cause.

Dated this 15th day of February, 2023.

_____
Susan R. Bolton
United States District Judge

3