Tyler Green*
Cameron T. Norris*
James P. McGlone*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendant*
*admitted pro hac vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>                    Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>                    Defendants.<br>_____<br><br>AND CONSOLIDATED CASES | Case No: 2:22-cv-00509-SRB (Lead)<br><br>**INTERVENOR DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINTS**<br><br>**(First Request)** |

Pursuant to Local Rule 7.3(a), Intervenor Defendant Republican National Committee ("RNC") respectfully requests that its deadline to answer the complaints in Case Nos. CV-22-00509-PHX-SRB, CV-22-00519-PHX-SRB, CV-22-01003-PHX-SRB, CV-22-01124-PHX-SRB, CV-22-01369-PHX-SRB, CV-22-01381-PHX-SRB, and CV-22-01602-PHX-SRB be extended through and including March 17, 2023.

The RNC joined the State of Arizona and Attorney General's request to the other parties for an extension of the answer deadline.  The consents to the RNC's request by the Plaintiffs, the Secretary of State, and the county parties are reflected in Exhibit A to the State's Unopposed Motion for Extension of Time to File Answers to All Complaints (Doc. 308), except that consent from Plaintiffs Promise Arizona and Southwest Voter Registration Education Project was obtained separately and is evidenced in Exhibit 1 attached hereto.

DATED this 27th day of February, 2023.

Tyler Green*
Cameron T. Norris*
James P. McGlone*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*admitted pro hac vice

By: */s/ Thomas Basile*
Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendant*