# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, <br>                Plaintiff, <br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., <br><br>                Defendants. <br> _____ <br><br> AND CONSOLIDATED CASES | Case No: 2:22-cv-00509-SRB <br> (Lead) <br><br> **ORDER GRANTING INTERVENOR DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINTS** |

      Good cause appearing from Intervenor Defendant Republican National Committee's unopposed motion (Doc. 309),

      IT IS HEREBY ORDERED that the deadline for the Intervenor Defendant to answer the complaints in Case Nos. CV-22-00509-PHX-SRB, CV-22-00519-PHX-SRB, CV-22-01003-PHX-SRB, CV-22-01124-PHX-SRB, CV-22-01369-PHX-SRB, CV-22-01381-PHX-SRB, and CV-22-01602-PHX-SRB is extended through and including **March 17, 2023.**

      Dated this 27th day of February, 2023.

Susan R. Bolton
United States District Judge