IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |

**AND CONSOLIDATED CASES**

On November 7, 2022, the Tohono O'odham Nation, Gila River Indian Community, and individuals Keanu Stevens, Alanna Siquieros, and LaDonna Jacket (collectively, "Plaintiffs") filed a Complaint in this Court. (Doc. 1, 22-cv-1901, Compl.) Their Complaint attacked the legality of an Arizona law, H.B. 2492. (*See generally id.*) Prior to November 7, 2022, several nonprofit organizations and the United States also filed lawsuits challenging the legality of H.B. 2492 under the same legal theories advanced by Plaintiffs. (*See* Doc. 164, 11/10/2022 Order at 3–5; *see generally* Doc. 304, 02/16/2023 Order.) All these lawsuits were consolidated before this Court ("Consolidated Case").[1] (*See* 11/10/2022 Order.) On September 16, 2022, Defendants State of Arizona and the Arizona Attorney General (collectively, "Defendants") moved to dismiss the

---

[1] Plaintiffs filed an Amended Complaint on December 9, 2022. (Doc. 21, 22-cv-1901, Amended Compl.) Plaintiffs' lawsuit was consolidated into the Consolidated Case on December 23, 2022. (Doc. 29, 22-cv-1901, 12/23/2022 Order.)

Consolidated Case ("Consolidated Motion"). (Doc. 127, Consolidated Mot.) On February 16, 2023, the Court declined to dismiss all but one of the claims made in the Consolidated Case. (*See* 02/16/2023 Order at 35.)

On December 27, 2022, Defendants moved to dismiss Plaintiffs' Amended Complaint ("Tohono O'odham Motion"). (Doc. 197, Mot.) Plaintiffs filed their Response on February 9, 2023, to which Defendants replied on March 10, 2023. (Doc. 267, Resp. to Mot.; Doc. 314, Reply.) In Reply, Defendants conceded that "[b]ecause the [Tohono O'odham] Motion incorporates arguments from th[e] Consolidated Motion, the Court's February 16, 2023 ruling effectively disposes of the [Tohono O'odham] Motion, as well." (Reply at 2.) The Court agrees that the 02/16/2023 Order "effectively denies and otherwise undercuts the grounds for dismissal identified in" the Tohono O'odham Motion. (*See id.* at 3.)

**IT IS ORDERED** denying Defendants State of Arizona and the Arizona Attorney General's Motion to Dismiss (Doc. 197).

Dated this 15th day of March, 2023.

_____
Susan R. Bolton
United States District Judge