**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Susan R. Bolton** | **Date: March 23, 2023** |
| **Case Number: CV-22-00509-PHX-SRB** | |
| **Mi Familia Vota, et al. v. Adrian Fontes, et al.** | |

| | | |
|---|---|---|
| **APPEARANCES:** | **Courtney Hostetler (Zoom), Danielle Lang, William McElhaney, III (Zoom), Andrew Federhar, Sadik Huseny, Amit Makker (Zoom), Niyati Shah (Zoom), Bruce Samuels, Daniel Volchok, John Freedman, Michael Carter (Zoom), Samantha Kelty (Zoom), Thomas Murphy (Zoom), Allison Neswood (Zoom), David Rosenbaum, Jillian Andrews (Zoom), Alexander Atkins (Zoom), Mollie DiBrell (Zoom), Christopher Dodge, Daniela Lorenzo, Erika Cervantes (Zoom), Ernest Herrera, Daniel Ortega, Jr. (Zoom), Chase Velasquez (Zoom), Laura Bender, Emily Brailey, Richard Dellheim and Jonathan Diaz (Zoom)** | **Joshua Whitaker, Emily Ward, Jefferson Dalton (Zoom), Ryan Esplin (Zoom), Michael Gordon (Zoom), Daniel Jurkowitz (Zoom), William Kerekes (Zoom), Craig Morgan, Shayna Stuart, Jason Mitchell (Zoom), Rose Winkeler (Zoom), Jean Roof (Zoom), Celeste Robertson (Zoom), Jack O'Connor, Christina Estes-Werther (Zoom), Jason Moore (Zoom), Paul Correa (Zoom) and Kris Carlson (Zoom) and Gary Griffith** |
| | **Plaintiff(s) Counsel** | **Defense Counsel** |
| | | **Kory Langhofer (Zoom) and Thomas Basile (Zoom)** <br> **Counsel for Intervenor Republican National Committee** |

## SCHEDULING CONFERENCE:

This is the time set for Scheduling Conference. Deadlines discussed and entered. Scheduling Order to issue.

**CV-22-00509-PHX-SRB**                                    **March 23, 2023**

**Mi Familia Vota, et al. v. Adrian Fontes, et al.**            Page 2 of 2

Counsel address the Court regarding a possible preliminary injunction.  In the absence of a stipulation the Court cannot enter a preliminary injunction without conducting a hearing.

Deputy Clerk: Maureen Williams
Court Reporter: Teri Veres                          **Start:  11:31 AM**
                                                   **Stop:   12:46 PM**