**LAW OFFICES
SHERMAN & HOWARD L.L.C.**
2555 E CAMELBACK ROAD, SUITE 1050
PHOENIX, AZ 85016
PHONE: 602.240.3000 | FAX: 602.240.6600
Craig A. Morgan (AZ Bar No. 023373)
(CMorgan@ShermanHoward.com)
Shayna Stuart (AZ Bar No. 034819)
(SStuart@ShermanHoward.com)
Jake Tyler Rapp (AZ Bar No. 036208)
(JRapp@ShermanHoward.com)
*Attorneys for Arizona Secretary of State Adrian Fontes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, et al., <br><br> Defendants. | Case No. 2:22-cv-00509-SRB (Lead) <br><br> **STIPULATED JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER** <br><br> (Before the Hon. Susan R. Bolton) |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB <br> No. CV-22-01003-PHX-SRB <br> No. CV-22-01124-PHX-SRB <br> No. CV-22-01369-PHX-SRB <br> No. CV-22-01381-PHX-SRB <br> No. CV-22-01602-PHX-SRB <br> No. CV-22-01901-PHX-SRB |

Pursuant to Fed. R. Civ. P. 26(c), the parties hereby jointly move the Court to enter the proposed protective order (the "Protective Order"), which is lodged herewith, to govern the disclosure and use of information obtained in this case, based on the following grounds:

1. Documents and information defined as "Materials" in the Protective Order being sought through discovery in the above-captioned action are considered confidential under A.R.S. § 16-168 or 52 U.S.C.A. § 20507. The parties have agreed to be bound by the terms

of the Protective Order in this action to facilitate document production and disclosure, and to protect the respective interests of the parties in protecting confidential information. The Protective Order shall remain in effect unless modified pursuant to the terms contained in the Protective Order.

2. Entry of the Protective Order will expedite the flow of discovery material, facilitate the prompt resolution of any disputes over privilege and confidentiality, adequately protect the material claimed to be privileged or proprietary, and ensure that protection is afforded to material so designated.

3. The procedures set forth in the Protective Order permit the parties to designate documents as either "Confidential Information Not To Be Disclosed" or "Confidential Voter Registration Information" only when they have a good faith basis that such documents or information would be subject to a legitimate protection. The type of information addressed in the Protective Order is the type of information to which such protections may apply.

There is good cause for entry of the proposed protective order because the voter registration records contain information kept confidential by Arizona law, as well as sensitive information that should be revealed only in the specific manner and to the specific parties designated by the proposed Protective Order. *See* Fed. R. Civ. P. 26(c); A.R.S. § 16-168; 52 U.S.C.A. § 20507; *see also Kamakana v. City and Cty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (court may balance and protect interest of private parties in issuing discovery orders).

For the foregoing reasons, the undersigned parties respectfully request that the Court grant this Stipulated Joint Motion for Entry of a Protective Order and enter the Protective Order as lodged.

//

//

//

//

RESPECTFULLY SUBMITTED: April 12, 2023.

By: /s/ *Chris Dodge (with permission)*
**ELIAS LAW GROUP LLC**
Marc E. Elias
Elisabeth C. Frost
John M. Geise
Mollie DiBrell
Alexander F. Atkins
Chris Dodge

**HERRERA ARELLANO LLP**
Roy Herrera
Daniel A. Arellano
Jillian L. Andrews

*Attorneys for Plaintiff Mi Familia Vota*

By: /s/ *Danielle Lang (with permission)*
**CAMPAIGN LEGAL CENTER**
Danielle Lang
Jonathan Diaz
Molly Danahy
Hayden Johnson

**BARTON MENDEZ SOTO**
James E. Barton, II

**MAYER BROWN LLP**
Daniel T. Fenske
Gary A. Issac
Jed W. Glickstein
Lee H. Rubin
Rachel J. Lamorte
William J. McElhaney, III

*Attorneys for LUCHA Plaintiffs*

By: /s/ *Michelle E. Kanter Cohen (with permission)*
**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**
Daniel J. Adelman

**FAIR ELECTIONS CENTER**
Jon Sherman
Michelle Kanter Cohen
Cecilia Aguilera

**ARNOLD & PORTER KAYE SCHOLER LLP**
Steven L. Mayer
Leah R. Novak
John A. Freedman
Jeremy Karpatkin
Erica McCabe

*Attorneys for Plaintiff Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*

By: /s/ *Emily Brailey (with permission)*
**U.S. DEPARTMENT OF JUSTICE, VOTING SECTION CIVIL RIGHTS**
T. Christian Herren, Jr.
Richard A. Dellheim
Emily R. Brailey

*Attorneys for Plaintiff United States of America*

|   |   |
|---|---|
| By: /s/ *Daniel Volchok (with permission)* <br> **PAPETTI SAMUELS WEISS MCKIRGAN LLP** <br> Bruce Samuels <br> Jennifer Lee-Cota <br><br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> Seth P. Waxman <br> Daniel Volchok <br> Christopher E. Babbitt <br><br> *Attorneys for Plaintiffs Democratic National Committee; Arizona Democratic Party* | By: /s/ *Amit Makker (with permission)* <br> **LATHAM & WATKINS** <br> Sadik Huseny <br> Amit Makker <br><br> **ASIAN AMERICANS ADVANCING JUSTICE** <br> Niyati Shah <br> Terry Ao Minnis <br><br> **SPENCER FANE** <br> Andrew M. Federhar <br><br> *Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition* |

By: /s/*Ernest Herrera (with permission)*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Ernest Herrera
Luis L. Lozada

**ORTEGA LAW FIRM**
Daniel R. Ortega Jr.

*Attorneys for Plaintiffs Promise Arizona; and Southwest Voter Registration Education Project*

By: /s/*Allison Neswood (with permission)*
**OSBORN MALEDON, P.A.**
David B. Rosenbaum
Joshua J. Messer

**GILA RIVER INDIAN COMMUNITY***
Thomas L. Murphy
Javier G. Ramos
**Representing Gila River Indian Community Only*

**NATIVE AMERICAN RIGHTS FUND**
Allison A. Neswood
Michael S. Carter
Matthew Campbell
Jacqueline D. DeLeon
Samantha B. Kelty
Ryan Snow

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Ezra Rosenberg
Jim Tucker

**TOHONO O'ODHAM NATION***
Howard M. Shanker
Marissa L. Sites
Harrison W. Rice
**Representing Tohono O'odham Nation Only*

*Attorneys for Tohono O'odham Nation Plaintiffs*

By: /s/ *Craig Morgan*
**SHERMAN & HOWARD LLC**
Craig A. Morgan
Shayna Stuart
Jake Rapp

*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*

By: /s/ *Emily Ward (with permission)*
**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
Hayleigh S. Crawford
Joshua M. Whitaker
Robert J. Makar

**FENNEMORE CRAIG, P.C.**
Douglas C. Northup
Timothy J. Berg
Emily Ward

*Attorneys for Defendant Attorney General Kris Mayes*

By: /s/ *Celeste Robertson (with permission)*
**APACHE COUNTY ATTORNEY'S OFFICE**
Celeste Robertson

*Attorneys for Defendant Apache County Recorder Larry Noble*

By: /s/ *Christine Roberts (with permission)*
**COCHISE COUNTY ATTORNEY'S OFFICE**
Christine J. Roberts
Paul Correa

*Attorneys for Defendant Cochise County Recorder David Stevens*

By: /s/ *Rose Winkeler (with permission)*
**FLAGSTAFF LAW GROUP**
Rose Winkeler

*Attorneys for Defendant Coconino County Recorder Patty Hansen*

By: /s/*Jefferson Dalton (with permission)*
**GILA COUNTY ATTORNEY'S OFFICE**
Jefferson R. Dalton

*Attorneys for Defendant Gila County Recorder Sadie Jo Bingham*

By: /s/ *Jean Roof (with permission)*
**GRAHAM COUNTY ATTORNEY'S OFFICE**
Jean Roof

*Attorneys for Defendant Graham County Recorder Polly Merriman*

By: /s/ *Gary Griffith (with permission)*
**GREENLEE COUNTY ATTORNEY'S OFFICE**
Gary Griffith

*Attorneys for Defendant Greenlee County Recorder Sharie Milheiro*

6

By: /s/ *Jason Mitchell (with permission)*
**LA PAZ COUNTY ATTORNEY'S OFFICE**
Jason Mitchell

*Attorneys for Defendant La Paz County Recorder Richard Garcia*

By: /s/ *Jack O'Connor III (with permission)*
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Anna G. Critz
Joseph E. LaRue
Jack L. O'Connor III

*Attorneys for Defendant Maricopa County Recorder Stephen Richer*

By: /s/ *Ryan Esplin (with permission)*
**MOHAVE COUNTY ATTORNEY'S OFFICE**
Ryan H. Esplin

*Attorneys for Defendant Mohave County Recorder Kristi Blair*

By: /s/ *Jason Moore (with permission)*
**NAVAJO COUNTY ATTORNEY'S OFFICE**
Jason Moore

*Attorneys for Defendant Navajo County Recorder Michael Sample*

By: /s/ *Daniel Jurkowitz (with permission)*
**PIMA COUNTY ATTORNEY'S OFFICE**
Daniel Jurkowitz

*Attorneys for Defendant Pima County Recorder Gabriella Cazares-Kelly*

By: /s/*James Mitchell (with permission)*
**PINAL COUNTY ATTORNEY'S OFFICE**
Chris Keller
Craig Cameron
James Mitchell

*Attorneys for Defendant Pinal County Recorder Dana Lewis*

By: /s/ *Christina Estes-Werther (with permission)*
**SANTA CRUZ COUNTY ATTORNEY'S OFFICE**
Kimberly Hunley

**PIERCE COLEMAN PLLC**
Christina Estes-Werther

*Attorneys for Defendant Santa Cruz County Recorder Anita Moreno*

By: /s/*Michael Gordon (with permission)*
**YAVAPAI COUNTY ATTORNEY'S OFFICE**
Thomas Stoxen
Michael J. Gordon

*Attorneys for Defendant Yavapai County Recorder Michelle Burchill*

By: /s/ *William Kerekes (with permission)*
**YUMA COUNTY ATTORNEY'S OFFICE**
William J. Kerekes

*Attorneys for Defendant Yuma County Recorder Richard Colwell*

By: /s/ *Thomas Basile (with permission)*
**CONSOVOY MCCARTHY PLLC**
Tyler Green
Cameron T. Norris
James P. McGlone

**STATECRAFT PLLC**
Kory Langhofer
Thomas Basile

*Attorneys for Intervenor-Defendant Republican National Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, I caused a true and correct copy of the foregoing document, to be filed with Clerk of the Court of the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ *Ella Meshke*