Danielle Lang*
Jonathan Diaz*
Molly E. Danahy*
**CAMPAIGN LEGAL CENTER**
1101 14th St NW Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
jdiaz@campaignlegal.org
mdanahy@campaignlegal.org

James E. Barton II, 023888
Jacqueline Mendez Soto, 022597
**BARTON MENDEZ SOTO PLLC**
401 W. Baseline Road, Suite 205
Tempe, Arizona 85283
480-550-5165
James@bartonmendezsoto.com
Jacqueline@bartonmendezsoto.com

*Attorneys for Plaintiffs*
*\*pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of the State of Arizona, et al.,<br><br>            Defendants.<br><br>―――――――――――――――――――<br><br>AND CONSOLIDATED CASES. | Case No.  2:22-cv-00509-SRB (Lead)<br><br>**NON-UNITED STATES PLAINTIFFS' RESPONSE TO SPEAKER OF THE HOUSE BEN TOMA AND SENATE PRESIDENT WARREN PETERSEN'S MOTION TO INTERVENE AS DEFENDANTS**<br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

1    Consolidated Plaintiffs, not including the United States (collectively, "non-U.S. Plaintiffs"), by and through counsel, file this response to the Motion to Intervene as Defendants, ECF No. 346 ("Motion"), by Representative Ben Toma, Speaker of the Arizona House of Representatives, and Senator Warren Petersen, President of the Arizona Senate ("Movants"). Non-U.S. Plaintiffs do not oppose allowing Movants to intervene permissively under Rule 24(b), provided Movants comply—as agreed in their Motion—with all existing deadlines set forth in this Court's March 24, 2023 Case Management Order, ECF No. 388, and do not otherwise cause delay or prejudice the existing parties.

While non-U.S. Plaintiffs do not oppose permissive intervention, they note for the record that Movants have not met their burden to intervene as of right for at least two reasons: (1) Movants' interests are indistinguishable from the State's interests and the State is already a party to this case; and (2) because they have no interests independent from the State, Movants' interests are adequately represented by the existing parties.[1]

---

[1] Non-U.S. Plaintiffs also note that Movants waited more than a year after the first of the consolidated cases was originally filed before seeking intervention, by which time this Court had already resolved the State's motion to dismiss and all existing Defendants had filed their answers. This is important because timeliness is an essential element of intervention under Rule 24. *See United States v. Carpenter*, 298 F.3d 1122, 1125 (9th Cir. 2002); *County of Orange v. Air Cal.*, 799 F.2d 535, 537 (9th Cir. 1986). Moreover, although Movants claim that they will abide by the Court's prescribed deadlines, they make no claim that they will respond in a timely manner to discovery requests, or that they will abide by discovery agreements already entered into by the parties. Intervention should be conditioned on such agreement and timely responses.

# CONCLUSION

Non-US Plaintiffs do not oppose allowing movants to permissively intervene under Rule 24(b), consistent with the arguments and conditions herein.

Date: April 18, 2023                    Respectfully submitted,

/s/ James Barton
**BARTON MENDEZ SOTO**
James Barton (AZ Bar No. 023888)
401 W. Baseline Road
Suite 205
Tempe, AZ 85283
480-418-0668
james@bartonmendezsoto.com

**DEPARTMENT OF JUSTICE**
**SAN CARLOS APACHE TRIBE**
Alexander B. Ritchie
(AZ Bar No. 019579)
Attorney General
Chase A. Velasquez*
NM Bar No. 019148
Assistant Attorney General
Post Office Box 40
16 San Carlos Ave.
San Carlos, AZ 85550
Alex.Ritchie@scat-nsn.gov
Chase.Velasquez@scat-nsn.gov

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler* (MA# 683307)
John Bonifaz* (MA# 562478)
Ben Clements* (MA# 555082)
Ronald Fein* (MA# 657930)
1320 Centre Street, Suite 405
Newton, MA 02459

**CAMPAIGN LEGAL CENTER**
Danielle Lang*
Jonathan Diaz*
Molly Danahy*
Hayden Johnson*
Nicole Hansen*
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
hjohnson@campaignlegalcenter.org
nhansen@campaignlegalcenter.org

**MAYER BROWN LLP**
Lee H. Rubin* (CA# 141331)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

Gary A. Isaac* (IL# 6192407)
Daniel T. Fenske* (IL# 6296360)
Jed W. Glickstein* (IL# 6315387)
William J. McElhaney, III*
(IL# 6336357)
71 S. Wacker Drive

| | |
|---|---|
| (617) 249-3015 | Chicago, IL 60606 |
| chostetler@freespeechforpeople.org | (312) 782-0600 |
| jbonifaz@freespeechforpeople.org | dfenske@mayerbrown.com |
| bclements@freespeechforpeople.org | gisaac@mayerbrown.com |
| rfein@freespeechforpeople.org | jglickstein@mayerbrown.com |

Rachel J. Lamorte* (NY# 5380019)
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

/s/ Roy Herrera

| | |
|---|---|
| **HERRERA ARELLANO LLP** | **ELIAS LAW GROUP LLP** |
| Roy Herrera (AZ Bar No. 032901) | Marc E. Elias* |
| Daniel A. Arellano (AZ Bar. No. 032304) | Elisabeth C. Frost* |
| Jillian L. Andrews (AZ Bar No. 034611) | John M. Geise* |
| 530 East McDowell Road | Christopher D. Dodge* |
| Suite 107-150 | Mollie DiBrell* |
| Phoenix, Arizona 85004-1500 | Alexander F. Atkins* |
| Phone: (602) 567-4820 | Daniela Lorenzo* |
| roy@ha-firm.com | 250 Massachusetts Ave NW, Suite 400 |
| daniel@ha-firm.com | Washington, DC 20001 |
| jillian@ha-firm.com | Phone: (202) 968-4513 |
| | Facsimile: (202) 968-4498 |
| | melias@elias.law |
| | efrost@elias.law |
| | jgeise@elias.law |
| | cdodge@elias.law |
| | mdibrell@elias.law |
| | aatkins@elias.law |
| | dlorenzo@elias.law |

*Attorneys for Mi Familia Vota and Voto Latino*

/s/ Daniel J. Adelman
**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**
Daniel J. Adelman
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012
danny@aclpi.org
(602) 258-8850

**ARNOLD & PORTER KAYE SCHOLER, LLP**
Steven L. Mayer*
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Steve.Mayer@arnoldporter.com
(415) 471-3100

**ARNOLD & PORTER KAYE SCHOLER, LLP**
Leah R. Novak*
250 West 55th Street
New York, NY 10019
Leah.Novak@arnoldporter.com
(212) 836-8000

**FAIR ELECTIONS CENTER**
Jon Sherman*
Michelle Kanter Cohen*
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
(202) 331-0114

**ARNOLD & PORTER KAYE SCHOLER, LLP**
Jeremy Karpatkin*
John A. Freedman*
Erica McCabe*
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Jeremy.Karpatkin@arnoldporter.com
John.Freedman@arnoldporter.com
Erica.McCabe@arnoldporter.com
(202) 942-5000

*Attorneys for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*

/s/ Bruce Samuels
**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
Bruce Samuels (AZ Bar No. 015996)
Jennifer Lee-Cota (AZ Bar No. 033190)
bsamuels@pswmlaw.com
jleecota@pswmlaw.com
Scottsdale Quarter
15169 North Scottsdale Road
Suite 205

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Seth P. Waxman*
Daniel S. Volchok*
Christopher E. Babbitt*
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

5

Scottsdale, AZ 85254
+1 480 800 3530

+1 202 663 6000 (telephone)
+1 202 663 6363 (facsimile)

*Attorneys for the Democratic National Committee and Arizona Democratic Party*

/s/ Sadik Huseny
**LATHAM & WATKINS LLP**
Sadik Huseny*
*sadik.huseny@lw.com*
Amit Makker*
*amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
Niyati Shah*
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis*
*tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

/s/ Andrew M. Federhar
**SPENCER FANE**
Andrew M. Federhar
(AZ Bar No. 006567)
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

| | |
|---|---|
| /s/ Ernest Herrera<br>**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**<br>Ernest Herrera*<br>Erika Cervantes*<br>634 South Spring Street, 11th Floor<br>Los Angeles, CA 90014<br>Telephone: (213) 629-2512<br>Facsimile: (213) 629-0266<br>eherrera@maldef.org<br>ecervantes@maldef.org<br><br>*Attorneys for Promise Arizona Plaintiffs* | /s/ Daniel R. Ortega Jr.<br>**ORTEGA LAW FIRM**<br>Daniel R. Ortega Jr.<br>361 East Coronado Road, Suite 101<br>Phoenix, AZ 85004-1525<br>Telephone: (602) 386-4455<br>Email: danny@ortegalaw.com |
| /s/ David Rosenbaum<br>**OSBORN MALEDON, P.A.**<br>David B. Rosenbaum<br>AZ No. 009819<br>Joshua J. Messer<br>AZ No. 035101<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012-2793<br>(602) 640-9000<br>drosenbaum@omlaw.com<br>jmesser@omlaw.com<br><br>**LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>Ezra Rosenberg*<br>DC No. 360927, NJ No. 012671974<br>Jim Tucker**<br>AZ No. 019341<br>Ryan Snow*<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>(202) 662-8600 (main)<br>erosenberg@lawyerscommittee.org<br>jtucker@lawyerscommittee.org | **NATIVE AMERICAN RIGHTS FUND**<br>Allison A. Neswood*<br>CO No. 49846<br>neswood@narf.org<br>Michael S. Carter<br>AZ No. 028704, OK No. 31961<br>carter@narf.org<br>Matthew Campbell*<br>NM No. 138207, CO No. 40808<br>mcampbell@narf.org<br>Jacqueline D. DeLeon*<br>CA No. 288192<br>jdeleon@narf.org<br>1506 Broadway<br>Boulder, CO 80301<br>(303) 447-8760 (main)<br><br>Samantha B. Kelty<br>AZ No. 024110, TX No. 24085074<br>kelty@narf.org<br>950 F Street NW, Suite 1050,<br>Washington, D.C. 20004<br>(202) 785-4166 (direct) |

rsnow@lawyerscommittee.org

**Admitted in Arizona, D.C. and Nevada.*

**GILA RIVER INDIAN COMMUNITY**
Thomas L. Murphy
AZ No. 022953
Javier G. Ramos
AZ No. 017442
Post Office Box 97
Sacaton, Arizona 85147
(520) 562-9760
thomas.murphy@gric.nsn.us
javier.ramos@gric.nsn.us
*Representing Gila River Indian Community Only*

**TOHONO O'ODHAM NATION**
Howard M. Shanker (AZ Bar 015547)
Attorney General, Tohono O'odham Nation
Marissa L. Sites (AZ Bar 027390)
Assistant Attorney General, Tohono O'odham Nation
P.O. Box 830
Sells, Arizona 85634
(520) 383-3410
Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov
*Representing Tohono O'odham Nation Only*

*Attorneys for Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket*

* *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2023, I caused the foregoing document to be electronically transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Monse Vejar*