KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

GARY M. RESTAINO
United States Attorney
District of Arizona

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

T. CHRISTIAN HERREN, JR. (AL Bar No. ASB6671R63T)
RICHARD A. DELLHEIM (NY Bar No. 2564177)
EMILY R. BRAILEY (DC Bar No. 1684650)
JENNIFER J. YUN (DC Bar No. 1600953)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.1815
950 Pennsylvania Avenue, NW
Washington, DC 20530

Tel.: (202) 353-5724 / Fax: (202) 307-3961
Email: Chris.Herren@usdoj.gov
Richard.Dellheim@usdoj.gov
Emily.Brailey@usdoj.gov
Jennifer.Yun@usdoj.gov
*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br>          Plaintiffs,<br><br>     v.<br><br>Adrian Fontes, et. al.,<br>          Defendants. | No. 2:22-cv-00509-SRB (Lead Case)<br>No. 2:22-cv-01124-SRB (Consolidated)<br><br>United States' Response to Motion to Intervene |
| Living United for Change in Arizona, et al.,<br>          Plaintiffs,<br><br>     v. | |

1  Adrian Fontes,
2            Defendant,
3  and
4  State of Arizona, et al.,
          Intervenor-Defendants.
5

6  Poder Latinx, et al.,
          Plaintiffs,
7
  v.
8
Adrian Fontes, et al.
9            Defendants.

10
United States of America,
11            Plaintiff,

12    v.

13  State of Arizona, et al.,
          Defendants.
14

15  Democratic National Committee, et al.,
          Plaintiffs,
16
  v.
17
Adrian Fontes, et al.,
18            Defendants,

19    and

20  Republican National Committee,
          Intervenor-Defendant.
21

22

| | |
|---|---|
| 1 | Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition,<br>Plaintiff, |
| 2 | |
| 3 | |
| | v. |
| 4 | |
| | Adrian Fontes, et al., |
| 5 | Defendants. |
| 6 | |
| | Promise Arizona, et al., |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | Adrian Fontes, et al., |
| | Defendants. |
| 10 | |
| 11 | Tohono O'odham Nation, et al., |
| 12 | v. |
| 13 | Kris Mayes, et al., |
| | Defendants. |
| 14 | |

15

16

17

18

19

20

21

22

| | |
|---|---|
| 1 | **UNITED STATES' RESPONSE TO MOTION TO INTERVENE** |

The United States does not oppose the April 4, 2023 motion to intervene by the Arizona Speaker of the House and the Arizona President of the Senate (the "Legislature"), to the extent it seeks permissive intervention. *See* Mot. at 11-12, ECF No. 348.

Arizona enacted H.B. 2492 in March 2022 and H.B. 2243 in July 2022. The United States and seven other groups sued the State and various officials to enjoin enforcement of certain provisions of these state laws. The State responded to the lawsuits by noting its intention to defend the challenged laws. *See, e.g.,* Letter from Mark Brnovich to Kristen Clarke (July 1, 2022), https://perma.cc/SRP3-PYRB. Attorney General Kris Mayes took office in January 2023, Mot. at 5, ECF No. 348, and has continued to litigate the matter.

On February 16, 2023, this Court denied the State Defendants' motion to dismiss the United States' claims, including those brought under Section 6 of the National Voter Registration Act (NVRA), 52 U.S.C. § 20505(a). ECF No. 304.

On April 17, 2023, the Arizona Attorney General's Office sent a letter to counsel for all parties in this consolidated litigation to provide "some clarity" regarding the Attorney General's "positions with respect to the claims and defenses asserted in this litigation." *See* Ex. A, Letter from Hayleigh S. Crawford, Deputy Solicitor General, Off. of the Ariz. Att'y Gen., to All Counsel for All Parties (April 17, 2023). For example, the letter indicates that the Attorney General "does not intend to continue asserting as a defense to Plaintiffs' claims that Congress lacks the power to regulate presidential

elections" since "[t]hat defense is foreclosed by binding authority." *Id*. As such, the letter indicated that "the State acknowledges that to the extent H.B. 2492 conditions acceptance of the federal mail voter registration form for presidential election registration on documentary proof of citizenship, it is preempted by the federal requirement that States 'accept and use' the federal form" under the NVRA. *Id*. The letter advises that "[t]he State further acknowledges that this 'accept and use' requirement under federal law likewise preempts H.B. 2492 to the extent it conditions acceptance of the federal mail voter registration form for federal election registration on documentary proof of residence." *Id*. The letter also notes that the Attorney General has "serious concerns about the legality of conditioning access to early ballots for federal elections on the provision of documentary proof of citizenship," and that the Office "is continuing to evaluate the defensibility of this provision of H.B. 2492." *Id*. Aside from certain issues, the letter indicates that the Attorney General "otherwise generally intends to continue defending H.B. 2492 and H.B. 2243." *Id.*

In light of the Arizona Attorney General's April 17 representations, the United States does not oppose the Legislature's motion to intervene permissively under Rule 24(b). *See* Mot. at 11-12, ECF No. 348. Accordingly, the United States respectfully suggests that the Court need not reach the Legislature's arguments regarding intervention as of right under Rule 24(a).

Date:    April 18, 2023

Respectfully submitted,

GARY M. RESTAINO  
United States Attorney  
District of Arizona

KRISTEN CLARKE  
Assistant Attorney General  
Civil Rights Division

ELISE C. BODDIE  
Principal Deputy Assistant Attorney General  
Civil Rights Division

*/s/ Emily R. Brailey*  
T. CHRISTIAN HERREN, JR.  
RICHARD A. DELLHEIM  
EMILY R. BRAILEY  
JENNIFER J. YUN  
Attorneys, Voting Section  
Civil Rights Division  
U.S. Department of Justice  
4CON – Room 8.1815  
950 Pennsylvania Avenue, NW  
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Emily R. Brailey*  
Emily R. Brailey  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Ave, NW  
Washington, DC 20530  
(202) 353-5724  
Emily.Brailey@usdoj.gov