UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Adrian Fontes, et al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASES. | No. CV-22-00509-PHX-SRB (Lead)<br><br>**ORDER GRANTING JOINT MOTION FOR REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE AND PAGE LIMIT EXTENSION**<br><br>(Before the Hon. Susan R. Bolton)<br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Having considered the parties' Joint Motion for Revised Summary Judgment Briefing Schedule and Page Limit Extension (Doc. 358), and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is granted in part and denied in part.

**May 8, 2023**: Deadline for the State and Attorney General to file a dispositive motion.

**May 15, 2023**: Deadline for any other defendant, including Intervenor Defendant Republican National Committee (the "RNC"), to file dispositive motions addressing only legal issues not addressed in the State and Attorney General's dispositive motion.

**June 5, 2023**: Deadline for any plaintiff to file a dispositive motion *and* to respond to defendants' dispositive motions. Any plaintiff that seeks to both move and respond must do so in one combined brief, not two.

**July 5, 2023**: Deadline for any defendant to file replies in support of their dispositive motions *and* to respond to plaintiffs' dispositive motions. Any defendant that seeks to both reply and respond must do so in one combined brief, not two.

**July 19, 2023**: Deadline for any plaintiff to file replies in support of their dispositive motions.

**IT IS FURTHER ORDERED** that the Court's Case Management Order (Doc. 338) remains the same in all other respects.

**IT IS FURTHER ORDERED** that all memoranda shall be in compliance with the page limitations set out in this Court's Local Rule 7.2(e).

Dated this 25th day of April, 2023.

_____
Susan R. Bolton
United States District Judge