UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASES | No. 2:22-cv-00509-SRB (Lead)<br><br>**ORDER** |

　　Pending before the Court is Speaker of the House Ben Toma and Senate President Warren Petersen's Motion to Intervene as Defendants (Doc. 348). The United States filed a response stating its non-opposition to the granting of the motion. The Non-United States Plaintiffs have also responded and do not oppose the granting of the motion. Therefore,

　　**IT IS HEREBY ORDERED** granting Speaker of the House Ben Toma and Senate President Warren Petersen's Motion to Intervene as Defendants. (Doc. 348)

　　Dated this 26th day of April, 2023.

_____
Susan R. Bolton
United States District Judge