## INDEX OF EXHIBITS

**DEFENDANTS ATTORNEY GENERAL KRISTIN K. MAYES AND
STATE OF ARIZONA'S STATEMENT OF FACTS IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

No. CV-22-00509-PHX-SRB (Lead)

| Exhibit No. | Description |
|---|---|
| A | HB 2492 |
| B | HB 2243 |
| C | National Voter Registration Application Form, as well as its accompanying General Instructions, Application Instructions, and State-specific Instructions |
| D | Arizona Voter Registration Form and its instructions |
| E | 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (West) |
| F | 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (West) |
| G | 1979 Ariz. Sess. Laws Ch. 209 |
| H | U.S. Department of State's Foreign Affairs Manual |
| I | Voter registration applications for Alabama, Louisiana, Missouri, Nebraska, Nevada, North Carolina, Tennessee, Utah, and Vermont |
| J | Chart explaining documents that could constitute proof of location of residence |

# EXHIBIT A

House Engrossed

voter registration; verification; citizenship

State of Arizona
House of Representatives
Fifty-fifth Legislature
Second Regular Session
2022

# HOUSE BILL 2492

AN ACT

AMENDING SECTIONS 16-101, 16-112, 16-121 AND 16-121.01, ARIZONA REVISED STATUTES; AMENDING TITLE 16, CHAPTER 1, ARTICLE 2, ARIZONA REVISED STATUTES, BY ADDING SECTIONS 16-123 AND 16-127; AMENDING SECTION 16-134, ARIZONA REVISED STATUTES; AMENDING TITLE 16, CHAPTER 1, ARTICLE 3, ARIZONA REVISED STATUTES, BY ADDING SECTION 16-143; AMENDING SECTION 16-165, ARIZONA REVISED STATUTES; RELATING TO QUALIFICATION AND REGISTRATION OF ELECTORS.

(TEXT OF BILL BEGINS ON NEXT PAGE)

H.B. 2492

1   Be it enacted by the Legislature of the State of Arizona:
2       Section 1.  Section 16-101, Arizona Revised Statutes, is amended to
3   read:
4       16-101.  Qualifications of registrant; definition
5       A.  Every resident of ~~the~~ THIS state is qualified to register to
6   vote if ~~he~~ THE RESIDENT:
7       1.  Is a citizen of the United States AND HAS PROVIDED SATISFACTORY
8   EVIDENCE OF CITIZENSHIP AS PRESCRIBED IN SECTION 16-166.
9       2.  Will be eighteen years of age or more on or before the date of
10  the regular general election next following his registration.
11      3.  ~~Will have been~~ IS a resident of ~~the~~ THIS state twenty-nine days
12  next preceding the election, except as provided in section 16-126.
13      4.  Is able to write ~~his~~ THE RESIDENT'S name or make ~~his~~ THE
14  RESIDENT'S mark, unless prevented from so doing by physical disability.
15      5.  Has not been convicted of treason or a felony, unless restored
16  to civil rights.
17      6.  Has not been adjudicated an incapacitated person as defined in
18  section 14-5101.
19      B.  For THE purposes of this title, "resident" means an individual
20  who has actual physical presence in this state, or for purposes of a
21  political subdivision actual physical presence in the political
22  subdivision, combined with an intent to remain.  A temporary absence does
23  not result in a loss of residence if the individual has an intent to
24  return following his absence.  An individual has only one residence for
25  purposes of this title.
26      Sec. 2.  Section 16-112, Arizona Revised Statutes, is amended to
27  read:
28      16-112.  Driver license voter registration
29      A.  Every person who is applying for a driver license or renewal and
30  who is otherwise qualified to register to vote ~~shall~~, at the same time and
31  place, SHALL be ~~permitted~~ ALLOWED to register to vote by providing the
32  information prescribed by section 16-152.  The method used to register
33  voters shall require only the minimum information necessary to prevent
34  duplicate registrations, to enable elections officials to determine voter
35  eligibility and to administer voter registration and election laws.  A
36  registration form shall be included for a person who is applying for a
37  driver license renewal by mail.  On ~~completion of~~ COMPLETING a form that
38  contains at least the information prescribed by section 16-121.01~~,~~
39  ~~subsection A~~ and that may contain the information prescribed by section
40  16-152 and on receipt of that form by the county recorder from the
41  department of transportation as prescribed by subsection D of this
42  section, the applicant is presumed to be properly registered to vote.
43  That presumption may be rebutted as provided in section 16-121.01~~,~~
44  ~~subsection B~~.

- 1 -

H.B. 2492

1     B.  The  director  of  the  department  of  transportation  and  the
2  secretary  of  state  shall  consult  at  least  every  two  years  regarding  voter
3  registration  at  driver  license  offices.   The  director  of  the  department  of
4  transportation  and  the  secretary  of  state  ~~shall~~, after  consultation  with
5  all  county  recorders,  SHALL  adopt  rules  to  implement  a  system  ~~permitting~~
6  ALLOWING  driver  license  applicants  to  register  to  vote  at  the  same  time
7  and  place  as  they  apply  for  driver  licenses.   ~~Such~~ THE  rules  shall:
8     1.  Bring  the  license  application  and  voter  registration  application
9  forms  into  substantial  conformity.
10     2.  ~~Permit~~ ALLOW  the  transfer  of  driver  license  applications,
11  including  renewal  and  change  of  address,  and  voter  registration
12  information  from  the  department  of  transportation  to  the  voter
13  registration  rolls.
14     3.  Respect  all  rules  and  statutes  of  this  state  concerning  the
15  confidentiality  of  driver  license  application  information.
16     4.  Provide  for  the  manual  or  electronic  generation  and  transmittal
17  of  voter  registrations  and  provide  for  electronic  generation  of  changes  in
18  voter  registration  information,  including  address,  in  conformity  with  the
19  confidentiality  requirements  of  the  national  voter  registration  act  of
20  1993  (P.L.  103-31;  107  Stat.  77;  ~~42~~ 52  United  States  Code  ~~section  394~~
21  SECTIONS  20501  THROUGH  20511).
22     C.  The  department  of  transportation  shall  provide  to  applicants  a
23  statement  that  provides  each  eligibility  requirement  for  voting,  including
24  citizenship,  an  attestation  that  the  applicant  meets  each  requirement,  for
25  the  signature  of  the  applicant  under  penalty  of  perjury  and,  in  print  that
26  is  identical  to  that  used  in  the  attestation,  the  following:
27     1.  A  description  of  the  penalties  provided  by  law  for  the
28  submission  of  a  false  voter  registration  application.
29     2.  A  statement  that  if  an  applicant  declines  to  register  to  vote
30  the  fact  that  the  applicant  has  declined  to  register  will  remain
31  confidential  and  will  be  used  only  for  voter  registration  purposes.
32     3.  A  statement  that  if  an  applicant  does  register  to  vote  the
33  office  at  which  the  applicant  submits  a  voter  registration  application
34  will  remain  confidential  and  will  be  used  only  for  voter  registration
35  purposes.
36     D.  The  department  of  transportation  shall  return  or  mail  completed
37  registrations  to  the  county  recorder  of  the  county  in  which  the  applicant
38  resides  within  five  days  after  receipt  of  a  completed  registration.
39     Sec.  3.  Section  16-121,  Arizona  Revised  Statutes,  is  amended  to
40  read:
41     16-121.   Qualified  elector;  definition
42     A.  A  person  who  is  qualified  to  register  to  vote  pursuant  to
43  section  16-101  and  who  is  properly  registered  to  vote  ~~shall~~, if  ~~he~~ THE
44  PERSON  is  at  least  eighteen  years  of  age  on  or  before  the  date  of  the
45  election  AND  HAS  PROVIDED  SATISFACTORY  EVIDENCE  OF  CITIZENSHIP  AS

H.B. 2492

1   PRESCRIBED IN SECTION 16-166, SHALL be deemed a qualified elector for any
2   purpose for which such qualification is required by law, except as
3   provided in section 16-126.  A person continues to be a qualified elector
4   until that person's registration is canceled pursuant to section 16-165 or
5   until that person does not qualify as a resident as ~~prescribed by~~ DEFINED
6   IN section 16-101, subsection B.
7        B.  For purposes of subsection A of this section, a person who does
8   not reside at a fixed, permanent or private structure shall be properly
9   registered to vote if that person is qualified pursuant to section 16-101
10  and if that person's registration address is any of the following places
11  located in this state:
12       1.  A homeless shelter to which the registrant regularly returns.
13       2.  The place at which the registrant is a resident.
14       3.  The county courthouse in the county in which the registrant
15  resides.
16       4.  A general delivery address for a post office covering the
17  location where the registrant is a resident.
18       C.  A person who is otherwise qualified to register to vote shall
19  not be refused registration or declared not qualified to vote because the
20  person does not live in a permanent, private or fixed structure.
21       D.  ~~As used in~~ FOR THE PURPOSES OF this section, "homeless shelter"
22  means a supervised publicly or privately operated shelter designed to
23  provide temporary living accommodations to individuals who lack a fixed,
24  regular and adequate nighttime residence.
25       Sec. 4.  Section 16-121.01, Arizona Revised Statutes, is amended to
26  read:
27       16-121.01.  Requirements for proper registration; violation;
28               classification
29       A.  A person is presumed to be properly registered to vote on
30  completion of a registration form as prescribed by section 16-152 that
31  contains at least the name, the residence address or the location, PROOF
32  OF LOCATION OF RESIDENCE AS PRESCRIBED BY SECTION 16-123, the date AND
33  PLACE of birth and the signature or other statement of the registrant as
34  prescribed by section 16-152, subsection A, paragraph 20 and a checkmark
35  or other appropriate ~~indicator that the person answered~~ MARK IN THE "yes"
36  BOX NEXT to the question regarding citizenship.  ANY APPLICATION FOR
37  REGISTRATION, INCLUDING AN APPLICATION ON A FORM PRESCRIBED BY THE UNITED
38  STATES ELECTION ASSISTANCE COMMISSION, MUST CONTAIN A CHECKMARK OR OTHER
39  APPROPRIATE MARK IN THE "YES" BOX NEXT TO THE QUESTION REGARDING
40  CITIZENSHIP AS A CONDITION OF BEING PROPERLY REGISTERED TO VOTE AS EITHER
41  A VOTER WHO IS ELIGIBLE TO VOTE A FULL BALLOT OR A VOTER WHO IS ELIGIBLE
42  TO VOTE ONLY WITH A BALLOT FOR FEDERAL OFFICES.  The completed
43  registration form must also contain the person's Arizona driver license
44  number, the nonoperating identification license number issued pursuant to
45  section 28-3165, the last four digits of the person's social security

H.B. 2492

1   number or the person's affirmation that if an Arizona driver license
2   number, A nonoperating identification license number or the last four
3   digits of the person's social security number is not provided, the person
4   does not possess a valid Arizona driver or nonoperating identification
5   license or a social security number and the person is hereby requesting
6   that a unique identifying number be assigned by the secretary of state
7   pursuant to section 16-152, subsection A, paragraph 12, subdivision (c).
8   ANY APPLICATION THAT DOES NOT INCLUDE ALL OF THE INFORMATION REQUIRED TO
9   BE ON THE REGISTRATION FORM PURSUANT TO SECTION 16-152 AND ANY APPLICATION
10  THAT IS NOT SIGNED IS INCOMPLETE AND THE COUNTY RECORDER SHALL NOTIFY THE
11  APPLICANT PURSUANT TO SECTION 16-134, SUBSECTION B, AND SHALL NOT REGISTER
12  THE VOTER UNTIL ALL OF THE INFORMATION IS RETURNED.
13      B.  The presumption in subsection A of this section may be rebutted
14  only by clear and convincing evidence of any of the following:
15      1.  That the registrant is not the person whose name appears on the
16  register.
17      2.  That the registrant has not resided in this state for
18  twenty-nine days next preceding the election or other event for which the
19  registrant's status as properly registered is in question.
20      3.  That the registrant is not properly registered at an address
21  permitted by section 16-121.
22      4.  That the registrant is not a qualified registrant under section
23  16-101.
24      C.  EXCEPT FOR A FORM PRODUCED BY THE UNITED STATES ELECTION
25  ASSISTANCE COMMISSION, ANY APPLICATION FOR REGISTRATION SHALL BE
26  ACCOMPANIED BY SATISFACTORY EVIDENCE OF CITIZENSHIP AS PRESCRIBED IN
27  SECTION 16-166, SUBSECTION F, AND THE COUNTY RECORDER OR OTHER OFFICER IN
28  CHARGE OF ELECTIONS SHALL REJECT ANY APPLICATION FOR REGISTRATION THAT IS
29  NOT ACCOMPANIED BY SATISFACTORY EVIDENCE OF CITIZENSHIP. A COUNTY
30  RECORDER OR OTHER OFFICER IN CHARGE OF ELECTIONS WHO KNOWINGLY FAILS TO
31  REJECT AN APPLICATION FOR REGISTRATION AS PRESCRIBED BY THIS SUBSECTION IS
32  GUILTY OF A CLASS 6 FELONY. THE COUNTY RECORDER OR OTHER OFFICER IN
33  CHARGE OF ELECTIONS SHALL SEND A NOTICE TO THE APPLICANT AS PRESCRIBED IN
34  SECTION 16-134, SUBSECTION B.
35      D.  WITHIN TEN DAYS AFTER RECEIVING AN APPLICATION FOR REGISTRATION
36  ON A FORM PRODUCED BY THE UNITED STATES ELECTION ASSISTANCE COMMISSION
37  THAT IS NOT ACCOMPANIED BY SATISFACTORY EVIDENCE OF CITIZENSHIP, THE
38  COUNTY RECORDER OR OTHER OFFICER IN CHARGE OF ELECTIONS SHALL USE ALL
39  AVAILABLE RESOURCES TO VERIFY THE CITIZENSHIP STATUS OF THE APPLICANT AND
40  AT A MINIMUM SHALL COMPARE THE INFORMATION AVAILABLE ON THE APPLICATION
41  FOR REGISTRATION WITH THE FOLLOWING, PROVIDED THE COUNTY HAS ACCESS:
42      1.  THE DEPARTMENT OF TRANSPORTATION DATABASES OF ARIZONA DRIVER
43  LICENSES OR NONOPERATING IDENTIFICATION LICENSES.
44      2.  THE SOCIAL SECURITY ADMINISTRATION DATABASES.

H.B. 2492

1      3. THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
2 SYSTEMATIC ALIEN VERIFICATION FOR ENTITLEMENTS PROGRAM, IF PRACTICABLE.
3      4. A NATIONAL ASSOCIATION FOR PUBLIC HEALTH STATISTICS AND
4 INFORMATION SYSTEMS ELECTRONIC VERIFICATION OF VITAL EVENTS DATABASE.
5      5. ANY OTHER STATE, CITY, TOWN, COUNTY OR FEDERAL DATABASE AND ANY
6 OTHER DATABASE RELATING TO VOTER REGISTRATION TO WHICH THE COUNTY RECORDER
7 OR OFFICER IN CHARGE OF ELECTIONS HAS ACCESS, INCLUDING AN ELECTRONIC
8 REGISTRATION INFORMATION CENTER DATABASE.
9      E. AFTER COMPLYING WITH SUBSECTION D OF THIS SECTION, IF THE COUNTY
10 RECORDER OR OTHER OFFICER IN CHARGE OF ELECTIONS MATCHES THE APPLICANT
11 WITH INFORMATION THAT VERIFIES THE APPLICANT IS A UNITED STATES CITIZEN,
12 IS OTHERWISE QUALIFIED AS PRESCRIBED BY SECTION 16-101 AND HAS MET THE
13 OTHER REQUIREMENTS OF THIS SECTION, THE APPLICANT SHALL BE PROPERLY
14 REGISTERED. IF THE COUNTY RECORDER OR OTHER OFFICER IN CHARGE OF
15 ELECTIONS MATCHES THE APPLICANT WITH INFORMATION THAT THE APPLICANT IS NOT
16 A UNITED STATES CITIZEN, THE COUNTY RECORDER OR OTHER OFFICER IN CHARGE OF
17 ELECTIONS SHALL REJECT THE APPLICATION, NOTIFY THE APPLICANT THAT THE
18 APPLICATION WAS REJECTED BECAUSE THE APPLICANT IS NOT A UNITED STATES
19 CITIZEN AND FORWARD THE APPLICATION TO THE COUNTY ATTORNEY AND ATTORNEY
20 GENERAL FOR INVESTIGATION. IF THE COUNTY RECORDER OR OTHER OFFICER IN
21 CHARGE OF ELECTIONS IS UNABLE TO MATCH THE APPLICANT WITH APPROPRIATE
22 CITIZENSHIP INFORMATION, THE COUNTY RECORDER OR OTHER OFFICER IN CHARGE OF
23 ELECTIONS SHALL NOTIFY THE APPLICANT THAT THE COUNTY RECORDER OR OTHER
24 OFFICER IN CHARGE OF ELECTIONS COULD NOT VERIFY THAT THE APPLICANT IS A
25 UNITED STATES CITIZEN AND THAT THE APPLICANT WILL NOT BE QUALIFIED TO VOTE
26 IN A PRESIDENTIAL ELECTION OR BY MAIL WITH AN EARLY BALLOT IN ANY ELECTION
27 UNTIL SATISFACTORY EVIDENCE OF CITIZENSHIP IS PROVIDED.
28      F. THE COUNTY RECORDER OR OTHER OFFICER IN CHARGE OF ELECTIONS
29 SHALL RECORD THE EFFORTS MADE TO VERIFY AN APPLICANT'S CITIZENSHIP STATUS
30 AS PRESCRIBED IN SUBSECTIONS D AND E OF THIS SECTION. IF THE COUNTY
31 RECORDER OR OTHER OFFICER IN CHARGE OF ELECTIONS FAILS TO ATTEMPT TO
32 VERIFY THE CITIZENSHIP STATUS OF AN APPLICANT PURSUANT TO SUBSECTIONS D
33 AND E OF THIS SECTION AND THE COUNTY RECORDER OR OTHER OFFICER IN CHARGE
34 OF ELECTIONS KNOWINGLY CAUSES THE APPLICANT TO BE REGISTERED AND IT IS
35 LATER DETERMINED THAT THE APPLICANT WAS NOT A UNITED STATES CITIZEN AT THE
36 TIME OF REGISTRATION, THE COUNTY RECORDER OR OTHER OFFICER IN CHARGE OF
37 ELECTIONS IS GUILTY OF A CLASS 6 FELONY.
38      Sec. 5. Title 16, chapter 1, article 2, Arizona Revised Statutes,
39 is amended by adding sections 16-123 and 16-127, to read:
40      16-123. Proof of location of residence
41      EXCEPT FOR PERSONS WHO REGISTER PURSUANT TO SECTION 16-103, A PERSON
42 WHO REGISTERS TO VOTE SHALL PROVIDE AN IDENTIFYING DOCUMENT THAT
43 ESTABLISHES PROOF OF LOCATION OF RESIDENCE. ANY OF THE IDENTIFYING
44 DOCUMENTS PRESCRIBED IN SECTION 16-579, SUBSECTION A, PARAGRAPH 1
45 CONSTITUTES SATISFACTORY PROOF OF LOCATION OF RESIDENCE. COMPLIANCE WITH

1 THIS SECTION DOES NOT SATISFY THE RESIDENCY REQUIREMENTS IN SECTION 16-101
2 OR 16-593 AND ONLY CONSTITUTES CONFIRMATION OF THE ADDRESS ON THE
3 APPLICANT'S APPLICATION AT THE TIME OF REGISTRATION. A VALID AND
4 UNEXPIRED ARIZONA DRIVER LICENSE OR NONOPERATING IDENTIFICATION NUMBER
5 THAT IS PROPERLY VERIFIED BY THE COUNTY RECORDER SATISFIES THE
6 REQUIREMENTS OF THIS SECTION.
7       16-127.  Federal only voters; early ballot; eligibility;
8                exemption
9       A.  NOTWITHSTANDING ANY OTHER LAW:
10      1.  A PERSON WHO HAS REGISTERED TO VOTE AND WHO HAS NOT PROVIDED
11 SATISFACTORY EVIDENCE OF CITIZENSHIP AS PRESCRIBED BY SECTION 16-166,
12 SUBSECTION F IS NOT ELIGIBLE TO VOTE IN PRESIDENTIAL ELECTIONS.
13      2.  A PERSON WHO HAS NOT PROVIDED SATISFACTORY EVIDENCE OF
14 CITIZENSHIP PURSUANT TO SECTION 16-166, SUBSECTION F AND WHO IS ELIGIBLE
15 TO VOTE ONLY FOR FEDERAL OFFICES IS NOT ELIGIBLE TO RECEIVE AN EARLY
16 BALLOT BY MAIL.
17      B.  THIS SECTION DOES NOT APPLY TO AN ABSENT UNIFORMED SERVICES
18 VOTER OR OVERSEAS VOTER AS DEFINED IN THE UNIFORMED AND OVERSEAS CITIZENS
19 ABSENTEE VOTING ACT (P.L. 99-410; 100 STAT. 924; 52 UNITED STATES CODE
20 SECTION 20310), AS AMENDED BY THE RONALD W. REAGAN NATIONAL DEFENSE
21 AUTHORIZATION ACT FOR FISCAL YEAR 2005 (P.L. 108-375).
22      Sec. 6.  Section 16-134, Arizona Revised Statutes, is amended to
23 read:
24      16-134.  Return of registrations made outside office of county
25                recorder; incomplete or illegible forms
26      A.  A county recorder shall authorize persons to accept registration
27 forms, shall designate places for receipt of registration forms and shall
28 designate additional locations for distribution of voter registration
29 forms. Public assistance agencies and disabilities agencies as defined in
30 section 16-140 shall return or mail completed voter registrations to the
31 county recorder of the county in which the applicant resides within five
32 days after receipt of those registrations.
33      B.  If the information on the registration form is incomplete or
34 illegible and the county recorder is not able to process the registration
35 form, the county recorder shall notify the applicant within ten business
36 days of receipt of the registration form, shall specify the missing or
37 illegible information and, if the missing or illegible information
38 includes any of the information prescribed by section 16-121.01,
39 subsection F OR C, shall state that the registration cannot be completed
40 until the information is supplied. If the missing or illegible
41 information is supplied before 7:00 p.m. on election day, that person is
42 deemed to have been registered on the date the registration was first
43 received.
44      C.  In the case of registration by mail, a voter registration is
45 valid for an election if it complies with either of the following:

H.B. 2492

1    1.  The form is postmarked twenty-nine days or more before an
2   election and is received by the county recorder by 7:00 p.m. on the day of
3   that election.
4    2.  The registration is dated twenty-nine days or more before an
5   election and is received by the county recorder by first class mail within
6   five days after the last day to register to vote in that election.
7    D.  The date of registration entered for registration forms that are
8   received by the county recorder from persons, groups or agencies that are
9   not authorized to accept registrations pursuant to subsection A of this
10  section and that do not bear a legible postmark date or an otherwise
11  reliable date shall be the date that those forms are received by the
12  county recorder.
13   Sec. 7.  Title 16, chapter 1, article 3, Arizona Revised Statutes,
14  is amended by adding section 16-143, to read:
15   16-143.  Federal only voters; attorney general; investigation;
16            report
17   A.  THE SECRETARY OF STATE AND EACH COUNTY RECORDER SHALL MAKE
18  AVAILABLE TO THE ATTORNEY GENERAL A LIST OF ALL INDIVIDUALS WHO ARE
19  REGISTERED TO VOTE AND WHO HAVE NOT PROVIDED SATISFACTORY EVIDENCE OF
20  CITIZENSHIP PURSUANT TO SECTION 16-166 AND SHALL PROVIDE, ON OR BEFORE
21  OCTOBER 31, 2022, THE APPLICATIONS OF INDIVIDUALS WHO ARE REGISTERED TO
22  VOTE AND WHO HAVE NOT PROVIDED SATISFACTORY EVIDENCE OF CITIZENSHIP
23  PURSUANT TO SECTION 16-166.
24   B.  THE ATTORNEY GENERAL SHALL USE ALL AVAILABLE RESOURCES TO VERIFY
25  THE CITIZENSHIP STATUS OF THE APPLICANT AND AT A MINIMUM SHALL COMPARE THE
26  INFORMATION AVAILABLE ON THE APPLICATION FOR REGISTRATION WITH THE
27  FOLLOWING:
28   1.  THE DEPARTMENT OF TRANSPORTATION DATABASES OF ARIZONA DRIVER
29  LICENSES OR NONOPERATING IDENTIFICATION LICENSES.
30   2.  THE SOCIAL SECURITY ADMINISTRATION DATABASES.
31   3.  THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
32  SYSTEMATIC ALIEN VERIFICATION FOR ENTITLEMENTS PROGRAM, IF PRACTICABLE.
33   4.  A NATIONAL ASSOCIATION FOR PUBLIC HEALTH STATISTICS AND
34  INFORMATION SYSTEMS ELECTRONIC VERIFICATION OF VITAL EVENTS SYSTEM.
35   5.  ANY OTHER STATE, CITY, TOWN, COUNTY OR FEDERAL DATABASE AND ANY
36  OTHER DATABASE RELATING TO VOTER REGISTRATION TO WHICH THE COUNTY RECORDER
37  OR OFFICER IN CHARGE OF ELECTIONS HAS ACCESS, INCLUDING AN ELECTRONIC
38  REGISTRATION INFORMATION CENTER DATABASE.
39   C.  THE SECRETARY OF STATE SHALL PROVIDE THE ATTORNEY GENERAL ACCESS
40  TO THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES SYSTEMATIC ALIEN
41  VERIFICATION FOR ENTITLEMENTS PROGRAM FOR THE PURPOSES OF THIS SECTION.
42   D.  THE ATTORNEY GENERAL SHALL PROSECUTE INDIVIDUALS WHO ARE FOUND
43  TO NOT BE UNITED STATES CITIZENS PURSUANT TO SECTION 16-182.
44   E.  THE ATTORNEY GENERAL SHALL SUBMIT A REPORT TO THE SECRETARY OF
45  STATE, THE PRESIDENT OF THE SENATE, AND THE SPEAKER OF THE HOUSE OF

1   REPRESENTATIVES ON OR BEFORE MARCH 31, 2023 DETAILING ALL FINDINGS
2   RELATING TO THE CITIZENSHIP STATUS OF INDIVIDUALS WHO ARE REGISTERED TO
3   VOTE AND WHO HAVE NOT PROVIDED SATISFACTORY EVIDENCE OF CITIZENSHIP
4   PURSUANT TO SECTION 16-166.
5       Sec. 8.  Section 16-165, Arizona Revised Statutes, is amended to
6   read:
7       16-165.  Causes for cancellation
8       A.  The county recorder shall cancel a registration:
9       1.  At the request of the person registered.
10      2.  When the county recorder knows of the death of the person
11  registered.
12      3.  If the person has been adjudicated an incapacitated person as
13  defined in section 14-5101.
14      4.  When the person registered has been convicted of a felony, and
15  the judgment of conviction has not been reversed or set aside.  The county
16  recorder shall cancel the registration on receipt of notice of a felony
17  conviction from the court or from the secretary of state or when reported
18  by the elector on a signed juror questionnaire that is completed pursuant
19  to section 21-314.
20      5.  On production of a certified copy of a judgment directing a
21  cancellation to be made.
22      6.  Promptly after the election if the person registered has applied
23  for a ballot pursuant to section 16-126.
24      7.  When a person has been on the inactive voter list and has not
25  voted during the time periods prescribed in section 16-166, subsection C.
26      8.  When the county recorder receives written information from the
27  person registered that the person has a change of residence within the
28  county and the person does not complete and return a new registration form
29  within twenty-nine days after the county recorder mails notification of
30  the need to complete and return a new registration form with current
31  information.
32      9.  When the county recorder receives written information from the
33  person registered that the person has a change of address outside the
34  county.
35      10.  WHEN THE COUNTY RECORDER RECEIVES AND CONFIRMS INFORMATION THAT
36  THE PERSON REGISTERED IS NOT A UNITED STATES CITIZEN.
37      B.  If the county recorder cancels a registration pursuant to
38  subsection A, paragraph 8 of this section, the county recorder shall send
39  the person notice that the registration has been cancelled and a
40  registration form with the information described in section 16-131,
41  subsection C attached to the form.
42      C.  When proceedings in the superior court or the United States
43  district court result in a person being declared incapable of taking care
44  of himself and managing his property, and for whom a guardian of the
45  person and estate is appointed, result in such person being committed as

H.B. 2492

1  an insane person or result in a person being convicted of a felony, the
2  clerk of the superior court in the county in which those proceedings
3  occurred shall file with the secretary of state an official notice of that
4  fact.  The secretary of state shall notify the appropriate county recorder
5  and the recorder shall cancel the name of the person on the register.
6  Such notice shall name the person covered, shall give the person's date
7  and place of birth if available, the person's social security number, if
8  available, the person's usual place of residence, the person's address and
9  the date of the notice, and shall be filed with the recorder of the county
10 where the person last resided.
11      D.  Each month the department of health services shall transmit to
12 the secretary of state without charge a record of the death of every
13 resident of the state reported to the department within the preceding
14 month. This record shall include only the name of the decedent, the
15 decedent's date of birth, the decedent's date of death, the decedent's
16 social security number, if available, the decedent's usual legal residence
17 at the time of death and, if available, the decedent's father's name or
18 mother's maiden name.  The secretary of state shall use the record for the
19 sole purpose of canceling the names of deceased persons from the statewide
20 voter registration database. In addition, the department of health
21 services shall annually provide to the secretary of state from the
22 statewide electronic death registration system without charge a record of
23 all deaths of residents of this state that are reported to the department
24 of health services.  The records transmitted by the department of health
25 services shall include only the name of the decedent, the decedent's date
26 of birth, the decedent's social security number, if available, the
27 decedent's usual legal residence at the time of death and, if available,
28 the decedent's father's name or mother's maiden name.  The secretary of
29 state shall compare the records of deaths with the statewide voter
30 registration database. Public access to the records is prohibited. Use
31 of information from the records for purposes other than those required by
32 this section is prohibited. The name of each deceased person shall
33 promptly be canceled from the statewide voter registration database and
34 the secretary of state shall notify the appropriate county recorder and
35 the recorder shall cancel the name of the person from the register.
36      Sec. 9. Severability
37      If a provision of this act or its application to any person or
38 circumstance is held invalid, the invalidity does not affect other
39 provisions or applications of the act that can be given effect without the
40 invalid provision or application, and to this end the provisions of this
41 act are severable.

# EXHIBIT B

Senate Engrossed House Bill

voter registration; state residency; cancellation

State of Arizona
House of Representatives
Fifty-fifth Legislature
Second Regular Session
2022

# CHAPTER 370

# HOUSE BILL 2243

### AN ACT

AMENDING SECTION 16-152, ARIZONA REVISED STATUTES; AMENDING SECTION 16-165, ARIZONA REVISED STATUTES, AS AMENDED BY LAWS 2022, CHAPTER 99, SECTION 8; AMENDING SECTION 21-314, ARIZONA REVISED STATUTES; RELATING TO QUALIFICATION AND REGISTRATION OF ELECTORS.

(TEXT OF BILL BEGINS ON NEXT PAGE)

H.B. 2243

1  Be it enacted by the Legislature of the State of Arizona:
2      Section 1.  Section 16-152, Arizona Revised Statutes, is amended to
3  read:
4      16-152.  Registration form
5      A.  The form used for the registration of electors shall contain:
6      1.  The date the registrant signed the form.
7      2.  The registrant's given name, middle name, if any, and surname.
8      3.  The complete address of the registrant's actual place of
9  residence, including street name and number, apartment or space number,
10 city or town and zip code, or such description of the location of the
11 residence that it can be readily ascertained or identified.
12     4.  The registrant's complete mailing address, if different from the
13 residence address, including post office address, city or town, zip code
14 or other designation used by the registrant for receiving mail.  The form
15 shall also include a line for the registrant's e-mail address (optional to
16 registrant).
17     5.  The registrant's party preference.  The two largest political
18 parties that are entitled to continued representation on the ballot shall
19 be listed on the form in the order determined by calculating which party
20 has the highest number of registered voters at the close of registration
21 for the most recent general election for governor, then the second
22 highest.  The form shall allow the registrant to circle, check or
23 otherwise mark the party preference and shall include a blank line for
24 other party preference options.
25     6.  The registrant's telephone number, unless unlisted.
26     7.  The registrant's state or country of birth.
27     8.  The registrant's date of birth.
28     9.  The registrant's occupation.
29     10.  The registrant's Indian census number (optional to registrant).
30     11.  The registrant's father's name or mother's maiden name.
31     12.  One of the following identifiers for each registrant:
32     (a)  The Arizona driver license number of the registrant or
33 nonoperating identification license number of the registrant that is
34 issued pursuant to section 28-3165.
35     (b)  If the registrant does not have an Arizona driver license or
36 nonoperating identification license, the last four digits of the
37 registrant's social security number.
38     (c)  If the registrant does not have an Arizona driver license or
39 nonoperating identification license or a social security number and the
40 registrant attests to that, a unique identifying number consisting of the
41 registrant's unique identification number to be assigned by the secretary
42 of state in the statewide electronic voter registration database.
43     13.  A statement as to whether or not the registrant is currently
44 registered in another state, county or precinct, and if so, the name,
45 address, county and state of previous registration.

- 1 -

H.B. 2243

1   14.  The question to the registrant "Are you a citizen of the United
2   States of America?", appropriate boxes for the registrant to check "yes"
3   or "no" and a statement instructing the registrant not to complete the
4   form if the registrant checked "no".
5   15.  The question to the registrant "Will you be eighteen years of
6   age on or before election day?", appropriate boxes for the registrant to
7   check "yes" or "no" and a statement instructing the registrant not to
8   complete the form if the registrant checked "no".
9   16.  A statement that the registrant has not been convicted of
10  treason or a felony, or if so, that the registrant's civil rights have
11  been restored.
12  17.  A statement that the registrant is a resident of this state and
13  of the county in which the registrant is registering.
14  18.  A statement that executing a false registration is a class 6
15  felony.
16  19.  The signature of the registrant.
17  20.  If the registrant is unable to sign the form, a statement that
18  the affidavit was completed according to the registrant's direction.
19  21.  A statement that if an applicant declines to register to vote,
20  the fact that the applicant has declined to register will remain
21  confidential and will be used only for voter registration purposes.
22  22.  A statement that if an applicant does register to vote, the
23  office at which the applicant submits a voter registration application
24  will remain confidential and will be used only for voter registration
25  purposes.
26  23.  A statement that the applicant shall submit evidence of United
27  States citizenship with the application and that the registrar shall
28  reject the application if no evidence of citizenship is attached.
29  24.  A STATEMENT THAT IF THE REGISTRANT PERMANENTLY MOVES TO ANOTHER
30  STATE AFTER REGISTERING TO VOTE IN THIS STATE, THE REGISTRANT'S VOTER
31  REGISTRATION WILL BE CANCELED.
32  B.  A duplicate voter receipt shall be provided with the form that
33  provides space for the name, street address and city of residence of the
34  applicant, party preference and the date of signing.  The voter receipt is
35  evidence of valid registration for the purpose of casting a provisional
36  ballot as prescribed in section 16-584, subsection B.
37  C.  The state voter registration form shall be printed in a form
38  prescribed by the secretary of state.
39  D.  The county recorder may establish procedures to verify whether a
40  registrant has successfully petitioned the court for an injunction against
41  harassment pursuant to section 12-1809 or an order of protection pursuant
42  to section 13-3602 and, if verified, to protect the registrant's residence
43  address, telephone number or voting precinct number, if appropriate, from
44  public disclosure.

- 2 -

H.B. 2243

1      E.  Subsection A of this section does not apply to registrations
2 received from the department of transportation pursuant to section 16-112.
3      Sec. 2. Section 16-165, Arizona Revised Statutes, as amended by Laws
4 2022, chapter 99, section 8, is amended to read:
5      16-165.  Causes for cancellation; report
6      A.  The county recorder shall cancel a registration:
7      1.  At the request of the person registered.
8      2.  When the county recorder knows of the death of IS INFORMED AND
9 CONFIRMS THAT the person registered IS DEAD.
10      3.  If the person has been adjudicated an incapacitated person as
11 defined in section 14-5101.
12      4.  When the person registered has been convicted of a felony, and
13 the judgment of conviction has not been reversed or set aside.  The county
14 recorder shall cancel the registration on receipt of notice of a felony
15 conviction from the court or from the secretary of state or when reported
16 by the elector on a signed juror questionnaire that is completed pursuant
17 to section 21-314.
18      5.  On production of a certified copy of a judgment directing a
19 cancellation to be made.
20      6.  Promptly after the election if the person registered has applied
21 for a ballot pursuant to section 16-126.
22      7.  When a person has been on the inactive voter list and has not
23 voted during the time periods prescribed in section 16-166, subsection C.
24      8.  When the county recorder receives written information from the
25 person registered that the person has a change of residence within the
26 county and the person does not complete and return a new registration form
27 within twenty-nine days after the county recorder mails notification of
28 the need to complete and return a new registration form with current
29 information.
30      9.  When the county recorder receives written information from the
31 person registered that the person has a change of address outside the
32 county, INCLUDING WHEN THE COUNTY RECORDER EITHER:
33      (a)  RECEIVES A FORM FROM THE PERSON PURSUANT TO SUBSECTION E OF
34 THIS SECTION ON WHICH THE PERSON HAS CONFIRMED THAT THE PERSON IS NOT A
35 RESIDENT OF THIS STATE.
36      (b)  RECEIVES A SUMMARY REPORT FROM THE JURY COMMISSIONER OR JURY
37 MANAGER PURSUANT TO SECTION 21-314 INDICATING THAT THE PERSON HAS STATED
38 THAT THE PERSON IS NOT A RESIDENT OF THE COUNTY. BEFORE THE COUNTY
39 RECORDER CANCELS A REGISTRATION PURSUANT TO THIS SUBDIVISION, THE COUNTY
40 RECORDER SHALL SEND THE PERSON NOTICE BY FORWARDABLE MAIL AND A POSTAGE
41 PREPAID PREADDRESSED RETURN FORM REQUESTING THE PERSON CONFIRM BY SIGNING
42 UNDER PENALTY OF PERJURY THAT THE PERSON IS A RESIDENT OF THE COUNTY AND
43 IS NOT KNOWINGLY REGISTERED TO VOTE IN ANOTHER COUNTY OR ANOTHER
44 STATE.  THE NOTICE SHALL INFORM THE PERSON THAT FAILURE TO RETURN THE FORM
45 WITHIN THIRTY FIVE DAYS WILL RESULT IN THE PERSON'S REGISTRATION BEING

- 3 -

1 CANCELED.  IF THE PERSON FAILS TO RETURN THE NOTICE WITHIN THIRTY FIVE
2 DAYS THE COUNTY RECORDER SHALL CANCEL THE PERSON'S REGISTRATION.
3 ~~10.  When the county recorder receives and confirms information that~~
4 ~~the person registered is not a United States citizen.~~
5       10.  WHEN THE COUNTY RECORDER OBTAINS INFORMATION PURSUANT TO THIS
6 SECTION AND CONFIRMS THAT THE PERSON REGISTERED IS NOT A UNITED STATES
7 CITIZEN, INCLUDING WHEN THE COUNTY RECORDER RECEIVES A SUMMARY REPORT FROM
8 THE JURY COMMISSIONER OR JURY MANAGER PURSUANT TO SECTION 21-314
9 INDICATING THAT A PERSON WHO IS REGISTERED TO VOTE HAS STATED THAT THE
10 PERSON IS NOT A UNITED STATES CITIZEN.  BEFORE THE COUNTY RECORDER CANCELS
11 A REGISTRATION PURSUANT TO THIS PARAGRAPH, THE COUNTY RECORDER SHALL SEND
12 THE PERSON NOTICE BY FORWARDABLE MAIL THAT THE PERSON'S REGISTRATION WILL
13 BE CANCELED IN THIRTY FIVE DAYS UNLESS THE PERSON PROVIDES SATISFACTORY
14 EVIDENCE OF UNITED STATES CITIZENSHIP PURSUANT TO SECTION 16-166.  THE
15 NOTICE SHALL INCLUDE A LIST OF DOCUMENTS THE PERSON MAY PROVIDE AND A
16 POSTAGE PREPAID PREADDRESSED RETURN ENVELOPE.  IF THE PERSON REGISTERED
17 DOES NOT PROVIDE SATISFACTORY EVIDENCE WITHIN THIRTY FIVE DAYS, THE COUNTY
18 RECORDER SHALL CANCEL THE REGISTRATION AND NOTIFY THE COUNTY ATTORNEY AND
19 ATTORNEY GENERAL FOR POSSIBLE INVESTIGATION.
20       B.  If the county recorder cancels a registration pursuant to
21 subsection A, paragraph 8 of this section, the county recorder shall send
22 the person notice that the registration has been ~~cancelled~~ CANCELED and a
23 registration form with the information described in section 16-131,
24 subsection C attached to the form.
25       C.  When proceedings in the superior court or the United States
26 district court result in a person being declared incapable of taking care
27 of himself and managing his property, and for whom a guardian of the
28 person and estate is appointed, result in such person being committed as
29 an insane person or result in a person being convicted of a felony, the
30 clerk of the superior court in the county in which those proceedings
31 occurred shall file with the secretary of state an official notice of that
32 fact.  The secretary of state shall notify the appropriate county recorder
33 and the recorder shall cancel the name of the person on the
34 register.  Such notice shall name the person covered, shall give the
35 person's date and place of birth if available, the person's social
36 security number, if available, the person's usual place of residence, the
37 person's address and the date of the notice, and shall be filed with the
38 recorder of the county where the person last resided.
39       D.  Each month the department of health services shall transmit to
40 the secretary of state without charge a record of the death of every
41 resident of the state reported to the department within the preceding
42 month.  This record shall include only the name of the decedent, the
43 decedent's date of birth, the decedent's date of death, the decedent's
44 social security number, if available, the decedent's usual legal residence
45 at the time of death and, if available, the decedent's father's name or

1    mother's maiden name.  The secretary of state shall use the record for the
2    sole purpose of canceling the names of deceased persons from the statewide
3    voter registration database. In addition, the department of health
4    services shall annually provide to the secretary of state from the
5    statewide electronic death registration system without charge a record of
6    all deaths of residents of this state that are reported to the department
7    of health services.  The records transmitted by the department of health
8    services shall include only the name of the decedent, the decedent's date
9    of birth, the decedent's social security number, if available, the
10   decedent's usual legal residence at the time of death and, if available,
11   the decedent's father's name or mother's maiden name.  The secretary of
12   state shall compare the records of deaths with the statewide voter
13   registration database.  Public access to the records is prohibited.  Use
14   of information from the records for purposes other than those required by
15   this section is prohibited.  The name of each deceased person shall
16   promptly be canceled from the statewide voter registration database and
17   the secretary of state shall notify the appropriate county recorder and
18   the recorder shall cancel the name of the person from the register.
19       E.  EACH MONTH THE DEPARTMENT OF TRANSPORTATION SHALL FURNISH TO THE
20   SECRETARY OF STATE WITHOUT CHARGE A LIST OF PERSONS WHO THE DEPARTMENT HAS
21   BEEN NOTIFIED HAVE BEEN ISSUED A DRIVER LICENSE OR THE EQUIVALENT OF AN
22   ARIZONA NONOPERATING IDENTIFICATION LICENSE IN ANOTHER STATE.  WITHIN TEN
23   DAYS AFTER RECEIVING THE LIST OF PERSONS FROM THE DEPARTMENT OF
24   TRANSPORTATION, THE SECRETARY OF STATE SHALL PROVIDE TO THE APPROPRIATE
25   COUNTY RECORDER A LIST OF REGISTERED VOTERS IN THAT COUNTY WHO HAVE BEEN
26   ISSUED A DRIVER LICENSE OR THE EQUIVALENT OF AN ARIZONA NONOPERATING
27   IDENTIFICATION LICENSE IN ANOTHER STATE.  THE COUNTY RECORDER SHALL
28   PROMPTLY SEND NOTICE BY FORWARDABLE MAIL TO EACH PERSON WHO HAS OBTAINED A
29   DRIVER LICENSE OR THE EQUIVALENT OF AN ARIZONA NONOPERATING IDENTIFICATION
30   LICENSE IN ANOTHER STATE AND A POSTAGE PREPAID PREADDRESSED RETURN FORM
31   REQUESTING THE PERSON CONFIRM BY SIGNING UNDER PENALTY OF PERJURY THAT THE
32   PERSON IS A RESIDENT OF THIS STATE AND IS NOT KNOWINGLY REGISTERED TO VOTE
33   IN ANOTHER STATE OR CONFIRM THAT THE PERSON IS NOT A RESIDENT OF THIS
34   STATE.  THE NOTICE SHALL INFORM THE PERSON THAT FAILURE TO RETURN THE FORM
35   WITHIN NINETY DAYS WILL RESULT IN THE PERSON'S REGISTRATION BEING PLACED
36   IN INACTIVE STATUS.  IF THE PERSON RETURNS THE FORM WITHIN NINETY DAYS
37   CONFIRMING THAT THE PERSON IS A RESIDENT OF THIS STATE, THE COUNTY
38   RECORDER SHALL MAINTAIN THE REGISTRATION IN ACTIVE STATUS.  IF THE PERSON
39   FAILS TO RETURN THE FORM WITHIN NINETY DAYS, THE COUNTY RECORDER SHALL
40   PLACE THE PERSON'S REGISTRATION IN INACTIVE STATUS.
41       F.  EACH MONTH THE SECRETARY OF STATE SHALL COMPARE THE STATEWIDE
42   VOTER REGISTRATION DATABASE TO THE DRIVER LICENSE DATABASE MAINTAINED BY
43   THE DEPARTMENT OF TRANSPORTATION.  THE SECRETARY OF STATE SHALL NOTIFY THE
44   APPROPRIATE COUNTY RECORDER IF A PERSON WHO IS REGISTERED TO VOTE IN THAT

1  COUNTY HAS CHANGED THE PERSON'S RESIDENCE ADDRESS OR IS NOT A UNITED
2  STATES CITIZEN.
3        G.  TO THE EXTENT PRACTICABLE, EACH MONTH THE COUNTY RECORDER SHALL
4  COMPARE THE COUNTY'S VOTER REGISTRATION DATABASE TO THE SOCIAL SECURITY
5  ADMINISTRATION DATABASE.
6        H.  TO THE EXTENT PRACTICABLE, EACH MONTH THE COUNTY RECORDER SHALL
7  COMPARE PERSONS WHO ARE REGISTERED TO VOTE IN THAT COUNTY AND WHO THE
8  COUNTY RECORDER HAS REASON TO BELIEVE ARE NOT UNITED STATES CITIZENS AND
9  PERSONS WHO ARE REGISTERED TO VOTE WITHOUT SATISFACTORY EVIDENCE OF
10 CITIZENSHIP AS PRESCRIBED BY SECTION 16-166 WITH THE SYSTEMATIC ALIEN
11 VERIFICATION FOR ENTITLEMENTS PROGRAM MAINTAINED BY THE UNITED STATES
12 CITIZENSHIP AND IMMIGRATION SERVICES TO VERIFY THE CITIZENSHIP STATUS OF
13 THE PERSONS REGISTERED.
14       I.  FOR PERSONS WHO ARE REGISTERED TO VOTE WITHOUT SATISFACTORY
15 EVIDENCE OF CITIZENSHIP AS PRESCRIBED IN SECTION 16-166, THE COUNTY
16 RECORDER SHALL COMPARE THE ELECTRONIC VERIFICATION OF VITAL EVENTS SYSTEM
17 MAINTAINED BY A NATIONAL ASSOCIATION FOR PUBLIC HEALTH STATISTICS AND
18 INFORMATION SYSTEMS, IF ACCESSIBLE, WITH THE INFORMATION ON THE PERSON'S
19 VOTER REGISTRATION FILE.
20       J.  TO THE EXTENT PRACTICABLE, THE COUNTY RECORDER SHALL REVIEW
21 RELEVANT CITY, TOWN, COUNTY, STATE AND FEDERAL DATABASES TO WHICH THE
22 COUNTY RECORDER HAS ACCESS TO CONFIRM INFORMATION OBTAINED THAT REQUIRES
23 CANCELLATION OF REGISTRATIONS PURSUANT TO THIS SECTION.
24       K.  AFTER CANCELING A REGISTRATION PURSUANT TO THIS SECTION, THE
25 COUNTY RECORDER SHALL SEND A NOTICE BY FORWARDABLE MAIL INFORMING THE
26 PERSON THAT THE PERSON'S REGISTRATION HAS BEEN CANCELED, THE REASON FOR
27 CANCELLATION, THE QUALIFICATIONS OF ELECTORS PURSUANT TO SECTION 16-101
28 AND INSTRUCTIONS ON REGISTERING TO VOTE IF THE PERSON IS QUALIFIED.
29       L. THE SECRETARY OF STATE SHALL REPORT THE FOLLOWING INFORMATION TO
30 THE LEGISLATURE AT THE END OF EACH QUARTER:
31       1.  THE NUMBER OF DEATHS REPORTED TO THE SECRETARY OF STATE BY THE
32 DEPARTMENT OF HEALTH SERVICES, THE NUMBER OF VOTER REGISTRATION
33 CANCELLATION NOTICES ISSUED BY THE SECRETARY OF STATE TO THE COUNTY
34 RECORDERS AS A RESULT OF THOSE REPORTS AND THE NUMBER OF REGISTRATIONS
35 CANCELED AS A RESULT OF THOSE NOTICES.
36       2.  THE NUMBER OF PERSONS REPORTED TO THE SECRETARY OF STATE WHO
37 HAVE BEEN ISSUED A DRIVER LICENSE OR THE EQUIVALENT OF AN ARIZONA
38 NONOPERATING IDENTIFICATION LICENSE IN ANOTHER STATE, THE NUMBER OF
39 NOTICES SENT PURSUANT TO SUBSECTION E OF THIS SECTION AND THE NUMBER OF
40 VOTER REGISTRATIONS THAT HAVE BEEN PLACED IN INACTIVE STATUS AND THE
41 NUMBER OF VOTER REGISTRATIONS THAT HAVE BEEN CANCELED AS A RESULT OF THOSE
42 NOTICES.

H.B. 2243

1        3.  THE NUMBER OF PERSONS WHO HAVE STATED ON A JURY QUESTIONNAIRE
2  THAT THE PERSON IS NOT A UNITED STATES CITIZEN, THE NUMBER OF NOTICES SENT
3  PURSUANT TO SUBSECTION A, PARAGRAPH 10 OF THIS SECTION AND THE NUMBER OF
4  REGISTRATIONS THAT HAVE BEEN CANCELED AS A RESULT OF THOSE NOTICES.
5        4.  THE NUMBER OF PERSONS WHO HAVE STATED ON A JURY QUESTIONNAIRE
6  THAT THE PERSON IS NOT A RESIDENT OF THE COUNTY, THE NUMBER OF NOTICES
7  SENT PURSUANT TO SUBSECTION A, PARAGRAPH 9, SUBDIVISION (b) OF THIS
8  SECTION AND THE NUMBER OF REGISTRATIONS THAT HAVE BEEN CANCELED AS A
9  RESULT OF THOSE NOTICES.
10       5.  THE NUMBER OF REGISTRATIONS ON THE INACTIVE VOTER LIST THAT HAVE
11  BEEN CANCELED PURSUANT TO SUBSECTION A, PARAGRAPH 7 OF THIS SECTION.
12       Sec. 3.  Section 21-314, Arizona Revised Statutes, is amended to
13  read:
14       21-314. Juror questionnaire
15       A.  The jury commissioner or jury manager shall use a questionnaire
16  to determine whether a person is qualified to serve or has valid grounds
17  to be excused or postponed from service.  The jury commissioner or jury
18  manager may require additional information from the person to make this
19  determination.  The jury commissioner or jury manager may determine juror
20  qualifications, excuses and postponements at the same time.
21       B.  THE  JUROR  QUESTIONNAIRE  SHALL  INFORM  THE  PERSON  THAT
22  DISQUALIFICATION FROM JURY DUTY AS A RESULT OF RESPONDING TO THE
23  QUESTIONNAIRE THAT THE PERSON IS NOT A RESIDENT OR IS NOT A UNITED STATES
24  CITIZEN WILL RESULT IN THE PERSON'S VOTER REGISTRATION BEING CANCELED.
25       B.  C.  The jury commissioner or jury manager may destroy the fully
26  answered questionnaire ninety days after the commissioner or manager
27  receives it.
28       C.  D.  The juror questionnaire may be included in the same mailing
29  as the summons to attend the court as a juror or the questionnaire may be
30  mailed before the summons.
31       D.  E.  The jury commissioner or jury manager may investigate the
32  accuracy  of  the  answers  to  the  questionnaire  and  may  call  on  law
33  enforcement  agencies  and  the  county  attorney  for  assistance  in  an
34  investigation.
35       F.  THE  JURY  COMMISSIONER  OR  JURY  MANAGER  SHALL  FORWARD  TO  THE
36  SECRETARY OF STATE AND THE COUNTY RECORDER A SUMMARY REPORT DERIVED FROM
37  JURY QUESTIONNAIRE DATA THAT CONTAINS INFORMATION THAT INDICATES THAT A
38  PERSON  IS  NOT  A  UNITED  STATES  CITIZEN  OR  DOES  NOT  RESIDE  IN  THE
39  COUNTY.  THE REPORT SHALL ONLY CONTAIN THE INFORMATION THAT IS NECESSARY
40  FOR THE COUNTY RECORDER TO ACCURATELY IDENTIFY THE PERSON IN THE VOTER
41  REGISTRATION DATABASE.


APPROVED BY THE GOVERNOR JULY 6, 2022.
FILED IN THE OFFICE OF THE SECRETARY OF STATE JULY 6, 2022.

# EXHIBIT C

# Register To Vote In Your State
# By Using This
# Postcard Form and Guide



# For U.S. Citizens

OMB Control No. 3265-0015

# General Instructions

**Who Can Use this Application**

If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

- Register to vote in your State,
- Report a change of name to your voter registration office,
- Report a change of address to your voter registration office, or
- Register with a political party.

**Exceptions**

Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wyoming** law does not permit mail registration.

**How to Find Out If You Are Eligible to Register to Vote in Your State**

Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You **cannot** be registered to vote in more than one place at a time.

**How to Fill Out this Application**

Use both the Application Instructions and State Instructions to guide you in filling out the application.

- First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.
- Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and refer to these instructions for information about voter eligibility and any oath required for Box 9.

**When to Register to Vote**

Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

**How to Submit Your Application**

Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

**First Time Voters Who Register by Mail**

If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:

- A current and valid photo identification or
- A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to submit a **COPY**, please keep the following in mind:

- Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.
- Do not submit original documents with this application, only **COPIES.**

**If You Were Given this Application in a State Agency or Public Office**

If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.

Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

**Box 1 — Name**
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials.
*Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

**Box 2 — Home Address**
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before but this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, or if you have no address, please show where you live using the map in Box C *(at the bottom of the form).*

**Box 3 — Mailing Address**
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

**Box 4 — Date of Birth**
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

**Box 5 — Telephone Number**
Most States ask for your telephone number in case there are questions about your application. However, you do not have to fill in this box.

**Box 6 — ID Number**
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

**Box 7 — Choice of Party**
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do not want to register with a party, write "no party" or leave the box blank. Do not write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.
*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

**Box 8 — Race or Ethnic Group**
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not* of Hispanic Origin
- Hispanic
- Multi-racial
- White, *not* of Hispanic Origin
- Other

**Box 9 — Signature**
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ___ ___ ___ Month Day Year | **5** Telephone Number (optional) | **6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State) | **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ___ / ___ / ___ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2 | ● Grocery Store
Woodchuck Road
Public School ● | X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

# FOR OFFICIAL USE ONLY

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service* ®

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ____ ____ ____ Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ____ / ____ / ____ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2 | ● Grocery Store | Woodchuck Road | X

Public School ●

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

# FOR OFFICIAL USE ONLY

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



_____

_____

_____

_____

OMB Control No. 3265-0015

# State Instructions

## Alabama

**Updated: 08-31-2018**

**Registration Deadline —** Voter registration is closed during the fourteen days preceding an election. Applications must be postmarked or delivered by the fifteenth day prior to the election.

**6. ID Number.** If you have one, you must provide your Alabama driver's license number or Alabama nondriver identification card number. If you do not have an Alabama driver's license or nondriver identification card, you must provide the last 4 digits of your Social Security number. If you have not been issued any of these numbers you must write the word "NONE" and a unique identifier will be provided for you.

**7. Choice of Party.** Optional: You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group. Y**ou are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Alabama you must:
• be a citizen of the United States
• be a resident of Alabama and your county at the time of registration
• be 18 years old before any election
• not have been convicted of a felony involving moral turpitude (or have had your civil and political rights restored). The list of moral turpitude felonies is available on the Secretary of State web site at: sos.alabama.gov/mtfelonies

• not currently be declared mentally incompetent through a competency hearing
• swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means and that the information contained herein is true, so help me God"

**Mailing address:**
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

## Alaska

**Updated: 03-01-2006**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

**7. Choice of Party.** You do not have to declare a party affiliation when registering to vote. If you

do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one ballot from the ballots available.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Alaska you must:
• be a citizen of the United States
• be at least 18 years old within 90 days of completing this registration
• be a resident of Alaska
• not be a convicted felon (unless unconditionally discharged)
• not be registered to vote in another State

**Mailing address:**
Division of Elections
State of Alaska
PO Box 110017
Juneau, AK 99811-0017

## Arizona

**Updated: 03-01-2006**

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must

# State Instructions

include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

**7. Choice of Party.** If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualified for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arizona you must:

• be a citizen of the United States
• be a resident of Arizona and your county at least 29 days preceding the next election
• be 18 years old on or before the next general election
• not have been convicted of treason or a felony (or have had your civil rights restored)
• not currently be declared an incapacitated person by a court of law

**Mailing address:**

Secretary of State/Elections
1700 W. Washington, 7th Floor
Phoenix, AZ 85007-2888

## Arkansas

**Updated: 03-01-2006**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arkansas you must:

• be a citizen of the United States
• live in Arkansas at the address in Box 2 on the application
• be at least 18 years old before the next election
• not be a convicted felon (or have completely discharged your sentence or been pardoned)
• not claim the right to vote in any other jurisdiction
• not previously be adjudged mentally incompetent by a court of competent jurisdiction

**Mailing address:**

Secretary of State
Voter Services
P.O. Box 8111
Little Rock, AR 72203-8111

## California

**Updated: 10-10-2021**

**Registration Deadline —** 15 days before the election; conditional

voter registration up to and including Election Day.

**6. ID Number.** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote if it is your first time voting in a federal election.

**7. Choice of Party.** If you wish to choose a party preference, please enter the name of the political party. If you do not want to choose a political party, enter "No Party Preference" in the space provided. California law allows voters who choose "No Party Preference" or have chosen a preference for a nonqualified political party to vote in the presidential primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.sos.ca.gov to learn which political parties allow "No Party Preference" voters and voters who have disclosed a preference for a nonqualified political party to participate in their presidential primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:

• be a citizen of the United States
• be a resident of California
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote

# State Instructions

• not currently serving a state or federal prison term for the conviction of a felony
• not currently found to be mentally incompetent to vote by a court

Your signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

**Mailing address:**
    Secretary of State
    Elections Division
    1500 11th Street, 5th Floor
    Sacramento, CA 95814

## Colorado

**Updated: 10-16-2018**

**Registration Deadline —** You may register up to, and on, Election Day. You must register 8 days or more before election day to have a ballot mailed to you. If you register less than 8 days before election day, then you must appear in person in your county to vote.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or identification number. If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** You may register with a party. If you leave this section blank you will not be registered with any party.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Colorado you must:
• be a citizen of the United States
• be a resident of Colorado for at least 22 days immediately before the Election in which you intend to vote
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote
• not be serving a sentence (including parole) for a felony conviction

**Mailing address:**
    Colorado Secretary of State
    1700 Broadway, Suite 200
    Denver, Colorado 80290

## Connecticut

**Updated: 09-03-2019**

**Registration Deadline —** postmarked seven (7) days before the election; postmarked five (5) days before the primary.

**6. ID Number.** Connecticut Driver's License Number, or if none, the last four digits of your Social Security Number.
**7. Choice of Party.** This is optional, but you must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Connecticut you must:
• be a citizen of the United States
• be a resident of Connecticut and of the town in which you wish to vote
• be 17 years old. 17 year olds who will turn 18 on or before Election

Day, may participate in the general primary.
• have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters
• not currently be declared mentally incompetent to vote by a court of law

**Mailing address:**
    Secretary of the State of
    Connecticut
    Elections Division
    P.O. Box 150470
    Hartford, CT 06115-0470

## Delaware

**Updated: 04-18-2018**

**Registration Deadline —** The 4th Saturday before a primary or general election, and 10 days before a special election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** You may register to vote in Delaware if you:

# State Instructions

• are a citizen of the United States, AND

• are a resident of Delaware; (Delaware is your home), AND

• will be 18 years old on or before the date of the next General Election.

You may not register to vote in Delaware if you:

• have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR

• were convicted of a felony and have not completed your sentence, OR

• were convicted of a disqualifying* felony and have not been pardoned.

> *List of Disqualifying Felonies:
> • murder or manslaughter, (except vehicular homicide);
> • any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
> • any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

**Mailing address:**

State of Delaware
Office of the State Election
Commissioner
905 S. Governors Ave., Suite 170
Dover, DE 19904

## District of Columbia

**Updated: 10-10-2021**

**Registration Deadline** — 21 days before the election if registering by mail, online, or via mobile app, but a voter may register in-person during early voting and on Election Day.

**6. ID Number.** Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To vote in the District of Columbia you must:

• Be a United States citizen

• Be a resident of the District of Columbia

• Maintain residency in the District of Columbia for at least 30 days prior to the election in which you intend to vote

• Not claim voting residence or the right to vote in another U.S. state or territory

• Be at least 17 years old (You may register to vote if you are at least 16 years old. You may vote in a primary election if you are at least 17 years old and you will be at least 18 years old by the next general election. You may vote in a general or special election if you are at least 18 years old).

• Not have been found by a court to be legally incompetent to vote

**Mailing address:**

District of Columbia Board of Elections
1015 Half Street, SE, Suite 750
Washington, DC 20003

## Florida

**Updated: 11-30-2011**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number. If you have not been issued any of these numbers, you must write the word "NONE."

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are requested, but not required, to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Florida you must:

• be a citizen of the United States

• be a legal resident of both the State of Florida and of the county in which you seek to be registered

• be 18 years old (you may pre-register if you are at least 16)

• not be adjudicated mentally incapacitated with respect to voting in Florida or any other State, or if you have, you must first have your voting rights restored.

• not be a convicted felon, or if you are, you must first have your civil rights restored if they were taken away.

• swear or affirm the following:

# State Instructions

"I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information in this application is true."

**Mailing address:**
State of Florida
Department of State
Division of Elections
The R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

## Georgia

Updated: 08-15-2013

**Registration Deadline —** The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other that those dates prescribed by the Georgia Election Code, registration would close on the 5th day after the call.

**6. ID Number.** Federal law requires you to provide your full GA Drivers License number or GA State issued ID number. If you do not have a GA Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifier will be provided for you.

**7. Choice of Party.** You do not have to register with a party to take part in that party's primary, caucus or convention.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Georgia you must:
• be a citizen of the United States
• be a legal resident of Georgia and of the county in which you want to vote
• be 18 years old within six months after the day of registration, and be 18 years old to vote
• not be serving a sentence for having been convicted of a felony
• not have been judicially determined to be mentally incompetent, unless the disability has been removed

**Mailing address:**
Elections Division
Office of the Secretary of State
2 Martin Luther King Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

## Hawaii

Updated: 10-10-2021

**Registration Deadline —** 10 days before the election.

**6. ID Number.** When you register to vote, you must provide your Hawaii driver's license or State identification number, if you have one. If you do not have a driver's license or ID number, you must provide the last four digits of your Social Security Number (SSN). If you do not have any of this information, the Clerk's Office will issue you a unique identification number, which will serve to

identify you for voter registration purposes.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Race or ethnic group information is not required for voter registration.

**9. Signature.** To register in Hawaii you must:
• be a citizen of the United States
• be a resident of the State of Hawaii
• be at least 16 years old (you must be 18 years old by election day in order to vote)
• not be incarcerated for a felony conviction
• not be adjudicated by a court as "non compos mentis"

**Mailing address:**
Office of Elections
State of Hawaii
802 Lehua Avenue
Pearl City, HI 96782

## Idaho

Updated: 06-27-2022

**Registration Deadline —** 25 days before the election.

**6. ID Number.** Enter the number from your Idaho driver's license card or state identification card issued by the Idaho Transportation Department. If you have no such card, enter the last 4 digits of your social security number.

**7. Choice of Party.** Unless the political party chooses to have an open primary, affiliating with a political party is required if you wish to participate in a party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Idaho you must:

# State Instructions

- be a citizen of the United States
- have resided in Idaho and in the county for 30 days prior to the day of election
- be at least 18 years old
- not have been convicted of a felony, and without having been restored to the rights of citizenship, or confined in prison on conviction of a criminal offense

**Mailing address:**
Secretary of State
P.O. Box 83720
State Capitol Bldg.
Boise, ID 83720-0080

## Illinois

**Updated: 09-03-2019**

**Registration Deadline —** Online Registration is available until 16 days before the election and in-person registration is available through Election Day.

**6. ID Number.** Illinois requires either the Driver's License (or Secretary of State ID Card) or the last 4 digits of Social Security Number. For people who do not have either of those items, and have not registered in Illinois before, a mail in registration form should be accompanied by a copy of other identifying information: you must send, with this application, either (i) a copy of a current and valid photo identification, or (ii) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If you do not provide the information required above, then you will be required to provide election officials with either (i) or

(ii) described above the first time you vote at a voting place.

**7. Choice of Party.** Leave Blank. Exception: for primary elections, unless a voter only wishes to vote on public questions, a party preference should be indicated.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** A signature is required. If signature is missing from registration form, you will be notified your registration is incomplete.

To register in Illinois you must:
- be a citizen of the United States
- be a resident of Illinois and of your election precinct at least 30 days before the next election
- be at least 18 years old on or before the next General Election or Consolidated Election
- cannot be serving a sentence of confinement in any penal institution as a result of conviction of any crime
- not claim the right to vote anywhere else

**Preregistration for 17 Year Olds.** Illinois permits registration by a 17 year old person who will be 18 on or before the General Election (or the Consolidated Election, the odd year election for city, township, school board and other local offices) to register and vote in the General Primary (or Consolidated Primary) which will nominate candidates for that next following General Election (or Consolidated Election).

**Mailing address:**
State Board of Elections
2329 S. MacArthur Boulevard
Springfield, IL 62704

## Indiana

**Updated: 03-01-2006**

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Indiana you must:
- be a citizen of the United States
- have resided in the precinct at least 30 days before the next election
- be at least 18 years of age on the day of the next general election
- not currently be in jail for a criminal conviction

**Mailing address:**
Election Division
Office of the Secretary of State
302 West Washington Street, Room E-204
Indianapolis, IN 46204-2743

## Iowa

**Updated: 10-31-2020**

**Registration Deadline —** Must be delivered by 5 p.m. 10 days before the election, if it is a general election; 11 days before all others.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received after the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day

# State Instructions

registration. You can find these on the Iowa Secretary of State's website: https://sos.iowa.gov/elections/voterinformation/edr.html.

**6. ID Number.** Your ID number is your Iowa driver's license number (or Iowa non-operator identification number) if you have one, if not then the last four digits of your social security number. The ID number you provide will be verified with the Iowa Department of Transportation or the Social Security Administration.

**7. Choice of Party.** You may, but do not have to, register with a party in advance if you want to take part in that party's primary election. You may change or declare a party affiliation at the polls on primary election day.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Iowa you must:
• be a citizen of the United States
• be a resident of Iowa
• be at least 17 years old; A person may vote if they will be 18 years old on or before election day. In the case of primary elections, a person may vote if they will be 18 years old on or before the corresponding regular election.
• not have been convicted of a felony or have had your rights restored
• not currently be judged by a court to be "incompetent to vote"
• not claim the right to vote in more than one place
• give up your right to vote in any other place

**Mailing address:**
  Elections Division
  Office of the Secretary of State
  Lucas Building-1st Floor

321 E. 12th Street
Des Moines, IA 50319

| **Kansas** |
| --- |

**Updated: 10-25-2013**

**Registration Deadline —** Postmarked or delivered 21 days before the election

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a nondriver's identification card or social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. The number you provide will be used for administrative purposes only and will not be disclosed to the public. (KSA 25-2309).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kansas you must:
• be a citizen of the United States
• be a resident of Kansas
• be 18 by the next election
• have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
• not claim the right to vote in any other location or under any other name
• not be excluded from voting by a court of competent jurisdiction

# State Instructions

**Mailing address:**
> Secretary of State
> 1st Floor, Memorial Hall
> 120 SW 10th Ave.
> Topeka, KS 66612-1594

## Kentucky

**Updated: 03-01-2006**

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your full social security number is required. It is used for administrative purposes only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kentucky you must:
• be a citizen of the United States
• be a resident of Kentucky
• be a resident of the county for at least 28 days prior to the election date
• be 18 years of age on or before the next general election
• not be a convicted felon or if you have been convicted of a felony, your civil rights must have been restored by executive pardon
• not have been judged "mentally incompetent" in a court of law
• not claim the right to vote anywhere outside Kentucky

**Mailing address:**
> State Board of Elections
> 140 Walnut Street
> Frankfort, KY 40601-3240

## Louisiana

**Updated: 02-28-2019**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If the applicant has neither a Louisiana driver's license, a Louisiana special identification card, or a social security number, the applicant shall attach one of the following items to his application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of applicant. Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405).

**7. Choice of Party.** If you do not list a party affiliation, you may not be able to vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.

**8. Race or Ethnic Group.** Completing this box is optional. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Louisiana you must:
• be a citizen of the United States
• be a resident of Louisiana (Residence address must be address where you claim homestead exemption, if any, except for a resident in a nursing home or veteran's home who may elect to use the address of the nursing home or veterans' home or the home where he has a homestead exemption. A college student may elect to use his home address or his address while away at school.)
• be at least 17 years old (16 years old if registering to vote with application for Louisiana driver's license or in person at registrar of voters office), and be 18 years old prior to the next election to vote
• not currently be under an order of imprisonment for conviction of a felony; or if under such an order (1) not have been incarcerated pursuant to the order within the last five years and (2) not be under an order of imprisonment related to a felony conviction for election fraud or any other election offense pursuant to R.S. 18:1461.2
• not be under a judgment of full interdiction for mental incompetence or limited interdiction where your right to vote has been suspended

**Mailing address:**
> Secretary of State
> Attention: Elections Division
> P.O. Box 94125
> Baton Rouge, LA 70804-9125

## Maine

**Updated: 08-14-2012**

**Registration Deadline —** Delivered 21 business days before the election (or a voter may register

# State Instructions

*in-person* up to and including election day).

**6. ID Number.** You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Number. Voters who don't have either of these forms of ID must write "NONE" in this space.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless otherwise permitted by a political party).

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maine you must:
• be a citizen of the United States
• be a resident of Maine and the municipality in which you want to vote
• be at least 17 years old (you must be 18 years old to vote)

**Mailing address:**
Elections Division
Bureau of Corporations, Elections and Commissions
101 State House Station
Augusta, ME 04333-0101

## Maryland

**Updated: 10-10-2021**

**Registration Deadline** — In-person registration by 5:00 p.m., online registration by 11:59 p.m., or postmarked 21 days before the election.

**6. ID Number.** If you do not have a current, valid Maryland driver's license or MVA ID card, you must

enter the last 4 digits of your social security number. The statutory authority allowing officials to request the last 4 digits of your social security number is Election Law Article, § 3-202. The number will only be used for registration and other administrative purposes. It will be kept confidential.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maryland you must:
• be a U.S. citizen
• be a Maryland resident
• be at least 16 years old*
• not be under guardianship for mental disability or if you are, you have not been found by a court to be unable to communicate a desire to vote
• not have been convicted of buying or selling votes
• not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment.

*You may register to vote if you are at least 16 years old but cannot vote unless you will be at least 18 years old by the next general election.

**Mailing address:**
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

## Massachusetts

**Updated: 09-03-2019**

**Registration Deadline** — 20 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's

license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four (4) digits of your social security number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.

**7. Choice of Party.** If you do not designate a party or political designation in this box, you will be registered as unenrolled, which is commonly referred to as independent. Unenrolled voters and voters registered in political designations may vote in party primaries.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Massachusetts you must:
• be a citizen of the United States
• be a resident of Massachusetts
• be at least 16 years old (must be 18 years old to vote on Election Day)
• not have been convicted of corrupt practices in respect to elections
• not be under guardianship with respect to voting
• not be currently incarcerated for a felony conviction

**Mailing address:**
Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

## Michigan

**Updated: 11-07-2019**

**Registration Deadline** — Postmarked at least 15 days before the election; or delivered in person to your city or township clerk by 8 p.m. on Election Day. If you

# State Instructions

are registering within 14 days of an election, you must provide residency verification to be eligible for that election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued personal identification card or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Michigan you must:
• be a citizen of the United States
• be 18 years old by the next election
• be a resident of Michigan and at least a 30 day resident of your city or township by election day
• not be confined in a jail after being convicted and sentenced

*Notice:* If a voter possesses a Michigan driver license (DL) or personal ID (PID), Michigan law requires the **same address be used for voter registration and DL/PID purposes.** Use of this form will also change your DL/PID address. The Secretary of State will mail you a new address sticker for your DL/PID.

**Mailing address:**
Mail or deliver this completed application directly to your city or township clerk.  Find your city or township clerk's address at Michigan.gov/Vote. If you are unable to find your city or township clerk's address, mail to:
   Michigan Department of State
   Bureau of Elections
   P.O. Box 20126
   Lansing, MI 48901-0726

## Minnesota

**Updated: 12-31-2008**

**Registration Deadline —**
Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

**6. ID Number.** You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Minnesota you must:
• be a citizen of the United States
• be a resident of Minnesota for 20 days before the next election
• maintain residence at the address given on the registration form
• be at least 18 years old on election day
• if previously convicted of a felony, your felony sentence has expired or been completed, or you have been discharged from the sentence

• not be under a court-ordered guardianship in which the right to vote has been revoked
• not be found by a court to be legally incompetent to vote.

**Mailing address:**
   Secretary of State
   60 Empire Drive, Suite 100
   St. Paul, MN 55103-1855

## Mississippi

**Updated: 05-07-2010**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.

**7. Choice of Party.** Mississippi does not have party registration. Therefore, you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Mississippi you must:
• be a citizen of the United States
• have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote
• be 18 years old by the time of the general election in which you want to vote
• have not been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor

# State Instructions

vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
• not have been declared mentally incompetent by a court

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for <u>all</u> state and federal offices.

**Mailing address:**
Secretary of State
P.O. Box 136
Jackson, MS 39205-0136

**Local county addresses:**
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at <u>www.sos. ms.gov</u>.

## Missouri

**Updated: 09-12-2006**

**Registration Deadline** — 28 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security

numbers of voters. (Section 115.157, RSMo).
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To vote in Missouri you must:
• be a citizen of the United States
• be a resident of Missouri
• be at least 17-1/2 years of age (you must be 18 to vote)
• not be on probation or parole after conviction of a felony, until finally discharged from such probation or parole
• not be convicted of a felony or misdemeanor connected with the right of suffrage
• not be adjudged incapacitated by any court of law
• not be confined under a sentence of imprisonment

**Mailing address:**
Secretary of State
P.O. Box 1767
Jefferson City, MO 65102-1767

## Montana

**Updated: 03-15-2022**

**Registration Deadline** — Regular registration closes 30 days before the election. A prospective elector may register or change the existing elector's voter information after the close of regular registration and be eligible to vote in the election if the election administrator in the county where the elector resides receives and verifies the elector's voter registration information prior to noon the day before the election.

**6. ID Number.** You must provide your Montana (MT) Driver's License number, MT Identification (ID) card number, or the last 4 digits of your Social Security number (SSN). If you are unable to provide the preceding forms of identification, you can provide a United States passport, Montana tribal ID card, military ID card, or Montana concealed carry permit when you register; or submit a photo identification, including, but not limited to, a school district or postsecondary education photo identification with your name on it, and a current utility bill, bank statement, paycheck, government check, or other government document that shows your name and current address. *For information on voter registration ID please visit <u>https://sosmt.gov/ voter-id/voter-registration-id-options/</u>
**7. Choice of Party.** Montana does not require party registration to participate in any election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Montana you must:
• be a citizen of the United States
• be at least 18 years old on or before the election
• be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
• not be in a penal institution for a felony conviction
• not currently be determined by a court to be of unsound mind
• meet these qualifications by the next election day if you do not currently meet them

**Mailing address:**
Mail your completed registration form to your local county election

# State Instructions

office. The county contact information can be found on the Montana Secretary of State's website: Election-Officials-Master-Email-List (sosmt.gov). If you have difficulty finding your county election office, contact the Montana Secretary of State Elections and Voter Services Division for assistance at (888) 884-8683 or (406) 444-9608, or email soselections@mt.gov. (Note: Registrations may be sent to the Montana Secretary of State's office, however, to avoid potential delays, we recommend you return your completed voter registration application directly to your county elections office.)

Secretary of State's Office
P.O. Box 202801
Helena, MT 59620-2801

## Nebraska

**Updated: 03-08-2018**

**Registration Deadline —** The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

**6. ID Number.** You must provide your Nebraska driver's license number. If you do not have a Nebraska driver's license number then you must list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nebraska you must:
• be a citizen of the United States
• be a resident of Nebraska

• be at least 18 years of age or will be 18 years of age on or before the first Tuesday after the first Monday of November
• not have been convicted of a felony, or if convicted, it has been at least two years since you have completed your sentence for the felony, including any parole term
• not have been officially found to be mentally incompetent

**Mailing address:**
Nebraska Secretary of State
Suite 2300, State Capitol Bldg.
Lincoln, NE 68509-4608

## Nevada

**Updated: 05-01-2020**

**Registration Deadline —** The deadline for mail-in or in-person voter registration is the fourth Tuesday before any primary or general election. This is the date by which: (1) a mail-in voter registration application must be postmarked; or (2) a person must appear in person at the office of the County Clerk/Registrar of Voters. The deadline for online voter registration at www.RegisterToVoteNV.gov is the Thursday preceding the primary or general election. Eligible voters who miss the voter registration deadlines can register to vote in person at the polling place either during early voting or on election day.

**6. ID Number.** You must supply a Nevada driver's license number or Nevada ID card number if you have been issued one by the DMV. If you do not have a valid Nevada driver's license or Nevada ID card, you must supply the last four digits of your Social Security Number.

If you do not have a valid Nevada driver's license or Nevada ID card or a Social Security Number, please contact your County Clerk/Registrar of Voters to be assigned a unique identifier.

**7. Choice of Party.** You must register with a major political party if you want to take part in that party's primary election, caucus, or convention.  If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nevada you must:
• Be a citizen of the United States;
• Have attained the age of 18 years on the date of the next election;
• Have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election;
• Not be currently serving a term of imprisonment for a felony conviction;
• Not be determined by a court of law to be mentally incompetent; and
• Claim no other place as your legal residence.

**Preregistration for 17 Year Olds —** A person who is 17 years of age or older but less than 18 years of age and meets all other qualifications to vote in Nevada can preregister to vote using any of the means available for a person to register to vote.  A person who is preregistered to vote automatically becomes a registered voter on his or her 18th birthday.

**Felony Convictions —** Any Nevada resident who is convicted

# State Instructions

of a felony is immediately restored the right to vote upon the individual's release from prison. There is no waiting period or action required by the individual. The restoration of voting rights is automatic and immediate upon the individual's release from prison, regardless of the category of felony committed or whether the individual is still on either parole or probation. More information regarding the restoration of voting rights can be found on the Nevada Secretary of State's website at: www.nvsos.gov.

**Mailing address:**
Secretary of State Elections Division
101 North Carson Street, Suite 3
Carson City, NV 89701-4786

Voter registration applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your local county election official.

**Local county addresses:** To meet registration deadlines, especially during the two weeks before the mail-in voter registration deadline, you should return completed voter registration applications to your respective County Clerk/Registrar of Voters. A complete list of County Clerks and Registrars of Voters is available on the Nevada Secretary of State's website: www.nvsos.gov.

## New Hampshire

Updated: 03-01-2006

**Registration Deadline —** New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election.

New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form. You need to fill in only Box 1 and Box 2 or 3.

The application should be mailed to your town or city clerk at your zip code. These addresses are listed on the Secretary of State web site at www.state.nh.us/sos/clerks.htm

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

## New Jersey

Updated: 03-28-2008

**Registration Deadline —** 21 days before the election.

**6. ID Number.** The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

**7. Choice of Party.** New Jersey's voter registration form does not provide a check-off for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also file a political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must file a declaration form 50 days before the primary election, in order to vote.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in New Jersey you must:
• be a citizen of the United States
• be at least 18 years of age by the time of the next election
• be a resident of this State and county at your address at least 30 days before the next election
• not be serving a sentence or on parole or probation as the result of a conviction of any indictable offense under the laws of this or another state or of the United States

**Mailing address:**
New Jersey Department of Law and Public Safety
Division of Elections
PO BOX 304
Trenton, NJ 08625-0304

## New Mexico

Updated: 03-01-2006

**Registration Deadline —** 28 days before the election.

# State Instructions

**6. ID Number.** Your full social security number is required. This registration card containing your social security number will become part of the permanent voter registration records of your locality, which are open to inspection by the public in the office of the county clerk. However, your social security number and date of birth will remain confidential and will not be disclosed to the public. Computerized listings of limited voter registration information (without social security number or birth date) are available to the general public, and are furnished upon request to incumbent election officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only (§1-5-19B, NMSA 1978).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Mexico you must:
- be a citizen of the United States
- be a resident of the State of New Mexico
- be 18 years of age at the time of the next election
- not have been denied the right to vote by a court of law by reason of mental incapacity and, if I have been convicted of a felony, I have completed all conditions of probation or parole, served the entirety of a sentence or have been granted a pardon by the Governor.

**Mailing address:**
Bureau of Elections
325 Don Gaspar, Suite 300
Santa Fe, NM 87503

## New York

**Updated: 01-12-2023**

**Registration Deadline** — 10 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State.

**7. Choice of Party.** You must enroll with a party if you want to vote in that party's primary election or caucus.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New York you must:
- be a citizen of the United States
- be a resident of the county, or of the City of New York, at least 30 days before an election
- be 18 years old (you may pre-register at 16 or 17 but cannot vote until you are 18)
- not be in prison for a felony conviction
- not currently be judged incompetent by order of a court of competent judicial authority
- not claim the right to vote elsewhere

**Mailing address:**
NYS Board of Elections
40 North Pearl Street, Suite 5
Albany, NY 12207-2729

## North Carolina

**Updated: 03-01-2006**

**Registration Deadline** — Postmarked 25 days before the election or received in the elections office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

**6. ID Number.** Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party to vote in that party's primary unless that party allows unaffiliated voters to vote in its primary. If you indicate a political party that is not a qualified party, or indicate no party, you will be listed as "Unaffiliated".

**8. Race or Ethnic Group.** You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in North Carolina you must:
- be a citizen of the United States
- be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
- be 18 years of age by the day of the next general election
- have your rights of citizenship restored if you have been convicted of a felony
- not be registered or vote in any other county or state

**Mailing address:**
State Board of Elections
P.O. Box 27255
Raleigh, NC 27611-7255

# State Instructions

## North Dakota

Updated: 03-01-2006

North Dakota does not have voter registration.

## Ohio

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.]

**7. Choice of Party.** You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.
• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

**Mailing address:**
> Secretary of State of Ohio
> Elections Division
> 180 E. Broad Street — 15th Floor
> Columbus, OH 43215

## Oklahoma

Updated: 03-15-2022

**Registration Deadline** — 25 days before the election.

**6. ID Number.** You must provide either your valid Oklahoma driver's license number, state identification card number, or the last four digits of your Social Security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election. A current list of recognized political parties in Oklahoma is available on the Oklahoma State Election Board website. Registered voters with no party affiliation may be allowed by recognized parties to participate in primary elections at the party's discretion. You will find a list of recognized political parties and a list of parties that allow voters with no party affiliation to vote in primaries at: https://oklahoma.gov/elections/voter-registration/political-party-info.html.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register to vote in Oklahoma you must:
• You must be a citizen of the United States and a resident of the State of Oklahoma.
• You must be 18 years old on or before the date of the next election. You may pre-register if you are at least 17½ years old, but your voter registration will not be activated until you are 18 years old.
• If convicted of a felony, you must have fully served your sentence of court-mandated calendar days, including any term of incarceration, parole, or supervision, or completed a period of probation ordered by any court.
• You must not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote.
• Applications must be signed and dated by the applicant. The signature must be the original, handwritten autograph or mark of the applicant. No facsimile, reproduction, typewritten or other substitute signature, autograph or mark will be valid. It is against the law to sign an Oklahoma Voter Registration Application on behalf of another person.

**Mailing address:**
> Oklahoma State Election Board
> Box 528800
> Oklahoma City, OK 73152-8800

You can also complete a voter registration application online, using the OK Voter Portal "wizard": https://okvoterportal.okelections.us/Home/RegWizard (Applications must be printed, signed, and mailed or hand-delivered to your county or State Election Board to complete the process.)

## Oregon

Updated: 10-10-2021

**Registration Deadline** — 21 days before the election.

**6. ID Number.** To be eligible to vote in Oregon elections, you must provide a valid Oregon Driver's

# State Instructions

License, Permit or ID number. If you do not have an Oregon-issued ID, then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form.

**7. Choice of Party.** In many cases, you must register with a party if you want to take part in that party's primary election. If you are not a member of a party or this space is left blank, you will be registered as a nonaffiliated voter.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oregon you must be:
• a citizen of the United States
• a resident of Oregon
• and at least 16 years of age when registering. If you are not yet 18, you will not receive a ballot until an election occurs on or after your 18th birthday.

**Mailing address:**
  Oregon Elections Division
  Public Service Building,
  Suite 501
  255 Capital St. NE
  Salem, OR 97310

Register or make changes to your registration online —
www.oregonvotes.gov.

## Pennsylvania

**Updated: 05-01-2020**

**Registration Deadline — 15 days** before an election or primary.

**6. ID Number.** You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the last four digits of your Social Security Number. If you do not have either form of ID, please write "NONE" in the box.

**7. Choice of Party.** You must register
with a major party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Pennsylvania you must:
• be a citizen of the United States at least one month before the next election
• be a resident of Pennsylvania and your election district at least 30 days before the election
• be at least 18 years of age on the day of the next election

**Mailing address:**
  Office of the Secretary of
  the Commonwealth
  210 North Office Bldg.
  Harrisburg, PA 17120-0029

You may also register online at register.votespa.com.

## Rhode Island

**Updated: 09-03-2019**

**Registration Deadline — 30 days** before the election.

**6. ID Number.** The applicant shall be required to provide their Rhode Island driver's license or State ID number if the applicant has been issued a current and valid Rhode Island driver's license or State ID. In the case of an applicant who has not been issued a current and valid driver's license or State ID, they must provide the last four (4) digits of their social security number. An applicant, who has neither, will be assigned a unique identifying number by the State of Rhode Island.

**7. Choice of Party.** In Rhode Island, a person must register with a party if they wish to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if they choose, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, they can still vote in general elections and nonpartisan primary elections.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Rhode Island you must:
• be a citizen of the United States
• be a resident of Rhode Island
• be at least 16 years of age (you must be 18 years old to vote)
• not be currently incarcerated in a correctional facility due to a felony conviction
• not have been lawfully judged to be mentally incompetent by a court of law

**Mailing address:**
  Rhode Island State Board of
  Elections
  50 Branch Ave.
  Providence, RI 02904-2790

## South Carolina

**Updated: 01-05-2021**

**Registration Deadline — 30 days** before the election.

**6. ID Number.** You must provide at least the last four digits of your social security number. You may provide your full social security number on a voluntary basis. Social security number does not

# State Instructions

appear on any report produced by the State Election Commission nor is it released to any unauthorized individual. (South Carolina Title 7-5-170)

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in South Carolina you must:
• be a citizen of the United States
• be at least 18 years old on or before the next election
• be a resident of South Carolina, your county and precinct
• not be confined in any public prison resulting from a conviction of a crime
• never have been convicted of a felony or offense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
• not be under a court order declaring you mentally incompetent
• claim the address on the application as your only legal place of residence and claim no other place as your legal residence

**Mailing address:**
State Election Commission
P.O. Box 5987
Columbia, SC 29250-5987

## South Dakota

**Updated: 10-10-2021**

**Registration Deadline —** Received 15 days before the election.

**6. ID Number.** Any person registering to vote shall provide the person's valid South Dakota driver license number or a South Dakota nondriver identification number on the voter registration form. If a person does not have a valid South Dakota driver license or a South Dakota nondriver identification number, the person shall provide the last four digits of the person's social security number on the voter registration form. If a person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number, the person may only register at the county auditor's office and shall sign a statement verifying the fact that the person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number. South Dakota Codified Law 12-4-5.4

**7. Choice of Party.** If you are currently registered to vote and you leave the choice of party field blank, you will remain registered with your current party affiliation. If you are not currently registered to vote and you leave the choice of party field blank, you will be entered as an independent/no party affiliation voter, which is not a political party in South Dakota. South Dakota Codified Law 12-4-15,12-6-26

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in South Dakota you must:
• Be a United States citizen
• Reside in South Dakota
• Be at least 18 years old on or before the next election
• Not currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
• Not be judged mentally incompetent by a court of law South Dakota Codified Law 12-4-6,12-4-8,l2-l-9,l2-l-4,12-4-18, South Dakota Constitution, Article VII, Section 2

**Mailing address:**
Elections, Secretary of State
500 E. Capitol
Pierre, SD 57501-5070

## Tennessee

**Updated: 05-01-2020**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Optional.

**9. Signature.** To register in Tennessee you must:
• be a citizen of the United States
• be a resident of Tennessee
• be at least 18 years old on or before the next election

# State Instructions

• not have been convicted of a felony, but if convicted, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. For more information about this process, call 877-850-4959 or visit https://sos.tn.gov/restoration. If your conviction has been expunged, you are not considered to have a felony conviction.
• not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

**Mailing address:**
Coordinator of Elections
Tennessee Tower, Seventh Floor
312 Rosa L. Parks Ave.
Nashville, TN 37243-1102

## Texas

**Updated: 11-15-2018**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Texas you must:
• be a citizen of the United States

• be a resident of the county in which the application for registration is made
• be at least 17 years and 10 months old (you must be 18 to vote)
• not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, supervision, period of probation or be pardoned.
• have not been declared mentally incompetent by final judgment of a court of law

**Mailing address:**
Office of the Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060

## Utah

**Updated: 09-19-2019**

**Registration Deadline —**
Registration deadlines vary:
• **Mail:** registration forms must be postmarked or otherwise marked as received by the Post Office 30 days before the election.
• **In-person:** registration forms may be dropped off at the county clerk's office 7 days before the election.
• **Online:** registrations must be submitted 7 days before the election. Requires a valid Utah driver license or valid Utah ID.
• **Same-Day:** voters may register at the polls during the early voting period or on Election Day by filling out a provisional ballot.

**6. ID Number.** Your completed voter registration form must contain one of the following: a Utah Driver License number, a Utah State Identification number, or the last four digits of your

Social Security number. If you do not have a Utah Driver License or a Utah State Identification card, please write "None" in the designated space and fill in the last four digits of your Social Security number.
**7. Choice of Party.** Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not affiliate with a party, you may be restricted from voting in the primary.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Utah you must:
• be a citizen of the United States
• have resided in Utah for 30 days immediately before the next election
• be at least 18 years old on or before the next election (individuals who are 16 and 17 years of age may pre-register to vote; if a 17 year old will be 18 years of age on or before the upcoming general election, they may pre-register and vote in the primary election)
• not be a convicted felon currently incarcerated for commission of a felony
• not be convicted of treason or crime against the elective franchise, unless restored to civil rights
• not be found to be mentally incompetent by a court of law
• currently resides within the voting district or precinct in which you register to vote

**Mailing address:**
Office of the Lieutenant Governor
P.O. Box 142325
Salt Lake City, UT 84114

# State Instructions

## Vermont

**Updated: 09-19-2019**

**Registration Deadline —** Your mailed registration must be received in the clerk's office on the last day the clerk has hours before the election. Vermont has Election day voter registration at the polls as well as online voter registration. To register online visit – https://olvr.sec.state.vt.us.

**6. ID Number.** You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's office will assign you a unique identifying number.

**7. Choice of Party.** Vermont does not require party registration to participate in any election.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Vermont you must:
• be a citizen of the United States
• be a resident of Vermont
• be 18 years of age on or before election day
• have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or suffrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]
By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

**Mailing address:**
Office of the Secretary of State
Elections Division
128 State Street
Montpelier, VT 05633-1101

## Virginia

**Updated: 09-19-2019**

**Registration Deadline —** The application must be delivered or postmarked 22 days before the election.

**6. ID Number.** Your full social security number is required. Your social security number will appear on reports produced only for official use by voter registration and election officials and, for jury selection purposes, by courts. Article II, §2, Constitution of Virginia (1971).

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next May or November general election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

**Mailing address:**
Virginia State Board of Elections
1100 Bank Street, 1st floor
Richmond, VA 23219

## Washington

**Updated: 07-01-2022**

**Registration Deadline —** Online and mail registration forms must be received by an elections official no later than 8 days before the election. Register in person any time during business hours and before 8:00 p.m. on Election Day.

**6. ID Number.** You must provide your Washington driver's license or ID card number. If you do not have a Washington driver's license or ID card, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.

**7. Choice of Party.** You are not required to designate your party affiliation to register in Washington.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State, your county and precinct for 30 days immediately preceding the election in which you want to vote
• be at least 18 years old by Election Day
• If you were convicted of a felony in Washington State, another state, or in federal court, your right to vote will be restored automatically as long as you are not currently serving a sentence of total confinement in prison. You may re-register.
• 16- and 17-year-olds can sign up as Future Voters and be automatically registered to vote when they qualify

# State Instructions

**Mailing address:**
  Secretary of State
  Elections Division
  P.O. Box 40229
  Olympia, WA 98504-0229

## West Virginia

**Updated: 09-12-2006**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless you request the ballot of a party which allows independents to vote)

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in West Virginia you must:
• be a citizen of the United States
• live in West Virginia at the above address
• be 18 years old, or to vote in the primary be 17 years old and turning 18 before the general election
• not be under conviction, probation, or parole for a felony, treason or election bribery
• not have been judged "mentally incompetent" in a court of competent jurisdiction

**Mailing address:**
  Secretary of State
  Building 1, Suite 157-K
  1900 Kanawha Blvd. East
  Charleston, WV 25305-0770

## Wisconsin

**Updated: 09-20-2022**

**Registration Deadline —** Postmarked at least 20 days before the election; or completed in the office of the town, village, or city clerk up to 5:00 p.m. on the Friday before the election; or completed at the polling place on Election Day. **Wisconsin also permits online voter registration** – Visit https://myvote.wi.gov up to 20 days before the election if the voter has a current and valid Wisconsin driver license or state-issued ID card.

**2. Home Address.** Along with your voter registration form, you must send a proof-of-residence document with your complete first and last name and residential address, such as a copy of your current and valid Wisconsin driver license or state ID card, real estate tax bill, utility bill no older than 90 days, bank statement, paycheck or paystub, or a check or document issued by a unit of government. A full list is available at http://elections.wi.gov.

**6. ID Number.** Provide your unexpired Wisconsin driver license or DOT-issued ID card number. If you do not have a current and valid DOT-issued driver license or ID card, provide the last four digits of your social security number.

**7. Choice of Party.** Not required.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Wisconsin you must:
• be a citizen of the United States
• be a resident of Wisconsin and have resided at the registration address for at least 28 days.
• be at least 18 years old
• not have been convicted of treason, felony or bribery, or if you have, your civil rights have been restored after completion of your sentence or a pardon
• not have been found by a court to be incapable of understanding the objective of the electoral process
• not make or benefit from a bet or wage depending on the result of an election
• not have voted at any other location in the same election.

**Mailing address:**
Mail your completed registration form and a copy of your proof-of-residence document to your municipal clerk's office. You can find your municipal clerk here: https://myvote.wi.gov/en-US/MyMunicipalClerk

If you cannot find your municipal clerk's address, you may mail it to:
  Wisconsin Elections Commission
  201 West Washington Avenue, Second Floor
  P.O. Box 7984
  Madison, WI 53707-7984
(Note: applications may be returned to the Wisconsin Elections Commission office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your municipal clerk's office.)

# EXHIBIT D



# ARIZONA VOTER REGISTRATION FORM
## FORMA DE REGISTRO ELECTORAL EN ARIZONA

**FILL OUT COMPLETELY WITH A BLACK/BLUE PEN (RED SHADED BOXES ARE REQUIRED). TO BE ELIGIBLE TO VOTE A "FULL BALLOT," COMPLETE BOX 9, 10 OR 11 OR PROVIDE OTHER PROOF OF CITIZENSHIP - SEE BACK FOR DETAILS AND ADDITIONAL INSTRUCTIONS.**
*LLENE COMPLETAMENTE CON PLUMA DE TINTA NEGRA/AZUL (LAS CASILLAS ROJAS SON REQUERIDAS). PARA VOTAR EN UNA "BOLETA ELECTORAL COMPLETA," LLENE LA CASILLA 9, 10 U 11 O INCLUYA OTRA PRUEBA DE CIUDADANÍA - VEA LOS DETALLES EN EL REVERSO.*

**1** — **Permanent Early Voting List (PEVL)** / *Lista Permanente de Votación Temprana*
**Receive your early ballot by mail!** / *¡Reciba su boleta de votación temprana por correo!*

☐ **Yes,** I want to be added to PEVL and automatically get an early ballot by mail for every election for which I am eligible. (*To be on PEVL, your mailing address in Box 7 must be in Arizona.*)
*Sí. Quiero que me agreguen a la lista PEVL y recibir automáticamente una boleta de votación temprana por correo para cada elección. (Para estar en la lista, su dirección postal en la casilla 7 debe estar en Arizona.)*

☐ **No,** I do not want to be added to PEVL. I understand CHECKING THIS BOX will remove my name from PEVL if it was previously included. / *No. No quiero que me agreguen a la lista PEVL. Yo entiendo que al MARCAR ESTA CASILLA removerán mi nombre de la lista PEVL si éste estaba incluido antes.*

**REGISTER ONLINE** / *REGÍSTRESE EN LÍNEA:*
**WWW.SERVICEARIZONA.COM**
FOR MORE INFORMATION / *PARA MÁS INFORMACIÓN:*
**WWW.AZSOS.GOV**

BOX FOR OFFICE USE ONLY
*ÁREA SÓLO PARA EL USO DE LA OFICINA*
**S 00**

**2** — **Last Name** / *Apellido* | **First Name** / *Nombre* | **Middle Name** / *Segundo Nombre* | **Jr./Sr./III**

**3** — **Residential Address (where you live – no P.O. Box/business address)** / *Domicilio Residencial (donde usted vive – no use un apartado postal ni dirección comercial)*
If no street address, describe location using mileage, cross streets, parcel #, subdivision name/lot, or landmarks. Draw a map and/or provide latitude/longitude or geocode in Box 23 if located in a rural area without a traditional street address. / *Si no cuenta con un domicilio de calle, describa la ubicación usando millaje, cruceros de calles, núm. de parcela, nombre de lote/subdivisión, o detalles específicos de referencia. Dibuje un mapa y/o provea la latitud/longitud o código geográfico en la casilla 23 si está ubicado en un área rural sin domicilio tradicional de calles.*

**4** — **Apt./Unit/Space** / *Apto/Unidad/Espacio* | **5** — **City** / *Ciudad* | **6** — **Zip** / *Código Postal*

**7** — **Mailing Address (where you get mail,** *if not delivered to residential address)* / *Dirección Postal (donde recibe su correo, si su correo no es entregado a su domicilio residencial)*

**8** — **Last 4 Digits of Social Security #** / *Últimos 4 Dígitos del Núm. de Seguro Social*
**X X X - X X -** ___ ___ ___ ___

**9** — **AZ Driver License or Nonoperating License #** / *Núm. de Licencia de Manejo o Tarjeta de Identificación de Arizona*

**10** — **Tribal ID #** / *Núm. de Identificación Tribal*

**11** — **Alien Registration, Naturalization Certificate, or Citizenship Certificate #** / *Núm. de Registro de Extranjero, Certificado de Naturalización o de Ciudadanía*

**12** — **Birth Date (MM/DD/YYYY)** / *Fecha de Nacimiento (MM/DD/AAAA)*

**13** — **State or Country of Birth** / *Estado o País de Nacimiento*

**14** — **Party Preference** / *Preferencia de Partido*
☐ Republican / *Republicano*
☐ Democratic / *Demócrata*
☐ Other / *Otro* ___
☐ None or No Party / *Ningún Partido*

**15** — **Telephone Number** / *Número de Teléfono*
Is this a cellphone? ☐ **Yes**/*Sí* ☐ **No**
*¿Es éste número un celular?*

**16** — **Occupation** / *Ocupación*

**17** — **If you were registered to vote in another state, list former address (including county and state)** / *Si usted estaba registrado/a para votar en otro estado, anote el domicilio previo (incluyendo el condado y el estado)*

**18** — **Former Name(s) (if applicable)** / *Nombre/s Previo/s (si se aplica)*

**19** — **Father's Name or Mother's Maiden Name** / *Nombre de su padre/nombre de soltera de su madre*

**20** — **Are you willing to work at a polling place on Election Day?** / *¿Está dispuesto/a a trabajar en un lugar de votación el Día de la Elección?* ☐ **Yes**/*Sí* ☐ **No**

**21** — **E-Mail** / *Correo Electrónico*

**22** — **Are you a citizen of the United States of America?** / *¿Es usted ciudadano/a de los Estados Unidos de América?* ☐ **Yes**/*Sí* ☐ **No**

**Will you be at least 18 years old by Election Day?** / *¿Cumplirá usted 18 años de edad en ó antes del Día de la Elección?* ☐ **Yes**/*Sí* ☐ **No**

If you checked "No" to either of these questions, **DO NOT** submit this form. / *Si marcó "No" a cualquiera de estas preguntas, NO presente esta forma.*

**VOTER DECLARATION –** By signing below, I swear or affirm that the above information is true, that I am a RESIDENT of Arizona, who have NOT been convicted of a FELONY (or my civil rights have been restored - see back for details), and I have NOT been adjudicated INCAPACITATED with my voting rights revoked.

*DECLARACIÓN DEL/LA VOTANTE – Al firmar abajo, yo juro o afirmo que la información anterior es verdadera, que soy RESIDENTE de Arizona, que NO se me ha condenado por un DELITO GRAVE (o que mis derechos civiles han sido restituidos - vea en el reverso los detalles), y que no se me ha dictaminado INCAPACITADO/A con mis derechos electorales revocados.*

**SIGNATURE** / *FIRMA*  X

**DATE** / *FECHA*

**23** — **If no street address, draw a map and/or provide the latitude/longitude or geocode here** / *Si no tiene domicilio de calle, dibuje un mapa y/o provea la latitud/longitud o código geográfico aquí*

N
W/O — E
S

**24** — **If you are unable to complete or sign the form, the form can be completed at your direction. The person who assisted you must sign here.** / *Si usted no puede completar o firmar la forma, ésta se puede llenar según sus instrucciones. La persona que le ayudó a hacerlo debe firmar aquí.*

**SIGNATURE OF PERSON ASSISTING** / *FIRMA DE LA PERSONA QUE LE AYUDÓ*

**DATE** / *FECHA*

<Remove tape and fold to mail – – – – – – – – – – – – – – – – – – – – – – – – – – – Despegue la cinta adhesiva y doble la forma para enviarla por correo>

**ADDITIONAL INFORMATION**

- Don't forget to sign and date your voter registration form.
- If you are mailing your completed and signed registration form, write your County Recorder's mailing address (listed at the bottom of the Voter Registration Information page) on the "To" lines below.
- The location where you submit your registration form or, if you decide not to register to vote, your decision not to register will be kept confidential.
- Citizens with disabilities may contact their County Recorder or Elections Department about early or accessible voting, and other accommodations.
- WARNING: Executing a false registration is a class 6 felony.

**INFORMACIÓN ADICIONAL**

- No olvide firmar y fechar su forma de registro electoral.
- Si usted va a enviar por correo su forma de registro llenada y firmada, escriba la dirección postal de su Registrador del Condado (indicada en la parte inferior de la página de Información de Registro Electoral) en las líneas "To" abajo.
- El lugar donde sometió su forma de registro y, si decide no registrarse para votar, su decisión de no registrarse, se mantendrán en confidencia.
- Ciudadanos con discapacidades pueden contactar al Registrador del Condado o Depto. de Elecciones sobre la votación temprana o accesible, y otras modificaciones.
- AVISO: La ejecución de un registro electoral falso es un delito grave de clase 6.

<Fold Line ------------------------------------------------------------------------------------------- Línea de Plegado>

**TO:**

OFFICIAL ELECTION MAIL™
Authorized by the U.S. Postal Service

**FROM:**

PLACE
STAMP
HERE



## VOTER REGISTRATION INFORMATION

**Use this form to register to vote in Arizona or update your voter registration. You must update your registration whenever you move, change your name, or change your political party affiliation.** Call your County Recorder's office (listed below) with any questions about voter registration.

**TO REGISTER TO VOTE IN ARIZONA YOU MUST BE:**
• A **U.S. citizen** (proof of citizenship required to vote a "full ballot")
• A **resident** of Arizona and the county listed on your registration
• **18 years** of age or more by the next regular General Election

**YOU CANNOT REGISTER TO VOTE IN ARIZONA IF:**
• You have been found mentally **incapacitated** by a court and your voting rights were not preserved; or
• You have been convicted of a **felony** and have not had your civil rights restored. Civil rights are automatically restored if you have only _one_ felony conviction, completed your sentence, parole, or probation, and paid any victim restitution.

_You **can** register to vote if you have only misdemeanor convictions or you are in pretrial detention and are otherwise eligible._

**GENERAL INFORMATION**
• Register _online_ at www.servicearizona.com, or _mail_ or _take_ your completed, signed form to your County Recorder (acceptable mailing addresses provided below) or person designated to receive registration forms. Keep this copy as your receipt. The County Recorder will send you a confirmation of registration within 4-6 weeks.
• Fill in your political party preference in Box 14. If you leave this box blank as a first-time registrant, your party will be none or "No Party Designated." If you are already registered and you leave this box blank, you will keep your prior party preference. If you pick "Other," write the full name of your preferred party on the line provided.

**REGISTRATION DEADLINE**
• **You must register at least 29 days before the election** (or the next business day if that deadline falls on a holiday) to vote in that election.
• If returned by mail, the registration must be: (1) postmarked by the deadline and received by the County Recorder by 7:00 p.m. on Election Day; or (2) dated on or before the deadline and received by the County Recorder no later than 5 days after the deadline.

**PROOF OF CITIZENSHIP REQUIREMENT**

To be eligible to vote a "full ballot," you must submit proof of citizenship with your registration form or by 5:00 p.m. on the Thursday before Election Day. A "full ballot" includes all federal, state, county, and local races and ballot questions for which you are eligible to vote.

If you do not submit proof of citizenship and we cannot acquire your proof of citizenship from the Arizona Motor Vehicle Division or the statewide voter registration database, you will receive a "federal-only" ballot, which has only federal races and no state, county, or local races or initiatives/referendums.

You don't need to resubmit proof of citizenship if you previously registered to vote in Arizona and submitted citizenship proof, and are using this form to update your name, party affiliation, or address after moving within the state.

**VALID FORMS OF PROOF OF CITIZENSHIP**

If you have an **Arizona driver's license or non-operating license** issued after October 1, 1996, write the number in Box 9. This will serve as proof of citizenship and no additional documents are needed. However, if your license was issued when you were _not_ a U.S. citizen but you later became a U.S. citizen, complete Box 11 or provide another form of proof of citizenship.

**Other acceptable proof of citizenship (only one is needed):**
• Legible copy of a birth certificate that verifies citizenship. If the name on the birth certificate is not the same as your current legal name, submit supporting documents (e.g. marriage certificate).
• Legible copy of the pertinent pages of your passport
• Presentation to the County Recorder of U.S. naturalization documents, or Alien Registration Number, Naturalization Certificate Number, or Citizenship Certificate Number (Box 11)
• Indian Census Number, Bureau of Indian Affairs Number, Tribal Treaty Card Number, or Tribal Enrollment Number (Box 10)
• Legible copy of your Tribal Certificate of Indian Blood or Tribal or Bureau of Indian Affairs Affidavit of Birth

**Do not send original documents.** Make a printed copy of proof of citizenship and mail it with your completed registration form to your County Recorder. Visit www.azsos.gov if you have questions about proof of citizenship.

## INFORMACIÓN DE REGISTRO ELECTORAL

**Use esta forma para registrarse para votar en Arizona o actualizar su registro. Usted debe actualizar su registro cada vez que se mude, cambie su nombre, o cambie su afiliación de partido político.** Llame al Registrador de su Condado (lista abajo) con cualquier pregunta sobre el registro electoral.

**PARA REGISTRARSE PARA VOTAR EN ARIZONA DEBE:**
• Ser **ciudadano/a de EUA** (requiere prueba para usar la "boleta completa")
• Ser **residente** de Arizona y del condado listado en su registro
• Tener **18 años** de edad o más en o antes de la próxima Elección General

**USTED NO PUEDE REGISTRARSE PARA VOTAR EN ARIZONA SI:**
• Una corte dictaminó que usted está **incapacitado/a** y no se conservaron sus derechos de voto; o
• A usted se le ha condenado por un **delito grave** y no se le han restaurado sus derechos civiles. Los derechos civiles se restauran automáticamente si usted sólo tiene _una_ condena por un delito grave, ha completado su sentencia, libertad condicional, o régimen probatorio, y ha pagado cualquier restitución.

_**Puede registrarse** si sólo tiene condenas por delitos menores o está detenido/a antes del juicio y es elegible para votar al cumplir con los otros requisitos._

**INFORMACIÓN GENERAL**
• Regístrese _en línea_ en www.servicearizona.com, o _envíe por correo_ o _lleve_ su forma de registro llenada y firmada al Registrador de su Condado (dirección postal indicada abajo) o a una persona designada para recibir dichas formas. Conserve esta copia como su recibo. El Registrador le enviará a usted una confirmación dentro de 4-6 semanas.
• Llene su preferencia de partido político en la Casilla 14. Si la deja en blanco al registrarse por primera vez, su partido será ninguno o "Ningún Partido Designado." Si deja esta casilla en blanco y ya se había registrado en el estado, se mantendrá su preferencia de partido político anterior. Si elige "Otro," escriba el nombre completo de su partido de preferencia en la línea provista.

**FECHA LÍMITE PARA EL REGISTRO**
• **Para ser elegible para votar en una elección, se debe inscribir por lo menos 29 días antes de la elección** (o al siguiente día hábil si la fecha límite cae en un día festivo reconocido por el estado).
• Si envía por correo, la forma debe ser: (1) estampada en/antes de la fecha límite de registro y el Registrador del Condado debe recibirla en/antes de las 7:00 p.m. el día de la elección; ó (2) fechada en o antes de la fecha límite y el Registrador recibirla no más de 5 días después de la fecha límite.

**REQUISITO DE PRUEBA DE CIUDADANÍA**

Para votar usando la "boleta electoral completa," debe presentar prueba de ciudadanía con su forma de registro o antes de las 5:00 p.m. del jueves previo al Día de la Elección. Una "boleta electoral completa" incluye todas las contiendas federales, estatales, del condado y locales y propuestas/referéndums para las que usted sea elegible para votar.

Si no presenta prueba de ciudadanía y no podemos adquirir dicha prueba de la División de Vehículos Motorizados de Arizona o de la base de datos del registro electoral del estado, recibirá una boleta "sólo federal," que incluye sólo contiendas federales y excluye las del estado, condado, o locales o propuestas/referéndums.

Usted no necesita volver a enviar prueba de ciudadanía si se registró antes en Arizona y presentó dicha prueba, y está usando esta forma para actualizar su nombre, afiliación de partido, o domicilio después de mudarse dentro del estado.

**FORMAS VÁLIDAS DE PRUEBA DE CIUDADANÍA**

Si usted tiene una **licencia de manejo de Arizona o tarjeta de identificación** emitida después del 1 de octubre de 1996, anote el número en la Casilla 9. Esto servirá como prueba de ciudadanía y no necesitará documentos adicionales. Pero si su licencia fue emitida cuando _no_ era ciudadano y se convirtió después en ciudadano/a de Estados Unidos, complete la Casilla 11 ó provea otra forma de prueba de ciudadanía.

**Otras pruebas aceptables de ciudadanía (sólo necesita una) incluyen:**
• Copia legible del certificado de nacimiento que verifique la ciudadanía y documentación legal de apoyo (ejemplo: certificado de matrimonio) si el nombre en el certificado de nacimiento no es igual a su nombre legal actual
• Copia legible de las páginas pertinentes de su pasaporte
• Presentación de documentos de naturalización de Estados Unidos al Registrador del Condado, o anote su Número de Registro de Extranjero, del Certificado de Naturalización, o del Certificado de Ciudadanía (Casilla 11)
• Anote su Número de Censo Indio, de la Oficina de Asuntos Indios, de la Tarjeta del Tratado Tribal, o de la Inscripción Tribal (Casilla 10)
• Copia legible de su Certificado Tribal de Sangre India o Afidávit de Nacimiento Tribal o de la Oficina de Asuntos Indios

No envíe documentos originales. Haga una copia impresa de la prueba de ciudadanía y envíala por correo con su forma de registro completa al Registrador de su Condado. Visite www.azsos.gov si tiene preguntas sobre pruebas aceptables de ciudadanía.

---

**Apache County Recorder**
St. Johns, AZ 85936
(928) 337-7516 (TDD# 800-361-4402)

**Cochise County Recorder**
Bisbee, AZ 85603
(520) 432-8358 (TDD# 432-8360)

**Coconino County Recorder**
Flagstaff, AZ 86001
(928) 679-7860 (TDD# 679-7131)

**Gila County Recorder**
Globe, AZ 85501
(928) 402-8740 (TDD# 7-1-1)

**Graham County Recorder**
Safford, AZ 85548
(928) 428-3560 (TDD# 428-3562)

**Greenlee County Recorder**
Clifton, AZ 85533
(928) 865-2632 (TDD# 865-2632)

**La Paz County Recorder**
Parker, AZ 85344
(928) 669-6136 (TDD# 669-8400)

**Maricopa County Recorder**
Phoenix, AZ 85003
(602) 506-1511 (TDD# 506-2348)

**Mohave County Recorder**
Kingman, AZ 86402
(928) 753-0767 (TDD# 753-0701)

**Navajo County Recorder**
Holbrook, AZ 86025
(928) 524-4192 (TDD# 524-4294)

**Pima County Recorder**
Tucson, AZ 85702
(520) 724-4330 (TDD# 724-4320)

**Pinal County Recorder**
Florence, AZ 85132
(520) 866-6854 (TDD# 866-6851)

**Santa Cruz County Recorder**
Nogales, AZ 85621
(520) 375-7990 (TDD# 375-7934)

**Yavapai County Recorder**
Prescott, AZ 86305
(928) 771-3248 (TDD# 771-3530)

**Yuma County Recorder**
Yuma, AZ 85364
(928) 373-6034 (TDD# 373-6033)

_Arizona Secretary of State_
_Revised April 2019_

# EXHIBIT E

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 55 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

ARIZONA 2003 LEGISLATIVE SERVICE

First Regular Session of the Forty-Sixth Legislature

Additions are indicated by Text; deletions by

~~Text~~ . Changes in tables are made but not highlighted.

CHAPTER 260

S.B. 1075

ELECTIONS AND ELECTORS

AN ACT AMENDING SECTIONS 16–121.01, 16–135, 16–137, 16–142, 16–152, 16–168, 16–246, 16–441, 16–442, 16–447, 16–449, 16–513, 16–513.01, 16–542, 16–543, 16–549, 16–563, 16–579 AND 16–584, ARIZONA REVISED STATUTES; AMENDING SECTION 41–129, ARIZONA REVISED STATUTES, AS ADDED BY LAWS 2003, CHAPTER 95, SECTION 1; RELATING TO ELECTIONS AND ELECTORS.

Be it enacted by the Legislature of the State of Arizona:

Section 1. Section 16–121.01, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–121.01 >>

§ 16–121.01. Requirements for proper registration

 **A.** A person is presumed to be properly registered to vote on completion of a registration form as prescribed by section 16–152 that contains at least the name, the residence address or the location, the date of birth and the signature or other statement of the registrant as prescribed by section 16–152, subsection A, paragraph 20. Beginning on December 1, 2003, the completed registration form must also contain the person's Arizona driver license number, the nonoperating identification license number issued pursuant to section 28–3165, the last four digits of the person's social security number or the unique identifying number assigned by the secretary of state pursuant to section 16–168.

 **B.** The presumption in subsection A of this section may be rebutted only by clear and convincing evidence of any of the following:

 1. That the registrant is not the person whose name appears on the register.

 2. That the registrant has not resided in this state for twenty-nine days next preceding the election or other event for which the registrant's status as properly registered is in question.

 3. That the registrant is not properly registered at an address permitted by section 16–121.

 4. That the registrant is not a qualified registrant under section 16–101.

 Sec. 2. Section 16–135, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–135 >>

§ 16–135. Change of residence from one address to another

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 56 of 159

**A.** An elector who is correcting the residence address shown on the elector's voter registration record shall reregister with the new residence address or correct the voter registration record as prescribed by this section.

**B.** An elector who moves from the address at which he is registered to another address within the same county and who fails to notify the county recorder of the change of address before the date of an election shall be permitted to correct the voter registration records at the appropriate polling place for the voter's new address. The voter shall present a form of identification that includes the voter's given name and surname and the voter's complete residence address that is located within the precinct for the voter's new residence address. The voter shall affirm in writing the new residence address and shall be permitted to vote a "~~new residence~~ provisional ballot" .

**C.** When an elector completes voting a ~~new residence~~ provisional ballot, the election official shall ~~remove the stub from the ballot, shall~~ place the ballot in an envelope for ~~new residence~~ provisional ballots ~~to be verified~~ and shall deposit the envelope in the ballot box designated for provisional ballots.

**D.** Within ten calendar days after a general election that includes an election for a federal office and within five business days after ~~the~~ any other election, a ~~new residence~~ provisional ballot shall be compared to the signature roster for the precinct in which the voter was listed and if the voter's signature does not appear on the signature roster for that election and if there is no record of that voter having voted early for that election, the ~~new residence~~ provisional ballot shall be counted. If the signature roster or early ballot information indicates that the person did vote in that election, the ~~new residence~~ provisional ballot for that person shall remain unopened and shall not be counted.

**E.** An elector may also correct the residence address on the elector's voter registration record by requesting the address change on a written request for an early ballot that is submitted pursuant to section 16–542 and that contains all of the following:

1. A request to change the voter registration record.
2. The elector's new residence address.
3. An affirmation that the information is true and correct.
4. The elector's signature.

Sec. 3. Section 16–137, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–137 >>

§ 16–137. Change of name

An elector desiring to register under a new name, resulting either from a court order or marriage, shall reregister and shall state on the new affidavit of registration the elector's former legal name. An elector may also correct the voter registration record by providing the new name while voting a provisional ballot ~~to be verified~~ pursuant to section 16–584 at the appropriate polling place.

Sec. 4. Section 16–142, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–142 >>

§ 16–142. Secretary of state; national voter registration act; uniformed and overseas citizens; voter fraud hotline

**A.** The secretary of state or the secretary's designee is:

1. The chief state election officer who is responsible for coordination of state responsibilities under the national voter registration act of 1993 (P.L. 103–31; 107 Stat. 77; 42 United States Code section 394) and under the uniformed and overseas citizens absentee voting act (42 United States code section 1973).

2. Responsible for providing information on registration and absentee or early ballot procedures to absent uniformed services voters and overseas voters who wish to register to vote or vote in any jurisdiction in this state.

**B.** Not later than ninety days after the date of each regularly scheduled general election at which an election is held for federal office, the secretary of state shall submit a report to the election assistance commission established

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 57 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

pursuant to the help America vote act of 2002 (P.L. 107–252) that includes information on the number of ballots transmitted to absent uniformed services voters and overseas voters and the number of ballots returned and cast in the election. The secretary of state shall prepare the report in cooperation and in conjunction with the county recorders and county officers in charge of elections. The report shall be made available to the public.

**C.** The secretary of state shall provide for a toll free telephone number for the use of the public to report incidents of voter fraud. To the extent permitted by federal law, the secretary of state may use monies received from the United States government pursuant to the help America vote act of 2002 (P.L. 107–252) to establish, staff and maintain the toll free telephone number and may also use those monies to defray the costs of any investigations arising from any reports received on the toll free telephone number.

Sec. 5. Section 16–152, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–152 >>

§ 16–152. Registration form

**A.** The form used for the registration of electors shall contain:

1. The date the registrant signed the form.

2. The given name of the registrant, middle name, if any, and surname.

3. Complete address of actual place of residence, including street name and number, apartment or space number, city or town and zip code, or such description of the location of the residence that it can be readily ascertained or identified.

4. Complete mailing address, if different from residence address, including post office address, city or town, zip code or other designation used by the registrant for receiving mail.

5. Party preference.

6. Telephone number, unless unlisted.

7. State or country of birth.

8. Date of birth.

9. Occupation.

10. Indian census number (optional to registrant).

11. Father's name or mother's maiden name.

12. Beginning on December 1, 2003, one of the following identifiers for each registrant:

(a) The Arizona driver license number of the registrant or nonoperating identification license number of the registrant that is issued pursuant to section 28–3165, if the license is current and valid.

(b) If the registrant does not have a current and valid Arizona driver license or nonoperating identification license, the last four digits of the registrant's social security number (optional to registrant) .

(c) If the registrant does not have a current and valid Arizona driver license or nonoperating identification license or a social security number, a unique identifying number consisting of the registrant's unique identification number assigned by the secretary of state in the statewide electronic voter registration database.

13. A statement as to whether or not the registrant is currently registered in another state, county or precinct, and if so, the name, address, county and state of previous registration.

14. A statement that   The question to the registrant is   "are you a citizen of the United States of America?", appropriate boxes for the registrant to check "yes" or "no" and the statement "if you checked "no" in response to this question, do not complete this form".

15. A statement that   The question to the registrant "Will you be eighteen years of age on or before the date of the next general   election day?", appropriate boxes for the registrant to check "yes" or "no" and the statement "if you checked "no" in response to this question, do not complete this form".

16. A statement that the registrant has not been convicted of treason or a felony, or if so, that the registrant's civil rights have been restored.

17. A statement that the registrant is a resident of this state and of the county in which the registrant is registering.

18. A statement that executing a false registration is a class 6 felony.

19. The signature of the registrant.

20. If the registrant is unable to sign the form, a statement that the affidavit was completed according to the registrant's direction.

21. A statement that if an applicant declines to register to vote, the fact that the applicant has declined to register will remain confidential and will be used only for voter registration purposes.

22. A statement that if an applicant does register to vote, the office at which the applicant submits a voter registration application will remain confidential and will be used only for voter registration purposes.

**B.** A duplicate voter receipt shall be provided with the form that provides space for the name, street address and city of residence of the applicant, party preference and the date of signing. The voter receipt is evidence of valid registration for the purpose of casting a provisional ballot to be verified  as prescribed in section 16–584, subsection B.

**C.** The state voter registration form shall be printed in a form prescribed by the secretary of state.

**D.** The county recorder may establish procedures to verify whether a registrant has successfully petitioned the court for an injunction against harassment pursuant to section 12–1809 or an order of protection pursuant to section 12–1810 or 13–3602 and, if verified, to protect the registrant's residence address, telephone number or voting precinct number, if appropriate, from public disclosure.

Sec. 6. Section 16–168, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–168 >>

§ 16–168. Precinct registers; date of preparation; contents; copies; reports; statewide database; violation; classification

**A.** By the tenth day preceding the primary and general elections the county recorder shall prepare from the original registration forms or from electronic media at least four lists that are printed or typed on paper of all qualified electors in each precinct in the county, and such lists shall be the official precinct registers.

**B.** The official precinct registers for use at the polling place shall contain at least the names in full, party preference, date of registration and residence address of each qualified elector in the respective precincts. Such names shall be in alphabetical order and, in a column to the left of the names, such names shall be numbered consecutively beginning with number 1 in each precinct register.

**C.** For purposes of transmitting voter registration information as prescribed by this subsection, computer generated disks or computer software with at least six hundred forty megabytes of storage in counties with a population over five hundred thousand in the last decennial census shall be the principal media. A county or state chairman who is eligible to receive copies of precinct registers as prescribed by this subsection may request that the recorder provide a paper copy of the precinct registers. The county recorder shall, in addition to preparing the official precinct registers, provide a means for mechanically or electronically reproducing the precinct registers and shall unless otherwise agreed deliver within eight days after the close of registration for the primary and general elections, without charge, on the same day one electronic media copy of each precinct register within the county to the county chairman and one electronic media copy to the state chairman of each party which has at least four candidates other than presidential electors appearing upon the ballot in that county at the current election. The county recorder shall also, upon request and without charge, deliver one electronic media copy of the precinct register to the Arizona legislative council. The county recorder of a county with a population of fewer than four hundred thousand persons shall  , on the same day precinct registers are delivered to county chairmen, shall deliver one electronic media copy of each precinct register within the county to the state chairman of each party which has at least four candidates other than presidential electors appearing on the ballot in this state at the current election. The copies of the precinct registers shall be on magnetic computer disks or computer software with at least six hundred forty megabytes of storage which shall include for each elector the following information:

1. Name in full and appropriate title.

Case 2:22-cv-00509-SRB Document 365-1 Filed 05/08/23 Page 59 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

2. Party preference.

3. Date of registration.

4. Residence address.

5. Mailing address, if different from residence address.

6. Zip code.

7. Telephone number if given.

8. Birth year.

9. Occupation.

10. Primary election and general election voting history for the prior four years and any other information regarding registered voters which the county recorder or city or town clerk maintains on magnetic computer disks or computer software and which is public information.

**D.** The names on the precinct registers shall be in alphabetical order and the precinct registers in their entirety shall unless otherwise agreed be delivered to each county chairman and each state chairman at least quarterly and within ten business days of the close of each quarter in the same format and media as prescribed by subsection C of this section.

**E.** Precinct registers and other lists and information derived from registration forms may be used only for purposes relating to a political or political party activity, a political campaign or an election, for revising election district boundaries or for any other purpose specifically authorized by law and may not be used for a commercial purpose as defined in section 39–121.03. The sale of registers, lists and information derived from registration forms to a candidate or a registered political committee for a use specifically authorized by this subsection does not constitute use for a commercial purpose. The county recorder, on a request for an authorized use and within thirty days from receipt of the request, shall prepare additional copies of an official precinct register and furnish them to any person requesting them on payment of a fee equal to five cents for each name appearing on the register for a printed list and ten cents for each name for an electronic data medium, plus the cost of the blank computer disk or computer software if furnished by the recorder, for each copy so furnished.

**F.** Any person in possession of a precinct register, in whole or part, or any reproduction of a precinct register, shall not permit ~~such~~ the register to be used, bought, sold or otherwise transferred for any purpose except for uses otherwise authorized by this section. A person in possession of information derived from voter registration forms or precinct registers shall not distribute, post or otherwise provide access to any portion of that information through the internet except as authorized by subsection J of this section. Nothing in this section shall preclude public inspection of voter registration records at the office of the county recorder for the purposes prescribed by this section, except that the month and day of birth date, the social security number or any portion thereof, the driver license number or nonoperating identification license number, the unique identifying number prescribed by this section, the Indian census number, the father's name or mother's maiden name, the state or country of birth and the records containing a voter's signature shall not be accessible or reproduced by any person other than the voter, by an authorized government official in the scope of the official's duties, for signature verification on petitions and candidate filings, for election purposes,~~,~~ and for news gathering purposes by a person engaged in newspaper, radio, television or reportorial work, or connected with or employed by a newspaper, radio or television station or pursuant to a court order. Any person violating this subsection or subsection E of this section is guilty of a class 6 felony.

**G.** The county recorder shall count the registered voters by political party by precinct, legislative district and congressional district as follows:

1. In even numbered years, the county recorder shall count all persons who are registered to vote as of:

(a) January 1.

(b) March 1.

(c) The last day on which a person may register to be eligible to vote in the next primary election.

(d) The last day on which a person may register to be eligible to vote in the next general election.

(e) The last day on which a person may register to be eligible to vote in the next presidential preference election.

2. In odd numbered years, the county recorder shall count all persons who are registered to vote as of:

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 60 of 159

(a) January 1.

(b) April 1.

(c) July 1.

(d) October 1.

**H.** The county recorder shall report the totals to the secretary of state as soon as is practicable following each of the dates prescribed in subsection G of this section. The report shall include completed registration forms returned in accordance with section 16–134, subsection B. The county recorder shall also provide the report in a uniform electronic computer media format that shall be agreed upon between the secretary of state and all county recorders. The secretary of state shall then prepare a summary report for the state and shall maintain that report as a permanent record.

**I.** Until the statewide voter registration database is implemented and operational as prescribed by subsection K of this section, the county recorder shall provide to the secretary of state a list of registered voters in the county, including the voter's name, date of birth and state of birth along with the count of registered voters pursuant to subsection G of this section. The list of registered voters is a public record, except as prescribed by subsection F of this section, and shall be in a format agreed upon between the secretary of state and each county recorder. The list shall be labeled to show that it is not an official listing of registered voters. The secretary of state shall compare the lists to identify persons registered in more than one county. If a person is registered in more than one county, the secretary of state shall notify, within fifteen days after receipt of the list, the county recorder in each county in which the person is registered except the county recorder in the county in which the person registered last. The notice shall include the date of the person's latest registration. After receiving this notice the county recorder shall cancel the person's registration as of the date of the newest registration and notify the person of the cancellation at the address provided by the secretary of state from the county of the latest registration.

**J.** The county recorder shall protect access to voter registration information in an auditable format and method specified in the secretary of state's electronic voting system instructions and procedures manual that is adopted pursuant to section 16–452.

**K.** The secretary of state shall develop and administer a statewide database of voter registration information that contains the name and registration information of every registered voter in this state. The database shall include an identifier that is unique for each individual voter. The database shall provide for access by voter registration officials and shall allow expedited entry of voter registration information after it is received by county recorders. The secretary of state shall provide for maintenance of the database, including provisions regarding removal of ineligible voters that are consistent with the national voter registration act of 1993 (42 United States code section 394) and the help America vote act of 2002 (P.L. 107–252), provisions regarding removal of duplicate registrations and provisions to ensure that eligible voters are not removed in error.

**L.** For requests for the use of registration forms and access to information as provided in subsections E and F of this section, the following apply:

1. The secretary of state shall receive and respond to requests regarding statewide and federal elections.

2. The county recorder shall receive and respond to requests regarding all other elections.

Sec. 7. Section 16–246, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–246 >>

§ 16–246. Early balloting; satellite locations; additional procedures

**A.** Within ninety days preceding the Saturday before the presidential preference election and not later than 5:00 p.m. On the Friday preceding the election, any elector who is eligible to vote in the presidential preference election may make a verbal or signed, written request for an official early ballot to the county recorder or other officer in charge of elections for the county in which the elector is registered to vote. If the request is verbal, the requesting elector shall provide the date of birth and birthplace or other information that if compared to the voter registration records for that elector would confirm the identity of the elector.

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 61 of 159

**B.** Absent uniformed services voters or overseas voters who are otherwise eligible to vote in the election may vote as prescribed by sections 16–543, 16–543.01 and 16–543.02. The list of candidates that is sent as prescribed by section 16–543.01 shall be a list of all candidates who have qualified for the presidential preference ballot by the thirty-sixth day before the presidential preference election.

**C.** The county recorder may establish on-site early voting locations at the office of the county recorder or at other locations in the county deemed necessary or appropriate by the recorder. Early voting shall begin fifteen days before the presidential preference election and shall end on the Friday before the presidential preference election.

**D.** The county recorder shall send by first class mail with the endorsement "do not forward—address correction requested" any early ballots that are requested pursuant to subsections A and B of this section and shall include a preaddressed envelope for the elector to return the completed ballot.

**E.** The county recorder shall provide to each election board an appropriate alphabetized list of voters who have requested and have been sent an early ballot. Any person who is on that list of voters and who was sent an early ballot shall not vote at the polling place for that election precinct except as prescribed by section 16–579, subsection ~~B~~ C.

**F.** The county recorder may provide for any of the following in the same manner prescribed by law for other elections:

1. Special election boards.

2. Emergency balloting for persons who experience an emergency after 5:00 p.m. On the Friday preceding the presidential preference election and before 5:00 p.m. On the Monday immediately preceding the presidential preference election.

**G.** Sections 16–550, 16–551 and 16–552 govern the use of early balloting for the presidential preference election.

Sec. 8. Section 16–441, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–441 >>

§ 16–441. Effective date of article; approval of counting equipment

~~This article applies only in counties in which the board of supervisors provides, by resolution, that it shall apply, and~~ Provisions of this article shall become effective and operative when electronic or electromechanical vote recording and ballot counting equipment has been satisfactorily tested and has received the approval of the secretary of state.

Sec. 9. Section 16–442, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–442 >>

§ 16–442. Committee approval; adoption of vote tabulating equipment; experimental use

**A.** The secretary of state shall appoint a committee of three persons, to consist of a member of the engineering college at one of the universities, a member of the state bar of Arizona and one person familiar with voting processes in the state, no more than two of whom shall be of the same political party, who shall investigate and test the various types of vote recording or tabulating machines or devices which may be used under the provisions of this article. They shall submit their recommendations to the secretary of state who shall make final adoption of the type or types, make or makes, model or models to be used ~~used~~ certified for use in this state. The committee shall serve without compensation.

**B.** On completion of acquisition of machines or devices that comply with the help America vote act of 2002 (P.L. 107–252), machines or devices used at any election for federal, state or county offices may only be certified for use in this state and may only be used in this state if they comply with the help America vote act of 2002 and if those machines or devices have been tested and approved by a laboratory that is accredited pursuant to the help America vote act of 2002.

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 62 of 159

**C.** After consultation with the committee prescribed by subsection A, the secretary of state shall adopt standards that specify the criteria for loss of certification for equipment used at any election for federal, state or county offices and that was previously certified for use in this state. On loss of certification, machines or devices used at any election may not be used for any election for federal, state or county offices in this state unless recertified for use in this state.

~~B.~~  **D.** ~~The board of supervisors of a county, or~~  The governing body of a city or town~~,~~  or the ~~council~~  **board of directors** of an agricultural improvement district may adopt for use in elections any kind of electronic voting system or vote tabulating device approved by the secretary of state, and thereupon the voting or marking device and vote tabulating equipment may be used at any or all elections for voting, recording and counting votes cast at election.

~~C.~~  **E.** The governing body may provide for the experimental use of vote tabulating equipment without a final adoption thereof, and its use at the election is as valid as if the machines had been permanently adopted.

Sec. 10. Section 16–447, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–447 >>

§ 16–447. Voting devices; inspection; specifications and number of booths

~~**A.** If an electronic voting system is in use in a regular primary election held for federal, state or county offices, the board of supervisors or other authority in charge of elections shall provide each polling place with at least two voting devices for each of the two political parties which cast the highest number of votes in this state at the last preceding general election. Two voting devices for each political party as provided in this subsection is the minimum number of voting devices required for two hundred fifty registered electors, and one additional voting device shall be provided for each additional one hundred twenty registered electors, or fraction in excess of such number of electors, except that for precincts with fewer than one hundred registered electors the board of supervisors may provide sufficient additional supplies, including repair parts, instead of a second voting device.~~
~~**B.** In a regular general election held for federal, state or county offices the board of supervisors or other authority in charge of elections shall provide at least two voting devices for two hundred fifty registered electors, and one additional voting device shall be provided for each additional one hundred twenty registered electors, or fraction in excess of such number of electors, except that for precincts with fewer than one hundred registered electors the board of supervisors may provide sufficient additional supplies, including repair parts, instead of a second voting device.~~

**A.** Beginning on January 1, 2006, the board of supervisors shall provide at each polling place at least one device that complies with the help America vote act of 2002 (P.L. 107–252) and that is certified by the secretary of state for use by voters with disabilities.

~~C.~~  **B.** Prior to any election at which electronic voting devices are used, the board of supervisors or other authority in charge of elections shall have the voting devices prepared for the election and shall mail a notice to the chairmen of the county committees of the different political parties, stating when and where the voting devices may be inspected before they are sealed and delivered to the polling places.

~~D.~~  **C.** The board of supervisors or other authority in charge of elections shall have delivered to each polling place a sufficient number of voting booths and voting or marking devices. The voting booths shall be durably constructed and shall be of sufficient size and so designed as to enable the voter to mark his ballot in secrecy.

~~E.~~  **D.** In any election ~~other than the biennial primary and general elections~~ , the election officer in charge of the election shall determine the number of voting devices to be used.

Sec. 11. Section 16–449, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–449 >>

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 63 of 159

§ 16–449. Required test of equipment and programs; notice; procedures manual

  **A.** Within seven days prior to the election day, the board of supervisors or other election officer in charge, or for an election involving state or federal candidates, the secretary of state, shall have the automatic tabulating equipment and programs tested to ascertain that the equipment and programs will correctly count the votes cast for all offices and on all measures. Public notice of the time and place of the test shall be given at least forty-eight hours prior thereto by publication once in one or more daily or weekly newspapers published in the town, city or village using such equipment, if a newspaper is published therein, otherwise in a newspaper of general circulation therein. The test shall be observed by at least two election inspectors, who shall not be of the same political party, and shall be open to representatives of the political parties, candidates, the press and the public. The test shall be conducted by processing a preaudited group of ballots so punched or marked as to record a predetermined number of valid votes for each candidate and on each measure and shall include for each office one or more ballots which have votes in excess of the number allowed by law in order to test the ability of the automatic tabulating equipment and programs to reject such votes. If any error is detected, the cause therefor shall be ascertained and corrected and an errorless count shall be made before the automatic tabulating equipment and programs are approved. A copy of a revised program shall be filed with the secretary of state within forty-eight hours after the revision is made. If the error was created by automatic tabulating equipment malfunction, a report shall be filed with the secretary of state within forty-eight hours after the correction is made, stating the cause and the corrective action taken. The test shall be repeated immediately before the start of the official count of the ballots in the same manner as set forth above. After the completion of the count, the programs used and the ballots shall be sealed, retained and disposed of as provided for paper ballots.

  **B.** Electronic ballot tabulating systems shall be tested for logic and accuracy within seven days before their use for early balloting pursuant to the instructions and procedures manual for electronic voting systems that is adopted by the secretary of state as prescribed by section 16–452. The instructions and procedures manual shall include procedures for the handling of ballots, the electronic scanning of ballots and any other matters necessary to ensure the maximum degree of correctness, impartiality and uniformity in the administration of an electronic ballot tabulating system.

  Sec. 12. Section 16–513, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–513 >>

§ 16–513. Instructions for voters and election officers

  **A.** The board of supervisors shall prepare the following instructions for the guidance of voters and election officers at the election, according to which the election shall be conducted and which shall govern the voters and election officers: as provided in the secretary of state's procedures manual.

Instructions to Voters and Election Officers

  1. On entering the polls each voter shall give his name in full and his place of residence to the election officer in charge of the signature roster. The inspector or other election officer shall ascertain if the name of the voter appears on the precinct register, and, if so, the voter will be given a ballot on the stub of which shall be written the initials of the election officer delivering the ballot and the register number of the voter.

  2. The voter shall retire to a booth provided for voting and in such booth mark or punch his ballot. He will mark or punch his ballot opposite the name of each candidate whose name is printed on the ballot for whom he desires to vote.

  3. If the voter desires to vote for any person whose name is not printed on the ballot, he shall write the name of such person on the blank lines printed on the ballot, except that when a write-in ballot envelope is provided for such purpose he shall write the name and title of office of such person.

  4. If the voter by reason of infirmity, or for any reason, is physically unable to mark his ballot, he may obtain the assistance of two election officers of opposite political parties in marking or punching the ballot. When a

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 64 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1079) (WEST)

voter, for any such reason, requests assistance in marking or punching his ballot, two election officers, not of the same political party, shall accompany him to the booth and there distinctly state to him the names of the several candidates for each office, and the political parties by which they were nominated, and shall ask the voter for which candidate he desires to vote, and shall mark or punch his ballot correctly. Neither of the election officers shall in any way attempt to influence the voter in his choice of candidates, nor in any manner suggest or recommend that he vote for any particular candidate, or for the candidate of any political party.

5. If a voter accidentally spoils his ballot, he shall present the ballot concealing any marks thereon to the judge having charge of the ballots, who shall mark the ballot spoiled and deliver to the voter another ballot. This process may be repeated until the voter has received three ballots, but no more. All spoiled ballots shall be returned with official returns of the election.

6. If the name of the voter does not appear on the precinct register, the voter shall be allowed to vote a ballot to be verified on presentation of identification verifying his identity that includes the voter's given name and surname and the complete residence address that is verified by the election board to be in the precinct.

7. If a voter has moved to a new address within the county and has not corrected his voting record with the county recorder, the voter shall be permitted to vote a "new residence" ballot to be verified if the voter does both of the following:

(a) Presents identification that includes the voter's given name and surname and a physical location of a residence address that is in the precinct where the voter is attempting to vote.

(b) Affirms in writing that the voter's new residence is located in that precinct.

8. When a voter is allowed to vote any ballot to be verified the election officer shall enter the voter's name on a separate signature roster page at the end of the signature roster and the voter shall sign in the space provided. Voters' names shall be numbered consecutively beginning with the number V–1. The voter shall be given a ballot on the stub of which shall be written the initials of the election officer delivering the ballot and the registration number of the voter, if available. After the voter has voted, the election officer shall place the ballot in a separate envelope, the outside of which shall contain the precinct name or number, the signature of the voter and the voter registration number of the voter, if available.

**B.**   The board of supervisors shall furnish to the inspector in each election precinct at least two instruction cards, at the time and in the same manner as the printed ballots are furnished.

Sec. 13. Section 16–513.01, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–513.01 >>

§ 16–513.01. Right to vote a provisional ballot; notice

The board of supervisors or other officer in charge of elections shall furnish to the inspector in each election precinct at least two "Right to vote a provisional ballot to be verified " notices at the time and in the same manner as the printed ballots are furnished. The "Right to vote a provisional ballot to be verified " notice shall contain the following: be as prescribed by the secretary of state's procedures manual.

Right to Vote a Ballot to be Verified

If you believe you are a registered voter of this precinct or if you are currently registered in this county and you have moved into this precinct and have not notified the county recorder of the change in your residence address and you reside in the precinct but your name does not appear on the precinct register, you have the right to vote a ballot to be verified. Speak to the election officer in charge of the signature roster for further details. You must be prepared to show identification.

Sec. 14. Section 16–542, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–542 >>

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 65 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

§ 16–542. Request for ballot

**A.** Within ninety days next preceding the Saturday before any election called pursuant to the laws of this state, an elector may make a verbal or signed request to the county recorder, or other officer in charge of elections for the applicable political subdivision of this state in whose jurisdiction the elector is registered to vote, for an official early ballot. In addition to name and address, the requesting elector shall provide the date of birth and state or country of birth or other information that if compared to the voter registration information on file would confirm the identity of the elector. If the request indicates that the elector needs a primary election ballot and a general election ballot, the county recorder or other officer in charge of elections shall honor the request. For any partisan primary election, if the elector is not registered as a member of a political party that is entitled to continued representation on the ballot pursuant to section 16–804, the elector shall designate the ballot of only one of the political parties that is entitled to continued representation on the ballot and the elector may receive and vote the ballot of only that one political party. The county recorder may establish on-site early voting locations at the recorder's office or any other locations in the county the recorder deems necessary.

**B.** Notwithstanding subsection A of this section, a request for an official early ballot from an absent uniformed services voter or overseas voter as defined in the uniformed and overseas citizens absentee voting act of 1986 (P.L. 99–410; 42 United States Code section 1973) that is received by the county recorder or other officer in charge of elections more than ninety days next preceding the Saturday before the election is valid. If requested by the absent uniformed services or overseas voter, the county recorder or other officer in charge of elections shall provide to the requesting voter early ballot materials through the next two regularly scheduled general elections for federal office immediately following receipt of the request.

**C.** The county recorder or other officer in charge of elections shall mail postage prepaid to the address provided by the requesting elector, which address shall be the elector's residence address or the location where the elector is temporarily residing while absent from the precinct, the early ballot and the envelope for its return within five days after receipt of the official early ballots from the officer charged by law with the duty of preparing ballots pursuant to section 16–545. If a statewide voter registration database is not yet operational and if the requesting elector registered to vote for the first time in this state after January 1, 2003 and has not yet voted in this state or is reregistering after January 1, 2003 after moving from one county in this state to another county in this state and is voting for the first time at the new registration address, the early ballot materials shall include notice that the person shall submit a photocopy of a current form of identification that bears a photograph of the person and the name of the person or a photocopy of a current utility bill, bank statement, paycheck, government issued check or other government document that shows the name and registration address of the person and notice that if the person does not submit photocopies of the required documents, the person may only vote a provisional ballot.

**D.** Only the elector may be in possession of that elector's unvoted early ballot. If the request is made by the elector within thirty days next preceding the Saturday before the election, such mailing must be made within forty-eight hours after receipt of the request. Saturdays, Sundays and other legal holidays are excluded from the computation of the forty-eight hour period prescribed by this subsection. If the request is made by an absent uniformed services voter or an overseas voter more than ninety days next preceding the Saturday before the election, the mailing shall be made within twenty-four hours after the early ballots are delivered pursuant to section 16–545, subsection B, excluding Sundays.

~~**D.**~~ **E.** In order to receive an early ballot by mail, an elector's request that an early ballot be mailed to the elector's residence or temporary address must be received by the county recorder or other officer in charge of elections no later than 5:00 p.m. On the eleventh day preceding the election. An elector who appears personally no later than 5:00 p.m. On the Friday preceding the election at an on-site early voting location that is established by the county recorder or other officer in charge of elections shall be given a ballot and permitted to vote at the on-site location.

~~**E.**~~ **F.** The county recorder or other officer in charge of early balloting shall provide an alphabetized list of all voters in the precinct who have requested and have been sent an early ballot to the election board of the precinct in which the voter is registered not later than the day prior to the election.

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1073) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 66 of 159

F.   **G.** As a result of an emergency occurring between 5:00 p.m. On the second Friday preceding the election and 5:00 p.m. On the Monday preceding the election, qualified electors may request to vote early in the manner prescribed by the county recorder of their respective county. For purposes of this subsection, "emergency" means any unforeseen circumstances which would prevent the elector from voting at the polls.

G.   **H.** A candidate or political committee may distribute early ballot request forms to voters. If the early ballot request forms include a printed address for return to an addressee other than a political subdivision, the addressee shall be the candidate or political committee that paid for the printing and distribution of the request forms. All early ballot request forms that are received by a candidate or political committee shall be transmitted as soon as practicable to the political subdivision that will conduct the election.

  Sec. 15. Section 16–543, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–543 >>

§ 16–543. Application for ballot; United States service

  Any absent uniformed services voter or overseas voter as defined in the uniformed and overseas citizens absentee voting act of 1986 (P.L. 99–410; 42 United States Code section 1973) may request an early ballot with a federal postcard application that contains both an early voter registration application and an early ballot application. The secretary of state shall provide for a centralized system for receiving federal postcard applications by way of the internet or facsimile and shall provide for transmitting appropriate ballot materials in response to facsimile, telephone and internet requests for federal postcard applications. Upon   On receipt of such application, the county recorder or other officer in charge of elections shall determine whether or not the elector is registered. If the applicant is so registered, the recorder or other officer in charge of elections shall forward to him   the applicant an official early ballot. If the applicant is not registered, and the request is for a ballot for use in a county election but the federal postcard application is complete, the recorder shall forward an official early ballot to the applicant. If the applicant is not registered to vote and the federal postcard application is not used or complete, the recorder shall forward an affidavit of registration as provided in section 16–103 and shall at the same time forward to the unregistered applicant an official early ballot and affidavit.

  Sec. 16. Section 16–549, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–549 >>

§ 16–549. Special election boards; procedure for voting ill or disabled electors; expenses

  **A.** The county recorder or other officer in charge of elections, for the purpose of making it possible for qualified electors who are ill or disabled to vote, may appoint such number of special election boards as needed. In a partisan election, each such board shall consist of two members, one from each of the two political parties which cast the highest number of votes in the state in the last preceding general election. The county chairman of each such party shall furnish, within sixty days prior to the election day, the county recorder or other officer in charge of elections with a list of names of qualified electors within his   the chairman's political party, and such additional lists as may be required, from which the county recorder or other officer in charge of elections shall appoint members to such special election boards. The county recorder or other officer in charge of elections may refuse for cause to appoint or may for cause remove a member of this board. A person who is a candidate for an office other than precinct committeeman is not eligible to serve on the special election board for that election.

  **B.** Members of special election boards appointed under the provisions of this section shall be reimbursed for travel expenses in the manner provided by law and shall also receive such compensation as the board of supervisors or the governing body prescribes, all of which shall be paid by the county or other political subdivision.

  **C.** In lieu of the mailed early ballot procedure, any qualified elector who is confined as the result of a continuing illness or physical disability and is, therefore, not able to go to the polls on the day of the next election and who

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 67 of 159

does not wish to vote by the mailed early ballot procedure, may make a verbal or a signed written request to the county recorder or other officer in charge of elections to have a ballot personally delivered to ~~him~~ the elector by the special election board at ~~his~~ the elector's place of confinement within the county or other political subdivision. The ballot shall be delivered to ~~him~~ the elector in person by a special election board as provided in this section. Such requests must be made by 5:00 p.m. On the second Friday before the election.

**D.** Qualified electors who become ill or disabled after the second Friday before the election may nevertheless request personal ballot delivery pursuant to this section, and the county recorder or other officer in charge of elections shall when possible honor such requests up to and including the last day before the election. Qualified electors who are admitted to a hospital after 5:00 p.m. On the second Friday preceding the election and before 5:00 p.m. On election day may request the county recorder or other officer in charge of elections to provide a special election board with a ballot at the elector's place of confinement. If the county recorder or other officer in charge of elections is able to accommodate the request, the voted ballot of the elector shall be sealed in an envelope and shall be processed as a provisional ballot ~~to be verified~~ pursuant to section 16–584.

**E.** The manner and procedure of voting shall be as provided in section 16–548, except that the marked ballot in the sealed envelope shall be handed by the elector to the special election board and shall be delivered by the board to the county recorder or other officer in charge of elections.

Sec. 17. Section 16–563, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–563 >>

§ 16–563. Posting sample ballots, instruction cards and notice to voters before opening polls

Before opening the polls the inspector of election shall direct the following postings:

1. One of the sample ballots provided for in section 16–510, one of the cards of instructions provided for in section 16–513 and one of the "Right to vote a provisional ballot ~~to be verified~~ " notices provided for in section 16–513.01 in plain view in the room where the ballots are cast. At least one other sample ballot, card of instruction and "Right to vote a provisional ballot ~~to be verified~~ " notice shall be posted in a conspicuous place in and around the polling place.

2. Three seventy-five foot limit notices approximately seventy-five feet in different directions from the main outside entrance being used by voters to enter the building in which the election is being held.

3. In each voting booth, a notice to voters provided in section 16–514 at general elections only.

Sec. 18. Section 16–579, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–579 >>

§ 16–579. Procedure for obtaining ballot by elector

**A.** Every qualified elector, before receiving ~~his~~ a ballot, shall announce ~~his~~ the elector's name and place of residence in a clear, audible tone of voice to the election official in charge of the signature roster or present ~~his~~ the elector's name and residence in writing. If the name is found upon the precinct register by the election officer having charge thereof, or the qualified elector presents a certificate from the county recorder showing that he is entitled by law to vote in the precinct, the election official in charge of the signature roster shall repeat the name and the qualified elector shall be allowed within the voting area.

**B.** If a statewide voter registration database is not yet operational, for any person who has registered to vote by mail for the first time in this state after January 1, 2003 or who is reregistering by mail after January 1, 2003 after moving from one county to another county in this state, the person shall comply with the following in order to be issued a ballot:

1. The person shall present either one of the following:

(a) A current form of identification that bears a photograph of the person and the name of the person.

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 68 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1079) (WEST)

(b) A current utility bill, bank statement, paycheck, government issued check or other government document that shows the name and registration address of the person.

2. If the person does not present a document that complies with paragraph 1, the person is only eligible to vote a provisional ballot as prescribed by section 16–584.

3. This subsection does not apply and a person may be issued a ballot if the person is listed as having presented a document that complies with paragraph 1 at the time the person registered to vote or if a statewide voter registration database is operational.

~~B.~~   **C.** Any qualified elector who is listed as having applied for an early ballot but who states that he has not voted and will not vote an early ballot for this election or surrenders the early ballot to the precinct inspector on election day shall be allowed to vote pursuant to the procedure set forth in section 16–584.

~~C.~~   **D.** Each qualified elector's name shall be numbered consecutively by the clerks, with the number upon the stub of the ballot delivered to ~~him~~   the elector, and in the order of applications for ballots. The election judge having charge of the ballots shall also write ~~his~~   the elector's initials upon the stub and the number of the qualified elector as it appears upon the precinct register. The judge shall give the qualified elector only one ballot, and ~~his~~ the elector's name shall be immediately checked on the precinct register.

~~D.~~   **E.** Each qualified elector shall sign ~~his~~   the elector's name in the signature roster prior to receiving ~~his~~ a ballot, but an inspector or judge may sign the roster for an elector who is unable to sign because of physical disability, and in that event the name of the elector shall be written with red ink, and no attestation or other proof shall be necessary. The provisions of this subsection relating to signing the signature roster shall not apply to electors casting a ballot using early voting procedures.

~~E.~~   **F.** A person offering to vote at a special district election for which no special district register has been supplied shall sign an affidavit stating his address and that he resides within the district boundaries or proposed district boundaries and swearing that he is a qualified elector and has not already voted at the election being held.

Sec. 19. Section 16–584, Arizona Revised Statutes, is amended effective from and after November 30, 2003, to read:

<< AZ ST § 16–584 >>

§ 16–584. Qualified elector not on precinct register; recorder's certificate; verified ballot; procedure

**A.** A qualified elector whose name is not on the precinct register and who presents a certificate from the county recorder showing that he is entitled by law to vote in the precinct shall be entered on the signature roster on the blank following the last printed name and shall be given the next consecutive register number, and the qualified elector shall sign in the space provided.

**B.** A qualified elector whose name is not on the precinct register, upon presentation of identification verifying the identity of the elector that includes the voter's given name and surname and the complete residence address that is verified by the election board to be in the precinct or on signing an affirmation that states that the elector is a registered voter in that jurisdiction and is eligible to vote in that jurisdiction, shall be allowed to vote a provisional ballot.

**C.** If a voter has moved to a new address within the county and has not notified the county recorder of the change of address before the date of an election, the voter shall be permitted to correct the voting records for purposes of voting in future elections at the appropriate polling place for the voter's new address. The voter shall be permitted to vote a ~~"new residence~~   provisional ballot~~"~~ ~~to be verified~~ . The voter shall present a form of identification that includes the voter's given name and surname and the voter's complete residence address. The residence address must be in the precinct in which the voter is attempting to vote, and the voter shall affirm ~~that~~   in writing that the voter is registered in that jurisdiction and is eligible to vote in that jurisdiction.

**D.** On completion of the ballot, the election official shall remove the ballot stub, shall place the ballot in a "" provisional ballot ~~to be verified"~~   envelope and shall deposit the envelope in the ballot box. Within five business days after the election or no later than the time at which challenged early voting ballots are resolved, the signature shall be compared to the precinct signature roster of the former precinct where the voter was registered. If the

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 69 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (WEST)

voter's name is not signed on the roster and if there is no indication that the voter voted an early ballot, the provisional ballot ~~to be verified~~ envelope shall be opened and the ballot shall be counted. If there is information showing the person did vote, the provisional ballot ~~to be verified~~ shall remain unopened and shall not be counted. When provisional ballots ~~to be verified~~ are confirmed for counting, the county recorder shall use the information supplied on the ~~new residence~~ provisional ballot ~~to be verified~~ envelope to correct the address record of the voter.

  **E.** When a voter is allowed to vote a provisional ballot ~~to be verified~~ , the elector's name shall be entered on a separate signature roster page at the end of the signature roster. Voters' names shall be numbered consecutively beginning with the number V–1. The elector shall sign in the space provided. The ballot stub shall be removed and the ballot shall be placed in a separate envelope, the outside of which shall contain the precinct name or number, a sworn or attested statement of the elector that the elector resides in the precinct, is eligible to vote in the election and has not previously voted in the election, the signature of the elector and voter registration number of the elector, if available. Such ballot shall be verified for proper registration of the elector by the county recorder before being counted. Such verification shall be made by the county recorder within five business days following the election, and the voter receipt card, notification or identification card, if any, from the county recorder used therefor, if valid, shall be returned to the elector within a reasonable time thereafter. Verified ballots shall be counted by depositing the ballot in the ballot box and showing on the records of the election that the elector has voted. If registration is not verified the ballot shall remain unopened and shall be retained in the same manner as voted ballots.

  **F.** For any person who votes a provisional ballot, the county recorder or other officer in charge of elections shall provide for a method of notifying the provisional ballot voter at no cost to the voter whether the voter's ballot was verified and counted and, if not counted, the reason for not counting the ballot. The notification may be in the form of notice by mail to the voter, establishment of a toll free telephone number, internet access or other similar method to allow the voter to have access to this information. The method of notification shall provide reasonable restrictions that are designed to limit transmittal of the information only to the voter.

  Sec. 20. Section 41–129, Arizona Revised Statutes, as added by Laws 2003, chapter 95, section 1, is amended to read:

<< AZ ST § 41–129 >>

§ 41–129. Election systems improvement fund; purpose

  **A.** The election systems improvement fund is established in the office of the secretary of state. The fund shall consist of monies received from the United States government, matching monies from state, county or local governments, legislative appropriations, gifts, grants and donations.

  **B.** The secretary of state shall administer the fund. Any monies deposited into the fund in fiscal years 2002–2003 and 2003–2004 are appropriated to the secretary of state and are exempt from the provisions of section 35–190 relating to lapsing of appropriations. Monies deposited in the fund each subsequent fiscal year are subject to legislative appropriation and such appropriations are subject to the lapsing provisions of section 35–190. Monies in the fund do not revert to the state general fund or any other funding source at the end of the fiscal year. The state treasurer shall invest and divest monies in the fund as provided by section 35–313, and monies earned from investment shall be credited to the fund.

  **C.** Within thirty days after any expenditure of monies from the fund, the secretary of state shall submit to the joint legislative budget committee a summary of the total expenditure plan for the fund.

  **D.** Monies in the fund shall be used to implement the provisions of the help America vote act~~,~~ of 2002 (P.L. 107–252).

  **Sec. 21. Secretary of state; state plan for implementation of the help America vote act of 2002**

  **A.** The secretary of state shall develop a state plan for implementation and compliance with the provisions of the help America vote act of 2002 (P.L. 107–252). The plan shall include provisions for at least the following:

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1073) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 70 of 159

1. Use of federal monies.

2. Distribution and monitoring the distribution of the monies to county, city and town and other local governments as appropriate.

3. Voter education and poll worker training.

4. Adoption of voting system guidelines that are consistent with federal requirements.

5. Establishment of a fund to receive federal monies.

6. Description of the state's budget for activities under the plan.

7. Maintaining the state's expenditure level so that it is no less than the state's expenditure level for the fiscal year that ended immediately before November, 2002.

8. Establishment of performance measures to determine success for the state and for other entities that carry out the plan.

9. Establishment of a uniform, nondiscriminatory state administrative procedure for complaints regarding implementation of federal requirements.

10. Use of any federal monies described as "early out" monies in the help America vote act of 2002, including the impact of those monies on the plan.

11. Establishment of ongoing management of the plan.

12. Description of the membership of the committee that drafted the plan and the public process used in drafting the plan.

**B.** The secretary of state shall file the plan with the election assistance commission established pursuant to the help America vote act of 2002.

<< Note: AZ ST § 41–3521 >>

**Sec. 22. Acquisition of voting technology, training and related services and equipment**

**A.** Title 41, chapter 32, Arizona Revised Statutes, does not apply to the acquisition of voting technology, training and related services and equipment intended for compliance with the help America vote act of 2002 (P.L. 107–252).

**B.** The department of administration shall complete the acquisition of voting technology, training and related services and equipment intended for compliance with the help America vote act of 2002 taking into account the January 1, 2004 deadlines for completion of a computerized statewide voter registration database, compliance with provisional voting requirements and compliance with the 2004 punchcard equipment replacement deadline. The department of administration shall complete the acquisition as soon as is practicable after taking into consideration the following significant elements in preparation for the use of new equipment and services:

1. Installation or expansion of network systems among the fifteen counties and a centralized voter registration database.

2. Preclearance, including preclearance of ballot forms and envelopes, by the United States department of justice of any new procedures and legislation including any new voting system.

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 71 of 159

ELECTIONS AND ELECTORS, 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1079) (WEST)

3. Installation of hardware and software to manage a centralized voter registration database for each county and at a central site.

4. County requirements for storage of new equipment and supplies.

5. Transfer of current voter registration information to the statewide registration database.

6. Training for county recorders and election staff, including poll workers.

7. Testing and quality assurance for equipment and systems, including mirrored system runs and statutorily required logic and accuracy testing.

8. Candidate filing deadlines, ballot order determination and ballot printing deadlines.

9. Requirements for counties that use vendors for certain election services.

10. Receipt and installation of new systems and equipment.

11. Requirements for counties to modify telephone reporting systems and polling place telephone lines.

12. Additional voter education efforts including Native American outreach.

13. Early voting deadlines including deadlines for uniformed and overseas citizens voting.

**Sec. 23. Conditional retroactivity**

If the emergency clause of this act is not enacted, section 22 of this act, relating to the acquisition of voting technology, training and related services and equipment, is effective retroactively to May 1, 2003.

**Sec. 24. Emergency**

This act is an emergency measure that is necessary to preserve the public peace, health or safety and is operative immediately as provided by law.

Approved by the Governor, June 11, 2003.

Filed in the Office of the Secretary of State, June 11, 2003.

AZ LEGIS 260 (2003)

---

**End of Document**© 2023 Thomson Reuters. No claim to original U.S. Government Works.

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT F

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 73 of 159

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

ARIZONA 2004 LEGISLATIVE SERVICE

Second Regular Session of the Forty-Sixth Legislature

Additions are indicated by Text; deletions by

~~Text~~ . Changes in tables are made but not highlighted.

CHAPTER 184

S.B. 1250
ELECTIONS AND ELECTORS

AN ACT AMENDING SECTIONS 16–121.01, 16–152, 16–165, 16–168, 16–242, 16–311, 16–312, 16–341, 16–466, 16–584, 16–592, 16–664, 16–913 AND 16–917, ARIZONA REVISED STATUTES; RELATING TO ELECTIONS AND ELECTORS.

Be it enacted by the Legislature of the State of Arizona:

Section 1. Section 16–121.01, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–121.01 >>

§ 16–121.01. Requirements for proper registration

**A.** A person is presumed to be properly registered to vote on completion of a registration form as prescribed by section 16–152 that contains at least the name, the residence address or the location, the date of birth and the signature or other statement of the registrant as prescribed by section 16–152, subsection A, paragraph 20 and a checkmark or other appropriate indicator that the person answered "yes" to the question regarding citizenship. ~~Beginning on December 1, 2003,~~   The completed registration form must also contain the person's Arizona driver license number, the nonoperating identification license number issued pursuant to section 28–3165, the last four digits of the person's social security number or ~~the unique identifying number assigned by the secretary of state pursuant to section 16–168~~   the person's affirmation that if an Arizona driver license number, nonoperating identification license number or the last four digits of the person's social security number is not provided, the person does not possess a valid Arizona driver or nonoperating identification license or a social security number and the person is hereby requesting that a unique identifying number be assigned by the secretary of state pursuant to section 16–152, subsection A, paragraph 12, subdivision (c).

**B.** The presumption in subsection A of this section may be rebutted only by clear and convincing evidence of any of the following:

1. That the registrant is not the person whose name appears on the register.

2. That the registrant has not resided in this state for twenty-nine days next preceding the election or other event for which the registrant's status as properly registered is in question.

3. That the registrant is not properly registered at an address permitted by section 16–121.

4. That the registrant is not a qualified registrant under section 16–101.

Sec. 2. Section 16–152, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–152 >>

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 74 of 159

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

§ 16–152. Registration form

**A.** The form used for the registration of electors shall contain:

1. The date the registrant signed the form.

2. The registrant's given name ~~of the registrant~~ , middle name, if any, and surname.

3. The complete address of the registrant's actual place of residence, including street name and number, apartment or space number, city or town and zip code, or such description of the location of the residence that it can be readily ascertained or identified.

4. The registrant's complete mailing address, if different from the residence address, including post office address, city or town, zip code or other designation used by the registrant for receiving mail.

5. The registrant's party preference.

6. The registrant's telephone number, unless unlisted.

7. The registrant's state or country of birth.

8. The registrant's date of birth.

9. The registrant's occupation.

10. The registrant's Indian census number (optional to registrant).

11. The registrant's father's name or mother's maiden name.

12. ~~Beginning on December 1, 2003,~~ One of the following identifiers for each registrant:

(a) The Arizona driver license number of the registrant or nonoperating identification license number of the registrant that is issued pursuant to section 28–3165, if the license is current and valid.

(b) If the registrant does not have a current and valid Arizona driver license or nonoperating identification license, the last four digits of the registrant's social security number.

(c) If the registrant does not have a current and valid Arizona driver license or nonoperating identification license or a social security number and the registrant attests to that, a unique identifying number consisting of the registrant's unique identification number to be assigned by the secretary of state in the statewide electronic voter registration database.

13. A statement as to whether or not the registrant is currently registered in another state, county or precinct, and if so, the name, address, county and state of previous registration.

14. The question to the registrant "Are you a citizen of the United States of America?", appropriate boxes for the registrant to check "yes" or "no" and the statement "if you checked 'no' in response to this question, do not complete this form".

15. The question to the registrant "Will you be eighteen years of age on or before election day?", appropriate boxes for the registrant to check "yes" or "no" and the statement "if you checked 'no' in response to this question, do not complete this form".

16. A statement that the registrant has not been convicted of treason or a felony, or if so, that the registrant's civil rights have been restored.

17. A statement that the registrant is a resident of this state and of the county in which the registrant is registering.

18. A statement that executing a false registration is a class 6 felony.

19. The signature of the registrant.

20. If the registrant is unable to sign the form, a statement that the affidavit was completed according to the registrant's direction.

21. A statement that if an applicant declines to register to vote, the fact that the applicant has declined to register will remain confidential and will be used only for voter registration purposes.

22. A statement that if an applicant does register to vote, the office at which the applicant submits a voter registration application will remain confidential and will be used only for voter registration purposes.

**B.** A duplicate voter receipt shall be provided with the form that provides space for the name, street address and city of residence of the applicant, party preference and the date of signing. The voter receipt is evidence of valid registration for the purpose of casting a provisional ballot as prescribed in section 16–584, subsection B.

**C.** The state voter registration form shall be printed in a form prescribed by the secretary of state.

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 75 of 159

**D.** The county recorder may establish procedures to verify whether a registrant has successfully petitioned the court for an injunction against harassment pursuant to section 12–1809 or an order of protection pursuant to section 12–1810 or 13–3602 and, if verified, to protect the registrant's residence address, telephone number or voting precinct number, if appropriate, from public disclosure.

Sec. 3. Section 16–165, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–165 >>

§ 16–165. Causes for cancellation

**A.** The county recorder shall cancel a registration:

1. At the request of the person registered.

2. When the county recorder knows of the death of the person registered.

3. If the person has been adjudicated an incapacitated person as defined in section 14–5101.

4. When the person registered has been convicted of a felony, and the judgment of conviction has not been reversed or set aside. The county recorder shall cancel the registration on receipt of notice of a felony conviction from the court or from the secretary of state or when reported by the elector on a signed juror questionnaire that is completed pursuant to section 21–314.

5. Upon production of a certified copy of a judgment directing a cancellation to be made.

6. Promptly after the election if the person registered has applied for a ballot pursuant to section 16–126.

7. When a person has been on the inactive voter list and has not voted during the time periods prescribed in section 16–166, subsection C.

8. When the county recorder receives written information from the person registered that the person has a change of residence within the county and the person does not complete and return a new registration form within ~~thirty-five~~ twenty-nine days after the county recorder mails notification of the need to complete and return a new registration form with current information.

9. When the county recorder receives written information from the person registered that the person has a change of address outside the county.

**B.** If the county recorder cancels a registration pursuant to subsection A, paragraph 8 of this section, the county recorder shall send the person notice that ~~his~~ the registration has been cancelled and a registration form with the information described in section 16–131, subsection C attached to the form.

**C.** When proceedings ~~are had~~ in the superior court ~~resulting~~ or the district court result in a person being declared incapable of taking care of himself and managing his property, and for whom a guardian of ~~his~~ the person and estate is appointed, ~~or resulting~~ result in such person being committed as an insane person~~,~~ or ~~resulting~~ result in a person being convicted of a felony, the clerk of the superior court in the county in which ~~such~~ those proceedings ~~were had~~ occurred shall file with the ~~appropriate county recorder a certificate~~ secretary of state an official notice of ~~such~~ that fact~~.~~ . The secretary of state shall notify the appropriate county recorder and the recorder shall cancel the name of the person upon the register. Such ~~certificate~~ notice shall name the person covered, shall give ~~his~~ the person's date and place of birth if available, ~~his~~ the person's social security number, if available, ~~his~~ the person's usual place of residence, ~~and his~~ the person's address and the date of the notice, and shall be filed with the recorder of the county where the person last resided.

**D.** Each month the department of health services shall transmit to the ~~appropriate county recorder~~ secretary of state without charge a record of the death of every resident of ~~his county~~ the state sixteen years of age and older reported to the department within the preceding month. This record shall include only the name of the decedent, ~~his~~ the decedent's date of birth, ~~his~~ the decedent's social security number, if available, ~~his~~ the decedent's usual legal residence at the time of ~~his~~ death and, if available, the decedent's father's name or ~~his~~ mother's maiden name. The record shall be used by the ~~county recorder~~ secretary of state for the sole purpose of ~~removing~~ cancelling the names of deceased persons from the ~~register~~ statewide voter registration database. Public access to the records is prohibited. Use of information from the records for purposes other than those required by this section is prohibited. The ~~recorder shall promptly cancel the~~ name of each deceased person shall promptly be cancelled

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 76 of 159

from the ~~register~~  statewide voter registration database and the secretary of state shall notify the appropriate county recorder and the recorder shall cancel the name of the person from the register.

Sec. 4. Section 16–168, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–168 >>

§ 16–168. Precinct registers; date of preparation; contents; copies; reports; statewide database; violation; classification

**A.** By the tenth day preceding the primary and general elections the county recorder shall prepare from the original registration forms or from electronic media at least four lists that are printed or typed on paper of all qualified electors in each precinct in the county, and ~~such~~  the lists shall be the official precinct registers.

**B.** The official precinct registers for use at the polling place shall contain at least the names in full, party preference, date of registration and residence address of each qualified elector in the respective precincts. ~~Such~~ The names shall be in alphabetical order and, in a column to the left of the names, ~~such names~~  shall be numbered consecutively beginning with number 1 in each precinct register.

**C.** For the purposes of transmitting voter registration information as prescribed by this subsection, computer generated disks or computer software with at least six hundred forty megabytes of storage in counties with a population over five hundred thousand in the last decennial census shall be the principal media. A county or state chairman who is eligible to receive copies of precinct ~~registers~~  lists as prescribed by this subsection may request that the recorder provide a paper copy of the precinct ~~registers~~  lists. The county recorder ~~shall~~ , in addition to preparing the official precinct ~~registers~~  lists, shall provide a means for mechanically or electronically reproducing the precinct ~~registers~~  lists and ~~shall~~  unless otherwise agreed shall deliver within eight days after the close of registration for the primary and general elections, without charge, on the same day one electronic media copy of each precinct ~~register~~  list within the county to the county chairman and one electronic media copy to the state chairman of each party ~~which~~  that has at least four candidates other than presidential electors appearing upon the ballot in that county at the current election. The county recorder shall also deliver, upon request and without charge, ~~deliver~~  one electronic media copy of the precinct ~~register~~  list to the Arizona legislative council. The county recorder of a county with a population of fewer than four hundred thousand persons, on the same day precinct ~~registers~~  lists are delivered to county chairmen, shall deliver one electronic media copy of each precinct ~~register~~  list within the county to the state chairman of each party ~~which~~  that has at least four candidates other than presidential electors appearing on the ballot in this state at the current election. The copies of the precinct ~~registers~~  ~~lists~~shall be on magnetic computer disks or computer software with at least six hundred forty megabytes of storage which shall include for each elector the following information:

1. Name in full and appropriate title.

2. Party preference.

3. Date of registration.

4. Residence address.

5. Mailing address, if different from residence address.

6. Zip code.

7. Telephone number if given.

8. Birth year.

9. Occupation if given.

10. Primary election and general election voting history for the prior four years and any other information regarding registered voters which the county recorder or city or town clerk maintains on magnetic computer disks or computer software and which is public information.

**D.** The names on the precinct ~~registers~~  lists shall be in alphabetical order and the precinct ~~registers~~  lists in their entirety, ~~shall~~  unless otherwise agreed, shall be delivered to each county chairman and each state chairman at least quarterly and within ten business days of the close of each quarter in the same format and media as prescribed by subsection C of this section.

**E.** Precinct registers and other lists and information derived from registration forms may be used only for purposes relating to a political or political party activity, a political campaign or an election, for revising election district boundaries or for any other purpose specifically authorized by law and may not be used for a commercial purpose as defined in section 39–121.03. The sale of registers, lists and information derived from registration forms to a candidate or a registered political committee for a use specifically authorized by this subsection does not constitute use for a commercial purpose. The county recorder, on a request for an authorized use and within thirty days from receipt of the request, shall prepare additional copies of an official precinct ~~register~~ list and furnish them to any person requesting them on payment of a fee equal to five cents for each name appearing on the register for a printed list and ten cents for each name for an electronic data medium, plus the cost of the blank computer disk or computer software if furnished by the recorder, for each copy so furnished.

**F.** Any person in possession of a precinct register or list, in whole or part, or any reproduction of a precinct register or list, shall not permit the register or list to be used, bought, sold or otherwise transferred for any purpose except for uses otherwise authorized by this section. A person in possession of information derived from voter registration forms or precinct registers shall not distribute, post or otherwise provide access to any portion of that information through the internet except as authorized by subsection J of this section. Nothing in this section shall preclude public inspection of voter registration records at the office of the county recorder for the purposes prescribed by this section, except that the month and day of birth date, the social security number or any portion thereof, the driver license number or nonoperating identification license number, the unique identifying number prescribed by this section, the Indian census number, the father's name or mother's maiden name, the state or country of birth and the records containing a voter's signature shall not be accessible or reproduced by any person other than the voter, by an authorized government official in the scope of the official's duties, for signature verification on petitions and candidate filings, for election purposes and for news gathering purposes by a person engaged in newspaper, radio, television or reportorial work, or connected with or employed by a newspaper, radio or television station or pursuant to a court order. ~~Any~~ A person ~~violating~~ who violates this subsection or subsection E of this section is guilty of a class 6 felony.

**G.** The county recorder shall count the registered voters by political party by precinct, legislative district and congressional district as follows:

1. In even numbered years, the county recorder shall count all persons who are registered to vote as of:

(a) January 1.

(b) March 1.

(c) The last day on which a person may register to be eligible to vote in the next primary election.

(d) The last day on which a person may register to be eligible to vote in the next general election.

(e) The last day on which a person may register to be eligible to vote in the next presidential preference election.

2. In odd numbered years, the county recorder shall count all persons who are registered to vote as of:

(a) January 1.

(b) April 1.

(c) July 1.

(d) October 1.

**H.** The county recorder shall report the totals to the secretary of state as soon as is practicable following each of the dates prescribed in subsection G of this section. The report shall include completed registration forms returned in accordance with section 16–134, subsection B. The county recorder shall also provide the report in a uniform electronic computer media format that shall be agreed upon between the secretary of state and all county recorders. The secretary of state shall then prepare a summary report for the state and shall maintain that report as a permanent record.

**I.** ~~Until the statewide voter registration database is implemented and operational as prescribed by subsection K of this section, the county recorder shall provide to the secretary of state a list of registered voters in the county, including the voter's name, date of birth and state of birth along with the count of registered voters pursuant to subsection G of this section. The list of registered voters is a public record, except as prescribed by subsection F of this section, and shall be in a format agreed upon between the secretary of state and each county recorder. The list~~

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 78 of 159

shall be labeled to show that it is not an official listing of registered voters. The secretary of state shall compare the lists to identify persons registered in more than one county. If a person is registered in more than one county, the secretary of state shall notify, within fifteen days after receipt of the list, the county recorder in each county in which the person is registered except the county recorder in the county in which the person registered last. The notice shall include the date of the person's latest registration. After receiving this notice the county recorder shall cancel the person's registration as of the date of the newest registration and notify the person of the cancellation at the address provided by the secretary of state from the county of the latest registration.

~~J.~~ **I.** The county recorder and the secretary of state shall protect access to voter registration information in an auditable format and method specified in the secretary of state's electronic voting system instructions and procedures manual that is adopted pursuant to section 16–452.

~~K.~~ **J.** The secretary of state shall develop and administer a statewide database of voter registration information that contains the name and registration information of every registered voter in this state. The database shall include an identifier that is unique for each individual voter. The database shall provide for access by voter registration officials and shall allow expedited entry of voter registration information after it is received by county recorders. As a part of the statewide voter registration database, county recorders shall provide for the electronic transmittal of that information to the secretary of state on a daily basis. The secretary of state shall provide for maintenance of the database, including provisions regarding removal of ineligible voters that are consistent with the national voter registration act of 1993 (42 United States Code section 394) and the help America vote act of 2002 (P.L. 107–252), provisions regarding removal of duplicate registrations and provisions to ensure that eligible voters are not removed in error.

~~L.~~ **K.** For requests for the use of registration forms and access to information as provided in subsections E and F of this section, ~~the following apply:~~

~~1. The secretary of state shall receive and respond to requests regarding statewide and federal elections.~~

~~2.~~ The county recorder shall receive and respond to requests regarding ~~all other~~ federal, state and county elections.

Sec. 5. Section 16–242, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–242 >>

§ 16–242. Qualifications for ballot; nomination paper

**A.** A person seeking nomination as a candidate for the office of president of the United States shall sign and cause to be filed with the secretary of state a nomination paper that contains the following information:

1. The name, residence address and mailing address of the candidate.

2. The name of the recognized political party from which the person seeks nomination.

3. The name and address of the chairman of the candidate's state committee.

4. The exact manner for printing the candidate's name on the presidential preference ballot pursuant to section 16–311.

**B.** The nomination paper shall be filed not less than forty days nor more than seventy days before the presidential preference election and not later than 5:00 p.m. On the last day for filing.

**C.** ~~A person seeking nomination as a candidate for the office of president shall also cause to be filed with the secretary of state a copy of those documents that indicate that the person has qualified with the federal election commission for primary matching monies as a candidate for president. These documents shall be filed with the nomination paper. A person who is not qualified for primary matching monies is not eligible to be a candidate in the presidential preference election.~~ Section 16–351 does not apply to a nomination paper filed pursuant to this section.

**D.** Within seventy-two hours after the close of filing the secretary of state shall certify to the officer in charge of elections the names of the candidates who are qualified for the presidential preference election ballot.

Sec. 6. Section 16–311, Arizona Revised Statutes, is amended to read:

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 79 of 159

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

<< AZ ST § 16–311 >>

§ 16–311. Nomination papers; filing; definitions

**A.** Any person desiring to become a candidate at a primary election for a political party and to have the person's name printed on the official ballot shall be a qualified elector of such party and ~~shall~~ , not less than ninety nor more than one hundred twenty days before the primary election, shall sign and cause to be filed a nomination paper giving the person's actual residence address or description of place of residence and post office address, naming the party of which the person desires to become a candidate, stating the office and district or precinct, if any, for which the person offers the person's candidacy, stating the exact manner in which the person desires to have the person's name printed on the official ballot pursuant to subsection G, and giving the date of the primary election and, if nominated, the date of the general election at which the person desires to become a candidate. A candidate for public office shall be a qualified elector at the time of filing and shall reside in the county, district or precinct which the person proposes to represent.

**B.** Any person desiring to become a candidate at any nonpartisan election and to have the person's name printed on the official ballot shall be at the time of filing a qualified elector of such county, city, town or district and, not less than ninety nor more than one hundred twenty days before the election, shall sign and cause to be filed a nomination paper giving the person's actual residence address or description of place of residence and post office address, stating the office and county, city, town or district and ward or precinct, if any, for which the person offers the person's candidacy, stating the exact manner in which the person desires to have the person's name printed on the official ballot pursuant to subsection G and giving the date of the election. A candidate for office shall reside at the time of filing in the county, city, town, district, ward or precinct which the person proposes to represent.

**C.** Notwithstanding ~~the provisions of~~  subsection B to the contrary, any city or town may adopt by ordinance for its elections the time frame provided in subsection A for filing nomination petitions. Such ordinance shall be adopted not less than one hundred twenty days before the first election to which it applies.

**D.** All persons desiring to become a candidate shall file with the nomination paper provided for in subsection A an affidavit which shall be printed in a form prescribed by the secretary of state. The affidavit shall include facts sufficient to show that, other than the residency requirement provided in subsection A, the candidate will be qualified at the time of election to hold the office the person seeks.

**E.** The nomination paper of a candidate for the office of United States senator or representative in Congress, for the office of presidential elector or for a state office, including a member of the legislature, or for any other office for which the electors of the entire state or a subdivision of the state greater than a county are entitled to vote, shall be filed with the secretary of state no later than 5:00 p.m. On the last date for filing.

**F.** The nomination paper of a candidate for superior court judge or for a county, district and precinct office for which the electors of a county or a subdivision of a county other than an incorporated city or town are entitled to vote shall be filed with the county elections officer no later than 5:00 p.m. On the last date for filing as prescribed by subsection A. The nomination paper of a candidate for a city or town office shall be filed with the city or town clerk no later than 5:00 p.m. On the last date for filing. The nomination paper of a candidate for school district office shall be filed with the county school superintendent no later than 5:00 p.m. On the last date for filing.

**G.** The nomination paper shall include the exact manner in which the candidate desires to have the person's name printed on the official ballot and shall be limited to the candidate's surname and given name or names, an abbreviated version of such names or appropriate initials such as "Bob" for "Robert", "Jim" for "James", "Wm." for "William" or "S." for "Samuel". Nicknames are permissible, but in no event shall nicknames, abbreviated versions or initials of given names suggest reference to professional, fraternal, religious or military titles. No other descriptive name or names shall be printed on the official ballot, except as provided in this section. Candidates' abbreviated names or nicknames may be printed within quotation marks. The candidate's surname shall be printed first, followed by the given name or names.

**H.** A person who does not file a timely nomination paper that complies with this section is not eligible to have the person's name printed on the official ballot for that office. The filing officer shall not accept the nomination

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 80 of 159

paper of a candidate for state or local office unless ~~it is accompanied by~~ the person provides or has provided all of the following:

1. The nomination petition required by this title.

2. A political committee statement of organization or the five hundred dollar threshold exemption statement for that office.

3. The financial disclosure statement as prescribed for candidates for that office.

I. ~~As used in~~ For the purposes of this title:

1. "Election district" means the state, any county, city, town, precinct or other political subdivision or a special district which is not a political subdivision, which is authorized by statute to conduct an election and which is authorized or required to conduct its election in accordance with this title.

2. "Nomination paper" means the form filed with the appropriate office by a person wishing to declare the person's intent to become a candidate for a particular political office.

Sec. 7. Section 16–312, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–312 >>

§ 16–312. Filing of nomination papers for write-in candidates

**A.** Any person desiring to become a write-in candidate for an elective office in any election shall file a nomination paper, signed by the candidate, giving the person's actual residence address or description of place of residence and post office address, age, length of residence in the state and date of birth.

**B.** A write-in candidate shall file the nomination paper no later than 5:00 p.m. On the fortieth day prior to the election, except that a candidate running as a write-in candidate as provided in section 16–343, subsection D, shall file the nomination paper no later than 5:00 p.m. On the fifth day before the election. The write-in filing procedure shall be in the same manner as prescribed in section 16–311. Any person who does not file a timely nomination paper shall not be counted in the tally of ballots. The filing officer shall not accept the nomination paper of a candidate for state or local office unless ~~it is accompanied by~~ the candidate provides or has provided both of the following:

1. A political committee statement of organization or the five hundred dollar threshold exemption statement for that office.

2. The financial disclosure statement as prescribed for candidates for that office.

**C.** The secretary of state shall notify the various boards of supervisors as to write-in candidates filing with the secretary of state's office. The county school superintendent shall notify the appropriate board of supervisors as to write-in candidates filing with the superintendent's office. The board of supervisors shall notify the appropriate election board inspector of all candidates who have properly filed such statements. In the case of a city or town election, the city or town clerk shall notify the appropriate election board inspector of candidates properly filed. No other write-ins shall be counted. The election board inspector shall post the notice of official write-in candidates in a conspicuous location within the polling place.

**D.** Except as provided in section 16–343, subsection E, a candidate may not file pursuant to this section if any of the following applies:

1. For a candidate in the general election, the candidate ran in the immediately preceding primary election and failed to be nominated to the office sought in the current election.

2. For a candidate in the general election, the candidate filed a nomination petition for the immediately preceding primary election for the office sought and failed to provide a sufficient number of valid petition signatures as prescribed by section 16–322.

3. For a candidate in the primary election, the candidate filed a nomination petition for the current primary election for the office sought and failed to provide a sufficient number of valid petition signatures as prescribed by section 16–322.

**E.** A person who files a nomination paper pursuant to this section for the office of president of the United States shall designate in writing to the secretary of state at the time of filing the name of the candidate's vice-presidential

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 81 of 159

running mate, the names of presidential electors who will represent that candidate and a statement signed by the vice-presidential running mate and designated presidential electors that indicates their consent to be designated. A nomination paper for each presidential elector designated shall be filed with the candidate's nomination paper. The number of presidential electors shall equal the number of United States senators and representatives in Congress from this state.

Sec. 8. Section 16–341, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–341 >>

§ 16–341. Nomination petition; method and time of filing; form; qualifications and number of petitioners required

**A.** Any qualified elector who is not a registered member of a political party that is recognized pursuant to this title may be nominated as a candidate for public office otherwise than by primary election or by party committee pursuant to this section.

**B.** The provisions of this article shall not be used to place on the general election ballot the name of a political party which fails to meet the qualifications specified in section 16–802 or 16–804, or the name of any candidate representing such party or the name of a candidate who has filed a nomination petition in the immediately preceding primary election and has failed to qualify as the result of an insufficient number of valid signatures.

**C.** A nomination petition stating the name of the office to be filled, the name and residence of the candidate and other information required by this section shall be filed at the same time and with the same officer with whom primary nomination papers and petitions are required to be filed as prescribed in section 16–311. The petition shall be signed only by voters who have not signed the nomination petitions of a candidate for the office to be voted for at that primary election.

**D.** The nomination petition shall be in substantially the following form:

"The undersigned, qualified electors of _____ county, state of Arizona, do hereby nominate _____, who resides at _____ in the county of _____, as a candidate for the office of _____ at the general (or special, as the case may be) election to be held on the _____ day of _____, _____.

I hereby declare that I have not signed the nomination petitions of any candidate for the office to be voted for at this primary election, and I do hereby select the following designation under which name the said candidate shall be placed on the official ballot (here insert such designation not exceeding three words in length as the signers may select)."

**E.** The nomination petition shall conform as nearly as possible to the provisions relating to nomination petitions of candidates to be voted for at primary elections and shall be signed by at least three per cent of the qualified electors of the state, county, subdivision or district for which the candidate is nominated who are not members of a political party that is qualified to be represented by an official party ballot at the next ensuing primary election and accorded representation on the general election ballot.

**F.** The percentage of qualified electors necessary to sign the nomination petition shall be determined by the total number of registered voters from other than political parties that are qualified to be represented by an official party ballot at the next ensuing primary election and accorded representation on the general election ballot in the state, county, subdivision or district at the last general election.

**G.** For the purposes of this section, a nomination petition for the office of presidential elector shall include a group of names of candidates equal to the number of United States senators and representatives in Congress from this state instead of separate nomination petitions for each candidate for the office of presidential elector. A valid signature on a petition containing a group of presidential electors candidates is counted as a signature for the nomination of each of the candidates. The presidential candidate whom the candidates for presidential elector will represent shall designate in writing to the secretary of state the names of the candidates who will represent the presidential candidate before any signatures for the candidate can be accepted for filing.

**H.** A person who files a nomination paper pursuant to this section for the office of president of the United States shall designate in writing to the secretary of state at the time of filing the name of the candidate's vice-presidential running mate, the names of the presidential electors who will represent that candidate and a statement

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 82 of 159

that is signed by the vice-presidential running mate and the designated presidential electors and that indicates their consent to be designated. A nomination paper for each presidential elector designated shall be filed with the candidate's nomination paper. The number of presidential electors shall equal the number of United States senators and representatives in Congress from this state.

**I.** A candidate who does not file a timely nomination petition that complies with this section is not eligible to have the candidate's name printed on the official ballot for that office. The filing officer shall not accept the nomination paper of a candidate for state or local office unless ~~it is accompanied by~~ the candidate provides or has provided all of the following:

1. The nomination petition required by this title.

2. A political committee statement of organization or the five hundred dollar threshold exemption statement for that office.

3. The financial disclosure statement as prescribed for candidates for that office.

Sec. 9. Section 16–466, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–466 >>

§ 16–466. Ballots, ballot labels and ballot screens; electromechanical

**A.** Ballots, ~~and~~ ballot labels ~~shall~~ and ballot screens, as far as practicable, shall be in the same order of arrangement as provided for paper ballots, except that such information may be printed in vertical or horizontal rows, or in a number of separate pages ~~which~~ or screens that are placed or displayed on the voting device.

**B.** Ballot labels shall be printed in plain clear type in black ink and, for use in a general election, upon clear white materials and be of such size and arrangement as to fit the construction of the voting device or the vote tabulating equipment. Ballots prepared for use in a primary election shall be printed on material of a different color designation for each political party represented. Ballots may contain printed code marks or punched holes which may be used for placing the ballots in correct reading positions in counting devices. The code marks or punched holes shall not be used in any way that will reveal the identity of the voters voting the ballot.

**C.** The titles of offices may be arranged in vertical columns or in a series of separate pages or screens and shall be printed above or at the side of the names of candidates so as to indicate clearly the candidates for each office and the number to be elected. In case there are more candidates for an office than can be printed in one column or on one ballot page or screen, the ballot label shall be clearly marked that the list of candidates is continued on the following column, ~~or~~ page or screen, and insofar as may be practicable, the same number of names shall be printed on each column, ~~or~~ page or screen.

**D.** In primary and nonpartisan elections the names of candidates for each office shall appear on the ballot, ~~or~~ ballot labels or ballot screens so that each candidate occupies each position ~~on the ballot or ballot labels~~ substantially the same number of times insofar as may be practicable. If there are fewer or the same number of candidates seeking office than the number to be elected, rotation of names shall not be required and the names shall be placed in alphabetical order.

**E.** In primary elections for a judicial office if there are two or more candidates of the same political party their names shall be alternated on the ballots or ballot screens so that the name of each candidate shall appear substantially an equal number of times in each possible location on the ballot or screen.

**F.** Two sample ballots, which shall be facsimile copies of the official ballot or ballot labels, shall be provided for each polling place and shall be posted on election day as provided for paper ballots. Sample ballots may be printed on a single page or on a number of pages stapled together.

Sec. 10. Section 16–584, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–584 >>

§ 16–584. Qualified elector not on precinct register; recorder's certificate; verified ballot; procedure

Case 2:22-cv-00509-SRB Document 365-1 Filed 05/08/23 Page 83 of 159

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

**A.** A qualified elector whose name is not on the precinct register and who presents a certificate from the county recorder showing that ~~he~~ the elector is entitled by law to vote in the precinct shall be entered on the signature roster on the blank following the last printed name and shall be given the next consecutive register number, and the qualified elector shall sign in the space provided.

**B.** A qualified elector whose name is not on the precinct register, upon presentation of identification verifying the identity of the elector that includes the voter's given name and surname and the complete residence address that is verified by the election board to be in the precinct or on signing an affirmation that states that the elector is a registered voter in that jurisdiction and is eligible to vote in that jurisdiction, shall be allowed to vote a provisional ballot.

**C.** If a voter has moved to a new address within the county and has not notified the county recorder of the change of address before the date of an election, the voter shall be permitted to correct the voting records for purposes of voting in future elections at the appropriate polling place for the voter's new address. The voter shall be permitted to vote a provisional ballot. The voter shall present a form of identification that includes the voter's given name and surname and the voter's complete residence address. The residence address must be within the precinct in which the voter is attempting to vote, and the voter shall affirm in writing that the voter is registered in that jurisdiction and is eligible to vote in that jurisdiction.

**D.** On completion of the ballot, the election official shall remove the ballot stub, shall place the ballot in a provisional ballot envelope and shall deposit the envelope in the ballot box. Within ten calendar days after a general election that includes an election for a federal office and within five business days after ~~the~~ any other election or no later than the time at which challenged early voting ballots are resolved, the signature shall be compared to the precinct signature roster of the former precinct where the voter was registered. If the voter's name is not signed on the roster and if there is no indication that the voter voted an early ballot, the provisional ballot envelope shall be opened and the ballot shall be counted. If there is information showing the person did vote, the provisional ballot shall remain unopened and shall not be counted. When provisional ballots are confirmed for counting, the county recorder shall use the information supplied on the provisional ballot envelope to correct the address record of the voter.

**E.** When a voter is allowed to vote a provisional ballot, the elector's name shall be entered on a separate signature roster page at the end of the signature roster. Voters' names shall be numbered consecutively beginning with the number V–1. The elector shall sign in the space provided. The ballot stub shall be removed and the ballot shall be placed in a separate envelope, the outside of which shall contain the precinct name or number, a sworn or attested statement of the elector that the elector resides in the precinct, is eligible to vote in the election and has not previously voted in the election, the signature of the elector and the voter registration number of the elector, if available. ~~Such~~ The ballot shall be verified for proper registration of the elector by the county recorder before being counted. ~~Such~~ The verification shall be made by the county recorder within five business days following the election, and the voter receipt card, notification or identification card, if any, from the county recorder used therefor, if valid, shall be returned to the elector within a reasonable time thereafter. Verified ballots shall be counted by depositing the ballot in the ballot box and showing on the records of the election that the elector has voted. If registration is not verified the ballot shall remain unopened and shall be retained in the same manner as voted ballots.

**F.** For any person who votes a provisional ballot, the county recorder or other officer in charge of elections shall provide for a method of notifying the provisional ballot voter at no cost to the voter whether the voter's ballot was verified and counted and, if not counted, the reason for not counting the ballot. The notification may be in the form of notice by mail to the voter, establishment of a toll free telephone number, internet access or other similar method to allow the voter to have access to this information. The method of notification shall provide reasonable restrictions that are designed to limit transmittal of the information only to the voter.

Sec. 11. Section 16–592, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–592 >>

Case 2:22-cv-00509-SRB Document 365-1 Filed 05/08/23 Page 84 of 159

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

§ 16–592. Proceedings on challenge; disposition of ballot; failure to be sworn or answer

**A.** Upon challenge being made, if the person challenged, if he appears to be registered, the person shall take and subscribe to the oath prescribed in the "affidavit of registration" and, if he the person so elects, may be at once sworn to answer fully and truly all questions material to the challenge as are put to him the person by the inspector. Any returned United States mail addressed to the person challenged, or the spouse of the person challenged, or both, and to the address appearing on the precinct register or affidavit shall be considered as sufficient grounds to proceed under this section.

**B.** If after the examination on the challenge, a majority of the election board is satisfied that the challenge is not valid, the person challenged shall be permitted to vote, otherwise not, and the ballot, if he has received one, shall without examination be at once destroyed in his presence by the inspector.

**C.** If the person challenged refuses to be sworn or affirmed, or refuses to answer questions material to the challenge or if a majority of the election board finds that the challenge is valid, he the person challenged shall not be allowed be permitted to vote A provisional ballot pursuant to section 16–584.

Sec. 12. Section 16–664, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–664 >>

§ 16–664. Recount of votes by automatic tabulating system

**A.** In the event of a court-ordered recount of votes which that were cast and tabulated on electronic voting equipment for a state primary, state general or state special election, the secretary of state shall order the ballots recounted on an automatic tabulating system to be furnished and programmed by under the supervision of the secretary of state. In the event of a court-ordered recount for elections other than for the office of supervisor, the secretary of state may designate the county board of supervisors to perform the duties assigned to the secretary of state.

**B.** If the office of secretary of state is contested, the governor shall order the ballots recounted on an automatic tabulating system to be furnished and programmed at the direction under the supervision of the governor.

**C.** The programs to be used in the recount of votes pursuant to this section shall differ from the programs prescribed by section 16–445 and used in the initial tabulation of the votes.

Sec. 13. Section 16–913, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–913 >>

§ 16–913. Campaign finance reports; reporting of receipts and disbursements; exemptions; civil penalty

**A.** Except as provided in subsection K of this section, each political committee shall file campaign finance reports setting forth the committee's receipts and disbursements according to the schedule prescribed in subsections B and C of this section.

**B.** In any calendar year during which there is a regularly scheduled election at which any candidates, measures, questions or propositions appear or may appear on the ballot, the political committee shall file each of the following campaign finance reports:

1. A report covering the period beginning January 1 through May 31, filed no later than June 30.

2. A preelection report, which shall be filed not less than twelve days before any election and which shall be complete through the twentieth day before the election.

3. A postelection report, which shall be filed not more than thirty days after any election and which shall be complete through the twentieth day after the election.

**C.** In any other calendar year, the political committee shall file a report covering the period beginning twenty-one days after the date of the election in the preceding calendar year through December 31 of the nonelection year filed no later than January 31 of the following calendar year.

ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 85 of 159

**D.** In the event that a political committee receives no contributions and makes no expenditures during a period in which it is required to file a campaign finance report, the committee treasurer or if the treasurer is unavailable the candidate ~~may~~ , in lieu of filing a report required by subsection B of this section, may sign and file a form prescribed by the secretary of state indicating no activity during the specific reporting period.

**E.** In lieu of the reports prescribed in subsections B and C of this section, a candidate's political committee that remains active after an election due to outstanding debts may file a document no later than January 31 in a form prescribed by the secretary of state that states that the committee does not intend to receive any contributions or make any expenditures during the year. If a candidate's political committee does receive a contribution or make an expenditure during that year, the committee shall report as prescribed by subsection B or C of this section.

**F.** A judge who has filed a declaration of ~~his~~ the desire to be retained in office is exempt from filing any report required by this section if the judge, not later than twelve days before the general election, files a statement signed and sworn to by ~~him~~ the judge certifying that ~~he~~ the judge has received no contributions, has made no expenditures and has no campaign committee and that ~~he~~ the judge does not intend to receive contributions, make expenditures or have a campaign committee for the purpose of influencing the result of the vote on the question of ~~his~~ the judge's retention. With respect to superior court judges, a statement filed pursuant to this subsection is effective until the earlier of twelve days before the third general election following the filing of this statement or the judge receives contributions, makes expenditures or authorizes a campaign committee. Such a statement filed by a supreme court justice or a court of appeals judge is effective until the earlier of twelve days before the fourth general election following the filing of this statement or the justice or judge receives contributions, makes expenditures or authorizes a campaign committee.

**G.** Reports in connection with special or recall elections shall conform to the filing deadlines set forth in subsection B of this section.

**H.** Except as provided in section 16–916, subsection B and subsection K of this section, a political committee shall comply with the requirements of this section in each jurisdiction in this state in which the committee has filed a statement of organization until the committee terminates pursuant to section 16–914, and its statements, designations and reports shall be filed with each officer with whom it has filed a statement of organization, as appropriate.

**I.** Each report required to be filed pursuant to this section shall be signed by the committee treasurer or the candidate or the designating individual if the treasurer is unavailable and shall contain the certification of the signer under penalty of perjury that the report is true and complete.

**J.** A political committee and the candidate, in the case of a candidate's campaign committee, or the designating individual, in the case of an exploratory committee, who violate this section are subject to the penalty prescribed in section 16–918.

**K.** A standing political committee shall file reports with the secretary of state and is exempt from filing a report with any other jurisdiction in which it is active. The reports shall be in an electronic format as prescribed by the secretary of state and shall be filed by delivery of a computer diskette or cd-rom that contains the report or by use of the internet. The secretary of state shall promptly make the reports available to the public on the internet and on paper by request. The standing committee shall file the following reports:

~~1. A report covering the period beginning January 1 through May 31, filed not later than June 30.~~

~~2.~~ 1. A preelection report that is due as prescribed by subsection B, paragraph 2 of this section shall be filed for each consolidated election date prescribed by section 16–204.

~~3.~~ 2. A postelection report that is due as prescribed by subsection B, paragraph 3 of this section shall be filed for each consolidated election date prescribed by section 16–204.

~~4.~~ 3. An annual report that is due by January 31 in the year immediately following the calendar year that is the subject of the report.

Sec. 14. Section 16–917, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–917 >>

Case 2:22-cv-00509-SRB   Document 365-1   Filed 05/08/23   Page 86 of 159

**ELECTIONS AND ELECTORS, 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (WEST)**

§ 16–917. Independent expenditures; in–kind contribution; civil penalty

  **A.** A political committee that makes independent expenditures for literature or an advertisement relating to any one candidate or office within ten days before the day of any election to which the expenditures relate, shall send by certified mail a copy of the campaign literature or advertisement to each candidate named or otherwise referred to in the literature or advertisement twenty-four hours ~~before~~ after depositing it at the post office for mailing, twenty-four hours ~~before~~ after submitting it to a telecommunications system for broadcast or twenty-four hours ~~before~~ after submitting it to a newspaper for printing.

  **B.** The copy of the literature or advertisement sent to a candidate pursuant to subsection A of this section shall be a reproduction that is clearly readable, viewable or audible.

  **C.** An expenditure by a political committee or a person that does not meet the definition of an independent expenditure is an in-kind contribution to the candidate and a corresponding expenditure by the candidate unless otherwise exempted.

  **D.** A person who violates this section is subject to a civil penalty of three times the cost of the literature or advertisement that was distributed in violation of this section. This civil penalty shall be imposed as prescribed in section 16–924.

Approved by the Governor, May 3, 2004.

Filed in the Office of the Secretary of State, May 3, 2004.

AZ LEGIS 184 (2004)

---

**End of Document**                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT G

# ELECTIONS AND ELECTORS

## CHAPTER 209

### HOUSE BILL 2028

**An Act relating to elections and electors; prescribing a new elections code; making conforming changes; repealing title 16, Arizona Revised Statutes, except chapter 11; amending the Arizona Revised Statutes, by adding a new title 16; transferring title 16, chapter 11, Arizona Revised Statutes, for placement in the new title 16, Arizona Revised Statutes, as chapter 8; transferring title 16, chapter 11, article 1, Arizona Revised Statutes, for placement in the new title 16, chapter 8, Arizona Revised Statutes, as article 1 and renumbering sections 16–1401 as 16–1101, 16–1402 as 16–1102 and 16–1403 as 16–1103; amending sections 1–305, 9–822, 9–823, 9–1001, 15–471, 15–472.01, 15–473.01, 15–478, 19–101, 19–112, 19–205, 19–212, 22–426, 36–305, 41–1205, 41–1348, 45–1519.01 and 45–1649, Arizona Revised Statutes, and providing for conditional enactment.**

*Be it enacted by the Legislature of the State of Arizona:*

**Section 1.  Purpose**

The legislature intends by this act to provide for a substantial and orderly relocation of existing provisions of law relating to elections and electors within title 16, Arizona Revised Statutes, to make certain substantive amendments to those and related provisions and to prescribe conforming amendments to sections within other titles of Arizona Revised Statutes.

**Sec. 2.  Repeal**

Title 16, Arizona Revised Statutes, except chapter 11, is repealed.

Sec. 3.  Arizona Revised Statutes are amended by adding a new title 16, to read:

## TITLE 16

## ELECTIONS AND ELECTORS

### CHAPTER 1.—QUALIFICATION AND REGISTRATION OF ELECTORS

#### ARTICLE 1.  QUALIFICATIONS FOR REGISTRATION

**§ 16–101.  Qualifications of registrant**

Every resident of the state is qualified to register to vote if he:

1.  Is a citizen of the United States.

2.  Will be eighteen years or more of age prior to the regular general election next following his registration.

3.  Will have been a resident of the state fifty days next preceding the election, except as provided in §§ 16–126 and 16–127.

4.  Is able to write his name or make his mark, unless prevented from so doing by physical disability.

5.  Has not been convicted of treason or a felony, unless restored to civil rights, is not under guardianship, non compos mentis or insane.

**deletions by ~~strikeouts~~**                                              **817**

# Ch. 209    34th LEGISLATURE

## § 16–102.  Closing of registrations

**A.**  No elector shall vote in a primary election unless he has been register-
ed to vote prior to midnight of the fiftieth day preceding the date of such
primary election.

**B.**  No elector shall be registered to vote between midnight of the fiftieth
day preceding a general election and seven o'clock P.M. of the day of such
election, except as provided in §§ 16–126 and 16–127.

**C.**  No elector shall vote in a special primary, special general, special recall
or other special election unless he has been registered to vote prior to midnight
of the fiftieth day preceding the date of such special election.

## § 16–103.  Qualified person temporarily absent from state; persons in the ser-
### vice of the United States

**A.**  A qualified person temporarily absent from the state may register by
filling out an affidavit of registration which shall be furnished upon applica-
tion of the registrant by the county recorder of the county in which the regis-
trant has residence pursuant to § 16–593.  The registrant shall execute the
affidavit of registration before an officer authorized to administer oaths and
shall return the affidavit to the county recorder.

**B.**  Any other provisions of law to the contrary notwithstanding, registra-
tion for any person in the United States service and the spouse and any de-
pendent of such person if otherwise qualified to vote and actually residing
with the person, may be accomplished at any time prior to the five days next
preceding a primary or general election.

## § 16–104.  Registration in incorporated cities and towns

**A.**  The provisions of this chapter, except as it applies to registration of
absent electors, are applicable to cities and towns incorporated under a board
of trustees or common council government.

**B.**  In the registration of electors other than absent electors in a city or
town incorporated under a board of trustees government or a common council
government, the city or town clerk shall have the same duties as to registra-
tion as are imposed upon the county recorder by the provisions of this chapter.

## § 16–105.  Registration required by city ordinance or charter

The provisions of this chapter do not preclude the registration of electors
required by the charter or ordinances of a city or town.

### ARTICLE 2.  QUALIFICATIONS FOR VOTING

## § 16–121.  Qualified elector defined

A person whose name appears on the register for the last preceding general
election and whose registration has not been subsequently canceled, or a per-
son who has registered under a subsequent registration or changed his regis-
tration pursuant to § 16–134, 16–135 or 16–136, shall, if he is eighteen years
of age and has been a resident of the state fifty days, be deemed a qualified
elector for any purpose for which such qualification is required by law, except
as provided in §§ 16–126 and 16–127.

## § 16–122.  Registration and records prerequisite to voting

No person shall be permitted to vote unless such person's name appears as
a qualified elector in both the general county register and in the precinct

register or list of the precinct in which such person resides, except as provided in §§ 16–125 and 16–584.

### § 16–123.  Qualifications of elector for special elections

A person whose name appears on the general register of voters for the last preceding general state and county election and who has not been canceled out for failure to vote, or a person who voted in the last preceding general election for presidential electors only and has subsequently met the residency requirements for voting in all elections, or a person who has registered on or before the fiftieth day preceding a special primary, special general, special recall or other special election, shall, if otherwise qualified, be entitled to vote at any such special election authorized by law.

### § 16–124.  Public officer residing in county of post of duty

Any public officer of the state, including a judge of the court of appeals, whose post of duty is located in a county other than in the county from which elected or appointed, and who is physically residing where his post of duty is located, shall be deemed a qualified elector and resident of the county from which elected or appointed if he registers, or remains registered, to vote in a precinct in such county.  This section shall also apply to the spouse and any dependents of such public officer if otherwise qualified to vote and actually residing with the public officer.

### § 16–125.  Change of residence to different precinct while registrations closed

A registered elector who removes from one precinct to another during the period when registrations are closed preceding either a primary or general election shall be deemed to be a resident and registered elector of the precinct from which he removed until the date of reopening registrations.

### § 16–126.  Authority to vote in presidential election after moving from state

**A.**  Each person who is properly registered as an elector in any precinct in this state and who has begun residence in another state after the thirtieth day immediately preceding an election in which presidential electors are chosen shall retain his right to vote for presidential electors to be elected, but for no other offices in such election.  Such vote may be cast by absentee ballot in the precinct from which he has removed, in person at the office of the county recorder or by mail.

**B.**  Ballots cast by absentee procedures pursuant to this section shall be in the form prescribed by the secretary of state.

**C.**  All applicants pursuant to this section shall have their registration canceled promptly following the election.

### § 16–127.  Eligibility of new resident to vote

**A.**  A person who has been a resident of this state for more than thirty days but less than fifty days prior to the date of a presidential election shall be entitled to register not later than thirty days immediately prior to such election and to vote for presidential electors in such election, but for no other offices.  Such vote shall be cast by absentee ballot in the appropriate precinct, in person at the office of the county recorder or by mail.

**B.**  Any person requesting a ballot pursuant to this section shall submit to the county recorder an application for a new resident ballot, with the affi-

# Ch. 209      34th LEGISLATURE

davit prescribed in § 16–152. The form of the application shall be as prescribed by the secretary of state.

**C.** The county recorder shall prepare precinct registers or other listings of new resident voters and deliver such lists to the absentee board together with the ballots to be counted.

**D.** Following the election at which the new resident has voted under this section and upon completing the residency requirements for becoming an elector qualified to vote in all elections, his affidavit of registration shall be placed in the general county register.

### § 16–128.   Voting by overseas citizens; application and request for ballot

**A.** An overseas citizen may request a ballot for federal elections only, to include the offices of presidential elector, United States senator and representative in congress. Such requests shall be made either in person or in writing and shall be directed to the county recorder where the citizen was previously domiciled. Upon timely receipt of any such request, the county recorder shall deliver or mail an application and ballot to the citizen.

**B.** A federal postcard application shall be sufficient as both a request and application for ballot. In the absence of such application, the form of the application shall be as prescribed by the secretary of state.

**C.** Completed applications shall be delivered to the absentee board together with the ballots to be processed.

**D.** "Overseas citizen" as used in this section includes each citizen residing outside the United States who was qualified to register, except for age, in this state immediately prior to his departure from the United States.

### ARTICLE 3.   REGISTRATION OFFICERS AND PROCEDURES

### § 16–131.   Registration of electors; voter receipt

**A.** The county recorder, a justice of the peace or a deputy registrar shall register, without charge and in accordance with the applicable provisions of this title, any qualified person who presents himself for that purpose.

**B.** A voter receipt shall be given to each registrant at the time he is registered to vote.

### § 16–132.   Deputy registrars; number; selection and appointment procedure; qualifications

**A.** The county recorder shall appoint deputy registrars in each precinct in the county, for each political party having at least two candidates on the ballot in that county, other than presidential electors, in the last general election, who shall:

1. Be appointed from a list of eligible voters in the precinct, such list to be sent to the county recorder by the county chairman of each political party.

2. Be equal in number for each political party to the number of precinct committeemen of the party entitled to elect the greatest number of committeemen in that precinct in the next primary election.

**B.** Before making an appointment of any deputy registrar, the county recorder shall request the county chairman of each political party to recommend persons for appointment, and if a county chairman within ten days of such request supplies a sufficient number of names of persons in his party in a

given precinct who are otherwise qualified, the persons appointed shall be selected from those so recommended. If a county chairman supplies one or more names for a precinct, but less than the number allowed, the county recorder shall appoint those persons so recommended.

**C.** A deputy registrar shall be a qualified elector of the precinct for which he is appointed and shall have a fixed place of residence in such precinct. A person appointed as a deputy registrar may, during such period of appointment, take acknowledgments of affidavits of registration and may take registrations in and for any precinct in the county. Deputy registrars shall serve without pay.

**D.** In addition to the deputy registration officers appointed under the provisions of this section, the county recorder shall, upon the request of a court, an office of a political party, a political campaign headquarters, an office of a city clerk or an office of an incumbent member of congress, appoint therefor such number of additional deputy registration officers as he deems necessary or advisable. As used in this subsection, "political campaign headquarters" means a building, office or residence that is easily accessible to the public and is used officially as a political campaign headquarters by a candidate for any office other than that of a precinct committeeman.

**E.** Nothing in this section shall prevent a county recorder from refusing for just cause to appoint or reappoint, or from removing for just cause, a deputy registrar. The county recorder shall have discretion in the determination of what constitutes just cause under this subsection. In exercising such discretion, the county recorder may consider, but is not limited to, the following:

1. Whether the individual meets the qualifications of this section.

2. Whether the individual can correctly record the information required on an affidavit of registration as determined from a test consisting of filling out affidavits of registration, prior to appointment, or from the previous record of performance before reappointment or upon removal.

3. Whether the individual submits any affidavits of registration within any one hundred twenty-day period.

4. Whether the individual obeys the laws relating to elections.

**F.** No deputy registrar shall be appointed for a term longer than the unexpired term of the office of county recorder.

**§ 16–132.01.  Deputy registrars; ability to carry nomination petitions**

Notwithstanding any provision of law to the contrary, deputy registrars may circulate and carry nomination petitions for any candidate for any public office.

**§ 16–133.  Return of registrations, affidavits, books or pads made outside office of county recorder; violation; classification**

**A.** Any other provision of law to the contrary notwithstanding, the county recorder, justices of the peace and deputy registrars may register qualified persons at such hours of the day or night during the open registration period, and at such places within the county as they deem necessary or advisable.

**B.** A person who has authority to register qualified persons outside the office of the county recorder shall promptly return or mail each completed

**deletions by ~~strikeouts~~**                                                                 821

## Ch. 209          34th LEGISLATURE

registration within five days of the date of registration to the county recorder of the county in which the registrant resides, except that each completed registration in the possession of a justice of the peace or a deputy registrar after the closing of registrations, as prescribed in § 16–102, shall be returned to the county recorder within forty-eight hours, excluding Saturdays, Sundays and holidays.

**C.** Affidavits of registration and related items may be numbered, bound in books, attached to stubs or other accountability device or procedure designed to make the registration process less susceptible to error. In such case, any person who has authority to register voters outside the office of the county recorder shall also be required to account for all registrations executed by him at the times and in the manner prescribed by the county recorder.

**D.** Postage fees incurred for the return of the completed registration materials as provided in this section shall be paid by the county recorder to whom such material is delivered.

**E.** An intentional failure of such authorized person to return the completed registration materials is punishable as provided in § 16–181.

### § 16–134.  Change of residence from one address to another

An elector who within an open registration period preceding a primary or general election moves from the address at which he is registered to another address shall, before being permitted to vote, either appear before the county recorder, deputy registrar or a justice of the peace and reregister, supplying in addition to his new address the address indicated by the record of his prior registration, or transfer his registration by the method provided in § 16–154.

### § 16–135.  Change of political party

An elector desiring to state a preference for a political party or organization other than the one indicated by the record of his registration shall appear before the county recorder, deputy registrar or a justice of the peace and reregister, supplying in addition to his new political preference the name of the political party indicated by the record of his prior registration.

### § 16–136.  Change of name

An elector desiring to register under a new name, resulting either from a court order or marriage, shall appear before the county recorder, deputy registrar or a justice of the peace and reregister and shall state on the new affidavit of registration his former legal name.

### § 16–137.  Cancellation notice required upon reregistering in another county or jurisdiction

A cancellation notice is required when an elector removes from a county or other jurisdiction in which he is registered and registers in another county in Arizona.  Such cancellation notice shall be sent by the county recorder of the county of subsequent registration.  The notice is returnable to the recorder or other officer in charge of elections of the county or other jurisdiction in which the elector was registered.  Upon receipt of the cancellation notice as provided in § 16–155, the recorder shall make the proper cancellation on his records.

### § 16–138.  Registration expenses as county charge

Necessary expenses, including costs of books, blanks and other supplies, incurred by the county recorder in carrying out the provisions of this title relating to the registration of electors shall be a county charge.

## ARTICLE 4. FORMS

### § 16–151. **Forms for registration supplied by county recorder**

All necessary blank forms for registration of electors shall be supplied by the county recorder to justices of the peace and all deputy registrars of record in the county.

### § 16–152. **Affidavit of registration; form**

**A.** The form used for the registration of electors shall contain:

1. The date of registration.

2. The given name of the registrant, middle name, if any, and surname.

3. A statement indicating the appropriate title as follows: "Mr.", "Mrs.", "Ms." or "Miss".

4. Complete address of actual place of residence, including street name and number, apartment or space number, city or town and zip code, or such description of the location of the residence that it can be readily ascertained or identified.

5. Complete mailing address, if different from residence address, including post office address, city or town, zip code or other designation used by the registrant for receiving mail.

6. Name or number of precinct, if known.

7. Party preference.

8. Telephone number, unless unlisted.

9. State or country of birth.

10. Date of birth.

11. Occupation.

12. Indian census number (optional to registrant).

13. Father's name.

14. A statement as to whether or not the registrant is registered in another state, county or precinct.

15. A statement that the registrant is a citizen of the United States.

16. A statement that the registrant will be eighteen years of age or more before the next general election.

17. A statement that the registrant has not been convicted of treason or a felony, or if so, that his civil rights have been restored.

18. A statement that the registrant is a resident of this state and of the county in which he is registering.

19. The signature of the registrant.

20. The signature and title of the registration officer and a statement attesting that the registrant signed the oath in the officer's presence.

21. Space for former address, former party preference and former name.

**B.** The affidavit of registration shall be printed in a form prescribed by the secretary of state.

**C.** The sworn statement of the new resident registering to vote for presidential electors only shall be in a form prescribed by the secretary of state.

**deletions by** ~~strikeouts~~                                                         **823**

## Ch. 209        34th LEGISLATURE

### § 16-153. Voter receipt; form

The voter receipt shall state the name, street address and city of residence of the registered voter, the date of registration, the party preference and the signature of the registrar and shall be evidence of valid registration.

### § 16-154. Transfer of registration without reregistering; forms

**A.** Registration may be transferred from one address to another by the elector supplying the required information on a separate postcard form supplied by the county recorder, which card shall be substantially as follows:

Change of address and transfer of registration

(Elector shall supply all appropriate information for the completion of this form):

State of Arizona
County of _____        } ss.:

_____, the undersigned elector, does solemnly swear (or affirm) that:

1. I was last registered at _____.

                                    Number, Street, City

2. State or country of birth _____.

3. Date of birth _____.

4. Father's name _____.

5. New address _____.

                    Number, Street, City

6. Date of change of address _____.

7. Telephone number _____.

Signature of voter _____.

**B.** When this card is properly executed and delivered or mailed to the county recorder, the signature thereon shall be compared with the signature of the elector on his affidavit of registration. If the recorder is satisfied that the signature on the card is authentic, the card shall be recorded and retained in a permanent file, and thereafter the voter's registration shall be deemed to be in the precinct in which the new address is located.

### § 16-155. Cancellation notice required upon reregistering in another county; form

The cancellation notice required by § 16-137 shall be set forth on a card of approximate standard postal card size suitable for mailing as a postal card, shall contain the name of the elector, his former address and precinct and shall be in approximately the following form:

CANCELLATION OF REGISTRATION

_____ COUNTY, ARIZONA

I _____, election official, _____ county, _____ state.

I have this _____ day of _____, registered in this county

_____, who was formerly registered in _____ precinct,

824                 **Changes or additions in text are indicated by <u>underline</u>**

_____ county, _____ former address, and request that you cancel said elector from your registration.

Very truly yours,

_____

County recorder

## ARTICLE 5.  REGISTRATION ROLLS

### § 16–161.  Affidavit as official record of registration

When the affidavit of registration form is filled out, subscribed by the elector and attested, it shall constitute an official public record of the registration of the elector.

### § 16–162.  Permanent preservation of affidavits of registration and applications for cancellation

The county recorder shall provide a means of permanently preserving affidavits of registration and applications for cancellation of registration. Acceptable means of preservation shall be binders for the original affidavit or application, or photostatic or microfilm reproduction of the originals.

### § 16–163.  Assignment of affidavit to general county register;  exception;  notification to elector;  filing of affidavits

**A.**  The county recorder shall, upon receipt of an affidavit of registration in proper form, assign the registration record to its proper precinct and alphabetical arrangement in the general county register, except that the record of registration of a new resident voting for presidential electors only shall be filed separately until he has completed the residency requirements for an elector qualified to vote in all elections.

**B.**  After placing the record of registration in the county general register, the county recorder shall notify the elector within thirty days in writing that his name appears in the general register.

**C.**  All current original affidavits of registration shall be filed county-wide or by precinct in alphabetical order by surname of elector. All original affidavits of registration canceled, and all original applications for cancellation of registration received since the preceding general election, shall be separately filed and maintained. Computer output microfilm, listings or cards containing the information from the original affidavit of registration, in the sequence referred to in this section, shall serve to fulfill the requirements of this subsection and § 16–164, subsection A.

### § 16–164.  Cancellation of registration upon new affidavit of registration effecting change of precinct, party, address or name;  preservation of canceled affidavits

**A.**  Upon receipt of a new affidavit of registration which effects a change of precinct, political party, address or name, the county recorder shall remove the affidavit of registration to which it relates from the general county register, indicate that the registration has been canceled and the date and reason for cancellation, and place the affidavit in a cancellation file. In lieu of such procedure, the county recorder may modify the record of registration to reflect any changes of address, name or party upon receipt of an affidavit of registration reflecting such changes.

**deletions by** ~~strikeouts~~                                                825

**Ch. 209**        **34th LEGISLATURE**

**B.** Except as provided by subsection C, all canceled affidavits of registration shall be arranged and preserved in like manner as affidavits of registration.

**C.** The county recorder may provide for preservation of canceled affidavits of registration by microfilming, and upon microfilming of such affidavits, the original copies may be destroyed after the general election next following the cancellation.

**§ 16–165.   Causes for cancellation**

**A.** The county recorder shall cancel a registration:

1. At the request of the person registered.

2. When the county recorder knows of the death or removal of the person registered.

3. When the insanity of the person registered is legally established.

4. When the person registered has been convicted of felony, and the judgment of conviction has not been reversed or set aside.

5. Upon production of a certified copy of a judgment directing a cancellation to be made.

6. Promptly after the election if the person registered has applied for a ballot pursuant to § 16–126.

**B.** When proceedings are had in the superior court resulting in a person being declared incapable of taking care of himself and managing his property, and for whom a guardian of his person and estate is appointed, or resulting in such person being committed as an insane person, or resulting in a person being convicted of felony, the clerk of the superior court in which such proceedings were had shall file with the appropriate county recorder a certificate of such fact, and the recorder shall cancel the name of the person upon the register.   Such certificate shall name the person covered, give his date and place of birth if available, his usual place of residence and his address, and shall be filed with the recorder of the county where the person last resided.

**C.** The county recorder shall each month secure from the department of health services without charge a record of the death of every resident of his county sixteen years of age and older reported to such department.   This record shall include only the name of the decedent, his age in years and his usual legal residence at the time of his death.   The record shall be used by the county recorder for the sole purpose of removing the names of deceased persons from the register.   Public access to the records is prohibited.   Use of information from the records for purposes other than those required by this section is prohibited.   The recorder shall promptly cancel the name of each deceased person from the register.

**§ 16–166.   Cancellation for failure to vote; notice of cancellation; restoration of registration**

**A.** The county recorder shall, on January 1 of the year following each general election, remove and cancel from the general county register the registration of any elector who did not vote in the preceding general election.

**B.** The county recorder shall, by February 1 of the year following a general election, send to each elector whose registration was canceled under subsection

A of this section, a notice stating that such elector's registration has been canceled for failure to vote. The notice shall state that if the information on the return notice is correct, the elector may sign and return the notice by April 1 and his registration will be restored. The notice shall also state that if the information on the notice is not correct, the elector must reregister. The notice shall give the information about the elector as it appears in the general register.

**C.** If a return notice is received by April 1, the county recorder shall indicate on the record of the elector the date of the restoration of his registration and the fact that it was restored. If a return notice is not received by April 1 immediately following the general election, the recorder shall file the canceled registration. The canceled registration may be disposed of under the conditions and in the manner prescribed by § 16–164, subsection C.

### § 16–167.  Action to compel cancellation

Upon demand first being made in writing therefor, and refusal so to do, a person may bring an action in the superior court to compel the recorder to cancel an entry made on the register illegally or which should be canceled by reason of facts occurring subsequent to the time of the entry. If the person whose registration is sought to be canceled is not a party to the action, the court may order him to be made a party.

### § 16–168.  Precinct registers;  date of preparation;  contents;  copies;  reports; violation;  classification

**A.** By the fifth day preceding the primary and the general election the county recorder shall prepare from the original affidavits of registration at least four printed or typed lists of all qualified electors in each precinct in the county and such lists shall be the official precinct registers.

**B.** The official precinct registers for use at the polling place shall contain at least the names in full, party preference, date of registration and residence address of each qualified elector in the respective precincts. The official precinct registers shall also include the zip code of each qualified elector. Such names shall be in alphabetical order and, in a column to the left of the names, such names shall be numbered consecutively beginning with number 1 in each precinct register.

**C.** The county recorder shall, in addition to preparing the official precinct registers, provide a means for mechanically reproducing the precinct registers and shall deliver within fourteen days after the close of registration for the primary election and for the general election, without charge, on the same day two copies of each precinct register within the county to the county chairman of each party which had at least two candidates other than presidential electors appearing upon the ballot in that county at the last general election. The copies of the precinct registers shall be on individual cards or magnetic computer tape or both, or in any other form unanimously agreed upon by such county chairmen and the county recorder, which shall hereafter include:

1. Name in full and appropriate title.

2. Party preference.

3. Date of registration.

**deletions by** ~~strikeouts~~                                    827

**Ch. 209**          **34th LEGISLATURE**

4.  Residence address of the elector.

5.  Mailing address, if different from residence address.

6.  The zip code of the elector.

7.  The telephone number of the elector if given.

8.  Birth date.

9.  Occupation.

**D.**  The names on the precinct registers shall be in alphabetical order and any changes, additions or deletions to the precinct registers shall be delivered to each county chairman at least quarterly, but not later than twenty days following such changes, additions or deletions.

**E.**  Precinct registers and other lists and information derived from affidavits of registration may be used only for purposes relating to a political or political party activity, a political campaign, an election or for any other purpose specifically authorized by law.  The county recorder shall, upon a request, for such use and within thirty days from receipt of such request, prepare additional copies of any precinct register and furnish them to any person requesting them upon payment of a fee equal to two cents for each name appearing on the register for a printed list and ten cents for each name for a magnetic computer tape, plus the cost of the blank computer tape if furnished by the recorder, for each copy so furnished.

**F.**  Any person in possession of a precinct register, in whole or part, or any reproduction of a precinct register, shall not permit such register to be used, bought, sold or otherwise transferred for any purpose except for uses otherwise authorized by this section.  Any person violating the provisions of this subsection is guilty of a class 2 misdemeanor.  Nothing in this subsection shall preclude public inspection of voter registration records.

**G.**  The county recorder shall count the registered voters by political party by precinct, legislative district and congressional district as of the first day of each quarter and report the totals to the secretary of state who shall prepare a summary report for the state and maintain such report as a permanent record.  In the third and fourth quarters of even-numbered years, the county recorder shall substitute the day of the close of registration for the primary and general election for the first day of that quarter.

**§ 16–169.  Disposition and use of precinct registers; signature roster; form**

**A.**  Upon completion of the precinct registers, the county recorder shall certify to their completeness and correctness and shall transmit the original and two copies thereof to the several election boards.  A copy shall be retained by the recorder for verification purposes on election day and then such copy shall be delivered by the recorder to the absentee election boards.  The board of election shall use the original of the precinct register, which shall be known as the "Signature Roster", for identifying the electors qualified to vote in the precinct and may use the remaining copies to process voters or may place them in a convenient place outside the poll limits for use by the electors.  After the canvass is completed, a copy of the precinct register shall be delivered to the county chairman of each political party having at least two candidates other than presidential electors on the ballot in the last general election.

**B.** The signature roster shall be bound with suitable covers and shall bear on the outside front cover the title, "Signature Roster _____ precinct, _____ county, Arizona." On the inside of the back cover thereof shall appear, printed or typed, a certificate to be signed by the inspector substantially as follows:

I, _____ inspector of the board of election of _____ precinct, _____ county, Arizona, hereby certify that the foregoing (excepting signatures in red) are true and correct signatures of all electors who voted in _____ precinct on _____ day of _____ 19___.

(Inspector)

### § 16–170.  Transmittal of signature roster to county recorder; comparison of names by recorder

Upon return of the signature rosters to the board of supervisors after the election, the board shall immediately return them to the county recorder, who may compare the names and signatures with the names and signatures in corresponding precincts in the general county register, and if the recorder discovers that any person has voted in violation of any provision of this title he shall report the violation to the county attorney.

### § 16–171.  Preservation of signature rosters as permanent records

The signature roster of a precinct register shall be preserved as a permanent record.

### § 16–172.  Use of county registration rolls by political subdivisions

**A.**  Any political subdivision of this state conducting an election pursuant to the laws of this state, which lies within a county, may use the county registration rolls to conduct such an election. The governing body of such a political subdivision shall negotiate a contract with the county recorder to reimburse the county recorder for his actual expenses in preparing the necessary lists for use in the election. In no case shall the county recorder charge more than the actual additional cost that such preparation entails. Such contracts shall be negotiated at least sixty days in advance of the election.

**B.**  After July 1, 1985 the county recorder of each county shall prepare, pursuant to the provisions of subsection A, the necessary lists for use in all city and town elections. The county recorder shall prepare such lists by city ward where applicable.

### § 16–173.  County recorder to file data processing system or program

In each county in which an electronic data processing system or program is used for voter registration, the county recorder shall file with the board of supervisors a detailed and complete explanation of such data processing system or program and any subsequent revision thereof.

ARTICLE 6.  PENAL PROVISIONS

### § 16–181.  Return of registration; violation; classification

An intentional failure of an authorized person to return the completed registration materials as provided in this chapter is a class 2 misdemeanor.

# EXHIBIT H

**UNCLASSIFIED (U)**

# 8 FAM 403.4
# PLACE OF BIRTH

*(CT:CITZ-85;   11-09-2022)*
*(Office of Origin:  CA/PPT/S/A)*

## 8 FAM 403.4-1  INTRODUCTION

*(CT:CITZ-41;   10-29-2020)*

a. The Department's policy on Place of Birth (POB) designations for U.S. passports, forms FS-240, "Consular Report of Birth Abroad of a Citizen of the United States of America," and forms DS-2026, "Consular Report of the Death of an American Citizen Abroad," is consistent with its recognition policy.  The Department's policy on POB is also generally consistent with current sovereignty policy.  This means that U.S. passports, forms FS-240, and forms DS-2026 will list the POB as it was designated **at the time of issuance**:

   (1) U.S. passports, forms FS-240, and forms DS-2026 remain valid even if the POB designation has changed.  A subsequent change in the POB designation does not warrant rewriting a U.S. passport or amending a form FS-240 or form DS-2026.  Applicants who want a U.S. passport, form DS-240, or form DS-2026 with the new POB designation must apply for a new passport or official copy of the form FS-240 or DS-2026, and pay all applicable fees; and

   (2) Except as provided in 8 FAM 403.4-4(A), U.S. passports, forms FS-240, and forms FS-2026 must not be issued in a previous POB designation.  Applicants who object to the current POB designation may choose the city of birth designation (see 8 FAM 403.4-5), if available.

b. This subchapter provides guidance on designating the POB.  Passport specialists and consular officers (hereinafter referred to as "you" unless otherwise specified) must determine the proper POB in accordance with this subchapter.  You may not deviate from this subchapter without specific written authorization from the Department.

c. Unless this subchapter specifies otherwise, an applicant born outside the United States who objects to the Department's country listing of the POB may be offered the city of birth only option.

d. Consular officers must advise the Bureau of Consular Affairs when place name changes occur.  New guidance on POBs based on a change of the legal status or name of the location must be authorized by the Bureau of Consular Affairs (CA) with coordination from the Office of the Geographer and Global Issues, Geographic Information Unit, in the Bureau of Intelligence and Research (INR/GGI), the Office of the Legal Adviser (L/CA, L/DL and the regional L office), and the regional bureau.

## 8 FAM 403.4-2  BIRTH IN THE UNITED STATES

*(CT:CITZ-73;   06-09-2022*

a. You must use the POB as provided in 8 FAM 403.4-7(A) for persons born in the United States, which is defined in INA 101(a)(38) as the continental United States, Alaska, Hawaii, Puerto Rico, Guam, the U.S. Virgin Islands, and the Northern Mariana Islands.  You must use the POB as provided in 8 FAM 403.4-7(B) for persons born in the United States' outlying territories and possessions.

b. The passport application instructs the applicant to provide both the city and the state of birth.  However, it is not necessary to annotate the city of birth if the applicant only provided the state.

c. You must ensure the correct place of birth is listed in TDIS or ACS+.

## 8 FAM 403.4-3  BIRTH OUTSIDE THE UNITED STATES

*(CT:CITZ-73;   06-09-2022)*

a. You must use the POB as provided in <u>8 FAM 403.4-7(C)</u> for persons born outside the United States.

b. You must ensure the correct place of birth is listed in TDIS or ACS+.

c. For forms FS-240, both the city and country of birth must be listed.

## 8 FAM 403.4-4  UNUSUAL CIRCUMSTANCES REGARDING POB

### 8 FAM 403.4-4(A)  Israel, the Gaza Strip, the Golan Heights, Jerusalem, and the West Bank

*(CT:CITZ-73;   06-09-2022)*

a. Golan Heights:  Per Presidential Proclamation on March 25, 2019, U.S. policy recognizes the Golan Heights as part of Israel.  The POB for applicants born in the Golan Heights is ISRAEL.

b. U.S. policy recognizes that Jerusalem, the West Bank, and the Gaza Strip are territories whose final status must be determined by negotiations.  As stated in the President's December 6, 2017 Jerusalem Proclamation, the United States recognizes Jerusalem as the capital of Israel and its seat of government but continues to take no position on the boundaries of Israeli sovereignty in Jerusalem. The final boundaries of sovereignty in Jerusalem remain subject to final status negotiation between the two Parties.

c. West Bank (including the No Man's Lands between the West Bank and Israel):

(1) The POB for persons born in the West Bank is WEST BANK; or

(2) Persons born before May 14, 1948 in the West Bank may have PALESTINE listed as the POB (if requested).

> **NOTE**:  Jordan asserted it had annexed the West Bank on April 24, 1950 and surrendered its claim to sovereignty on July 31, 1988.  Individuals born in the West Bank during that time might submit a Jordanian birth certificate listing JORDAN as the place of birth.  You should refer to the city of birth to determine whether the applicant was born in JORDAN or the WEST BANK.  Major cities in the West Bank include Hebron, Nablus, Janin, Tulkarm, Yatta, Modi'in Illit, Qalqilyah, Al Bireh, Beitar Illit, Ma'ale Adummim, Ramallah, Bethlehem, Jericho, and Ari'el.

d. Gaza Strip:

(1) The POB for persons born in the Gaza Strip is GAZA STRIP.

(2) Persons born before May 14, 1948 in the Gaza Strip may have PALESTINE listed as the POB (if requested).

e. Jerusalem:

(1) Unless born before May 14, 1948 in locations outside Jerusalem's municipal limits at that time (see below), the POB for U.S. passports for persons born in Jerusalem should be:

(a) If the applicant lists solely "Jerusalem" as the place of birth (POB) the POB must be JERUSALEM on the U.S. passport, Consular Report of Birth Abroad (CRBA), or Consular Report of Death Abroad (CRDA);

(b) If the applicant lists "Israel," the POB must be ISRAEL on the U.S. passport or "JERUSALEM, ISRAEL" on the CRBA/CRDA; or

(c) If the applicant lists "Jerusalem, Israel" you must contact the applicant to ascertain whether the applicant prefers either solely JERUSALEM or ISRAEL (on the U.S. passport) and/or whether the applicant prefers solely JERUSALEM or JERUSALEM, ISRAEL (on the CRBA/CRDA).

(2) Persons born before May 14, 1948 within the municipal borders of Jerusalem at that time may elect either JERUSALEM or ISRAEL as described above in paragraph e(1);

(3) The POB for persons born before May 14, 1948 in locations **outside** Jerusalem's municipal limits at that time, that are now inside Jerusalem's declared municipal limits, is listed as PALESTINE or the name of the location (area/city) as it was known prior to expansion of Jerusalem's municipal limits at any time following May 14, 1948. Persons born in such locations after May 14, 1948, may choose the name of the location (area/city) as it was known prior to the expansion of Jerusalem's municipal limits; and

(4) Do not list Jordan or the West Bank for persons born within the current municipal borders of Jerusalem.

f. Israel:  List ISRAEL as the place of birth in the passport **if and only if** the applicant was born in Israel, or if requested consistent with the Jerusalem-specific guidance above.  Do not list Israel for persons born in the Gaza Strip, the West Bank, or the No Man's Land between the West Bank and Israel.

g. POB in area formerly known as Palestine:  Persons born in the area formerly known as Palestine (which includes the Gaza Strip, Jerusalem, or the West Bank) may object to listing their POB as something other than Palestine.  In such cases, you should explain CA's policy of listing the birthplace as the country having present sovereignty and that U.S. policy recognizes that the final status of the Gaza Strip, Jerusalem, and the West Bank must be determined by negotiations.  Applicants may be offered alternate entry place of birth consistent with more specific guidance in this section and in 8 FAM 403.4-5.

| Area Name | POB | Alternate Entry |
|---|---|---|
| Gaza Strip | GAZA STRIP | PALESTINE (if born before May 14, 1948); or <br><br> City or town of birth |
| Golan Heights | ISRAEL | City or town of birth |
| Israel | ISRAEL | PALESTINE (if born before May 14, 1948); or <br><br> City or town of birth |
| Jerusalem | ISRAEL (U.S. passports) <br><br> Or <br><br> JERUSALEM (U.S. passports, CRBAs, CRDAs) <br> Or <br><br> JERUSALEM, ISRAEL | PALESTINE (ONLY if born before May 14, 1948 in an area which was outside Jerusalem's municipal limits at that time);or <br><br> Name of the location (area/city) as it was  known prior to expansion of Jerusalem's municipal limits at any time following May 14, 1948 (if born in an area which was outside Jerusalem's municipal limits on May 14, 1948). |

| | (CRBAs, CRDAs). | |
|---|---|---|
| West Bank | WEST BANK | PALESTINE (if born before May 14, 1948); or City or town of birth (see above regarding the city or town of birth for individuals born between April 24, 1950 and July 31, 1988). |
| Sinai | EGYPT | |

## 8 FAM 403.4-4(B)  Birth at Sea or In the Air

*(CT:CITZ-1;   06-27-2018)*

a. Birth at sea or in the air is applicable when no country has current sovereignty over the area.

b. Birth at sea:  If birth or citizenship documents, such as the ship's log or a statement from the captain, show the POB at sea, annotate that the applicant was born at sea on the application and as the POB in the passport with the appropriate POB code:

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

| A | T | | S | E | A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

c.  Birth in the air:  If birth or citizenship documents, such as the flight log or a statement from the pilot, show POB in the air, annotate that the applicant was born in the air on the application and as the POB in the passport with the appropriate POB code:

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

| I | N | | T | H | E | | A | I | R | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

> **NOTE**:  See 8 FAM 301.1 for adjudication guidance regarding birth in the air, territorial seas, or international waters.

## 8 FAM 403.4-4(C)  Disputed Territory

*(CT:CITZ-85;   11-09-2022)*

a. Disputed territory is territory that is claimed by one or more countries and for which the United States does not take a position on sovereignty.

b. The Falkland Islands (Islas Malvinas) is a disputed territory claimed by both the United Kingdom as a British Overseas Territory and by Argentina.  TDIS and ACS provide birthplace codes for the Falkland Islands (Islas Malvinas) (see 8 FAM 403.4-7(C)).

## 8 FAM 403.4-4(D)  Taiwan

*(CT:CITZ-73;   06-09-2022)*

a. The United States recognizes the government of the People's Republic of China as the sole legal government of China and acknowledges the Chinese position that there is but one China and that Taiwan is part of China. Taiwan can be used as POB in the passport pursuant to the guidance below.

b. If an applicant born in Taiwan writes "China" as their POB on a passport application, you must list CHINA.

c. If an applicant born in Taiwan writes "Taiwan" as their POB on a passport application, you must list TAIWAN.  If there is any inconsistency regarding the POB, e.g., the applicant's permanent resident card lists China as the POB, you must request the applicant's birth certificate to verify that the applicant's city of birth is on one of the following islands: the

island of Taiwan (formerly called Formosa), Penghu Dao (formerly called Pescadores), Kinmen Islands (Quemoy), or Nangan Dao (Matsu).

d. If an applicant born in Taiwan writes "Taiwan, China" as their POB on a passport application, you must contact the applicant to ascertain whether they prefer either TAIWAN or CHINA as their POB (Information Request Letter 707-06).

e. A passport applicant whose previous U.S. passport(s) listed TAIWAN as the POB may request that their new passport be issued listing CHINA as the POB. However, a passport applicant whose previous U.S. passport(s) listed CHINA as the POB may not request that their new passport be issued listing TAIWAN as the POB without evidence that the previous POB was assigned erroneously.

f. Passports may not be issued showing the POB as "Taiwan, China," "Taiwan, Republic of China," or "Taiwan, ROC."

## 8 FAM 403.4-4(E)  Special Administrative Region

*(CT:CITZ-73;   06-09-2022)*

a. A Special Administrative Region (SAR) is a region that enjoys a high degree of autonomy.

b. The People's Republic of China exercises sovereignty over Hong Kong and Macau, but Hong Kong and Macau are able to exercise a high degree of autonomy and enjoy executive, legislative and independent judicial power, including that of final adjudication. CHINA and the city of birth option are not available. If an applicant born in Hong Kong or Macau presents a passport listing either CHINA or the city of birth, you must:

   (1)  Request appropriate evidence of the POB (e.g., the applicant's birth certificate); or

   (2)  Verify the information in consular records (e.g., previous passport applications, visa records, etc.--see 7 FAM 1348); and

   (3)  List HONG KONG SAR or MACAU SAR, respectively, in the passport.

c. Effective July 1, 1997, Hong Kong became a SAR of the People's Republic of China. The place of birth for Hong Kong, regardless of the date the birth occurred, must be HONG KONG SAR.

d. Effective December 20, 1999, Macau became a SAR of the People's Republic of China. The place of birth for Macau, regardless of the date the birth occurred, must be MACAU SAR.

## 8 FAM 403.4-5  CITY OF BIRTH LISTING

*(CT:CITZ-73;   06-09-2022)*

a. U.S. citizens born abroad may choose to list the city or town of birth if they object to the Department's designation of the POB, and an individual who is notified of the policy may also elect the city of birth option **unless this subchapter specifies otherwise**. There is no requirement that the applicant document the reason for the objection, if any.

> **NOTE**:  If the applicant was born in an unincorporated area, the applicant may choose to list the name of the area.

b. The city of birth only option is not available for persons born in the United States or its territories or outlying possessions.

c. The applicant must be advised of the possible difficulties in traveling to or obtaining visas for entry to foreign countries with only a city of birth shown on the passport (Information Notice IN-941-21).

d. Many foreign city names, particularly those that use non-Latin alphabets, may have multiple possible spellings or transliterations. For example, Kyiv, Ukraine, may be spelled Kiev or Kyyiv (among others). You must determine the appropriate spelling of the city or area of birth using the United States Board on Geographic Names' Geographic Names Server (GNS)

developed and maintained by the National Geospatial-Intelligence Agency.  If you cannot establish an appropriate name or spelling, contact AskPPTAdjudication@state.gov.

> **NOTE**: This is not a public-facing e-mail address and public inquiries will not be replied to.

(1) You may use the "custom search criteria" to filter the results so only "approved" or "conventional" names are returned;

(2) You may select the "country name" to filter the results so only cities in the correct country are returned.  This also reduces the likelihood that the database will time out;

(3) Under the "feature designations" option, you may select "populated place", or the various options for administrative division seats or capitals filter results so only cities are returned.  If the applicant was born in an unincorporated area, you may select "administrative regions" so only area names are returned;

(4) GeoNames search results:

    (a) The first (leftmost) column, "Name," provides the spelling with "(Approved)"or "(Conventional)" if it is an acceptable spelling for the place name;

    (b) The second column, "Geopolitical Entity Name," provides the country or geographic entity in which the city of birth is located.  You can use this column to verify that you have selected the correct city, e.g., Neapoli, Greece or Neopolis, Brazil;

    (c) The sixth column, "Feature Designation," provides geographic information about the place.  You can use this column to verify that you have filtered the results appropriately; and

    (d) You must determine, in consultation with your supervisor and/or the applicant, if necessary, which place name is most appropriate (generally the city).

e. Write out the city or town name as retrieved from the GNS in the POB field, as there are no standard codes for city birthplaces.  Also, write "**XXX**" as the place of birth code:

f. If an applicant later requests a new passport showing the country of birth, the applicant must pay the fees for the new passport.

# 8 FAM 403.4-6  REQUESTS FOR NO PLACE OF BIRTH OR A DIFFERENT PLACE OF BIRTH

## 8 FAM 403.4-6(A)  Requests for No Place of Birth

*(CT:CITZ-28;   11-06-2019)*

An applicant requesting that no POB be listed on a passport must be advised either at the public counter or via appropriate information notice that the United States will not issue a U.S. passport with no POB listing.  The POB designation is an integral part of establishing an individual's identity.  It distinguishes that individual from other persons with similar names and/or dates of birth, and helps identify claimants attempting to use another person's identity.  The information also facilitates retrieval of passport records to assist the Department in determining citizenship or notifying next of kin or other person designated by the individual to be notified in case of an emergency.  Inquirers may further be advised that:

(1) A passport, as defined by section 101(a)(30) of the Immigration and Nationality Act of 1952, is "any travel document issued by competent authority showing the bearer's origin, identity, and nationality if any, which is valid for the entry of the bearer into a foreign country";

(2) For U.S. passport purposes, the Department of State has defined the term "bearer's origin" to be the bearer's POB.  That entry is included to assist in identifying the

individual, not the individual's nationality.  The passport very clearly states that the bearer is a non-citizen U.S. national or a U.S. citizen;

(3)  Inclusion of the place of birth entry in the passport is consistent with the 1980 report of the International Civil Aviation Organization (ICAO), which recommended a standardized passport including the place of birth entry as an essential element;

(4)  Deletion of the place of birth entry from the U.S. passport has been discussed extensively among U.S. Government agencies and with Congress:

(a)  In 1986, Congress directed the Comptroller General to complete a study on the issue;

(b)  The August 1987 General Accounting Office (GAO) report (GAO 87-201) on this issue discusses two separate studies conducted by the Department of State, one in 1977 and another in 1986, to determine how the removal of the POB would affect travel by U.S. citizens;

(c)  Those studies concluded that elimination of the POB from the U.S. passport would cause considerable inconvenience to the entire traveling population, since a number of countries would still require POB information.  Travelers would have to provide POB documentation, either when applying for a visa or when entering the country, or run the risk of being denied entry to those countries;

(d)  The report also confirmed that U.S. law enforcement agencies could not agree to its removal from the U.S. passport because it is a vital data element used in anti-terrorist, anti-drug, and anti-fraud programs; and

(e)  The GAO report reinforced previous conclusions that removal of the POB would lead to serious problems for the U.S. Government and for the majority of traveling U.S. citizens.

> **NOTE**:  Place of birth was first added to the U.S. passport in 1917.  An October 4, 1963 staff study by the Passport Office on "Place of Birth" information in the U.S. passport reflects "the passport used during World War I was the first in which including the place of birth of the passport holder was mandatory as part of the identification of the bearer, probably as a wartime travel control measure.  The item was included in all subsequent revisions of the passport format, down to and including the present issuances."

## 8 FAM 403.4-6(B)  Requests for a Different Place of Birth for U.S. Citizens Born Abroad

*(CT:CITZ-73;   06-09-2022)*

a.  A U.S. citizen born abroad may request a different POB than the POB listed on their birth evidence or other documents.  You must determine whether the applicant has established the POB by a preponderance of the evidence; i.e., whether it is more likely than not that the applicant was born in the claimed location.

b.  If the applicant cannot obtain acceptable birth evidence from the jurisdiction where the birth purportedly occurred, the applicant must submit additional acceptable supporting evidence created near the time of birth that shows the requested POB (e.g., pre- and post-natal records, a hospital birth certificate, a baptismal certificate, etc.):

(1)  A Certificate of Naturalization cannot be used to change the POB.  The Certificate of Naturalization does not list the applicant's POB as such: it lists the applicant's country of former nationality at the time of naturalization, which is usually, but not always, the same as the POB.  If the applicant requests a POB that is inconsistent with the country of former nationality, you must request a foreign birth certificate showing the applicant's POB unless you are able to verify the POB in a consular system (see 8 FAM 801.1).  For

example, if the applicant submits a Certificate of Naturalization showing "BOLIVIA" as the country of former nationality, but requests "THAILAND" as the POB, you must request a foreign birth certificate if you are unable to verify the POB in a consular system.

(2) The applicant's POB generally (see paragraph d below) must be consistent with documents issued by USCIS, such as a Permanent Resident Card or Certificate of Citizenship.  If the applicant claims that the POB listed on the USCIS-issued document is incorrect, the passport cannot be issued in the requested POB unless the applicant submits a corrected USCIS issued document or an order from a Federal court changing the applicant's POB.

c.  If the applicant cannot, or does not wish to, provide acceptable supporting evidence of the requested POB, you must issue the passport with the POB listed on the USCIS-issued document if there is one (unless the POB is inconsistent with U.S. sovereign recognition policy as articulated in this FAM section – see paragraph d below) or, if not, with the POB that is supported by the preponderance of what evidence has already been presented.

d. Nothing in this section should be interpreted to suggest that the Department of State may list a POB on a Department-issued citizenship document that is inconsistent with the Department's position and corresponding FAM guidance on the current sovereignty of a geographic area.  POB designations on Department-issued citizenship documents should always reflect the sovereign recognition policy of the United States as articulated by Department of State and reflected in FAM guidance, even if the applicant presents a Certificate of Citizenship or other non-Department of State citizenship document listing a different POB.  For example, if an applicant's birth documentation shows birth in Jerusalem after May 14, 1948, but submits a USCIS Certificate of Citizenship stating "Israel" as the country of birth, the Department must issue a citizenship document listing only "Jerusalem" as POB, or as otherwise specified in 8 FAM 403.4-4(A), consistent with this FAM section.  Should questions arise on the designation of a POB not addressed in this section, please contact AskPPTAdjudication@state.gov.

# 8 FAM 403.4-7  POB TABLES

*(CT:CITZ-28;   11-06-2019)*

a. The CCD converts the information from the ACS system code for POB to the TDIS system code for POB.  While the POB codes for the two systems may differ from one another, passports issued by both systems reflect the same place of birth name.

b. In accordance with 8 FAM 403.4-1, the tables in the following sub-sections are consistent with the Department's recognition policy and generally consistent with current sovereignty.  These tables generally reflect the Bureau of Intelligence and Research's Independent States of the World and Dependencies and Areas of Special Sovereignty tables.

c. Places outside the United States and its outlying territories or possessions where few, if any, U.S. citizens/non-citizen U.S. nationals are known to have been born may not be included in the following tables.  If a U.S. citizen/non-citizen U.S. national is born in a location not listed in the tables below, you must contact AskPPTAdjudication@state.gov for further guidance.

# 8 FAM 403.4-7(A)  POB Table: United States

*(CT:CITZ-84;   10-14-2022)*

| Place of Birth | TDIS Code | ACS Code | Notes |
|---|---|---|---|
| ALABAMA, U.S.A. | AL | AL | |
| ALASKA, U.S.A. | AK | AK | |
| ARIZONA, U.S.A. | AZ | AZ | |
| ARKANSAS, U.S.A. | AR | AR | |

| | | | |
|---|---|---|---|
| CALIFORNIA, U.S.A. | CA | CA | Applicants occasionally write "CA" meaning "Central America." Do not confuse applicant's notation with TDIS/ACS codes. Use the corresponding country code for the countries in Central America. |
| COLORADO, U.S.A. | CO | CO | Do not confuse with the abbreviation "co" for "county." |
| CONNECTICUT, U.S.A. | CT | CT | |
| DELAWARE, U.S.A. | DE | DE | |
| FLORIDA, U.S.A. | FL | FL | |
| GEORGIA, U.S.A. | GA | GA | Do not confuse with the country named GEORGIA. |
| GUAM, U.S.A. | GUM | GUAM | |
| HAWAII, U.S.A. | HI | HI | |
| IDAHO, U.S.A. | ID | ID | |
| ILLINOIS, U.S.A. | IL | IL | |
| INDIANA | IN | IN | |
| IOWA, U.S.A. | IA | IA | |
| KANSAS, U.S.A. | KS | KS | |
| KENTUCKY, U.S.A. | KY | KY | For births on Fort Campbell, you must determine whether the applicant was born in Kentucky or Tennessee.<br><br>The Blanchfield Army Community Hospital moved. Children born at the Blanchfield Army Community Hospital before November 22nd, 1982, were born in Kentucky. Children born in the Blanchfield Army Community Hospital after November 22nd, 1982, were born in Tennessee.<br><br>Please note that the mailing address for Fort Campbell is in Kentucky, even though Fort Campbell crosses state lines. The mailing address does not indicate the place of birth, even though applicants will often list their place of birth as "Fort Campbell, Kentucky." |
| LOUISIANA, U.S.A. | LA | LA | Do not confuse with the abbreviation "L.A." for "Los Angeles, California." |
| MAINE, U.S.A. | ME | ME | |
| MARYLAND, U.S.A. | MD | MD | |
| MASSACHUSETTS, U.S.A. | MA | MA | |
| MICHIGAN, U.S.A. | MI | MI | |
| MINNESOTA, U.S.A. | MN | MN | |
| MISSISSIPPI, U.S.A. | MS | MS | |
| MISSOURI, U.S.A. | MO | MO | |
| MONTANA, U.S.A. | MT | MT | |
| NEBRASKA, U.S.A. | NE | NE | |
| NEVADA, U.S.A. | NV | NV | |
| NEW HAMPSHIRE, U.S.A. | NH | NH | |
| NEW JERSEY, U.S.A. | NJ | NJ | |

| | | | |
|---|---|---|---|
| NEW MEXICO, U.S.A. | NM | NM | |
| NEW YORK, U.S.A. | NY | NY | |
| NORTHERN MARIANA ISLANDS, U.S.A. | MNP | MNP | Includes Saipan Island, Rota, and Tinian Island.  See 8 FAM 302.2. |
| NORTH CAROLINA, U.S.A. | NC | NC | |
| NORTH DAKOTA, U.S.A. | ND | ND | |
| OHIO, U.S.A. | OH | OH | |
| OKLAHOMA, U.S.A. | OK | OK | |
| OREGON, U.S.A. | OR | OR | |
| PENNSYLVANIA, U.S.A. | PA | PA | |
| PUERTO RICO, U.S.A. | PRI | PR | |
| RHODE ISLAND, U.S.A. | RI | RI | |
| SOUTH CAROLINA, U.S.A. | SC | SC | |
| SOUTH DAKOTA, U.S.A. | SD | SD | |
| TENNESSEE, U.S.A. | TN | TN | See KENTUCKY, U.S.A. regarding births on Fort Campbell. |
| TEXAS, U.S.A. | TX | TX | |
| U.S. VIRGIN ISLANDS | VIR | VI | This POB name follows common usage.<br><br>Do not confuse with British Virgin Islands. |
| UTAH, U.S.A. | UT | UT | |
| VERMONT, U.S.A. | VT | VT | |
| VIRGINIA, U.S.A. | VA | VA | |
| WASHINGTON, DC, U.S.A. | DC | DC | Do not confuse with WASHINGTON, U.S.A.<br><br>Do not confuse the city of Washington, District of Columbia with COLOMBIA. |
| WASHINGTON, U.S.A. | WA | WA | Do not confuse with WASHINGTON, DC, U.S.A. |
| WEST VIRGINIA, U.S.A. | WV | WV | |
| WISCONSIN, U.S.A. | WI | WI | Applicants occasionally write "WI" meaning "West Indies."  Do not confuse applicant's notation with TDIS/ACS codes.  Use the corresponding country code for the islands in the West Indies. |
| WYOMING, U.S.A. | WY | WY | |

## 8 FAM 403.4-7(B)  POB Table: Outlying Territories and Possessions of the United States

*(CT:CITZ-28;   11-06-2019)*

| Place of Birth | TDIS Code | ACS Code | Notes |
|---|---|---|---|
| AMERICAN SAMOA | ASM | AS | Do not confuse with the Independent State of SAMOA. |

| | | | AMERICAN SAMOA includes Swains Island (48 U.S.C. 1662). |
| --- | --- | --- | --- |
| BAKER ISLAND | XBK | XBK | |
| HOWLAND ISLAND | XHI | XHI | |
| JARVIS ISLAND | | | |
| JOHNSTON ATOLL | XJA | XJA | |
| KINGMAN REEF | | | |
| MIDWAY ISLANDS | XMI | MDWI | |
| NAVASSA ISLAND | | | |
| PALMYRA ATOLL | XPA | PLMR | |
| WAKE ISLAND | XWK | WKI | |

## 8 FAM 403.4-7(C)  Outside the United States

*(CT:CITZ-85;   11-09-2022)*

The CCD converts the information from the ACS system code for POB to the TDIS system code for POB.  While the POB codes for the two systems may differ from one another, passports issued by both systems reflect the same place of birth name.

| Place of Birth | TDIS Code | ACS Code | Notes |
| --- | --- | --- | --- |
| AFGHANISTAN | AFG | AFGH | |
| ALBANIA | ALB | ALB | |
| ALGERIA | DZA | ALGR | |
| ANDORRA | AND | ANDO | |
| ANGOLA | AGO | ANGL | |
| ANGUILLA | AIA | ANGU | British Overseas Territory |
| ANTIGUA AND BARBUDA | ATG | ANTI | |
| ARGENTINA | ARG | ARG | |
| ARMENIA | ARM | ARM | If a passport application shows Armenia as the POB, you must determine whether the actual place of birth is in the independent Republic of Armenia, or is part of the region known as Armenia, which includes parts of Turkey and Iran, and write Armenia only if the actual POB is in the Republic of Armenia. |
| ARUBA | ABW | ARB | Aruba seceded from the former Netherlands Antilles in 1986 and became a separate, autonomous country within the Kingdom of the Netherlands. |
| AT SEA | XAS | XAS | |
| AUSTRALIA | AUS | ASTL | |
| AUSTRIA | AUT | AUST | |
| AZERBAIJAN | AZE | AZR | |
| BAHAMAS, THE | BHS | BAMA | |
| BAHRAIN | BHR | BAHR | |

| | | | |
|---|---|---|---|
| BANGLADESH | BGD | BANG | Formerly East Pakistan or East Bengal. East Pakistan declared its independence on March 26, 1971 and was renamed Bangladesh. See also INDIA and PAKISTAN. |
| BARBADOS | BRB | BRDO | |
| BELARUS | BLR | BYS | Formerly Byelorussia. |
| BELGIUM | BEL | BELG | |
| BELIZE | BLZ | BLZ | Formerly British Honduras. Achieved independence in 1981. Do not confuse with Honduras. |
| BENIN | BEN | BENN | Formerly Dahomey (until 1975). |
| BERMUDA | BMU | BERM | British Overseas Territory in the North Atlantic Ocean. |
| BHUTAN | BTN | BHU | |
| BOLIVIA | BOL | BOL | |
| BONAIRE | BON | BON | Formerly part of the Netherlands Antilles. |
| BOSNIA AND HERZEGOVINA | BIH | BIH | |
| BOTSWANA | BWA | BOT | Formerly Bechuanaland. Achieved independence and adopted new name of Botswana in 1966. |
| BRAZIL | BRA | BRZL | |
| BRITISH INDIAN OCEAN TERRITORY | | | British Overseas Territory. Includes the Chagos Archipelago and Diego Garcia. |
| BRITISH VIRGIN ISLANDS | VGB | BRVI | British Overseas Territory. Do not confuse with the U.S. VIRGIN ISLANDS. |
| BRUNEI | BRN | BRNI | |
| BULGARIA | BGR | BULG | |
| BURKINA FASO | BFA | BURK | Achieved independence from France in 1960. Renamed Burkina Faso in 1984; Formerly Upper Volta, Haute-Volta, or Voltaic Republic. |
| BURMA | MMR | BURM | Sometimes referred to as Myanmar. Burma is the only approved name for this country. |
| BURUNDI | BDI | BRND | Formerly part of Ruanda-Urundi. |
| CABO VERDE | CPV | CAVI | Formerly Cape Verde. |
| CAMBODIA | KHM | CBDA | Formerly Kampuchea. |
| CAMEROON | CMR | CMRN | Formerly French Cameroons and the South Division of the Cameroons. |
| CANADA | CAN | CAN | |
| CAYMAN ISLANDS | CYM | CAYI | British Overseas Territory. When the Federation of the |

| | | | |
|---|---|---|---|
| | | | West Indies dissolved in 1962, the Cayman Islands remained a British dependency. |
| CENTRAL AFRICAN REPUBLIC | CAF | CAFR | Achieved independence in 1960. 1976-1979 known as Central African Empire. Central African Republic includes part of former French Equatorial Africa, French colony of Ubangi-Shari. |
| CHAD | TCD | CHAD | |
| CHILE | CHL | CHIL | |
| CHINA | CHN | CHIN | |
| COLOMBIA | COL | COL | |
| COMOROS | COM | COMO | |
| CONGO-BRAZZAVILLE | COG | CONB | Upon independence in 1960, the former French region of Middle Congo became the Republic of the Congo. Do not confuse with the Democratic Republic of the Congo, formerly Zaire. If you are interviewing the applicant, a good question to ask may be "What is the capital of the country where you were born – Kinshasa or Brazzaville?" |
| CONGO-KINSHASA | COD | COD | Formerly Zaire. Gained independence in 1960. Formerly Belgian Congo. The country is now the Democratic Republic of the Congo. Both this country and the Republic of the Congo, a neighboring state, are known by the short form name of Congo. To avoid confusion, these places of birth codes are written as noted. Do not place spaces before or after the hyphen. In order to have Congo-Kinshasa written as place of birth in a passport, the applicant must submit documentation such as a previous passport, naturalization certificate or secondary documentation that lists the place of birth as the Democratic Republic of the Congo or as Zaire.<br><br>If the application and its accompanying documentation show just "Congo" as the place of birth, the applicant's city of birth must be determined. |

| | | | Then determine the State where the city is located.  If you are interviewing the applicant, a good question to ask may be "What is the capital of the country where you were born – Kinshasa or Brazzaville?"<br><br>Zaire may no longer be listed in a U.S. passport as a place of birth. |
|---|---|---|---|
| COOK ISLANDS | COK | CKIS | Administrative control was transferred to New Zealand in 1965.  Residents chose self-government in free association with New Zealand.  New Zealand considers the Cook Islands to be part of New Zealand. |
| COSTA RICA | CRI | CSTR | |
| COTE D'IVOIRE | CIV | IVCO | Sometimes referred to as Ivory Coast.  Achieved independence in 1960. |
| CROATIA | HRV | HRV | |
| CUBA | CUB | CUBA | |
| CURACAO | CUR | CUR | The Netherlands Antilles dissolved on October 10, 2010.  Curaçao became an autonomous country within the Kingdom of the Netherlands. |
| CYPRUS | CYP | CYPR | |
| CZECH REPUBLIC | CSK | CZEC | Formerly part of Czechoslovakia.<br><br>The Czech Republic is also known by its conventional name Czechia. |
| DENMARK | DNK | DEN | |
| DJIBOUTI | DJI | DJI | Formerly French Territory of Afars and Issas.  Includes former French Somaliland.  Became Djibouti in 1977. |
| DOMINICA | DMA | DOMN | Do not confuse with the Dominican Republic. |
| DOMINICAN REPUBLIC | DOM | DOMR | Do not confuse with Dominica. |
| ECUADOR | ECU | ECUA | Includes the Galapagos Islands. |
| EGYPT | EGY | EGYP | Formerly United Arab Republic. |
| EL SALVADOR | SLV | ELSL | |
| EQUATORIAL GUINEA | GNQ | EGN | Do not confuse with Guinea or Guinea-Bissau.  Achieved independence in 1968. |
| ERITREA | ERI | ERI | Formerly a province of Ethiopia, Eritrea became an |

| | | | independent country on May 24, 1993.  Either Eritrea or Ethiopia may be listed as the place of birth on a previous passport, naturalization certificate or other documentation.  Cities: Capital--Asmara. Other cities-- Keren; Assab; Massawa; Af'abet; Teseney; Mendefera; Dekemhare; Adi Keyh; Barentu; Ghinda'e . |
|---|---|---|---|
| ESTONIA | EST | EST | |
| ESWATINI | SWZ | SZLD | Formerly Swaziland. The change of name from Swaziland to Eswatini was legally codified on May 11, 2018. |
| ETHIOPIA | ETH | ETH | Formerly Abyssinia.  See also Eritrea. |
| FALKLAND ISLANDS (ISLAS MALVINAS) | FLK | FKLI | Disputed Territory (see 8 FAM 403.4-4(C)).  Claimed by both the United Kingdom as a British Overseas Territory  and by Argentina. |
| FAROE ISLANDS | FRO | FAER | Autonomous constituent country within Denmark. |
| FIJI | FJI | FIJI | |
| FINLAND | FIN | FIN | |
| FRANCE | FRA | FRAN | |
| FRENCH GUIANA | GUF | FRGN | An overseas Department and Region of France in South America and not a dependency or area of special sovereignty.<br><br>Do not confuse with French Guinea in Africa, now called Guinea. |
| FRENCH POLYNESIA | PYF | FPOL | Includes Tahiti, Moorea, Austral Islands, Gambier Islands, Marquesas Islands, and Society Islands (Bora Bora is one of the Society Islands). |
| GABON | GAB | GABN | |
| GAMBIA, THE | GMB | GAM | Achieved independence in 1965.  Formed a short-lived federation of Senegambia with Senegal from 1982-1989. |
| GAZA STRIP | XGZ | XGZ | See 8 FAM 403.4-4(A). |
| GEORGIA | GEO | GRZ | Do not confuse with GEORGIA, U.S.A. |
| GERMANY | DEU | GER | |
| GHANA | GHA | GHAN | On March 6, 1957, the British Commonwealth Possessions formerly known as British Togoland, Ashanti, the |

| | | | Northern Territories and the Gold Coast were united under one rule as the new country of Ghana. Do not confuse with French Togoland which is now Togo. |
|---|---|---|---|
| GIBRALTAR | GIB | GIB | British Overseas Territory. |
| GREECE | GRC | GRC | |
| GREENLAND | GRL | GRLD | Autonomous constituent country within the Kingdom of Denmark. |
| GRENADA | GRD | GREN | Achieved independence in 1974. |
| GUADELOUPE | GLP | GUAD | An overseas Department and Region of France and not a dependency or area of special sovereignty. Includes Les Saintes, La Désirade (Desirade Island), and Marie-Galante. Does not include Saint Barthelemy or Saint Martin. |
| GUATEMALA | GTM | GUAT | |
| GUERNSEY | GGY | GGY | Alderney, Sark, and Herm are part of the Bailiwick of Guernsey

Self-governing British Crown Dependency in the English Channel off the coast of Normandy. Guernsey and the other Channel Islands represent the last remnants of the medieval Dukedom of Normandy. Guernsey is a British crown dependency but is not part of the United Kingdom. However, the UK Government is constitutionally responsible for its defense and international representation. |
| GUINEA | GIN | GNEA | Do not confuse with GUINEA-BISSAU or EQUATORIAL GUINEA. Formerly French Guinea. |
| GUINEA-BISSAU | GNB | GUIB | Do not confuse with EQUATORIAL GUINEA or GUINEA. Formerly Portuguese Guinea. |
| GUYANA | GUY | GUY | Formerly British Guiana. Achieved independence in 1966. |
| HAITI | HTI | HAT | |
| HONDURAS | HND | HOND | Do not confuse with former British Honduras, now BELIZE which achieved independence in 1981. |

| | | | |
|---|---|---|---|
| HONG KONG SAR | HKG | HNK | Under a Sino-British declaration of September 1984, Hong Kong reverted to Chinese control on July 1, 1997.<br><br>See 8 FAM 403.4-4(E) |
| HUNGARY | HUN | HUNG | |
| ICELAND | ISL | ICLD | |
| IN THE AIR | XIR | XIR | |
| INDIA | IND | IND | India and Pakistan were partitioned at midnight on August 14-15, 1947.  See BANGLADESH and PAKISTAN. |
| INDONESIA | IDN | IDSA | Declared independence in 1945.  See also TIMOR-LESTE. |
| IRAN | IRN | IRAN | |
| IRAQ | IRQ | IRAQ | |
| IRELAND | IRL | IRE | Do not confuse with Northern Ireland. |
| ISLE OF MAN | IMN | IMN | Self-governing British Crown Dependency in the Irish Sea between England and Ireland.  The Isle of Man represents the last remnants of the medieval Dukedom of Normandy.  The Isle of Man is a British crown dependency but is not part of the UK. However, the UK Government is constitutionally responsible for its defense and international representation. |
| ISRAEL | ISR | ISRL | See 8 FAM 403.4-4(A). |
| ITALY | ITA | ITLY | |
| JAMAICA | JAM | JAM | |
| JAPAN | JPN | JPN | Includes Ryukyu Islands, Okinawa, and Bonin Islands. |
| JERSEY | JEY | JEY | Self-governing British Crown Dependency in the English Channel off the coast of Normandy.  The Bailiwick of Jersey and the other Channel Islands represent the last remnants of the medieval Dukedom of Normandy.  Jersey is a British crown dependency but is not part of the United Kingdom. However, the UK Government is constitutionally responsible for its defense and international representation.<br><br>Do not confuse with NEW JERSEY, U.S.A. |
| JERUSALEM | XJE | JRSM | See 8 FAM 403.4-4(A). |

| JORDAN | JOR | JORD | |
|---|---|---|---|
| KAZAKHSTAN | KAZ | KAZ | On August 4, 1997, the U.S. Board of Geographic Names changed the official conventional spelling of Kazakstan to KAZAKHSTAN. The birthplace code remained the same. |
| KENYA | KEN | KENY | |
| KIRIBATI | KIR | KIRI | Includes Banaba (Ocean Island), the Gilbert Islands, the Phoenix Islands, and the following Line Islands: Teraina, Tabuaeran, Kiritimati (Christmas Island), Malden, Starbuck, Vostok, Caroline and Flint. |
| KOREA, DEMOCRATIC PEOPLE'S REPUBLIC OF | | | For applicants listing the Democratic People's Republic of Korea as a place of birth, contact AskPPTAdjudication@state.gov. |
| KOREA, REPUBLIC OF | KOR | KOR | Use for place of birth in the REPUBLIC OF KOREA. |
| KOSOVO | KSV | KSV | On February 17, 2008, the Republic of Kosovo declared independence.  The United States recognized the independence of Kosovo on February 18, 2008.  The place of birth for Kosovo, regardless of the date of birth, should be KOSOVO. |
| KUWAIT | KWT | KUWT | |
| KYRGYZSTAN | KGZ | KGZ | |
| LAOS | LAO | LAOS | |
| LATVIA | LVA | LATV | |
| LEBANON | LBN | LEBN | |
| LESOTHO | LSO | LES | Formerly Basutoland; name changed when granted full independence from the United Kingdom October 4, 1966. |
| LIBERIA | LBR | LIBR | |
| LIBYA | LBY | LBYA | |
| LIECHTENSTEIN | LIE | LCHT | |
| LITHUANIA | LTU | LITH | |
| LUXEMBOURG | LUX | LXM | |
| MACAU SAR | MAC | MAC | Under the Sino-Portuguese Joint Declaration on the Question of Macau signed in 1987, Macau reverted to Chinese control on December 20, 1999. See 8 FAM 403.4-4(E) |
| MADAGASCAR | MDG | MADG | |

| MALAWI | MWI | MALW | |
| MALAYSIA | MYS | MLAS | Formerly Federation of Malaya, which included British North Borneo and Sarwak.  Includes Johore, Kedah, Kelantan, Kuala Lumpur, Labuan, Melaka (Malacca), Negri Sembilan, Pahang, Pulau Pinang, Perak, Perlis, Putrajaya, Sabah, Sarawak, Selangor, and Terengganu. |
| MALDIVES | MDV | MLDV | Formerly Maldive Islands |
| MALI | MLI | MALI | Formerly known as Soudanese Republic, French Sudan; The Sudanese Republic and Senegal became independent of France in 1960 as the Mali Federation. When Senegal withdrew after only a few months, what formerly made up the Sudanese Republic was renamed Mali. |
| MALTA | MLT | MLTA | |
| MARSHALL ISLANDS | MHL | RMI | |
| MARTINIQUE | MTQ | MART | An Overseas Department and Region of France and not a dependency or area of special sovereignty. |
| MAURITANIA | MRT | MAUR | Formerly part of French West Africa.  Do not confuse with Mauritius. |
| MAURITIUS | MUS | MRTS | Do not confuse with Mauritania. |
| MAYOTTE | XYO | XYO | An Overseas Department and Region of France and not a dependency or area of special sovereignty.<br><br>Geographically part of the Comoro Islands, but it was the only island in the archipelago that voted in 1974 to retain its link with France and forgo independence.  Also known as Mahore. |
| MEXICO | MEX | MEX | |
| MICRONESIA, FEDERATED STATES OF | FSM | FSM | Includes the island states of Yap, Chuuk (Truk), Pohnpei (Ponape), and Kosrae. |
| MOLDOVA | MDA | MLD | |
| MONACO | MCO | MON | |
| MONGOLIA | MNG | MONG | Do not confuse with Inner Mongolia, China. |
| MONTENEGRO | MTG | MTG | Formerly part of Yugoslavia. The United States and Montenegro established |

| | | | |
|---|---|---|---|
| | | | diplomatic relations on August 15, 2006. |
| MONTSERRAT | MSR | MONT | British Overseas Territory. |
| MOROCCO | MAR | MORO | The United States ceased using designations "French Morocco" or "Spanish Morocco" in U.S. passports on October 22, 1956.  Includes Ifni, the former French Morocco, the former International Zone of Tangier and former Spanish Morocco.  For the cities of Ceuta and Melilla, write SPAIN. |
| MOZAMBIQUE | MOZ | MOZ | Formerly part of Portuguese (African) Overseas Provinces.  Became independent June 25, 1975. |
| NAMIBIA | NAM | NAMB | Formerly known as South-West Africa.  Achieved independence in 1990. (Walvis Bay and the Penguin Islands remained under South African control until 1994) |
| NAURU | NRU | NAU | Achieved independence in 1968. |
| NEPAL | NPL | NEP | |
| NETHERLANDS | NLD | NETH | |
| NEW CALEDONIA | NCL | NCAL | On November 4, 2018, voters in the French Pacific Territory of New Caledonia rejected a bid for independence. |
| NEW ZEALAND | NZL | NZLD | |
| NICARAGUA | NIC | NIC | |
| NIGER | NER | NIR | Formerly part of French West Africa.  Achieved independence in 1960. |
| NIGERIA | NGA | NRA | |
| NIUE | NIU | NIUE | Self-governing island in the South Pacific, in free association with New Zealand. New Zealand considers Niue to be part of New Zealand. |
| NORFOLK ISLAND | NFK | NFK | External Territory of Australia, together with Philip Island and Nepean Island. |
| NORTH MACEDONIA | MKD | MKD | Formerly Macedonia.  If applicant lists the place of birth on a passport application as the Republic of Macedonia or Macedonia, you must determine whether the city or town of birth is part of the Republic of North Macedonia, Greece, Albania, or Bulgaria. If the city is within the Republic of North Macedonia, |

| | | | |
|---|---|---|---|
| | | | write NORTH MACEDONIA. Otherwise, list GREECE, ALBANIA, or BULGARIA, as appropriate. |
| NORWAY | NOR | NORW | |
| OMAN | OMN | OMAN | Formerly Muscat and Oman |
| PAKISTAN | PAK | PKST | India and Pakistan were partitioned at midnight on August 14-15, 1947.  See also BANGLADESH and INDIA. |
| PALAU | PLW | PALA | Includes Koror and other islands. |
| PALESTINE | XPL | PAL | See 8 FAM 403.4-4(A). |
| PANAMA | PAN | PAN | |
| PAPUA NEW GUINEA | PNG | PNG | |
| PARAGUAY | PRY | PARA | |
| PERU | PER | PERU | |
| PHILIPPINES | PHL | PHIL | |
| PITCAIRN ISLANDS | PCN | PITC | British Overseas Territory. Includes Ducie and Pitcairn, Henderson, and Oeno Islands. |
| POLAND | POL | POL | |
| PORTUGAL | PRT | PORT | Includes Azores and Madeira Islands |
| QATAR | QAT | QTAR | |
| REUNION | REU | REUN | An Overseas Department and Region of France located in the Indian Ocean east of Madagascar, 200 kilometers southwest of Mauritius and not a dependency or area of special sovereignty. |
| ROMANIA | ROM | ROM | |
| RUSSIA | RUS | RUS | |
| RWANDA | RWA | RWND | |
| SABA | SAB | SAB | Formerly part of the Netherlands Antilles.  Now a special municipality within the Netherlands.  Do not confuse with Sabah, which is part of Malaysia. |
| SAINT BARTHELEMY | | STBR | February 2007 adoption of a new status, and the new Overseas Collectivity of Saint-Barthélemy. |
| SAINT HELENA | SHN | SHEL | British Overseas Territory consisting of Saint Helena, the Ascension Islands and the Island Group of Tristan da Cunha. |
| SAINT KITTS AND NEVIS | KNA | STCN | Achieved independence in 1983.  Also known as Saint Christopher and Nevis.<br><br>The Island of Anguilla rebelled and was allowed to secede in |

| | | | |
|---|---|---|---|
| | | | 1971. |
| SAINT LUCIA | LCA | SLCA | Achieved independence in 1979. |
| SAINT MARTIN | XSM | MAF | February 2007 adoption of a new status, and the new Overseas Collectivity of Saint Martin; Formerly: Part of Guadeloupe; French West Indies; French Antilles.  Do not confuse with Sint Maarten. |
| SAINT PIERRE AND MIQUELON | SPM | SPMI | Island in the North Atlantic Ocean south of Newfoundland, Canada.  French Overseas Territory. |
| SAINT VINCENT AND THE GRENADINES | VCT | STVN | Between 1960-1962 was a separate administrative unit of the Federation of the West Indies.  Autonomy was granted in 1969 and achieved independence in 1979. |
| SAMOA | WSM | WSAM | On July 4, 1997, the Legislative Assembly of Western Samoa passed a constitutional amendment that changed the name of Western Samoa to the Independent State of Samoa.  On August 4, 1997, the U.S. Board on Geographic Names approved the name change.  The Independent State of Samoa is made up principally of the islands of Upolu and Savai'i.  Do not confuse the Independent State of Samoa with the U.S. outlying possession of American Samoa.  When a passport application shows "Samoa" as place of birth, the applicant's city of birth should be determined and the appropriate place of birth to be written in the passport. |
| SAN MARINO | SMR | SMAR | |
| SAO TOME AND PRINCIPE | STP | STPR | Formerly part of Portuguese (African) Overseas Provinces.  Achieved independence in 1975. |
| SAUDI ARABIA | SAU | SARB | |
| SENEGAL | SEN | SENG | Formerly part of French West Africa.  Achieved independence in 1960.  Joined with The Gambia to form the nominal confederation of |

| | | | |
|---|---|---|---|
| | | | Senegambia in 1982.  Union dissolved in 1989. |
| SERBIA | SRM | SBA | |
| SEYCHELLES | SYC | SEYC | |
| SIERRA LEONE | SLE | SLEO | |
| SINGAPORE | SGP | SING | |
| SINT EUSTATIUS | STE | STE | Formerly part of the Netherlands Antilles.  Now a special municipality within the Netherlands. |
| SINT MAARTEN | STM | STNR | Autonomous country within the Kingdom of the Netherlands.<br><br>Formerly part of the Netherlands Antilles.  Do not confuse with Saint Martin, part of the same island but a French Overseas Collectivity. |
| SLOVAKIA | SVK | SVK | |
| SLOVENIA | SVN | SVN | |
| SOLOMON ISLANDS | SLB | SLMN | Independence achieved in 1978.  Formerly known as British Solomon Islands. Includes southern Solomon Islands, primarily Guadalcanal, Malaita, San Cristobal, Santa Isabel and Choiseul.  Do not confuse with the portion of the Solomon Islands (primarily Bougainville and Buka) which is now part of Papua New Guinea. |
| SOMALIA | SOM | SOMA | Formerly Italian Somaliland and British Somaliland. Achieved independence in 1960. |
| SOUTH AFRICA | ZAF | SAFR | |
| SOUTH GEORGIA AND THE SOUTH SANDWICH ISLANDS | | | British Overseas territory. |
| SOUTH SUDAN | SSD | SSD | South Sudan achieved independence from Sudan on July 9, 2011.  The United States has recognized the Republic of South Sudan. |
| SPAIN | ESP | SPN | Includes the Balearic and Canary Islands, Ceuta and Melilla. |
| SRI LANKA | LKA | SRL | Formerly Ceylon.  Ceylon became independent in 1948. Renamed Sri Lanka in 1972. |
| SUDAN | SDN | SUDA | Achieved independence from United Kingdom in 1956. Formerly Anglo-Egyptian Sudan.  Do not confuse with |

| | | | Soudan or Soudanese Republic, which is now part of Mali.  See also SOUTH SUDAN. |
|---|---|---|---|
| SURINAME | SUR | SURM | Formerly Dutch Guiana.  Achieved independence from The Netherlands in 1975. |
| SWEDEN | SWE | SWDN | |
| SWITZERLAND | CHE | SWTZ | |
| SYRIA | SYR | SYR | |
| TAIWAN | TWN or CHN | TWAN or CHIN | See 8 FAM 403.4-4(D). |
| TAJIKISTAN | TJK | TJK | |
| TANZANIA | TZA | TAZN | Formerly Tanganyika.  Became independent from United Kingdom in 1961.  Merged with Zanzibar to form Tanzania in 1964. |
| THAILAND | THA | THAI | |
| TIMOR-LESTE | TLS | TMOR | On May 20, 2002, East Timor became an independent nation.  East Timor was previously under the authority of the United Nations.  On July 10, 2007, the Foreign Names Committee of the U.S. Board on Geographic Names approved "Timor-Leste" as the short form name of the Democratic Republic of Timor-Leste. |
| TOGO | TGO | TOGO | Formerly French Togoland.  Achieved independence in 1960.  Do not confuse with former British Togoland now part of Ghana. |
| TOKELAU | TKL | XTK | Includes Atafu, Fakaofo, and Nukunonu Atolls.  A British Protectorate in 1889, transferred to New Zealand administration in 1925.  A non-self-governing colonial territory of New Zealand.  Also known as the Union Islands until 1976 when the name officially became TOKELAU.  New Zealand considers Tokelau to be part of New Zealand. |
| TONGA | TON | TONG | Includes Friendly Islands. |
| TRINIDAD AND TOBAGO | TTO | TRIN | Achieved independence in 1962. |
| TUNISIA | TUN | TNSA | |
| TURKEY | TUR | TRKY | |
| TURKMENISTAN | TKM | TKM | |
| TURKS AND CAICOS ISLANDS | TCA | TCIS | British Overseas territory. |

| | | | |
|---|---|---|---|
| TUVALU | TUV | TUV | Formerly Ellice Islands. Achieved independence from the United Kingdom in 1978. |
| UGANDA | UGA | UGAN | |
| UKRAINE | UKR | UKR | |
| UNITED ARAB EMIRATES | ARE | UAE | Merged as United Arab Emirates (UAE) in 1971. Formerly known as Trucial States.  Includes Abu Dhabi, Dubai, Sharjah, 'Ajman, Umm al Qaywayn, Ra's al Khaymah, and Al Fujayrah. |
| UNITED KINGDOM | GBR | GRBR | Effective November 30, 1955, the United States began to use the term "United Kingdom" rather than "British Isles," "Great Britain," "England," "Scotland," "Northern Ireland," "Wales." |
| URUGUAY | URY | URU | |
| UZBEKISTAN | UZB | UZB | |
| VANUATU | VUT | VANU | Formerly New Hebrides. Anglo-French Condominium. Achieved independence in 1980. |
| VENEZUELA | VEN | VENZ | |
| VIETNAM | VNM | VTNM | |
| WALLIS AND FUTUNA | WLF | WAFT | French Overseas Territory. |
| WEST BANK | XWB | XWB | See 8 FAM 403.4-4(A). |
| YEMEN | YEM | YEM | The Republic of Yemen was established May 22, 1990 following unification of the former Yemen Arab Republic (North) and the People's Democratic Republic of Yemen (South).  The capital is Sanaa. |
| ZAMBIA | ZMB | ZAMB | Formerly known as Northern Rhodesia.  Achieved independence in 1964. |
| ZIMBABWE | ZWE | ZIMB | Formerly known as Southern Rhodesia.  Achieved independence in 1980. |

# 8 FAM 403.4-7(D)  POB Table: Other Names of Locations

*(CT:CITZ-85;   11-09-2022)*

a. Other names of locations are provided below for reference purposes only to assist you in finding the correct name when presented with a birth record reflecting the previous place name or a location with potential for confusion.

b. When there are multiple, possible current names for a country, you must determine the exact location of the applicant's POB, and thus which country is recognized/has current sovereignty.

c.  The chart below is not exhaustive.

| Former/Unrecognized Name | Current Name(s) | Notes |
|---|---|---|
| Abkhazia | GEORGIA | The self-styled "Republic of Abkhazia" declared its independence from Georgia on July 23, 1992, but the United States considers Abkhazia to be an integral part of Georgia, not an independent state. |
| Admiralty Islands | PAPUA NEW GUINEA | Following Papuan independence on September 16, 1975, sovereignty was transferred from Australia to Papua New Guinea. |
| Akrotiri | UNITED KINGDOM | United Kingdom sovereign base area on the island of Cyprus. |
| Ascension Island | SAINT HELENA | British Overseas Territory Ascension Island has been a dependency of Saint Helena since September 12, 1922. |
| Austral Islands | FRENCH POLYNESIA | |
| Azores | PORTUGAL | |
| Baja California | MEXICO | Do not confuse with CALIFORNIA, U.S.A. |
| Balearic Islands | SPAIN | |
| Bali | INDONESIA | |
| Bechuanaland | BOTSWANA | Formerly the British protectorate of Bechuanaland, Botswana adopted its new name upon independence in 1966. |
| Bessarabia | MOLDOVA, UKRAINE | Not all of Bessarabia is in present-day Moldova.  A large portion of it is in Ukraine.  If presented with birth evidence reflecting Bessarabia, contact AskPPTAdjudication@state.gov. |
| Bonin Islands | JAPAN | Includes Nanpo Shoto, Bonin Islands, Volcano Islands, Nishino Shima (Rosario), Minamitori Shima (Marcus Island), and Okinotori Shima (Parece Vela).  The administration of the Bonin Islands was returned to Japan June 26, 1968. |
| Borneo | BRUNEI, MALAYSIA, INDONESIA | |
| British Cameroons | NIGERIA, CAMEROON | Do not confuse with the former French Cameroons. See Cameroon(s) Northern Division and Cameroons, Southern Division. |

| British Somaliland | SOMALIA | Britain withdrew from British Somaliland in 1960 in order to allow its protectorate to join with Italian Somaliland and form the new nation of Somalia. |
|---|---|---|
| Byelorussia | BELARUS | |
| Cameroons, Northern Division | NIGERIA | Do not confuse with Cameroons, Southern Division (formerly French) now CAMEROON. |
| Cameroons, Southern Division | CAMEROON | |
| Canary Islands | SPAIN | |
| Caroline Island | KIRIBATI | Do not confuse with Eastern or Western Caroline Islands (now FSM and Palau). |
| Caroline Islands, Eastern | MICRONESIA, FEDERATED STATES OF or the MARSHALL ISLANDS | The Federated States of Micronesia includes Chuuk (Truk), Pohnpei (Ponape), and Kosrae.  The Marshall Islands includes Majuro, Kwajalein, Ebeye.  Do not confuse with Caroline Island (KIR) or Caroline Islands, Western Caroline Islands (Yap and Palau). |
| Caroline Islands, Western | PALAU or MICRONESIA, FEDERATED STATES OF | |
| Christmas Island (Indian Ocean) | AUSTRALIA | The Territory of Christmas Island is a small, non-self-governing territory of Australia located in the Indian Ocean. Do not confuse with Christmas Island, part of Kiribati in the Pacific Ocean.<br><br>Christmas Island is considered part of Australia for legal and administrative purposes. Residents of the islands (including former British subjects) were provided with the opportunity to become Australian citizens. Similar to mainland Australia, people born on Christmas Island are full Australian citizens where they meet conditions specified under the Australian Citizenship Act 2007. |
| Christmas Island (Pacific Ocean, Kiritimati) | KIRIBATI | Located in the Pacific Ocean. Do not confuse with Christmas Island in Indian Ocean. |
| Cocos (Keeling) Islands (Indian Ocean) | AUSTRALIA | Territory of Australia since November 23, 1955.  Do not |

| | | confuse with Isla del Coco (Cocos Island) in Costa Rica. |
| | | Cocos Islands are considered part of Australia for legal and administrative purposes. Residents of the islands (including former British subjects) were provided with the opportunity to become Australian citizens.  Similar to mainland Australia, people born on Cocos Islands are Australian citizens where they meet conditions specified under the Australian Citizenship Act 2007. |
| Coral Sea Islands | AUSTRALIA | External territory of Australia since September 30, 1969. |
| Crimean Autonomous Republic | UKRAINE | On February 23, 2014, the Russian Federation occupied and attempted to annex the Autonomous Republic of Crimea and Sevastopol City. The United States does not recognize Russia's purported annexation and considers Crimea to be an integral part of Ukraine and not a part of the Russian Federation. |
| Czechoslovakia | CZECH REPUBLIC, SLOVAKIA | On January 1, 1993, Czechoslovakia dissolved into the Czech Republic and Slovakia. |
| | | If the applicant was born in one of the former provinces of Bohemia, Moravia, or the Sudetenland, see CZECH REPUBLIC. |
| | | If the applicant was born in the former province of Slovakia, see SLOVAKIA. |
| Dhekelia | UNITED KINGDOM | United Kingdom sovereign base area on the island of Cyprus. |
| Donetsk People's Republic (DPR, DNR) | UKRAINE | The self-proclaimed "Donetsk People's Republic" declared independence from Ukraine in 2014, which was recognized by the Russian Federation in 2022 just before its further invasion of Ukraine.  The United States does not recognize the DNR, considers |

| | | Donetsk to be an integral part of Ukraine, and does not consider the DNR an independent state or a part of the Russian Federation. |
|---|---|---|
| East Pakistan (East Bengal) | BANGLADESH | Formerly East Pakistan or East Bengal.  East Pakistan seceded from its union with West Pakistan on March 26, 1971 and was renamed Bangladesh. |
| East Prussia | POLAND, RUSSIA | After World War II the area was divided between Poland and the U.S.S.R. (currently the Kaliningrad Oblast, Russia) and the present location of actual place of birth should be determined before writing either Russia or Poland. |
| East Timor | TIMOR-LESTE | |
| French Cameroons | CAMEROON | Do not confuse with former British Cameroons, now in NIGERIA and CAMEROON. |
| French Congo | CONGO-BRAZZAVILLE | |
| French Equatorial Africa | CHAD, GABON, CONGO, CENTRAL AFRICAN REPUBLIC | |
| French Guinea | GUINEA | Do not confuse with French Guiana in South America or Equatorial Guinea or Guinea-Bissau in Africa. |
| French Somaliland | DJIBOUTI | Formerly French Territory of Afars and Issas.  Became independent in 1977. |
| French Togoland | TOGO | Do not confuse with British Togoland, now part of GHANA. |
| French Territory Of Afars And Issas | DJIBOUTI | Includes former French Somaliland. The French Territory of the Afars and the Issas became DJIBOUTI in 1977. |
| French West Indies | GUADELOUPE, MARTINIQUE | |
| Friendly Islands | TONGA | |
| German Democratic Republic (GDR or East Germany) | GERMANY | The GDR was formally incorporated into the Federal Republic of Germany on August 31, 1990. On September 21, 1949, the United States, the United Kingdom, and France established the Federal Republic of Germany out of their occupation zones.  The Soviet Union created the German Democratic Republic on October 7, 1949.  The United States maintained that the GDR was "without any |

| | | |
|---|---|---|
| | | legal validity." Full diplomatic relations with the FRG were established on May 6, 1955. The United States did not formally recognize the GDR until September 4, 1974.<br><br>You may receive documents indicating birth in the GDR. |
| Golan Heights | ISRAEL | See 8 FAM 403.4-4(A). |
| Irish Free State | IRELAND | Irish Free State existed from 1922-1937. |
| Isle of Wight | UNITED KINGDOM | |
| Italian Somaliland | SOMALIA | On July 1, 1960, Italian Somaliland was granted its independence. It immediately united with neighboring British Somaliland (which had become independent on June 26) to form the Republic of SOMALIA. |
| Kiritimati | KIRIBATI | It was previously called Christmas Island when it made up part of the former British colony of the Gilbert and Ellice Islands. |
| Kuril Islands | List the current city of birth. If the applicant objects to the listing of the current Russian town name, contact AskPPTAdjudication@state.gov | The Kuril Islands are administered by Russia, but the southernmost four islands – Kunashiri, Etorofu, Shikotan and the Habomai Islets are claimed by Japan. |
| Kwajalein | MARSHALL ISLANDS | |
| Luhansk People's Republic (LPR, LNR) | UKRAINE | The self-proclaimed "Luhansk People's Republic," declared independence from Ukraine in 2014, which was recognized by the Russian Federation in 2022 just before its further invasion of Ukraine. The United States does not recognize the LNR, considers Luhansk to be an integral part of Ukraine, and does not consider the LNR an independent state or a part of the Russian Federation. |
| Marquesas Islands | FRENCH POLYNESIA | |
| Myanmar | BURMA | |
| Nagorno-Karabakh | AZERBAIJAN | The self-styled Nagorno-Karabakh Republic declared its independence from Azerbaijan on September 2, 1990, but the United States does not recognize it as an independent state. |

| | | |
|---|---|---|
| Netherlands Antilles | ARUBA, BONAIRE, CURACAO, SABA, SINT EUSTATIUS, SINT MAARTEN | The Netherlands Antilles ceased to exist as a political entity on October 10, 2010. |
| New Guinea | PAPUA NEW GUINEA, INDONESIA | |
| New Hebrides | VANUATU | |
| Northern Cyprus | CYPRUS | The Turkish Republic of Northern Cyprus declared its independence from Cyprus on November 15, 1983. |
| Northern Ireland | UNITED KINGDOM | Includes Antrim, Armàgh, Down, Fermànagh, County Londonderry, Tyròne, and the Belfast City.  Do not confuse with IRELAND. |
| Northern Rhodesia | ZAMBIA | |
| Okinawa | JAPAN | The administration of Okinawa was returned to Japan May 15, 1972. |
| Panama Canal Zone | PANAMA | For persons born in the former Panama Canal Zone on or after October 1, 1979, the POB in the passport must be listed as PANAMA.<br><br>For persons born before October 1, 1979, the POB in the passport should be listed as PANAMA; however, if the applicant objects to the use of either Panama as the place of birth designation in the passport enter the city of birth. |
| Polish Corridor | POLAND | Also known as the Danzig Corridor or the Gdansk Corridor. |
| Portuguese Guinea | GUINEA-BISSAU | |
| Rhodesia | ZIMBABWE | |
| Rhodesia, Northern | ZAMBIA | |
| Rhodesia, Southern | ZIMBABWE | |
| Rota (Not Air Force Base) | NORTHERN MARIANA ISLANDS, U.S.A | Do not confuse with Rota Air Force Base, Spain. |
| Ruanda-Urundi | BURUNDI, RWANDA | |
| Ryukyu Islands | JAPAN | The administration of the Ryukyu Islands, which includes the island of Okinawa, was returned to Japan on May 15, 1972. |
| Sabah | MALAYSIA | Formerly British Borneo.  Do not confuse with SABA. |
| Sakhalin Island | RUSSIA | |

| | | |
|---|---|---|
| Serbia and Montenegro | SERBIA, MONTENEGRO | On May 21, 2006, the Republic of Montenegro held a successful referendum on independence and declared independence on June 3, 2006.  Thereafter, the parliament of Serbia stated that the Republic of Serbia was the continuity of the state union, changing the name of the country from Serbia and Montenegro to the Republic of Serbia.  The United States and Montenegro established diplomatic relations on August 15, 2006. |
| Sinai Peninsula | EGYPT | |
| Somaliland | SOMALIA | The Republic of Somaliland declared independence from Somalia on May 18, 1991, but the United States does not recognize it as an independent state. The United States considers Somaliland to be an integral part of Somalia, not an independent state. |
| Sudanese Republic | MALI | The Sudanese Republic and Senegal became independent of France in 1960 as the Mali Federation. When Senegal withdrew after only a few months, what formerly made up the Sudanese Republic was renamed Mali. |
| South Ossetia | GEORGIA | The self-styled "Republic of South Ossetia" declared its independence from GEORGIA on November 28, 1991, but the United States considers South Ossetia to be an integral part of Georgia, not an independent state." |
| South West Africa | NAMIBIA | Do not confuse with SOUTH AFRICA. |
| Spanish Equatorial Guinea | EQUATORIAL GUINEA | Gained independence from Spain in 1968.  Do not confuse with Guinea or Guinea-Bissau. |
| Spanish Sahara | MOROCCO | |
| St. Christopher (St. Kitts) | SAINT KITTS AND NEVIS | |
| St. Croix | U.S. VIRGIN ISLANDS | |
| St. John | U.S. VIRGIN ISLANDS | |
| St. Thomas | U.S. VIRGIN ISLANDS | |
| Svalbard | NORWAY | Svalbard is a territory of Norway administered by the Polar Department of the |

| | | Ministry of Justice, through a governor (sysselmann) residing in Longyearbyen, Svalbard.  Sovereignty was awarded to Norway by treaty on February 9, 1920.  The laws of Norway, where applicable, apply.<br><br>Also known as Spitsbergen. |
|---|---|---|
| Swaziland | ESWATINI | The change of name from Swaziland to Eswatini was legally codified on May 11, 2018. |
| Tibet | CHINA | The United States recognizes the Tibet Autonomous Region (TAR) and Tibetan autonomous counties and prefectures in other provinces to be a part of CHINA. |
| Togoland | TOGO, GHANA | On December 27, 1916 Togoland was divided into French Togoland and British Togoland.  Most of the territory formerly belonging to Togoland is part of TOGO, with a small part transferred to GHANA. |
| Tortola | BRITISH VIRGIN ISLANDS | |
| Transnistria | MOLDOVA | May also be listed as the self-styled "Pridnestrovian Moldavian Republic and Trans-Dniester," which declared its independence from Moldova on September 2, 1990.The United States considers Transnistria to be an integral part of Moldova, and does not recognize it as an independent state. |
| Tuamotu-Gambier Islands | FRENCH POLYNESIA | |
| United Arab Republic | EGYPT, SYRIA | A union of Egypt and Syria formed in 1958 and dissolved in 1961. |
| Upper Volta | BURKINA FASO | Achieved independence from France in 1960.  Renamed Burkina Faso in 1984; Formerly Upper Volta, Haute-Volta, or Voltaic Republic. |
| Union of Soviet Socialist Republics (U.S.S.R. or Soviet Union) | ARMENIA, AZERBAIJAN, BELARUS, GEORGIA, KAZAKHSTAN, KYRGYZSTAN, MOLDOVA, RUSSIA, TAJIKISTAN, TURKMENISTAN, UKRAINE, UZBEKISTAN | The U.S.S.R. was formally dissolved on December 26, 1991.<br><br>The United States did not recognize LATVIA, LITHUANIA, and ESTONIA as part of the |

| | | U.S.S.R.  However, you may receive documents indicating birth in these countries issued by the U.S.S.R. |
|---|---|---|
| Wales | UNITED KINGDOM | |
| *Western Sahara* | *MOROCCO* | |
| Western Samoa | SAMOA | The Independent State of SAMOA. |
| Yugoslavia | BOSNIA AND HERZEGOVINA, CROATIA, KOSOVO, MACEDONIA, MONTENEGRO, SERBIA, SLOVENIA | |
| Zaire | CONGO-KINSHASA | |
| Zanzibar | TANZANIA | Merged with Tanganyika in 1964 to form Tanzania. |

# 8 FAM 403.4-8  INFORMATION NOTICE TO BEARER REQUESTING CITY OF BIRTH LISTING

*(CT:CITZ-28;   11-06-2019)*

United States Department of State

Bureau of Consular Affairs

**NOTICE TO UNITED STATES CITIZENS BORN ABROAD REGARDING**

**PLACES OF BIRTH TO BE WRITTEN IN PASSPORTS**

United States citizens born abroad may list the city or town, rather than the country, of their birth in United States passports when there is an objection to the country listing as established by the Department of State.  The city or town name to be designated will be the name at the date of the passport applicant's birth, or the current name.  The appropriate transliteration of the city or town name will be established by the Office of the Geographer of the U.S. Department of State.

Passport applicants who opt for the city or town of birth designation should be aware that they may encounter difficulties in traveling to, or in obtaining visas for entry into, certain foreign countries.  A foreign country's embassy or consulate may refuse to issue a visa that is required to enter that country and the applicant will effectively be barred from traveling to that country. An applicant who, having been denied a visa, requests a replacement passport with the country listed as the place of birth designation will be charged the normal issuance fee for the replacement passport.

Passport applicants should also be aware that although a visa may not be required to enter a particular country, the traveler must often show a passport at the port of entry.  Entry may be denied by border officials based on the city or town listed as the place of birth in the passport. The U.S. Department of State will not be in a position to facilitate entry in such cases.  The only service U.S. embassies or consulates can provide will be issuance of a replacement passport with the country listed as the place of birth.  The traveler will be charged the normal issuance fee for the replacement passport.

**UNCLASSIFIED (U)**

# EXHIBIT I

# State of Alabama Voter Registration Form

**NVRA-2**
2022.07.05

*FOR USE BY U.S. CITIZENS ONLY* ◆ *FILL IN ALL BOXES ON THIS FORM* ◆ *PLEASE USE INK* ◆ *PRINT LEGIBLY*

**You can use this form to:**
▶ Register to vote in Alabama.
▶ Update your voter registration record, if you have changed your name or address.

**Deadline for submitting application:**
Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

**To register to vote in the State of Alabama, you must:**
▶ Be a citizen of the United States.
▶ Live in Alabama.
▶ Be at least 18 years of age on or before election day.
▶ Not have been convicted of a disqualifying felony, or if you have been convicted, you must have had your civil rights restored.
▶ Not have been declared "mentally incompetent" by a court.

**ID requested:** You may send with this application a copy of valid photo identification. You will be required to present valid photo identification when you vote at your polling place or by absentee ballot, unless exempted by law. For more information, go to www.alabamavotes.gov or call the Elections Division: 800-274-8683.

① **Are you a citizen of the United States of America?** ☐ Yes ☐ No

② **Will you be 18 years of age on or before election day?** ☐ Yes ☐ No

**ATTENTION! If you answer "No" to either of these questions, do not complete this application.**

③ **Print Your Name:**
First    Middle    Last    Suffix

**Alabama Driver's License or Non-Driver ID Number:**
STATE   NUMBER

④ **Print Maiden Name / Former Name (if reporting a change of name)**
First    Middle    Last    Suffix

**IF YOU HAVE NO ALABAMA DRIVER'S LICENSE OR ALABAMA NON-DRIVER ID NUMBER**

⑤ **Date of Birth** (mm/dd/yyyy)   ⑥ **Primary Telephone**  ( )   ⑦ **Email Address**

Last four digits of Social Security number:

☐ I do not have an Alabama driver's license or Alabama non-driver ID or a Social Security number.

⑧ **Addresses**

**Current**

**Address where you live:** (Do not use post office box)
Home Address (include apartment or other unit number if applicable)   City   State   ZIP

**Address where you receive your mail**
Mailing Address, if different from Home Address   City   State   ZIP

**Old**

**Address where you were last registered to vote** (Do not use post office box)
Former Address   City   County   State   ZIP

⑨ **Sex** (check one)
☐ Female   ☐ Male

⑩ **Race** (check one)
☐ White   ☐ Black
☐ Asian   ☐ American Indian
☐ Hispanic   ☐ Other

⑪ **Place of Birth**   City   County   State   Country

⑫ **Map / Diagram**
If your home has no street number or name, please draw a map of where your house is located. Please include roads and landmarks.

⑬ **Did you receive assistance?**
If you are unable to sign your name, who helped you fill out this application? Give name, address, and phone number (phone number is optional).

**REGISTRARS USE ONLY**

DATE ☐ APPROVED ☐ DENIED

_____
(mm/dd/yyyy)

County Pct _____

City Pct _____

Board member _____

Board member _____

Board member _____

**Voter Declaration - Read and Sign Under Penalty of Perjury**

▶ I am a U.S. citizen
▶ I live in the State of Alabama
▶ I will be at least 18 years of age on or before election day
▶ I am not barred from voting by reason of a disqualifying felony conviction (The list of disqualifying felonies is available on the Secretary of State's website at: sos.alabama.gov/mtfelonies)
▶ I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

☐ **OPTIONAL:** Because of a sincerely held belief, I decline to include the final four words of the oath above.

**YOUR SIGNATURE** _____   **DATE** (mm/dd/yyyy) _____

**If you falsely sign this statement, you can be convicted and imprisoned for up to five years.**

**The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register to vote, your decision will remain confidential and will be used only for voter registration purposes.**



**Wes Allen - Secretary of State**

**Questions? Call the Elections Division at 1-800-274-8683 or 334-242-7210**

**Please return the completed and signed application in an envelope with postage to the address of your local Board of Registrars office from the list below.**

**AUTAUGA COUNTY**
PO Box 680036
Prattville, AL 36068-0036
(334) 358-6740

**BALDWIN COUNTY**
PO Box 1507
Bay Minette, AL 36507-1507
(251) 937-0229

**BARBOUR COUNTY**
405 E Barbour St, Rm A-165
Eufaula, AL 36027
(334) 687-1585

**BIBB COUNTY**
8 Court Square W
Centreville, AL 35042
(205) 926-3102

**BLOUNT COUNTY**
220 Second Ave E, Rm B-5
Oneonta, AL 35121
(205) 625-4182

**BULLOCK COUNTY**
217 Prairie St N, Rm 101
Union Springs, AL 36089-1659
(334) 738-5372

**BUTLER COUNTY**
201 South Conecuh St
Greenville, AL 36037
(334) 382-5685
(334) 382-6829

**CALHOUN COUNTY**
1702 Noble St, Ste 113
Anniston, AL 36201-3889
(256) 241-2930

**CHAMBERS COUNTY**
18 Alabama Ave E, Rm 101
Lafayette, AL 36862
(334) 864-4313

**CHEROKEE COUNTY**
260 Cedar Bluff Rd, Ste 106
Centre, AL 35960-1403
(256) 927-5336

**CHILTON COUNTY**
PO Box 640
Clanton, AL 35046-0640
(205) 755-3820

**CHOCTAW COUNTY**
117 S Mulberry Ave, Ste 1
Butler, AL 36904-2557
(205) 459-2531

**CLARKE COUNTY**
PO Box 10
Grove Hill, AL 36451-0010
(251) 275-3062

**CLAY COUNTY**
PO Box 446
Ashland, AL 36251-0446
(256) 354-7815

**CLEBURNE COUNTY**
120 Vickery St, Rm 103
Heflin, AL 36264-1166
(256) 463-5299

**COFFEE COUNTY**
1065 East McKinnon St,
#6 County Complex
New Brockton, AL 36351
(334) 894-5347

**COLBERT COUNTY**
201 N Main St
Tuscumbia, AL 35674-2095
(256) 386-8535

**CONECUH COUNTY**
111 Court St, Rm 102
Evergreen, AL 36401
(251) 578-7024

**COOSA COUNTY**
PO Box 218
Rockford, AL 35136-0218
(256) 377-2418

**COVINGTON COUNTY**
228 Hillcrest Dr
Andalusia, AL 36420-2570
(334) 428-2685

**CRENSHAW COUNTY**
PO Box 328
Luverne, AL 36049-0328
(334) 335-6568 x252

**CULLMAN COUNTY**
500 2nd Ave SW, Rm 112
Cullman, AL 35055-4135
(256) 775-4750
(256) 755-4697

**DALE COUNTY**
PO Box 1101
Ozark, AL 36361-1101
(334) 774-9038

**DALLAS COUNTY**
PO Box 987
Selma, AL 36702-0987
(334) 874-2534

**DEKALB COUNTY**
111 Grand Ave SW, Ste 105
Fort Payne, AL 35967
(256) 845-8598

**ELMORE COUNTY**
100 E Commerce St, Rm 100
Wetumpka, AL 36092-2746
(334) 567-1150

**ESCAMBIA COUNTY**
PO Box 557
Brewton, AL 36427-0557
(251) 867-0243
(251) 867-0312

**ETOWAH COUNTY**
800 Forrest Ave, Ste 206
Gadsden, AL 35901-3651
(256) 549-5384

**FAYETTE COUNTY**
103 First Ave NW, Ste 4
Fayette, AL 35555-2627
(205) 932-5432

**FRANKLIN COUNTY**
PO Box 70
Russellville, AL 35653-0070
(256) 332-8849

**GENEVA COUNTY**
PO Box 430
Geneva, AL 36340-0430
(334) 684-5655

**GREENE COUNTY**
PO Box 224
Eutaw, AL 35462-0224
(205) 372-9669

**HALE COUNTY**
905-D Centerville St
Greensboro AL 36744-1536
(334) 624-5628

**HENRY COUNTY**
101 Court Square, Ste K
Abbeville, AL 36310-2135
(334) 585-6080

**HOUSTON COUNTY**
PO Box 6406
Dothan, AL 36302-6406
(334) 677-4776

**JACKSON COUNTY**
102 E Laurel St
Scottsboro, AL 35768
(256) 574-9339

**JEFFERSON COUNTY**
716 R Arrington Jr Blvd N
Ste A-410
Birmingham, AL
35203-0115
(205) 325-5550

**LAMAR COUNTY**
PO Box 338
Vernon, AL 35592-0338
(205) 695-6348

**LAUDERDALE COUNTY**
PO Box 1059
Florence, AL 35631-1059
(256) 760-5840
(256) 760-5841

**LAWRENCE COUNTY**
14451 Market St, Ste 340
Moulton, AL 35650
(256) 974-2460

**LEE COUNTY**
PO Box 1530
Opelika, AL 36803-1530
(334) 737-3635

**LIMESTONE COUNTY**
100 Clinton St S, Ste E
Athens, AL 35611-2665
(256) 233-6405

**LOWNDES COUNTY**
PO Box 311
Hayneville, AL 36040-0311
(334) 548-2389
(334) 548-2080

**MACON COUNTY**
101 E Rosa Parks Ave Ste 100
Tuskegee, AL 36083-1735
(334) 724-2617

**MADISON COUNTY**
1918 Memorial Parkway NW
Huntsville, AL 35801
(256) 532-3510

**MARENGO COUNTY**
PO Box 480715
Linden, AL 36748-0715
(334) 295-2249
(334) 295-2086

**MARION COUNTY**
PO Box 964
Hamilton, AL 35570-0964
(205) 921-3625

**MARSHALL COUNTY**
424 Blount Ave, Ste 106A
Guntersville, AL 35976-1122
(256) 571-7740

**MOBILE COUNTY**
151 Government St, Ste 165
Mobile, AL 36602
(251) 574-8586
(251) 574-8587

**MONROE COUNTY**
PO Box 972
Monroeville, AL 36461-0972
(251) 743-4107 x141

**MONTGOMERY COUNTY**
PO Box 1667
Montgomery, AL 36102-1667
(334) 832-1215

**MORGAN COUNTY**
PO Box 668
Decatur, AL 35602-0668
(256) 351-4660
(256) 351-4663

**PERRY COUNTY**
PO Box 555
Marion, AL 36756-0555
(334) 683-2218

**PICKENS COUNTY**
PO Box 173
Carrollton, AL 35447-0173
(205) 367-2071

**PIKE COUNTY**
120 W Church St
Troy, AL 36081-1913
(334) 566-1757
(334) 566-6449

**RANDOLPH COUNTY**
PO Box 215
Wedowee, AL 36278-0215
(256) 357-2138

**RUSSELL COUNTY**
PO Box 700
Phenix City, AL 36868-0700
(334) 298-1443
(334) 448-1508

**SHELBY COUNTY**
PO Box 1642
Columbiana, AL 35051-1642
(205) 669-3913

**ST. CLAIR COUNTY**
1815 Cogswell Ave
Pell City, AL 35125
(205) 338-3954

**SUMTER COUNTY**
PO Box 783
Livingston, AL 35470-0783
(205) 652-7902

**TALLADEGA COUNTY**
PO Box 6170
Talladega, AL 35161-6170
(256) 761-2131
(256) 761-2132

**TUSCALOOSA COUNTY**
2510 7th St, Ste 200
Tuscaloosa, AL 35401
(205) 464-8415

**WALKER COUNTY**
PO Box 1472
Jasper, AL 35502-1472
(205) 384-7279

**WASHINGTON COUNTY**
PO Box 1224
Chatom, AL 36518-1224
(251) 847-3255

**WILCOX COUNTY**
PO Box 661
Camden, AL 36726-0661
(334) 682-9753

**WINSTON COUNTY**
PO Box 459
Double Springs, AL
35553-0459
(205) 489-3966

**SECRETARY OF STATE
ELECTIONS DIVISION**
PO Box 5616
Montgomery, AL 36103
(334) 242-7210
(800) 274-8683



# Louisiana Voter Registration Application
## (LA-VRA - Rev. 6/19)

**SEE THE OTHER SIDE OF THIS PAGE FOR INSTRUCTIONS ➔**

**QUESTIONS? -** Call your parish Registrar of Voters Office or call the Secretary of State at 1-800-883-2805 or (225) 922-0900.

| OFFICIAL USE ONLY: | WD: | PCT: | REG. TYPE: | IN/OUT: | REG # |
|---|---|---|---|---|---|

Please print clearly in ink, preferably black.

**Reason for Application:** ☐ New Voter Registration    ☐ Updating Voter Registration

| **Eligibility** | **1.** | Are you a citizen of the United States of America?   ☐ Yes  ☐ No | If you checked '**No**' in response to either of these questions, do not complete this form. You are not eligible to vote at this time.<br>**(Please see application instructions for information regarding eligibility to register prior to age 18.)** |
|---|---|---|---|
| | | Will you be 18 years of age on or before election day?   ☐ Yes  ☐ No | |

| **Name** | **2.** | LAST NAME: | FIRST NAME: |
|---|---|---|---|
| | | FULL MIDDLE OR MAIDEN NAME: | SUFFIX (Sr., Jr., II): |

| **Residence Address**<br>(Where you live and claim homestead exemption, if any) | **3.** | HOUSE # & STREET (NO P.O. BOX): | | UNIT/APT #: | **Give Location** (If Necessary) |
|---|---|---|---|---|---|
| | | CITY/TOWN: | STATE  LA | ZIP CODE: | |
| **Mailing Address**<br>(If different from Residence Address) | | ☐ Check if no postal service at your residence address above and supply mailing address here. | | | |
| | | HOUSE # & STREET/P.O. BOX: | | UNIT/APT #: | |
| | | CITY/TOWN: | STATE: | ZIP CODE: | |

| **Date of Birth** | **4.** | ___/___/_____<br>MM  DD  YYYY | **5.** | *SSN ___-__-____<br>XXX  XX  XXXX | **6.** Sex ☐ M ☐ F | **7.** Race (Optional) | ☐ WHITE  ☐ BLACK  ☐ ASIAN<br>☐ HISPANIC  ☐ AMERICAN INDIAN<br>☐ OTHER _____ |
|---|---|---|---|---|---|---|---|

| **Party Affiliation** | **8.** | ☐ DEMOCRAT  ☐ GREEN  ☐ INDEPENDENT<br>☐ LIBERTARIAN  ☐ REPUBLICAN  ☐ NO PARTY<br>☐ OTHER (Specify) _____ | **9.** **Place of Birth** | CITY/TOWN: | STATE: |
|---|---|---|---|---|---|
| | | | | PARISH/COUNTY: | COUNTRY: |

| **Mother's Maiden Name** | **10.** | | **11.** **Email** | | **12.** **Phone** | Home: (___) ___-___<br>Other: (___) ___-___ |
|---|---|---|---|---|---|---|

| **LA DL/ID Card #** | **13.** | _____<br>☐ I do not have a LA DL/ID card. | **14.** **Do you need assistance in voting?** | ☐ No<br>☐ Yes, Reason: |
|---|---|---|---|---|

| **Last Residence Address** | **15.** | HOUSE # & STREET:<br>CITY:                    STATE: | **16.** **Place of Last Registration** | STATE:<br>PARISH/COUNTY: | **17.** **Former Registered Name**, if any |
|---|---|---|---|---|---|

| **Affirmation and Signature**<br>(Read and sign or make your mark.) | **18.** | I do hereby solemnly swear or affirm that I am a United States citizen, that I am of eligible age to register to vote, that I have not been incarcerated pursuant to an order of imprisonment for conviction of a felony within the past five years, nor am I under an order of imprisonment for a felony offense of election fraud or other election offense pursuant to R.S. 18:1461.2, that I am not currently under a judgment of full interdiction or limited interdiction where my right to vote has been suspended, that I am a bona fide resident of this state and parish, and that the facts given by me on this application are true to the best of my knowledge and belief. If I have provided false information, I may be subject to a fine of not more than $2,000 ($5,000 for subsequent offense) or imprisonment for not more than 2 years (5 years for subsequent offense), or both. |
|---|---|---|
| | | Applicant Signature: ☒ _____   Date: _____ |

| **Witnesses**<br>(If your signature is a mark, you must have two witnesses sign.) | **19.** | Witness #1 Signature: ☒ _____ | Witness #1 Print Name: _____ |
|---|---|---|---|
| | | Witness #2 Signature: ☒ _____ | Witness #2 Print Name: _____ |

**\* If you do not have a LA driver's license or LA special ID, the last four digits of your social security number are required if you have one. Full SSN is preferred but optional.**

**Note:** If you decline to register to vote, this fact will remain confidential and will be used only for voter registration purposes. If you register to vote, the office where your application was submitted will remain confidential and will be used only for voter registration purposes. You may request a copy of your voter registration form at any time from the registrar of voters.

| OFFICIAL USE ONLY | | | | | |
|---|---|---|---|---|---|
| ☐ New Registration | Updated Registration: ☐ Address Change | ☐ Name Change | ☐ Party Change | ☐ Change to Assistance in Voting | ☐ Other |

REMARKS:

CIRCLE ONE:
PA    MV    RG    SDA    SS (Disability)          Received by: _____          Date: _____

# Louisiana Voter Registration Application
## (LA-VRA - Rev. 6/19)

**QUESTIONS? -** Call your parish Registrar of Voters Office or call the Secretary of State at 1-800-883-2805 or (225) 922-0900.

## APPLICATION INSTRUCTIONS

**USE THIS LOUISIANA VOTER REGISTRATION APPLICATION TO:** 1) register to vote; 2) change your address; 3) request a name change; 4) change party affiliation; or 5) request assistance in voting.

**TO REGISTER AND BE ELIGIBLE TO VOTE, AN APPLICANT MUST:** 1) be a U.S. citizen; 2) be at least 17 years old (16 years old if registering to vote in person at the Registrar's Office or with an application for a Louisiana driver's license) but must be 18 years old before actually voting; 3) not be under an order of imprisonment for conviction of a felony or, if under such an order, not have been incarcerated pursuant to the order within the last five years and not be under an order of imprisonment related to a felony conviction for election fraud or any other election offense pursuant to R.S. 18:1461.2; 4) not be under a judgment of full interdiction or limited interdiction where your right to vote has been suspended; 5) reside in the state and parish in which you seek to register and vote.

**Instructions: the gray section numbers on this page correspond to the gray section numbers on the application.**

*Reason for Application:* Check "New Voter Registration" if this is a first time registration or if a new registration in a new parish after moving. Check "Updating Voter Registration" if you are making any change to your present registration. If new registration, fill out the form completely.

**1.** *Eligibility -* Federal law requires you to affirm that you are a citizen of the United States of America and that you will be 18 years of age on or before the election day in which you are eligible to vote. If you checked '**No**' in response to either of these questions, do not complete this form. You are not eligible to vote at this time. If you are registering as a 16 or 17 year old, you may check "Yes" because you will not be allowed to vote until you are 18.

**2.** *Name -* You **must** provide your full name. Do not use nicknames or initials for middle or maiden name. *If this application is for a change of name, please also complete section 17: "Former Registered Name."*

**3.** *Residence Address -* "Residence Address" means the address (number, street, city, state, and zip) where you live and are registering to vote. Residence address **must** be the address where you claim homestead exemption, if any, except for a resident in a nursing home or veterans' home who may choose to use the address of the nursing home or veterans' home or the home where they have a homestead exemption. A college student may elect to use their home address or their address at school while attending. Do not use a post office box for your "Residence Address." If you use a rural route and box number, you may draw a map in box labeled "Give Location" to provide the exact location. Write in the names of the crossroads (streets) nearest to residence. Draw an X to show residence. Use a dot to show any schools, churches, stores, or landmarks near residence and write the name of the landmark.

*Mailing Address -* If you check that you do not receive postal service at your residence address, you **must** provide your mailing address (number, street, city, state, and zip). Otherwise, a mailing address may be provided and you may use a post office box for a mailing address.

**4.** *Birthdate -* Print your date of birth. *The month and day of your birth remains confidential by law.*

**5.** *Social Security Number -* If you do not have a LA driver's license or LA special identification card, you **must** provide the last four digits of your social security number, if issued. The full social security number is preferred and may be provided on a voluntary basis and will be kept confidential. If you were not issued a social security number or a LA DL or ID and this form is submitted by mail, and you are registering to vote for the first time, in order to avoid additional identification requirements for first time voters you **must** attach one or more documents to prove your identity, residence, and date of birth. Documents may be: a) a copy of current and valid photo identification and/or b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document. *Your SSN remains confidential and is only used for registration purposes.*

**6.** *Sex -* Check male or female *(for statistical purposes only).*

**7.** *Race -* Race/Ethnic origin is optional *(for statistical purposes only).*

**8.** *Party Affiliation -* If you are registering for the first time, you may choose a party affiliation of Democrat, Green, Independent, Libertarian, or Republican parties. You may specify any other party affiliation by checking "other" and then listing the party with which you wish to affiliate. If you do not want to register with a political party affiliation check "No Party," or if you do not complete this section, your party affiliation will be listed as "No Party." If you are already registered with a party affiliation and no political party change is being made with this application, you may leave this section blank or re-enter your political party affiliation.

**9.** *Place of Birth -* Print the city/town, parish/county, state, and country of your birth place *(for statistical purposes only).*

**10.** *Mother's Maiden Name -* Print your mother's maiden name, which is her last name at her birth. If unknown, write "unknown."

**11.** *Email -* Give your email address for election officials to contact you if there is a problem with your registration. *Email addresses are protected from disclosure by law and are for official use only.*

**12.** *Phone -* Give your phone number for election officials to contact you if there is a problem with your registration. *Phone numbers are optional and a public record unless you make a request for your phone numbers to be kept confidential by election officials.*

**13.** *LA DL/ID Card # -* Print your LA driver's license or LA special identification card number, if issued. If you do not have one, check "I do not have a LA DL/ID card." *This ID number remains confidential and is for official use only.*

**14.** *Assistance in Voting Needed? -* Indicate if you will need assistance in voting by checking either the "No" or "Yes" box. If "Yes," write the reason for needing assistance. The registrar of voters in your parish may contact you for proof of disability.

**15.** *Place of Last Residence -* Print the address (number, street, city, and state) of your prior residence, if different from residence address in section 3 or write "Same."

**16.** *Place of Last Registration -* Print the state and parish (or county) of your last registration if you were registered in another parish or state prior to completing this application. **Important:** *Contact the local election office in your prior state and cancel your prior registration. Registering in Louisiana does not automatically cancel or transfer your voter registration from another state.*

**17.** *Former Registered Name -* If you are using this application to make a name change to your registration, print your former registered name (name you are changing) in this section. If name changed by court order, provide a copy of the order with this application.

**18.** *Affirmation and Signature -* Read the affirmation and sign your full name or make your mark and print the date this application was signed and completed. *If assistance in registering is being provided, make sure the applicant understands what they are affirming and that they meet the requirements to register to vote.*

**19.** *Witnesses -* If you are unable to sign your name, you may make your mark, but it **must** be witnessed by two people or it is not valid.

**Mailing Instructions -** If returned by mail, place in an envelope and mail to your Registrar of Voters Office. You can find your registrar of voters mailing address on the Registrar of Voters Address Page, by visiting our website at www.geauxvote.com or by calling toll free at 1-800-883-2805. Your application or envelope **must** be postmarked 30 days prior to the first election in which you seek to vote.

**Online Voter Registration -** Voter registration is also available at www.geauxvote.com and you may register online before the 20th day prior to the election. Please call your registrar of voters if you do not receive your voter information card two weeks after registering.

# Louisiana Registrars of Voters Address Page
**(Rev. 10/22)**

**QUESTIONS?** - Call your parish Registrar of Voters Office or call the Secretary of State at 1-800-883-2805 or (225) 922-0900.

## LOUISIANA REGISTRARS OF VOTERS OFFICE ADDRESSES

**ACADIA**
568 NW Court Circle
Crowley, LA 70526-4363
(337) 788-8841

**ALLEN**
P.O. Box 150
Oberlin, LA 70655-0150
(337) 639-4966

**ASCENSION**
828 S. Irma Blvd., Rm. 205
Gonzales, LA 70737-3631
(225) 621-5780

**ASSUMPTION**
P.O. Box 578
Napoleonville, LA 70390-0578
(985) 369-7347

**AVOYELLES**
312 N. Main St., Ste. E
Marksville, LA 71351-2409
(318) 253-7129

**BEAUREGARD**
P.O. Box 952
DeRidder, LA 70634-0952
(337) 463-7955

**BIENVILLE**
P.O. Box 697
Arcadia, LA 71001-0697
(318) 263-7407

**BOSSIER**
P.O. Box 635
Benton, LA 71006-0635
(318) 965-2301

**CADDO**
P.O. Box 1253
Shreveport, LA 71163-1253
(318) 226-6891

**CALCASIEU**
1000 Ryan St., Rm. 7
Lake Charles, LA 70601-5250
(337) 721-4000

**CALDWELL**
P.O. Box 1107
Columbia, LA 71418-1107
(318) 649-7364

**CAMERON**
P.O. Box 1
Cameron, LA 70631-0001
(337) 775-5493

**CATAHOULA**
P.O. Box 215
Harrisonburg, LA 71340-0215
(318) 744-5745

**CLAIBORNE**
507 W. Main St., Ste. 1
Homer, LA 71040-3914
(318) 927-3332

**CONCORDIA**
4001 Carter St., Ste. K
Vidalia, LA 71373-3021
(318) 336-7770

**DESOTO**
104 Crosby St.
Mansfield, LA 71052-2046
(318) 872-1149

**EAST BATON ROUGE**
222 St. Louis St., Rm. 201
Baton Rouge, LA 70802-5860
(225) 389-3940

**EAST CARROLL**
P.O. Box 708
Lake Providence, LA 71254-0708
(318) 559-2015

**EAST FELICIANA**
P.O. Box 488
Clinton, LA 70722-0488
(225) 683-3105

**EVANGELINE**
200 Court St., Ste. 102
Ville Platte, LA 70586-4463
(337) 363-5538

**FRANKLIN**
6560 Main St.
Winnsboro, LA 71295-2750
(318) 435-4489

**GRANT**
200 Main St., Courthouse Bldg.
Colfax, LA 71417-1828
(318) 627-9938

**IBERIA**
300 S. Iberia St., Ste. 110
New Iberia, LA 70560-4543
(337) 369-4407

**IBERVILLE**
P.O. Box 554
Plaquemine, LA 70765-0554
(225) 687-5201

**JACKSON**
500 E. Court St., Rm. 102
Jonesboro, LA 71251-3400
(318) 259-2486

**JEFFERSON**
P.O. Box 10494
Jefferson, LA 70181-0494
(504) 736-6191

**JEFFERSON DAVIS**
302 N. Cutting Ave.
Jennings, LA 70546-5361
(337) 824-0834

**LAFAYETTE**
1010 Lafayette St., Ste. 313
Lafayette, LA 70501-6885
(337) 291-7140

**LAFOURCHE**
307 W. 4th St.
Thibodaux, LA 70301-3105
(985) 447-3256

**LASALLE**
P.O. Box 2439
Jena, LA 71342-2439
(318) 992-2254

**LINCOLN**
100 W. Texas Ave., #10
Ruston, LA 71270-4463
(318) 251-5110

**LIVINGSTON**
P.O. Box 968
Livingston, LA 70754-0968
(225) 686-3054

**MADISON**
100 N. Cedar St., Rm. #5
Tallulah, LA 71282-3892
(318) 574-2193

**MOREHOUSE**
129 N. Franklin St., Ste. 1
Bastrop, LA 71220-3815
(318) 281-1434

**NATCHITOCHES**
P.O. Box 677
Natchitoches, LA 71458-0677
(318) 357-2211

**ORLEANS**
1300 Perdido St., Rm. 1W24
New Orleans, LA 70112-2127
(504) 658-8300

**OUACHITA**
1650 Desiard St., Rm. 125
Monroe, LA 71201
(318) 327-1436

**PLAQUEMINES**
P.O. Box 989
Port Sulphur, LA 70083-0989
(504) 934-3620

**POINTE COUPEE**
P.O. Box 520
New Roads, LA 70760-0520
(225) 638-5537

**RAPIDES**
701 Murray St.
Alexandria, LA 71301-8099
(318) 473-6770

**RED RIVER**
P.O. Box 432
Coushatta, LA 71019-0432
(318) 932-5027

**RICHLAND**
P.O. Box 368
Rayville, LA 71269-0368
(318) 728-3582

**SABINE**
400 Capitol St., #107
Many, LA 71449-3099
(318) 256-3697

**ST. BERNARD**
8201 W. Judge Perez Dr.
Chalmette, LA 70043-1696
(504) 278-4231

**ST. CHARLES**
P.O. Box 315
Hahnville, LA 70057-0315
(985) 783-5120

**ST. HELENA**
P.O. Box 543
Greensburg, LA 70441-0543
(225) 222-4440

**ST. JAMES**
P.O. Box 179
Convent, LA 70723-0179
(225) 562-2330

**ST. JOHN**
1811 W. Airline Hwy.
LaPlace, LA 70068-3344
(985) 359-0179

**ST. LANDRY**
P.O. Box 818
Opelousas, LA 70571-0818
(337) 948-0572

**ST. MARTIN**
415 Saint Martin St.
St. Martinville, LA 70582-4549
(337) 394-2204

**ST. MARY**
500 Main St., Courthouse, Rm. 301
Franklin, LA 70538-6144
(337) 828-4100, ext. 360

**ST. TAMMANY**
701 N. Columbia St.
Covington, LA 70433-2709
(985) 809-5500

**TANGIPAHOA**
P.O. Box 895
Amite, LA 70422-0895
(985) 748-3215

**TENSAS**
P.O. Box 183
St. Joseph, LA 71366-0183
(318) 766-3931

**TERREBONNE**
8026 Main St., Ste. 101
Houma, LA 70360
(985) 873-6533

**UNION**
P.O. Box 235
Farmerville, LA 71241-0235
(318) 368-8660

**VERMILION**
100 N. State St., Ste.120
Abbeville, LA 70510
(337) 898-4324

**VERNON**
P.O. Box 626
Leesville, LA 71496-0626
(337) 239-3690

**WASHINGTON**
900 Washington St.
Franklinton, LA 70438-1719
(985) 839-7850

**WEBSTER**
P.O. Box 674
Minden, LA 71058-0674
(318) 377-9272

**WEST BATON ROUGE**
P.O. Box 31
Port Allen, LA 70767-0031
(225) 336-2421

**WEST CARROLL**
P.O. Box 71
Oak Grove, LA 71263-0071
(318) 428-2381

**WEST FELICIANA**
P.O. Box 2490
St. Francisville, LA 70775-2490
(225) 635-6161

**WINN**
119 W. Main St., Rm. 105
Winnfield, LA 71483-3238
(318) 628-6133

SEAL HERE WITH TAPE

Fold 3

RET:

OFFICIAL
ELECTION MAIL

Approved by the U.S. Postal Service

SEAL HERE WITH TAPE

Fold 1

Fold 4

Place
Stamp
Here

Fold 2

SEAL HERE WITH TAPE

# MISSOURI VOTER REGISTRATION APPLICATION

**Use this application to:**
1. Register to vote in any election in Missouri. (New Registration)
2. Register to vote when you move from one jurisdiction (St. Louis City, Kansas City, or any county) to another jurisdiction (St. Louis City, Kansas City, or any county) within Missouri. (New Registration)
3. Change the address on a current voter registration when you move within a jurisdiction. (Address Change)
4. Change the name on a current voter registration. (Name Change)

**Other information:**
1. You must be 18 years of age by the day of a particular election to be eligible to vote in that election.
2. If mailed, this form must be postmarked by the 4th Wednesday preceding an election to be eligible to vote in that election. If delivered in person, it must be received in the office by the 4th Wednesday preceding an election. (See reverse for election calendar.)
3. Submitting this application to an individual other than the election authority does not insure timely voter registration.
4. After the election authority receives your voter registration application, you will be sent confirmation within 7 business days.  If you do not receive confirmation, contact the election authority.
5. If you wish to serve as an election judge on election day please contact your local election authority and mark the box at the bottom of this form.
6. Optional—If registering by mail for the first time, please submit a copy of one of the following forms of identification: current or valid photo ID, current utility bill, bank statement, government check, paycheck **or** other government document that shows your name and address, birth certificate, Native American tribal document or other proof of United States citizenship. (You will be required to present government issued photo identification when you vote or vote provisional.)

**Completing this form (All information is required unless indicated as optional):**
**Boxes 1 and 2 -- Citizen and Age Requirements**
Federal Law requires voter registration applicants to answer these two questions.

**Box 3 -- Type of Application**
Check appropriate box if this is a new registration or if you are changing a name or address on your current voter registration.

**Box 4 -- Name**
Put in this box your full name (Last, First, Middle). DO NOT use nicknames or initials. For name changes, Box 13 should contain your old name.

**Box 5 -- Home Address**
List your home address. DO NOT put your mailing address if it differs from your home address.

**Box 6 -- Mailing Address**
If you get your mail at an address other than your home address in Box 5, put that address here in this box.

**Box 7 -- Driver's License Number**
Required for registration unless you do not have a Driver's License. (§115.158, RSMo.) If you do not have a Driver's License, leave blank.

**Box 8 -- Last Four Digits of Social Security Number**
Required for registration unless you do not have a Social Security Number. (§115.155, RSMo, §115.158, RSMo.) If you do not have a Social Security Number, leave blank.

**Box 9 -- Date of Birth**
Place your date of birth in this box (Month, Day, Year). DO NOT USE TODAY'S DATE!

**Box 10 -- Place of Birth (Optional)**
List your place of birth (city/county/state).

**Box 11 -- Daytime Phone Number (Optional)**
Please list a number at which the election authority may contact you for clarification of information.

**Box 12 -- Email Address (Optional)**
Please list an email address at which the election authority may contact you for clarification of information. This email address may only be used for election related communication from the election authority.

**Box 13 -- Last Voter Registration Information**
If you are currently registered, please list the name and address of your last registration including county and state.

**Box 14 -- Signature**
Review the information. If you meet the requirements and all is correct, sign your full name or make your mark and print today's date.

**Box 15 -- Political Party Affiliation**
Check the box next to one of the established political parties you wish to affiliate with or check unaffiliated. You will be designated unaffiliated if there is no affiliation checked on the form.

**YOUR APPLICATION WILL BE CONFIRMED BY MAIL WITHIN SEVEN (7) BUSINESS DAYS OF ITS RECEIPT BY THE ELECTION AUTHORITY. PLEASE CONTACT THE ELECTION AUTHORITY IF YOU DO NOT RECEIVE NOTIFICATION.**
**(DETACH HERE - KEEP TOP PORTION FOR YOUR RECORDS) This card is not proof of registration.**

---

# MISSOURI VOTER REGISTRATION APPLICATION

### USE PEN - PLEASE PRINT CLEARLY                                           PC

| 1 | ARE YOU A CITIZEN OF THE UNITED STATES OF AMERICA? ☐ YES ☐ NO | 2 | WILL YOU BE 18 YEARS OF AGE ON OR BEFORE ELECTION DAY? ☐ YES ☐ NO |

**If you checked no in response to either of the above questions, do not complete this form.**

| 3 | ☐ NEW REGISTRATION   ☐ ADDRESS CHANGE   ☐ NAME CHANGE | **FOR OFFICE USE ONLY** REGISTRATION NO. |

| 4 | LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | ☐ MALE  ☐ FEMALE |

| 5 | ADDRESS WHERE YOU LIVE (HOUSE NO., STREET, APT. NO. OR RURAL ROUTE AND BOX - NO PO BOXES) | CITY | COUNTY | ZIP CODE |

| 6 | ADDRESS WHERE YOU GET YOUR MAIL (REQUIRED IF DIFFERENT FROM #5 ABOVE) | CITY | STATE | ZIP CODE |

| 7 | DRIVER'S LICENSE NUMBER IF YOU DO NOT HAVE A DRIVER'S LICENSE, PLEASE LEAVE BLANK. | 8 | LAST 4 DIGITS OF SOCIAL SECURITY NUMBER* IF YOU DO NOT HAVE A SOCIAL SECURITY NUMBER, PLEASE LEAVE BLANK. |

| 9 | DATE OF BIRTH (MM/DD/YYYY)   /   / | 10 | PLACE OF BIRTH (OPTIONAL) | 11 | DAYTIME PHONE NO. (OPTIONAL) | 12 | EMAIL ADDRESS (OPTIONAL) |

**13** NAME AND ADDRESS ON LAST VOTER REGISTRATION
NAME _____
ADDRESS _____
CITY _____ STATE _____
COUNTY _____
If currently registered in another state or county please complete this box.

**14** I hereby certify that I am a citizen of the United States and a resident of the state of Missouri. I am at least seventeen and one half years of age. I have not been adjudged incapacitated by any court of law. If I have been convicted of a felony or a misdemeanor connected with the right of suffrage, I have had the voting disabilities resulting from such conviction removed pursuant to law. I swear under penalty of perjury that all statements made on this card are true to the best of my knowledge and belief. I understand that if I register to vote knowing that I am not legally entitled to register, I am committing a class one election offense and may be punished by imprisonment of not more than five years or by a fine of between two thousand five hundred dollars and ten thousand dollars or by both such imprisonment and fine.

Date _____   Signature _____

**15** POLITICAL PARTY AFFILIATION (OPTIONAL)
☐ REPUBLICAN          ☐ DEMOCRATIC
☐ LIBERTARIAN         ☐ UNAFFILIATED

☐ Check here if you are interested in working as an Election Judge    Warning: Conviction for making a false statement may result in imprisonment for up to five years and/or a fine up to $10,000.

MO 231-0169 (REVISED 11/2022)  *Required for registration pursuant to §115.155 RSMo and §115.158 RSMo.

Please detach the card below and retain this calendar for your records. This form must be **postmarked** by the fourth Wednesday before the election date, as listed below in order to be eligible to vote in that election. Please mail to your local election authority.

If you do not know the address of your local election authority, please visit *www.sos.mo.gov/elections* or call (800) 669-8683.

PLACE
FIRST
CLASS
STAMP
HERE

**MISSOURI VOTER REGISTRATION**
Adair County Clerk's Office
106 W Washington St
Kirksville, MO 63501

**Nebraska Secretary of State's Official Voter Registration Application**

# Register to Vote OR Update Your Voter Registration

| | | | |
|---|---|---|---|
| **Eligibility** <br> ⚠ **WARNING**: If you checked 'no' in response to either of these questions, do not complete this application. | **1** | Are you a citizen of the United States of America? | ☐ Yes ☐ No |
| | | Are you at least eighteen years of age or will you be eighteen years of age on or before the first Tuesday following the first Monday of November of this year? | ☐ Yes ☐ No |

| | | |
|---|---|---|
| **I am using this form for:** <br> Check all that apply. | **2** | ☐ New Registration ☐ Name Change ☐ Address Change ☐ Party Change |

| | | |
|---|---|---|
| **Print Your Name** | **3** | Last _____ First _____ <br> Middle (name or initial) _____ Suffix (Jr, III, if any) _____ |

| | | |
|---|---|---|
| **Identification** <br> If you do not have a Nebraska Driver's License or State ID, please provide the last 4 digits of your Social Security Number. | **4** | Date of Birth (mm/dd/yyyy) ☐☐ / ☐☐ / ☐☐☐☐ <br> Nebraska Driver's License/State ID Number ☐☐☐☐☐☐☐ <br> Last 4 digits of Social Security Number (SSN) ☐☐☐☐ <br> Place of Birth (City and State or Country) _____ <br> Maiden Name (if applicable) _____ |

| | | |
|---|---|---|
| **Address Where You Live** <br> Residential Only. | **5** | Street Address _____ <br> Apartment or Lot (if any) _____ <br> City, State, ZIP _____ |

| | | |
|---|---|---|
| **Address Where You Receive Mail** | **6** | ☐ Same as above **OR** <br> Mailing Address _____ <br> Apartment or Lot (if any) _____ <br> City, State, ZIP _____ |

| | | |
|---|---|---|
| **Optional Contact Information** <br> Check box(es) if private. | **7** | ☐ Phone Number(s) _____ <br> ☐ Email Address _____ |

| | | |
|---|---|---|
| **Previous Registration Information** | **8** | Previous Name _____ <br> Previous Address _____ |

| | | |
|---|---|---|
| **Political Party** <br> Must choose one. | **9** | ☐ Democratic ☐ Republican ☐ Libertarian ☐ Legal Marijuana NOW <br> ☐ Nonpartisan (No Party) ☐ Other _____ <br> (Print party name. Must be a party currently recognized in Nebraska.) |

ⓘ If you wish to vote in both partisan and nonpartisan primary elections for state and local offices, you must indicate a political party affiliation on the registration application. If you register without a political party affiliation (nonpartisan), you will receive only the nonpartisan ballots for state and local offices at primary elections. If you register without a political party affiliation, you may vote in partisan primary elections for congressional offices by requesting a nonpartisan/partisan ballot of your choice.

**Applicant's Oath**
To the best of my knowledge and belief, I declare under penalty of election falsification that:
(1)  I live in the State of Nebraska at the address provided in this application;
(2)  I have not been convicted of a felony or, if convicted, it has been at least two years since I completed my sentence for the felony, including any parole term;
(3)  I have not been officially found to be non compos mentis (mentally incompetent); and
(4)  I am a citizen of the United States.

⚠ **WARNING**: Any registrant who signs this application knowing that any of the information in the application is false shall be guilty of a **Class IV felony** under section 32-1502 of the statutes of Nebraska. The penalty for a Class IV felony is up to two years imprisonment and twelve months post-release supervision, a fine of up to $10,000.00, or both.

| | | |
|---|---|---|
| **Your Signature or Mark** | **10** | X _____ Date _____ |

| | |
|---|---|
| **Assistance** <br> Fill in if someone helped you with this form or witnessed you make a mark for your signature. | Name _____ Address _____ <br> Phone _____ Signature of Assistant x _____ |

| | | |
|---|---|---|
| Application Code: **O0122** | Registration taken by: _____ <br> (Name of election official or Deputy Registrar) | **Date application received in election office:** |



# Nebraska Secretary of State's Official
# Voter Registration Frequently Asked Questions



**What can I use the form for?** You can use this form to register to vote in Nebraska or update any information on your voter registration including signature. You must re-register to vote whenever you change your:

- Name
- Residential or Mailing Address
- Political Party Affiliation
- Signature

Failure to vote in a previous election does not require re-registration.

**Where do I send this form?** Return the completed form to your county election office at the address listed below.

**By mail**
Must be postmarked by the 3rd Friday prior to any election. If you are mailing this application and are a first time registrant in Nebraska, law requires a copy of a photo identification which is current and valid or a copy of a utility bill, bank statement, government check, paycheck, or other government document that is dated within 60 days before the date you register and shows your name and residence address.

**By personal messenger or agent**
Must be delivered to your county election office by the 3rd Friday prior to any election.

**In person**
Must appear at your county election office by 6 p.m. on the 2nd Friday prior to any election.

**How do I know I completed this form correctly?** Within 10-14 days, your county election office will send either:

- An acknowledgement to you verifying the information on your application and advising you of your polling location, or
- An incomplete notice to you requesting additional information to ensure your voter registration record is accurate, or
- A request for valid photo ID, or other documentation if you are a first time registrant in Nebraska, registering by mail.

**How can I check to see if I am already registered to vote?** Check your voter registration at **ne.gov/go/votercheck**.

**Can I register or update my voter registration online?** Yes, if you have a valid Nebraska driver's license or state-issued identification card, you can register online at **ne.gov/go/NEReg2Vote**.

**What if I am unable to sign this form?** If you are unable to sign this form, any person may print your name in the signature section of the form and you may make a mark next to your printed name. This qualifies as a valid signature. The person providing assistance should fill out the assistance section located underneath the signature section.

**What determines residence?** By law, (Neb. Rev. Stat. §32-116), your residence is that place at which you have established a home, where you are habitually present, and to which, when you depart, you intend to return. You do not need to change your residence for voting purposes if you leave for temporary purposes, such as military service, school attendance, hospital stays, or missions work. However, any permanent change in your residence or address will require you to re-register to vote. You may only register and vote in one place.

**Which information is confidential?** By law, (Neb. Rev. Stat. §32-330), all information becomes part of a public record and may be included in public service requests related to elections, political activities, voter registration, law enforcement or jury  selection. Exceptions include:

- Driver's License or State ID number
- Last 4 digits of your SSN
- Signature
- Phone numbers and email addresses you marked private
- Place of birth
- Maiden name
- Source of registration
- Previous registration information

If you are a program participant under the Address Confidentiality Act or you have a court order showing good cause that a life-threatening circumstance exists in relation to you or a member of your household, your voter registration will remain confidential. You must submit a voter confidentiality affidavit at the time of registering to be designated as a confidential voter. For more information, contact your local election office.

**Questions?** Contact your local election office, or the Nebraska Secretary of State by phone at **402-471-2555** or toll free at **888-727-0007**; via our website: **sos.nebraska.gov**; or email **SOS.ELECT@nebraska.gov**.

## Find your county election office listed in red below.

| | | | | | |
|---|---|---|---|---|---|
| Adams / 500 W 4th Ste 109 Hastings / 68902-2067 | Cheyenne / PO BOX 217 Sidney / 69162 | Furnas / PO BOX 387 Beaver City / 68926 | Johnson / PO BOX 416 Tecumseh / 68450 | Nuckolls / PO BOX 366 Nelson / 68961 | Sheridan / PO BOX 39 Rushville / 69360 |
| Antelope / PO BOX 26 Neligh / 68756-0026 | Clay / 111 W Fairfield St Clay Center / 68933 | Gage / PO BOX 429 Beatrice / 68310 | Kearney / PO BOX 339 Minden / 68959 | Otoe / 1021 Central Ave, Rm 103 Nebraska City / 68410 | Sherman / PO BOX 456 Loup City / 68853 |
| Arthur / PO BOX 126 Arthur / 69121 | Colfax / 411 E 11th St Schuyler / 68661 | Garden / PO BOX 350 Oshkosh / 69154 | Keith / 511 N Spruce Ste 102 Ogallala / 69153 | Pawnee / PO BOX 431 Pawnee City / 68420 | Sioux / PO BOX 158 Harrison / 69346 |
| Banner / PO BOX 67 Harrisburg / 69345 | Cuming / 200 S Lincoln St. Rm 100 / West Point / 68788 | Garfield / PO BOX 218 Burwell / 68823-0218 | Keya Paha / PO BOX 349 Springview / 68778 | Perkins / PO BOX 156 Grant / 69140 | Stanton / PO BOX 347 Stanton / 68779 |
| Blaine / 145 Lincoln Ave Brewster / 68821 | Custer / 431 S 10th St Broken Bow / 68822 | Gosper / PO BOX 136 Elwood / 68937 | Kimball / 114 E 3rd St Ste 6 Kimball / 69145 | Phelps / PO BOX 404 Holdrege / 68949 | Thayer / 225 N 4th Rm201 Hebron / 68370 |
| Boone / 222 S 4th St Albion / 68620-1247 | Dakota / PO BOX 39 Dakota City / 68731 | Grant / PO Box 139 Hyannis / 69350 | Knox / PO Box 166 Center / 68724 | Pierce / 111 W Court Rm 1 Pierce / 68767 | Thomas / PO BOX 226 Thedford / 69166 |
| Box Butte / PO BOX 678 Alliance / 69301 | Dawes / 451 Main St Chadron / 69337 | Greeley / PO Box 287 Greeley / 68842 | Lancaster / 601 N 46th St Lincoln / 68503 | Platte / 2610 14th St, Ste 12 Columbus / 68601 | Thurston / PO BOX 159 Pender / 68047 |
| Boyd / PO BOX 26 Butte / 68722 | Dawson / 700 N Washington Rm A / Lexington / 68850 | Hall / 121 S Pine St, Ste. 8 Grand Island / 68801 | Lincoln / 301 N Jeffers Rm 101 North Platte / 69101 | Polk / PO BOX 276 Osceola / 68651 | Valley / 125 S 15th St Ste 202 / Ord / 68862 |
| Brown / PO Box 25 Ainsworth / 69210 | Deuel / PO BOX 327 Chappell / 69129 | Hamilton / 1111-13th St Ste 1 Aurora / 68818-2017 | Logan / PO Box 8 Stapleton / 69163 | Red Willow / 502 Norris Ave McCook / 69001 | Washington / PO BOX 466 Blair / 68008 |
| Buffalo / PO BOX 1270 Kearney / 68848 | Dixon / PO BOX 546 Ponca / 68770 | Harlan / PO BOX 698 Alma / 68920-0698 | Loup / PO BOX 187 Taylor / 68879 | Richardson / 1700 Stone St Rm 203 / Falls City / 68355 | Wayne / 510 Pearl St Ste 5 / Wayne / 68787 |
| Burt / PO BOX 87 Tekamah / 68061 | Dodge / 435 N Park Rm102 Fremont / 68025 | Hayes / PO Box 370 Hayes Center / 69032 | Madison / PO BOX 290 Madison / 68748 | Rock / PO BOX 367 Bassett / 68714 | Webster / PO BOX 250 Red Cloud / 68970 |
| Butler / 451 N 5th St David City / 68632 | Douglas / 12220 W Center Rd Omaha / 68144 | Hitchcock / PO BOX 248 Trenton / 69044 | McPherson / PO Box 122 Tryon / 69167 | Saline / PO BOX 865 Wilber / 68465 | Wheeler / PO BOX 127 Bartlett / 68622 |
| Cass / 201 Main St Plattsmouth / 68048 | Dundy / PO BOX 506 Benkelman / 69021-0506 | Holt / PO BOX 329 O'Neill / 68763 | Merrick / PO BOX 27 Central City / 68826 | Sarpy / 1102 E 1st St., Ste. 1 Papillion / 68046 | York / 510 Lincoln Ave York / 68467 |
| Cedar / PO BOX 47 Hartington / 68739 | Fillmore / PO BOX 307 Geneva / 68361 | Hooker / PO Box 184 Mullen / 69152 | Morrill / PO BOX 610 Bridgeport / 69336 | Saunders / PO BOX 61 Wahoo / 68066 | |
| Chase / PO BOX 1299 Imperial / 69033 | Franklin / PO BOX 146 Franklin / 68939 | Howard / PO BOX 25 St Paul / 68873 | Nance / PO BOX 338 Fullerton / 68638 | Scotts Bluff / 1825 10th St Gering / 69341 | |
| Cherry / PO BOX 120 Valentine / 69201 | Frontier / PO Box 40 Stockville / 69042 | Jefferson / 411-4th St Fairbury / 68352 | Nemaha / 1824 N St Ste 201 Auburn / 68305 | Seward / PO Box 190 Seward / 68434 | |

# STATE OF NEVADA VOTER REGISTRATION APPLICATION

Application No.

### USE BLACK OR BLUE INK ONLY – PLEASE PRINT CLEARLY

**WARNING: GIVING FALSE INFORMATION IS A FELONY AND INCLUDES A CIVIL PENALTY OF UP TO $20,000.**

All fields are required unless marked Optional. If you do not provide all of the required information, your application to register to vote will not be complete.

| | |
|---|---|
| **1.** | Are you a citizen of the United States of America?  ☐ Yes ☐ No<br>*If you checked "No" to the above question, do not complete this form.*<br>Will you be at least 18 years of age on or before election day?  ☐ Yes ☐ No<br>If you checked "No" to the above question but are at least 17 years of age, do you wish to preregister to vote?  ☐ Yes ☐ No<br>*If you checked "No" to both of the prior questions, do not complete this form.* |
| **2.** | Last Name          First Name          Middle Name          Suffix |
| **3.** | Nevada Residential Address – See Instructions on Back (No P.O. Box/Business Address)      Apt. #      City      State NV      Zip Code |
| **4.** | Mailing Address – If Different From Above (P.O. Box or Mail Service Address Acceptable)      Apt. #      City      State      Zip Code |
| **5.** | Birth Date (MM/DD/YYYY)     **6.** Place of Birth (State or Country)     **7.** Telephone Number (Optional) |
| **8.** | ☐ I have a valid NV Driver's License or ID Card and that number is:<br>☐ I have not been issued a NV Driver's License or ID Card.  The last 4 digits of my Social Security Number are: XXX – XX – ___ ___ ___ ___<br>☐ I have not been issued a NV Driver's License or ID Card, and I do not have a Social Security Number.  If you select this option, you will be contacted by your County Election Department for more information once your application is received.<br>*Note: ID numbers provided above are confidential and not available for public inspection.* |
| **9.** | If applicable, check one of the following:<br>☐ Military Domestic (or military spouse or dependent) – Only check if you are on active duty and will be absent from your place of registration<br>☐ Military Overseas (or military spouse or dependent)<br>☐ U.S. Citizen Overseas |
| **10.** | Email Address (Optional) – Email Address is Confidential     **11.** ☐ **CHECK THIS BOX TO RECEIVE A SAMPLE BALLOT IN LARGER TYPE** |
| **12.** | Party Registration – Check Only One Box<br>☐ Democratic Party<br>☐ Independent American Party<br>☐ Libertarian Party of Nevada<br>☐ Nonpartisan (No Political Party)<br>☐ Republican Party<br>☐ Other Party – Write in below<br>_____ | **13.** I swear or affirm I am a U.S. citizen.  I will be at least 18 years old by the date of the next election, or if I indicated in Box 1 above that I am preregistering to vote, I am at least 17 years old.  I will have continuously resided in Nevada at least 30 days in my county and at least 10 days in my precinct before the next election at which I intend to vote.  The residential address listed herein is my sole legal place of residence and I claim no other place as my legal residence.  If I am preregistering to vote, I understand and acknowledge that I will be deemed to have registered to vote as of the date of my 18th birthday unless my preregistration is cancelled by any of the means or for any of the reasons for cancelling voter registration pursuant to Chapter 293 of the Nevada Revised Statutes.  I am not currently serving a term of imprisonment for a felony conviction.  I declare under penalty of perjury that the foregoing is true and correct.<br><br>⬇ **SIGNATURE OF APPLICANT (REQUIRED)** ⬇<br><br>_____ ( MM / DD / YYYY ) |
| **14.** | Your name and residential address where you were last registered to vote (Optional) – (Name Used, Address, State, etc.) |
| **15.** | Important!  If you are assisting a person to register to vote and you are not a Field Registrar appointed by a County Clerk / Registrar of Voters or an employee of a voter registration agency, you MUST complete the following.  Your signature is required.  Failure to do so may be a felony.<br>Full Name          Mailing Address          City/State/Zip Code          Signature |

## OFFICIAL USE ONLY.  DO NOT WRITE IN THE SHADED AREA BELOW.

| DATE STAMP | ☐ AGENCY<br>☐ FIELD REGISTRAR<br>☐ MAIL<br>☐ IN PERSON<br>☐ OTHER | CANCELLED<br><br>INACTIVE<br><br>PRECINCT | **APPLICATION NO.**<br><br>RECEIVED BY: |
|---|---|---|---|

✂ Detach Here ✂          ✂ Detach Here ✂          ✂ Detach Here ✂

| **NAME OF PERSON RETAINING THIS APPLICATION**<br>(Agency Stamp or Name of Agent, Election Official or Person Retaining Application) | **ELECTION OFFICIAL OR AGENCY**<br>(Contact Information, Address, Telephone, Fax) | **VOTER APPLICATION RECEIPT**<br>(Please Retain Receipt)<br>Your voter registration information has been transmitted to your County Election Office for processing.  Within 10 days after receiving your information, your County Election Office will mail your Nevada Voter Registration Card or a notice that additional information is required to complete your registration.<br><br>**APPLICATION NO.** |
|---|---|---|

## INSTRUCTIONS

**Box 1 – PREREGISTRATION:** Every citizen of the United States who is 17 years of age or older but less than 18 years of age and has continuously resided in this state for 30 days or longer may preregister to vote by any of the means available for a person to register to vote pursuant to Nevada law. If a person preregisters to vote, he or she shall be deemed to be a registered voter on his or her 18th birthday unless the person's preregistration has been cancelled or he or she does not satisfy the voter eligibility requirements.

**Box 2 – NAME:** Required. Please write your name exactly as it appears on your Nevada Driver's License, ID Card, or Social Security Card.

**Box 3 – ADDRESS WHERE YOU LIVE:** Required. Your home address is the street address assigned to the location at which you actually reside. If you reside at a location that has not been assigned a street address, a description of the location at which you actually reside must be provided. A P.O. Box or business address cannot be listed as a home address.

**Box 4 – ADDRESS WHERE YOU RECEIVE MAIL:** Optional. Include your mailing address if it is different than your physical address. Include P.O. Boxes and Mail Service Addresses, if applicable.

**Box 8 – IDENTIFICATION:** Required. Include your Nevada Driver's License or Nevada Identification Card number. If you do not have a driver's license or identification card issued by a Nevada DMV, include the last four digits of your Social Security Number. If you do not have a Nevada Driver's License or Social Security Number, you will be contacted by your County Election Department for more information once your application is received.

**Box 9 – MILITARY:** Required, if applicable. Mark the applicable box.

**Box 12 – POLITICAL PARTY AFFILIATION:** Required. Mark your choice of a qualified political party, "Nonpartisan" or "Other." If you mark "Other," you may print the name of an unlisted political party. If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the Primary Election.

**Box 13 – DECLARATION:** Required. Sign and date. Voting Rights are immediately restored for all felony convictions upon release from prison.

**Box 14 – UPDATING INFORMATION:** Optional. You may include the last address where you were registered to vote. This helps the County Clerk / Registrar of Voters identify you as the applicant.

**Box 15 – ASSISTANCE:** Required, if applicable. If you are assisting a person to preregister or register to vote, you must complete Box 15. *FAILURE TO DO SO MAY BE A FELONY.*

**DEADLINES FOR SUBMITTING APPLICATION:**

- ❖ By Mail – Postmarked by the fourth Tuesday preceding the primary or general election.
- ❖ In Person at your local County Clerk's or Registrar of Voters Office – By the fourth Tuesday preceding the primary or general election.
- ❖ Online – By the Thursday preceding the primary or general election. Online Registration available at www.RegisterToVoteNV.gov
- ❖ For Special / Recall Elections – Contact your County Clerk or Registrar of Voters.

**SAME-DAY VOTER REGISTRATION:** Eligible Nevada voters can register to vote or update existing voter registration information in person at the polling place either during early voting or on Election Day.

**INTERESTED IN BEING A POLL WORKER?** Please contact your local County Clerk or Registrar of Voters Office.

**NOTICE:** You are urged to return your application to the County Clerk or Registrar of Voters in person or by mail. If you choose to give your completed application to another person to return to the County Clerk or Registrar of Voters on your behalf, and the person fails to deliver the application to the County Clerk or Registrar of Voters, you will not be preregistered or registered to vote, as applicable. Please retain the duplicate copy or receipt from your application to preregister or register to vote.

| COUNTY | ELECTION DEPARTMENT ADDRESS |
|---|---|
| **Carson City Clerk** (775) 887-2087 | 885 East Musser Street, Suite 1025, Carson City, NV 89701 |
| **Churchill Clerk** (775) 423-6028 | 155 North Taylor Street, Suite 110, Fallon, NV 89406 |
| **Clark Registrar** (702) 455-8683 | 965 Trade Drive, Suite A, North Las Vegas, NV 89030 P.O. Box 3909, Las Vegas, NV 89127 |
| **Douglas Clerk** (775) 782-9014 | 1616 8th Street, 2nd Floor, Minden, NV 89423 P.O. Box 218, Minden, NV 89423 |
| **Elko Clerk** (775) 753-4600 | 550 Court Street, 3rd Floor, Elko, NV 89801 |
| **Esmeralda Clerk** (775) 485-6309 | 233 Crook Avenue, Goldfield, NV 89013 P.O. Box 547, Goldfield, NV 89013 |
| **Eureka Clerk** (775) 237-5263 | P.O. Box 540, Eureka, NV 89316 |
| **Humboldt Clerk** (775) 623-6343 | 50 West 5th Street, #207, Winnemucca, NV 89445 |
| **Lander Clerk** (775) 635-5738 | 50 State Route 305, Battle Mountain, NV 89820 |

| COUNTY | ELECTION DEPARTMENT ADDRESS |
|---|---|
| **Lincoln Clerk** (775) 962-8077 | P.O. Box 90, Pioche, NV 89043 181 North Main Street, Suite 201, Pioche, NV 89043 |
| **Lyon Clerk** (775) 463-6501 | 27 South Main Street, Yerington, NV 89447 |
| **Mineral Clerk** (775) 945-2446 | 105 South A Street, Suite 1, Hawthorne, NV 89415 P.O. Box 1450, Hawthorne, NV 89415 |
| **Nye Clerk** (775) 482-8127 | 101 Radar Road, Tonopah, NV 89049 P.O. Box 1031, Tonopah, NV 89049 |
| **Pershing Clerk** (775) 273-2208 | 398 Main Street, Lovelock, NV 89419 P.O. Box 820, Lovelock, NV 89419 |
| **Storey Clerk** (775) 847-0969 | 26 South B Street, Drawer D, Virginia City, NV 89440 |
| **Washoe Registrar** (775) 328-3670 | 1001 E. 9th St., Reno, NV, 89512 |
| **White Pine Clerk** (775) 293-6509 | 1786 Great Basin Blvd., Suite 3, Ely, NV 89301 |



FIRST CLASS
STAMP
NECESSARY
FOR MAILING

**NORTH CAROLINA VOTER REGISTRATION APPLICATION** (fields in red text are required)          2022.08          **06w**

**1** Indicate whether you are qualified to vote or preregister to vote based on U.S. citizenship and age.

**Are you a citizen of the United States of America?**
IF YOU CHECKED "NO" IN RESPONSE TO THIS CITIZENSHIP QUESTION, DO NOT SUBMIT THIS FORM. YOU ARE NOT QUALIFIED TO VOTE          ☐ Yes ☐ No

**Will you be at least 18 years of age on or before election day?**          ☐ Yes ☐ No

**Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote?**
IF YOU CHECKED "NO" IN RESPONSE TO BOTH OF THESE AGE QUESTIONS, DO NOT SUBMIT THIS FORM.
YOU ARE NOT QUALIFIED TO REGISTER OR PREREGISTER TO VOTE.          ☐ Yes ☐ No

**2** Provide your full legal name.

Last Name                                    Suffix

First Name

Middle Name

**3** Provide your date of birth and identification information.

Date of Birth (MM/DD/YYYY)    /    /          State or Country of Birth

NC Driver License or NC DMV ID Number          Last 4 Digits of Social Security Number

☐ Check if you do not have a driver license or Social Security number.

State Voter Registration Number (Optional: To locate, check "Voter Lookup" at www.NCSBE.gov.)

**4** Provide your residential address - where you physically live.
*Do not enter a P.O. Box or a mail drop location.*

Address Number          Street Name and Type

Address Line 2 (e.g., apartment, lot or unit number)

City          State          Zip Code

County          Have you lived at this address for 30 or more days? ☐ Yes ☐ No          If "No", date moved?

**5** Provide a mailing address.

Do you receive mail at your residential ☐ Yes ☐ No
If "No," you are required to provide a mailing address.

Mailing Address Line 1

Mailing Address Line 2

Mailing Address Line 3

City          State          Zip Code

**No Physical Address?** If you do not have an address, use the space to the right to illustrate where you normally live or sleep. Write in the names of the nearest crossroads (or streets). Draw an **X** on the map to show where you live or usually sleep.

IMPORTANT: You should also provide a valid mailing address above to permit the board of elections to send you a voter card.

**NORTH ⬆**

**6** Provide your demographic information (optional).

Gender ☐ Male ☐ Female

Ethnicity ☐ Not Hispanic/Latino ☐ Hispanic/Latino

Race ☐ African American/Black ☐ American Indian/Alaska Native ☐ Asian ☐ Multiracial ☐ Native Hawaiian/Pacific Islander ☐ White ☐ Other

**7** Provide your choice for political party affiliation.

☐ Democratic Party   ☐ Unaffiliated
☐ Green Party
☐ Libertarian Party
☐ Republican Party
☐ Other

If you select a party that is not recognized in North Carolina, you will be registered as *Unaffiliated*.

**8** Complete if you are currently registered to vote in another NC county or in another state.
*(This information will be used to cancel your previous voter registration in the other county or state.)*

First Name Used in Last Registration          Middle Name Used in Last Registration          Last Name Used in Last Registration          Suffix

Address Where You Were Last Registered          City/State/Zip Code of Last Registration          County of Last Registration

**9** Provide your contact information (optional).
*(This information is helpful if we need to contact you concerning your voter registration. Your telephone number may be disclosed as a public record.)*

Area Code          Phone Number          Email Address          Would you like to be contacted to be a poll worker? ☐ Yes ☐ No

**10** Sign below to attest to your qualifications to vote.
**FRAUDULENTLY OR FALSELY COMPLETING THIS FORM IS A CLASS I FELONY UNDER CHAPTER 163 OF THE NC GENERAL STATUTES.**

I attest, under penalty of perjury, that in addition to having read and understood the contents of this form, that: (1) I am a United States citizen, as indicated above; (2) I am at least 18 years of age, or will be by the date of the general election; or I am at least 16 years old and understand that I must be at least 18 years old on the day of the general election to vote; I shall have been a resident of North Carolina, this county, and precinct for 30 days before the date of the election in which I intend to vote; (3) I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and (4) I am not in jail or prison for a felony conviction.

**X**

Signature Required          Date

## APPLICATION INSTRUCTIONS

*Use this application to: (1) register to vote; (2) preregister to vote if between the ages of 16 and 17; (3) change party affiliation or unaffiliated status; (4) report a change of address within a county; or (5) report a name change.*

### Specific Instructions for Each Numbered Section of the Application:

| | |
|---|---|
| 1 | Indicate whether you are qualified to vote or preregister to vote: (1) you must be a citizen of the United States; (2) you must be at least 18 years of age, or you will be 18 years of age by the next general election and you are voting in the primary, or you must be between the ages of 16 or 17 and desire to preregister to vote; (3) you must have resided in North Carolina and in the precinct in which you present to vote for at least 30 days prior to the election; (4) you must not be in jail or prison for a felony conviction. |
| 2 | Provide your full legal name. If your name has changed, this form will be used to update your current voter registration. |
| 3 | You are required to provide your date of birth. If you have a NC driver license or non-operator's identification number, provide this number. If you do not have a NC driver license or ID card, then provide the last four digits of your social security number. If you have neither a NC driver license, NC DMV ID card or a social security number and you are registering to vote for the first time in North Carolina, attach a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address to this application. |
| 4 | Provide the address of your residence (where you physically live) as of the date of your application. In this section, do not list a post office address or a location where you *only* receive mail. If you have moved to this residence within the past 30 days, provide the date of your move. If you do not have a traditional address, draw a picture in the space provided on this form of your usual sleeping location. Be descriptive and note any nearby streets or physical buildings. |
| 5 | If you do not receive mail at your residential address, you must provide a mailing address. |
| 6 | This section asks for your gender, race, and ethnicity. You are not required to provide this information. |
| 7 | This section asks that you designate how you would like to be affiliated. You may choose to affiliate with any recognized political party in North Carolina or you may opt to be registered as *Unaffiliated*. If you are applying for new registration in the county and leave the party affiliation section blank, you will be registered as *Unaffiliated*. |
| 8 | If you are currently registered in another North Carolina county or another state, please provide your name and previous address used on that prior registration. This information will be used to cancel your registration in the other county or state. |
| 9 | At your option, provide your phone number and email address. |
| 10 | You must sign this form. Only the person applying for registration is eligible to sign (or place your mark on) this form. If you are applying for new registration in your county of residence, you must mail your original signature on this form. |

**National Voter Registration Act Statement**: If you are submitting this application to an NVRA agency or the North Carolina Division of Motor Vehicles, the location or office where you submitted the application will remain confidential and will be used only for voter registration purposes. Public assistance agencies, disability services agencies, the North Carolina Division of Motor Vehicles, and unemployment services agencies must offer you the opportunity to register to vote at the initial application for service of assistance and during any recertification, renewal or change of address. If you decline to register to vote, the fact that you so declined will also remain confidential. If you would like help completing the voter registration application, the agency will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private and return it to the agency that provided you the form or you may mail or deliver the form to your county board of elections office.

Applying to register or declining to register to vote will not affect the amount of assistance provided. If you believe that someone has interfered with your right to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the NC State Board of Elections, P.O. Box 27255, Raleigh NC 27611-7255 or you may call the agency at 1-866-522-4723.

**Submitting Your Form:** You must <u>mail</u> or deliver this application <u>in-person</u> with your original signature if you are registering to vote for the first time in your county of residence. If you are changing your name, address or party affiliation within your current county of registration, in addition to <u>mail</u>, you may also <u>fax</u> or <u>email</u> a scanned image of your <u>signed</u> application. If you give your signed application to another person or organization to submit on your behalf, be sure the person or organization can commit to timely submitting your application to the proper board of elections.

Submit this form to:
**NC State Board of Elections**
**P.O. Box 27255**
**Raleigh, NC 27611-7255**
**or to your County Board of Elections Office**

**MAILING ADDRESSES OF COUNTY BOARD OFFICES**

**ALAMANCE**
115 SOUTH MAPLE ST
GRAHAM, NC 27253
☏ (336) 570-6755

**ALEXANDER**
PO BOX 326
TAYLORSVILLE, NC 28681
☏ (828) 632-2990

**ALLEGHANY**
PO BOX 65
SPARTA, NC 28675
☏ (336) 372-4557

**ANSON**
PO BOX 768
WADESBORO, NC 28170
☏ (704) 994-3223

**ASHE**
150 GOVERNMENT CIR, STE 2100
JEFFERSON, NC 28640
☏ (336) 846-5570

**AVERY**
PO BOX 145
NEWLAND, NC 28657
☏ (828) 733-8282

**BEAUFORT**
PO BOX 1016
WASHINGTON, NC 27889
☏ (252) 946-2321

**BERTIE**
PO BOX 312
WINDSOR, NC 27983
☏ (252) 794-5306

**BLADEN**
PO BOX 512
ELIZABETHTOWN, NC 28337
☏ (910) 862-6951

**BRUNSWICK**
PO BOX 2
BOLIVIA, NC 28422
☏ (910) 253-2620

**BUNCOMBE**
PO BOX 7468
ASHEVILLE, NC 28802
☏ (828) 250-4200

**BURKE**
PO BOX 798
MORGANTON, NC 28680-0798
☏ (828) 764-9010

**CABARRUS**
PO BOX 1315
CONCORD, NC 28026-1315
☏ (704) 920-2860

**CALDWELL**
PO BOX 564
LENOIR, NC 28645
☏ (828) 757-1326

**CAMDEN**
PO BOX 206
CAMDEN, NC 27921-0206
☏ (252) 338-5530

**CARTERET**
1702 LIVE OAK ST, STE 200
BEAUFORT, NC 28516-1898
☏ (252) 728-8460

**CASWELL**
PO BOX 698
YANCEYVILLE, NC 27379
☏ (336) 694-4010

**CATAWBA**
PO BOX 132
NEWTON, NC 28658-0389
☏ (828) 464-2424

**CHATHAM**
PO BOX 111
PITTSBORO, NC 27312
☏ (919) 545-8500

**CHEROKEE**
40 PEACHTREE ST
MURPHY, NC 28906
☏ (828) 837-6670

**CHOWAN**
PO BOX 133
EDENTON, NC 27932
☏ (252) 482-4010

**CLAY**
54 CHURCH ST
HAYESVILLE, NC 28904
☏ (828) 389-6812

**CLEVELAND**
PO BOX 1299
SHELBY, NC 281511299
☏ (704) 484-4858

**COLUMBUS**
PO BOX 37
WHITEVILLE, NC 28472
☏ (910) 640-6609

**CRAVEN**
406 CRAVEN ST
NEW BERN, NC 28560
☏ (252) 636-6610

**CUMBERLAND**
227 FOUNTAINHEAD LN, STE 101
FAYETTEVILLE, NC 28301
☏ (910) 678-7733

**CURRITUCK**
PO BOX 177
CURRITUCK, NC 27929
☏ (252) 232-2525

**DARE**
PO BOX 1000
MANTEO, NC 27954
☏ (252) 475-5631

**DAVIDSON**
PO BOX 1084
LEXINGTON, NC 27293-1084
☏ (336) 242-2190

**DAVIE**
161 POPLAR ST, STE 102
MOCKSVILLE, NC 27028-2225
☏ (336) 753-6072

**DUPLIN**
PO BOX 975
KENANSVILLE, NC 28349
☏ (910) 296-2170

**DURHAM**
PO BOX 868
DURHAM, NC 27702
☏ (919) 560-0700

**EDGECOMBE**
PO BOX 10
TARBORO, NC 27886
☏ (252) 641-7852

**FORSYTH**
201 N. CHESTNUT ST
WINSTON SALEM, NC 27101-4120
☏ (336) 703-2800

**FRANKLIN**
PO BOX 180
LOUISBURG, NC 27549
☏ (919) 496-3898

**GASTON**
PO BOX 1396
GASTONIA, NC 28053
☏ (704) 852-6005

**GATES**
PO BOX 621
GATESVILLE, NC 27938
☏ (252) 357-1780

**GRAHAM**
PO BOX 1239
ROBBINSVILLE, NC 28771
☏ (828) 479-7969

**GRANVILLE**
PO BOX 83
OXFORD, NC 27565-0083
☏ (919) 693-2515

**GREENE**
110 SE FIRST ST
SNOW HILL, NC 28580
☏ (252) 747-5921

**GUILFORD**
PO BOX 3427
GREENSBORO, NC 27402
☏ (336) 641-3836

**HALIFAX**
PO BOX 101
HALIFAX, NC 27839
☏ (252) 583-4391

**HARNETT**
PO BOX 356
LILLINGTON, NC 27546
☏ (910) 893-7553

**HAYWOOD**
63 ELMWOOD WAY, STE A
WAYNESVILLE, NC 28786
☏ (828) 452-6633

**HENDERSON**
PO BOX 2090
HENDERSONVILLE, NC 28793
☏ (828) 697-4970

**HERTFORD**
PO BOX 355
AHOSKIE, NC 27910
☏ (252) 358-7812

**HOKE**
PO BOX 1565
RAEFORD, NC 28376-1565
☏ (910) 875-8751

**HYDE**
PO BOX 152
SWAN QUARTER, NC 27885
☏ (252) 926-4194

**IREDELL**
203 STOCKTON ST
STATESVILLE, NC 28677
☏ (704) 878-3140

**JACKSON**
876 SKYLAND DR, STE 1
SYLVA, NC 28779-2705
☏ (828) 586-7538

**JOHNSTON**
PO BOX 1172
SMITHFIELD, NC 27577
☏ (919) 989-5095

**JONES**
367-B HWY 58-S
TRENTON, NC 28585
☏ (252) 448-3921

**LEE**
PO BOX 1443
SANFORD, NC 27331
☏ (919) 718-4646

**LENOIR**
PO BOX 3503
KINSTON, NC 28502-3503
☏ (252) 523-0636

**LINCOLN**
451 SALEM CHURCH RD LINCOLNTON,
NC 28092
☏ (704) 736-8480

**MACON**
5 WEST MAIN ST, FL 1
FRANKLIN, NC 28734
☏ (828) 349-2034

**MADISON**
PO BOX 142
MARSHALL, NC 28753
☏ (828) 649-3731

**MARTIN**
PO BOX 801
WILLIAMSTON, NC 27892
☏ (252) 789-4317

**MCDOWELL**
PO BOX 1509
MARION, NC 28752
☏ (828) 659-0834

**MECKLENBURG**
PO BOX 31788
CHARLOTTE, NC 28231-1788
☏ (704) 336-2133

**MITCHELL**
11 N MITCHELL AVE, RM 108
BAKERSVILLE, NC 28705
☏ (828) 688-3101

**MONTGOMERY**
PO BOX 607
TROY, NC 27371
☏ (910) 572-2024

**MOORE**
POST OFFICE BOX 787
CARTHAGE, NC 28327
☏ (910) 947-3868

**NASH**
PO BOX 305
NASHVILLE, NC 27856
☏ (252) 459-1350

**NEW HANOVER**
1241A MILITARY CUTOFF ROAD
WILMINGTON, NC 28405
☏ (910) 798-7330

**NORTHAMPTON**
PO BOX 603
JACKSON, NC 27845
☏ (252) 534-5681

**ONSLOW**
246 GEORGETOWN RD JACKSONVILLE,
NC 28540
☏ (910) 455-4484

**ORANGE**
PO BOX 220
HILLSBOROUGH, NC 27278
☏ (919) 245-2350

**PAMLICO**
PO BOX 464
BAYBORO, NC 28515
☏ (252) 745-4821

**PASQUOTANK**
PO BOX 1797
ELIZABETH CITY, NC 27906
☏ (252) 335-1739

**PENDER**
PO BOX 1232
BURGAW, NC 28425
☏ (910) 259-1220

**PERQUIMANS**
PO BOX 336
HERTFORD, NC 27944
☏ (252) 426-5598

**PERSON**
331 SOUTH MORGAN ST
ROXBORO, NC 27573-5223
☏ (336) 597-1727

**PITT**
PO BOX 56
GREENVILLE, NC 27835-0056
☏ (252) 902-3300

**POLK**
PO BOX 253
COLUMBUS, NC 28722
☏ (828) 894-8181

**RANDOLPH**
1457 N. FAYETTEVILLE ST
ASHEBORO, NC 27203
☏ (336) 318-6900

**RICHMOND**
PO BOX 1843
ROCKINGHAM, NC 28380
☏ (910) 997-8253

**ROBESON**
PO BOX 2159
LUMBERTON, NC 28359
☏ (910) 671-3080

**ROCKINGHAM**
PO BOX 22
WENTWORTH, NC 27375
☏ (336) 342-8107

**ROWAN**
1935 JAKE ALEXANDER BLVD W, STE D10
SALISBURY, NC 28147
☏ (704) 216-8140

**RUTHERFORD**
PO BOX 927
RUTHERFORDTON, NC 28139
☏ (828) 287-6030

**SAMPSON**
120 COUNTY COMPLEX RD, STE 110
CLINTON, NC 28328
☏ (910) 592-5796

**SCOTLAND**
231 EAST CRONLY ST, STE 305
LAURINBURG, NC 28352
☏ (910) 277-2595

**STANLY**
PO BOX 1309
ALBEMARLE, NC 28002
☏ (704) 986-3647

**STOKES**
PO BOX 34
DANBURY, NC 27016
☏ (336) 593-2409

**SURRY**
PO BOX 372
DOBSON, NC 27017
☏ (336) 401-8225

**SWAIN**
PO BOX 133
BRYSON CITY, NC 28713
☏ (828) 488-6177

**TRANSYLVANIA**
PO BOX 868
BREVARD, NC 28712
☏ (828) 884-3114

**TYRRELL**
PO BOX 449
COLUMBIA, NC 27925
☏ (252) 796-0775

**UNION**
PO BOX 1106
MONROE, NC 28111-1106
☏ (704) 283-3809

**VANCE**
300 S. GARNETT ST, STE C
HENDERSON, NC 27536
☏ (252) 492-3730

**WAKE**
PO BOX 695
RALEIGH, NC 27602-0695
☏ (919) 404-4040

**WARREN**
PO BOX 803
WARRENTON, NC 27589
☏ (252) 257-2114

**WASHINGTON**
PO BOX 1007
PLYMOUTH, NC 27962-1007
☏ (252) 793-6017

**WATAUGA**
PO BOX 528
BOONE, NC 28607
☏ (828) 265-8061

**WAYNE**
309 E. CHESTNUT ST
GOLDSBORO, NC 27530
☏ (919) 731-1411

**WILKES**
110 NORTH ST, RM 315
WILKESBORO, NC 28697
☏ (336) 651-7339

**WILSON**
PO BOX 2121
WILSON, NC 27894-2121
☏ (252) 399-2836

**YADKIN**
PO BOX 877
YADKINVILLE, NC 27055
☏ (336) 849-7907

**YANCEY**
PO BOX 763
BURNSVILLE, NC 28714
☏ (828) 682-3950

# Tennessee Mail-In Application For Voter Registration

**You can use this form to:**
- register to vote in Tennessee or change your name and/or address.

**To register to vote:**
- you must be a U.S. citizen, AND
- you must be a resident of Tennessee, AND
- you must be at least 18 years old on or before the next election, AND
- If you have had a felony conviction, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. To assist in processing your application, provide the required information in box 4 and any responsive documents you have. For more information about this process, call **1-877-850-4959** or visit **sos.tn.gov/restoration**.

Are you interested in working on Election Day? ☐ YES ☐ NO

**Instructions/Checklist:**
- ☐ Please PRINT with a blue or black **INK** pen (not felt tip).
- ☐ Provide the information in boxes 1–4 below, read the VOTER DECLARATION in box 5, and sign by the **"X"** in box 5.
- ☐ You must mail or hand deliver this form to your county election commission at least 30 days before an election. Go to **sos.tn.gov/election-commission** to find your county election commission address.
- ☐ To ensure a more confidential mailing process for this form, you can place this application in an envelope addressed to the county election commission.

<span style="color:red">If you register by mail, you must vote **IN PERSON** the first time you vote after registering.</span>

If you are qualified and the information on your form is complete, we will add your name to the county's voter rolls. We will then mail you a voter registration card. This card will tell you where to vote.

**Names of persons selected for jury service in state court are not chosen from permanent voter registration records.**
Voter registration records are public records, open to inspection by any citizen of Tennessee, excluding social security numbers.

<span style="color:red">**Federal or Tennessee state government-issued photo ID is required to vote unless exception applies.**</span>

<span style="color:red">**Warning:** Knowingly giving false information to register to vote or attempting to register when not qualified is a felony punishable by not less than two (2) years nor more than twelve (12) years imprisonment or a fine of $5,000 or both.</span>

**FOR COUNTY ELECTION COMMISSION USE ONLY**
Mail _____ Reg # _____ Approved _____
Effective Date _____ P/A _____
District _____ Precinct _____ Ward _____

**1 VOTER ELIGIBILITY**
Are you a citizen of the United States? ☐ YES ☐ NO     Are you a resident of the State of Tennessee? ☐ YES ☐ NO     Will you be 18 or older on or before Election Day? ☐ YES ☐ NO

**If you answered "No" in response to any of the above, do not complete this form.**

**2 PERSONAL DETAILS**
Last Name: _____ First Name: _____ Middle Name: _____ Suffix: _____

SSN: __ __ __ / __ __ / __ __ __ __ Date of Birth: __ __ / __ __ / __ __ __ __ Sex: ☐ M ☐ F Race (optional): _____

Place of Birth (city/state): _____ Phone: ( __ __ __ ) __ __ __ - __ __ __ __

Residential Address: _____ (no PO box) Apt #: _____ City: _____

State: _____ Zip Code: _____ County: _____ Email (optional): _____

Mailing Address (if different): _____

**3 LAST ADDRESS OF VOTER REGISTRATION (if any)**
Name: _____ Address: _____ Apt #: _____
City: _____ State: _____ Zip Code: _____ County: _____

**4 FELONY CONVICTION** Have you ever been convicted of a felony? (If expunged, answer "no") ☐ YES ☐ NO *If yes, provide the following information (if known).*
Crime(s): _____ Date (mo./yr.): _____
Place (city/state): _____ Have you received a pardon or had your voting rights restored? ☐ YES ☐ NO *If yes, provide copy of document.*

**5 VOTER DECLARATION: I, being duly sworn on oath (or affirmation), declare that the above address is my legal residence and that I plan to remain at such residence for an undetermined period of time and say that to the best of my knowledge and belief all of the statements made by me are true.**

X _____  ___ / ___ / ___
Signature of Applicant     Date

_____  _____
Signature of Person Assisting Applicant   Address of Person Assisting Applicant

ss-3010 (Rev. 09/20)

FROM:

_____

_____

_____

_____

PLACE
STAMP
HERE
The Post Office
will not deliver
without postage.

OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service
®

## Voter Registration Document - Please Do Not Delay

TO:

_____ **COUNTY ELECTION COMMISSION**

_____

_____

_____

TRANSFERRED TO NEW ADDRESS

| New Address (and mailing address if different) | District/Ward/ Precinct | Clerk | Date | Additional Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# State of Utah Voter Registration Form

Reason(s) for completing form:
☐ New Registration ☐ Party Affiliation Change ☐ Address Change ☐ Name Change

**Eligibility** **1**

☐ Yes ☐ No  Are you a citizen of the United States?
*If you answered "No", do not complete this form.*

☐ Yes ☐ No  Will you be at least 18 years of age on or before election day?

☐ Yes ☐ No  If you checked "no" to the above question, are you 16 or 17 years of age and preregistering to vote?
*If you answered "No" to both of the prior two questions, do not complete this form.*

**Name** **2**

Last Name ___ First Name ___ Middle Name ___ Suffix ___

Name at Birth (if different from above) ___

**The address where you live** **3**

Residential Address (no P.O. Boxes) ___ Unit or Apt. Number ___ City or Town ___

State ___ Zip Code ___ County in Utah ___

**The address where you get your mail** **4**

☐ Same as above

Mailing Address or P.O. Box ___ Unit or Apt. Number ___

City or Town ___ State ___ Zip Code ___

**Identification** **5**

Write your birth date below:

___ – ___ – ___
MM   DD   YYYY

☐ I have a valid **Utah Driver's License** or valid **Utah ID** card.
**Write that number here:** ___

☐ I do not have a valid **Utah Driver's License** or valid **Utah ID** card.
**Write the last four digits of your Social Security Number here:** ___ ___ ___ ___

☐ I do not have a valid UT Driver's License, valid UT ID card, or a Social Security Number.

Place of Birth (state or country) ___ Place of naturalization (if applicable) ___ Date of naturalization (if applicable) ___

**Political party affiliation** **6**

I would like to be a member of the following political party:
☐ Constitution ☐ Democratic ☐ Green ☐ Independent American ☐ Libertarian
☐ Republican ☐ United Utah ☐ Unaffiliated (no party preference) ☐ Other: ___ (specify)

**Optional information** **7**

( ___ ) ___
Phone number with area code

☐ I am a voter with a disability ☐ I would like to be a poll worker

Important election information is often sent by email:
*(This **does not mean** your ballot will be emailed to you)*  Email Address (confidential) ___

**Active military and voters living outside of the U.S.** **8**

☐ I am a voter residing out of the U.S. ☐ I am an active military voter or a dependent of one
If you checked either of the boxes above, you may designate a fax number or email address where your ballot will be sent:

**Updating a current record?** **9**

☐ I have previously registered to vote
☐ I have never registered to vote (skip this section)

Previous Residential Address ___ Unit or Apt. Number ___

City or Town ___ State ___ Zip Code ___ Previous legal name (if applicable) ___

**Privacy information** **10**

Voter registration records contain some information that is available to the public, such as your name and address, some information that is available only to government entities, and some information that is available only to certain third parties in accordance with the requirements of law. Your driver license number, identification card number, social security number, email address, and full date of birth are available only to government entities. Your year of birth is available to political parties, candidates for public office, certain third parties, and their contractors, employees, and volunteers, in accordance with the requirements of law. You may request that all information on your voter registration records be withheld from all persons other than government entities, political parties, candidates for public office, and their contractors, employees, and volunteers, by indicating here:
☐ **Yes, I request that all information on my voter registration records be withheld from all persons other than government entities, political parties, candidates for public office, and their contractors, employees, and volunteers.**
*For information about requesting additional privacy protection, and to learn about specific circumstances when a person's voter registration can be withheld from the groups listed above, please see the reverse side of this form.*

**Voter Declaration** **11**

**Read and Sign below**

**Voter Declaration:** I do swear (or affirm), subject to penalty of law for false statements, that the information contained in this form is true and that I am a citizen of the United States and a resident of the State of Utah, residing at the above address. Unless I have indicated above that I am preregistering to vote in a later election, I will be at least 18 years of age and will have resided in Utah for 30 days immediately before the election. I am not a convicted felon currently incarcerated for commission of a felony.
**Citizenship Affidavit:** I hereby swear and affirm, under penalties for voting fraud set forth below in Utah Code Section 20A-2-401, that I am a citizen and that to the best of my knowledge and belief the information above is true and correct.

Signature ___ Today's Date ___

| OFFICE USE ONLY | Type of ID | Voting Precinct | Voting ID # | Type: Mail | Form Date: 05/20 |

# Information about this registration

*You may also register to vote or update your registration online at www.voter.utah.gov*

## How do I turn in this form?

You can submit this form by mailing, delivering, or scanning and emailing it to your county clerk's office. You can obtain your county clerk's contact information at www.vote.utah.gov or by calling the Office of the Utah Lieutenant Governor.

You may also mail your registration to:

Office of the Utah Lieutenant Governor
Elections Division
P.O. Box 142325
Salt Lake City, UT 84114

## Am I eligible to register to vote?

You are eligible to register to vote if you:

- Are a citizen of the United States
- Have resided in Utah for at least 30 days immediately before the next election
- Are at least 18 years of age on or before the next election*
- If you are 16 or 17 years of age, you may preregister to vote.

*A voter who is 17 years of age is eligible to participate in a Primary Election if they will turn 18 years of age on or before the date of the next General Election.*

## When is the voter registration deadline?

This registration form must be received by your county clerk's office at least 11 days before the election. If this form is not received by this deadline, you may register to vote at a voting center by voting with a provisional ballot and providing two forms of identification. You can find a list of acceptable forms of identification at www.vote.utah.gov.

## How will I know if my registration was processed?

Your county clerk's office will send you an official voter information card by mail within 30 days of processing your voter registration form. You can also check the status of your voter registration by visiting www.vote.utah.gov.

## Will I need identification to vote?

Yes, you will need to provide identification if you vote in person. If you are registering to vote for the first time and are voting by mail, you will need to provide identification to your county clerk's office. A list of acceptable forms of identification can be found at www.vote.utah.gov.

## Will I get a ballot in the mail?

If this form is received by your county clerk's office at least 11 days before an election, your county clerk's office will mail you a ballot. If you are unable to submit your registration at least 11 days before an election, you must vote at an in-person voting center.

You can find a nearby voting center on www.vote.utah.gov.

## Can I register to vote if I have been arrested or convicted of a crime?

You can register to vote if you:

- Are granted parole;
- Are on probation for a misdemeanor or a felony;
- Are a pretrial detainee awaiting trial;
- Are currently in jail serving a sentence for a misdemeanor that is not related to election law; or
- Are no longer serving a term of imprisonment due to a felony or misdemeanor conviction.

## Is voter registration information confidential?

The list of registered voters is considered public record and available to the general public in Utah. However, Utah law grants protections to voters who wish to not have their information publicly available. "Section 10" of the Voter Registration Form allows for a voter to protect their information from certain parties, while the section below (titled "How do I request additional privacy protection?") discusses additional privacy protections that are available to certain individuals. A few items remain confidential and are never provided to any requester: your social security number, your UT Driver's License number/UT ID number, email address, full date of birth, and your signature.

## How do I request additional privacy protection?

In addition to the protections outlined in "Section 10" of the Voter Registration Form, you may request that all information on your voter registration records be withheld from all political parties, candidates for public office, and their contractors, employees, and volunteers, by submitting a withholding request form, and any required verification, with this registration form, or to the Office of the Utah Lieutenant Governor or a county clerk.

Who can submit a withholding request form?

- A person who is a victim, or is likely to be a victim, of domestic violence or dating violence
- Law enforcement officers
- Individuals protected by protective or protection orders
- Members of the armed forces
- Public figures who have a higher safety risk due to their celebrity status or prominent position (does not include elected officials)
- A person who resides with a person described in the bullet points above.

You can obtain a withholding request form from your county clerk's office or the Office of the Utah Lieutenant Governor, or you may download the form online at www.vote.utah.gov.

## How do I vote if I'm a Utah resident but live outside of the state at the time of an election?

If you are a Utah resident who is actively serving military duty or currently resides outside of the U.S., complete "Section 8" of the Voter Registration Form to be eligible to receive a ballot by fax or email. If you are a Utah resident and would prefer to not receive your ballot at your primary residence, you can obtain an "Alternate Address Request Form" online at www.vote.utah.gov and submit it to your county clerk's office. This will enable you to receive your by-mail ballot at a separate address from your primary residence.

## Utah Elections (2020 - 2021)

2020 Primary Election - June 30, 2020
2020 General Election - November 3, 2020
2021 Municipal Primary Election - August 10, 2021
2021 Municipal General Election - November 2, 2021

## Who should I contact if I have more questions?

Contact your county clerk's office. You can obtain their contact information at www.vote.utah.gov.

You may also contact the Office of the Utah Lieutenant Governor:

Phone: (801) 538-1041
Email: elections@utah.gov
Website: www.vote.utah.gov



Save a stamp

Register online!



# Vermont
# Voter Registration Form

## Register to vote

With this form, you can register to vote in elections in Vermont.

You can also use this form to:
- Report a change of address
- Report a name change

### Register online
Save time.
Register online at
**olvr.vermont.gov**


Scan me

### How to return this form
Return your completed and signed form to your Town Clerk. You can:
- Drop it off in person
- Mail it
- Email it
Find your Town Clerk's mailing address and email address at **tinyurl.com/vtclerks**.

### Questions?
Call the Vermont State Elections Division at 802-828-2363.

Or call your Town Clerk. Find their contact information at **tinyurl.com/vtclerks**.

### What happens next?
You can check the status of your voter registration 3 days after your Town Clerk receives your completed form.
Go to **olvr.vermont.gov**.

If the Town Clerk or Board of Civil Authority finds that you are not eligible to vote, you will receive a notice that states why your application was rejected.

---

## Are you eligible to register?
To be eligible to vote in Vermont, you must:
- Be a citizen of the United States
- Be a resident of Vermont in the town where your residential address is, **or** be a military or overseas voter whose last US residence was in Vermont
- Take, or have previously taken the Voter's Oath
- Be 18 or older on Election Day

### Your identity
You must provide your date of birth and your place of birth. You must also provide **1 of the following:**
- Your VT Driver's License or Personal I.D. (PID) number
  **Or**
- If you do not have a VT DL or PID #, provide the last 4 digits of your Social Security number
If you don't have a PID number or a Social Security number, please contact the State Elections Division at 802-828-2363.

### Your addresses
You must register at your residential address. This is the address where you currently live.

If you receive mail at a different address from your residential address, provide a mailing address.

If you are already registered somewhere else, please provide your previous registration address.

### Your contact information
Your phone number and email address are confidential. We will only use them to contact you if we have a question about your voter registration information or your voted ballot.

## Registering in Vermont for the 1st time?
If you are registering in Vermont for the 1st time, you must complete the Voter's Oath. If you do not take oaths, you may take it as an affirmation.

If you are a 1st time VT registrant and you are mailing this form to your town clerk, you must also submit a photocopy of an acceptable form of ID.

Acceptable forms of ID are 1 of the following with your name and your current residential address:
- Current and valid photo ID
- Bank statement
- Utility bill
- Government document

## In prison or convicted of a felony?
If you were convicted of a felony, you can register and vote in Vermont.

If you are currently in prison, you can register and vote in Vermont. In section 4, use the residential address of the last place you lived before you were incarcerated.

## Your rights
If you were provided with this application form by a voter registration agency, you may decline to register. If you decline to register, your failure to register will remain confidential and will be used only for voter registration purposes.

If you are submitting this application through a voter registration agency, the office through which you submitted this application will remain confidential and will be used only for voter registration purposes.

## Providing false information is a crime
It is illegal to give false information on this form. Penalties for this crime include up to a $10,000 fine or imprisonment for not more than 15 years or both.

### Double Check Your Form
**Did you...**
- ☐ Provide your date of birth, place of birth, and identification in section 3?
- ☐ Sign the form in section 9?

**For 1st time registrants only...**
- ☐ Complete the Voter's Oath by checking the box in section 7?
- ☐ Submit a photocopy of acceptable ID (if you are mailing this form)?

# Vermont Voter Registration Form

Save time. Register online at **olvr.vermont.gov**.

Use this form to register to vote or update your registration in Vermont.

## Eligibility

**1**

If you answer "No" to any of these questions, do not complete this form. You are not qualified to vote in Vermont.

Are you a citizen of the United States of America?    Yes    No

Will you be 18 or older on or before Election Day?    Yes    No

Are you a resident of Vermont?    Yes    No

## Your name

**2**

If your name has changed, provide your former name.

Last name _____    First name _____

Middle name _____    Former name _____

## Voter identification

**3**

If you do not have a VT Driver's License / Personal I.D. # or a Social Security #, see the instructions.

Date of birth *(mm/dd/yyyy)* _____    **AND**    VT Driver's License / Personal I.D. (PID) # ☐☐☐☐☐☐☐☐

**OR**

Place of birth _____    Last 4 digits of your Social Security # *(Only if you do not have a VT DL/PID #)* ☐☐☐☐

## Residential address

**4**

Provide the address where you currently live.

Address *(not P.O. Box)* _____

City or Town _____    State **VT**    Zip _____

## Mailing address

**5**

Provide the address where you receive mail.

☐ Same as residential address in section 4

Address or P.O. Box _____

City or Town _____    State _____    Zip _____

## Already registered?

**6**

Provide your previous registration address.

Address *(not P.O. Box)* _____

City or Town _____    State _____    Zip _____

## Registering in Vermont for the 1st time?

**7**

If you are registering in Vermont for the 1st time, you must take the Voter's Oath. You may take the oath by reading it to yourself. You must be 18 or older to take the oath.

**Voter's Oath**

You solemnly swear or affirm that whenever you give your vote or suffrage, touching any matter that concerns the State of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person.

☐ By checking this box, I swear or affirm that I have taken the Voter's Oath.

**Are you mailing this application?**

If you are registering in Vermont for the 1st time and you are mailing this application to your town clerk, you must submit a photocopy of an acceptable form of ID. See the instructions for more information.

## Contact information

**8**

This is helpful if we have a question. *Confidential.*

Phone _____    Email _____

## Signature

**Required**

**9**

Fraudulently or falsely completing this form is a felony.

I hereby swear, or affirm, under penalty of perjury, that I am eligible to vote at the address in section 4 and that the statements that I made on this application are true.

**Voter, sign and date here** *(Required)*

X _____    Date *(mm/dd/yyyy)* _____

---

2022.02

**Official use only**

Who reviewed this application?

☐ Town Clerk

☐ BCA

**Town Clerk, sign here**    X _____

Was the application accepted and the applicant added to the checklist?

☐ Yes    Applicant's polling place _____

☐ No    Reasons for rejection _____

Date entered on checklist _____

Date notification sent to voter _____

Date approved _____

# EXHIBIT J

| What constitutes Documentary Proof of Residency? | |
|---|---|
| Valid/unexpired AZDL/ID# that the county verifies via MVD check | A.R.S. 16-123 ("A valid and unexpired Arizona driver license or nonoperating identification number that is properly verified by the county recorder satisfies the requirements of this section.")<br><br>If registrant fails to include AZDL/ID#, but MVD check acquires it, then this would satisfy A.R.S 16-123. |
| Copy of valid/unexpired AZDL/ID | A.R.S. 16-123<br>May list P.O. Box as address<br>Residential address does not need to match address listed on VR form since A.R.S 16-123 allows any valid/unexpired AZID to be submitted. |
| Tribal identification card (census card, tribal ID, tribal enrollment card) | A.R.S. 16-123 ("Any of the identifying documents prescribed in section 16-579, subsection a, paragraph 1 constitutes satisfactory proof of location of residence.")<br><br>16-579(A)(1)<br><br>Pursuant to Gonzalez, a Tribal ID does not require an address be listed. |
| Utility bill, bank statement, Arizona insurance card, Arizona vehicle registration, property tax statement, recorder's certification, voter ID card, federal or state issued ID card | A.R.S. 16-123 ("Any of the identifying documents prescribed in section 16-579, subsection a, paragraph 1 constitutes satisfactory proof of location of residence.")<br><br>16-579(A)(1)<br><br>Must contain residential address, not P.O. Box; photo ID not required. A.R.S. 16-123 ("...constitutes confirmation of the address on the applicant's application at the time of registration.") |
| Any other document or piece of mail that is issued by a government, educational institution, or place of business that provides the person's name and address. | A.R.S. 16-123<br>Examples may include: Rental agreement, college ID, pay stub, health insurance or Medicaid mailing |
| Written confirmation signed by the registrant that they qualify to register pursuant to 16-166(B) (providing an address at a homeless center; USPS General Delivery; Courthouse) | A.R.S. 16-123 |