**Volume II**
**Index of Exhibits to Declaration of Nicole Hansen in Support of Non-U.S. Plaintiffs' Combined Motions for Partial Summary Judgement and Response to Defendants' Motion for Partial Summary Judgment**

| Exhibit Number | Document Description | Citation or Bates Number (if applicable) |
|:---:|:---:|:---:|
| 1 | March 30, 2022, Letter from Governor Ducey to Secretary of State Hobbs re: HB2492 | |
| 2 | AZ Senate Bill 2492 (2022) (Chaptered Version) | |
| 3 | AZ House Bill 1638 (2022) (Chaptered Version) | |
| 4 | AZ House Bill 2243 (2022) (Chaptered Version) | |
| 5 | State of Arizona Official Canvass, 2022 General Election | |
| 6 | 2019 Arizona Elections Procedures Manual | |
| 7 | Oct. 21, 2021, Letter from Secretary Hobbs to Governor Ducey and Attorney General Brnovich re: 2021 Elections Procedures Manual Draft | |
| 8 | Dec. 22, 2021, Letter from Attorney General Brnovich to Secretary Hobbs re: 2021 Elections Procedures Manual Draft | |
| 9 | Arizona Voter Registration Form (State Form) | |
| 10 | National Mail Voter Registration Form (Federal Form) | |
| 11 | 2014 Arizona Elections Procedures Manual | |
| 12 | *LULAC v. Reagan*, Signed Order Entering Consent Decree | No. 2:17-cv-4102-DGC, ECF No. 37 |

| 13 | 2019 Addendum to 2014 Arizona Elections Procedures Manual | |
| 14 | *Gonzalez v. Arizona*, Joint Stipulation to Dismiss Pending Approval of Changes to Procedures | No. 2:06-cv-1268-ROS, ECF No. 749 |
| 15 | Dec. 30, 2022, Email from K. Lorick to County Recorders re: 2492/2243 Reminders | AZSOS-000001 to AZSOS-000002 |
| 16 | Attachments to Dec. 30, 2022, Email from K. Lorick to County Recorders and Elections Offices re: 2492/2243 Reminders | AZSOS-000003 to AZSOS-000023 |
| 17 | March 24, 2022, Letter from Arizona Association of Counties to Governor Ducey re: HB2492 Voter Registration; Verification; Citizenship | SCCR000104 to SCCR000106 |
| 18 | March 24, 2022, Letter from J. Marson to County Recorders and Elections Offices re: IMPORTANT – Send Veto Request to Gov Ducey re: HB2492 | SCCR000111 to SCCR000112 |
| 19 | March 24, 2022, Email from Pima County Recorder Cázares-Kelly re: Letter to Gov. Ducey | Pima County 0822 to Pima County 0823 |
| 20 | Defendant Cochise County Recorder David Stevens' Response to Plaintiff's First Set of Interrogatories | |
| 21 | *Arizona Asian American Native Hawaiian and Pacific Islanders for Equity Coalition v. Hobbs*, Answer to Complaint by Defendant Secretary of State Hobbs | No. 2:22-cv-1381-SRB, ECF No. 63 |
| 22 | July 22, 2022, NVRA Notice Letter from AZ AANHPI Equity Coalition to Secretary of State Hobbs | |
| 23 | August 15, 2022, NVRA Notice Letter from Promise Arizona and Southwest Voter Registration Education Project to Secretary of State Hobbs | |

| 24 | *Arizona Asian American Native Hawaiian and Pacific Islanders for Equity Coalition v. Hobbs*, Declaration of John H. Steinbach in Support of Plaintiff's Motion for Preliminary Injunction | No. 2:22-cv-1381-SRB, ECF No. 35 |
|---|---|---|
| 25 | *Arizona Asian American Native Hawaiian and Pacific Islanders for Equity Coalition v. Hobbs*, Exhibit 23 to Declaration of John H. Steinbach in Support of Plaintiff's Motion for Preliminary Injunction | No. 2:22-cv-1381-SRB, ECF No. 35-2 |
| 26 | *Arizona Asian American Native Hawaiian and Pacific Islanders for Equity Coalition v. Hobbs*, Motion for Preliminary Injunction | No. 2:22-cv-1381-SRB, ECF No. 32 |
| 27 | *Arizona Asian American Native Hawaiian and Pacific Islanders for Equity Coalition v. Hobbs*, Stipulated Order Regarding Motion for Preliminary Injunction | No. 2:22-cv-1381-SRB, ECF No. 53 |
| 28 | *Promise Arizona v. Hobbs*, Answer to Complaint by Secretary of State Hobbs | No. 2:22-cv-1602-SRB, ECF No. 46 |
| 29 | *Promise Arizona v. Hobbs*, Complaint | No. 2:22-cv-1602-SRB, ECF No. 1 |
| 30 | Arizona Citizens Clean Elections Commission, "Ballot by Mail" webpage | |

# Exhibit 7



**KATIE HOBBS**
SECRETARY OF STATE
*State of Arizona*

October 1, 2021

The Honorable Doug Ducey                    The Honorable Mark Brnovich
Governor of Arizona                          Arizona Attorney General
1700 W. Washington Street, 9th Floor         2005 N. Central Avenue
Phoenix, AZ 85007                            Phoenix, AZ 85004

Governor Ducey and Attorney General Brnovich,

Enclosed with this letter is the 2021 Elections Procedures Manual for your review and approval pursuant to A.R.S. § 16-452.

This updated Manual is a product of months of work with elections officials from all fifteen of Arizona's counties. As you may know, working with a group of such diverse stakeholders isn't always easy, but it's always worth it. Having the perspective of officials from counties large and small, urban and rural, has given us a Manual that truly works for the entire State. The input and feedback we received from elections officials during this process was invaluable and will truly benefit Arizona voters.

Additionally, we posted an initial draft of the Manual for public comment and held two public meetings for Arizonans to learn more about the Manual and offer their thoughts. The public comment period resulted in more than 6000 comments submitted to my Office. I feel confident that a draft of this Manual has never received so much public input. Some of the responses received from the public were well-stated and were incorporated into the Manual submitted to you today.

There are a couple notes about the Manual worthy of immediate mention.

- First, much has been made about my decision to change Arizona's policy regarding the tabulation of votes cast by out-of-precinct voters. Some believe that this policy is required by statute and have made reference to lower court decisions as evidence. However, no one has pointed to any statutory provision actually requiring the out-of-precinct policy and the Supreme Court's recent decision in *Brnovich v. DNC* made

**1700 West Washington Street, Floor 7**
**Phoenix, Arizona 85007-2808**
**Telephone (602) 542-4285 Fax (602) 542-1575**
**www.azsos.gov**

Page 1 of 2

clear that the policy is required by the Manual alone.[1] And as more counties now plan to move to the vote center model, it's likely that this policy will affect fewer and fewer voters, eliminating any meaningful administrative burden. The prior out-of-precinct policy only serves to throw out the votes of eligible and registered Arizona voters. Ultimately, I don't believe an archaic policy should stand between citizens and the exercise of their fundamental rights.

- Second, as you know, S.B. 1819 has been declared unconstitutional by Judge Katherine Cooper of the Maricopa County Superior Court in *Arizona School Boards Association, et al. v. State of Arizona*, No. CV2021-012741. Because an appeal is pending, relevant provisions of S.B. 1819 remain incorporated in the Manual, but are highlighted in yellow so they can be readily identified and removed if Judge Cooper's ruling is not overturned on appeal prior to the December 31st deadline for approval of the Manual.

In 2019, our Offices worked together to implement the first update to the Elections Procedures Manual in five years. Since then, our elections have become the subject of wild conspiracy theories and partisan attack. It's my hope that we can once again show our State that public officials across the political spectrum—whether Democrat, Republican, or Independent—can work together in the interest of all Arizonans.

Please do not hesitate to reach out with questions and comments as you review and approve this Manual.

Sincerely,

Katie Hobbs
Arizona Secretary of State

---

[1] *See Brnovich v. DNC*, 141 S.Ct. 2321, 2334 (2021) (stating that the out-of-precinct policy is enforceable through the EPM and A.R.S. § 16-452(C), not through the Attorney General's authority to enforce the statutes of Title 16 generally pursuant to A.R.S. § 16-1021). Further, while Judge Rayes, in his Amended Findings of Fact and Conclusions of Law, noted that the out-of-precinct policy "derives from the collective effect of A.R.S. §§ 16-122, -135, -584," there's an obvious difference between a policy being "derived from" versus being required by the cited statutory provisions. *See DNC v. Reagan*, 329 F. Supp. 3d 824, 832 (D. Ariz. 2018).

# Exhibit 8



MARK BRNOVICH
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
STATE OF ARIZONA

December 22, 2021

The Honorable Katie Hobbs
Arizona Secretary of State
1700 W. Washington, 7th Floor
Phoenix, Arizona 85007

Dear Secretary Hobbs:

 I am in receipt of your letter dated December 17, 2021, regarding the Elections Procedures Manual (EPM). I previously set forth my position to you in my letter to you dated December 9, 2021. In that letter I made clear what changes need to be made to assure the EPM complies with the law and does not unnecessarily expose election officials and workers to criminal penalties. I appreciate that you agree with many of these changes.

 However, in accordance with my independent statutory obligation to review the manual as Arizona's chief legal officer, I reiterate once again that I will only approve the EPM with the changes outlined in my December 9, 2021 correspondence.

 Finally, because of your unprecedented decision to file a bar complaint against me and many attorneys in our office, I must refrain from addressing your legal arguments and discussing this matter further with you. Once again, I hope you have a Merry Christmas and a Happy New Year.

    Sincerely,

    Mark Brnovich
    Attorney General

# Exhibit 9

# ARIZONA VOTER REGISTRATION FORM
## FORMULARIO DE REGISTRO ELECTORAL EN ARIZONA

FILL OUT COMPLETELY WITH A BLACK/BLUE PEN (RED SHADED BOXES ARE REQUIRED). TO BE ELIGIBLE TO VOTE A "FULL BALLOT," COMPLETE BOX 9, 10 OR 11 OR PROVIDE OTHER PROOF OF CITIZENSHIP - SEE BACK FOR DETAILS AND ADDITIONAL INSTRUCTIONS.
*LLENE COMPLETAMENTE CON PLUMA DE TINTA NEGRA/AZUL (LAS CASILLAS ROJAS SON REQUERIDAS). PARA VOTAR EN UNA "BOLETA ELECTORAL COMPLETA," LLENE LA CASILLA 9, 10 U 11 O INCLUYA OTRA PRUEBA DE CIUDADANÍA - VEA LOS DETALLES EN EL REVERSO.*

**1** | Active Early Voting List (AEVL) / *Lista Activa de Votación Temprana*
Receive your early ballot by mail! / *¡Reciba su boleta de votación temprana por correo!*

☐ **Yes**, I want to be added to AEVL and automatically get an early ballot by mail for every election for which I am eligible. (*To be on AEVL, your mailing address in Box 7 must be in Arizona.*)
*Sí. Quiero que me agreguen a la lista AEVL y recibir automáticamente una boleta de votación temprana por correo para cada elección. (Para estar en la lista AEVL, su dirección postal en la Casilla 7 debe estar en Arizona.)*

☐ **No**, I do not want to be added to AEVL. I understand CHECKING THIS BOX will remove my name from AEVL if it was previously included. / *No. No quiero que me agreguen a la lista AEVL. Yo entiendo que al MARCAR ESTA CASILLA removerán mi nombre de la lista AEVL si estaba incluido antes.*

REGISTER ONLINE / *REGÍSTRESE EN LÍNEA:*
**WWW.SERVICEARIZONA.COM**

FOR MORE INFORMATION / *PARA MÁS INFORMACIÓN:*
**WWW.AZSOS.GOV      1-877-THE-VOTE**

BOX FOR OFFICE USE ONLY
*ÁREA SÓLO PARA EL USO DE LA OFICINA*
S 00

**2** | Last Name / *Apellido* | First Name / *Nombre* | Middle Name / *Segundo Nombre* | Jr./Sr./III

**3** | Residential Address (where you live – no P.O. Box/business address) / *Domicilio Residencial (donde usted vive – no use un apartado postal ni dirección comercial)*
If no street address, describe location using mileage, cross streets, parcel #, subdivision name/lot, or landmarks. Draw a map and/or provide latitude/longitude or geocode in Box 23 if located in a rural area without a traditional street address. / *Si no cuenta con un domicilio de calle, describa la ubicación usando millaje, cruceros de calles, núm. de parcela, nombre de lote/ subdivisión, o detalles específicos de referencia. Dibuje un mapa y/o provea la latitud/longitud o código geográfico en la casilla 23 si está ubicado en un área rural sin domicilio tradicional de calles.*

**4** | Apt./Unit/Space / *Apto/Unidad/Espacio* | **5** | City / *Ciudad* | **6** | Zip / *Código Postal*

**7** | Mailing Address (where you get mail, *if not delivered to residential address*) / *Dirección Postal (donde usted recibe su correo, si su correo no es entregado a su domicilio residencial)*

**8** | Last 4 Digits of Social Security # / *Últimos 4 Dígitos del Núm. de Seguro Social*
X X X - X X -  ___   ___   ___   ___ | **9** | AZ Driver License or Nonoperating License # / *Núm. de Licencia de Manejo o Tarjeta de Identificación de Arizona* | **10** | Tribal ID # / *Núm. de Identificación Tribal*

**11** | Alien Registration, Naturalization Certificate, or Citizenship Certificate # / *Núm. de Registro de Extranjero, Núm. de Certificado de Naturalización o de Ciudadanía* | **12** | Birth Date (MM/DD/YYYY) / *Fecha de Nacimiento (MM/DD/AAAA)* | **13** | State or Country of Birth / *Estado o País de Nacimiento*

**14** | Party Preference / *Preferencia de Partido*
☐ Republican / *Republicano*
☐ Democratic / *Demócrata*
☐ Other / *Otro* _____
☐ None or No Party / *Ningún Partido* | **15** | Telephone Number / *Número de Teléfono*

Is this a cellphone? ☐ Yes/*Sí*  ☐ No
*¿Es éste número de un teléfono celular?* | **16** | Occupation / *Ocupación*

**17** | If you were registered to vote in another state or county, list former address (including county and state) / *Si usted estaba registrado/a para votar en otro estado o condado, anote el domicilio anterior (incluyendo el condado y el estado)* | **18** | Former Name(s) (if applicable) / *Nombre/s Previo/s (si es aplicable)*

**19** | Father's Name or Mother's Maiden Name / *Nombre de su padre/nombre de soltera de su madre* | **20** | Are you willing to work at a polling place on Election Day? / *¿Está dispuesto/a a trabajar en un lugar de votación el Día de la Elección?*
☐ Yes/*Sí*  ☐ No | **21** | E-Mail / *Correo Electrónico*

**22** | Are you a citizen of the United States of America? / *¿Es usted ciudadano/a de los Estados Unidos de América?* ☐ Yes/*Sí* ☐ No

Will you be at least 18 years old by Election Day? / *¿Cumplirá usted 18 años de edad en o antes del Día de la Elección?* ☐ Yes/*Sí* ☐ No

If you checked "No" to either of these questions, **DO NOT** submit this form.
*Si usted marcó "No" a cualquiera de estas preguntas, NO presente este formulario.*

**VOTER DECLARATION** – By signing below, I swear or affirm that the above information is true, that I am a RESIDENT of Arizona, I have NOT been convicted of a FELONY (or my civil rights have been restored - see back for details), and I have NOT been adjudicated INCAPACITATED with my voting rights revoked.

*DECLARACIÓN DEL/LA VOTANTE – Al firmar abajo, yo juro o afirmo que la información anterior es verdadera, que soy RESIDENTE de Arizona, que NO se me ha condenado por un DELITO GRAVE (o que mis derechos civiles han sido restituidos - vea en el reverso los detalles), y que NO se me ha dictaminado INCAPACITADO/A con mis derechos electorales revocados.*

SIGNATURE / *FIRMA*     X

DATE / *FECHA*
_____

**23** | If no street address, draw a map and/or provide the latitude/longitude or geocode here / *Si no tiene domicilio de calle, dibuje un mapa y/o provea la latitud/longitud o código geográfico aquí*

N

W/O ——————— E

S

**24** | If you are unable to complete or sign the form, the form can be completed at your direction. The person who assisted you must sign here. / *Si usted no puede completar o firmar el formulario, este formulario se puede llenar según sus instrucciones. La persona que le ayudó a hacerlo debe firmar aquí.*

SIGNATURE OF PERSON ASSISTING / *FIRMA DE LA PERSONA QUE LE AYUDO* | DATE / *FECHA*

<Remove tape and fold to mail - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Despegue la cinta adhesiva y doble el formulario para enviarla por correo>

**ADDITIONAL INFORMATION**

- Don't forget to sign and date your voter registration form.
- If you are mailing your completed and signed registration form, write your County Recorder's mailing address (listed at the bottom of the Voter Registration Information page) on the "To" lines below.
- The location where you submit your registration form or, if you decide not to register to vote, your decision not to register will be kept confidential.
- Citizens with disabilities may contact their County Recorder or Elections Department about early or accessible voting, and other accommodations.
- If you permanently move to another state after registering to vote in Arizona, your voter registration in Arizona will be canceled. Please contact your County Recorder's Office to inform them of your move.
- WARNING: Executing a false registration is a class 6 felony.

**INFORMACIÓN ADICIONAL**

- No olvide firmar y fechar su forma de registro electoral.
- Si usted va a enviar por correo su forma de registro llenada y firmada, escriba la dirección postal de su Registrador del Condado (indicada en la parte inferior de la página de Información de Registro Electoral) en las líneas "To" abajo.
- El lugar donde sometió su forma de registro y, si decide no registrarse para votar, su decisión de no registrarse, se mantendrán en confidencia.
- Ciudadanos con discapacidades pueden contactar al Registrador del Condado o Depto. de Elecciones sobre la votación temprana o accesible, y otras modificaciones.
- Si se muda permanentemente a otro estado después de registrarse para votar en Arizona, su inscripción de votante en Arizona será cancelada. Por favor comuníquese con la Oficina del Registrador de su Condado para informarles de su mudanza.
- AVISO: La ejecución de un registro electoral falso es un delito grave de clase 6.

<Fold Line - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Línea de Plegado>

TO:

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

FROM:

PLACE STAMP HERE

# VOTER REGISTRATION INFORMATION

Use this form to register to vote in Arizona or update your voter registration. **You must update your registration whenever you move, change your name, or change your political party affiliation.** Call your County Recorder's office (listed below) with any questions about voter registration.

## TO REGISTER TO VOTE IN ARIZONA, YOU MUST BE:
- A **U.S. citizen** (proof of citizenship required to vote a "full ballot")
- A **resident** of Arizona and the county listed on your registration
- **18 years** of age or more by the next regular General Election

## YOU CANNOT REGISTER TO VOTE IN ARIZONA IF:
- You have been found mentally **incapacitated** by a court and your voting rights were not preserved; or
- You have been convicted of a **felony** and have not had your civil rights restored. Civil rights are automatically restored if you have only **one** felony conviction, completed your sentence, parole, or probation, and paid any victim restitution.

*You can register to vote if you have only misdemeanor convictions or you are in pretrial detention and are otherwise eligible.*

## GENERAL INFORMATION
- Register **online** at www.servicearizona.com, or **mail** or **take** your completed, signed form to your County Recorder (acceptable mailing addresses provided below) or person designated to receive registration forms. Keep this copy as your receipt. The County Recorder will send you a confirmation of registration within 4-6 weeks.
- Fill in your political party preference in Box 14. If you leave this box blank as a first-time registrant, your party will be none or "No Party Designated." If you are already registered and you leave this box blank, you will keep your prior party preference. If you pick "Other," write the full name of your preferred party on the line provided.

## REGISTRATION DEADLINE
- **You must register at least 29 days before the election** (or the next business day if that deadline falls on a holiday) to vote in that election.
- If returned by mail, the registration must be: (1) postmarked by the deadline and received by the County Recorder by 7:00 p.m. on Election Day; or (2) dated on or before the deadline and received by the County Recorder no later than 5 days after the deadline.

### PROOF OF CITIZENSHIP REQUIREMENT
To be eligible to vote a "full ballot," you must submit proof of citizenship with your registration form or by 5:00 p.m. on the Thursday before Election Day. A "full ballot" includes all federal, state, county, and local races and ballot questions for which you are eligible to vote.

If you do not submit proof of citizenship and we cannot acquire your proof of citizenship from the Arizona Motor Vehicle Division or the statewide voter registration database, you will receive a "federal-only" ballot, which has only federal races and no state, county, or local races or initiatives/referendums.

You don't need to resubmit proof of citizenship if you previously registered to vote in Arizona and submitted citizenship proof, and are using this form to update your name, party affiliation, or address after moving within the state.

#### VALID FORMS OF PROOF OF CITIZENSHIP
If you have an **Arizona driver's license or non-operating license** issued after October 1, 1996, write the number in Box 9. This will serve as proof of citizenship and no additional documents are needed. However, if your license was issued when you were *not* a U.S. citizen but you later became a U.S. citizen, complete Box 11 or provide another form of proof of citizenship.

Other acceptable proof of citizenship (only one is needed):
- Legible copy of a birth certificate that verifies citizenship. If the name on the birth certificate is not the same as your current legal name, submit supporting documents (e.g. marriage certificate).
- Legible copy of the pertinent pages of your passport
- Presentation to the County Recorder of U.S. naturalization documents, or provide your Alien Registration Number, Naturalization Certificate Number, or Citizenship Certificate Number (Box 11)
- Indian Census Number, Bureau of Indian Affairs Number, Tribal Treaty Card Number, or Tribal Enrollment Number (Box 10)
- Legible copy of your Tribal Certificate of Indian Blood or Tribal or Bureau of Indian Affairs Affidavit of Birth

**Do not send original documents.** Make a printed copy of proof of citizenship and mail it with your completed registration form to your County Recorder. Visit www.azsos.gov if you have questions about proof of citizenship.

# INFORMACIÓN DE REGISTRO ELECTORAL

Use este formulario para registrarse para votar en Arizona o actualizar su registro. **Usted debe actualizar su registro cada vez que se mude, cambie su nombre, o cambie su afiliación de partido político.** Llame al Registrador de su Condado (listado abajo) con cualquier pregunta sobre el registro electoral.

## PARA REGISTRARSE PARA VOTAR EN ARIZONA, USTED DEBE:
- Ser **ciudadano/a de los E.U.A.** (requiere prueba de ciudadanía para votar la "boleta electoral completa")
- Ser **residente** de Arizona y del condado listado en su registro
- Tener **18 años** de edad ó más en ó antes de la próxima Elección General

## USTED NO PUEDE REGISTRARSE PARA VOTAR EN ARIZONA SI:
- Una corte dictaminó que usted está **mentalmente incapacitado/a** y no se conservaron sus derechos de voto: o
- A usted se le ha condenado por un **delito grave** y no se le han restaurado sus derechos civiles. Los derechos civiles se restauran automáticamente si usted sólo tiene **una** condena por un delito grave, ha completado su sentencia, libertad condicional, o régimen probatorio, y ha pagado cualquier restitución.

*Puede registrarse si sólo tiene condenas por delitos menores o está detenido/a antes del juicio y es elegible para votar al cumplir con los otros requisitos.*

## INFORMACIÓN GENERAL
- Regístrese **en línea** en www.servicearizona.com, o **envíe por correo postal** o **lleve** su formulario de registro llenada y firmada al Registrador de su Condado (dirección postal indicada abajo) o a una persona designada para recibir dichas formas. Conserve esta copia como su recibo. El Registrador del Condado le enviará a usted una confirmación dentro de 4-6 semanas.
- Llene su preferencia de partido político en la Casilla 14. Si la deja en blanco al registrarse por primera vez, su partido será ninguno o "Ningún Partido Designado." Si deja esta casilla en blanco y ya se había registrado en el estado, se mantendrá su preferencia de partido político anterior. Si elige "Otro," escriba el nombre completo de su partido de preferencia en la línea provista.

## FECHA LÍMITE PARA EL REGISTRO
- Usted se debe registrar por lo menos 29 días antes de la elección (o al siguiente día hábil si la fecha límite cae en un día festivo reconocido por el estado) para ser elegible para votar en la elección.
- Si envía por correo, el formulario debe ser: (1) estampada en/antes de la fecha límite de registro y el Registrador del Condado debe recibirla en/antes de las 7:00 p.m. el día de la elección: ó (2) fechada en o antes de la fecha límite y recibida por el Registrador no más tarde de 5 días después de la fecha límite.

### REQUISITO DE PRUEBA DE CIUDADANÍA
Para votar usando la "boleta electoral completa," usted debe presentar prueba de ciudadanía con su formulario de registro o antes de las 5:00 p.m. del jueves previo **al Día de la Elección.** Una "boleta electoral completa" incluye todas las contiendas federales, estatales, del condado y locales y propuestas/referéndums para las que usted sea elegible para votar.

Si no presenta prueba de ciudadanía y nosotros no podemos adquirir dicha prueba de la División de Vehículos Motorizados de Arizona o de la base de datos del registro electoral del estado, usted recibirá una boleta electoral "sólo federal," que incluye sólo contiendas federales y excluye las del estado, condado, o locales o propuestas/referéndums.

Usted no necesita volver a enviar prueba de ciudadanía si se registró antes en Arizona y presentó dicha prueba, y está usando este formulario para actualizar su nombre, afiliación de partido, o domicilio después de mudarse dentro del estado.

#### FORMAS VÁLIDAS DE PRUEBA DE CIUDADANÍA
Si usted tiene una **licencia de manejo de Arizona o tarjeta de identificación** emitida después del 1° de octubre de 1996, anote el número en la Casilla 9. Esto servirá como prueba de ciudadanía y no necesitará documentos adicionales. Pero si su licencia fue emitida cuando usted *no* era ciudadano y se convirtió más tarde en ciudadano/a de los Estados Unidos, complete la Casilla 11 o provea otra forma de ciudadanía.

Otras pruebas aceptables de ciudadanía (sólo necesita una) incluyen:
- Copia legible del certificado de nacimiento que verifique la ciudadanía. Si el nombre en el certificado de nacimiento no es igual a su nombre legal actual, presente documentación legal de apoyo (ejemplo: certificado de matrimonio).
- Copia legible de las páginas pertinentes de su pasaporte
- Presentación al Registrador del Condado de los documentos de naturalización de los Estados Unidos, o dónde su Número de Registro de Extranjero, Número del Certificado de Naturalización, o Número del Certificado de Ciudadanía (Casilla 11)
- Número de Censo Indio, Número de la Oficina de Asuntos Indios, Número de la Tarjeta del Tratado Tribal, o Número de la Inscripción Tribal (Casilla 10)
- Copia legible su Certificado Tribal de Sangre India o Afidávit de Nacimiento Tribal o de la Oficina de Asuntos Indios

No envíe documentos originales. Haga una copia impresa de la prueba de ciudadanía y envíela por correo postal con su formulario de registro completa al Registrador de su Condado. Visite www.azsos.gov si tiene preguntas sobre pruebas de ciudadanía.

---

**Apache County Recorder**
St. Johns, AZ 85936
(928) 337-7516 (TDD# 800-361-4402)

**Cochise County Recorder**
Bisbee, AZ 85603
(520) 432-8358 (TDD# 432-8360)

**Coconino County Recorder**
Flagstaff, AZ 86001

**Graham County Recorder**
Safford, AZ 85548
(928) 428-3560 (TDD# 428-3562)

**Greenlee County Recorder**
Clifton, AZ 85533
(928) 865-2632 (TDD# 865-2632)

**La Paz County Recorder**
Parker, AZ 85344

**Mohave County Recorder**
Kingman, AZ 86402
(928) 753-0767 (TDD# 753-0701)

**Navajo County Recorder**
Holbrook, AZ 86025
(928) 524-4192 (TDD# 524-4294)

**Pima County Recorder**
Tucson, AZ 85702

**Santa Cruz County Recorder**
Nogales, AZ 85621
(520) 375-7990 (TDD# 375-7934)

**Yavapai County Recorder**
Prescott, AZ 86305
(928) 771-3248 (TDD# 771-3530)

**Yuma County Recorder**
Yuma, AZ 85364

# Exhibit 10

# Register To Vote In Your State By Using This Postcard Form and Guide



# For U.S. Citizens

OMB Control No. 3265-0015

# General Instructions

**Who Can Use this Application**

If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

- Register to vote in your State,
- Report a change of name to your voter registration office,
- Report a change of address to your voter registration office, or
- Register with a political party.

**Exceptions**

Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wyoming** law does not permit mail registration.

**How to Find Out If You Are Eligible to Register to Vote in Your State**

Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You **cannot** be registered to vote in more than one place at a time.

**How to Fill Out This Application**

Use both the Application Instructions and State Instructions to guide you in filling out the application.

- First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.
- Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and refer to these instructions for information about voter eligibility and any oath required for Box 9.

**When to Register to Vote**

Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

**How to Submit Your Application**

Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

**First Time Voters Who Register by Mail**

If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:

- A current and valid photo identification or
- A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to submit a **COPY**, please keep the following in mind:

- Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.
- Do not submit original documents with this application, only **COPIES.**

**If You Were Given this Application in a State Agency or Public Office**

If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.

Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

**Box 1 — Name**
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials. *Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

**Box 2 — Home Address**
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before but this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, or if you have no address, please show where you live using the map in Box C *(at the bottom of the form).*

**Box 3 — Mailing Address**
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

**Box 4 — Date of Birth**
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

**Box 5 — Telephone Number**
Most States ask for your telephone number in case there are questions about your application. However, you do not have to fill in this box.

**Box 6 — ID Number**
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

**Box 7 — Choice of Party**
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do not want to register with a party, write "no party" or leave the box blank. Do not write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.
*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

**Box 8 — Race or Ethnic Group**
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not* of Hispanic Origin
- Hispanic
- Multi-racial
- White, *not* of Hispanic Origin
- Other

**Box 9 — Signature**
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ____ Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
■ I am a United States citizen
■ I meet the eligibility requirements of my state and subscribe to any oath required.
■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ____ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
■ Write in the names of the crossroads (or streets) nearest to where you live.
■ Draw an X to show where you live.
■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

**NORTH ↑**

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
**X**

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

## FOR OFFICIAL USE ONLY

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service* ®

_____

_____

_____

_____

OMB Control No. 3265-0015

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | |
|---|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No | | This space for office use only. |
| Will you be 18 years old on or before election day? ☐ Yes ☐ No | | |

**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| | | | | |
|---|---|---|---|---|
| **1** | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV |

| | | | | | |
|---|---|---|---|---|---|
| **2** | Home Address | | Apt. or Lot # | City/Town | State | Zip Code |

| | | | | |
|---|---|---|---|---|
| **3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |

| | | | | | |
|---|---|---|---|---|---|
| **4** | Date of Birth _____ Month  Day  Year | **5** | Telephone Number (optional) | **6** | ID Number - (See item 6 in the instructions for your state) |
| **7** | Choice of Party (see item 7 in the instructions for your State) | **8** | Race or Ethnic Group (see item 8 in the instructions for your State) | | |

| | |
|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.<br><br>Please sign full name (or put mark) ▲<br><br>Date: _____ Month  Day  Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| | | | | |
|---|---|---|---|---|
| **A** | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | | | | | |
|---|---|---|---|---|---|
| **B** | Street (or route and box number) | | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| | |
|---|---|
| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.<br><br>**NORTH ↑**<br><br>Example — Route #2 — ● Grocery Store — Woodchuck Road — Public School ● — **X** |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

## FOR OFFICIAL USE ONLY

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



# State Instructions

## Alabama

**Updated: 08-31-2018**

**Registration Deadline —** Voter registration is closed during the fourteen days preceding an election. Applications must be postmarked or delivered by the fifteenth day prior to the election.

**6. ID Number.** If you have one, you must provide your Alabama driver's license number or Alabama nondriver identification card number. If you do not have an Alabama driver's license or nondriver identification card, you must provide the last 4 digits of your Social Security number. If you have not been issued any of these numbers you must write the word "NONE" and a unique identifier will be provided for you.

**7. Choice of Party.** Optional: You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group. Y**ou are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Alabama you must:
• be a citizen of the United States
• be a resident of Alabama and your county at the time of registration
• be 18 years old before any election
• not have been convicted of a felony involving moral turpitude (or have had your civil and political rights restored). The list of moral turpitude felonies is available on the Secretary of State web site at: sos.alabama.gov/mtfelonies

• not currently be declared mentally incompetent through a competency hearing
• swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means and that the information contained herein is true, so help me God"

**Mailing address:**
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

## Alaska

**Updated: 03-01-2006**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

**7. Choice of Party.** You do not have to declare a party affiliation when registering to vote. If you

do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one ballot from the ballots available.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Alaska you must:
• be a citizen of the United States
• be at least 18 years old within 90 days of completing this registration
• be a resident of Alaska
• not be a convicted felon (unless unconditionally discharged)
• not be registered to vote in another State

**Mailing address:**
Division of Elections
State of Alaska
PO Box 110017
Juneau, AK 99811-0017

## Arizona

**Updated: 03-01-2006**

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must

# State Instructions

include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

**7. Choice of Party.** If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualified for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arizona you must:
• be a citizen of the United States
• be a resident of Arizona and your county at least 29 days preceding the next election
• be 18 years old on or before the next general election
• not have been convicted of treason or a felony (or have had your civil rights restored)
• not currently be declared an incapacitated person by a court of law

**Mailing address:**
Secretary of State/Elections
1700 W. Washington, 7th Floor
Phoenix, AZ 85007-2888

## Arkansas

**Updated: 03-01-2006**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arkansas you must:
• be a citizen of the United States
• live in Arkansas at the address in Box 2 on the application
• be at least 18 years old before the next election
• not be a convicted felon (or have completely discharged your sentence or been pardoned)
• not claim the right to vote in any other jurisdiction
• not previously be adjudged mentally incompetent by a court of competent jurisdiction

**Mailing address:**
Secretary of State
Voter Services
P.O. Box 8111
Little Rock, AR 72203-8111

## California

**Updated: 10-10-2021**

**Registration Deadline —** 15 days before the election; conditional

voter registration up to and including Election Day.

**6. ID Number.** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote if it is your first time voting in a federal election.

**7. Choice of Party.** If you wish to choose a party preference, please enter the name of the political party. If you do not want to choose a political party, enter "No Party Preference" in the space provided. California law allows voters who choose "No Party Preference" or have chosen a preference for a nonqualified political party to vote in the presidential primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.sos.ca.gov to learn which political parties allow "No Party Preference" voters and voters who have disclosed a preference for a nonqualified political party to participate in their presidential primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:
• be a citizen of the United States
• be a resident of California
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote

# State Instructions

• not currently serving a state or federal prison term for the conviction of a felony
• not currently found to be mentally incompetent to vote by a court

Your signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

**Mailing address:**
Secretary of State
Elections Division
1500 11th Street, 5th Floor
Sacramento, CA 95814

## Colorado

**Updated: 10-16-2018**

**Registration Deadline —** You may register up to, and on, Election Day. You must register 8 days or more before election day to have a ballot mailed to you. If you register less than 8 days before election day, then you must appear in person in your county to vote.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or identification number. If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** You may register with a party. If you leave this section blank you will not be registered with any party.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Colorado you must:
• be a citizen of the United States
• be a resident of Colorado for at least 22 days immediately before the Election in which you intend to vote
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote
• not be serving a sentence (including parole) for a felony conviction

**Mailing address:**
Colorado Secretary of State
1700 Broadway, Suite 200
Denver, Colorado 80290

## Connecticut

**Updated: 09-03-2019**

**Registration Deadline —** postmarked seven (7) days before the election; postmarked five (5) days before the primary.

**6. ID Number.** Connecticut Driver's License Number, or if none, the last four digits of your Social Security Number.
**7. Choice of Party.** This is optional, but you must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Connecticut you must:
• be a citizen of the United States
• be a resident of Connecticut and of the town in which you wish to vote
• be 17 years old. 17 year olds who will turn 18 on or before Election Day, may participate in the general primary.
• have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters
• not currently be declared mentally incompetent to vote by a court of law

**Mailing address:**
Secretary of the State of Connecticut
Elections Division
P.O. Box 150470
Hartford, CT 06115-0470

## Delaware

**Updated: 04-18-2018**

**Registration Deadline —** The 4th Saturday before a primary or general election, and 10 days before a special election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** You may register to vote in Delaware if you:

# State Instructions

• are a citizen of the United States, AND

• are a resident of Delaware; (Delaware is your home), AND

• will be 18 years old on or before the date of the next General Election.

You may not register to vote in Delaware if you:

• have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR

• were convicted of a felony and have not completed your sentence, OR

• were convicted of a disqualifying* felony and have not been pardoned.

　*List of Disqualifying Felonies:
　• murder or manslaughter, (except vehicular homicide);
　• any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
　• any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

**Mailing address:**
　State of Delaware
　Office of the State Election Commissioner
　905 S. Governors Ave., Suite 170
　Dover, DE 19904

## District of Columbia

**Updated: 10-10-2021**

**Registration Deadline** — 21 days before the election if registering by mail, online, or via mobile app, but a voter may register in-person during early voting and on Election Day.

**6. ID Number.** Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To vote in the District of Columbia you must:

• Be a United States citizen

• Be a resident of the District of Columbia

• Maintain residency in the District of Columbia for at least 30 days prior to the election in which you intend to vote

• Not claim voting residence or the right to vote in another U.S. state or territory

• Be at least 17 years old (You may register to vote if you are at least 16 years old. You may vote in a primary election if you are at least 17 years old and you will be at least 18 years old by the next general election. You may vote in a general or special election if you are at least 18 years old).

• Not have been found by a court to be legally incompetent to vote

**Mailing address:**
　District of Columbia Board of Elections
　1015 Half Street, SE, Suite 750
　Washington, DC 20003

## Florida

**Updated: 11-30-2011**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number. If you have not been issued any of these numbers, you must write the word "NONE."

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are requested, but not required, to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Florida you must:

• be a citizen of the United States

• be a legal resident of both the State of Florida and of the county in which you seek to be registered

• be 18 years old (you may pre-register if you are at least 16)

• not be adjudicated mentally incapacitated with respect to voting in Florida or any other State, or if you have, you must first have your voting rights restored.

• not be a convicted felon, or if you are, you must first have your civil rights restored if they were taken away.

• swear or affirm the following:

# State Instructions

"I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information in this application is true."

**Mailing address:**
State of Florida
Department of State
Division of Elections
The R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

## Georgia

Updated: 08-15-2013

**Registration Deadline —** The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other that those dates prescribed by the Georgia Election Code, registration would close on the 5th day after the call.

**6. ID Number.** Federal law requires you to provide your full GA Drivers License number or GA State issued ID number. If you do not have a GA Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifier will be provided for you.

**7. Choice of Party.** You do not have to register with a party to take part in that party's primary, caucus or convention.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Georgia you must:
• be a citizen of the United States
• be a legal resident of Georgia and of the county in which you want to vote
• be 18 years old within six months after the day of registration, and be 18 years old to vote
• not be serving a sentence for having been convicted of a felony
• not have been judicially determined to be mentally incompetent, unless the disability has been removed

**Mailing address:**
Elections Division
Office of the Secretary of State
2 Martin Luther King Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

## Hawaii

Updated: 10-10-2021

**Registration Deadline —** 10 days before the election.

**6. ID Number.** When you register to vote, you must provide your Hawaii driver's license or State identification number, if you have one. If you do not have a driver's license or ID number, you must provide the last four digits of your Social Security Number (SSN). If you do not have any of this information, the Clerk's Office will issue you a unique identification number, which will serve to

identify you for voter registration purposes.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Race or ethnic group information is not required for voter registration.

**9. Signature.** To register in Hawaii you must:
• be a citizen of the United States
• be a resident of the State of Hawaii
• be at least 16 years old (you must be 18 years old by election day in order to vote)
• not be incarcerated for a felony conviction
• not be adjudicated by a court as "non compos mentis"

**Mailing address:**
Office of Elections
State of Hawaii
802 Lehua Avenue
Pearl City, HI 96782

## Idaho

Updated: 06-27-2022

**Registration Deadline —** 25 days before the election.

**6. ID Number.** Enter the number from your Idaho driver's license card or state identification card issued by the Idaho Transportation Department. If you have no such card, enter the last 4 digits of your social security number.

**7. Choice of Party.** Unless the political party chooses to have an open primary, affiliating with a political party is required if you wish to participate in a party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Idaho you must:

# State Instructions

• be a citizen of the United States
• have resided in Idaho and in the county for 30 days prior to the day of election
• be at least 18 years old
• not have been convicted of a felony, and without having been restored to the rights of citizenship, or confined in prison on conviction of a criminal offense

**Mailing address:**
Secretary of State
P.O. Box 83720
State Capitol Bldg.
Boise, ID 83720-0080

## Illinois

Updated: 09-03-2019

**Registration Deadline —** Online Registration is available until 16 days before the election and in-person registration is available through Election Day.

**6. ID Number.** Illinois requires either the Driver's License (or Secretary of State ID Card) or the last 4 digits of Social Security Number. For people who do not have either of those items, and have not registered in Illinois before, a mail in registration form should be accompanied by a copy of other identifying information: you must send, with this application, either (i) a copy of a current and valid photo identification, or (ii) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If you do not provide the information required above, then you will be required to provide election officials with either (i) or

(ii) described above the first time you vote at a voting place.
**7. Choice of Party.** Leave Blank. Exception: for primary elections, unless a voter only wishes to vote on public questions, a party preference should be indicated.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** A signature is required. If signature is missing from registration form, you will be notified your registration is incomplete.
To register in Illinois you must:
• be a citizen of the United States
• be a resident of Illinois and of your election precinct at least 30 days before the next election
• be at least 18 years old on or before the next General Election or Consolidated Election
• cannot be serving a sentence of confinement in any penal institution as a result of conviction of any crime
• not claim the right to vote anywhere else

**Preregistration for 17 Year Olds.** Illinois permits registration by a 17 year old person who will be 18 on or before the General Election (or the Consolidated Election, the odd year election for city, township, school board and other local offices) to register and vote in the General Primary (or Consolidated Primary) which will nominate candidates for that next following General Election (or Consolidated Election).

**Mailing address:**
State Board of Elections
2329 S. MacArthur Boulevard
Springfield, IL 62704

## Indiana

Updated: 03-01-2006

**Registration Deadline —** 29 days before the election.

**6. ID Number.** Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)
**7. Choice of Party.** Leave blank.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Indiana you must:
• be a citizen of the United States
• have resided in the precinct at least 30 days before the next election
• be at least 18 years of age on the day of the next general election
• not currently be in jail for a criminal conviction

**Mailing address:**
Election Division
Office of the Secretary of State
302 West Washington Street, Room E-204
Indianapolis, IN 46204-2743

## Iowa

Updated: 10-31-2020

**Registration Deadline —** Must be delivered by 5 p.m. 10 days before the election, if it is a general election; 11 days before all others.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received after the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day

# State Instructions

registration. You can find these on the Iowa Secretary of State's website: https://sos.iowa.gov/elections/voterinformation/edr.html.

**6. ID Number.** Your ID number is your Iowa driver's license number (or Iowa non-operator identification number) if you have one, if not then the last four digits of your social security number. The ID number you provide will be verified with the Iowa Department of Transportation or the Social Security Administration.

**7. Choice of Party.** You may, but do not have to, register with a party in advance if you want to take part in that party's primary election. You may change or declare a party affiliation at the polls on primary election day.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Iowa you must:
• be a citizen of the United States
• be a resident of Iowa
• be at least 17 years old; A person may vote if they will be 18 years old on or before election day. In the case of primary elections, a person may vote if they will be 18 years old on or before the corresponding regular election.
• not have been convicted of a felony or have had your rights restored
• not currently be judged by a court to be "incompetent to vote"
• not claim the right to vote in more than one place
• give up your right to vote in any other place

**Mailing address:**
    Elections Division
    Office of the Secretary of State
    Lucas Building-1st Floor

321 E. 12th Street
Des Moines, IA 50319

| **Kansas** |
|---|

**Updated: 10-25-2013**

**Registration Deadline —** Postmarked or delivered 21 days before the election

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a nondriver's identification card or social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. The number you provide will be used for administrative purposes only and will not be disclosed to the public. (KSA 25-2309).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kansas you must:
• be a citizen of the United States
• be a resident of Kansas
• be 18 by the next election
• have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
• not claim the right to vote in any other location or under any other name
• not be excluded from voting by a court of competent jurisdiction

# State Instructions

**Mailing address:**
>   Secretary of State
>   1st Floor, Memorial Hall
>   120 SW 10th Ave.
>   Topeka, KS 66612-1594

## Kentucky

**Updated: 03-01-2006**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your full social security number is required. It is used for administrative purposes only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kentucky you must:
• be a citizen of the United States
• be a resident of Kentucky
• be a resident of the county for at least 28 days prior to the election date
• be 18 years of age on or before the next general election
• not be a convicted felon or if you have been convicted of a felony, your civil rights must have been restored by executive pardon
• not have been judged "mentally incompetent" in a court of law
• not claim the right to vote anywhere outside Kentucky

**Mailing address:**
>   State Board of Elections
>   140 Walnut Street
>   Frankfort, KY 40601-3240

## Louisiana

**Updated: 02-28-2019**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If the applicant has neither a Louisiana driver's license, a Louisiana special identification card, or a social security number, the applicant shall attach one of the following items to his application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of applicant. Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405).

**7. Choice of Party.** If you do not list a party affiliation, you may not be able to vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.

**8. Race or Ethnic Group.** Completing this box is optional. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Louisiana you must:
• be a citizen of the United States
• be a resident of Louisiana (Residence address must be address where you claim homestead exemption, if any, except for a resident in a nursing home or veteran's home who may elect to use the address of the nursing home or veterans' home or the home where he has a homestead exemption. A college student may elect to use his home address or his address while away at school.)
• be at least 17 years old (16 years old if registering to vote with application for Louisiana driver's license or in person at registrar of voters office), and be 18 years old prior to the next election to vote
• not currently be under an order of imprisonment for conviction of a felony; or if under such an order (1) not have been incarcerated pursuant to the order within the last five years and (2) not be under an order of imprisonment related to a felony conviction for election fraud or any other election offense pursuant to R.S. 18:1461.2
• not be under a judgment of full interdiction for mental incompetence or limited interdiction where your right to vote has been suspended

**Mailing address:**
>   Secretary of State
>   Attention: Elections Division
>   P.O. Box 94125
>   Baton Rouge, LA 70804-9125

## Maine

**Updated: 08-14-2012**

**Registration Deadline** — Delivered 21 business days before the election (or a voter may register

# State Instructions

*in-person* up to and including election day).

**6. ID Number.** You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Number. Voters who don't have either of these forms of ID must write "NONE" in this space.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless otherwise permitted by a political party).

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maine you must:
• be a citizen of the United States
• be a resident of Maine and the municipality in which you want to vote
• be at least 17 years old (you must be 18 years old to vote)

**Mailing address:**
Elections Division
Bureau of Corporations,
Elections and Commissions
101 State House Station
Augusta, ME 04333-0101

## Maryland

**Updated: 10-10-2021**

**Registration Deadline —** In-person registration by 5:00 p.m., online registration by 11:59 p.m., or postmarked 21 days before the election.

**6. ID Number.** If you do not have a current, valid Maryland driver's license or MVA ID card, you must

enter the last 4 digits of your social security number. The statutory authority allowing officials to request the last 4 digits of your social security number is Election Law Article, § 3-202. The number will only be used for registration and other administrative purposes. It will be kept confidential.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maryland you must:
• be a U.S. citizen
• be a Maryland resident
• be at least 16 years old*
• not be under guardianship for mental disability or if you are, you have not been found by a court to be unable to communicate a desire to vote
• not have been convicted of buying or selling votes
• not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment.

*You may register to vote if you are at least 16 years old but cannot vote unless you will be at least 18 years old by the next general election.

**Mailing address:**
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

## Massachusetts

**Updated: 09-03-2019**

**Registration Deadline —** 20 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's

license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four (4) digits of your social security number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.

**7. Choice of Party.** If you do not designate a party or political designation in this box, you will be registered as unenrolled, which is commonly referred to as independent. Unenrolled voters and voters registered in political designations may vote in party primaries.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Massachusetts you must:
• be a citizen of the United States
• be a resident of Massachusetts
• be at least 16 years old (must be 18 years old to vote on Election Day)
• not have been convicted of corrupt practices in respect to elections
• not be under guardianship with respect to voting
• not be currently incarcerated for a felony conviction

**Mailing address:**
Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

## Michigan

**Updated: 11-07-2019**

**Registration Deadline —** Postmarked at least 15 days before the election; or delivered in person to your city or township clerk by 8 p.m. on Election Day. If you

# State Instructions

are registering within 14 days of an election, you must provide residency verification to be eligible for that election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued personal identification card or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Michigan you must:
• be a citizen of the United States
• be 18 years old by the next election
• be a resident of Michigan and at least a 30 day resident of your city or township by election day
• not be confined in a jail after being convicted and sentenced

*Notice:* If a voter possesses a Michigan driver license (DL) or personal ID (PID), Michigan law requires the **same address be used for voter registration and DL/PID purposes.** Use of this form will also change your DL/PID address. The Secretary of State will mail you a new address sticker for your DL/PID.

**Mailing address:**
Mail or deliver this completed application directly to your city or township clerk. Find your city or township clerk's address at Michigan.gov/Vote. If you are unable to find your city or township clerk's address, mail to:
    Michigan Department of State
    Bureau of Elections
    P.O. Box 20126
    Lansing, MI 48901-0726

## Minnesota

**Updated: 12-31-2008**

**Registration Deadline —** Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

**6. ID Number.** You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Minnesota you must:
• be a citizen of the United States
• be a resident of Minnesota for 20 days before the next election
• maintain residence at the address given on the registration form
• be at least 18 years old on election day
• if previously convicted of a felony, your felony sentence has expired or been completed, or you have been discharged from the sentence

• not be under a court-ordered guardianship in which the right to vote has been revoked
• not be found by a court to be legally incompetent to vote

**Mailing address:**
    Secretary of State
    60 Empire Drive, Suite 100
    St. Paul, MN 55103-1855

## Mississippi

**Updated: 05-07-2010**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.

**7. Choice of Party.** Mississippi does not have party registration. Therefore, you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Mississippi you must:
• be a citizen of the United States
• have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote
• be 18 years old by the time of the general election in which you want to vote
• have not been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor

# State Instructions

vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
• not have been declared mentally incompetent by a court

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for <u>all</u> state and federal offices.

**Mailing address:**
Secretary of State
P.O. Box 136
Jackson, MS 39205-0136

**Local county addresses:**
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at www.sos.ms.gov.

## Missouri

**Updated: 09-12-2006**

**Registration Deadline** — 28 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security

numbers of voters. (Section 115.157, RSMo).
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To vote in Missouri you must:
• be a citizen of the United States
• be a resident of Missouri
• be at least 17-1/2 years of age (you must be 18 to vote)
• not be on probation or parole after conviction of a felony, until finally discharged from such probation or parole
• not be convicted of a felony or misdemeanor connected with the right of suffrage
• not be adjudged incapacitated by any court of law
• not be confined under a sentence of imprisonment

**Mailing address:**
Secretary of State
P.O. Box 1767
Jefferson City, MO 65102-1767

## Montana

**Updated: 03-15-2022**

**Registration Deadline** — Regular registration closes 30 days before the election. A prospective elector may register or change the existing elector's voter information after the close of regular registration and be eligible to vote in the election if the election administrator in the county where the elector resides receives and verifies the elector's voter registration information prior to noon the day before the election.

**6. ID Number.** You must provide your Montana (MT) Driver's License number, MT Identification (ID) card number, or the last 4 digits of your Social Security number (SSN). If you are unable to provide the preceding forms of identification, you can provide a United States passport, Montana tribal ID card, military ID card, or Montana concealed carry permit when you register; or submit a photo identification, including, but not limited to, a school district or postsecondary education photo identification with your name on it, and a current utility bill, bank statement, paycheck, government check, or other government document that shows your name and current address. *For information on voter registration ID please visit https://sosmt.gov/voter-id/voter-registration-id-options/
**7. Choice of Party.** Montana does not require party registration to participate in any election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Montana you must:
• be a citizen of the United States
• be at least 18 years old on or before the election
• be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
• not be in a penal institution for a felony conviction
• not currently be determined by a court to be of unsound mind
• meet these qualifications by the next election day if you do not currently meet them

**Mailing address:**
Mail your completed registration form to your local county election

# State Instructions

office. The county contact information can be found on the Montana Secretary of State's website: Election-Officials-Master-Email-List (sosmt.gov). If you have difficulty finding your county election office, contact the Montana Secretary of State Elections and Voter Services Division for assistance at (888) 884-8683 or (406) 444-9608, or email soselections@mt.gov. (Note: Registrations may be sent to the Montana Secretary of State's office, however, to avoid potential delays, we recommend you return your completed voter registration application directly to your county elections office.)

    Secretary of State's Office
    P.O. Box 202801
    Helena, MT 59620-2801

## Nebraska

**Updated: 03-08-2018**

**Registration Deadline —** The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

**6. ID Number.** You must provide your Nebraska driver's license number. If you <u>do not have</u> a Nebraska driver's license number then you must list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nebraska you must:
• be a citizen of the United States
• be a resident of Nebraska

• be at least 18 years of age or will be 18 years of age on or before the first Tuesday after the first Monday of November
• not have been convicted of a felony, or if convicted, it has been at least two years since you have completed your sentence for the felony, including any parole term
• not have been officially found to be mentally incompetent

**Mailing address:**
    Nebraska Secretary of State
    Suite 2300, State Capitol Bldg.
    Lincoln, NE 68509-4608

## Nevada

**Updated: 05-01-2020**

**Registration Deadline —** The deadline for mail-in or in-person voter registration is the fourth Tuesday before any primary or general election. This is the date by which: (1) a mail-in voter registration application must be postmarked; or (2) a person must appear in person at the office of the County Clerk/ Registrar of Voters. The deadline for online voter registration at www.RegisterToVoteNV.gov is the Thursday preceding the primary or general election. Eligible voters who miss the voter registration deadlines can register to vote in person at the polling place either during early voting or on election day.

**6. ID Number.** You must supply a Nevada driver's license number or Nevada ID card number if you have been issued one by the DMV. If you do not have a valid Nevada driver's license or Nevada ID card, you must supply the last four digits of your Social Security Number.

If you do not have a valid Nevada driver's license or Nevada ID card or a Social Security Number, please contact your County Clerk/ Registrar of Voters to be assigned a unique identifier.

**7. Choice of Party.** You must register with a major political party if you want to take part in that party's primary election, caucus, or convention. If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nevada you must:
• Be a citizen of the United States;
• Have attained the age of 18 years on the date of the next election;
• Have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election;
• Not be currently serving a term of imprisonment for a felony conviction;
• Not be determined by a court of law to be mentally incompetent; and
• Claim no other place as your legal residence.

**Preregistration for 17 Year Olds —** A person who is 17 years of age or older but less than 18 years of age and meets all other qualifications to vote in Nevada can preregister to vote using any of the means available for a person to register to vote. A person who is preregistered to vote automatically becomes a registered voter on his or her 18th birthday.

**Felony Convictions —** Any Nevada resident who is convicted

# State Instructions

of a felony is immediately restored the right to vote upon the individual's release from prison. There is no waiting period or action required by the individual. The restoration of voting rights is automatic and immediate upon the individual's release from prison, regardless of the category of felony committed or whether the individual is still on either parole or probation. More information regarding the restoration of voting rights can be found on the Nevada Secretary of State's website at: www.nvsos.gov.

**Mailing address:**
Secretary of State Elections Division
101 North Carson Street, Suite 3
Carson City, NV 89701-4786

Voter registration applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your local county election official.

**Local county addresses:** To meet registration deadlines, especially during the two weeks before the mail-in voter registration deadline, you should return completed voter registration applications to your respective County Clerk/ Registrar of Voters. A complete list of County Clerks and Registrars of Voters is available on the Nevada Secretary of State's website: www. nvsos.gov.

## New Hampshire

Updated: 03-01-2006

**Registration Deadline —** New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election.

New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form. You need to fill in only Box 1 and Box 2 or 3.

The application should be mailed to your town or city clerk at your zip code. These addresses are listed on the Secretary of State web site at www.state.nh.us/sos/ clerks.htm

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

## New Jersey

Updated: 03-28-2008

**Registration Deadline —** 21 days before the election.

**6. ID Number.** The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

**7. Choice of Party.** New Jersey's voter registration form does not provide a check-off for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also file a political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must file a declaration form 50 days before the primary election, in order to vote.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in New Jersey you must:
• be a citizen of the United States
• be at least 18 years of age by the time of the next election
• be a resident of this State and county at your address at least 30 days before the next election
• not be serving a sentence or on parole or probation as the result of a conviction of any indictable offense under the laws of this or another state or of the United States

**Mailing address:**
New Jersey Department of Law and Public Safety
Division of Elections
PO BOX 304
Trenton, NJ 08625-0304

## New Mexico

Updated: 03-01-2006

**Registration Deadline —** 28 days before the election.

# State Instructions

**6. ID Number.** Your full social security number is required. This registration card containing your social security number will become part of the permanent voter registration records of your locality, which are open to inspection by the public in the office of the county clerk. However, your social security number and date of birth will remain confidential and will not be disclosed to the public. Computerized listings of limited voter registration information (without social security number or birth date) are available to the general public, and are furnished upon request to incumbent election officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only (§1-5-19B, NMSA 1978).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Mexico you must:
• be a citizen of the United States
• be a resident of the State of New Mexico
• be 18 years of age at the time of the next election
• not have been denied the right to vote by a court of law by reason of mental incapacity and, if I have been convicted of a felony, I have completed all conditions of probation or parole, served the entirety of a sentence or have been granted a pardon by the Governor.

**Mailing address:**
Bureau of Elections
325 Don Gaspar, Suite 300
Santa Fe, NM 87503

## New York

Updated: 01-12-2023

**Registration Deadline** — 10 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State.

**7. Choice of Party.** You must enroll with a party if you want to vote in that party's primary election or caucus.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New York you must:
• be a citizen of the United States
• be a resident of the county, or of the City of New York, at least 30 days before an election
• be 18 years old (you may pre-register at 16 or 17 but cannot vote until you are 18)
• not be in prison for a felony conviction
• not currently be judged incompetent by order of a court of competent judicial authority
• not claim the right to vote elsewhere

**Mailing address:**
NYS Board of Elections
40 North Pearl Street, Suite 5
Albany, NY 12207-2729

## North Carolina

Updated: 03-01-2006

**Registration Deadline** — Postmarked 25 days before the election or received in the elections office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

**6. ID Number.** Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party to vote in that party's primary unless that party allows unaffiliated voters to vote in its primary. If you indicate a political party that is not a qualified party, or indicate no party, you will be listed as "Unaffiliated".

**8. Race or Ethnic Group.** You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in North Carolina you must:
• be a citizen of the United States
• be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
• be 18 years of age by the day of the next general election
• have your rights of citizenship restored if you have been convicted of a felony
• not be registered or vote in any other county or state

**Mailing address:**
State Board of Elections
P.O. Box 27255
Raleigh, NC 27611-7255

# State Instructions

## North Dakota

**Updated: 03-01-2006**

North Dakota does not have voter registration.

## Ohio

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.]

**7. Choice of Party.** You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.
• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

**Mailing address:**
   Secretary of State of Ohio
   Elections Division
   180 E. Broad Street — 15th Floor
   Columbus, OH 43215

## Oklahoma

**Updated: 03-15-2022**

**Registration Deadline** — 25 days before the election.

**6. ID Number.** You must provide either your valid Oklahoma driver's license number, state identification card number, or the last four digits of your Social Security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election. A current list of recognized political parties in Oklahoma is available on the Oklahoma State Election Board website. Registered voters with no party affiliation may be allowed by recognized parties to participate in primary elections at the party's discretion. You will find a list of recognized political parties and a list of parties that allow voters with no party affiliation to vote in primaries at: https://oklahoma.gov/elections/voter-registration/political-party-info.html.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register to vote in Oklahoma you must:
• You must be a citizen of the United States and a resident of the State of Oklahoma.
• You must be 18 years old on or before the date of the next election. You may pre-register if you are at least 17½ years old, but your voter registration will not be activated until you are 18 years old.
• If convicted of a felony, you must have fully served your sentence of court-mandated calendar days, including any term of incarceration, parole, or supervision, or completed a period of probation ordered by any court.
• You must not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote.
• Applications must be signed and dated by the applicant. The signature must be the original, handwritten autograph or mark of the applicant. No facsimile, reproduction, typewritten or other substitute signature, autograph or mark will be valid. It is against the law to sign an Oklahoma Voter Registration Application on behalf of another person.

**Mailing address:**
   Oklahoma State Election Board
   Box 528800
   Oklahoma City, OK 73152-8800

You can also complete a voter registration application online, using the OK Voter Portal "wizard": https://okvoterportal.okelections.us/Home/RegWizard (Applications must be printed, signed, and mailed or hand-delivered to your county or State Election Board to complete the process.)

## Oregon

**Updated: 10-10-2021**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** To be eligible to vote in Oregon elections, you must provide a valid Oregon Driver's

# State Instructions

License, Permit or ID number. If you do not have an Oregon-issued ID, then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form.

**7. Choice of Party.** In many cases, you must register with a party if you want to take part in that party's primary election. If you are not a member of a party or this space is left blank, you will be registered as a nonaffiliated voter.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oregon you must be:
• a citizen of the United States
• a resident of Oregon
• and at least 16 years of age when registering. If you are not yet 18, you will not receive a ballot until an election occurs on or after your 18th birthday.

**Mailing address:**
Oregon Elections Division
Public Service Building,
Suite 501
255 Capital St. NE
Salem, OR 97310

Register or make changes to your registration online —
www.oregonvotes.gov.

## Pennsylvania

**Updated: 05-01-2020**

**Registration Deadline — 15 days** before an election or primary.

**6. ID Number.** You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the last four digits of your Social Security Number. If you do

not have either form of ID, please write "NONE" in the box.

**7. Choice of Party.** You must register with a major party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Pennsylvania you must:
• be a citizen of the United States at least one month before the next election
• be a resident of Pennsylvania and your election district at least 30 days before the election
• be at least 18 years of age on the day of the next election

**Mailing address:**
Office of the Secretary of
the Commonwealth
210 North Office Bldg.
Harrisburg, PA 17120-0029

You may also register online at register.votespa.com.

## Rhode Island

**Updated: 09-03-2019**

**Registration Deadline — 30 days** before the election.

**6. ID Number.** The applicant shall be required to provide their Rhode Island driver's license or State ID number if the applicant has been issued a current and valid Rhode Island driver's license or State ID. In the case of an applicant who has not been issued a current and valid driver's license or State ID, they must provide the last four (4) digits of their social security number. An applicant, who has neither, will

be assigned a unique identifying number by the State of Rhode Island.

**7. Choice of Party.** In Rhode Island, a person must register with a party if they wish to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if they choose, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, they can still vote in general elections and nonpartisan primary elections.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Rhode Island you must:
• be a citizen of the United States
• be a resident of Rhode Island
• be at least 16 years of age (you must be 18 years old to vote)
• not be currently incarcerated in a correctional facility due to a felony conviction
• not have been lawfully judged to be mentally incompetent by a court of law

**Mailing address:**
Rhode Island State Board of
Elections
50 Branch Ave.
Providence, RI 02904-2790

## South Carolina

**Updated: 01-05-2021**

**Registration Deadline — 30 days** before the election.

**6. ID Number.** You must provide at least the last four digits of your social security number. You may provide your full social security number on a voluntary basis. Social security number does not

# State Instructions

appear on any report produced by the State Election Commission nor is it released to any unauthorized individual. (South Carolina Title 7-5-170)

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in South Carolina you must:
• be a citizen of the United States
• be at least 18 years old on or before the next election
• be a resident of South Carolina, your county and precinct
• not be confined in any public prison resulting from a conviction of a crime
• never have been convicted of a felony or offense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
• not be under a court order declaring you mentally incompetent
• claim the address on the application as your only legal place of residence and claim no other place as your legal residence

**Mailing address:**
State Election Commission
P.O. Box 5987
Columbia, SC 29250-5987

## South Dakota

**Updated: 10-10-2021**

**Registration Deadline —** Received 15 days before the election.

**6. ID Number.** Any person registering to vote shall provide the person's valid South Dakota driver license number or a South Dakota nondriver identification number on the voter registration form. If a person does not have a valid South Dakota driver license or a South Dakota nondriver identification number, the person shall provide the last four digits of the person's social security number on the voter registration form. If a person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number, the person may only register at the county auditor's office and shall sign a statement verifying the fact that the person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number.
South Dakota Codified Law 12-4-5.4

**7. Choice of Party.** If you are currently registered to vote and you leave the choice of party field blank, you will remain registered with your current party affiliation. If you are not currently registered to vote and you leave the choice of party field blank, you will be entered as an independent/no party affiliation voter, which is not a political party in South Dakota.
South Dakota Codified Law 12-4-15,12-6-26

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in South Dakota you must:
• Be a United States citizen
• Reside in South Dakota
• Be at least 18 years old on or before the next election
• Not currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
• Not be judged mentally incompetent by a court of law
South Dakota Codified Law 12-4-6,12-4-8,l2-l-9,l2-l-4,12-4-18, South Dakota Constitution, Article VII, Section 2

**Mailing address:**
Elections, Secretary of State
500 E. Capitol
Pierre, SD 57501-5070

## Tennessee

**Updated: 05-01-2020**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Optional.

**9. Signature.** To register in Tennessee you must:
• be a citizen of the United States
• be a resident of Tennessee
• be at least 18 years old on or before the next election

# State Instructions

• not have been convicted of a felony, but if convicted, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. For more information about this process, call 877-850-4959 or visit https://sos.tn.gov/restoration. If your conviction has been expunged, you are not considered to have a felony conviction.

• not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

**Mailing address:**
  Coordinator of Elections
  Tennessee Tower, Seventh Floor
  312 Rosa L. Parks Ave.
  Nashville, TN 37243-1102

## Texas

**Updated: 11-15-2018**

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You must provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Texas you must:
• be a citizen of the United States

• be a resident of the county in which the application for registration is made
• be at least 17 years and 10 months old (you must be 18 to vote)
• not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, supervision, period of probation or be pardoned.
• have not been declared mentally incompetent by final judgment of a court of law

**Mailing address:**
  Office of the Secretary of State
  Elections Division
  P.O. Box 12060
  Austin, TX 78711-2060

## Utah

**Updated: 09-19-2019**

**Registration Deadline —**
Registration deadlines vary:
• **Mail:** registration forms must be postmarked or otherwise marked as received by the Post Office 30 days before the election.
• **In-person:** registration forms may be dropped off at the county clerk's office 7 days before the election.
• **Online:** registrations must be submitted 7 days before the election. Requires a valid Utah driver license or valid Utah ID.
• **Same-Day:** voters may register at the polls during the early voting period or on Election Day by filling out a provisional ballot.

**6. ID Number.** Your completed voter registration form must contain one of the following: a Utah Driver License number, a Utah State Identification number, or the last four digits of your

Social Security number. If you do not have a Utah Driver License or a Utah State Identification card, please write "None" in the designated space and fill in the last four digits of your Social Security number.

**7. Choice of Party.** Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not affiliate with a party, you may be restricted from voting in the primary.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Utah you must:
• be a citizen of the United States
• have resided in Utah for 30 days immediately before the next election
• be at least 18 years old on or before the next election (individuals who are 16 and 17 years of age may pre-register to vote; if a 17 year old will be 18 years of age on or before the upcoming general election, they may pre-register and vote in the primary election)
• not be a convicted felon currently incarcerated for commission of a felony
• not be convicted of treason or crime against the elective franchise, unless restored to civil rights
• not be found to be mentally incompetent by a court of law
• currently resides within the voting district or precinct in which you register to vote

**Mailing address:**
  Office of the Lieutenant Governor
  P.O. Box 142325
  Salt Lake City, UT 84114

# State Instructions

## Vermont

**Updated: 09-19-2019**

**Registration Deadline —** Your mailed registration must be received in the clerk's office on the last day the clerk has hours before the election. Vermont has Election day voter registration at the polls as well as online voter registration. To register online visit – https://olvr.sec.state.vt.us.

**6. ID Number.** You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's office will assign you a unique identifying number.

**7. Choice of Party.** Vermont does not require party registration to participate in any election.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Vermont you must:
• be a citizen of the United States
• be a resident of Vermont
• be 18 years of age on or before election day
• have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or suffrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]
By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

**Mailing address:**
Office of the Secretary of State
Elections Division
128 State Street
Montpelier, VT 05633-1101

## Virginia

**Updated: 09-19-2019**

**Registration Deadline —** The application must be delivered or postmarked 22 days before the election.

**6. ID Number.** Your full social security number is required. Your social security number will appear on reports produced only for official use by voter registration and election officials and, for jury selection purposes, by courts. Article II, §2, Constitution of Virginia (1971).

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next May or November general election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

**Mailing address:**
Virginia State Board of Elections
1100 Bank Street, 1st floor
Richmond, VA 23219

## Washington

**Updated: 07-01-2022**

**Registration Deadline —** Online and mail registration forms must be received by an elections official no later than 8 days before the election. Register in person any time during business hours and before 8:00 p.m. on Election Day.

**6. ID Number.** You must provide your Washington driver's license or ID card number. If you do not have a Washington driver's license or ID card, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.

**7. Choice of Party.** You are not required to designate your party affiliation to register in Washington.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State, your county and precinct for 30 days immediately preceding the election in which you want to vote
• be at least 18 years old by Election Day
• If you were convicted of a felony in Washington State, another state, or in federal court, your right to vote will be restored automatically as long as you are not currently serving a sentence of total confinement in prison. You may re-register.
• 16- and 17-year-olds can sign up as Future Voters and be automatically registered to vote when they qualify

# State Instructions

**Mailing address:**
   Secretary of State
   Elections Division
   P.O. Box 40229
   Olympia, WA 98504-0229

## West Virginia

**Updated: 09-12-2006**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless you request the ballot of a party which allows independents to vote)

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in West Virginia you must:
• be a citizen of the United States
• live in West Virginia at the above address
• be 18 years old, or to vote in the primary be 17 years old and turning 18 before the general election
• not be under conviction, probation, or parole for a felony, treason or election bribery
• not have been judged "mentally incompetent" in a court of competent jurisdiction

**Mailing address:**
   Secretary of State
   Building 1, Suite 157-K
   1900 Kanawha Blvd. East
   Charleston, WV 25305-0770

## Wisconsin

**Updated: 09-20-2022**

**Registration Deadline** — Postmarked at least 20 days before the election; or completed in the office of the town, village, or city clerk up to 5:00 p.m. on the Friday before the election; or completed at the polling place on Election Day. **Wisconsin also permits online voter registration** – Visit https://myvote.wi.gov up to 20 days before the election if the voter has a current and valid Wisconsin driver license or state-issued ID card.

**2. Home Address.** Along with your voter registration form, you must send a proof-of-residence document with your complete first and last name and residential address, such as a copy of your current and valid Wisconsin driver license or state ID card, real estate tax bill, utility bill no older than 90 days, bank statement, paycheck or paystub, or a check or document issued by a unit of government. A full list is available at http://elections.wi.gov.

**6. ID Number.** Provide your unexpired Wisconsin driver license or DOT-issued ID card number. If you do not have a current and valid DOT-issued driver license or ID card, provide the last four digits of your social security number.

**7. Choice of Party.** Not required.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Wisconsin you must:
• be a citizen of the United States
• be a resident of Wisconsin and have resided at the registration address for at least 28 days.
• be at least 18 years old
• not have been convicted of treason, felony or bribery, or if you have, your civil rights have been restored after completion of your sentence or a pardon
• not have been found by a court to be incapable of understanding the objective of the electoral process
• not make or benefit from a bet or wage depending on the result of an election
• not have voted at any other location in the same election.

**Mailing address:**
Mail your completed registration form and a copy of your proof-of-residence document to your municipal clerk's office. You can find your municipal clerk here: https://myvote.wi.gov/en-US/MyMunicipalClerk

If you cannot find your municipal clerk's address, you may mail it to:
   Wisconsin Elections
   Commission
   201 West Washington Avenue,
   Second Floor
   P.O. Box 7984
   Madison, WI 53707-7984
(Note: applications may be returned to the Wisconsin Elections Commission office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your municipal clerk's office.)

# Exhibit 11

# STATE OF ARIZONA

# ELECTIONS PROCEDURES MANUAL

## REVISED 2014



## SETTING THE COURSE
## PROVIDING DIRECTION

This instructions and procedures manual is for those who work elections in the State of Arizona.

**Department of State**
**Office of the Secretary of State**
*An Election Services Division Publication*

ARIZONA SECRETARY OF STATE

# ARIZONA ELECTION PROCEDURES MANUAL

## A PUBLICATION OF THE ARIZONA SECRETARY OF STATE'S OFFICE ELECTION SERVICES DIVISION

## INTRODUCTION

June 2014

The 2013-2014 Arizona Election Procedures Manual was most recently published in November 2013; however, the decision in Arizona v. Inter Tribal Council of Arizona, Inc. and Attorney General Opinion No. I13-011 (R13-016) requires a bifurcated voter registration system (dual system). My office, in consultation with County Recorders and Election Officials, has taken great care to develop procedures consistent with a bifurcated system that can be implemented correctly, impartially, uniformly and efficiently so all voters are afforded their rights.

Open and honest elections are at the heart of our democratic republic. It's a process made possible by the continued dedication of election workers, from poll workers to election officers. Your efforts make for a rewarding experience for Arizona voters. Thank you.

## Contact Us

**Office of the Secretary of State**
1700 W. Washington Street, 7th Floor
Phoenix, Arizona 85007
Telephone:
(602) 542-4285
Toll-free (in Arizona)
1-877-THE VOTE
TDD: (602) 255-8683

**Election Services**
Telephone:
(602) 542-8683
Facsimile number:
(602) 542-6172
e-mail address:
elections@azsos.gov

For additional copies of this booklet send your request to:
Secretary of State
Attention: Election Services Division
1700 W. Washington Street, 7th Floor
Phoenix, Arizona 85007

Visit us on the World Wide Web at
www.azsos.gov

The Office of the Secretary of State is an equal opportunity employer. Requests for alternate formats or accommodations can be made five days in advance by contacting the Secretary of State ADA coordinator at (602) 542-4285.

The Election Services Division strives for accuracy in its publications.
If the user finds a misprint or error, please contact our office at (602) 542-8683.



**STATE OF ARIZONA**

**JANICE K. BREWER**
GOVERNOR

**EXECUTIVE OFFICE**

May 29, 2014

The Honorable Ken Bennett
Arizona Secretary of State
1700 West Washington Street, 7th Floor
Phoenix, AZ 85007

Dear Secretary Bennett:

I have reviewed the May 2014 revisions to the Arizona Secretary of State Election Procedures Manual that you submitted for approval necessitated by the new bifurcated voter registration system. I have also reviewed the letter submitted by the Attorney General's Office stating that the May 2014 revisions comply with Arizona election laws.

I hereby approve it in accordance with A.R.S. § 16-452(B).

Sincerely,

Janice K. Brewer
Governor



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

TOM HORNE
ATTORNEY GENERAL

May 12, 2014

The Honorable Ken Bennett
Arizona Secretary of State
Capitol Executive Tower, 7th Floor
1700 West Washington Street
Phoenix, Arizona 85007-2888

Re:    Approval of 2014 Addendum to Election Procedures Manual

Dear Secretary Bennett:

Pursuant to A.R.S. § 16-452(B), the Attorney General's Office has reviewed the updated version of the Election Procedures Manual, which was sent to us on February 28, 2014 and further revised in April, 2014. Based upon our review, we believe that the 2014 Addendum to the 2013 Edition complies with Arizona election statutes. This Addendum incorporates numerous changes that are necessary to implement uniform procedures consistent with the United States Supreme Court's decision in *Arizona v. Inter Tribal Council of Arizona, Inc.*, 133 S. Ct. 2247 (2013) and Ariz. Atty. Gen. Op. No. I13-011. Accordingly, I approve the proposed changes to the Election Procedures Manual.

Sincerely,

Tom Horne

Tom Horne
Arizona Attorney General

cc: Michele L. Forney

#: 3729919

1275 WEST WASHINGTON STREET, PHOENIX, AZ 85007-2926  •  PHONE 602.542.3333  •  FAX 602.542.8308  •  WWW.AZAG.GOV

# TABLE OF CONTENTS

IMPORTANT INFORMATION ................................................................................. 4
CHAPTER 1 - ELECTION DATES ...................................................................... 6
  Consolidation of Elections ................................................................................ 6
  Issuance of Proclamation For General or Special Election by Governor:  Publication by Boards of Supervisors ........................................................................ 7
  Schedule of Related Events ............................................................................ 8
  Notification of Consolidation .......................................................................... 9
CHAPTER 2 - QUALIFICATION AND REGISTRATION OF ELECTORS .................. 10
  Qualifications to Register to Vote .................................................................. 10
  Arizona's Bifurcated (Dual) Voter Registration System .............................. 10
  Voter Registration Processing-State Form .................................................... 17
  National Voter Registration Act Form (Federal Form) Processing ............... 22
  Statewide Voter Registration System ............................................................ 26
  Registration of Electors ................................................................................ 37
  Registration Deadline .................................................................................. 40
  Change of Voter's Residence ........................................................................ 42
  Causes for Cancellation ................................................................................ 42
  Verification of Registration/Integrity of Rolls .............................................. 43
  Voter Registration Data Processing ............................................................. 45
  Precinct Registers ........................................................................................ 47
CHAPTER 3 - EARLY VOTING ...................................................................... 49
  "Vote by Mail" Elections .............................................................................. 49
  Permanent Early Voting List ........................................................................ 52
  Preparation, Transmission and Processing of Early Ballot .......................... 59
CHAPTER 4 - MILITARY AND OVERSEAS VOTERS ........................................ 63
  Qualifications for Voter Registration ............................................................ 63
  Early Ballot Requests .................................................................................. 65
  Fax and Electronic Transmission .................................................................. 66
  Voted Ballot Transmission ............................................................................ 66
  UOCAVA Reporting ...................................................................................... 69
CHAPTER 5 - PROCEDURES TO ASSIST VOTERS WITH DISABILITIES ............. 71
CHAPTER 6 - POLITICAL PARTIES ................................................................ 78
  New Party Seeking State Recognition ........................................................... 78
  Continued Representation ............................................................................ 78
CHAPTER 7 - NOMINATING PROCEDURES .................................................... 80
  Notice of Offices to be Nominated ................................................................ 80
  Resign to Run .............................................................................................. 80
  Qualifications for Public Office .................................................................... 80
  Qualifications of State Officers .................................................................... 81
  Qualifications of County Officers .................................................................. 82
  Political Party Candidates Filing of Nomination Papers .............................. 84
  Write-In Candidates Filing of Nomination Papers ....................................... 84
  Circulators .................................................................................................. 86

CHAPTER 8 - POLITICAL COMMITTEES AND CAMPAIGN CONTRIBUTIONS & EXPENSES ........................................................................................................... 89
  Campaign Finance Reports ............................................................................... 89
  Additional Campaign Finance Resources ........................................................ 93
  Political Signs .................................................................................................... 93
CHAPTER 9 - PRESIDENTIAL PREFERENCE ELECTION .................................. 94
  Party Participation/Representation on Ballot at Presidential Preference Election ...... 94
  Eligible Voters/No Open Primary ...................................................................... 94
  Qualifications for Ballot ..................................................................................... 94
  Official Ballot ..................................................................................................... 94
  Sample Ballot and Proofs ................................................................................. 95
  Conduct of the Presidential Preference Election ............................................. 95
  Designation of Polling Places for the Presidential Preference Election ......... 96
  Certification of Results ...................................................................................... 96
  Reimbursement of County Expenses ............................................................... 97
CHAPTER 10 - CONDUCT OF ELECTIONS .......................................................... 98
  Election Officer Certification .............................................................................. 98
  Election Filings .................................................................................................. 98
  Physical Ballot Security .................................................................................... 98
  Use of County Registration Rolls by Political Subdivisions ............................ 99
  Election Event Schedule ................................................................................. 100
  Certification of Voting Equipment ................................................................... 101
  Filing of Computer Election Programs With Secretary of State .................... 102
  Election Management System Security ........................................................... 104
  Voting Equipment Security .............................................................................. 105
  Election Media Security ................................................................................... 106
  Voting Software Security – Hash Code ........................................................... 107
  Logic and Accuracy Tests ............................................................................... 107
  Tabulation Back-up Plan ................................................................................. 112
  Ordering Official Ballots .................................................................................. 112
  Proof and Sample Ballots ............................................................................... 112
  Official Ballot Specifications ........................................................................... 115
  Ballot Preparation ........................................................................................... 117
  Political Party Observers/Challengers ............................................................ 120
  Political Party Observers Guidelines .............................................................. 121
  Polling Places and Precinct Personnel .......................................................... 122
  Polling Place Election Board Instructions ...................................................... 127
  Pre-Election Responsibilities .......................................................................... 130
  Election Day ..................................................................................................... 132
  Polling Place Wait Time Reduction Procedure .............................................. 135
  Emergency Procedures ................................................................................... 142
  Spoiled Ballots ................................................................................................ 143
  Procedure for Proof of Identification and Provisional Ballot Processing at the Polls  143
  Polling Place ................................................................................................... 143
  Assistance to Voters ....................................................................................... 155
  75 Foot Limitation ........................................................................................... 155

Closing the Polls..................................................................................... 158
Precinct Ballot Report............................................................................... 161
CHAPTER 11 - CENTRAL COUNTING PLACE ...................................... 163
Central Counting Place Board Personnel.................................................. 163
Election Security Requirements ............................................................... 163
Early Ballot Processing ............................................................................ 165
Central Counting Place Boards ................................................................ 171
Receiving Board Instructions.................................................................... 173
Inspection Board Instructions .................................................................. 174
Write-In Tally Board Instructions .............................................................. 176
Duplication Board Instructions.................................................................. 177
Central Counting Place Board Instructions............................................... 178
Accuracy Certification Board Instructions................................................. 180
"Snag" Board Instructions......................................................................... 181
Provisional Ballot Processing at Central Count ........................................ 182
Verification of Provisional Ballots ............................................................. 185
Audit Board .............................................................................................. 187
Pay Roster and Badge Control................................................................. 188
CHAPTER 12 - PROCEDURE FOR PRECINCT HAND COUNT AND EARLY BALLOT
AUDIT ...................................................................................................... 189
Closing the Central Counting Place........................................................... 216
Post-Election Requirements for Voting Devices and Materials ................. 217
CHAPTER 13 - UNOFFICIAL RETURNS AND CANVASS......................... 218
Transmittal of Unofficial Returns to the Secretary of State...................... 218
Election Reporting.................................................................................... 218
Election Canvass Reporting ..................................................................... 218
Official Returns......................................................................................... 218
Canvass of Returns.................................................................................. 220
Additional Reporting ................................................................................ 221
Certificates of Nomination, Letters Declaring Nomination and Certificates of Election223
Proclamation by Governor on Constitutional Amendments, Initiatives and Referenda224
Automatic Recount................................................................................... 225
CHAPTER 14 - TERMINOLOGY ............................................................. 227
CHAPTER 15 - SCHEDULE OF EVENTS ................................................ 234
CHAPTER 16 – RETENTION SCHEDULE ............................................... 257
CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES ............... 261
Voting Equipment Certification ................................................................. 261
Voting Equipment Decertification ............................................................. 271
Voting Equipment Emergency Conditional Certification ............................ 279
Voting Equipment Engineering Changes Certification............................... 291
CHAPTER 18 - SAMPLE FORMS............................................................. 302
CHAPTER 19 - STATE OF ARIZONA GRIEVANCE PROCESS ................ 383

# IMPORTANT INFORMATION

The Secretary of State's Election Procedures Manual is required by ARS § 16-452.  The procedures contained in this manual were developed after consultation with each County Board of Supervisors or officer in charge of elections and have been approved by the Governor and the Attorney General.  A violation of any of the provisions of this Election Procedures Manual is a Class 2 misdemeanor.

[ARS § 16-452(C)]

ARS § 16-449 requires the Secretary of State to include procedures for:

- testing the logic and accuracy of electronic ballot tabulating systems,
- handling ballots,
- scanning ballots, and
- any other matter necessary to ensure the maximum degree of correctness, impartiality and uniformity in the administration of an electronic ballot tabulating system.

[ARS § 16-449(B)]

MINORITY LANGUAGE REQUIREMENTS

Section 203 of the Voting Rights Act states, "whenever any state or political subdivision (covered by this section) provides registration or voting notices, forms, instructions, assistance or other materials or information relating to the electoral process, including ballots, it shall provide them in the language of the applicable minority group as well as in the English language."

All of Arizona is covered for the Spanish language.  Many counties are also covered for various Native American languages.  Most Native American languages are unwritten so information must be orally transmitted.

**TELEPHONE NUMBERS FOR ASSISTANCE ON ELECTION DAY**

Secretary of State Election Services Division **(602) 542-8683**

County, city and town officers in charge of elections should insert other applicable telephone numbers on this page.

| CONTACT PERSON | TELEPHONE NO. |
|---|---|
| State Election Director, Secretary of State's Office | (602) 542-8683 |
| Assistant Election Director, Secretary of State's Office | (602) 542-8683 |
| Secretary of State Elections Services   FAX | (602) 542-6172 |
| Secretary of State toll free number | 1-877-THE-VOTE |
| Secretary of State toll free number | 1-877-843-8683 |
| Secretary of State toll free number | 1-800-458-5842 |
| Secretary of State TDD | 1-602-255-8683 |

IMPORTANT INFORMATION

Secretary of State, June 2014

# CHAPTER 1 - ELECTION DATES

## Consolidation of Elections[1]

Arizona law requires that all elections, with limited exceptions for certain elections, be held on one of the following four election dates:

- 2nd Tuesday in March (March Election)
- 3rd Tuesday in May (May Election)
- 10th Tuesday before the 1st Tuesday after the 1st Monday in November (August Election)
- 1st Tuesday after the 1st Monday in November (November Election)

**Beginning in 2014**, candidate elections (other than a special election to fill a vacancy or a recall election) may only be held in August and November in **even numbered years**.
Following are the 2013 consolidated election dates:

- March 12, 2013
- May 21, 2013
- August 27, 2013
- November 5, 2013

Following are the 2014 consolidated election dates:

- March 11, 2014
- May 20, 2014
- August 26, 2014
- November 4, 2014

### Jurisdictions Subject to Consolidated Election Dates

Beginning in 2014, jurisdictions limited to holding elections on a consolidated election date are:
- counties
- cities
- towns
- school districts
- community college districts

[ARS §§ 16-201 & 16-204(B)]

---

[1] The City of Tucson and City of Phoenix are exempt from the consolidated elections provision and schedule their elections in accordance with their respective charters. *City of Tucson v. State of Arizona*

## Issuance of Proclamation For General or Special Election by Governor:  Publication by Boards of Supervisors

At least **30 days before** a general election and **within 10 days after** a vacancy occurs in the office of Representative in Congress, if a special primary and special general election are required by ARS § 16-222, the Governor shall issue a proclamation containing the date of the election and the offices to be filled.

The Governor shall transmit a copy of the election proclamation in English and Spanish to the officer in charge of elections in each county.

It is the officer in charge of elections' responsibility to notify the Board of Supervisors of receipt of the election proclamation.  The Board shall:

- meet within **five days after** its receipt
- publish a copy of the notice in an official newspaper of the county:
  - at least **10 days before** a general election
  - at least **five days before** the special primary election
  - at least **five days before** the special general election

[ARS §§ 16-214 & 16-223]

### Notice of Election for Special Taxing District Elections

The governing body shall publish a notice of election at least twice in a newspaper in general circulation in the election district in which a nonpartisan election is being held not less than one week apart during the six calendar weeks preceding the 20 days before the election.  The notice shall contain at least:

- the date of the election
- the location of the polls
- the hours the polls will be open
- the purpose of the election
- the election district conducting the election

In lieu of publishing the above notice, the governing body may mail a notice of election to each household containing a qualified elector of the district.  The notices shall contain the information above and shall be mailed in order to be delivered to households before the earliest date of mailing to registered voters of any requested early ballots for that election.

This section is not applicable if the election is held concurrently with the general election.

[ARS § 16-228]

# Schedule of Related Events

**Election Precincts**

Boards of Supervisors shall establish election precincts **on or before December 1** of each year preceding the year of a general election.

[ARS § 16-411]

**Effective Date of New Precincts**

After adopting new precincts, the Board of Supervisors of each county delivers to the County Recorder a complete description of the precincts.   For the purpose of conducting any election called according to the laws of this state, precincts adopted under the provisions of ARS § 16-411 shall become effective no later than **March 1** of the year of the next general election.

By **March 1** of the year of the general election, the County Recorder must transfer all the voters who reside in a new precinct as a result of the adoption of new precincts to the correct new precinct register.

The County Recorder shall mail a notice of the precinct change to each household containing a registered voter, unless a sample ballot containing the precinct name or number is mailed before the primary election.

[ARS § 16-412]

**Justice Precincts**

Boards of Supervisors may form, change, or abolish justice precincts. Abolishment of justice precincts cannot take effect until the end of terms of office of the Justice of the Peace and Constable then in office.  Boards of Supervisors shall create sufficient courts or adjust the justice court precinct boundaries if the number of judicial productivity credits exceeds twelve hundred credits.

[ARS §§ 11-251, 22-101 & 22-125]

**Supervisor Districts**

Boards of Supervisors shall:

- as often as deemed necessary between each United States decennial census
  - divide the county into three or five supervisorial districts, and
  - make divisions as nearly equal in population as is practicable

[ARS § 11-212]

**Special Health Care Districts**

In Maricopa County, the special health care district is coterminous with the county boundaries and there are five elected members, one from each supervisorial district. When the boundaries for Board of Supervisor districts change, the special health care district boundaries shall change with the Supervisors' boundaries.

ARS §§ 48-5501.01(A); 48-5541.01(B)

**Community College Districts**

Boards of Supervisors shall:

- divide the county into community college districts, and
- make divisions as nearly equal in population as is practicable

Elections to form community college districts and to choose board members shall be held as specified in ARS §§ 15-1402, 15-1404, 15-1441, 15-1442, and Title 16, Arizona Revised Statutes.

# Notification of Consolidation

At least **180 days before** each consolidated election date prescribed by ARS § 16-204, each County Board of Supervisors shall give written notice regarding the consolidated election program and the date of the election to each:

- school district
- community college district
- city/town
- special taxing district organized in the county pursuant to Title 48:
  - Chapter 5 Fire Districts
  - Chapter 6 County Improvement Districts
  - Chapter 8 Community Park Maintenance Districts
  - Chapter 10 Special Road Districts
  - Chapter 13 Hospital Districts
  - Chapter 14 Sanitary Districts
  - Chapter 15 Pest Abatement Districts
  - Chapter 16 Health Services Districts
  - Chapter 26 Stadium Districts
  - Chapter 31 Special Health Care Districts
  - Chapter 33 Public Health Services Districts
  - Chapter 34 Multi-Jurisdictional Water Facilities Districts
  - Chapter 37 Upper San Pedro Water District

[ARS §§ 16-205, 48-4237, 48-5503, 48-5905, & 48-6416]

# CHAPTER 2 - QUALIFICATION AND REGISTRATION OF ELECTORS

## Qualifications to Register to Vote

Every resident of the state is qualified to register to vote if the person:

- is a citizen of the United States,
- will be 18 years of age on or before the date of the next regular general  election following his/her registration,
- will have been a resident of the state 29 days next preceding the election, except as provided in ARS § 16-126,
- is able to write his/her name or make his/her mark, unless prevented from doing so by physical disability,
- has not been convicted of treason or a felony, unless restored to civil rights, and
- has not been adjudicated an incapacitated person as defined in ARS § 14-5101.

In cases of limited guardianship only, a person is not deemed incapacitated and shall retain the right to vote if the person files a petition, has a hearing and the judge determines that the person retains sufficient understanding to exercise the right to vote. The county recorder may receive notice from the registrant or the Secretary of State's Office.

[Ariz. Const. Art. VII, § 2; ARS §§ 16-101 & 14-5304.02]

## Arizona's Bifurcated (Dual) Voter Registration System

### Federal Requirement
The National Voter Registration Act (NVRA) requires Arizona to allow voters to register to vote in elections for federal office by using a federal registration form ("the Federal Form").   A person who uses the Federal Form must attest that the eligibility requirements, including citizenship, have been met and requires the person's signature under penalty of perjury.

### Proposition 200
In 2004, Arizona voters passed Proposition 200, which required every person who is registering to vote or re-registering to vote in a different county to provide proof of citizenship.  Acceptable forms of identification for proving citizenship are listed on pages 15-16 of this manual or can be found in ARS § 16-166.

### Court Action
In 2006, two groups of plaintiffs - Gonzalez and Inter Tribal Council of Arizona (ITCA) – filed separate lawsuits against the State of Arizona to prevent officials from requiring proof of citizenship and after several years the consolidated case became Arizona v. Inter Tribal Council of Arizona, Inc. (ITCA).  In 2010, the Ninth Circuit Court of Appeals held that Arizona's proof of citizenship requirement conflicts with NVRA.  In 2013, the

U.S. Supreme Court affirmed the Ninth Circuit decision and held that Arizona could not require information that is not required by the form itself and therefore, a person registered using a Federal Form does not have to submit proof of citizenship.2 Following this opinion, the District Court entered its final judgment and further specified that a person who submits a Federal Form and does not provide proof of citizenship or any other information required by state law, is eligible to vote in elections for federal office.3

Attorney General Opinion

In response to the U.S. Supreme Court decision, Secretary of State Ken Bennett requested an Attorney General Opinion to seek guidance on the impact of ITCA on Arizona elections. The opinion was issued on October 7, 2013 and specifies the following:

1 – Registrants who apply using the Federal Form without providing proof of citizenship are not "qualified electors" for state and local elections and are only eligible to vote for federal offices.

2 – Arizona law authorizes the issuance of "federal only" ballots for those voters who are only eligible to vote for federal offices.

3 – Registrants who used the Federal Form and did not provide proof of citizenship cannot sign state and local candidate, initiative, referendum and recall petitions.

Arizona must establish a dual registration system, also known as a bifurcated system:
- One system for voters who use the State Form or the Federal Form and provide proof of citizenship.  These voters are eligible to vote in federal, state and local elections ("Full Ballot")
- One system for voters who use the Federal Form without providing proof of citizenship and are only eligible to vote in federal elections ("FED Only").

[Ariz. Atty. Gen. Op. I13-011.]

Pending Litigation

In 2013, Arizona and Kansas sued the Elections Assistance Commission (EAC) to require the EAC to add the respective states' proof-of-citizenship requirement to the Federal Form instructions.  On March 19, 2014, the District Court ruled in favor of the states ordering the EAC "to add the language requested by Arizona and Kansas to the state-specific instructions on the federal mail voter registration form, effective immediately."  The EAC and the intervening defendants have sought a stay from the court's order to immediately revise the state-specific instructions and appealed to the Tenth Circuit Court of Appeals.  While this case is pending and until the EAC issues a state-specific instruction, the Manual's instructions regarding the handling of Federal Forms remain in effect.  To the extent the District Court's order becomes effective and

---

2 133 S.Ct. 2247, 186 L.Ed.2d 239
3 Gonzalez v. Arizona, Case No. CV06-1268-PHX-ROS (Dkt. 1123) (D. Ariz. Sept. 11, 2013)

the situation changes by the EAC's modification of the state-specific instructions, the Secretary of State will be in contact with all of the county election officials with further instructions and appropriate modifications.

<u>Implementation</u>
Establishing a bifurcated system requires operational and programmatic changes to the voter registration system, revisions to the elections procedures manual and an ongoing dialogue with the election officials across the state.   Following the issuance of the Attorney General Opinion, Secretary Bennett developed the following Core Principles as a foundation to ensure uniform and consistent implementation of a bifurcated voter registration system:

*Identifiable*
In order to effectively register voters in a bifurcated system, it is important to know if a person is a Full Ballot voter or a FED Only voter.  Clear identification must be provided to the voter, the county and state, poll workers, political parties, etc. and many other individuals and entities who interact with the elections in Arizona.

*Active Voters for Federal Elections*
The FED Only voter must be an active voter for federal elections if all other qualifications are met.  Since this voter is eligible to vote in federal offices, the voter cannot be maintained in a temporary status and must be fully recognized as an active voter for federal races.

*Readable Ballot*
While the FED Only voter will not receive a ballot with state or local offices, the ballot containing federal offices must be on a readable ballot in the same form and style as a full state ballot.  This includes a ballot that must be able to be tabulated and duplicated. This provision is only applicable when there is an optical/digital scan machine at the polling location.

*Ability to Vote*
The FED Only voter who has complied with all federal requirements must be able to vote in a similar manner as a Full Ballot voter – at the polls and through early voting as long as all other statutory requirements have been met.

*Transferable*
The county must have the ability to transfer the status of a FED Only voter to a Full Ballot Voter within the existing voter registration system if the voter subsequently provides proof of citizenship and becomes eligible to vote for state and local elections.

*Minimum Reporting Requirements*
Establishing a bifurcated system requires additional reporting as the voters are separated into two different tracks.  The voter registration system must be able to report on all voters, which includes the calculation of who is a FED Only voter.

*Education*

As the State moves forward with a bifurcated voter registration system, each county shall establish an education campaign to inform the affected voters of the dual system and how it impacts them on election day.  Education components may include individual notifications to FED Only voters, web releases, education to Get-Out-The-Vote (GOTV) groups and voter outreach with the assistance of the State and other stakeholders.

In addition to these Core Principles, policy directives were necessary to guide the development of the procedures manual addendum:

Remedy of Proof of Citizenship

Arizona law requires a person to be registered and a resident of the boundaries for which the election is being conducted by midnight of the 29th day preceding the date of the election.  This same deadline will apply to FED Only voters, which means that 29 days before the election is the last date that proof of citizenship can be provided in order for the voter to be eligible for a full state ballot.

If a FED Only voter does provide proof of citizenship to the County Recorder after the 29 day deadline, it will be accepted to determine if the voter is eligible for state and local elections in the *subsequent* election.  This is the same process for any Full Ballot voter who registers after the deadline – while the voter is not eligible for that election, the registration is processed to make the voter eligible for the following election.

Duplication of Provisional Ballots for FED Only Voters

Bifurcation is a new process to Arizona voters and requires flexibility as voters begin to understand its impact.  For most voters, there will not be any changes and education efforts will notify those voters who will be only eligible to vote for federal offices. However, there are situations where a FED Only voter who is only eligible to vote in federal elections may receive a full state provisional ballot because the voter recently moved into the precinct and is not on the registration rolls or the voter is insistent that a state registration form was completed.  It is paramount that no voter be turned away and the use of a full state provisional ballot will allow any voter the right to vote.  Upon authentication that a person was a FED Only voter and was ineligible to vote in state and local races but voted using a full state provisional ballot, the ballot will be duplicated to a FED Only ballot to ensure that the votes for the federal offices will be counted.

Form of FED Only Ballot for Tabulation Purposes

Voters in Arizona have become accustomed to a specific style and format of the ballots and while ballots may not be identical due to ballot rotation requirements or local election differences, it is important that a FED Only voter be provided with a readable ballot that contains the same features that are on the full state ballots (i.e., paper stock quality, font, size of paper).   Each jurisdiction that manages elections must be consistent in its application when issuing ballots to ensure that a Full Ballot voter and a FED Only voter are receiving substantially similar types of readable ballots.  This

provision is only applicable when there is an optical/digital scan machine at the polling location.

Conclusion

The Secretary of State's Office is required by law to issue an election procedures manual to provide rules and guidance for election operations in order to achieve consistency, uniformity and efficiency throughout the state.  The goal of this addendum is to address the recent court decisions and the Attorney General Opinion, and adhere to federal and state law.  Although statutory changes or litigation may impact these procedures in the future, it was important to establish procedures relating to FED Only voters early in the 2014 election cycle. These changes were made in consultation with election officials throughout the state who will be utilizing these procedures for successful implementation for all voters in Arizona.

**Definitions and Eligibility**

**Federal Only Voter (FED Only)**:  A voter that registered using the national voter registration form and did not provide proof of citizenship pursuant to Proposition 200.

**Full Ballot Voter**:  A voter that registered using either the National Voter Registration Form (Federal Form) or the State Form and provided proof of citizenship pursuant to Proposition 200.

| Eligibility | Federal Only Voter | Full Ballot Voter |
|---|---|---|
| **Candidate Petitions:** | | |
| Presidential Electors | X | X |
| Presidential Preference | X | X |
| Federal | X | X |
| Statewide | | X |
| Legislative | | X |
| County | | X |
| City/Town | | X |
| School District Board | | X |
| Community College District | | X |
| Special District | | X |
| | | |
| **$5 Qualifying Contributions** | | X |
| | | |
| **Offices Eligible to Vote For:** | | |
| Presidential Electors | X | X |
| Presidential Preference | X | X |
| Federal | X | X |
| Statewide | | X |
| Legislative | | X |
| County | | X |
| City/Town | | X |

| | | |
|---|---|---|
| School District Board | | X |
| Community College District | | X |
| Special District | | X |
| | | |
| **Initiative, Referendum & Recall Petitions:** | | |
| Federal Recall | X | X |
| Statewide propositions | | X |
| County propositions | | X |
| City/Town propositions | | X |
| School District issues (bonds/overrides) | | X |
| Special District issues (creation/annexation, etc.) | | X |
| | | |
| **Issues/Questions Eligible to Vote For:** | | |
| Statewide propositions | | X |
| County propositions | | X |
| City/Town propositions/charters | | X |
| School District issues (bonds/overrides) | | X |
| Special District issues (creation/annexation, etc.) | | X |
| Franchise | | X |
| | | |
| **New Party Petitions** | | X |

## State Voter Registration Form - Proof of Citizenship Requirement

Pursuant to Proposition 200, the County Recorder must reject any state voter registration form that is not accompanied by satisfactory evidence of United States citizenship.  Satisfactory evidence of citizenship is specified in ARS § 16-166(F) and includes the applicant's driver license number or non-operating identification license number issued after October 1, 1996 by the department of transportation or the equivalent governmental agency of another state within the United States, if the agency indicates on the applicant's license that the person has provided satisfactory proof of United States citizenship.

[Ariz. Atty. Gen. Op. No. I05-001]

The other "satisfactory evidence" of citizenship includes:

- a copy of a birth certificate.  Supporting legal documentation shall be provided if the name on the birth certificate is not the same as registrant's current name (i.e. marriage certificate, court documented name change).

- the counties shall also accept a United States birth certificate as proof of citizenship where the name on the birth certificate is different from the voter registration if the following five fields match on both the voter registration form and the birth certificate:
  1) First Name,
  2) Middle Name,
  3) Place of Birth,
  4) Date of Birth, and
  5) Parents' Name.

- in the event a United States citizen is born abroad in a non-military installation, they should have registered with the Department of State and obtained a "Certificate of Birth Abroad."  This document counts as a birth certificate.
- pertinent pages of a United States passport identifying the registrant
- United States naturalization documents or the number of the certificate of naturalization (Alien Registration Number).
- a driver license or non-operating license from another state within the United States if the license indicates that the applicant has provided satisfactory proof of citizenship
- the registrant's Bureau of Indian Affairs Card Number, Tribal Treaty Card Number, Tribal Enrollment Number, or Census Number
- Tribal Certificate of Indian Blood or Tribal or Bureau of Indian Affairs Affidavit of Birth

In addition to presenting the evidence of citizenship documentation, a person registering to vote must sign a statement declaring that he or she is a United States citizen and acknowledging that executing a false registration is a class 6 felony. It is a state and federal crime to falsely claim to be a United States citizen when registering to vote.

[ARS §§ 16-152(A)(14); 16-152(A)(18); 16-166; 18 U.S.C. § 1015(f)]

## **Qualifications of Voters in City or Town Elections**

No person is entitled to vote at an election in a city or town who has not been a qualified elector as defined in ARS § 16-121 in the city or town for **29 days before** the election.

A person who has resided for at least **29 days before** an election in an area annexed at least 29 days before an election by a city or town shall be entitled to vote at the city or town election, provided the person is a qualified elector as defined in ARS § 16-121. Charter cities may have different qualifications.

FED Only voters are not eligible to vote in city or town elections (see the Definitions and Eligibility table in this chapter).

[Ariz. Const. Art. XIII, § 2; ARS § 9-822]

## Voter Registration Processing-State Form

1) A new completed voter registration form comes in to the Recorder.

2) The voter registration form must be accompanied by proof of citizenship pursuant to ARS § 16-166(F).  If the form is not accompanied by proper proof of citizenship, the voter registration form is not valid and either will not be entered into the system or if it was entered into the system, the record shall be canceled.  If the registrant subsequently provides proof of citizenship, it must be accompanied by a new voter registration form and a new registration date.

3) If proof of citizenship has been provided and the form contains the five elements required by law—name, residence address, date of birth, signature and citizenship— it is entered and sent to the Secretary of State even if it does not contain the driver license number, nonoperating identification license number or the last four digits of the social security number.

4) If the voter registration form does not have one or more of the five elements, the information is put in a pending file until the data is acquired.  The registration cannot be considered received until the five elements are completed.  The County Recorder will attempt to contact the registrant by phone or mail to obtain the missing information or a completed voter registration form.  Any letter mailed shall include information informing the voter of approaching voter registration deadlines.

5) The Secretary of State will coordinate with the Arizona Motor Vehicle Division to check the voter file against the driver license number or nonoperating identification license number and the last four digits of the social security number.

6) The Secretary of State will add to the official registration file the driver license number or nonoperating identification license number, and the last four digits of the social security number, if there is sufficient matching information.

7) For any new voter registration that does not contain the driver license number or nonoperating identification license number or the last four digits of the social security number, the Secretary of State will match available data with the Arizona Motor Vehicle Division.  If there is a match, data from MVD will be added to the record.

8) The Secretary of State will assign a unique identifying number to any registrant who does not have a driver license number, nonoperating identification license number or social security number.

9) Any registrant modifying their registration record in the county they are currently registered in does not need to provide proof of citizenship.  If the registrant is registered in Arizona and now is registering in a new county, the registrant is required to provide proof of citizenship pursuant to ARS § 16-166(G).

10) The Secretary of State will return the file to the Recorder with a unique identifying number assigned to each registrant.  Additionally, counties may maintain their own voter identification numbers.   The counties will determine what number to use as the voter registration identification number that is printed on the citizen's voter registration card.

11) The Secretary of State will also send the Recorder an exception report.  The Recorder will review the report for items such as duplicate voter registrations, felons, death records, and processing errors such as transposed numbers.  If the driver license or social security records conflict with the registrant's information that was provided by the County Recorder, the registrant's information shall be changed to reflect the correct information. The County Recorder shall notify the registrant by letter to confirm which information is correct.

12) If there are any discrepancies between the Motor Vehicle Division record or County Recorder record in the name, driver license number, nonoperating identification license number or the last four digits of the social security number, the Recorder shall contact the registrant to confirm which information is correct.

   a. If a registrant submits a voter registration application in which the Arizona driver license number does not match the records at the Motor Vehicle Division (MVD) and the driver license number is being used for proof of citizenship purposes, the county shall cancel the voter registration and send a letter to the registrant providing the registrant the opportunity to remedy the error.  (See SAMPLE FORMS: Uniform Correspondence:  AZ DLN Did Not Match at MVD.)  The registration effective date will be the date the new voter registration form is signed, not the date of the form that had the incorrect driver license number.
   b. If a registrant submits a voter registration application where the name, last four digits of social security number and/or the date of birth does not match the Motor Vehicle Division or the Social Security Administration, the Recorder shall send a letter to the registrant to confirm which information is correct.  (See SAMPLE FORMS:  Uniform Correspondence: MVD Non Match.)  The registration effective date will be the date the original voter registration form was signed.

13) If the registrant does not provide the driver license number, nonoperating identification license number or the last four digits of his/her social security number, by signing the form, the voter is indicating that he/she does not have a driver license number, nonoperating identification license number or social security number.

14) The voter registration form, accompanied by acceptable proof of citizenship must be accepted for processing even if the citizenship question is not answered.  The

registration shall not be completed, however, until the citizenship question is answered "yes" as required by ARS § 16-121.01 and 42 U.S.C. § 15483(b)(4)(B). The County Recorder shall notify registrants by letter in accordance with ARS § 16-134(B) and provide the registrant an opportunity to make a check mark or other appropriate indicator showing that the registrant answered "yes" to the question regarding citizenship.  [*Id.*]  For the purpose of voter registration, an appropriate indicator includes making a check mark in the box, placing an X in the box, circling the box, shading or any other method involving the "yes" box that indicates the registrant is a citizen.

15) All citizenship verification information collected pursuant to ARS § 16-166(F) shall be maintained by the County Recorder in a manner that the County Recorder reasonably believes will ensure that no unauthorized person has access to the information.

The Recorder shall maintain copies of citizenship proof provided by the voter batched by month and year.  [ARS § 16-166(J)].  After two years, the County Recorder may destroy all documents that were submitted as evidence of citizenship. If the County Recorder chooses to destroy these documents, the County Recorder must use due diligence to properly discard or dispose of the records.

16) If only the alien registration number from the naturalization documents is provided for citizenship purposes, the number shall be verified with the United States Citizenship and Immigration Services before the registrant may be added to the registration rolls.

To conduct the verification, each County Recorder shall establish an account with the United States Citizenship and Immigration Services to utilize the Systematic Alien Verification for Entitlements (SAVE) program.  This program allows the Recorders access to information contained in the Verification Information System (VIS) database.

The alien registration number is the only number from a registrant's naturalization documents that can be validated against the SAVE system.  The validation will indicate if the registrant is a citizen of the United States.

There is a delay from when a new citizen takes his or her oath at the citizenship ceremony until that citizen's alien registration number is placed in the SAVE database.  If the registration is received within 14 days of the voter registration deadline, the County Recorder shall notify the registrant that further citizenship proof may be necessary in order to assure that the voter is registered on time.  The correspondence shall indicate that the registrant may present his or her naturalization papers to the Recorder to satisfy the proof of citizenship requirement.

If a registrant provides a number that cannot be validated by the SAVE system, the County Recorder shall take all reasonable steps necessary to obtain the alien

registration number from the registrant, including, but not limited to, contacting the voter by phone and sending correspondence. The registrant is not officially registered until they satisfy the proof of citizenship requirement. If the County Recorder obtains the alien registration number from the registrant, the Recorder may enter the alien registration number on the form and validate the number through the SAVE system. If the number is validated, the Recorder may use the date the original form was signed as the registration date. If after 120 days, the registrant has not provided a valid alien registration number, the County Recorder shall send the registrant correspondence stating that the registration form has been rejected and the reason why along with a new voter registration form.

17) If the driver license number entered on the voter registration form was issued on or before October 1, 1996, or the driver license type is "F" (foreign or out of country) or "N" (commercial foreign or out of country), the Recorder shall take the following steps:

   a. Ensure the driver license number was entered correctly. If the Recorder determines it was not, the Recorder shall correct the driver license number on the county system and the new driver license number match will be reported on the statewide voter registration database (VRAZ) the next day.
   b. If the driver license number was entered correctly, check the current database to determine if the registrant is currently registered to vote in that county. If the voter is registered to vote in that county and is only updating the voter registration information, no citizenship proof is required.
   c. If it is determined that the voter is a first time registrant or is reregistering in a different county, check to see if other citizenship documents were provided with the voter registration application. If the registrant provided other satisfactory proof of citizenship, the registration should be accepted.
   d. If no satisfactory proof of citizenship is provided, the voter registration record should be cancelled and the voter should be contacted within ten business days of receipt of the registration form as provided by ARS § 16-134 with a request to provide proper proof of citizenship. (See SAMPLE FORMS: Type F License and Uniform Correspondence: 2nd Notice that Citizenship Documentation Needed.)

18) A legible photocopy of pertinent pages of the registrant's United States passport is considered proof of citizenship. The pertinent pages of a United States passport are considered the pages that contain the passport number, name, nationality, date of birth, gender, place of birth, and signature.

19) If a registrant submits tribal documentation or a tribal number on his/her form, it will be presumed valid as proof of citizenship for voter registration purposes.

20) The registrant may present to the Recorder the registrant's United States naturalization documents or other documents of proof that are established pursuant to the Immigration Reform and Control Act of 1986 as acceptable proof of citizenship.

21) The registrant may present or send the Recorder a legible photocopy of the applicant's birth certificate that verifies citizenship as acceptable proof of citizenship.

22) If a registration is conducted in person at the County Recorder's office, the County Recorder personnel shall indicate on the voter registration form (1) that the person provided proof of citizenship, (2) the type of citizenship proof provided, and (3) the name and initials of the employee who made the verification.

23) County Recorder personnel who attend naturalization ceremonies may assist the new citizens in registering to vote.  The county personnel shall verify the alien registration number, write their name and initials on the voter registration form, and date the form.  If voters are registered at the ceremony from outside the county, the county personnel conducting the voter registration drive shall bundle the registrations by county and send them to the County Recorder with an official cover letter stating that all alien registration numbers were verified by County Recorder personnel.  Neighboring counties may accept the voter registration form without further proof of citizenship.  (See SAMPLE FORMS – Uniform Correspondence - County Recorder Naturalization Ceremony Certification.)

24) If all fields are filled in on a voter registration form they shall be entered into the voter registration system.

25) If a party preference entered on a voter registration form starts with "DEM" it shall be mapped to Democratic.  "REP" or "GOP" shall be mapped to Republican.

26) If a party preference entered on a voter registration form is not on the list of recognized parties and is not a known party, then the party preference for that registrant will be "party not designated."

27) If a party preference entered on a voter registration form is not recognized as a political party by the state or a county, city or town, then that party preference shall be entered on the voter registration system but will be reported on all reports as "other."

28) If a paper application is for an existing active or inactive registrant in the county receiving the application and the application is received with the party preference field blank, do not change the existing party preference recorded on the registrants record.  Do not change the party preference to "no party preference" on an existing record.

29) The voter registration change effective date shall be used to indicate the voter has submitted a new voter registration form changing their name, address, party preference or other information on their existing voter registration record.  This date shall be used to determine election eligibility or eligibility to sign a particular petition.

30) The County Recorder shall issue a voter identification card to new registrants and to voters that change their address or party preference.  FED Only voters shall be issued a voter identification card that allows the voter to easily identify they are a FED Only voter.  The voter registration card should include the following information:
- "Voter Identification Card"
- county name
- County Recorder contact information
- voter ID number
- party preference
- date of voter registration
- voter full name
- voter full residence address
- voter precinct/district information
  - congressional (required – all voters)
  - legislative (required – full ballot voters)

The mailer that accompanies the voter identification card should contain the same information on the card and the following information:

- information stating this is the voter's new card and to discard any old cards
- information on use of card (bring to polling location)
- where to call if information on card is incorrect
- County Recorder name
- how to find polling place instructions
- notification that the voter's name appears in the general register
- information on the identification at the polls requirement
- information on how to request an early ballot
- reasons a person needs to re-register

## National Voter Registration Act Form (Federal Form) Processing

***A Federal Form may not be rejected because the applicant has not provided evidence of citizenship.  As such, the procedures for processing the Federal Form and the State Form to the point of achieving an active voter registration status are separated in this manual.***  Once the County Recorder determines the Federal Form application qualifies for active status, the remaining procedures in *Voter Registration Processing – State Form* shall be followed.

### First Time Voters Who Registered Using The Federal Form:

HAVA requires first time voters in the state who register using the Federal Form to prove their identity at the polling place or to the County Recorder before receiving an early ballot.

Early Voting Eligible:
Voters that have met the identification requirement have an active status code of "FEDI" in the voter registration system and are eligible for early voting.

Early Voting Ineligible:
Voters that have not provided sufficient identification have an active status code of "FED" in the voter registration system and must vote in-person the first time, or prove identity prior to an election to become eligible for early voting.

Acceptable forms of identification are as follows:

1. The presentation to the appropriate official of a current and valid photo identification or;
2. The presentation of a copy satisfactory evidence of identity, which includes one of the following:
   - Your Arizona driver's license number or non-operating identification license number that matches your record at the Arizona Motor Vehicle Division
   - Your last four digits of Social Security Number that matches your record at the Social Security Administration
   - Utility bill of the elector that is dated within ninety days of the date of the election.  A utility bill may be for electric, gas, water, solid waste, sewer, telephone, cellular phone, or cable television
   - Bank or credit union statement that is dated within ninety days of the date of the election
   - Valid Arizona Vehicle Registration
   - Indian census card
   - Property tax statement of the elector's residence
   - Tribal enrollment card or other form of tribal identification
   - Vehicle insurance card
   - Recorder's Certificate
   - Valid United States federal, state, or local government issued identification, including a voter registration card issued by the county recorder

**Receipt of Federal Form**

The officer charged with evaluating a Federal Form shall first determine if the form contains name, date of birth (DOB), residence address and signature of the applicant.  If the form contains this information the officer shall proceed with the following steps.  If

the form is missing any one of the four pieces of information, the form is incomplete and correspondence shall be sent to the registrant asking for the additional information.

*Federal Form Citizenship Check Box*

If an applicant for voter registration fails to answer the question regarding citizenship included in the Federal Form (the citizenship check box) the county official shall notify the applicant of the failure and provide the applicant with an opportunity to complete the form in a timely manner to allow for the completion of the registration form prior to the next election by placing the applicant in suspense and providing appropriate correspondence.

*Arizona Driver License Number or AZ Non-Operating License Number Or Last Four Digits of Social Security Number*

If the Federal Form arrives and contains an Arizona Driver License Number or Arizona Non-Operating License Number, the information contained on the form is entered into the voter registration system and compared to the Motor Vehicle Division database.

- If there is a match on Name, DOB and the license number and the license type indicates citizenship, the voter registration record is made active (full ballot voter). The registrant does not need to provide any other information.
- If there is a match on Name, DOB and the license number and the license type indicates non-citizenship, the record is placed in suspense and correspondence shall be sent to the registrant asking for clarifying information (see SAMPLE FORMS: Type F License – Federal Form).
- If there is not a match on Name, DOB, and the license number, the voter registration record is made active FED Only voter *without* early voting eligibility (FED status code) and correspondence shall be sent to the registrant informing/educating the voter that they will only be eligible to vote in federal elections and must vote in person the first time or prove identity prior to an election.
- If the person includes their Name, DOB, and last four digits of their Social Security Number, and there is a match, the voter registration record is made active FED Only voter *with* early voting eligibility (FEDI status code).  The registrant does not need to provide any other information.  Correspondence shall be sent to the registrant informing/educating them of their FED Only status in addition to giving them an opportunity to prove citizenship.

- If the person includes their Name, DOB, and last four digits of their Social Security Number and there is not a match, the voter registration record is made active FED Only voter _without_ early voting eligibility (FED status code) and correspondence shall be sent to the registrant informing/educating the voter that they will only be eligible to vote in federal elections and must vote in person the first time or prove identity prior to an election.

For any new voter registration that does not contain the driver license number or nonoperating identification license number or the last four digits of the social security number, the Secretary of State will match available data with the Arizona Motor Vehicle Division. If there is a match, data from MVD will be added to the record.

If a driver license number or nonoperating identification license number (issued after October 1, 1996) is populated in the voter registration record from a match, this constitutes proof of citizenship for Federal Form registrants even if the registrant provided no other form of proof of citizenship.

The Secretary of State will assign a unique identifying number to any registrant who does not have a driver license number, nonoperating identification license number or social security number.

If the registrant corrects the information or provides other satisfying identification that proves identity as noted in HAVA, the registrant's voter registration record will be made active _with_ early voting eligibility (FEDI status code).

*Alien Registration Number*

If the Federal Form arrives and contains an Alien Registration Number, the information contained on the form is entered into the system and compared to the SAVE database.
- If there is a match on Name, DOB and the Alien Registration Number and the SAVE database indicates citizenship, the voter registration record is made active (Full Ballot voter).
- If there is a match on Name, DOB and the Alien Registration Number and the SAVE database indicates non-citizenship, the record is placed in suspense and correspondence shall be sent to the registrant asking for clarifying information.
- If there is not a match on Name, DOB, or Alien Registration Number, the voter registration record is made active FED Only voter _without_ early voting eligibility (FED status code) and correspondence shall be sent to the registrant informing/educating the voter that they will only be eligible to vote in federal elections and must vote in person the first time or prove identity prior to an election.

*Tribal Identification*

If the Federal Form arrives and contains tribal identification, the information contained on the form is entered into the system and the record is made active (Full Ballot voter).

If the registrant does not provide a license number, last four digits of social security number, or any other identity information, including tribal identification, as prescribed by HAVA, the voter registration record is made active FED Only voter *without* early voting eligibility (FED status code) and correspondence shall be sent to the registrant informing/educating the voter that they will only be eligible to vote in federal elections and must vote in-person the first time or prove identity prior to an election.

## FEDERAL FORMS; DISTRIBUTION AT NATURALIZATION CEREMONIES

County Recorder personnel who attend naturalization ceremonies may assist the new citizens in registering to vote.  County Recorder personnel who bring copies of the State Form shall also bring copies of the Federal Form and must make either available to the applicant.  County personnel shall bundle the registrations by county and send them to the County Recorder with an official cover letter.

### Tracking Voter Registration of Proposed New Party

A county is only required to track voter registration applications for a proposed new party from the time the Secretary of State notifies the counties that a statement of organization has been filed through the end of the next election cycle or for as long as the committee is active.  The Secretary of State shall add the proposed new party to the registration system.  If a registrant listed a proposed new party in the party field of the application, the counties shall enter the registrant's party as the proposed new party listed in the voter registration system.

# Statewide Voter Registration System

The Secretary of State administers a statewide database of voter registration information that contains the name and registration information of every registered voter in this state.  The database includes an identifier that is unique to each individual voter.

The statewide voter registration system is intended to protect the integrity of the electoral process by ensuring the maintenance of an accurate and current voter registration list.  The goal is to eliminate the threat to the integrity of the election process by minimizing the problems that can occur when individuals register to vote in multiple jurisdictions.  Each county voter registration system shall be approved by the Secretary of State for compatibility with the statewide voter registration database.

The statewide voter registration system does statewide comparisons in four major areas:

1) Motor Vehicle Records
2) Duplicate Matching Across Counties
3) Court Felony or Incapacitated Matching
4) Death Notification Matching

The following procedures shall be followed by the Secretary of State and the County Recorders when administering voter registrations through the statewide voter registration system:

1) **Motor Vehicle Records** - All new additions to the voter registration database shall be matched against the Arizona Motor Vehicle Division (MVD) database.  Any changes to a voter's identity information in a voter registration system (driver license number, last four digits of social security number, name or date of birth) shall also be compared to the Motor Vehicle Division database.

   In addition to name and date of birth, the driver license number or the last four digits of the registrant's social security number shall be compared against the Motor Vehicle Division database.  The statewide voter registration system shall notify the counties of the results of the MVD matching.  The counties shall process any discrepancies or updates obtained from the MVD match in order to update the statewide voter registration database.  If the county has reason to believe that the MVD information is incorrect, the county shall forward the information to the Secretary of State to resolve.

2) **Duplicate Matching Across Counties** - All new additions to the voter registration database or records of a voter who has moved from one county to another shall be compared with all records in other counties to determine if a duplicate record exists.  The statewide voter registration system shall notify the counties of the results of the duplicate matching.  In the event that a duplicate does exist, the prior county will be responsible for resolving the duplicate and then update any duplicate records found in order to update the statewide voter registration database.

**Duplicate Match Process**

The prior county is notified of the duplicate match.  It is up to the prior county to determine if a soft match is a true match prior to canceling the voter registration. The prior county will perform the work necessary to determine if the match is a true match with the new county or state before they cancel the voter's registration in their county.

The computer matching process will indicate potential matches.  The computer matching will match using the criteria of Name, Date of Birth, Last Four Digits of Social Security Number (SSN4), and Driver License Number.  For county duplicate matches, a hard match will be defined as the following:

1. Name, Date of Birth, SSN4, and AZ Driver License match on both the new county record and the prior county record.
2. Name, Date of Birth, and AZ Driver License match on both the new county record and the prior county record.  The SSN4 cannot be matched since one or both records do not have the SSN4.
3. Name, Date of Birth, and SSN4 match on both the new county record and the prior county record.  The DLN cannot be matched since one or both records do not have the DLN.

A hard match between two Arizona county records will cancel the voter registration record in the prior county.  No correspondence will be sent to the voter since the voter has given written notice that they have moved to the new county.

When matching, if any piece of criteria (Name, DOB, SSN4, DLN) is available on both records and does not match, the match will either be a soft match or considered a no match.  It can never be a hard match.

**Soft Match Resolution Process**

All out of state matches on Name and DOB or Name, DOB and SSN4 will be treated as soft matches.  DLN on an out of state match cannot be matched since by definition, they will be different.

The recorder will evaluate each soft match.  If it is a county to county match, the record can be evaluated to determine if the non-matching criteria is due to a transposition of characters or a minor spelling difference in the name.  If the county to county soft match is due to a transposition of characters or a minor spelling difference in the name, the county may treat the match as a hard match.

For all remaining soft matches, the recorder should attempt to obtain the registration card from the other county or state.  The registration card from the other county or state will allow the recorder to compare the signature and possibly other information such as place of birth, mother's maiden name, father's name, alien registration number, Indian census number, prior address, and other information that may be on both the new form and the prior county form.  If the determination from looking at the new and old registration applications that it is a true duplicate match, the voter registration will be canceled in the prior county and treated as if the new voter registration card is notification that the voter has moved.

For out of state matches that are not resolved through the Statewide Voter Registration System, but rather through reports, the registration status should be canceled with a registration status of "MOV".

If the registration image from the new county or state cannot be obtained and/or there is a question if it is a true duplicate match, the recorder shall either determine it is not a match or will send correspondence (without cancellation of the voter

CHAPTER 2 - QUALIFICATION AND REGISTRATION OF ELECTORS

registration record) asking the voter if they have moved. The standard correspondence will be sent to the prior county address and can also be sent to the new county/state address.

### Suspend Duplicate Processing During Books Closed

Voter registration duplicate resolution will be suspended for voter registration applications (paper or electronic) dated between last day to register to vote for an election and the date that all provisional ballots have to be processed.

3) **Records Regarding Court Felony or Incapacitated Matching** - All felony/incapacitated records received by the Secretary of State's office from the state and federal courts shall be compared to the entire voter registration database. The statewide voter registration system shall notify the counties of the results of the court matched felony/incapacitated records. The counties shall update the voter registration record for any matched felony/incapacitated records in order to update the statewide voter registration database.   If the county has reason to believe that the court information is incorrect, the county shall forward the information to the Secretary of State to resolve.

- Juror Questionnaire
   a. Any juror questionnaire form received by the Secretary of State's office that indicates a person is a felon shall be forwarded to the county in which the person resides.

   b. A county receiving notice from the court or the Secretary of State's office that a person signed a juror questionnaire indicating that he or she is a felon shall cancel the voter from the voter registration system and send the person correspondence informing him or her of the cancellation. (See SAMPLE FORMS: Uniform Correspondence: Jury Questionnaire - Felon.)

   c. A county receiving notice from the court or the Secretary of State's office that a person signed a juror questionnaire indicating that he or she is not a United States citizen shall cancel the voter from the voter registration system and send the person correspondence informing him or her of the cancellation.  (See SAMPLE FORMS:  Uniform Correspondence:  Jury Questionnaire – Citizenship)  The county may forward the questionnaire to the County Attorney or to the Secretary of State's office for possible referral to the Attorney General.

- Court Notification

   A county receiving notice from the Secretary of State or the court that a voter has been convicted of a felony shall cancel the voter from the voter registration system and send correspondence informing the person of his or her

cancellation.   (See SAMPLE FORMS:   Uniform Correspondence:   Felony Conviction.)

[ARS § 16-165(A)(4)]

Upon official notice from the superior court, the Secretary of State shall notify a county that a voter has been deemed incapacitated as defined by ARS § 16-165(C).  The County Recorder shall cancel the voter from the voter registration system and shall notify the voter.

[ARS § 16-165(C)]

4) **Records Regarding Death Notification Matching** – The Secretary of State's office shall compare all death notification records received from the Department of Health Services (DHS) to the voter registration database. The Secretary of State's office, through the statewide voter registration system shall notify the counties of the results of the death notification comparison.  The counties will update any matched death notification records on a regular basis in order to update the statewide voter registration database.

If the county feels that the DHS death information is incorrect, the county shall forward the information to the Secretary of State to resolve.

# Petition Processing

The County Recorder shall use the following guidelines when certifying signatures on petitions:

## STATE & LOCAL PETITIONS

### NOMINATION PETITIONS

|  | Petition Scenarios | Accept/Reject |
|---|---|---|
| 1. | Voter active/inactive, registered in proper party, registered address in district and petition address different but within the district | ACCEPT |
| 2. | Voter active/inactive, registered in proper party, registered address out of district and petition address different but within district | REJECT |
| 3. | Voter active/inactive, registered in proper party, registered address in district and petition address different but outside of district | ACCEPT |
| 4. | Voter active/inactive, registered in proper party, registered address in district and petition shows PO Box | ACCEPT |
| 5. | Voter active/inactive, registered in proper party, registered address out of district and petition shows PO Box | REJECT |
| 6. | Voter active/inactive, registered in different **recognized** party | REJECT |
| 7. | FED Only voter | REJECT |

### $5 SLIPS

|  | Petition Scenarios | Accept/Reject |
|---|---|---|
| 1. | Voter active/inactive, registered address in district and $5 slip address different but within the district | ACCEPT |
| 2. | Voter active/inactive, registered address out of district and $5 slip address different but within district | REJECT |
| 3. | Voter active/inactive, registered address in district and $5 slip address different but outside of district | ACCEPT |
| 4. | Voter active/inactive registered address in district and $5 slip shows PO Box | ACCEPT |
| 5. | Voter active/inactive, registered address out of district and $5 slip shows PO Box | REJECT |
| 6. | FED Only voter | REJECT |

### INITIATIVE, REFERENDUM AND RECALL PETITIONS

|  | Petition Scenarios | Accept/Reject |
|---|---|---|
| 1. | Voter active/inactive, registration address in district and petition address different but within the district | ACCEPT |
| 2. | Voter active/inactive, registration address out of district and petition address different but within district | ACCEPT |
| 3. | Voter active/inactive, registration address in district and petition | REJECT |

|   | | Accept/Reject |
|---|---|---|
| | address different but outside of district | |
| 4. | Voter active/inactive, registration address in district and petition shows PO Box | REJECT |
| 5. | Voter active/inactive, registration address out of district and petition shows PO Box | REJECT |
| 6. | FED Only voter | REJECT |

## NEW PARTY RECOGNITION PETITIONS

|   | Petition Scenarios | Accept/Reject |
|---|---|---|
| 1. | Voter active/inactive, registration address in county and petition address different but within the county | ACCEPT |
| 2. | Voter active/inactive, registration address in county and petition address different and outside of county | REJECT |
| 3. | Voter active/inactive, registration address in county and petition shows PO Box | ACCEPT |
| 4. | FED Only voter | REJECT |

# FEDERAL PETITIONS

## NOMINATION PETITIONS

|   | Petition Scenarios | Accept/Reject |
|---|---|---|
| 1. | Voter active/inactive, registered in proper party, registered address in district and petition address different but within the district | ACCEPT |
| 2. | Voter active/inactive, registered in proper party, registered address out of district and petition address different but within district | REJECT |
| 3. | Voter active/inactive, registered in proper party, registered address in district and petition address different but outside of district | ACCEPT |
| 4. | Voter active/inactive, registered in proper party, registered address in district and petition shows PO Box that is on the voter file | ACCEPT |
| 5. | Voter active/inactive, registered in proper party, registered address out of district and petition shows PO Box | REJECT |
| 6. | Voter active/inactive, registered in different **recognized** party | REJECT |

## RECALL PETITIONS

|   | Petition Scenarios | Accept/Reject |
|---|---|---|
| 1. | Voter active/inactive, registration address in district and petition address different but within the district | ACCEPT |
| 2. | Voter active/inactive, registration address out of district and petition address different but within district | ACCEPT |
| 3. | Voter active/inactive, registration address in district and petition address different but outside of district | REJECT |

CHAPTER 2 - QUALIFICATION AND REGISTRATION OF ELECTORS

| 4. | Voter active/inactive, registration address in district and petition shows PO Box | REJECT |
|---|---|---|
| 5. | Voter active/inactive, registration address out of district and petition shows PO Box | REJECT |

## Voter Registration Record Status List

A voter registration record has six possible statuses:  active, inactive, canceled, suspense (pending), not registered and not eligible.

**Active** – The "Active" status will be assigned to voter registration records meeting all minimum standards for a qualified voter.

**Active Reason Codes:**

| Status | Reason | Description | Business Scenario |
|---|---|---|---|
| A | | **ACTIVE** | |
| | VR | Valid Registration | Complete voter registration, citizenship verified |
| | CHAL | Challenged | Registration is active and complete, voter is challenged |
| | NVRN | NVRA Confirmation Response Needed | Recorder received |
| | FEDI | Federal ID Only | Federal voter registration form where only ID was provided |
| | FED | Federal | Federal voter registration form where no proof of ID or citizenship was provided. |

**Inactive** – The "Inactive" status will be assigned to voter registration records meeting the standards of the NVRA for having an inactive address.  Inactive voters shall not be included when determining the number of qualified electors residing in a community.

| Status | Reason | Description | Business Scenario |
|---|---|---|---|
| I | | **INACTIVE** | |
| | NVRI | NVRA Inactive Address | NVRA process occurs and voter moves from active status to inactive. Voter sent two proper mailings and both returned. |

**Canceled** – A canceled voter registration status is for a voter registration record that once was active within the county and the person is no longer registered in the county. The "Canceled" status is reserved for voter registrations that no longer meet the minimum qualifications for registration and all procedures for notification and challenges have been exhausted.

**Canceled Reason Codes**:

| Status | Reason | Description | Business Scenario |
|---|---|---|---|
| C | | CANCELED (REMOVABLE) | |
| | D | Deceased | Recorder processes "soft match" Recorder notified of death through other source than VRAZ II |
| | DA | Deceased – Automatic Resolution | VRAZ II automatically resolved "hard match" death |
| | DI | Declared Incompetent | Recorder processes "soft match" Recorder notified of voter being declared incapacitated through other source than VRAZ II |
| | DIA | Declared Incompetent – Automatic Resolution | VRAZ II automatically resolved "hard match" incompetent case |
| | FEL | Felon | Recorder processes "soft match" Recorder notified of felon through other source than VRAZ II |
| | FELA | Felon – Automatic Resolution | VRAZ II automatically resolved "hard match" felon |
| | MOV | Moved Out of Jurisdiction | Recorder processes "soft match" Recorder notified of duplicate through other source than VRAZ II |
| | MOVA | Moved Out of Jurisdiction – Automatic Resolution | VRAZ II automatically resolved "hard match" duplicate |
| | DSJ | Duplicate Same Jurisdiction | Recorder discovers that two records in county system are really same voter.  The record that merges into the main record will receive this status and reason. |
| | INVR | Invalid Residence Address | Determined that address used for registration is not valid.  Examples may be a business address or a hotel. |
| | VRR | Voter Request – Voluntary | Voter requests that they be removed from the voter registration list |
| | INVC | Involuntary Cancellation | Notice is received that voter declared they were a felon on a jury questionnaire. (See SAMPLE FORMS: Uniform Correspondence: Jury Questionnaire – Felon) Notice is received that voter declared they were not a citizen on a jury questionnaire.  (See SAMPLE FORMS: Uniform Correspondence: Jury Questionnaire – Citizenship) |

| | NVRA | NVRA | Voter removed from list after being inactive and not voting in two federal election cycles |
|---|---|---|---|

Any elector whose registration is canceled for reasons other than for being convicted of a felony and wishes to participate in the election process needs to register to vote and must meet all the requirements of a first time registrant.  A voter who is removed from the registration rolls as a result of a felony conviction may only register again if the terms set forth on page 10 **(**Qualifications to Register to Vote) have been met.  (See Civil Rights Restoration for Persons with One or More Felony Convictions on page 38.)

**Suspense (Pending)** – The "Suspense" status will be assigned to a voter registration in the case that an incomplete application was received or further information is required to complete the processing of the application.

**Suspense Reason Codes:**

| Status | Reason | Description | Business Scenario |
|---|---|---|---|
| S | | **SUSPENSE (PENDING)** | |
| | VER | Waiting for Verification from VRAZ II | Registrant registers and is originally put into suspense until MVD check is done. |
| | REG | Waiting for Verification from Registrant | Registrant registers, but more information is needed before they can be registered.  This status and reason is used from time of data entry. |
| | RTY | Registrant Too Young | Registrant is too young to register, but information entered into system.  Voter will become active once they are eligible |

If a voter registration request is missing key information (other than proof of citizenship), the voter registration record shall be placed in a "suspense" status and the registrant shall be allowed no less than 35 and no more than 90 days as set by the County Recorder to respond to the request for information before deleting the record.  The County Recorder shall provide the person a registration form and instructions on how to complete the application.  The person may be deemed to have been registered on the date the registration was first received.  If the missing or illegible information is supplied before 7:00 p.m. on the day of the election, that person is deemed to have been registered on the date that the registration was first received.

**Not Registered** – The "not registered" status will be assigned for voter registrations that have not satisfied the minimum requirements for a valid voter registration application.  A voter registration record can be rejected prior to ever becoming a full active voter registration record.

**Not Registered Reason Codes:**

| Status | Reason | Description | Business Scenario |
|--------|--------|-------------|-------------------|
| **NR** | | **NOT REGISTERED** | |
| | PROV | Provisional Not Counted | Voter votes a provisional ballot at county, but is not registered in county.  This status and reason is used to allow the status of the provisional ballot to be posted online and allow the voter to check the status |
| | ERR | Added to System in Error | Registrant registers.  Recorder notifies that record was added to system in error.  Data exists on record that does not allow the record to be deleted. |
| | PEX | Pending Expired | Registrant registered, recorder sends correspondence to registrant stating that more information needed to complete registration.  This status is used after the time period for the registrant to respond to the correspondence.  The registrant would have been in suspense and did not respond to the requests for additional information.  After the time period in suspense, the voter is moved to a status of "not registered" with this reason code |
| | REX | Rejected Expired | Registrant registered with no DLN on State Form or DLN did not match.  Recorder sends correspondence to registrant stating that proof of citizenship is needed to complete state registration.  This status is used after the time period for the registrant to respond to the correspondence. The registrant would have been in suspense and did not respond to the requests for additional information. After the time period in suspense, the voter is moved to a status of "not registered" with this reason code. |

**Not Eligible**

| Status | Reason | Description | Business Scenario |
|--------|--------|-------------|-------------------|
| **N** | | **NOT ELIGIBLE** | |

CHAPTER 2 - QUALIFICATION AND REGISTRATION OF ELECTORS

| | INC | Invalid Citizenship Proof | Voter registers and does not provide adequate proof of citizenship.  This is for cases where the registrant does not place an AZ DLN on the application and either provides inadequate proof of citizenship or no proof at all.  After a period of time with no action, the status will change to "not registered" and a reason of "REX". |
|---|---|---|---|

If a state voter registration form is missing citizenship proof, the voter registration form is rejected.  If a record has been created, the record shall be placed in a "not eligible" status and the registrant shall be allowed no less than 35 and no more than 90 days as set by the County Recorder to respond to the request for information before deleting the record.  For citizenship proof cases, the registrant shall be provided a blank state voter registration form and the registration date entered on the completed form shall be the official date of registration.

# Registration of Electors

## County Recorder Obligations

A County Recorder shall:

- authorize persons to accept registration forms
- distribute mail-in registration forms
- designate places for receipt of registration forms

[ARS § 16-134]

The State Voter Registration Form and the National Voter Registration Form (Federal Form) must both be available at all locations in which mail-in registration forms are offered, including web sites.  However, the county recorder may mail a registered voter only the State Form if the voter has moved within the county and therefore has already met the citizenship requirement.

## Sources of Registration

A County Recorder shall use the following sources of registration codes:

| CODE | DESCRIPTION | EXAMPLE |
|---|---|---|
| C | Counter | Voter Registration Office Counter |
| M | Mail | Mail, express delivery, National Registration Forms through the US Mail |
| MVD | Motor Vehicle Office | EZ Voter from Internet, EZ Voter from MVD Office, |

| | | form from MVD Office |
|---|---|---|
| PA | Public Assistance Office | WIC (DES), TANF (DES), AHCCCS, Family Assistance (DES), Unemployment (DES) |
| S | State Designated Site | *None identified at this time* |
| MIL | Armed Forces Recruitment Office | Army, Navy, Air Force, Marines, Coast Guard, Reserve/Guard |
| DS | Disability Service | Olmstead (AHCCCS), Division of Developmental Disabilities (DES) |
| R | Registration Drive | Any group that organizes and coordinates a voter registration drive with the Recorder's office, political parties |
| OTH | Other | Libraries, schools |
| FED | National Voter Registration Form | National Voter Registration Form |
| FPCA | Federal Post Card Application | UOCAVA voter |
| FWAB | Federal Write-In Absentee Ballot | UOCAVA voter |

## Registration Through Public Assistance Agencies

Public assistance agencies and disabilities agencies as defined in ARS § 16-140 shall return or mail completed voter registrations to the County Recorder of the county in which the registrant resides within **five days after receipt** of those registrations.

[ARS § 16-134]

## Online Electronic Voter Registration

Registrations that are generated through the Arizona state EZ voter system will be transmitted by the Secretary of State, no later than five days after they have been received, to the appropriate County Recorder for processing.   These include registrations done through the EZ Voter Internet service or voter registrations processed in a Motor Vehicle Division office and electronically transmitted to the Secretary of State.

In the case of voter registrations received through the EZ Voter System, a voter registration is valid for an election if the time of the electronic registration is 29 days or more before an election as reflected on the EZ Voter confirmation receipt.

If a subsequent voter registration form is received electronically on the same day with identical information, the subsequent voter registration form shall be entered into the voter registration system as a duplicate record.  A second voter identification card does not need to be sent to the registrant.

The respective county may process EZ Voter Registrations either by paper or electronically.

## Mail-In Registration

In the case of voter registrations received **by mail**, a voter registration is valid for an election if it complies with either of the following:

- the voter registration form is:

  - *postmarked* 29 days or more before an election *and*
  - *received* by the County Recorder by 7:00 p.m. on the day of the election

- the voter registration form is:

  - **dated 29 days or more** before an election *and*
  - **received** by the County Recorder **within five days** after the last day to register to vote in that election

[ARS § 16-134(C)]

If a subsequent paper voter registration form is received in the same day with identical information, the second voter registration form should be entered into the voter registration system as a duplicate record.  A second voter identification card is not required to be sent to the registrant.

If the voter returns a receipt to the Recorder, which contains all of the required information for registration, the Recorder shall accept the receipt as the voter's registration.  The Recorder may request the voter to complete a new registration form to replace the accepted receipt. If the voter does not send the Recorder a requested form to replace the receipt, the voter will nevertheless be considered properly registered to vote if the receipt contains all required information.

[ARS § 16-152(B)]

## Incomplete or Illegible Registration

If the information on the registration form is incomplete or illegible, and the County Recorder is not able to process it, the registrant shall be notified and informed of the missing or illegible information within **ten business days of receipt.**  Any new voter registration must have the following:

- name,
- residence address or location of residence,
- date of birth,

- signature, or if the registrant is unable to sign, a statement that the form was completed according to the registrant's direction,
- an answer of "yes" to the question "Are you a citizen of the United States of America?", and
- proof of United States citizenship.

[ARS §§ 16-121.01, 16-134(B), 16-152(A)(20), 16-166(F); 42 U.S.C. § 15483(b)(4)(B)]

A completed voter registration form must contain the Arizona driver license number or nonoperating identification license number issued pursuant to ARS § 28-3165, if the license is current and valid. If the registrant has no current and valid Arizona driver license or nonoperating identification license, the last four digits of his/her social security number must be provided if one has been issued.  If the registrant has no current and valid Arizona driver license or nonoperating identification license or social security number, the Secretary of State's office will assign a unique identifying number.

[ARS § 16-152]

If the missing or illegible information is supplied before 7:00 p.m. on the day of the election, that person is deemed to have been registered on the date that the registration was first received.

[ARS § 16-134(B)]

## Registration Deadline

A citizen may register to vote at any time; however, no elector shall vote in an election called pursuant to the laws of this state unless the elector has been registered to vote and is a resident within the boundaries or the proposed boundaries of the election district for which the election is being conducted by **midnight** of the **29th day preceding the date of the election**.

**Registration Deadlines:**

| Election | Voter Registration Deadline |
|---|---|
| March 12, 2013 | February 11, 2013 at midnight |
| May 21, 2013 | April 22, 2013 at midnight |
| August 27, 2013 | July 29, 2013 at midnight |
| November 5, 2013 | October 7, 2013 at midnight |
| March 11, 2014 | February 10, 2014 at midnight |

| May 20, 2014 | April 21, 2014 at midnight |
|---|---|
| August 26, 2014 | July 28, 2014 at midnight |
| November 4, 2014 | October 6, 2014 at midnight |

[ARS § 16-120]

## Change of Voter's Residence

There are three methods for a voter to register with a new address:

- reregistration (the voter may complete a new registration form.)
- early ballot (the voter may reregister with the new residence address or correct the record by requesting an address change on a written request for early ballot.) [ARS § 16-135(A)(E)]
- provisional ballot  (A voter who moves from the address at which the voter is registered to another address within the same county and who fails to notify the County Recorder of the change of address before the date of an election shall be permitted to correct the voter registration records at the appropriate polling place for the voter's new address.)

[ARS § 16-135(B)]

## Causes for Cancellation

The County Recorder shall cancel a registration:

- at the request of the person registered,
- when the County Recorder knows of the death of the person registered,
- if the person has been adjudicated an incapacitated person as defined in ARS § 14-5101,
- when the person registered has been convicted of a felony and the judgment of conviction has not been reversed or set aside,
- when a person indicates on a signed jury questionnaire that he or she is a convicted felon,
- when a person indicates on a signed jury questionnaire that he or she is not a citizen,
- upon production of a certified copy of a judgment directing a cancellation to be made,
- promptly after the election, if the person registered has applied for a ballot for a presidential election pursuant to ARS § 16-126,
- when a person has been on the inactive voter list for a period of four years or through the date of the second general election for a federal office following the date of inactivation,
- when the County Recorder receives written information from the person registered that the person has a change of residence within the county and the person does not complete and mail a new registration form 29 days before the election after the County Recorder mails notification of the need to complete a new registration form with current information, or
- when the County Recorder receives written information from the voter that he or she has a change of address outside the county.

[ARS § 16-165]

If a voter is canceled through the duplicate match process and subsequently moves back to that county, the county shall create a new record and process the voter as a new registrant.

## Civil Rights Restoration for Persons with One or More Felony Convictions

It is the responsibility of the person whose rights have been restored to register or re-register to vote.

With the exception of those convicted of counterfeiting election returns, civil rights are automatically restored if it is a person's first and only felony conviction upon completion of probation or absolute discharge from imprisonment and payment of any court fees, fines and restitution.

If it is a person's second or subsequent felony conviction, the person may submit an application to the appropriate court to restore his or her rights upon the completion of probation or two years after absolute discharge.

[ARS §§ 13-905 & 16-1011]

Once a county cancels a voter registration, the record of that voter shall be retained for five years on the voter registration database before moving the record to alternative storage.

# Verification of Registration/Integrity of Rolls

## Mailing Requirements

Except for the mailing of sample ballots, a County Recorder, who mails an item to any elector, shall follow these procedures:

- Send the mailing by non-forwardable first class mail marked with the statement required by the postmaster to receive an address correction notification.
- If the item is returned as undeliverable, the County Recorder shall send a follow-up notice to that elector **within three weeks** of the returned notice.
- The County Recorder shall mail the follow-up notice to the address on the general county register or to the forwarding address given by the post office.
- The follow-up notice shall include a registration form and a notice that if the elector does not complete and return a new registration form **no later than 35 days before the election,** the name of the elector will be transferred to the inactive voter list.
- The County Recorder shall transfer to the inactive list any voter who has not responded by the 29th day before the election.

- If the elector provides the County Recorder with a new registration form, the County Recorder shall change the general register to reflect the changes indicated.
- If the elector indicates a new residence address outside the county, the County Recorder shall forward the new registration to the appropriate County Recorder.
- If the elector indicates a new residence address outside of this state, the County Recorder shall cancel the elector's registration.
- The County Recorder shall maintain the names of electors who have been removed from the general register on the inactive voter list for **four years** or through the date of the second general election for a federal office following the date of inactivation.
- Only official election mailings shall count toward the first attempt under the National Voter Registration Act in accordance with law.

The County Recorder shall keep track of the number of verification notices sent and the number of confirmation notices received for reporting pursuant to the National Voter Registration Act of 1993 for at least two years as required by the Act.

[42 U.S.C. § 1973gg-6]

## National Change of Address (NCOA)

The County Recorder on or before **May 1** of each year preceding a state primary and general election, or more frequently as the Recorder deems necessary, may use the change of address information supplied by the postal service through its licensees to identify registrants whose addresses may have changed.

- If it appears that the registrant has moved to a different address in the same county, the Recorder shall change the registration records to reflect the new address and shall send the registrant a notice of the change by forwardable mail and a postage prepaid preaddressed return form by which the registrant may verify or correct the registration information.
- If the registrant fails to return the form postmarked not later than **35 days** after the mailing of the notice, the elector shall be removed from the general register and transferred to the inactive voter list.
- If the notice sent by the Recorder is not returned, the registrant may be required to provide affirmation or confirmation of the registrant's address in order to vote.
- If the registrant does not vote in an election during the period after the date of the notice from the Recorder through the date of the second general election for federal office following the date of that notice, the registrant's name shall be removed from the list of inactive voters.
- If the registrant has changed residence to a new county, the County Recorder shall provide information on how the registrant can continue to be eligible to vote.

The County Recorder may use additional procedures as deemed necessary to maintain the integrity of the voter registration rolls.

[ARS § 16-166]

**Data available to the general public**

Citizens often come to view a registration record.  The following is criterion that is acceptable for a citizen to access another citizen's voter registration record:

- Voter name
- Residence address
- Phone number
- Party Preference
- County voter ID number
- Year of date of birth only
- Date registration was modified
- Date of registration, if active or inactive
- Precinct/Districts
- Occupation
- Poll worker flag
- Voting history
- Federal Voter Indicator

# Voter Registration Data Processing

In each county in which an electronic data processing system or program is used for voter registration, the County Recorder shall file a detailed and complete explanation of the system or program and any subsequent revisions with the Secretary of State.

[ARS § 16-173]

**Auditable Formats Internet Transmission**

Voter registration rolls contain confidential voter information and information available for public inspection.

Voter registration rolls may be communicated via Internet transmission when there is reasonable assurance the information is communicated point to point without interception between the office of the Recorder and the authorized receiving party.

In order to communicate information via Internet transmission the process must include:

- reasonable authentication of identity of the party with which the data is being shared
- use of encryption technology to ensure only the authorized party may access the information
- use of encryption technology to ensure integrity during transmission and prevent unauthorized interception of the transmission

- auditable evidence the information was shared with only the authorized party or parties

It is assumed that once information has been shared, the receiving parties approach the handling of the voter registration rolls with the same tenacity as the County Recorder's office.

## Encryption

When encrypting the information for transmission, the county shall choose an encryption routine that has no less than 128-bit strength and shall exchange the encryption/decryption keys in secure formats, such as out-of-band communication like postal service or telephone.  Sharing shall be accomplished through virtual private networking (VPN) or secured socket layer (SSL).

## Auditability

System audit logs shall be able to show time stamped activity around:

- creation of the information,
- to whom and when transmitted, and
- method of authentication and encryption.

Logs depicting this supervised access by outside parties shall be kept for a minimum of four years.

## Additional Reporting

The county recorder shall count the registered voters by political party by precinct, legislative district and congressional district as follows:

Cutoff dates for even numbered years:

- January 1
- March 1
- The last day on which a person may register to be eligible to vote in the next primary election
- The last day on which a person may register to be eligible to vote in the next general election
- The last day on which a person may register to be eligible to vote in the next presidential preference election

Cutoff dates for odd numbered years:

- January 1
- April 1

- July 1
- October 1 (political party recognition)

The county recorder shall report these totals to the Secretary of State as soon as practicable following each of the cutoff dates.  **IMPORTANT:**  In order to ensure accurate reporting, the County Recorder must not enter forms (paper or electronic) for registrants with a signed date on the form after the cutoff dates until the totals have been reported to the Secretary of State.

## Precinct Registers

By the **10th day before** the primary or general election, the County Recorder shall prepare from the original registration forms or from electronic media at least four printed or typed lists, or at least two electronic media poll lists or any combination of both, of all qualified electors in each precinct in the county.  When utilizing electronic media, counties should have a backup solution such as a printed roster or other contingency measures.  The counties shall run a full file right before printing off signature rosters and precinct registers and before completing the electronic media to ensure that the information at the statewide level and what is contained on the signature rosters is synchronized.

The County Recorder shall also check the Systematic Alien Verification for Entitlements (SAVE) program database administered by the United States Citizenship and Immigration Services at least two weeks before the election for any registrant who submitted an alien registration number and input the verified registrants prior to printing the rosters.  If time does not permit, the Recorder shall print these as a supplement to the roster to be distributed to each precinct immediately preceding the election or give the newly registered voter a Recorder's certificate.

The list, in either print or electronic media shall:

- be the official precinct register
- be accompanied by the "inactive voter" list created pursuant to ARS §§ 16-166 and 16-583 if not already included in the official precinct register
- **not** include secured or protected voters

The original copy of the precinct register shall be known as the signature roster and shall contain extra pages for additions and names of those who vote provisional ballots. The County Recorder shall transmit them to the election boards.

[ARS §§ 16-153; 16-168; 16-169; 16-579; 16-580; & 16-584]

The signature roster shall contain the following information:

- register number
- name of elector

- birth year
- residence address of elector
- mailing address of elector if different than residence address
- registration date
- ballot type/style
- signature block
- voter ID number
- barcode
- party preference
- census number (optional)
- party ballot voted (optional)
- indicator if voter requested early ballot
- inspector certificate (see SAMPLE FORMS:  Active Signature Roster)
- standardized oath statement that poll workers obtained valid proof of identification from every elector or if identification was not presented, the provisional ballot envelope was marked appropriately

Additional pages for inactive voters and voters who voted a provisional ballot shall be included, either attached to the back of the signature roster, in a separate roster or identified within the signature roster.

The inactive voter list may be combined with the list of active voters within the signature roster/electronic poll book as long as they are clearly identified and the officer in charge of the election has the ability to identify and extract the inactive voter information that is needed at the end of the election so that those registrants that have affirmed that they continue to reside at the address shown can have their addresses restored to active status.

If a county Board of Supervisors approves the use of electronic poll books in lieu of the roster, the county shall provide a written implementation plan to the Secretary of State for approval 60 days prior to the election in which the poll books will be used.

Within **eight days after** the close of registration, the County Recorder shall also deliver on the same day, one electronic media copy of each precinct register within the county to:

- the county chairmen
- the state chairman of each party which has at least four candidates, other than presidential electors, appearing on the ballot in that county for the current election

Unless otherwise agreed, the recipients of the precinct register may request paper copies, rather than the electronic media copy.

[ARS § 16-168(C)]

# CHAPTER 3 - EARLY VOTING

## "Vote by Mail" Elections

The jurisdiction/special district is responsible for approval from the Board of Supervisors of a vote by mail election.  A county administering an all-mail election for a city, town or school district may use a unified ballot format that combines all of the issues applicable to the voters in the city, town or school district.

[ARS § 16-225]

The governing board of a special district convening an election by mail may do a mailing to each qualified elector 90 days prior to the election.  The mailing may be by postcard and marked "return service requested."  It may include:

- the name of the jurisdiction,
- the date of the election,
- the date that ballots will be mailed to qualified electors, and
- the date when registration will be cut off.

It may advise electors that:

- the election will be a "vote by mail" election,
- no polling places will be used, and
- election materials cannot be forwarded.

[ARS § 16-227]

Additionally, the County Recorder may mail a notice 33 days prior to a primary election to any voter who is not registered as a member of one of the recognized political parties and not on the permanent early voting list, but who is eligible for an all-mail jurisdictional election consolidated with the primary election.  The purpose of the notice is to inform the voter of the all-mail election and to provide the opportunity to make a ballot selection (partisan ballot or "jurisdictional only" ballot). (See SAMPLE Notice)

Not more than **26 days** and not fewer than **15 days** before the election the County Recorder or other officer in charge of elections for the special district shall send by first-class mail all official ballots with printed instructions, a secrecy envelope/sleeve (if the county chooses to use a secrecy envelope or sleeve) and a return envelope bearing a printed ballot affidavit as described in ARS § 16-547 to each qualified elector entitled to vote in the election.  Additional inserts, including lists of official write-in candidates, shall not be allowed with the official early ballot.

The returned voted ballots are processed the same as early ballots as prescribed in ARS § 16-552 for regular elections and the release of election results will be as prescribed in ARS § 16-551(C).

Any city, town, or school district that conducts an all-mail election must report to the Senate President and Speaker of the House of Representatives by January 1 of each year immediately following the all-mail election:

1. Changes in voter turnout
2. Costs of the all-mail election compared to traditional elections
3. Suggestions for improvements
4. Frequency and severity of irregularities
5. Voter satisfaction
6. Number of non-deliverable ballots

[ARS § 16-409]

# Early Voting

Not later than 33 days before an election, the Board of Supervisors shall:

- prepare the official early ballots and candidate listings;
- use ballot return envelopes that are tamper evident when properly sealed, as determined by the County Recorder or other officer in charge of elections, and
- deliver a sufficient number to the Recorder or other officer in charge of elections.

[ARS §§ 16-246(C), 16-545(B)]

The County Recorder or other officer in charge of elections shall maintain records that record the chain of custody for all election equipment and ballots during early voting through the completion of provisional voting tabulation.

[ARS § 16-621(D)]

The form of the ballot affidavit is in ARS § 16-547.  In order to be counted, the voted ballot and affidavit must be returned to the County Recorder's office before 7:00 p.m. election day or may be dropped off at any polling place within the voter's county of residence before 7:00 p.m. on election day.

Under no circumstances shall partial or complete results of the early ballot tabulation be released until either all precincts have reported or one hour after the polls have closed, whichever occurs first.

[ARS § 16-551(C)]

All early ballots must be identical to those used in the precinct, except that they must bear the word "early."

[ARS §§ 16-545 & 16-546]

**Voter Requests for Early Ballots**

Any election called pursuant to the laws of the state of Arizona shall provide for early voting.  Any qualified elector may vote by early ballot.

[ARS § 16-541]

A voter may make a request for an early ballot to be mailed to him/her as early as **93 days before the election through 5:00 p.m. on the second Friday before** the election.  Voters may obtain an early ballot from the County Recorder or other officer in charge of elections through an oral or written request.

Requests for early ballots may be made:

- in person
- in writing
- by mail
- by telephone
- by fax
- by e-mail
- by Internet

To make a complete and correct request for an early ballot, the elector must provide:

- date of birth and
- state or country of birth
- or other information that if compared to the voter registration information on file would confirm the identity of the elector

An early ballot request form shall contain the following information:

- the label "Early Ballot Request"
- county name
- County Recorder's name
- entry fields for:
  - voter name
  - voter residence address
  - voter temporary mailing address
  - voter date of birth
  - state or country of birth
  - voter phone
  - voter signature
  - "Update your registration?"
    - Yes
    - No

- a notice that the early ballot request must be received by the Recorder's office by 5:00 p.m. on the second Friday preceding the election.

[ARS § 16-542(A)]

The County Recorder shall attempt to notify the voter by mail, telephone or e-mail if the request is not complete and correct.

The County Recorder may use the information from an early ballot request form to update voter registration records unless the voter specifies that the address to which the early ballot should be sent is temporary.  Additionally, the County Recorder may update the voter registration record of a FED Only voter to a Full Ballot voter if the FED Only voter provides proof of citizenship with their early ballot request form.  If proof of citizenship is received by the county by the 29 day registration deadline, the record may be updated on the date proof of citizenship was provided making the registrant eligible to receive state and local jurisdictional ballots in the current election.  If proof of citizenship is received after the 29 day deadline, the record may be updated on the date proof of citizenship was provided making the registrant eligible to receive state and local jurisdictional ballots in subsequent elections.

If a request for an early ballot is made by a voter within **23 days** next preceding the Saturday before the election, the early ballot must be mailed within **48 hours** after receipt of the request excluding Saturdays, Sundays and other legal holidays.

[ARS § 16-542(D)]

The County Recorder may send correspondence to each voter who has had that voter's records sealed pursuant to ARS § 16-153 once each election year to inquire which elections the voter wishes to participate in that election year.  The County Recorder shall provide the voter an early ballot for each election that the voter indicates that he or she wishes to vote.

The County Recorder shall provide to the protected voter the requested early ballot materials through the next two regularly scheduled general elections for federal office immediately following receipt of the request. [ARS § 16-542(B)]

## Permanent Early Voting List

Any voter may request to be included on a permanent list of voters to receive an early ballot for any election for which the county voter registration roll is used to prepare the election register.  The County Recorder will maintain the permanent early voting list as part of the voter registration roll.

### Placement on the Permanent Early Voting List

To be placed on the permanent early voting list, the voter shall provide in writing:

- voter's name,
- residence address,
- mailing address in voter's county of residence,
- date of birth,
- signature,
- a statement that the voter is attesting that he is a registered voter who is eligible to vote in the county of residence, and
- a statement that the voter requests that the voter's name be added to the permanent early voting list.  The statement shall say: "I authorize the County Recorder to add my name to the permanent early voting list and by doing so the County Recorder will automatically mail an early ballot to me for each election".

The voter shall not list a mailing address that is outside of Arizona for the purpose of placement on the permanent early voting list, unless the voter is an absent uniformed services voter or overseas voter as defined in the Uniformed and Overseas Citizens Absentee Voting Act of 1986 (UOCAVA).

Upon request of a voter to be placed on the list, the County Recorder or other officer in charge of elections shall compare the signature on the request with the voter's signature on the voter's registration form and, if the request is from the voter, shall mark the voter's registration file as a permanent early ballot request.  The request is to be retained for a minimum of 24 months.

## 90 Day Notice

Not less than 90 days before any polling place election scheduled in March or August, the County Recorder or other officer in charge of elections shall mail an election notice by nonforwardable mail to all voters who are eligible for the election and who are included on the permanent early voting list. The notice shall include:

- a statement of "Our records indicate that you are on the Permanent Early Voting List" (see SAMPLE FORMS:  90 Day Notice Information)
- the dates of the elections that are subject of the notice
- the dates that the voter's ballot is expected to be mailed
- the mailing address for voter including a statement above the address stating "Below is the address where the ballot(s) will be mailed"
- an indicator if the voter is registered with a party affiliation
- a section for the primary election allowing the voter to select a party ballot with an explanation that by selecting a party ballot, the voter's party preference will not be updated
- a checkbox to allow the voter to remove the voter's name from the Permanent Early Voter List
- a checkbox to request that the early ballot not be mailed for the elections listed on the notice

- a section to allow the voter to update their registration (name, date of birth, residence address, mailing address)

If the upcoming election is a partisan open primary election and the voter is not registered with a recognized party, the notice shall include information on the procedure for the voter to designate a political party ballot.

The notice shall also include a means for the voter to do any of the following:

- change the mailing address for the voter's ballot to another location in the voter's county of residence
- update the voter's residence address in the voter's county of residence
- request that the voter not be sent a ballot for the upcoming election or elections indicated on the notice

If an election is not formally called 90 days before the election, the recorder or other officer in charge of elections is not required to send the notice. If the notice is returned undeliverable, necessary steps shall be taken to contact the voter at the voter's new residence address in order to update that voter's address or to move the voter to inactive status as prescribed in ARS § 16-166(A).  If the voter's registration status goes from active to inactive, that voter's indication that they are a permanent early voter should be removed.

The County Recorder or other officer in charge of elections shall mail, no later than on the first day of early voting, an early ballot to all eligible voters on the permanent early voting list in the same manner as ARS § 16-542(C).  The ballot shall automatically be scheduled for mailing if the voter has not returned the notice or otherwise notified the election officer within 45 days before the election that the voter does not wish to receive an early ballot for the election or elections indicated.

If the voter is not registered as a member of a recognized party and does not notify the County Recorder of the voter's choice for political party ballot within 45 days before a partisan open primary election, the following applies:

- the voter shall not automatically be sent a ballot for that election only and the voter's name shall remain on the permanent early voting list
- to receive an early ballot for the primary election the voter shall submit the voter's choice for political party ballot to the County Recorder

## Removal from the Permanent Early Voting List

The voter will be kept on the permanent early voting list until any of the following occur:

- the voter requests in writing to be removed
- the voter's registration or eligibility for registration is moved to inactive status or canceled as otherwise provided by law

the 90 day notice sent by the County Recorder or other officer in charge of elections is returned undeliverable and the County Recorder or officer in charge of elections is unable to contact the voter to determine the voter's continued desire to remain on the list

[ARS § 16-544]

## Open Primary – Requests for Primary Election Early Ballots

A voter who is registered as independent, no party preference or as a member of a non-recognized political party, who wishes to vote an early ballot, shall designate only one ballot of one of the recognized political parties at the time the voter requests the early ballot. The voter may receive and vote only the ballot of the designated political party.  If the voter is eligible for a non-partisan issue, the voter may choose the non-partisan ballot.

[ARS § 16-542(A)]

## Oral Requests

If the request is oral, the requesting elector shall provide:

- the date of birth, and
- state or country of birth or other information that, if compared to the voter registration information on file, confirms the identity of the elector.

## Written Requests

For written requests, the elector may use:

- a form furnished by the County Recorder, or
- any printed or handwritten request that includes the elector's:
  - name
  - signature
  - address at which the elector is registered
  - the address where the elector is temporarily residing, if applicable
  - date of birth
  - election for which ballot is requested

**Primary elections/open primary:** For voters registered as independent, no party preference or as a member of a non-recognized political party, who wish to vote in a primary election, must designate the ballot of one of the recognized political parties. If the voter is eligible to vote for a non-partisan issue, and does not wish to choose a ballot of a political party, the voter may choose a non-partisan ballot.  This applies to all early ballot requests for primary elections/open primary.

If a voter's request to receive an early ballot is not complete and correct but complies with all other requirements found in ARS § 16-542, the County Recorder or other officer in charge of elections shall attempt, by mail, telephone, facsimile or e-mail, to notify the elector of the deficiency of the request.

The Recorder may use the information from an early ballot request form to update voter registration records unless the elector specifies that the address is temporary.

[Ariz. Const. Art. VII, § 10; 16-542(A), 16-542(D), 16-542(E)]


## Mailing the Affidavit and Early Ballot

The Recorder or other officer in charge of elections shall mail the official early ballot, printed instructions, a secrecy envelope/sleeve (if the county chooses to use a secrecy envelope or sleeve) and a return envelope bearing a printed ballot affidavit as described in ARS § 16-547 to the requesting elector:

- postage prepaid
- **within five days after** receipt of the official early ballots from the officer who prepared the ballots
- **within 48 hours after** receipt of the request, if the request is made by the elector **within 26 days before** the election
- if a request is made by an absent uniformed voter or overseas voter more than **90 days** next preceding the Saturday before the election, the early ballot must be mailed within **24 hours** after early ballots are delivered to the County Recorder or other officer in charge of the election
- ballots for absent uniformed services voters or overseas voters shall be provided **at least 45 days** prior to election day; no other early ballot distribution shall begin more than 26 days before the election

Only official election materials as determined by the County Recorder shall be allowed as inserts with the official early ballot. Additional inserts, including lists of official write-in candidates, shall not be allowed with the official early ballot. Change in format and placement of the early voting affidavit, but not the content, can be done in order to make reasonable accommodations under the Americans With Disabilities Act. Early ballot distribution shall not begin more than 26 days before the election.

[ARS § 16-542]

## On-Site Early Voting

The County Recorder may establish early voting locations:

- in the Recorder's office, and
- at other sites throughout the county.

At these locations, voters may cast early ballots beginning the same day that a county begins to send out the early ballots, **not more than 26 days** before each election. Tabulating machines or accessible voting equipment used for early voting must successfully complete a logic and accuracy test prior to their use.   A Notice of Withdrawal and Notice of Official Write-In Candidates shall be posted at all on-site early voting locations and promptly updated as necessary.

[ARS §§ 16-246(C) , 16-343(G) & 16-542(A)]

## Use of Accessible Voting Device at On-Site Early Voting

Accessible voting devices shall be used at on-site early voting locations where the poll workers have access to voter registration records and signature images.  Early voters electing to use the accessible voting device shall be required to sign an early ballot accessible voting device affidavit.  (See SAMPLE FORMS:  Accessible Voting Device Affidavit.)  If the voter's information on the affidavit coincides with the voter's registration and the signature matches, the voter will be allowed to cast his or her ballot on the accessible voting device.  If the location does not have access to the signature images on the voter registration system, the voter shall sign a provisional ballot affidavit and vote a provisional ballot.  The affidavits shall be processed in accordance with the early ballot procedure.  The voting history from the affidavit is immediately entered into the voter registration system.   The accessible voting device affidavits shall be kept by election officials with the corresponding early ballot envelopes and retained in the same manner as the official returns.

## Security Procedures for Accessible Voting Devices Used for On-Site Early Voting

NOTE:  The following bullets pertaining to the number of votes cast are not applicable to accessible voting devices that do not tabulate, such as the AutoMark.

- All accessible voting devices used for early voting shall be physically secured at all times, OR, if the media containing the election for the accessible voting device is removable, the media itself shall be physically secured at all times.
- Custody of voting devices shall be tracked and logged.  The chain of custody shall utilize a minimum of two board workers.
- The log shall consist of:
  - the seal numbers on the device
  - the number of votes cast at the time the device was turned on
  - the number of votes cast at the time the device was turned off, and
  - a place for the two board workers to either initial or sign verifying the information on the device.
- At 5:00 p.m. the board workers shall log the number of votes cast on the device.
- The device shall be turned off.
- The device shall be placed in a secure location where the Recorder or other officer in charge of elections shall safely keep the affidavits and early ballots until delivered pursuant to ARS § 16-551.
- Each morning the device shall be turned back on.

- The number of votes cast on the machine shall be compared to the log from the previous evening.
- Any discrepancy shall be reported to the officer in charge of elections immediately.
- At 5:00 p.m. on the Friday preceding the election, the machine shall be closed out according to the procedures provided by the officer in charge of elections.
- All other security procedures set forth in this manual shall be followed for accessible voting devices used for early voting

## Early Voting Sites

It is a class 2 misdemeanor to interfere with a voter within 75 feet of the main outside entrance to an on-site early voting location established by a Recorder.  Individuals conducting business other than voting at a County Recorder's office or designated site for early voting may do so within 75 feet of the location where early voting is taking place so long as they do not engage in criminal conduct, other political activity or electioneering [ARS §§ 16-1006, 16-1014, 16-1017 & 16-1018].  The Recorder is not required, but may, mark or post the 75 foot limit from the outside doorway.  The Recorder may post a notice at the early voting site stating:

"It is a class 2 misdemeanor to interfere with a voter or electioneer within the early voting site.  ARS §§ 16-1017 and 16-1018."

Electioneering outside the 75 foot limit is allowed except in the case of an emergency.

## Emergency Early Voting

"Emergency" means any unforeseen circumstances that would prevent the elector from voting at the polls.

Electors who encounter an emergency occurring **between:**

- 5:00 p.m. on the second Friday before the election *and*
- 5:00 p.m. on the Monday before the election

may request to vote in the manner prescribed by the County Recorder of their respective county.

[ARS § 16-549(D)]

## Instructions to Early Voters

The County Recorder or other officer in charge of elections shall supply printed instructions both in English and Spanish to early voters that direct them to sign the affidavit, mark the ballot and return both in the enclosed self-addressed envelope.  The early ballot instructions shall include a web site address at which information regarding

official write-in candidates and withdrawn candidates for all jurisdictions on the ballot is available.

A written notice in English and Spanish shall accompany each early ballot distributed by mail or at an early voting site informing the voters that:

- If they vote for more candidates than permitted (an "overvote"), no votes for that office will be counted.  If the voter wishes to spoil the early ballot, they may do so by contacting their county election official.

The County Recorder shall provide clear instructions to the early voters regarding the appropriate marking device to be used to mark the ballot.

The ballot and affidavit must be delivered to the office of the County Recorder or other officer in charge of elections or may be deposited at any polling place in the county no later than 7:00 p.m. on election day.

[ARS § 16-547(C) and 42 U.S.C. § 15482]

## Preparation, Transmission and Processing of Early Ballot

### Early Voter's Responsibilities

After voting the early ballot in accordance with the instructions provided by the County Recorder, the voter must:

- complete and sign the affidavit,
- place the voted ballot in the envelope provided for that purpose,
- securely seal it,
- deliver or mail the envelope to the appropriate County Recorder or officer in charge of elections, *or*
- deposit it at *any* polling place within the county of residence **no later than 7:00 p.m. on election day,** in order to be counted as valid.

After they have securely sealed the voted ballot inside the early ballot return envelope, voters may voluntarily give their voted early ballot to a person of their choice for delivery to the Recorder or a polling place.  The designated person shall not tamper with the envelope or the ballot and shall not deliberately fail to deliver the ballot to the Recorder or a polling place within the voter's county of residence.

[ARS § 16-548]

### County Recorder's or Officer in Charge of Elections' Responsibilities

The County Recorder or officer in charge of elections shall:

- compare the signatures on the affidavit on every early ballot affidavit envelope with every elector's signature on the registration form
- if **satisfied** that the signatures were made by the same person, the County Recorder or officer in charge of elections shall:
  - place a distinguishing mark on the unopened affidavit envelope to indicate that the signature is sufficient,
  - hold the early ballot in the unopened affidavit envelope,
  - deliver them to the early ballot board.

- if **not satisfied** that the signatures were made by the same person, the County Recorder or officer in charge of elections shall:
  - make a reasonable and meaningful attempt to contact the early voter
  - place a distinguishing mark on the unopened affidavit envelope to indicate that the signatures are insufficient,
  - separate these envelopes from the "sufficient" ballot envelopes, and hold them separately from the "sufficient" ballots,
  - hold these ballot envelopes until delivered to the early ballot board.

If it is determined that the voter was sent an incorrect ballot and there is sufficient time to mail a new ballot and receive the correct voted ballot back from the voter, the Recorder shall issue a corrected ballot.

[ARS § 16-550]

## Authority to Vote in Presidential Election After Moving from State

A person may vote for presidential electors — but not for any other officer or ballot question — if the person:

- is properly registered as an elector in any precinct in this state;
- has begun residence in another state after the **30th day immediately before** an election in which presidential electors are chosen.

The vote may be cast by early ballot in the precinct from which the person has moved, either in person at the office of the County Recorder or by mail.

If a voter requesting an early ballot identifies himself or herself as a voter that has begun residence in another state after the 30th day immediately before an election in which presidential electors are chosen, the County Recorder shall notify the Secretary of State within three days of receiving the notice.  The Secretary of State shall provide to the County Recorder for transmission to the voter an official ballot prepared by the Secretary of State that contains only the race for presidential electors.

[ARS § 16-126]

## Special Election Boards for Ill or Disabled Voters

A special election board may assist qualified electors who are ill or disabled to vote.  In partisan elections, the board must be comprised of two members, one from each of the two political parties which cast the highest number of votes in the state in the last preceding general election.  In non-partisan elections, the board should consist of two members with different political affiliations.  On request, a county may allow any bipartisan panel of certified election officials to act as a special election board.  A person who is a candidate for an office in that election other than the office of precinct committeeman is not eligible to serve on the special election board for that election.

[ARS § 16-549(A)]

A qualified elector who is confined because of:

- a continuing illness, or
- disability

may vote using:
- the mail procedure for voting early, or
- a special election board sent to the elector's residence within the county or other political subdivision.

Requests for special election board voting must be made, in writing, signed by the voter, or orally, **by 5:00 p.m. on the second Friday before** the election.

[ARS § 16-549(C)]

Qualified electors who become ill or disabled **after the second Friday before the election** may nevertheless request personal ballot delivery pursuant to this section. The County Recorder or other officer in charge of elections shall — "when possible" — honor these requests **up to and including the Monday before the election**.

[ARS § 16-542(F)]
Electors who are hospitalized after 5:00 p.m. on the **second Friday before the election** and **before 5:00 p.m. on election day** may request the County Recorder or other officer in charge of elections to provide a special election board to take a ballot to the voter's place of confinement.  This ballot shall be processed as a provisional ballot.

The Recorder or other officer in charge of elections shall honor these requests if he or she is able to do so.

[ARS § 16-549(D)]

## Challenges to Early Voting Ballots

Challenges to early ballots must be submitted prior to the opening of the early ballot affidavit envelope.  Challenges received after the affidavit envelope containing the ballot has been opened may be summarily denied as untimely.  Written challenges to voted early ballots shall be given immediately to an early voting election board or other officer in charge of elections.

If the written challenge contains at least one of the grounds listed in ARS § 16-591, the board or officer shall mail by first class mail to the voter at the mailing address shown on the request for the early ballot **within 24 hours:**

- notice of the challenge,
- a copy of the written challenge, and
- the time and place at which the voter may appear to defend the challenge.

If no address is provided, the information may be sent to the mailing address on the registration rolls.

Notice shall also be mailed to:

- the challenger at the address written on the challenge, and
- the county chairman of each political party represented on the ballot.

The board shall meet to hear the challenge at the time specified, but:

- not earlier than **96 hours after** the notice is mailed, **or**
- not earlier than **48 hours**, if the notifying party chooses to deliver the notice by overnight or hand delivery, **and**
- **not later than 5:00 p.m.** on the Monday following the election.

The early election board or other officer in charge of early ballot processing is not required to provide a notice if the written challenge fails to set forth at least one of the grounds listed in ARS § 16-591 as a basis for the challenge.
[ARS §§ 16-552 & 16-594]

# CHAPTER 4 - MILITARY AND OVERSEAS VOTERS

## Definitions

**Absent uniformed services voter means:**

a. a member of a uniformed service on active duty who, by reason of such active duty, is absent from the place of residence where the member is otherwise qualified to vote;

b. a member of the merchant marine who, by reason of service in the merchant marine, is absent from the place of residence where the member is otherwise qualified to vote; or

c. a spouse or dependent of a member referred to in subparagraph (a) or (b) who, by reason of the active duty or service of the member, is absent from the place of residence where the spouse or dependent is otherwise qualified to vote.

[42 U.S.C.A. § 1973ff-6(1)]

**Overseas voter means:**

a. an absent uniformed services voter who, by reason of active duty or service is absent from the United States on the date of the election involved;

b. a person who resides outside the United States and is qualified to vote in the last place in which the person was domiciled before leaving the United States; or

c. a person who resides outside the United States and (but for such residence) would be qualified to vote in the last place in which the person was domiciled before leaving the United States.

[42 U.S.C.A. § 1973ff-6(5)]

## Qualifications for Voter Registration

The County Recorder may accept a federal post card application (FPCA) in lieu of an affidavit of registration from any qualified person covered under the Uniformed and Overseas Citizens Absentee Voting Act of 1986 (UOCAVA). Registration for any person covered under UOCAVA may be accomplished at any time prior to 7:00 p.m. on election day. The 7:00 p.m. provision only applies to those persons temporarily absent from this state.

[ARS §§ 16-103(B), 16-103(C)]

A person who was an overseas voter as defined in UOCAVA, as amended by the Ronald W. Reagan National Defense Authorization Act for fiscal year 2005 (P.L. 108-375), immediately before being domiciled in this state, and who has been discharged or separated from service or employment in the 90 days before election day may register

**and** is eligible to vote in that election if the registration is received by 5:00 p.m. on the Friday before election day.

[ARS § 16-103(D)]

The UOCAVA registrant shall sign an affirmation indicating that the registrant has been discharged or separated from service or employment within 90 days of the election and shall provide one or more of the following documents to establish eligibility to register under this section:

- Form DD-214 issued to military voters being separated from the service.
- military orders issued to a military voter being transferred from an overseas assignment to a stateside assignment.
- travel orders issued to Federal employees.
- passport stamp, airline or boat ticket receipt or other documentation establishing prior overseas military service or employment.

Any United States citizen who has never resided in the United States and whose parent is a United States citizen who is registered to vote in this state is eligible to register to vote and may vote in this state using a federal write-in early ballot as prescribed by ARS § 16-543.02.

[ARS § 16-103(E)]

If an overseas voter completes a federal write-in early ballot transmission envelope with the federal write-in early ballot request (voter declaration), then the transmission envelope with the voter declaration shall serve as a voter registration form. The voter is registered to vote on completion and receipt of the transmission envelope, voter declaration, and the federal write-in early ballot if all of the following apply:

1) the information submitted on the transmission envelope includes the information prescribed in ARS § 16-121.01;
2) the voter is otherwise eligible to register and vote in this state; and
3) the request is received by the County Recorder by 7:00 p.m. on election day.

For any request received after 7:00 p.m. on election day, an otherwise valid transmission envelope constitutes a voter registration form that is valid for any subsequent election.

[ARS § 16-543.02(D)]

The proof of citizenship requirement for voter registration as defined in ARS § 16-166(F) applies to absent uniformed services and overseas voters.

# Early Ballot Requests

An absent uniformed services voter or overseas voter (UOCAVA voter) may request an early ballot with a federal post card application (FPCA) that contains both:

- an early voter registration application, and
- an early ballot application

An UOCAVA voter may request a FPCA by telephone, Internet or fax.  If the UOCAVA voter has designated the voter's preferred method of communication, the county shall send voter information to the voter in the designated manner.  If no preferred method is designated, the county shall use the most expedient method available to transmit the information requested.

For UOCAVA ballot requests received prior to the 48th day before an election the County Recorder shall issue the voter's ballot no later than the 45th day before the election.  For ballot requests received after the 48th day before the election the county shall issue the voter's ballot within 24 hours.

[ARS § 16-543(A)]

When processing early ballot requests for UOCAVA voters the following provisions apply:

- If the registrant is registered, the County Recorder or officer in charge of elections shall send the registrant a regular or official early ballot.
- If the registrant is not registered but the FPCA is complete, the County Recorder or officer in charge of elections shall send the registrant an official early ballot.
- If the registrant is not registered and the FPCA is not used or is incomplete, the County Recorder or officer in charge of elections shall send the registrant a registration form, or FPCA, and an official early ballot.

The county recorder or other officer in charge of elections shall provide to the requesting voter early ballot materials through the next regularly scheduled general election for federal office immediately following receipt of the request unless a different period of time, which does not exceed the next two regularly scheduled general elections for federal office, is designated by the voter.

[ARS § 16-542(B)]

The County Recorder or other officer in charge of elections shall provide a free method for the voter to determine whether the ballot was received by the county.

[ARS §16-542(D)]

## Fax and Electronic Transmission

The Secretary of State shall provide a centralized system for the UOCAVA voter to request an early ballot, a FPCA or voter registration, or other voting information.  The Secretary of State's website shall provide a link from the military and overseas information screen directly to the voter's county of residence as well as a link to the On-line Federal Post Card Application.  Any requests received by the Secretary of State shall be forwarded to the counties electronically or via fax.

If the Secretary of State receives a FPCA it shall be forwarded to the appropriate County Recorder within **24 hours** after receipt.

The County Recorder or other officer in charge of elections shall transmit by fax, e-mail, or by other electronic format approved by the Secretary of State, early ballot request forms, early ballot affidavits, unvoted ballots, sample ballots, and ballot information, including information on any ballot measures, to eligible UOCAVA voters if applicable contact information is provided in the method of communication the UOCAVA voter designated.

If materials are not formatted for easy transmittal by fax, the County Recorder or other officer in charge of elections shall provide the elector with the appropriate Internet address where information on ballot measures are located.

## Voted Ballot Transmission

The County Recorder or other officer in charge of elections shall provide a centralized system for the UOCAVA voter to securely return voted ballots.  The centralized system shall be a secured Internet system that utilizes industry standard encryption and security technology (no less than 128 bit SSL) and must meet all the requirements established in this Section.

The County Recorder or other officer in charge of elections may authorize the Secretary of State to provide a centralized system for the UOCAVA voter to securely return ballots in accordance with the requirements established in this Section.

The County Recorder or other officer in charge of elections shall authorize each UOCAVA voter to use the centralized system when the County Official sends the UOCAVA voter the early ballot.

The UOCAVA voter shall receive instructions on how to use the system at the same time they receive the early ballot.  The UOCAVA voter shall then log onto the secured Internet system to return the voted ballot and affidavit.

If the County Recorder or other officer in charge of elections authorizes the Secretary of State to receive ballots from UOCAVA voters, the County Recorder or other officer in

charge of elections shall be notified instantly by the Secretary of State's centralized system by email once the ballot has been returned.

The County Recorder or other officer in charge of elections shall log onto the Secretary of State's centralized system and download the ballot image.

Voted ballots that are received by the centralized system shall be immediately sealed in an early ballot envelope with the early ballot affidavit securely attached to the outside of the envelope.  Voted ballots returned by the centralized system shall be duplicated in the method prescribed under the duplication board instructions in this manual.

The County Recorder or other officer in charge of elections shall also provide for receipt of voted early ballots by fax if the UOCAVA voter chooses to return their voted ballot by fax.

Voted ballots that are received by fax shall be immediately sealed in an early ballot envelope with the early ballot affidavit securely attached to the outside of the envelope. Unvoted ballots that are transmitted by fax and returned as voted ballots by fax shall be duplicated in the method prescribed under the duplication board instructions in this manual.

 [ARS§§ 16-542 & 16-543]

Voted ballots that are received by fax shall be secured until they are sealed in an early ballot envelope with the early ballot affidavit securely attached to the outside of the envelope.  Unvoted ballots that are transmitted by fax and returned as voted ballots by fax shall be duplicated in the method prescribed under the duplication board instructions in this manual.

This section applies only to any absent uniformed services voter or overseas voter as defined in the Uniformed and Overseas Citizens Absentee Voting Act of 1986 (P.L. 99-410; 42 United States Code Section 1973ff-6), as amended by the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (P.L. 108-375).

[ARS§§ 16-542 & 16-543]

## Federal Write-In Early Ballots (FWAB: Federal Write-In Absentee Ballots)

An overseas voter may use a federal write-in early ballot in a primary, general or special election for the offices of presidential elector, United States Senator and Representative in Congress, if the voter:

- applies for an early ballot  by 7:00 p.m. on election day, and
- does not receive the early ballot in time to vote.

[ARS § 16-543.02(A)]

Federal write-in ballots are available at United States embassies, consulates or from voting assistance officers at military bases.

[ARS § 16-542(B)]

Any United States citizen who has never resided in the United States and whose parent is a United States citizen who is registered to vote in this state is eligible to register to vote and may vote in this state using a federal write-in early ballot.

[ARS § 16-103(E)]

If an overseas voter completes a federal write-in early ballot transmission envelope with the federal write-in early ballot request (voter declaration), then the transmission envelope with the voter declaration shall serve as a voter registration form.  The voter is registered to vote on completion and receipt of the transmission envelope, voter declaration, and the federal write-in early ballot if all of the following apply:

1)  the information submitted on the transmission envelope includes the information prescribed in ARS § 16-121.01;
2)  the voter is otherwise eligible to register and vote in this state; and
3)  the request is received by the County Recorder by 7:00 p.m. on election day.

[ARS § 16-543.02(D)]

The proof of citizenship requirement for voter registration as defined in ARS § 16-166(F) applies to UOCAVA voters.

An overseas voter who completes a federal write-in early ballot may designate his/her vote by:

- writing in the name of the candidate, or
- writing in the name of a political party, in which case the ballot shall be counted for the candidate of that political party.

Voters may vote for presidential electors for the offices of President and Vice President by writing in, on the federal write-in ballot:

- the name of a candidate, or
- the name of a political party.

If the intent of the voter can be discerned, the vote shall be counted.  Any abbreviation, misspelling or other minor variation in the form of the name of a candidate or political party shall be disregarded in determining the validity of the ballot if the intention of the voter can be ascertained.

[ARS § 16-543.02(C)]

A federal write-in early ballot of an overseas voter shall not be counted if:

- the application of the overseas voter for an early ballot is received by the County Recorder or other officer in charge of elections after 7:00 p.m. on election day, **or**
- an early ballot from the overseas voter is received  **by 7:00 p.m.** on election day.

[ARS § 16-543.02(B)]

## Emergency Procedures – UOCAVA Early Ballot Processing

In addition to the many new measures improving the voting process for our UOCAVA voters, in the event of a national or local emergency that makes substantial compliance with the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) impracticable, including occurrences of natural disasters or armed conflict or mobilization of the national guard or military reserve units of this state, the following procedures for the early balloting process shall apply for persons subject to UOCAVA:

- The Secretary of State will issue a press statement for immediate release, posted immediately on the Secretary of State's website, and distributed as broadly and immediately as practicable to national and local wire services, to radio and television broadcast stations within the state, and to daily newspapers of general circulation in the state, outlining applicable measures that will be taken to continue or lengthen the early voting process for UOCAVA voters.
- The Secretary of State will prepare and distribute written public service announcements describing these early voting procedures for broadcast on radio and television networks, including but not limited to the U.S. Armed Forces Network, and announcements describing these procedures on Internet sites of interest to military and non-military U.S. citizens living abroad.
- The Secretary of State will direct the County Recorders and officers in charge of elections to make all reasonable efforts to locate each eligible UOCAVA covered voter in their jurisdiction and to notify such voter individually, by electronic mail, telephone or fax, of the modified early voting process including the alternatives for issuing or returning early ballots faster than traditional mail service.

Should such an event cause insufficient time to receive, execute, and return a ballot, the deadline for the receipt of the early ballots **mailed** or faxed back to the County Recorder will be 5:00 p.m. on the third business day after the election.

[ARS § 16-543(C)]

# UOCAVA Reporting

Not later than 90 days after the date of each regularly scheduled general election in which a candidate for federal office appears on the ballot, the Secretary of State shall

submit a report to the Election Assistance Commission established pursuant to the Help America Vote Act of 2002 (P.L. 107-252) that includes information on the number of ballots transmitted to  UOCAVA voters and the number of ballots returned and cast in the election. The Secretary of State shall prepare the report in cooperation and in conjunction with the County Recorders and county officers in charge of elections. The report shall be made available to the public.

[ARS § 16-142(B)]

# CHAPTER 5 - PROCEDURES TO ASSIST VOTERS WITH DISABILITIES

## Registration and Voting Information

Signs explaining assistance available for voters with disabilities must be posted at permanent registration facilities, polling places and vote centers.  Temporary or permanent signs shall be:

- posted on stakes or taped to corridor walls to provide reasonable guidance to reach the voting area
- in large (at least 16 point) clear lettering
- on a contrasting background color
- at a recommended height of 60 inches

Each polling place and vote center shall have an accessible voting device for use by voters with disabilities.  Each accessible voting device shall be prominently marked with a permanent sign that is located in a conspicuous place on the device that is of a color and design approved by the Secretary of State and that bears the internationally accepted symbol of access "Accessible Voting Device."

[ARS § 16-447(A)]

Information on how individuals may identify themselves as having accessibility needs for voting and for requesting consideration of those needs at their polling places or vote center shall be attached to or distributed with the voter registration form.   Printed materials shall be provided:

- at the time of registration
- at the time of notification pursuant to ARS § 16-163(B)
- on all sample ballots

Advising voters where they may call to:

- ensure accessible voting
- report instances of inaccessibility
- obtain materials in other formats in which information is available

The county shall prepare and disseminate information **before** an election, by public notice, in a manner calculated to reach:

- seniors, age 65 or more
- persons with disabilities
- self-identified voters, and
- others who request information including:

- deadlines for registering
- availability of registration and voting aids
- how to vote early
- sample ballot availability
- types of assistance available at the polling place and voting center

Upon a 10 day notice or by the last day to request an early ballot, voting and registration information shall also be available in the following formats, including but not limited to:

- large print
- Braille
- audio cassette tape
- computer disk in a format available on the jurisdiction's computer equipment

A voter may make an on-going or permanent request to receive information in a particular format.

Each County Recorder and/or officer in charge of elections shall:

- maintain a usable telecommunication device for hearing-impaired persons (TDD)
- publish the telephone number
- provide personnel trained to operate the device

### Accessibility

Inspection shall be conducted for all permanent voter registration facilities to ensure that there are a reasonable number of accessible facilities which may include:

- Recorder's office
- city clerk's office
- Justice of the Peace office
- political party headquarters
- league of women voters' offices

Polling places and vote centers must be accessible if such a site is available in the precinct. If no site is accessible, temporary measures shall be taken to make the polling place and vote center accessible.

Each county shall conduct a uniform inspection of all polling places and vote centers to ensure compliance with minimum standards set out below. Counties shall have procedures for inspection of each polling place and vote center before each election or provisions in contracts with polling places and vote centers requiring a contact person to inform the county if the accessibility of a polling place and vote center has been altered prior to an election.

The counties shall submit the results of their inspections in a report to the Secretary of State at the same time they certify their election results.  The report shall list the number of polling places and vote centers that are 100 per cent accessible.  The report shall include a list of non-compliant polling places and vote centers, the number of registered voters for each polling place and vote center, the reason for non-compliance, and the steps taken to bring the polling place and vote center into compliance.  (See SAMPLE FORMS: Accessibility Report).

## Parking

An accessible parking space shall meet the following specifications:

- a paved surface
- a slope no greater than 1:50
- a minimum width of 13 feet
- must have an access aisle.  Two adjoining accessible spaces may share a common 60 inches access aisle for a combined width of 21 feet
- shall be designated and reserved by signs bearing the international symbol of access
- shall be located nearest to an accessible building entrance to the building that normally serves the polling place and voting center

As a minimum, two accessible spaces are recommended.  Where more than one accessible entrance serves the polling place and vote center, accessible parking shall be provided at each entrance.

## Walkways and Pathways to Building

Accessible walks shall meet the following specifications:

- constructed of a stable, firm, slip-resistant material
- a minimum clear width of 36 inches
- a minimum headroom, at any point, of 80 inches
- a maximum slope of 1:50
- shall have no vertical level change, such as a joint between materials, greater than ½ inches in height
- vertical level changes over ¼ inches shall be beveled
- must be free of any objects with bottom edges that are higher than 27 inches but less than 80 inches above the walkway and that extend more than four inches into the walkway

Walkways with a greater slope than 1:50 are considered ramps and shall meet the requirements set forth below.

## Ramps

Accessible ramps shall meet the following specifications:

- a minimum clear width of 36 inches and a maximum slope of 1:12
- the maximum vertical rise for a continuous ramp, uninterrupted by level landings, is 30 feet
- any ramp, except a curb cut with a length of more than 72 inches or a rise of more than six inches, shall have hand rails on both sides, mounted at a height between 30 inches and 34 inches
- ramps shall have a slip-resistant surface

## Elevators

Elevators necessary for reaching the voting area shall meet the following specifications:

- the elevator door shall have a minimum width of 36 inches
- the cab shall have minimum interior dimensions of 68 inches width by 51 inches depth
- the controls for the elevator shall be accessible and no higher than 48 inches
- floor designations on the control panel shall be in raised characters and Braille

## Doors

The entrance door shall meet the following specifications:

- provide a minimum clear opening of 32 inches—this width is measured from the face of the door, open to the 90 degree position, to the face of the strike side stop
- the force required to open the door shall not exceed 5 pounds pull—excessive opening force is usually the result of the weight of the door and/or the tension applied by closures or similar devices
- adequate maneuvering space to allow voters with restricted mobility to operate the door—this requires a level, clear area on both sides 60 inches by 60 inches plus an additional clear space of at least 18 inches on the latch side for opening maneuverability
- the threshold for the entrance door shall have a total height of no more than ½ inch and the profile must be beveled at a slope no greater than 1:2   (See Diagram on Page 341)

## Corridors and Passageways

Corridors and passageways shall meet the following specifications:

- minimum width of 36 inches, except at doors or cased openings where the minimum width shall be no less than 32 inches

- minimum headroom in a corridor or passageway of 80 inches
- must be free of any objects with bottom edges that are higher than 27 inches but less than 80 inches above the walkway and that extend more than four inches into the walkway (added from the "ADA Checklist for Polling Places" for the visually impaired)

## Interior Ramps

Interior ramps in the route between the entrance of the voting area shall meet the same requirements as exterior ramps for minimum width, maximum slope, level landings and handrails.

## Stairs

Exterior and interior stairs between the entrance to the voting areas shall meet the following requirements:

- stair treads will be no less than 11 inches wide, measured from riser to riser
- undersides of nosings shall not be abrupt.  The radius of curvature at the leading edge of the tread shall be no greater than ½ inch.  Risers shall be sloped or the underside of the nosing shall have an angle not less than 60 degrees from the horizontal
- nosings shall project no more than 1 ½ inch
- handrails shall be continuous along both sides of stairs.  If not continuous, they shall extend at least 12 inches beyond the top riser and at least 12 inches plus the width of one tread beyond the bottom riser
- the clear space between handrails and wall shall be 1 ½ inch
- ends of handrails shall be rounded or returned smoothly to floor or wall
- handrails shall not rotate within their fittings

## Seating

Each polling place shall include seating to allow voters to wait to enter the voting booth.  A minimum of two seats is recommended.

## Booths and Equipment

At least one voting booth in each polling place shall be accessible.  This requires:

- the clear area in the voting booth shall be no less than 30 inches by 48 inches
- the preferred arrangement provides a knee space 27 inches high below the counter or ballot machine to allow front wheelchair approach
- an alternative arrangement provides a clear area parallel to the ballot or counter and sufficient room to maneuver a wheelchair to this position

The voting machine shall:

- be capable of operation by individuals with limited manual dexterity or hand control
- have manual controls placed no higher than 54 inches on side approach
- not require tight grasping or pinching
- be accompanied by written information displayed in large (at least 16 point) lettering

## Resources for the Sight and Hearing Impaired

Each polling place and vote center shall have at least one magnifying instrument.

The Secretary of State shall provide each county with at least one large print version of the publicity pamphlet for each polling place, vote center and each early voting site for a statewide election.   The officer in charge of elections shall provide at least one large print version of county publicity pamphlets to each polling place, vote center and early voting site.

For the hearing impaired paper and pen/pencil shall be made available.

## Lighting

Adequate lighting shall be provided inside and outside the polling place and vote center. The interior and exterior routes from the vehicular access locations to the voting areas shall be adequately lit to ensure safe travel for voters.

## Rest Stops

For voters with limited strength and stamina or restricted mobility, periodic rest stops with seats or benches should be available at each polling location at intervals of approximately 200 feet along the route from the vehicular access location to the voting room.

Every effort should be made to provide an accessible route to the polling place that is less than 200 feet from the parking or passenger unloading areas.

## Alternative Voting:  Inaccessible Polling Place/Vote Center

Alternative means of voting shall be used only at those polling places and voter centers determined by the county officer in charge of elections to be inaccessible:

- when no accessible sites are available, *and*
- no temporary measures can make them accessible.

When the officer in charge of elections determines that no accessible polling place and vote center is available or no alternative means are available, all voters in the precinct shall be notified in advance:

- that the polling place/vote center selected for their precinct is inaccessible, and
- the reason or reasons for inaccessibility.

The following alternative means of voting may be offered to seniors or voters with disabilities if their polling place/vote center is inaccessible:

- Reassignment to an accessible polling place/vote center in a precinct with the same ballot as the senior or disabled voter's precinct
- Assistance be provided by:
  - a person of the voter's choice, *or*
  - two election officials of different political parties
- Early voting
- Curbside voting --The following guidelines are established for curbside voting:
- A sign shall be posted at or near the accessible parking spaces:
  - stating that the polls are inaccessible,
  - asking the voter to relay a message through a companion or other nearby person, to the precinct election board, that the voter wishes to vote, and
  - providing a telephone number to call for additional information.

The election official, using the precinct register or electronic poll book, shall:

- verify the registration status of the senior or disabled voter,
- verify the voter's identification, and
- notify the inspector.

The inspector shall direct the two judges to proceed curbside with an appropriate ballot and permit the voter to privately vote his/her ballot after having signed the signature roster or electronic signature pad, then place the voted ballot in a secrecy sleeve.

The judges shall:

- return to the voting area, and
- present the ballot to the inspector.

The inspector shall deposit the ballot in the tabulation unit.

**Special Election Boards** shall be provided to any qualified elector who is confined as the result of a continuing illness or physical disability and is, therefore, not able to go to the polls on the day of the next election.  In order for the County Recorder or officer in charge of elections to authorize a special election board, a verbal or signed written request shall be provided by the qualified elector.  Such requests must be made by 5:00 p.m. on the second Friday before the election.

[ARS § 16-549]

CHAPTER 5 - PROCEDURES TO ASSIST VOTERS WITH DISABILITIES

# CHAPTER 6 - POLITICAL PARTIES

## New Party Seeking State Recognition

A new party seeking representation on an official party primary ballot and a place on the general election ballot must file a petition for recognition.  The party may seek recognition at the state or local level, or both.

### Statewide Recognition

A petition for recognition must be filed with the Secretary of State no later than 180 days before the primary election.
- Petitions must contain signatures of registered voters from a minimum of five counties.
- At least 10% of the minimum number of required signatures must be registered in counties with populations of less than 500,000 people.
- SOS processes petitions within seven business days.
    - Determines the total number of petition sheets and signatures eligible for verification pursuant to ARS 16-803(B)
    - Randomly selects 20% of the signatures for county review.
    - Transmits a copy of the front of each petition that contains a signature eligible for verification to the appropriate county recorders.
- Recorder has 10 business days to review signatures.
- SOS has 72 hours after return of petition sheets to determine the total number of valid signatures and whether the party qualifies for recognition.
- New parties maintain recognition through two general federal elections.

[ARS §§ 16-244(A)(2), 16-801, 16-802 & 16-803]

## Continued Representation

A new party maintains its recognition through two general federal elections.  After this, to be entitled to continued representation as a political party on the official ballot, a political organization must:

- receive at the last preceding general election not less than five per cent of the total votes cast for Governor or presidential electors in the state or, County Attorney or for Mayor in such county, city or town, or
- if on October 1 of the year immediately preceding the year in which the general election for state or county officers and for city or town officers 155 days immediately preceding the primary election in such jurisdiction, the political organization has registered electors in the party equal to at least two-thirds of one per cent of the total registered electors in such jurisdiction.

The Secretary of State shall determine if the political parties qualify for continued representation by February 1 of the appropriate year for the state ballot.  For county recognition, the Recorder will make the determination by February 1 of the appropriate year.  Each city or town clerk providing partisan elections shall make the determination 140 days before the city or town primary election.

[**ARS §16-804**]

# CHAPTER 7 - NOMINATING PROCEDURES

## Notice of Offices to be Nominated

At least **120 days before** a regular primary election, the Secretary of State shall notify each county's Board of Supervisors of the offices for which candidates for U.S. Senate, U.S. Representative in Congress, statewide and legislative offices are to be nominated.

[ARS § 16-202]

## Resign to Run

Except during the final year of the term being served, no incumbent of a salaried elective office, whether holding by election or appointment, may offer himself/herself for nomination or election to any salaried local, state or federal office.

[Ariz. Const. Art. XXII, § 18 & ARS § 38-296]

A person is not eligible to be a candidate for nomination or election to more than one public office if the elections for those offices are held on the same day and if the person would be prohibited from serving in the offices simultaneously.

[ARS § 38-296.01]

## Qualifications for Public Office

Every person elected or appointed to any elective office of trust or profit under the authority of the state, or any of its political divisions or any municipalities shall be a qualified elector of the political division or municipality in which the person seeks election at the time of filing the nomination papers.

A qualified elector is a person who is:

- properly registered to vote
- will be at least 18 years of age on or before the date of the election

[Ariz. Const. Art. VII, § 15 and ARS § 16-121(A)]

Candidates must be eligible to vote for the office they are seeking.

[Ariz. Atty. Gen. Op. No. I13-011]

# Qualifications of State Officers

The residency requirement for candidacy means a continuous period of residency for the required number of years continuously and immediately preceding the election.

[Ariz. Atty. Gen. Op. No. I84-096.]

As the filing officer, the Secretary of State has no authority to refuse to accept the nomination papers of a candidate who does not meet the residency requirements if the papers "on their face substantially comply with the terms of the statute…." [Ariz. Atty. Gen. Op. No. I84-096. Only a court of law may disqualify a candidate. *Id.*[4]]

## **State Executive Offices**

State executive offices are:

- Governor
- Secretary of State
- Attorney General
- Treasurer
- Superintendent of Public Instruction

To be eligible for any state executive office, a person must be:

- not less than 25 years of age
- a citizen of the United States for at least 10 years preceding the election
- a citizen of Arizona for at least five years preceding the election

[Ariz. Const. Art. V, §§ 1 and 2]

## **State Legislature**

To be eligible to be a member of the Arizona legislature, a person must be:

- a citizen of the United States at the time of election
- at least 25 years of age
- a resident of Arizona at least three years
- a resident of the county from which the person is elected at least one year before the election

[Ariz. Const. Art. IV, Pt 2, § 2]

---

[4] A filing officer does have statutory authority to "refuse the candidate's nomination paper" for failure to make and file campaign finance reports after following the procedures set out in ARS § 16-918.

CHAPTER 7 - NOMINATING PROCEDURES

No member of the legislature, during the term for which he or she was elected, shall be eligible to hold any other office or be employed by the state, a county or incorporated city or town.  This prohibition does not extend to the office of school trustee, or to employment as a teacher or instructor in the public school system.
[Ariz. Const. Art. IV, Pt 2, § 5]

## Corporation Commission

Arizona law does not set minimum age or length of residency requirements for a person who holds the office of Corporation Commissioner.  [Ariz. Const. Art. XV, § 1.]  A person in the employ of, or holding an official relation to a corporation or person subject to regulation by the commission, or a person owning stocks or bonds of a corporation subject to regulation, or a person who is financially interested therein, shall not be elected, appointed to, or hold the office of Commissioner or be appointed or employed by the commission.

[ARS § 40-101]

## State Mine Inspector

The State Mine Inspector shall be:

- a resident of the state at least two years prior to election
- not under 30 years of age
- shall have been practically engaged in, and acquainted with, mines and mining in this state
- shall have had at least four years experience in underground mining, *and*
- three additional years in either underground mining, smelting, open pit mining, or experience in any industry under the jurisdiction of the State Mine Inspector

[ARS § 27-121]

# Qualifications of County Officers

## General Provisions

A person shall not be eligible for a county office, whether elective or appointive, nor shall a certificate of election or commission be issued to any person, unless the person is, at the time of the election or appointment:

- 18 years of age or over
- a resident of the state
- able to read and write the English language
- will be a qualified elector of the district which he or she proposes to represent at the time of the candidate filing

CHAPTER 7 - NOMINATING PROCEDURES

- will be a resident of the district which he or she proposes to represent at the time of filing nomination paperwork

The Board of Supervisors shall be the sole judge of these qualifications, subject to review by *certiorari* in the superior court.
[ARS § 11-402]

**County Attorney**

A person is eligible for the office of County Attorney who:

- is an attorney at law, licensed and in good standing in this state
- meets the general qualifications for county offices

[ARS § 11-531]

**Community College Board Member**

There shall be one community college board member who is a qualified elector from each of the five precincts within a community college district.

Where two or more counties constitute a district, as many precincts shall be set up by the Board of Supervisors in each county as the county is entitled to membership.  In no case shall a county which is part of a district have more than four precincts, and where a district consists of two or more counties, at least one member shall reside in each county.

A county officer listed in ARS § 11-401 is not eligible to serve as a community college board member.

A community college board member or the board member's spouse may not be employed by the community college district.

[ARS § 15-1441]

**School Superintendent**

A person is eligible for the office of County School Superintendent who:

- holds a regular certificate to teach in the schools of this state
- meets the general qualifications for county offices

[ARS § 15-301]

**Special Health Care District Board Member**

A person is eligible for the office of Special Health Care District Board Member who:

- is a resident real property owner in the district
- is a qualified elector of the district
- is not an elected or appointed state or county official

[ARS § 48-5502]

## Superior Court Judge

A person is eligible for the office of Judge of the Superior Court who is:

- at least 30 years of age
- of good moral character
- admitted to the practice of law in Arizona for at least five years
- a resident of the state for five years prior to taking office
- an elector of the county in which the duties of the office are to be exercised
- able to read and write the English language

[Ariz. Const. Art. VI, § 22]

# Political Party Candidates Filing of Nomination Papers

Candidates file no less than 90 nor more than 120 days before the primary election:

- a nomination paper which shall include:
  - the candidate's actual address or description of place of actual residence,
  - mailing address,
  - the name of the candidate's political party,
  - the office and district or precinct for which the candidate offers candidacy,
  - age,
  - how the candidate's name should appear on the official ballot,
  - the date of the primary election, and if nominated, the date of the general election at which the person desires to become a candidate,
  - an affidavit with an original signature stating that the candidate meets the qualifications for the office sought, including, if for a state or local office, the satisfaction of any monetary penalties, fines or judgments as prescribed in ARS § 16-311(I) and
  - a financial disclosure statement if applicable.

[ARS § 16-311(A)]

# Write-In Candidates Filing of Nomination Papers

Write-in candidates file a nomination paper no later than 40 days prior to the election. The nomination paper shall include:

- the candidate's actual address or description of place of actual residence,
- mailing address,
- the name of his/her party (if applicable),
- the office and district or precinct for which he/she offers candidacy,
- age,
- length of residence in state,
- date of birth,
- how his/her name should appear on the list of write-ins,
- the date of election,
- an affidavit with an original signature stating that the candidate meets the qualifications for the office sought, and including, if for a state or local office, the satisfaction of any monetary penalties, fines or judgments as prescribed in ARS § 16-16-311(I)
- a financial disclosure statement if applicable.

[ARS §§ 16-311, 16-312]

To fill vacancies caused by death, incapacity or withdrawal of candidacy, write-in candidates file no later than five days prior to election if their candidacy is for a vacant position and the vacancy has occurred after the printing of official ballots.

A write-in nomination paper must be filed within the allowable time frame with the appropriate filing agency in order to be counted in the tally of votes for that candidate.

[ARS §§ 16-312(B), 16-312(C) 16-343(D)]

Candidates running as a write-in for fire, domestic water improvement, wastewater improvement, community park maintenance, road, hospital, sanitary, pest abatement, health service, and school districts and office of precinct committeeman must file nomination papers no later than 5:00 p.m. on the 76th day before the election.

[ARS § 16-312(B)(2)]

Write-in candidates (except candidates for precinct committeeman) must comply with campaign finance laws, Title 16, Chapter 6 and file:

- a statement of organization of political committee or a $500 threshold exemption statement for candidates who intend to accept contributions or make expenditures of no more than $500 before making expenditures, accepting contributions, or distributing literature
- applicable campaign finance reports
- votes for a write-in candidate will not be counted if the nomination paper is not filed on time

CHAPTER 7 - NOMINATING PROCEDURES

A candidate may not file if any of the following applies:

- for a candidate in a general election, if the candidate ran in the immediately preceding primary election and failed to be nominated to the office sought in the current election,
- for a candidate in a general election, if the candidate filed a nomination petition for the immediately preceding primary election for the office sought and failed to provide a sufficient number of valid petition signatures as prescribed in ARS § 16-322,
- for a candidate in a primary election, if the candidate filed a nomination petition for the current primary election for the office sought and failed to provide a sufficient number of valid petition signatures as prescribed in ARS § 16-322,
- for a candidate in the general election, the candidate filed a nomination petition for nomination other than by primary for the office sought and failed to provide a sufficient number of valid petition signatures as prescribed in ARS § 16-341.

[ARS § 16-312(D)]

## Circulators

A petition circulator is not required to be a resident of this state but otherwise must be qualified to register to vote in this state.  Circulators that are not residents of this state shall register as a circulator with the Secretary of State by submitting the prescribed form (see SAMPLE FORMS:   Non-resident Circulator Registration Form).   The circulator shall indicate on the form an address at which he agrees to accept service of process.

[ARS §§ 16-315(B), 16-315(D)]

## Candidate Challenges

The nomination of any candidate in any election may be challenged by a qualified elector.  The time frames for the challenge are very short and are time sensitive.  The challenge procedure is specified in ARS § 16-351.

The challenge petition must be filed no later than 5:00 p.m. on the 10th business day after the petition nomination deadline.   The challenge must state specifically the grounds for the challenge.  If nomination petition signatures are being challenged, the petition must specifically identify the page and line number for each signature being challenged and the grounds for challenging each signature.

The challenge petition must name the Board of Supervisors of any county involved in the challenge, the county recorder for that county, the correct filing officer and the candidate that is subject to the challenge.  If the candidate is seeking office for a

jurisdiction that crosses county lines, the petition must name the appropriate officers for each county included in the jurisdiction or district.  For challenges against a candidate for city/town council, the city or town clerk must be named in the challenge petition rather than the Board of Supervisors.

The challenge petition must be served immediately after the challenge is filed and in no event later than 24 hours after it was filed, excluding intervening Saturday, Sunday or legal holidays.

The filing officer is the designated agent for service of process in all candidate challenges.  The appropriate filing officer is determined by the office being sought by the challenged candidate:

1.   The Secretary of State is the filing officer for statewide and legislative candidates.
2.   The county officer in charge of elections is the filing officer for county candidates
3.   The County Superintendent of Schools is the filing officer for school board candidates
4.   The city/town clerk is the filing officers for candidates for city/town council or mayor.

Once the correct filing officer has been served with the petition, the filing officer must immediately mail a copy of the petition to the candidate and notify the candidate by phone of the challenge.

The filing officer shall immediately notify the County Recorder named in the challenge and provide the Recorder with a copy of the challenge petition and a copy of the nomination petitions filed by the challenged candidate.

Upon receipt of the challenge petition and the nomination petitions, the county recorder will compare the nomination petition signatures that are being challenged to the information in the county voter registration roll and prepare an appropriate report or summary of the results of that comparison.  Time is of the essence in conducting this comparison.

The hearing on the challenge and the court's ruling must occur within 10 calendar days after the challenge is filed.  The county recorder and the filing officer, or their designee, are expected to appear at the challenge hearing and provide any applicable testimony or evidence as to the results of their comparisons.

If the court finds that the challenge was filed without substantial justification or primarily for purposes of delay or harassment, the court may enter judgment in favor of the recorder or officer in charge of elections and against the challenger for the reasonable expenses incurred in the signature validation process.  If the court finds that the candidate knowingly or recklessly submitted a substantial number of invalid signatures,

the court can enter judgment in favor of the recorder or officer in charge of elections for the reasonable costs incurred in the signature verification process.  [ARS § 16-351.01]

The court's decision on the challenge may be appealed but the appeal must be filed within 5 calendar days after the decision was made.  The appeal is directly to the Arizona Supreme Court.

## Cancellation of Election

The filing officer must place those elections that are to be cancelled on the Board of Supervisor's agenda immediately following the candidate filing deadline.

The County Board of Supervisors may cancel the election on the 75th day prior to the election if the number of persons who file nominating petitions for an election to fill:

- precinct committeeman
- fire district board office
- domestic water improvement district board office
- domestic wastewater improvement district board office
- community park maintenance district board office
- special road district board office
- hospital district board office
- sanitary district board office
- pest abatement district board office
- health services district board office
- school district board
- community college district board

is less than or equal to the number of positions.  The County Board of Supervisors then appoints the person who filed the nominating petition to fill the position.  If no person has filed a nominating petition, the position is deemed vacant and shall be filled as otherwise provided by law.  Cancelled elections shall not appear on any ballot, but if a withdrawal or disqualification of one or more candidates results in the cancellation of an election after the ballots have been printed, the results of any vote for that office shall not be canvassed. **NOTE:**  Write-in candidates for elections that may be cancelled must file nomination papers **no later than the 76th day** before the election.

[ARS § 16-410]

CHAPTER 7 - NOMINATING PROCEDURES

# CHAPTER 8 - POLITICAL COMMITTEES AND CAMPAIGN CONTRIBUTIONS & EXPENSES

Political committees must organize and file reports in compliance with the campaign finance laws in Title 16, Chapter 6.  Religious assemblies or institutions do not need to register as a political committee if they do not spend a substantial amount of time or assets on influencing any federal, state or local legislation, referendum, initiative or constitutional amendment.

[ARS §§ 16-901(19), 16-901(23), 16-922]

## Campaign Finance Reports

## Statewide and Legislative Candidates' Reports

Candidates for statewide offices and the office of State Senator or State Representative shall file their campaign finance reports with the Secretary of State in the electronic format prescribed by the Secretary of State.  This provision does not apply to candidates for federal office.  Federal candidates file with the Federal Election Commission.

The Secretary of State shall make copies of all reports filed with the Secretary of State available for public access through the Secretary of State's website.  The website shall also include the names of candidates who have filed a $500 Threshold Exemption Statement.

The county officer in charge of elections shall not accept reports for statewide candidate committees, federal candidate committees or other types of political committees required by law to file only with the Secretary of State.

[ARS §§ 16-913, 16-916(B) & 16-958(E)]

## Campaign Finance Reports Filed with the County

Each candidate and political committee for a county, school district, special health care district, community college district, and Title 48 district at any general or special election shall file campaign finance reports with the county officer in charge of elections.  If the district overlaps county lines, the campaign finance report should be filed in the county the statement of organization or $500 Threshold Exemption Statement was filed.

[ARS § 16-916(A)(2)]

**Filing Methods**

The county officer in charge of elections may implement an electronic filing system for statements, designations, and reports required under the campaign contributions and expenses laws.  The county officer may also require written or printed copies of filings during the implementation of the electronic filing systems.

[ARS § 16-916.01]

Counties with a population of more than 100,000 that operate a website shall make copies of all reports filed with the county officer in charge of elections available for public access through the website.  The website shall also include the names of candidates who have filed a $500 Threshold Exemption Statement.

Methods of filing campaign finance reports have been expanded to include delivery by commercial delivery service.  For all statements, designations, and reports, the date of filing is the date of actual receipt by the officer with whom the document is required to be filed, except as follows:

- for documents filed by certified mail with a United States mail postmark, the date of the mailing constitutes the date of filing
- for documents filed by commercial delivery service that provide a standardized delivery confirmation, the date of delivery confirmation constitutes the date of filing
- for documents filed by commercial service that provide for electronic tracking of specific delivery packages, the date of electronic confirmation of delivery constitutes the date of filing

[ARS § 16-916(C)]


**Failure to File Procedures**

There is a "failure to make and file a campaign finance report" if:

- the report is not **filed** on the due date set by ARS § 16-913; *or*
- the report is not **signed** by the:
  - committee treasurer *or*
  - candidate (for a candidate committee) *or*
  - designating individual (for an exploratory committee); *or*
- a good faith effort is not made to substantially complete the report as required by ARS § 16-915.

**Mandatory Penalties**

Mandatory penalties are:

- **$10** for each business day the report is late up to a maximum of **$450**
- the first day after the due date is Day 1 = $10, Day 2 = $20, etc.
- the filing officer **shall not** accept a report for filing unless the mandatory penalties are paid

## Notice Requirement

The filing officer must send a notice:

- to the committee ***and***
  - candidate ***or***
  - designating individual (for an exploratory committee)
- by certified mail
- within **15 days after the due date**
- stating with "reasonable particularity"
  - the nature of the failure to file and
  - a statement of the penalties provided by ARS § 16-918

## Increased Penalties/Enforcement Action

There is a mandatory civil penalty for all committees if the report is not filed **within 15 days after** *receiving* the notice. The mandatory penalty is $25 per day for each day the committee fails to file beyond the 15 days after the committee receives notice.

The penalty is assessed by using the procedures of ARS § 16-924:

- the filing officer notifies the filing officer's attorney
- the attorney may serve an order requiring compliance on the person liable for the penalty (treasurer)
- the order will state with reasonable particularity:
  - the nature of the violation and
  - shall require compliance within **20 days** from the date of *issuance* of the order
- the alleged violator has **20 days** to request a hearing
- the alleged violator, during the enforcement action, may present a "good cause" defense as provided by ARS § 16-918
  - good cause includes: "an illness or absence from this state at the time the campaign finance report was due or the written notice of delinquency was delivered if the illness or absence reasonably prevented the treasurer, designating individual or candidate from filing the report or receiving the written notice"
  - good cause is determined by the attorney — not by the filing officer
- if the person does not request a hearing or come into compliance **within the 20 days**, the attorney shall issue an order:
  - imposing the **$25 per day** penalty, not to exceed **$1,000**

- imposing a **five-year bar** from becoming a candidate for any state or local office in Arizona *from the date the report was due*
- the alleged violator has **30 days** from the date of *issuance* of this order to request a hearing
- the alleged violator has the right to appeal the final order of the attorney to the superior court

## Effect of Final Order

The filing officer has the **authority to refuse the candidate's nomination paper** for any office in the filing officer's jurisdiction:

- when a final order in the filing officer's jurisdiction imposing the **five-year bar** becomes final (at the conclusion of all hearings and appeals and the time for requesting them) *or*
- if the filing officer receives a certified copy of a final order imposing a **five-year bar** from another jurisdiction

[ARS § 16-918(F)]

A five-year bar list is compiled by the Secretary of State.  A local filing agency may request a candidate be placed on the Secretary of State five-year bar list.  The filing agent must provide a certified copy of the final order with the request.  The Secretary of State will add the candidate name to the list.

This list is advisory only:  filing officers must verify the existence of a current valid order with the appropriate point of contact for a particular jurisdiction before taking any action to deny candidacy.

## Suspension of Political Committees

A political committee organized at the Secretary of State's office that has failed to file three **consecutive** campaign finance reports may be subject to action to suspend the committee's authority to operate in this state.

Candidate political committees are not eligible to be suspended during the current election cycle according to the provisions of ARS § 16-918(H).

The Secretary of State shall send written notice to the committee's chairman and treasurer of the Intent to Suspend.  The written notice shall state that failure to comply with all filing requirements, including any required payments, and within thirty days shall result in the suspension of the committee.

Upon completion of the thirty days and non-compliance from the committee, the Secretary of State may suspend the committee and is no longer required to provide any further notice of delinquency to the political committee.

Any committee suspended by the Secretary of State may be viewed on the Secretary of State's campaign finance website.  (See SAMPLE FORMS: Notice of Intent to Suspend Political Committee)

## Additional Campaign Finance Resources

Candidates and political committees are encouraged to read the Secretary of State's campaign finance handbook for additional information.  Participating candidates should contact the Citizens Clean Elections Commission for clean elections requirements.

## Political Signs

Regulations on political sign placement vary according to the jurisdiction in which the sign is posted.  Candidates and political committees should contact the county, city or town for information on posting of political signs.

[ARS § 16-1019]

# CHAPTER 9 - PRESIDENTIAL PREFERENCE ELECTION

A Presidential Preference Election (PPE) shall be held on the fourth Tuesday in February of a presidential election year to allow qualified electors the opportunity to express their preference for the presidential candidate of their political party.  The Governor may issue a proclamation that the PPE be held earlier and the proclamation shall be issued no later than 180 days before the date of the election.

## Party Participation/Representation on Ballot at Presidential Preference Election

Only political parties recognized pursuant to ARS § 16-801 or § 16-804 may participate in a PPE.  Recognized parties choose whether to participate in the PPE and shall give notice to the Secretary of State of their intent to participate no later than 150 days before the date of the election.

A political party that is eligible for recognition in the presidential preference election shall be represented on the subsequent primary and general election ballots in the year of the presidential preference election.

[ARS § 16-244]

## Eligible Voters/No Open Primary

The "Open Primary" provisions do not apply to the PPE [*See* Attorney General Opinion No. I99-025 (R99-049)]; therefore, **only registered voters of the participating political parties are eligible to vote in the PPE and ballots shall only be provided to those registered voters**.

## Qualifications for Ballot

Candidates from the participating parties who desire their name on the PPE ballot shall meet the requirements set forth in ARS § 16-242.  Write-in candidates are prohibited in the PPE.  Within 72 hours after the close of filing, the Secretary of State shall certify to the county officer in charge of elections the names of the candidates who qualified for the PPE ballot.

[ARS § 16-242, ARS § 16-247]

## Official Ballot

Ballots for each political party for the presidential preference election shall be printed:
- on different colored paper, if more than one party is participating,
- or white paper with a different colored stripe,
- only one party may be represented on each ballot,
- at the top of each ballot shall be printed "Official Ballot of the _____ Party,

Presidential Preference Election (date), County of _____, State of Arizona",

- the order of the names of certified candidates on the ballot shall be determined by lot drawn at a public meeting called by the Secretary of State,
- the candidates' names will appear in the same order on all ballots for each party without rotation,
- certified candidates shall be listed under the title "_____ Party Candidates for President of the United States",
- immediately below shall be printed "vote for not more than one",
- shall be coded for tabulation by congressional district,
- shall not contain a ballot stub, and
- no other election may appear on the presidential preference ballot.

[ARS § 16-245]

## Sample Ballot and Proofs

No elected or appointed public officer's name shall appear on the sample ballot. The sample ballot shall include the list of acceptable forms of identification for voters. Each sample ballot shall clearly indicate in a conspicuous location that it is not an official ballot.

The officer in charge of elections shall provide a sample ballot proof to the chair of each qualified candidate's state committee no later than five days after receipt of the certification of candidates from the Secretary of State.

The officer in charge of elections shall mail one sample ballot of each party represented on the presidential preference election ballot to each household that contains a registered voter of that political party unless that registered voter is on the permanent early voting list established pursuant to ARS § 16-544. The mailing face of each sample ballot shall be imprinted with:

- the great seal of the state of Arizona and
- the words "Official Voting Materials - Presidential Preference Election."

[ARS § 16-245(E)]

## Conduct of the Presidential Preference Election

The PPE shall be conducted in the same manner as a primary election, except as otherwise provided by Title 16, Chapter 2, Article 4. **The PPE is subject to the hand count procedure.** See Chapter 12 for the procedure on hand counts in a Presidential Preference Election.

## Designation of Polling Places for the Presidential Preference Election

The Secretary of State is permitted to allow a county to modify the procedures used to administer a presidential preference election if those procedures are more efficient and designed to reduce the cost of the election. A County Recorder or officer in charge of elections may submit a written plan to the Secretary of State for administering their duties in the conduct of the presidential election pursuant to this provision.

The number of polling places for the presidential preference election shall be reasonable and adequate, and shall be determined according to the number of active registered voters as of January 1 of the year of the presidential preference election. Using this number, the formula set out in ARS § 16-248 shall be used to determine the maximum number of polling places allowed for a particular county. The Secretary of State has the authority to release a county from the limit on polling places, if compliance with state and federal regulations would be jeopardized.  Consolidation of polling places does not apply to land on Indian reservations.

In precincts containing fewer than 300 active registered voters, the officer in charge of elections may conduct the presidential preference election by mail.

[ARS § 16-248]

## Certification of Results

**Board of Supervisors**

The Board of Supervisors shall meet to canvass the returns ***by congressional district*** within 10 days after the presidential preference election and provide a certified permanent copy of the official canvass to the Secretary of State on paper and also electronically ***by congressional district*** in a "readable" format prescribed by the Secretary of State.

[ARS §§ 16-249(C), 16-645(B) & 16-646]

**Secretary of State**

The Secretary of State shall canvass the returns and certify the election results to the state party committee chairmen of the parties that have candidates on the presidential preference ballot on or before the second Monday after the election. Automatic recounts are not applicable.

[ARS §§ 16-249(A), 16-645, & 16-648]

**<u>Reimbursement of County Expenses</u>**

Counties may submit an itemized claim to the Secretary of State and are entitled to reimbursement of 100% of actual costs incurred in conducting the election.

[ARS § 16-250(B)]

# CHAPTER 10 - CONDUCT OF ELECTIONS

## Election Officer Certification

The Secretary of State shall provide for the examination of applications for election officer certificates in accordance with ARS 16-407.  At least one individual per county must hold an election officer's certificate issued by the Secretary of State. Persons required to obtain certification include, but are not limited to:

- Election Director
- Clerk of the Board or Deputy Clerk of the Board, if they are also the designated individual in charge of Elections
- Any regular employee designated by the County Recorder, Election Director, Clerk of the Board and School Superintendent with any election related duties
- Any regular employee that provides training or oversees the responsibilities of training poll workers
- Any regular employee that provides training or oversees the responsibilities of training of election board workers
- Any regular employee that provides training for the processing of candidate nomination filings or oversees candidate nomination filings

## Election Filings

Unless otherwise permitted by statute, all election filings must contain original signatures.  This includes, but is not limited to:

- Candidate nomination paper
- Financial disclosure statement
- Nomination petition
- Application for petition serial number
- Initiative, Referendum and Recall petition

## Physical Ballot Security

The receipt and transferring of all ballots shall be documented and audited throughout the entire election process.  Blank paper (ballot shells) used to produce ballots with an on-demand printer shall be handled and secured in the same manner as ballots.  At least two persons of different parties shall be present at all times during the handling of ballots.  Ballots shall be securely stored when not handled.

### Receipt of Ballots from Printer

Upon receipt of ballots from the printer, the election official shall perform an inventory of how many ballots they take possession of and document the results.  After completion

of the inventory, the ballots shall be stored in a secured area.  If the county picks the ballots up from the post office, two persons of different parties should be present when possible.

**Transferring of Ballots**

**County Recorder and Elections Department**

Upon transferring the ballots between the County Recorder and the Elections Department, a copy of the initial inventory report shall be used to confirm that the number of ballots received is equal to the number of ballots indicated on the inventory report.

**Elections Department to Early Voting Sites**

The election official shall document the number of ballots released to each site at which ballots are issued and document the number of ballots received back from each site. To the extent practicable, workers at each site at which ballots are issued shall audit the ballot usage nightly and identify the number of ballots voted, spoiled and dropped off from voters who received their ballot by mail.  For polling place ballot security, refer to the Precinct Ballot Report section.

**Early Ballot Signature Processing**

Upon receipt of voted early ballots from the post office, the officer in charge of elections shall perform an inventory of the ballots received and confirm by means of the business reply postage receipt the number of ballots indicated on the receipt equals the number of ballots received.  An inventory shall also be conducted of all voted early ballots received by means other than United States mail.  After completion of the inventory, the ballots shall be stored in a secured area until the signature processing begins.  The officer in charge of elections shall designate an appropriate amount of ballots to be removed from the secured storage area for processing at a single time and the election official shall document the number of ballots removed from the secure area and the number of ballots returned to the secure area.

**End of the Election**

Prior to the canvass, a full accounting of all the ballots shall be conducted.

## Use of County Registration Rolls by Political Subdivisions

Any political subdivision of this state including a city or town may use the county registration rolls to conduct an election.  At least **60 days before an election**, the governing body of the political subdivision shall negotiate a contract with the County Recorder to reimburse the County Recorder for the *actual* expenses in preparing the

necessary lists for use in the election.  The County Recorder shall not charge more than the *actual additional cost* that such preparation entails.

[ARS § 16-172]

# Election Event Schedule

Scheduling of election events and ordering of materials is essential to a successful election.  Therefore, this manual includes the number of days prior to and after each election when major events occur and when required materials must be on hand.  An events schedule is located at the end of this manual.

Unless otherwise specified, the schedule shows the last day (deadline in number of days prior to an election) for an event to take place, or the last day when required items should be in your election supplies.  Statutory citations are included for dates that are specified in law.

Each county's Board of Supervisors is charged with the overall responsibility of the county election process, except for those functions designated by law to other elected officials.  The Board of Supervisors may appoint an officer in charge of all functions the board does not direct personally.  The officer in charge of elections shall be vested with the delegated authority of the board and is responsible directly to the board for actions taken on its behalf.

## Required Number and Type of Voting Systems, Including Devices, for Primary and General Elections

Voting systems used for primary and general elections with federal offices on the ballot shall:

- use an electronic voting system, which shall include:
  - at least one tabulation unit for each polling place,
    - except for counties that have notified the Secretary of State of meeting alternative compliance requirements pursuant to the Help America Vote Act
  - at least one direct recording electronic system or other Accessible Voting System equipped for voters with disabilities for each polling place that is certified by the Secretary of State for use by voters with disabilities,
  - back-up tabulation units and Accessible Voting System units as needed for each polling place, and
  - a sufficient number of privacy booths for voting on the tabulation unit ballots, early voting ballots and provisional ballots to accommodate all electors voting at the precinct or voting area,
- permit the voter to verify his/her ballot in a private and independent manner before the ballot is cast and counted,

- provide an opportunity for the voter to change his/her ballot in a private and independent manner, or correct any error before the ballot is cast and counted,
- provide an opportunity for the voter to correct his/her ballot in a private and independent manner through the issuance of a replacement ballot if he/she was unable to change the ballot or correct the error,
- provide a paper document or ballot that visually indicates the voter's selections,
- include a process to:
  - notify the voter if he/she has selected more than one candidate for a single office,
  - notify the voter before the ballot is cast and counted of the effect of casting multiple votes for the office, and
  - provide an opportunity for the voter to correct his/her ballot before the ballot is cast and counted.

[ARS § 16-446]

In any election, the election officer in charge of the election shall determine the number of voting devices used.

[ARS § 16-447(D)]

All voting systems used by entities governed by ARS § 16-204, but not including cities and towns with a population of less than 20,000 persons, shall provide persons who are blind or visually impaired with access to voting that is equivalent to that provided to persons who are not blind or visually impaired.

[ARS § 16-442.01(A)]

The voting system shall provide the voter with the ability to cast and verify by both visual and nonvisual methods all of the selections that were made by that voter.  Nonvisual methods for casting and verifying a selection made on a voting system include the use of synthesized speech, Braille and other output methods that do not require sight.

[ARS § 16-442.01(B)]

## Certification of Voting Equipment

Beginning in January 2006 voting machines and devices used in federal, state or county elections may only be certified and used in Arizona if they have been tested and approved by a laboratory that is accredited by the federal election assistance commission pursuant to P.L. 107-252.
The Secretary of State shall consult with and obtain recommendations regarding voting systems from nonprofit organizations that represent persons who are blind or visually impaired, persons with expertise in accessible software, hardware and other technology, county and local election officials and other persons deemed appropriate by the Secretary of State.  The Secretary of State shall submit these recommendations to

the committee established in ARS § 16-442 to be considered for possible certification if the election equipment vendor submits a request for certification under that section.

[ARS § 16-442.01(C)]

In order to ensure that only certified software, hardware, and firmware are used in Arizona, the Secretary of State shall send a written communication to all Arizona election system vendors informing them of Arizona's certification process.

## Election System Software Escrow Requirement

Upon issuance of a certification number by the Election Assistance Commission, the accredited voting system test laboratory shall retain a copy of the certified voting system software, but before a voting system may be used in a State election, the vendor must place all application source code into either public domain, third party, or software escrow, and authorize the State as a recipient of escrow.

## Election System Software Escrow Statement

Election vendors who have voting equipment certified for use in Arizona elections and whose equipment is currently in use or will be used in an upcoming election shall notify the Secretary of State, in writing, by January 31 of each year where the source code is held in escrow.

## Equipment Refresh Policy

Election equipment is a major capital expense for Arizona's counties.  As with any technical equipment, election equipment eventually wears down, becomes antiquated, may cause problems, and therefore requires replacement.  A standard equipment refresh policy ensures that all counties have adequate systems to effectively run accurate elections.  It also provides the criteria necessary for counties to properly plan for the expense of equipment replacement.

It is therefore recommended that the counties plan and budget to have all voting system hardware replaced at a minimum of every 10 years.


# Filing of Computer Election Programs With Secretary of State

An election program is an electronic file or files that contain information about an election, including all programs and documentation adequate to process the ballots at an equivalent counting center, and an electronic file or files used by election management system software certified by the Secretary of State to lay out ballots and program tabulating equipment.  This includes election management system software and databases.

[ARS § 16-444(A)(4)]

Any state, county, school district, special district, city or town that utilizes electronic vote tabulating devices for any election, including primary elections, shall file a copy of the computer program for each election with the Secretary of State.  Filing of copies of the program shall be as follows:

- at least ten days before the election
- any subsequent revision of the computer program must be filed within **48 hours after** the revision is made
- copies may be on diskette, CD-R or DVD-/+R, or may be transmitted electronically via encrypted e-mail
- machine-readable form and condition

The Secretary of State shall hold all computer program software filed in escrow for three years.  After the three year period has expired, the software filed shall be securely destroyed.

Any card, tape or disc used in the programming or operation of vote tabulating equipment upon which votes are counted and any card, tape or disc used in compiling vote totals shall be kept secure.  For appropriate security measures, see the Election Management System Security section on page 100.

All materials submitted to the Secretary of State shall be used by the Secretary of State or Attorney General to investigate and prosecute fraud or any unlawful act under the laws of Titles 16 and 19 Arizona Revised Statutes and shall not be disclosed or used for any other purpose.  Election management system software used for an election shall be retained for three years following the official election canvass for each election.  The state and Attorney General reserve the right to utilize said election management system software as needed during any investigation. If election management system software used for an election is upgraded or modified in any way within six months of an election, the previous version used for the election must be maintained in such a way that it may be reloaded and used during an investigation.

[ARS § 16-445]

For federal elections, the Secretary of State shall keep the materials for **24 months**.

[ARS § 16-624]

At the time of filing the computer election programs with the Secretary of State, the county officer in charge of elections shall submit a signed statement certifying that all election equipment, software, and firmware to be used in that election have been certified by the Secretary of State.  The statement shall also list those items and include

information on hash code comparison as outlined in the Voting Software Security – Hash Code section.

**Equipment Diagnostic Testing**

Diagnostic testing of all equipment used for the election may commence as early as **90 days before** an election.  The diagnostic test performed, the results of the testing and any corrective action taken shall be entered in the log and maintained with the unofficial returns of the election for the retention period applicable for the election conducted.

Equipment testing consists of those processes and procedures necessary to ensure hardware to be used in the election is working properly.  An election-specific equipment test shall be performed on 100 per cent of the memory devices and voting units to be used in the election.  This test may begin within 30 days before the election.  For Accessible Voting System units used for early voting, the equipment test may begin within 45 days before the election and shall be completed before early voting begins on the Accessible Voting System unit.  The officer in charge of elections shall have the test deck prepared and tested. The test deck shall contain ballots from all of the methods used to produce the ballots that will be used in the election.  Predetermined results of the equipment test must be available for inspection and approved by the accuracy certification board.  As each memory device is successfully tested, it shall be identified, certified, loaded into the unit, and the unit shall be sealed with a numbered seal.  A record of the seal number shall be kept for each unit.

An equipment test must be run immediately after any maintenance or repairs have been made to the equipment.  Any failure of the equipment to perform as expected shall be corrected before using that equipment for election processing.

# Election Management System Security

An Election Management System (EMS) is a computer system comprised of vote-tabulating equipment or one that implements election programs or election management software.

1. Installation and modification of any EMS or computer programming used for county election administration shall be observed by a designee of the Board of Supervisors.  This designee may be a county employee but may not be employed by or under the supervision of the officer in charge of elections.
2. An EMS shall be physically secured at all times.  No physical access shall be given to any person unless the election officer in charge of the EMS specifically grants that person access and logs the person's name, date and time of access. The room housing an EMS shall be locked whenever the system is unattended.
3. An EMS shall require a user to logon with a password at the operating system level.  System passwords shall be difficult to guess, contain mixed-case and non-alphabetic characters, and be known only to authorized elections personnel.

4. Vendor-supplied passwords shall not be used for access to elections software. Software passwords shall be difficult to guess, contain mixed-case and non-alphabetic characters, and be known only to authorized elections personnel.
5. Each election worker shall be given access to only the components of the EMS that they need to perform their duties.
6. Election officials shall maintain an EMS as a stand-alone system only. An EMS shall not be connected to an external network a public system or the Internet at any time. The EMS and components of the system may only be attached to other components inside of an isolated network.
7. Except as provided in this paragraph, wireless communications devices shall not be used on any voting equipment, vote tabulation computers, or any network that attaches vote tabulation equipment or computers. To the extent permitted by law, and subject to the encryption requirements in Chapter 2, a Board of Supervisors may, as part of a vote center plan, authorize wireless connectivity for the use of electronic poll books.
8. No software shall be installed on an EMS system except:
   a. the operating system, which has been certified by the Secretary of State for use in conjunction with the elections-related software.
   b. the election-related software itself, which has been certified by the Secretary of State.
   c. security-related software that has been approved for use by the Secretary of State.
9. Each jurisdiction shall implement a recovery plan that is to be followed should there be any indication of a security breach involving the EMS system. Any indication of a security breach shall be confirmed by more than one individual.
10. Each jurisdiction shall implement a training plan for election officials, staff, and temporary workers that address these security procedures.

## Voting Equipment Security

The security of all voting equipment shall be given the same level of attention that one would give to official ballots.

1. Voting equipment shall be physically secured at all times. No physical access shall be given to any person unless the election officer in charge of the equipment specifically grants that person access.
2. Immediately prior to loading the election, the officer in charge of elections shall reload the authorized operating environment from a known good source on any machine that is capable of software updating the operating environment and where doing so does not require disassembly of equipment or impact the manufacturer's warranty. The known good source for the operating environment shall originate from the vendor and shall be protected according to the section entitled "Election Media Security." The operating environment may include the operating system and the election software. This only applies to machines on which votes are cast.

3. Immediately after loading the election, each voting device or container shall be sealed utilizing one or more uniquely identified tamper-resistant or tamper-evident seals.
   a. Logs shall contain a record of the voting device, the electronic media contained within, and the seal(s) securing the device.
4. The custody of voting machines from their election loading location, to storage, through the election process, to their final post election disposition and return to storage shall be tracked and documented.
   a. The chain of custody shall utilize two or more individuals to perform a check and verification check whenever a transfer of custody takes place.
5. Vendor-supplied passwords shall not be used for access to voting equipment.
6. Each jurisdiction shall implement a recovery plan that is to be followed should there be any indication of a security breach involving voting equipment.  Any indication of a security breach shall be confirmed by more than one individual.
7. Each jurisdiction shall implement a training plan for election officials, staff, and temporary workers that address these security procedures.

## Election Media Security

Election media is any electronic or magnetic storage media that holds any election-related information. This includes identification cards, memory devices, and equipment that directly reads from and writes to these devices. The security of these media must be given the same level of attention that one would give to official ballots.

1. Each media shall be permanently identified with a unique serial number or identifier.
2. An inventory of all electronic media shall be created and maintained.
3. The custody of electronic media from their storage location, through election coding, through the election process, to their final post election disposition and return to storage shall be tracked and documented.
   a. The chain of custody shall utilize two or more individuals to perform a check and verification check whenever a transfer of custody takes place.
4. Electronic media shall be physically secured at all times. No physical access should be given to any person unless the election officer in charge of the media specifically grants that person access. Secured locations must be provided for:
   a. storing the electronic media when not in use
   b. coding an election
   c. creating the election media
   d. transferring and installing the election media into the voting device
5. No election media shall be left unattended or in an unsecured location once it has been coded for an election.
   a. Where applicable, coded election media shall be immediately loaded into the relevant voting device, sealed, logged, and made secure or must be placed in a secured and controlled environment and inventoried.

     b. Media that are device independent (e.g., Personal Electronic Ballots [PEBs], voter card encoders) shall be stored in a secured, sealed container and must also be identified on a master log.

6. Each jurisdiction shall implement a recovery plan that is to be followed should there be any indication of a security breach involving election media. Any indication of a security breach shall be confirmed by more than one individual.

7. Each jurisdiction shall implement a training plan for election officials, staff, and temporary workers that address these security procedures.

A person who knowingly modifies the software, hardware or source code for voting equipment without receiving approval or certification pursuant to section A.R.S § 16-442 is guilty of a class 5 felony.

[A.R.S § 16-1004(B)]

## Voting Software Security – Hash Code

Each election shall be conducted using the same software programming code tested by the Voting System Test Laboratories and certified by the federal government and the Secretary of State as identified by its hash code. The hash code is the number computed from the entire string of bits that form the file. The hash code is computed in such a way that if one bit in the file is changed, a completely different hash code is produced.

The election management system software programming code provided to the county by the vendor shall be exactly the same as the programming code deposited by the vendor with the National Institute of Science and Technology (NIST) Software Library or with the Arizona Secretary of State's Office as identified by its hash code.

The county officer in charge of elections shall also certify that the officer compared the hash code on file with the National Institute of Science and Technology (NIST) or the Arizona Secretary of State's Office for the election management system software with the hash code of the election management system software to be used in the election and certify that the numbers are identical. This hash code certification is only applicable if the election management system software hash code is on file with NIST or the Arizona Secretary of State's Office and the hash code can be identified for the election management system. (See SAMPLE FORMS: Equipment, Software, Firmware, and Hash Code Certification Statement.)

## Logic and Accuracy Tests

### County Logic and Accuracy Tests

Within **10 business days** before the election and within **seven days** before early voting for Accessible Voting System units used for early voting, the officer in charge of elections shall conduct the first official logic and accuracy test of the voting equipment and programs to ascertain that the equipment and programs will correctly count the votes cast for all offices and on all measures as required by ARS § 16-449.

Public notice of the time and place of the first official logic and accuracy test shall be given at least 48 hours before the test by publication at least once in one or more daily or weekly newspapers published in the jurisdiction using tabulating equipment.  If no newspaper is published in the jurisdiction, notice shall be published in a newspaper of general circulation.

A post-election logic and accuracy test shall be performed after the official count has been completed but before the canvass.  The software and data used to set up the election, tabulate the ballots and conduct the pre-election logic and accuracy test for each election shall be used to conduct the post-election logic and accuracy test. The equipment used to conduct the initial logic and accuracy test shall be used to demonstrate that the software and data used to perform the pre-election logic and accuracy test and tabulate the ballots is the same software and that no changes have occurred.

These tests will demonstrate that:

- each candidate and ballot measure receives the proper predetermined number of votes,
- the system reports the proper number of overvotes, as required by ARS § 16-449, and
- the system accepts only the proper ballot styles and rejects improper ones.
  - Precinct machines may be tested for improper ballot styles by feeding ballots that have been coded to a precinct different than the specific precinct machine to determine the machine rejects those improper ballot styles.
  - Central count machines may be tested for improper ballot styles by feeding ballots that have been coded to a previous election to determine the machine rejects those improper ballot styles.

## Conduct of the Test

Optical equipment shall be tested by processing a preaudited group of ballots so marked as to record a predetermined number of valid votes for each candidate and on each measure and shall include for each office one or more ballots which have votes in excess of the number allowed by law in order to test the ability of the equipment and programs to reject such votes.

Accessible equipment shall be tested by casting a predetermined number of valid votes for each candidate and each measure using the equipment, ensuring that for each office

the equipment will not accept more votes for any contest than allowed by law. The summary of votes cast presented to the voter must match the verifiable paper record produced by the equipment.

Testing shall include all of the methods for uploading the results into the accumulation program.

The accuracy certification board shall compare the results from the test to the predetermined results.

## Observers

This test shall be observed by the accuracy certification board, consisting of two members who shall not be of the same political party, and shall be open to:

- representatives of the political parties designated in writing and signed by the party chairman pursuant to ARS § 16-590
- candidates or candidates' representatives
- the media
- the public

The officer in charge of elections may specify a designated area for observers to be able to view the logic and accuracy test.

The chairs of recognized political parties that have candidates on the ballot within the county shall be notified of the schedule of events prior to logic and accuracy testing.

## Ballot Inspection

As soon as ballots are available from the vendor, a ballot inspection team shall perform an inspection of the ballots to ensure that the ballots are correct and meet the requirements for the voting equipment utilized. The ballots that do not meet these specifications shall be identified and the corrective action shall be entered on the logic and accuracy test log.

A blank ballot test and a fully voted ballot test shall be run on every ballot style to be used in the election. The results of each test shall be available to the accuracy certification board and shall be preserved with the official results of the election.

## Errors Discovered During Testing

If any error is detected:

- The cause shall be ascertained and corrected.

- An errorless count shall be made before the voting equipment and programs are approved for use in the election.
- And if the database is found to be the source of the error, a copy of a revised database shall be filed with the Secretary of State within **48 hours after** the revision.
- And if the error was created by voting equipment malfunction, a report shall be filed with the Secretary of State **within 48 hours after** the correction is made, stating the cause and the corrective action taken.

## Substitution for Malfunctioning Equipment

External hardware that has been pre-tested and certified as required by ARS § 16-442 may be substituted for malfunctioning external equipment, such as tabulation units, accessible voting units, microcomputers, and printers.

Any substituted equipment must be used in the post-election logic and accuracy test.  In addition, an audit trail or log of the malfunctioning equipment shall be maintained with the post-election logic and accuracy test.

A logic and accuracy test shall be performed on any equipment used to replace the central processing unit if it fails during the central count process prior to putting the replacement unit into use.

## Retention of Test Ballots and Database

The logic and accuracy test ballots and database used shall be:

- secured immediately after the logic and accuracy test is run,
- retained until the logic and accuracy test is ready to be conducted after ballot tabulation for the election.

## Disposition of Logic and Accuracy Programs and Test Ballots

Programs and test ballots used on the vote tabulating equipment shall be under the control of the officer in charge of elections.  After completion of the post-election logic and accuracy test, the databases and test ballots shall be retained with the official returns for the retention period applicable for that election.

[ARS § 16-449]

## Logic and Accuracy Tests Performed by the Secretary of State

The Secretary of State shall conduct logic and accuracy tests for all elections that contain a federal, state, or legislative candidate or measure.  These tests will be open to the public and by statute occur within ten business days before the election, or in the

case of accessible voting devices used for early voting, within seven days before early voting.  If a county uses accessible voting equipment to mark ballots and that accessible voting equipment does not independently tabulate or tally votes, the Secretary of State in cooperation with the county officer in charge of elections may designate a single date to test the logic and accuracy of both the accessible voting equipment and electronic ballot tabulating systems.   County election officers and workers will be required to operate voting units, central count units, and election management programs exactly as they would on election day in order to conduct the test.

The counties shall provide public notice of the time and place of the test at least 48 hours prior to the test by publication at least once in one or more daily or weekly newspapers published in the jurisdiction using such equipment, if a newspaper is published therein, otherwise in a newspaper of general circulation therein. The Secretary of State will pre-arrange dates and times for the testing with the counties.

## Scope of Test

Precincts within a county will be selected for testing at random by the Secretary of State. They will include, at a minimum, precincts within each congressional district and each legislative district.   A complete list of precincts including congressional and legislative districts must be supplied to the Secretary of State by the county for this selection process no later than **eight weeks** before the primary election.   Upon completion of programming of accessible voting devices used for early voting, and as well, upon completion of programming of optical scan or digital scan voting equipment for the election, the county election official shall notify the Secretary of State that the programming is final.   The Secretary of State will then return the list of selected precincts to the county within **one business day** of receiving each official notification that programming is complete.   Different precincts may be selected for testing accessible voting equipment than are selected for optical scan or digital scan voting equipment.

## Materials and Equipment Supplied by County

For any election in which the Secretary of State shall conduct a logic and accuracy test, the counties shall supply the following materials and equipment:

- Test ballots for precincts selected by the Secretary of State will be shipped to the Secretary of State no later than **five weeks** before the election.  Ballots or ballot layouts for accessible voting equipment will be delivered to the Secretary of State no later than **three weeks** before early voting.
- One or more voting machine memory cards containing all precincts to be tested will be shipped to the Secretary of State **immediately upon conclusion of programming** by the county or by a vendor hired by the county.
- Machines selected by the Secretary of State for testing will be made available by the county at the time of the public test.  The Secretary of State will give notice to the counties regarding machine selection at least seven days in advance of the

test.  All tests performed by the Secretary of State will be conducted while the voting equipment is in election mode.

[ARS §16-449]

**Disposition of Materials and Equipment Supplied by County**

Memory cards will be returned to each county within two months following the official canvass. Test ballots used by the Secretary of State in the performance of the logic and accuracy test will be maintained by the Secretary of State as applicable for the ballot retention schedule for that election. Excess test ballots not used for the logic and accuracy testing will be destroyed by the Secretary of State.

# Tabulation Back-up Plan

The Board of Supervisors of each county shall formulate a back-up plan for vote tabulation.  In the event the main computer facility fails to function, ballots shall be transferred by the most expeditious means to an alternate computer facility.  Advance plans shall be completed **no later than the second Monday before** the election.  This procedure may include crossing county lines to obtain the use of an alternate computer facility.  The Board of Supervisors or officer in charge of elections shall file a back-up plan with the Secretary of State **no later than seven days before** the election.

# Ordering Official Ballots

The quantity of regular and early ballots to be ordered for an election must total at least 101 per cent of the active voter registration for the precinct or voting area after the registration cut-off date for the election.

A county may use an on-demand printer to produce additional ballots as necessary.

[ARS §§ 16-508 & 16-545(B)]

# Proof and Sample Ballots

**PRIMARY ELECTION**

**Proofs for Primary Elections**

At least **45 days before** a primary election, the officer in charge of elections shall:

- prepare a proof of the sample ballot,

- submit a copy of the sample ballot or a sample ballot proof to the county party chairman of each party having a candidate on the ballot[5], and
- mail a copy of the sample ballot or a sample ballot proof to each candidate or their agent for whom a nomination paper and petitions have been filed.

## Sample Ballots for Primary Elections

Sample ballots:

- shall be printed on colored paper or white paper with a different colored stripe for each party that is represented on that ballot,
- may be printed on a single page or bound together in a series of pages,
- the return address shall not contain the name of an appointed or elected public officer nor may the name of an appointed or elected public officer be used to indicate who produced the sample ballot,
- shall be imprinted with the great seal of the state of Arizona along with the words "Official Voting Materials" on the mailing face of each sample ballot,
- shall be imprinted with the seal of the appropriate county, city or town for local elections, and
- shall include the list of acceptable forms of identification for voters.

[ARS §§ 16-461(B), 16-466(F) and 16-563]

Each sample ballot shall clearly indicate in a conspicuous location that it "is a sample ballot and cannot be used as an official ballot under any circumstances".

The Board of Supervisors shall:

- print mailer-type sample ballots for a primary election,
- mail one sample ballot of a political party to each household containing a registered voter of that political party, at least **11 days before** the election, unless that registered voter is on the permanent early voting list,
- mail the sample ballot for each recognized political party to each household containing a registered voter who is registered as independent, no party preference or as a member of a political party that is not entitled to representation on the ballot, at least **11 days before** the election, unless that registered voter is on the permanent early voting list ,
- provide two sample ballots of each ballot style in the precinct supplies to each polling place, which shall be facsimile copies of the official ballot, and
- for each sample ballot actually mailed, present a certified claim for reimbursement to the Secretary of State for the actual cost of:
  - printing,
  - labeling, and

---

[5]**Within five days of receipt of the proof of the sample ballot**, the county chairman of each political party may suggest any changes that should be made in that party's ballot.

- postage.

Sample ballots for independents, no party preference or voters registered as members of political parties that are not entitled to be represented on the ballot:

- may be printed in an alternate format,
- including a reduced size, or
- may include all parties on one sample ballot.

[ARS § 16-461]

## GENERAL ELECTION

### Proofs for General Election

The Board of Supervisors shall:

- before printing the sample ballots for the general election send to each candidate, whose name did not appear on the preceding primary election ballot, a sample ballot or a sample ballot proof for review and
- provide each polling place with two sample ballots of each ballot style which may be facsimile copies.

### Inspection of Proofs

**Prior** to the general election, proofs of the sample ballots should be inspected **within five days of receipt of the proofs** by:

- candidates or their agents
- county party chair

[ARS § 16-510]

### Sample Ballots for General Election

Sample Ballots:

- may be printed on a single page or bound together in a series of pages,
- the return address shall not contain the name of an appointed or elected public officer nor may the name of an appointed or elected public officer be used to indicate who produced the sample ballot,
- shall be imprinted with the great seal of the state of Arizona along with the words "Official Voting Materials" on the mailing face of each sample ballot,
- shall be imprinted with the seal of the appropriate county, city or town for local elections, and

- shall include the list of acceptable forms of identification for voters.

Each sample ballot shall clearly indicate in a conspicuous location that it "is a sample ballot and cannot be used as an official ballot under any circumstances".

## Mailing Sample Ballots

The Board of Supervisors shall:

- print mailer-type sample ballots for a general election
- mail one sample ballot to each household containing a registered voter, at least **11 days before** the election, unless that registered voter is on the permanent early voting list,

For each sample ballot actually mailed, present a certified claim for reimbursement to the Secretary of State for the actual cost of:

- printing,
- labeling, and
- postage.

[ARS § 16-510]


## Records Retention

Ballots and voting materials must be retained **24 months** for federal elections.

Ballots and voting materials must be retained **six months** for all non-federal elections.

[ARS § 16-624(A)]

# Official Ballot Specifications

## Primary Election

Ballots for a primary election:

- shall be printed on colored stock, or
- on white stock with a color indicator such as a stripe,
- shall identify each recognized political party with a different color,
- shall contain the party name, precinct number and/or precinct name,
- shall not contain a ballot stub,

- ballots for a non-partisan election held in conjunction with the primary election shall be printed on white paper and may include a color indicator such as a stripe,
- Spanish language, Braille and large-print ballots may be printed separately to accommodate voter requests, and
- ballot specifications for accessible voting devices shall follow the same format and rotation as those of a printed ballot.

[ARS §§ 16-405, 16-462, 16-468(7)]

## General Election

General election ballots shall be printed:

- on white stock,
- on white stock with a color indicator, such as a stripe, for special districts and jurisdictional splits within precincts,
- in black ink,
- with the precinct number, precinct code and/or name, if applicable,
- shall not contain a ballot stub,
- Spanish language, Braille and large-print ballots may be printed separately to accommodate voter requests,
- ballot specifications for accessible voting devices shall follow the same format and rotation as those of a printed ballot.

[ARS §§ 16-405, 16-466, & 16-502]

## Ballots Printed and Ready for Inspection in Primary and General Elections

Ballots shall:

- contain the names of all persons whose certificates of nomination have been filed and not otherwise removed pursuant to law, and
- be printed and ready for inspection by the candidates or their agents at least **10 days before** a general election.

Early Ballots shall be ready for voting and delivered to the County Recorder **33 days before** the primary and general elections.  No early ballot shall be issued to an early voter until 26 days before the election.

[ARS §§ 16-503 & 16-545]

# Ballot Preparation

The Board of Supervisors is charged with the preparation of ballots.

## Order of Offices on the Ballot

The offices to be elected shall be printed in the following order:

- presidential electors
- United States Senator
- Representatives in Congress
- state offices
- county and precinct offices

[ARS § 16-502(D)]

## Political Party Affiliation Arrangement

The lists of the candidates of the several parties shall be arranged with the names of the parties in descending order according to the votes cast for Governor for that county in the most recent general election for the office of Governor.

[ARS § 16-502(E)]

## Arrangement of Candidates' Names on the Ballot

If there are fewer than or the same number of candidates seeking office as the number to be elected:

- rotation is not required
- names shall be placed in alphabetical order, last name first

[ARS § 16-464(A)]

## Arrangement of Presidential Candidates' and Electors' Names on the Ballot

The presidential electors, the presidential candidate and vice presidential candidate shall be grouped and printed together alphabetically by the presidential candidate's last name. Presidential elector names shall be ordered alphabetically by last name and enclosed in a bracketed list. Next to the bracketed list shall be printed in bold type the surname of the presidential candidate and the surname of the vice presidential candidate listed directly below the presidential candidate. The selection indicator for the electors shall be placed directly next to the surname of the presidential candidate.

**Ballots for and Conduct of Precinct Committeemen Elections**

When there are more candidates for precinct committeemen than positions available OR there is a write-in candidate:

- the ballot position shall be drawn by lot, and
- printed on a separate ballot for that political party.

Only persons who are registered members of that political party in a precinct may vote the precinct committeemen ballot for that party.  The election board or official shall provide the partisan precinct committeemen ballot to voters who are registered with that party in addition to the official ballot prepared for that party in the primary election.

[ARS §§ 16-464(B); 16-822(C) and *Arizona Libertarian Party, Inc. v. Bayless*, 351 F.3d 1277 (9th Cir. 2003)]

**Rotation**

When there are two or more candidates for a nomination, except in the case of precinct committeemen, the names of all candidates for the nomination shall be so alternated upon the ballots used in each election precinct that the name of each candidate shall appear substantially an equal number of times at the top, at the bottom and in each intermediate place of the list or group of candidates in which they belong. When there are fewer than or the same number of candidates seeking office as the number to be elected, rotation of names is not required and the names shall be placed in alphabetical order.

If rotation of candidates' names is required, the following steps must be performed:

- prepare a list of all candidates to be placed on the ballot (by districts if applicable),
- prepare a master name rotation list that will rotate the names to be placed on the ballot (by districts if applicable),
- rotation of names must comply with ARS §§ 16-462 through 16-468, 16-502 and 16-506(C),
- check the master name rotation list for compliance,
- if an error is found, make the appropriate correction, and
- check the resubmitted list and repeat the third step above, if necessary.

Ballots and sample ballots shall be prepared in accordance with the master name rotation list.

As nearly as practicable in primary and nonpartisan elections, the names of the candidates for each office shall appear on the ballot so that each candidate occupies each position on the ballot the same number of times.

Unless impracticable, candidate name rotation is required when there are two or more precincts in a political subdivision that holds an all-mail ballot election.  If rotation is found to be impracticable, candidate ballot order will be determined by lot at a public meeting.

[ARS §§ 16-464(D) and 16-468(4)]

## **Special Provisions for Cancelling Elections**

If the number of persons who file nominating petitions for an election to fill precinct committeeman or Title 48 officers is less than or equal to the number of positions, the County Board of Supervisors may cancel the election for those positions and appoint the person who filed the nominating petition to fill the position.  If no person has filed a nominating petition, the position is deemed vacant and shall be filled as otherwise provided by law.

[ARS §§ 15-424, 15-1442, 16-822(B), 48-802(D)(4), 48-1012, 48-1208, 48-1404, 48-1908, 48-2010, 48-2107, 48-2208]

If only one person files a nominating petition or nomination paper for a write-in candidate for an election to fill a school district office, the Board of Supervisors may, no earlier than **75 days** before the election, cancel the election for the position and appoint the person who filed the nominating petition to fill the position.  If no person has filed a nominating petition, the Board of Supervisors may no earlier than 75 days before the election, cancel the election for that office and the position is deemed vacant and shall be filled as provided in ARS §15-302.

[ARS § 15-424(D)]

## **Provisional Ballot Affidavit Specifications**

At a minimum, the provisional ballot affidavit shall contain the following information:

- name
- current residence address
- current mailing address
- former name, if any
- former residence address
- date of birth
- telephone number
- signature
- indication of whether the voter presented proper or insufficient identification
- date
- provisional ballot affidavit number
- precinct number/voting area
- ballot party/ballot issued

- one election official's signature
- DLN/SSN4
- Official Use Only area which will include a place for the following information:
  - rejected reason code
  - voter ID
  - ID provided
  - verified by
  - elector's voter registration number
  - counted/not counted
- an attestation that shall read:  "I swear or affirm under penalty of perjury that the above information is correct, that I reside in the precinct, that I am eligible to vote in this election and that I have not previously voted in this election."

It is also recommended that the provisional ballot affidavit contain the reason why the voter was issued a provisional ballot.

## Political Party Observers/Challengers

Arizona law authorizes the county chairman of each party to designate a party agent or representative for a polling place to act as challenger on behalf of the party.  Any elector that is challenged may vote a provisional ballot (see "Challenging Voters" on page 149).  At each polling place, one challenger for each political party may be present and act, but no challenger may enter a voting booth except to mark his ballot.  Unless agreed upon by the political parties, not more than one party representative for each party represented on the ballot shall be in the polling place at one time.

The county recorder or other officer in charge of elections may develop additional local procedures. Additional procedures shall allow political party observers to effectively observe the election process, and no changes to the procedures shall be made after the Tuesday prior to the election in order to facilitate compliance by the county political party designees.

The county chairman of each party that has a candidate on the ballot shall by written appointment addressed to the election board, designate a political party observer and alternates who may act as challengers for the party for each polling place in a partisan election in a precinct.  Individuals with a written appointment containing an original signature of the appointing authority shall be the only persons recognized as political party observers.

[A.R.S. § 16-590]

There is no provision in law for observers in non-partisan elections.

**Polling Place Political Party Observers**

On election day, designated political party observers may be present <u>at polling places</u>. Political party observers may be present during the opening or closing of the polling place; while voting is taking place so long as the opportunity of voters to maintain a secret ballot is protected; for the purpose of witnessing the transportation of ballots to the receiving site; and for the purpose of witnessing the electronic transmission of voting results to a regional receiving site.

**Central Counting Place Political Party Observers**

Designated political party observers may be present at central counting places and at each point where ballots are handled or transferred from one election official to another. These locations may include areas where the following activities take place:

- receiving the ballots at the central counting place,
- inspecting the ballots,
- reviewing any ballots by the write-in board,
- duplicating any ballots by the duplication board,
- receiving ballots or voting results or electronic media by the data processing board,
- processing by the computer at a regional or central receiving and county facility,
- transporting ballots after processing from the central counting place to the county offices,
- transporting early ballots to the central counting place, and
- tabulation of early ballots.

During transport, the ballots will always be in a container with an identifier or the precinct name or number written on the outside of the container.  Observers shall not be permitted to touch any of the ballots or containers at any time.

[A.R.S. § 16-590]

# Political Party Observers Guidelines

Each county officer in charge of elections shall share the following general guidelines with political party observers:

1. Under no circumstances should a political party observer ever place a mark or any type of material on a ballot or touch a voted ballot during observation of any of these election processes.
2. Observers may not interfere with or impede the election procedures or staff.  If a political party observer has a question about the proceedings, the political party observer should communicate the question to the officer in charge of the election or procedure and the officer in charge of the election or procedure should respond in a timely and reasonable manner.
3. If a political party observer is asked by the officer in charge of the election or procedure to cease an activity that interferes with the election process, the

political party observer must comply or the political party observer may be
ejected.

4. Political party observers may take notes at a polling place, central counting place
   or sample hand count but must use a writing implement of a color designated by
   the officer in charge of the election or procedure.

5. At a central counting place, all political party observers must check in with the
   county recorder or officer in charge of elections prior to being admitted as a
   political party observer, and log in and out of the facility each time they enter or
   leave.

6. At a central counting place, the county recorder or officer in charge of elections
   may ensure that political party observers are given identifying badges to ensure
   that political party observers are clearly identifiable to county recorder or
   elections staff who may not otherwise know the participants are there in a limited
   capacity as political party observers.

7. Political party observers must be appointed in writing by their respective county
   political party chairman in a document that contains the chairman's original
   signature.  The respective county political party chairman must also specify the
   scope of the political party observer's duties (i.e. polling place observer, central
   count observer, challenger, etc.).

8. Political party observers must immediately present the document appointing
   them as a political party observer to election officials upon entering a polling
   place or a central counting place.  Election officials must return the document to
   the political party observer after authenticating the document.

9. Political party observers can enter and leave a central counting place and a
   polling place as long as their entering and leaving does not interfere with or
   impede the election procedures or staff.

# Polling Places and Precinct Personnel

## Designation of Polling Places for Primary and General Elections

Before a general or primary election, each Board of Supervisors shall make a list
available to the public of the polling places that are known at that time.

For designation of polling places, the following shall apply:

- adjacent precincts may be combined pursuant to ARS § 16-411(B),
- the officer in charge of elections may split precincts for administrative purposes,
- precincts combined or split shall be listed in a separate section of the order or
  resolution setting the polling places for the election.

[ARS § 16-411]

The Board of Supervisors shall designate one polling place within each election
precinct:

- not less than **20 days before** the primary or general election, or
- at least **10 days before** a special election.

If no suitable polling place is available within a precinct, upon specific finding in the order or resolution of the Board of Supervisors a polling place for the precinct may be designated within an adjacent precinct. A board may consolidate adjacent precincts upon a finding that a substantial number of people registered as permanent early voters will reduce the number of voters appearing at one or more specific polling places in an election. The Board of Supervisors shall ensure that a reasonable and adequate number of polling places will be designated for that election. Any consolidated polling places shall be listed in separate sections of the order or resolution of the board.

[ARS § 16-411(B)]

The Board of Supervisors may authorize the use of voting centers in place of or in addition to specifically designated polling places. A voting center shall allow any voter in that county to receive the appropriate ballot for that voter on election day and lawfully cast the ballot. Voting centers may be established in coordination and consultation with the county recorder, at other county offices or at other locations in the county deemed appropriate.

[ARS § 16-411(B)]

If the Board of Supervisors fails to designate the place for holding the election, or if it cannot be held at the place designated, the Justice of the Peace of the precinct shall do so and post notice **two days before** the primary or general election. If the Justice of the Peace fails to do so, or there is no Justice of the Peace, then the election board shall designate and give notice of the place for holding the election.

[ARS § 16-411]

## Appointment of Election Personnel

All election personnel shall be qualified electors and registered to vote in the state of Arizona.

No candidate, or the spouse, child or parent of a candidate for any office on the ballot, except precinct committeemen, may serve on an election board.

The Board of Supervisors shall appoint for each election precinct with more than 300 qualified electors:

- one inspector
- two judges
-  as many clerks as deemed necessary, and
- an election marshal, who shall have the power of a Constable.

[ARS §§ 16-531 & 16-535]

The officer in charge of elections shall provide a report containing the poll workers full name, position, precinct, and party to the Board of Supervisors.  The report may be sorted by precinct or alphabetically by poll worker name.   The appointment of inspectors, marshals and judges shall be:

- made **not less than 20 days before** a primary or general election,
- dependent upon no change in their political party affiliation or no-party affiliation since the last general election,
- if they are members of the two political parties receiving the highest number of votes in the last general election they shall be divided equally between those two political parties,
- an equal number of inspectors in the various precincts in the county who are members of the two largest political parties,
- divided equally between the two political parties casting the highest number of votes in the state at the last general election,
- appointed from lists provided **90 days before** the election by those parties' chairmen,
- the inspector and marshal shall not be of the same party,
- if there are not enough individuals available in the election precinct to serve as clerks, any registered voter in the election precinct, or in another election precinct, may be appointed as clerk,
- any person appointed as an inspector shall, whenever possible, have had previous experience as an inspector, marshal, judge or clerk of elections, and
- if there is no qualified person in a given precinct, the appointment of an inspector of election board members may be made from names provided by the county party chairmen.

If the election precinct consists of fewer than 300 qualified electors, the Board of Supervisors may appoint not fewer than:

- one inspector and
- two judges

The Board of Supervisors shall give notice of election precincts consisting of fewer than 300 qualified electors to the county chairman of the two largest political parties **not later than 30 days before** the election.  The inspector and judges shall be appointed in the same manner as for large precincts.

If the election is non-partisan, political party is not a consideration for selection of poll workers.

[ARS § 16-531]

## Bilingual Boardworkers

The Board of Supervisors may provide translation services to voters at the polls by appointing worker(s) with the necessary language skillset.  The political party affiliation of the election board, which includes the bilingual workers, shall be comprised of differing political parties.  At no time shall any board worker assisting a voter attempt to influence the voter.

## Minors as Election Board Workers

The Board of Supervisors may appoint a person to an election board to serve as a clerk who is not eligible to vote if **ALL** of the following are met:

- person to be appointed is a minor who will be 16 years or older at the time of election,
- person is a United States citizen at the time of the election,
- person is supervised by an adult who has been trained as an elections officer,
- person has received training by the officer in charge of elections,
- parent or guardian of person has provided written permission for person to serve as clerk, and
- a school district or charter school shall not have its average daily membership nor shall the student have his or her mandatory attendance requirements affected by the minor's absence to serve as a clerk.

[ARS § 16-531(I)]

## Instruction of Election Board Workers

Except as indicated in ARS § 16-532(D), within **45 days before** an election the Board of Supervisors or other officer in charge of elections shall conduct training for

- inspectors,
- judges, and
- deputized counting place officers

to instruct them in their duties and related election law.  The following shall be covered in election board worker training:

1) delivery of ballots/supplies to precinct
2) election board officer duties
3) election board political party representation
4) pre-election responsibilities
   a. pre-election meeting
   b. building access
   c. time and location of meeting
   d. checking supplies

    e.  equipment and furniture arrangement
    f.  voting device check
    g.  official ballot count/precinct ballot account
    h.  early voters
5)  election day
    a.  opening polls (synchronize watches/cell phones to precinct tabulator)
    b.  hours the polls are open
    c.  working hours (come prepared to stay)
    d.  75-foot limitation (electioneering)
    e.  sharing polling places (tribal elections)
    f.  procedures for Proof of Identification and Provisional Ballot Processing at the Polls
    g.  voting equipment
    h.  accessible voting equipment
    i.  troubleshooting
    j.  voter registration
    k.  who may vote (open primary, etc.)
    l.  issue ballot styles (party, FED Only, etc.)
    m. standard voting procedures
    n.  Recorder's Certificates
    o.  spoiled ballot procedures
    p.  procedure for early ballot drop off
    q.  political party observers
    r.  challenges
    s.  Kids Voting/Youth in the Booth (when applicable)
    t.  closing polls (transmitting results, delivery of ballots)
    u.  Certificate of Performance (signature rosters)
    v.  official/unofficial envelope contents
6)  customer service
    a.  assisting the voter
    b.  assisting the disabled voter
    c.  language accessibility/interpreters
7)  compensation of election workers

## Premium Board Worker Training

The Board of Supervisors or officer in charge of elections may approve an alternate method of instruction and testing for election board members.  The course of instruction should include:

- at least eight hours of training, and
- a written examination on election law and procedures.

Each election board member who completes this training and passes the test shall be certified as a "premium board worker."  Premium board workers will be certified for a period of **30 months**.  Changes in procedure or new laws affecting the election process will either be forwarded to the premium board worker or additional training may be

required.  A special rate for compensation of premium board workers may be approved by the Board of Supervisors.

The training sessions held for the election board workers shall be taught by personnel:

- deemed by the Board of Supervisors or officer in charge of elections to be qualified in the area of the election process they teach, who have had practical experience in the area of the election process they teach
- under the supervision of an individual who holds an election officer's certificate issued by the Secretary of State in accordance with ARS § 16-407

## Certificate of Qualification

Each worker, upon successful completion of the attended course of instruction, shall receive a certificate of qualification from the Board of Supervisors or officer in charge of elections stating the worker's name, and the course of instruction completed.  No inspector or judge, except those appointed under the provisions of ARS §§ 16-533 and 16-534, shall serve at any election unless the inspector or judge has received the required instruction and a certificate of qualification.

[ARS § 16-532(A)]

## Compensation of Election Workers

The election board consists of two judges and one inspector. [ARS § 16-531(A)]  The compensation of election board officers shall be fixed by the Board of Supervisors and shall be a county charge.  In addition to the election board, all other election workers shall be compensated.  In no case shall an election board member be paid less than $30 per day.

[ARS § 16-536]

# Polling Place Election Board Instructions

## Delivery of Ballots to Polling Place

The required number of ballots shall be delivered by mail or other reliable means to each voting precinct or to the inspector **not less than 48 hours before** the opening of the polls.

The ballots shall be stored in sealed packages, clearly marked with:

- the name of the intended precinct, and
- the number of ballots enclosed.

Upon receiving the ballots, the inspector shall:

- sign the receipt or precinct ballot report, and
- ensure the ballots are stored in a cool, dry place (not in the refrigerator) to prevent warping.

[ARS § 16-509]

## **Election Board Officer Duties**

## **Inspector**

The inspector is chair of the election board and shall:

- be consulted about any procedural questions,
- in consultation with the officer in charge of elections fill any vacancy which exists at the opening of the polls at 6:00 a.m., or at any other time when a vacancy occurs.  In filling vacancies, the inspector shall follow these criteria:
  - appoint any qualified elector belonging to the same political party (if possible) as the one being replaced,
  - the judges shall be divided equally between the two political parties casting the highest number of votes in the state at the last general election,
  - in each precinct where the inspector is a member of one of the two largest political parties, the marshal in that precinct shall be a member of the other of the two largest political parties,
- assign tasks to any extra clerks that may be authorized.

[ARS §§ 16-531 & 16-534]

The inspector may instruct the voter in the proper manner for inserting a ballot into the tabulation unit.

## **Marshal**

The marshal shall:

- post three notices for the 75-foot limit,
- mark an approximate 75-foot limit in three directions from the main outside entrance to the polling place,
- post the sample ballots in the polling place in places easily accessible to the voters,
- announce the opening of the polls at 6:00 a.m.,
- perform duties assigned by the inspector,
- assume the necessary duties regarding the signature roster, unless this duty is assigned to a separate signature roster clerk,
- announce the closing of the polls (See page 158**),**

- preserve order at the polls and permit no violation of the election laws from the opening of the polls until the last person in line has voted,
- periodically note the length of waiting times at the polling place.  If the waiting time is 30 minutes or more, the marshal shall inform the officer in charge of elections and shall request resources as appropriate [ARS § 16-535(B)], and
- may perform the duties of any other election board worker on a relief basis.

## Clerks

In precincts in which electronic poll book systems are not used, at least one clerk shall enter the following onto the poll list:

- the names of all electors who vote,
- the order number (consecutive number), and
- the elector's register number.

Triplicate copies of the poll list may be provided.  Immediately upon the completion of each page of the poll list, and if copies are available and upon request, one copy shall be given to a representative designated by each major political party.

In precincts in which electronic poll book systems are used, at least one list of persons voting shall be available by printed or electronic media.  When utilizing electronic media, counties should have a backup solution such as a printed roster or other contingency measures.  The list shall be in substantially the same format as prescribed in ARS § 16-516 and on request shall be given to a representative designated by each major political party. The information contained in the list also may be provided electronically to a representative designated by each major political party by way of a secure electronic file transmittal format as prescribed by the Secretary of State.

[ARS § 16-571]

## Judges

The judges are in charge of the voting process.  If an elector requests official assistance in voting, two election officials not of the same political party must be present to assist the voter.

[ARS § 16-531]

The judges shall:

- examine the numbers on the seals on the voting machines to make sure they correspond to the numbers on the precinct election supplies inventory list,
- administer the signature roster or, if needed, this task may also be assigned to another election official,
- issue ballots and secrecy sleeves,

- upon request of the voter, instruct the voter on the method for marking a ballot, or
- upon request of the voter, instruct the voter on how to select his/her vote on the Accessible Voting System unit.

[ARS § 16-578]

# Pre-Election Responsibilities

## Pre-Election Meeting

The inspector shall arrange for a meeting with all members appointed to serve on the precinct election board, to be held at the polling place, **before the opening of the polls**.

## New Poll Worker Orientation

Many election boards will have new members who have never served before.  For their benefit, and to remind those with experience, the inspector shall discuss in detail the duties of each board position.

## Checking Supplies

The inspector shall check precinct supplies against the "supplies checklist," making sure that all of the supplies are available and that the supplies are for the *correct* precinct. If anything has been overlooked, the inspector should call the officer in charge of elections immediately.

## Building Access

The inspector shall make arrangements with the custodian or designated person of the facility to open the polling place for the pre-election meeting and for election morning.

## Equipment and Furniture Arrangement

Prior to opening the polls, the inspector shall set up the polling place in accordance with the instructions in the appendix or on page 342.

The voting units, booths, tables, and chairs should be arranged for election day.

The key pad, headphone set and instructions for disabled voters should be near the Accessible Voting System.

**Voting Device Check**

- locate the electrical outlet and plug in the tabulation unit and/or Accessible Voting System units.
- turn on the units and run a zero report.
- compare the zero tape to the ballot to ensure that the candidates' names and ballot measures appear on both and that no votes are registered.
- do not tear off the tape or remove the tape from the printer device.
- verify that the correct precinct number appears on the zero tape.

**Precinct Ballot Report**

The precinct ballot report shall contain the following:

- precinct name
- type of election (primary, general, special, etc.)
- date of election

The election workers shall do the following:

- count the official ballots received in the presence of the election board workers.
- record the count of official ballots received on the precinct ballot report.
- contact the appropriate authority designated by the officer in charge of elections if there is a discrepancy between the number of ballots expected and the number received.
- write down or verify the equipment seal numbers

**NOTE:**  The remainder of the ballot report shall be completed upon the closing of the polls.

**Early Voters**

Unless otherwise indicated on the signature roster, a list of every person in the precinct who requested, was issued, and/or voted an early ballot, excluding secured or protected voters, shall be sent to the inspector prior to the opening of the polls on election day.

- Before the opening of the polls, the inspector or the inspector's designee shall indicate on the signature roster that the voter was issued an early ballot.

Any elector who:

- is listed as having been issued an early ballot, *but*
- states that he/she has not voted and will not vote an early ballot for this election, *or*
- surrenders the early ballot to the precinct inspector on election day

shall be allowed to vote a provisional ballot.

**Final Reminder to Board Members**

The inspector shall remind the board members to be present **no later than 5:30 a.m., election day**.

# Election Day

**Before the Polls Open**

- Members of the election board must be at the polling place no later than 5:30 a.m., election day, because every precinct opens at 6:00 a.m.
- The oath of office shall be administered to the board by a qualified elector of the precinct or member of the board or its clerks.  [ARS § 16-534]
- After taking the oath, no election officer will be permitted to leave the polling place, except for reasons beyond the person's control, until the ballots are sealed.

**Setting Up the Polling Place**

The members of the election board shall:

- check that equipment, furniture, voting devices and booths are properly arranged (See SAMPLE FORMS: Polling Place Sample)
- make sure all electrical cords for the lamps are plugged in and the cords are not in the walking area
- make sure the key pad and headset are set up near the Accessible Voting System unit
- post all signs provided (two sample ballots, two cards of instruction and two "Right to Vote a Provisional Ballot").  The wording for the signs will be as in the sample "Instructions To Voters And Elections Officers" sign in sample forms
- Post the list of official write-in candidates, if applicable, in a conspicuous location
- Post a notice of:
  - Any vacancies due to voluntary or involuntary withdrawals that occurred after the printing of ballots, and
  - Any vacancies due to the death or incapacity of a candidate and that any votes cast for that candidate will be tabulated.
- display the flag [ARS §§ 16-512, 16-513.01, 16-514 & 16-563(A)]
- arrange ballot container and alternate ballot box/container, booths and voting devices in full view of the election board
- place signature roster, poll lists and pens on a table
- place one precinct register outside the polling place for the convenience of the public.  (This is optional.)  If an extra clerk has been authorized for your precinct

and the inspector decides that the election official needs assistance in looking up register numbers, this precinct register may be used by the poll list clerks to ensure proper spelling of the elector's name and register number [ARS § 16-169(A)]

- open and examine the ballot box/container and any alternate ballot box/container carefully to make certain it is empty
- close and lock the ballot box/container and any alternate ballot box/container
- confirm placement of the early ballot drop-off container (if separate boxes/containers are used)
- set up the tabulation unit near an electrical outlet in plain view of the board and the voters
- ensure that the electrical cords do not present a hazard to the board workers or the voters
- plug in the tabulation unit and obtain a zero tape count, do not tear off
- plug in the Accessible Voting System unit and obtain a zero tape count (if applicable), do not tear off or remove the tape from the printer device
- ensure that all tamper resistant or tamper evident seals are intact and have not been tampered with

## Precinct Zero Report

A zero report shall be generated from each voting unit immediately before the opening of the polls.  The zero report shall be verified by at least two board workers of different political parties.  A zero report shall be generated for each tabulation unit and Accessible Voting System unit, except for the AutoMark.

The inspector or the inspector's designee shall:

- print a "zero report" tape, again, if the pre-election meeting was not held on election day (all candidates and propositions will be listed)
- verify the precinct number on the tape
- not remove the printout tape from the tabulation unit or accessible voting device — this tape must remain attached to the unit until the final results of the votes cast have been printed
- compare the zero tape to the ballot and the sample ballot to ensure that the same names are on both, and that no votes are registered
- make sure the digital readout on the front of the unit registers zero after the zero tape is complete
- look for a message indicating that the equipment is ready to accept ballots
- if error messages appear, refer to county election procedures provided or call the election hotline number
- ensure that tamper resistant seals or tamper evident seals are intact and do not show signs of tampering

## Opening the Polls at 6:00 a.m.

The polls open at 6:00 a.m. The marshal shall announce that the polls are open promptly at that time.

[ARS § 16-565]

## Who May Vote

Every qualified elector is required to show proof of identity at the polling place before receiving a ballot in accordance with the procedure set forth in the section of this manual titled "Procedure for Proof of Identification and Provisional Ballot Processing at the Polls" on Page 139.

## Early Ballot Drop Off

Voters who request early ballots may drop off their voted ballots at **any** polling place in the voter's county of residence no later than 7:00 p.m. on election day.

A separate early ballot container/alternate ballot box shall be identified and included in the precinct supplies for voters to deposit their voted early ballots.  A secure compartment on a ballot box may be used instead of having a separate ballot box for voted early ballots.

Jurisdictions using only a central tabulating system may provide for early ballots with the affidavit and the ballots voted at the polling place to be deposited into the same sealed ballot box.  A separate container does not have to be used.

Election officials will determine the most accessible location for the early ballot container.  It should be placed so that voters who wish to drop off voted early ballots may do so without interference with voters waiting in line to vote.

Voters who drop off voted early ballots do not vote a provisional or regular ballot.

Voters assigned to a precinct who appear at the polling place with an early ballot, along with the affidavit envelope, which is not voted may use a polling place privacy booth to mark the early ballot.  If they do so:

- the voter does **not** sign in, and
- the voter places the voted early ballot in its affidavit envelope, then places it in the early ballot drop off container.

[ARS §§ 16-550, 16-579 & 16-584]

# Polling Place Wait Time Reduction Procedure
## [ARS § 16-411(J)]

The maximum allowable wait time for any election that is subject to ARS § 16-204 is one hour.  "Wait time" is defined as the duration of time that begins when the voter arrives in line to the time the voter is greeted by the first poll worker.

Election officials conducting elections in accordance with ARS § 16-204 should follow these procedures to reduce the polling place wait times in the primary and general elections.

### Project voter turnout at precincts

Election officials should make their best efforts to project the turnout at each polling place prior to the election to assure the polling place has adequate staffing and equipment to meet the demand.  The following should be taken into consideration by the officer in charge of elections when projecting the voter turnout:

- the number of ballots voted in the last two primary and general elections in each precinct,
- the number of currently registered voters (active and inactive) in each precinct,
- the number of registered voters who requested an early ballot for the upcoming primary or general election in each precinct (high number of requests could result in higher number of provisional voters at the polls), and
- the number of early ballots cast in the last two primary and general elections.

### Re-precinct if necessary

The officer in charge of elections shall consider redrawing the precinct lines if it appears that excessive wait times may occur based on the projection of voters in the current precincts.  In determining whether to re-precinct, the officer in charge of elections should do the following:

- review precincts with 2,500 or more active voters
- determine if there is more room for growth in the precinct. If possible, use the County Assessor's information such as aerial photos to help with that determination
-  if a precinct has 2,500 voters, is located in a high growth area and still has land available for development, the officer in charge of elections should consider splitting that precinct
- the city and town clerks in each county should be consulted to determine growth patterns in the area
- determine if small precincts can be clustered together in one polling place to allow for optimal allocation of board workers

- whenever possible eliminate precinct splits
- consider administrative splits [ARS § 16-411(B)]

Re-precincting shall be done in accordance with ARS § 16-411 and become effective March 1 of the year of the next general election.

[ARS § 16-412]

## **Prepare and Staff Precincts According to Projections**

When staffing precincts the officer in charge of elections shall take into consideration the projections of the number of voters in each precinct and staff the precincts accordingly.  The officer in charge of elections shall do the following when staffing each precinct:

- determine the optimal number of poll workers. Taking into consideration the identification at the polls requirement, the number of voters who will have to vote provisional ballots, and the time it takes for disabled voters to vote using the accessible voting devices, it is recommended that adequate staffing be hired
- determine and print the proper number of rosters and registers that will reduce voter wait time at the polls.  Additional precinct registers will allow board workers to quickly determine if the voters are in the right polling locations
- increase the number of poll workers at projected high volume precincts to better manage the processing of voters
- increase poll worker training and premium poll worker training
- ensure proper signage at all polling locations

## **Voter Education and Management of Voters at Polling Location**

The officer in charge of elections shall take the following steps to educate voters about the potential for lines at the polling places and what steps the voters can take to help reduce the lines:

- educate voters about the identification at the polls requirement
- increase the amount of information available to the public so voters can ensure their voter registration is active and that they are going to the correct polling place
- increase voter awareness of peak voting times and the times when the lines may not be as long
- encourage voters to consider marking their sample ballots with their selections and taking their sample ballots to the polls to use as a reminder of the their selections
- inform voters about early voting and permanent early voting options

**Determine Optimal Layout for Precinct**

Based on the projected turnout per precinct, the officer in charge of elections shall set up the optimal layout for each polling location.  The layout at high volume precincts should process provisional voters separately from other voters to allow for a continuous flow of voters.  The following are three different layouts that can be used for medium to high volume precincts.

**Medium to High Volume Precinct Layout - Option A**



## Medium to High Volume Precinct Layout - Option B
### (Customary to Precincts Using Two Poll Lists)



Secrecy Booths

Accessible Unit

Provisional
Ballot
Station

**Provisional
Ballot Clerk**

**Judge**   Issuing Ballots

**Clerk**   Poll List                    **Inspector**

**Clerk**   Poll List

**Judge**   Signature                    Ballot Box/
                                          Tabulation
                                          Unit

**ID Clerk**

**Voter ID Station**

**Entrance/Exit**

**Medium to High Volume Precinct Layout - Option C**



**Contingency Plans**

The officer in charge of elections shall have in place prior to each election a contingency plan to deal with precincts that are experiencing wait times in excess of the one hour maximum allowable wait time.  The following shall be part of the contingency plan:

- A plan for moving poll workers from one location to another if necessary based on actual need and volume.
- A plan to add additional voting/secrecy booths (i.e. two voting booths for up to 500 voters, with one additional booth for each additional 250 registered voters) and accessible voting devices to a polling place on election day if necessary based on actual need and volume.

The marshal shall periodically note the length of waiting times at the polling place.  If the waiting time is thirty minutes or more, the marshal shall inform the officer in charge of elections and shall request resources as appropriate.

[ARS § 16-531(B)]

**Increase Pool of Poll Workers**

The officer in charge of elections shall attempt to increase the pool of poll workers available to work the polls on election day by:

- utilizing student poll workers to increase number of poll workers per precinct
- utilizing other creative programs to recruit additional poll workers such as Democracy Day and the use of other county workers.
- consider including poll worker recruitment notices with mailings and other outreach efforts

[ARS § 16-531(G)]

**Ballot Box Overflow**

If during the course of an election the ballot box can no longer accommodate additional ballots, the officer in charge of elections shall dispatch an additional ballot box to the appropriate polling place.  The full ballot box will remain locked until closing of the polls.  The tabulation unit shall be removed and placed on the additional ballot box so voting may continue.

In the event there is no spare ballot box, the board members shall remove a sufficient number of ballots from the ballot box and shall place the removed ballots into the case that will be used for the transfer of the ballots to the officer in charge of elections.  The inspector and both judges shall oversee the transfer and the following shall apply:

1) The removed ballots shall be counted immediately by the election board.
2) A written document shall be produced and signed by the board members supervising the count.  The written document shall indicate the count and the reason for the removal of ballots.
3) The removed ballots and corresponding documentation shall be placed in the transfer case and shall be kept sealed until the polls are closed.
4) Once the removed ballots are sealed in the transfer case, the original ballot box shall be relocked and voting may continue.
5) At the close of the polls, the ballots in the locked ballot box shall be removed from the ballot box and immediately counted.  The count shall be documented.
6) The transfer case seal shall be broken and the ballots from the ballot box and corresponding documentation shall also be placed in the transfer case.
7) The transfer case shall be resealed.
8) The transfer case will be transported to the tabulating place designated by the officer in charge of elections.

At the close of an election, if the ballot box has been opened, a report detailing those events and other pertinent information shall be made by the officer in charge of elections to the chairpersons of all recognized political parties in that county.

## Access to Auxiliary Bin

For voting equipment that includes an auxiliary bin:

- **Early Ballots:**
  - If a precinct utilizes the auxiliary bin as the depository for early ballots, the inspector shall open the auxiliary bin so that a voter may deposit his or her early ballot into the auxiliary bin.
- **Provisional Ballots:**
  - If a precinct utilizes the auxiliary bin as the depository for provisional ballots, the inspector shall open the auxiliary bin so that a voter may deposit his or her provisional ballot into the auxiliary bin.
- **Jams:**
  - The inspector, in the presence of the judge of the opposite political party, shall remove the jammed ballot.
  - If the inspector needs to remove the tabulation unit from the ballot box to remove the jam, he or she shall do so in the presence of both judges.
  - If the voting equipment remains jammed, the inspector shall open the auxiliary bin so that a voter may deposit his or her ballot into the auxiliary bin.
  - Any ballots that have been deposited in the auxiliary bin due to an unresolved jam shall be processed in the same manner as those during a complete power failure or unit failure.

## Complete Power Failure or Unit Failure/Ballot Emergency Bin

There is no "complete power failure" or "unit failure" if the battery backup remained operative.

Any ballots that have been deposited in the emergency bin during a complete power failure or unit failure must be fed through the tabulation unit when polls close and prior to generating the results tape at the end of the day.  Use the following procedures:

- using the key provided, at least two election officials not from the same political party shall be present and open the ballot box emergency bin
- remove the unprocessed ballots, if any, that were placed in the emergency bin due to a complete power failure or tabulation unit failure (there is no power failure if the battery backup system remained operative)
- feed unprocessed ballots, one by one, into the precinct tabulation unit making sure that digital readout increments by one each time
- if any ballot that is overvoted or blank is returned, the inspector will use the override procedure to allow the ballot to be scanned
- after all of the unprocessed ballots have been fed into the tabulation unit, proceed with the regular closing procedures for closing the polls

- after the polls have closed, any ballot the machine is unable to process or that has been marked but is returned as "unreadable" shall be set aside and sent to central tabulation for duplication

## Open Primary

Each recognized political party shall have a separate ballot at partisan primary elections.

[ARS § 16-467(A)]

Partisan primary election ballots shall be provided to voters as follows:

- A voter who is registered as a member of a political party that is entitled to continued representation on the ballot pursuant to ARS § 16-804 shall be given by the judge of election one ballot only of the party with which the voter is affiliated as it appears in the precinct register.  [ARS § 16-467(B)]
- For a voter who is registered as independent, no party preference or as a member of a political party that is not entitled to continued representation on the ballot pursuant to ARS § 16-804, the voter shall designate the ballot of only one of the political parties that is entitled to continued representation on the ballot and the judge of election shall give the elector only that political party's ballot.  If the voter is eligible for a non-partisan issue, the voter may choose the non-partisan ballot.  [ARS § 16-467(B)]
- One of the election officials shall write on the signature roster, in a space provided for this purpose, the name of the political party ballot that was provided to the voter registered as independent, no party preference or as a member of a political party that is not entitled to continued representation on the ballot.

# Emergency Procedures

The ballot box shall not be removed from the polling place or presence of bystanders until all ballots are counted, nor opened until after the polls are finally closed unless an emergency renders the polling place unusable to the point where it can no longer function as a polling place because law enforcement or other emergency personnel have ordered the polling place to be evacuated or as determined by the officer in charge of elections to allow voting to continue while awaiting an evacuation order.   The following procedures shall be followed in the event of an emergency:

- If the locked ballot box must be removed from the polling place due to an emergency, at least two members of the election board, not members of the same political party, shall accompany the box to a new polling place designated by the officer in charge of elections.
- If practical and available, a law enforcement officer shall aid in the transfer of the ballot box.

- If two members of the election board are not available to transfer the ballot box, one member of the election board and one law enforcement officer may accompany the box to the new polling place.
- Two additional board members shall verify whether the ballot box arrived at the new polling place and that it was not opened or damaged.
- All election board members who accompanied the locked ballot box to the new location and the one or two board members who verified the box's arrival shall file a report with the officer in charge of elections that describes the actions taken by the board members.  This report shall be filed on the day of the emergency.
- On the day of the emergency in which the ballot box was moved, all election board members who aided in the transfer and verification of the locked ballot box shall indicate on official documents containing their oath whether they witnessed the transfer of the box and whether the box remained locked.

[ARS § 16-564]

# Spoiled Ballots

If an elector spoils a ballot, the elector shall return the ballot and receive another ballot:

- the word "SPOILED" shall be written on the ballot in ink by the voter or by the inspector and one of the judges
- the inspector or judge shall mark the spoiled ballot in a manner to assure that it cannot be counted by any electronic voting system
- the spoiled ballot shall be placed in the official returns envelope

Up to two additional ballots may be issued.

# Procedure for Proof of Identification and Provisional Ballot Processing at the Polls

## Polling Place

A list of acceptable identification shall be posted in a conspicuous place and made available to the electors at each polling location.

## Notice of Identification Requirement

Notice of the identification at the polls requirement and a list of acceptable forms of identification shall be included with the sample ballots mailed to each household with a registered voter or any other notice sent to electors regarding polling place locations.  In addition, a similar notice shall appear in the Secretary of State publicity pamphlet.

Every qualified elector is required to show proof of identity at the polling place before receiving a ballot.  The elector shall announce his/her name and place of residence or

present the elector's name and residence in writing to the election official.  The elector shall present acceptable identification that:

1. bears the name, address, and photograph of the elector (see List 1 below) or
2. two different forms of identification that bear the name and address of the elector (see List 2 below) or
3. one form of acceptable photo identification with one form of non-photo identification that bears the name and address of the elector (see List 3 below)

[ARS § 16-579(A)]

An elector who does not provide acceptable proof of identification shall not be issued a regular ballot, but shall receive a conditional provisional ballot.  If the elector identifies himself or herself as a Native American, the elector shall be processed under the section of this procedure titled "Identification Requirements for Native American Electors."  All others shall be processed under the section of this procedure titled "Conditional Provisional Ballot for No Identification."

Acceptable proof of identification includes but is not limited to the sources listed below. Other forms of identification not on this list must be deemed acceptable by the county election official in charge of elections and must establish the identity of the elector in accordance with the requirements of ARS § 16-579(A).

**List 1 - Acceptable Forms of Identification with Photograph, Name, and Address of the Elector**

- Valid Arizona driver license
- Valid Arizona nonoperating identification license
- Tribal enrollment card or other form of tribal identification
- Valid United States federal, state, or local government issued identification

An identification is "valid" unless it can be determined on its face that it has expired.

**List 2 - Acceptable Forms of Identification Without a Photograph that Bear the Name and Address of the Elector (Two Different Forms Required; May Be Presented in Paper and/or Electronic Format)**

- Utility bill of the elector that is dated within 90 days of the date of the election.  A utility bill may be for electric, gas, water, solid waste, sewer, telephone, cellular phone, or cable television
- Bank or credit union statement that is dated within 90 days of the date of the election
- Valid Arizona Vehicle Registration
- Indian census card
- Property tax statement of the elector's residence
- Tribal enrollment card or other form of tribal identification

CHAPTER 10 - CONDUCT OF ELECTIONS

- Arizona vehicle insurance card
- Recorder's Certificate
- Valid United States federal, state, or local government issued identification, including a voter registration card issued by the County Recorder
- Any mailing to the elector marked "Official Election Material"

An identification is "valid" unless it can be determined on its face that it has expired.  All items from List 2 may be presented to the poll workers in electronic format, including on a smart phone or tablet.

**List 3 - Acceptable Forms of Identification, One Identification with Name and Photo of the Elector Accompanied By One Non-Photo Identification with Name and Address**

- Any valid photo identification from List 1 in which the address does not reasonably match the precinct register accompanied by a non-photo identification from List 2 in which the address does reasonably match the precinct register
- U.S. Passport without address and one valid item from List 2
- U.S. Military identification without address and one valid item from List 2

An identification is "valid" unless it can be determined on its face that it has expired.

**Identification Requirement for Native American Electors**

An elector who identifies himself or herself as a member of a federally recognized Native American tribe and who does not provide one form of identification that bears the name, address, and photograph of the elector or two different forms of identification that bear the name and address of the elector shall be issued a provisional ballot upon presenting one form of tribal identification that bears the name of the elector.

Acceptable forms of tribal identification include (but are not limited to):  a tribal identification or enrollment card issued under the authority of a federally recognized Indian tribe, nation, community, or band ("tribe"), a tribal subdivision or the Bureau of Indian Affairs; or a Certificate of Indian Blood issued to a tribal member under the authority of a tribe or by the Bureau of Indian Affairs; or a voter registration card for tribal elections issued under the authority of a tribe; or a home site assignment lease, permit or allotment issued under the authority of a tribe, tribal subdivision, or by the Bureau of Indian Affairs; or a grazing permit or allotment issued to a tribal member under the authority of a tribe, tribal subdivision, or by the Bureau of Indian Affairs.

The elector who does not provide one form of identification that bears the name, address, and photograph of the elector or two different forms of identification that bear the name and address of the elector or does not present one form of tribal identification that bears the name of the elector shall be issued a conditional provisional ballot that will be processed under the section of this procedure titled "Conditional Provisional Ballot for No Identification."

CHAPTER 10 - CONDUCT OF ELECTIONS

## Compare Identification to Announced Name

If the elector has provided the acceptable form of identification(s), the poll worker shall compare the information on the identification(s) with the information the elector *announced.*  If the name on the identification(s) reasonably appears to be the same as the *announced* name, the poll worker shall compare the identification to the signature roster, including the inactive voter list, or add-on list.  If the name on the identification(s) does not reasonably appear to be the same as the *announced* name, the elector shall be provided a conditional provisional ballot to be processed under the section of this procedure titled "Conditional Provisional Ballot for No Identification."  The poll worker shall provide the elector with instructions on how and where the elector can provide proof of identification in the timeframes specified in this procedure.

## Compare Identification to Signature Roster, Inactive Voter List, or Add-On List

The poll worker shall compare the information on the identification(s) provided by the elector with the information on the signature roster, inactive voter list, or add-on list.

## Returning Elector's Identification Sources

All identification sources shall be returned to the elector.  In no circumstances shall the identification sources be kept by the poll worker.

## Polling Place Process for Elector Whose Name Appears on the Signature Roster, Inactive Voter List, or Add-On List

If the elector presents one form of identification that bears the name, address, and photograph of the elector and the name and address on the identification and the signature roster, inactive voter list or add-on list reasonably appear to be the same and the photo reasonably appears to be the elector, then the elector shall be issued a regular ballot.  If the name and address on the identification do not reasonably appear to be the same as the name and address on the signature roster or the photo does not reasonably appear to be the elector, then the elector shall not be issued a regular ballot, but shall be issued a provisional ballot.

If the elector presents two forms of identification that bear the name and address of the elector without a photograph of the elector, the poll worker shall compare the name and address on the two pieces of identification with the name and address on the signature roster.  If both pieces of identification reasonably appear to be the same as the name and address on the signature roster, inactive voter list or add-on list the elector shall be issued a regular ballot.  If the name or address on either piece of provided identification does not reasonably appear to be the same as the name and address on the signature roster then the elector shall not be issued a regular ballot, but shall be issued a provisional ballot.

If an elector provides a photo identification from List 3 accompanied by a non-photo identification from List 2, the name on each form of identification must reasonably match the precinct register.  The address from the non-photo identification must reasonably match the precinct register.  If both pieces of identification reasonably appear to be the same as the signature roster, inactive voter list or add-on list the elector shall be issued a regular ballot.  If the name or address on either piece of provided identification does not reasonably appear to be the same as the name and address on the signature roster then the elector shall not be issued a regular ballot, but shall be issued a provisional ballot.

If the elector presents only one form of identification that bears the name and address of the elector without a photograph of the elector, the elector shall be issued a conditional provisional ballot to be processed under the section of this procedure titled "Conditional Provisional Ballot for No Identification."

If the elector has moved within the precinct and, therefore, his or her name is on the register but the address on the identification(s) are not the same as the signature roster, the elector shall be issued a provisional ballot.

[ARS § 16-135]

If a person's name is on the inactive voter list, the person shall orally affirm that the voter resides at the address listed on the inactive voter list.  The voter's signature shall be entered on the inactive voter signature roster page at the end of the signature roster or, if within a combined signature roster, in the signature line provided for such.

If the voter says that he or she has moved to a different residence outside the precinct but within the county, the voter shall be directed to the polling place **for the new address**.  For counties utilizing vote centers, the voter shall be issued a ballot that corresponds with their new address.

[ARS §§ 16-122 & 16-583]

## Polling Place Process for Elector Who Presents a Recorder's Certificate

If the elector presents a Recorder's certificate (See SAMPLE FORMS: Uniform Correspondence: Recorder's Certificate) to the poll worker, the poll worker shall treat the Recorder's certificate in the same manner as if the information on the Recorder's certificate appeared in the signature roster.

If the elector presents one form of identification that bears the name, address, and photograph of the elector and the name and address on the identification and the Recorder's certificate reasonably appear to be the same and the photo reasonably appears to be the elector, then the elector shall be issued a regular ballot.

If the name or address on the identification do not reasonably appear to be the same as the name or address on the Recorder's certificate or the photo does not reasonably appear to be the elector, then the elector shall not be issued a regular ballot, but shall be issued a provisional ballot that will be verified in accordance with the section entitled "Verification of Provisional Ballots."

If the elector presents two forms of identification, one of which is the Recorder's certificate, that bear the name and address of the elector without a photograph of the elector, the poll worker shall compare the name and address on the two pieces of identification.  If both pieces of identification reasonably appear to be the same, the elector shall be issued a regular ballot.  If the name or address on either piece of provided identification do not reasonably appear to be the same, then the elector shall not be issued a regular ballot, but shall be issued a provisional ballot.

If the elector has presented sufficient identification to receive a regular ballot, the poll worker shall add the elector's name to the next consecutive sequence number at the end of the signature roster.  The poll worker shall then have the elector sign the signature roster and give the elector a ballot.

If the elector has moved within the precinct and, therefore, his or her name is on the Recorder's certificate but the address on the identification(s) is not the same as the Recorder's certificate, the elector shall be issued a provisional ballot.

[ARS § 16-135]

If the elector presents only the Recorder's certificate as one form of identification that bears the name and address of the elector without a photograph of the elector, the elector shall be issued a conditional provisional ballot to be processed under the section of this procedure titled "Conditional Provisional Ballot for No Identification."

**Polling Place Process for Elector Whose Name Does Not Appear on the Signature Roster, Inactive Voter List, or Add-On List**

If the poll worker is unable to locate the elector's name on the signature roster, inactive voter list, or add-on list after the elector presents one form of identification that bears the name, address, and photograph of the elector or two different forms of identification that bear the name and address of the elector, the elector shall be permitted to vote a provisional ballot after the election official has:

- verified the voter's address on the precinct map to make sure it is within the precinct, and
- determined if the voter has recently moved within the county.  If the voter has recently moved within the county, follow the section of the procedure named "The Voter Has Moved Within the County."

[ARS §§ 16-135(B), 16-137, & 16- 584(C)]

## The Voter Has Moved Within the Precinct

If the voter indicates that he or she has moved within the precinct and the voter presents one form of identification that bears the name, address, and photograph of the elector or two different forms of identification that bear the name and address of the elector, the voter shall be permitted to vote a provisional ballot.  The new address information on the provisional ballot envelope will be used to update the voter registration system.  For counties utilizing vote centers, the voter shall be issued a ballot that corresponds with their new address.

## The Voter Has Moved Within the County

For voters whose only form of identification shows a post office box or directions to their residence location:

- ask the voter to describe his/her residence location,
- ask the voter to show where the residence is located on the precinct map to assure the voter is in the correct polling place,
- If the voter indicates that he or she has moved within the county and the voter presents one form of identification that bears the name, address, and photograph of the elector or two different forms of identification that bear the name and address of the elector, the voter shall be permitted to vote a provisional ballot.

A voter who moves from the address at which he/she is registered to another address **within the same county** and who fails to notify the County Recorder of the change of address before the date of an election shall be permitted to correct the voter registration records at the appropriate polling place for the voter's new address and be permitted to vote a provisional ballot.

In areas of the state where residence street addresses **are not assigned**, the voter shall orally provide information of residence location within the voting precinct.

[ARS § 16-135]

## The Voter Appears at Old Polling Place but Has Moved to a New Precinct Within the County

If the voter's name is on the signature roster, inactive voter list, or add-on list but the voter has moved to a residence address located in another precinct:

- direct the voter to the election official,
- the election official shall assist the voter in locating their correct polling place,
- if a voter's only form of identification shows a post office box or directions to his/her residence as opposed to a residence location, determine whether he/she is eligible to vote in the precinct by asking the voter to describe his/her residence

location and, if a precinct map is available, show where the residence is located on the precinct map.
- after determining the name of the new precinct, the election official will look up the address for the new polling place on the polling place list found in the precinct supplies,
- the election official will direct the voter to go to the new polling place.
- For counties utilizing vote centers, the voter shall be issued a ballot that corresponds with their new address.

## The Voter Has Been Issued an Early Ballot

If the voter is in possession of the early ballot with the affidavit envelope at the polling place:

- a person who is depositing any early ballot in an early ballot container/alternate ballot box at a precinct voting location is not required to show identification.
- encourage the voter to vote the early ballot, seal it in the ballot envelope and deposit it in the early ballot container/alternate ballot box at the polling place rather than wait to vote a provisional ballot.
- voters who possess early ballots may deposit their voted ballots in an early ballot container/alternate ballot box at **any** polling place in the voter's county of residence no later than 7:00 p.m. on election day.
- voters who deposited voted early ballots in an early ballot container/alternate ballot box do not need to vote a provisional ballot.

Voters assigned to a precinct who appear at the polling place with an early ballot, along with the affidavit envelope, which is not voted may use a polling place privacy booth to mark the early ballot.  If they do so:

- the voter does **not** sign in, and
- the voter places the voted early ballot in its affidavit envelope, seals the envelope and signs the affidavit, then places it in the designated early ballot container/alternate ballot box.

If the voter no longer has the early ballot in his or her possession the voter may vote a provisional ballot after providing acceptable identification as stated in this procedure.

If the voter has the early ballot in his or her possession but insists on voting a provisional ballot issued at the polling place, the voter may vote after providing acceptable identification as stated in this procedure.

If the voter has the early ballot in his or her possession and states that the ballot is spoiled, the voter may surrender the ballot and vote a provisional ballot after providing acceptable identification as stated in this procedure.  The voter or the poll workers at the direction of the voter shall write "spoiled" or "early spoiled" on the ballot or affidavit.

A separate early ballot container/alternate ballot box shall be identified and included in the precinct supplies for voters to deposit their voted early ballots.  A secure compartment on a ballot box may be used instead of having a separate ballot box for voted early ballots.

Election officials will determine the most accessible location for the early ballot container.  It should be placed so that voters who wish to drop off voted early ballots may do so without interference with voters waiting in line to vote.

For jurisdictions using only a central tabulating system, the same container may be used for dropping off early ballots and the ballots voted at the polling place.  A separate container does not have to be used.

[ARS §§ 16-550, 16-579 & 16-584]

**The Voter Has Changed His/Her Name**

If the voter has changed his/her name and address, indicate the voter's new name and former name on the provisional ballot form.  The provisional ballot form will be used by the Recorder to change the voter's name and address on the registration rolls.

**Procedure for Provisional Ballots at the Polls**

There are six reasons a voter may vote a provisional ballot:

1. voter has not provided sufficient identification at the polling location,
2. voter's name does not appear on the signature roster or inactive list, and the voter has not moved,
3. voter has moved,
4. voter has been issued an early ballot,
5. voter has changed name, or
6. voter is challenged at the polling place

At the time of voting a provisional ballot, the voter shall sign an affirmation on the provisional ballot envelope stating that the information on the provisional ballot envelope is correct, that he/she resides in the precinct, that he/she is eligible to vote in this election and that he/she has not previously voted in this election.

At the time he/she votes, the voter shall be given a provisional voter receipt by one of the election officials with information on how to contact his/her County Recorder to verify the status of his/her provisional ballot.

All voters shall have the option of voting a provisional ballot on an accessible voting device.

[ARS § 16-584(E)]

If the voter is in the correct polling place, attach the "voter's registration receipt" if available to the outside of the provisional ballot envelope.

Do not seal the "voter's registration receipt" inside the provisional ballot envelope.

*Do not keep personal identification—return it to the voter*

An election official or voter completes a provisional ballot form.

The voter and the election official sign the provisional ballot form.

The election official attaches the provisional ballot form to the envelope provided and gives the envelope to the voter.

The election official verifies that the voter's affirmation statement of eligibility to vote in that jurisdiction is on the envelope.

The voter returns the provisional ballot envelope to the appropriate election official.

On the provisional ballots page at the back of the signature roster or a separate provisional roster, the election official enters the voter's name and other identifying data as shown on the signature roster.  Electronic poll books must reflect if a voter is voting a provisional ballot.

Voters completing a provisional ballot are assigned register numbers beginning with V-1 and continuing V-2, etc.

The voter signs the signature block corresponding to the voter's name on the signature roster.

The poll list clerk fills out the poll list.

The election official gives the provisional ballot envelope and ballot to the voter and directs the voter to a designated voting booth.
After voting, the voter places the voted ballot in the provisional ballot envelope and seals the envelope.  The voter will return the sealed envelope to the election official, who will verify the envelope is properly filled out, signed and sealed.  An election official may assist a voter with a disability with sealing the envelope.

The voter is given a provisional voter receipt with information on how to verify the status of the voter's provisional ballot.

The voter or election official deposits the sealed provisional ballot envelope in the ballot box.

## Conditional Provisional Ballot for No Identification

If the elector does not provide identification as required by ARS § 16-579(A), the elector shall be issued a conditional provisional ballot.  The conditional provisional ballot shall be placed in a provisional ballot envelope.  The provisional ballot envelope shall indicate that the elector did not provide identification.  The poll worker shall notify the elector that he or she must provide identification as required by ARS § 16-579(A) to the County Recorder or to an official deemed acceptable by the County Recorder.  The poll worker shall provide the elector with instructions on how, when, and where the elector can provide proof of identification.  The proof of identification must be received by the County Recorder's office by 5:00 p.m. on the fifth business day after a general election that includes an election for a federal office or 5:00 p.m. on the third business day after any other election for the provisional ballot to be processed and counted.

## Indication that Proof of Identity Was Provided

The oath statement on the signature roster shall include a statement that the poll worker obtained valid proof of identification from every elector or if identification was not presented, that every effort was made that the provisional ballot envelope was marked appropriately to indicate that the conditional provisional ballot was voted due to no identification presented.

In addition to the signature roster, the oath statement may also be included on the official ballot report and certificate of performance if the county so chooses.

## Addresses on the Signature Roster

The official signature rosters for use at the polling places shall include the elector's residence address and the mailing address, if different from the residence address, from the elector's registration form as prescribed by ARS § 16-152(A).  Identification as set forth in this procedure that bears the mailing address of the elector is sufficient identification if the name and address reasonably appear to be the same as the elector's name and address contained in the signature roster or Recorder's certificate.

## Challenging Voters

Any qualified elector of the county, including poll workers, may orally challenge a Full Ballot voter or FED Only voter on the grounds that:

- The voter is not the person whose name appears on the register.
- The registrant has not resided in the State of Arizona or the jurisdiction for twenty-nine days next preceding the election or other event for which the registrant's status as properly registered is in question.
- The voter has already voted at that election.
- The voter has been convicted of a felony and has not had the voter's civil rights restored.

- The voter is otherwise not a qualified elector.  For example:
  - Out of district
  - 17 years old

A voter may not be challenged on the basis that the voter registered using the Federal Form and did not provide evidence of citizenship.

The poll workers shall follow the steps below:

1. Check to see if the person challenging the voter is a qualified elector of the county.
   - If the challenger is a qualified elector, then proceed to the next step
   - If not, then the challenge is invalid.

2. Have the challenged voter step aside.
   - When a voter is challenged, the inspector should have the challenged voter step aside and permit the other voters in line to continue to vote while the challenge is being determined.

3. The election board determines the validity of the challenge
   - An election board comprised of the inspector and two judges must decide if the challenge is valid.
   - In determining a challenged voter's residency, the election board must use the rules laid out in ARS § 16-593.
   - An election board shall complete an Official Challenge List (See SAMPLE FORMS: Official Challenge List)

4. Check to see if the voter being challenged appears to be registered
   - If the challenged voter appears to be registered, the challenged voter must take and subscribe to the oath prescribed in the "Affidavit of Registration"
   - If the challenged voter chooses, the voter may answer questions material to the challenge under oath to answer fully and truly all questions material to the challenge.
   - **Only the inspector** may address questions to the challenged voter.

**Valid Challenge:**

A provisional ballot shall be cast if any of the following apply:

- The challenged voter refuses to answer questions material to the challenge, **OR**
- the challenged voter does not subscribe to the affidavit of registration,

A voter who has moved from one address to another within the county is *not* subject to challenge because of residence.

[ARS §§ 16-591, 16-592 & 16-593]

Notwithstanding a determination by the board of election that a voter is not qualified to vote a regular ballot, the voter shall be allowed the right to vote a provisional ballot.

[ARS § 16-584]

**Invalid Challenge:**

If a majority of the election board finds the challenge to be **invalid**, the voter shall be permitted to vote a regular ballot.

# Assistance to Voters

Voters may be accompanied and assisted by a person of the voter's own choice, including a person under the age of 18, during any process related to voting or during the actual process of voting.  To avoid the appearance of impropriety, undue influence on the voter or a violation of ARS § 16-1013, in no instance shall any person, other than an election official, approach prospective voters in line or in a polling site to offer unsolicited assistance.  If a voter requests official assistance, two election officials, not of the same party, shall:

- accompany the voter to the voting device or booth,
- state to the voter the names of the candidates for each office and the number to elect,
- state the issues,
- ask the voter what candidates and issues the voter desires to vote for,
- instruct the voter how to operate the voting device or equipment or mark the ballot, or
- instruct the voter how to use the key pad on the Accessible Voting System unit for voters with disabilities,
- explain to the voter what to expect on the recorded instructions,
- explain to the voter what keys to use to move forward or go back.

Neither of the election officials shall attempt in any way to influence a voter in the choice of candidates or issues, nor in any manner suggest or recommend a vote for any particular candidate or issue.

A person who is a candidate for an office in that election other than the office of precinct committeeman is not eligible to assist any voter.

[ARS §§ 16-580(G) & 16-1013]

# 75 Foot Limitation

The 75-foot limit shall be measured from the main outside entrance of the polling place.

NO PERSON shall be allowed to remain inside the 75-foot limit while the polls are open, except:

- for the purpose of voting, or to assist a voter
- the election officials,
- Department of Justice Observers, if any, and
- one political party observer of each political party represented on the ballot and appointed in writing pursuant to ARS § 16-590

Regular business activity that normally occurs at the polling place location may continue as long as it does not interfere with voting or constitute electioneering.  Voters having cast their ballots shall promptly move outside the 75-foot limit.

[ARS §§ 16-515, 16-590, 16-1017 & 16-1018]

There is NO exception for:

- members of the press,
- persons who conduct exit polls, or
- "checkers" (The duplicate copy of the poll lists may be taken out to the checkers by the party representatives)

Photography or videography is prohibited within the 75-foot limit.

## Electioneering Within the 75 Foot Limit

Electioneering is expressly prohibited within the 75 foot limit while the polls are open.  It is unlawful for any person to attempt to influence a person's votes on election day within a polling place or in a public manner within 75 feet of the main outside entrance of a polling place or an early voting site designated by the Recorder.  The marshal enforces this provision at a polling place.  The Recorder or Recorder's designee enforces this provision at an early voting site.  Anyone charged with this responsibility may call for the assistance of a deputy sheriff or police officer, if necessary.

Electioneering occurs when a person knowingly, intentionally, verbally expresses support for or opposition to a candidate who appears on the ballot in that election, a ballot question that appears on the ballot in that election or a political party with one or more candidates who appear on the ballot in that election in order to induce or compel another person to vote in a particular manner or to refrain from voting.

An election official, an appointed political party representative or a challenger shall not wear, carry or display materials that identify or express support for or opposition to a candidate, a political party or organization, a ballot question or any other political issue and shall not electioneer within the 75 foot limit of a polling place.

[ARS § 16-1018]

## **Electioneering Outside the 75 Foot Limit**

Electioneering that occurs outside the 75 foot limit is prohibited if it is audible from a location inside the door to the polling site or early voting site.

Except in the case of an emergency, any facility that is used as a polling place on election day, or that is used as an early voting site during the period of early voting, shall allow persons to electioneer and engage in other political activity outside of the 75 foot limit in public areas and parking lots used by voters.  The construction of permanent or temporary structures in public areas and parking lots or the blocking or impairment of access to parking spaces for voters is not allowed.

At least two weeks before election day, the County Recorder or other officer in charge of elections, shall list on its website:

1. All polling places in which emergency conditions prevent electioneering,
2. The reason the emergency was granted, and
3. The number of attempts made to find a polling place before granting an emergency designation.

The website shall be updated to include any new polling places since the initial posting.  The new polling place locations shall be highlighted and include items #2 and #3 from the list above.  Electioneering and all other political activity shall be permitted outside the 75-foot limit for all polling places not on this listing of emergency conditions.

The County Recorder or other office in charge of elections shall grant a polling place an emergency designation and prohibit persons from electioneering and engaging in other political activity outside of the 75 foot limit but inside the property of the facility that is hosting the polling place if any of the following occurs:
1. An act of God renders a previously set polling place as unusable.
2. A County Recorder or other officer in charge of elections has exhausted all options and there are no suitable facilities in a precinct that are willing to be a polling place unless an emergency designation is granted.

[ARS §§ 16-411(H)(I), 16-515]

## **Minors Voting in Simulated Elections**

A minor in a simulated election at a polling place is subject to the same 75-foot limit restrictions prescribed for a voter.  Persons supervising or working in a simulated election in which minors vote may remain within the 75-foot limit of the polling place.  The inspector for the polling place shall exercise authority over all election and simulated election related activities at the polling place.

**Youth in the Booth**

With the permission of the voter, a minor may:

- enter the 75-foot limit, and
- accompany a voter into
  - a polling place,
  - an on-site early voting facility, or
  - a voting booth.

[ARS § 16-515(D) & 16-580(G)]

**Tribal Elections**

When an election is held on the same day and at the same time as an Indian tribal election, tribal election boards may be within the 75 foot limit.

[ARS §16-515(D)]

# Closing the Polls

The marshal shall:

- announce the closing of the polls at:
  - one hour,
  - 30 minutes,
  - 15 minutes, and
  - one minute before closing, and
  - at the moment of closing (7:00 p.m.),
- allow everyone to vote who is in line at the moment of closing (7:00 p.m.)
- allow no one to vote who arrives at the polling place after 7:00 p.m.

[ARS § 16-565]

**Official and Unofficial Returns Envelopes / Containers**

These envelopes or containers are plainly marked to identify the items to be placed in them.  Read and follow the instructions carefully.

**"Official returns envelope/container"** shall:

- be securely sealed with a permanent pressure-sensitive label (The inspector and judges must sign their names across the flap and the label, *i.e.* the signature should overlap the seal and extend onto the envelope [ARS § 16-615]), and
- be returned to the elections department on election night.

**"Official returns envelope/container"** shall contain:

- spoiled ballots,
- spoiled early ballots,
- one copy of the poll list, and
- challenge list, if used.

**"Unofficial returns envelope/container"** shall:
- be returned to the elections department with the official envelope on election night — not in the supply box,
- be made available for inspection by electors:
    - at any time following **one hour after** the close of the polls or after all precincts have reported, whichever occurs first (unofficial returns may be released during the counting of ballots),
    - for a period of **six months following** the election.

**"Unofficial returns envelope/container"** shall contain:

- signature roster — to be returned to the County Recorder forthwith,
- payroll voucher envelope containing second copy of ballot report and payroll vouchers,
- one copy of the poll list,
- precinct registers (unless secured and returned with other supplies), and
- any other items as directed by the officer in charge of elections.

[ARS §§ 16-616 & 16-551]

The inspector and a representative not of the same political party, or, if extenuating circumstances exist, a sworn official election messenger appointed in accordance with ARS § 16-615, shall then IMMEDIATELY deliver to the designated receiving site:

- the sealed ballot transfer container containing:
    - the ballots, with and without write-ins,
    - original ballot report,
    - official returns envelope,
    - unofficial returns envelope, and
    - payroll voucher envelope.

The supply container shall be returned to the election department according to the instructions provided by the officer in charge of elections and shall contain:

- the precinct registers,
- all other supplies, and

- be returned to the election department according to instructions of the particular election department officials.

The remaining election officials shall dismantle the voting booths according to the instructions labeled on the underside of the voting table.

## Close Out of Tabulation Unit and Accessible Voting System Unit

Prior to shutting down the voting units, the election officials shall ensure that all voters in line at 7:00 p.m. have voted.

Tabulation Unit:

- when the ballots in the emergency bin have been counted, produce a total tape
- prepare unit to modem results to election central or to transport memory pack and/or machines for direct upload.

Accessible Voting System Unit:

- produce a total tape if the accessible voting system unit tabulates
- prepare unit to modem results to election central or to transport memory pack and/or machines for direct upload.

## Opening the Ballot Bin

- At least two board members, not of the same political party, shall be present to open the ballot box bin.
- Ballots shall be removed from the compartments, keeping the write-in ballots separate from the regular ballots, and sealed in the ballot transfer container along with one copy of the precinct ballot report.

## Keypad/Security Panel

- Unlock the security panel of the tabulation unit allowing access to the keypad/supervisors switch,
- follow the procedures for printing the totals,
- tear off the tape,
- place the tape in the appropriate container or envelope, and
- if applicable, this tape may be included with the memory pack.

## Modem Transmission of Results

In precincts where transmittal is done by modem from the precinct polling place, the inspector shall connect the phone cable and follow detailed dialing instructions provided by the officer in charge of elections.

In precincts where the results are not or cannot be done by modem:

- run the totals tape according to instructions,
- place the tabulation unit in its case,
- seal with a numbered seal,
- seal the Accessible Voting System unit with a numbered seal,
- two election officials not of the same political party deliver the units to the designated receiving site,
- record the seal number of each unit before removing, then
- the troubleshooter will help send results by modem.

**Transporting the Memory Pack/Machine**

In precincts where memory packs are transported to Election Central:

- unplug the unit,
- break the seal on the memory pack door and open the door,
- pull the memory pack from its compartment,
- place it in the container provided along with the tape,
- for accessible voting units with a paper receipt, place the receipt in the container
- seal the container,
- the inspector and judges sign the seal, then
- at least two designated election officials representing voters of different political parties shall deliver the container to the designated receiving site.

For counties and/or precincts that modem and/or transport machines:

- seal the machines in their transport cases using a numbered seal, then
- at least two designated election officials representing voters of different political parties shall deliver the container to the designated receiving site if the memory pack is being transported at the same time as the voted ballots.

## Precinct Ballot Report

After all voters have left the polling place, the poll workers shall complete the Precinct ballot report.  The precinct ballot report shall contain the following:

- precinct name,
- type of election (primary, general, special, etc.),
- date of election, and
- signature of each election board member
- total number of ballots issued to the inspector (entered prior to the polls opening)

The poll workers shall:

- count all the unused ballots and record that number on the precinct ballot report,
- place all the unused ballots in the container provided for that purpose,
- count the spoiled ballots and record that number on the precinct ballot report, place the spoiled ballots in an envelope marked "spoiled ballots" and place this envelope in the official envelope,
- unlock and remove the ballots from the ballot compartment containing the ballots without write-ins,
- place these ballots in the designated container,
- remove the ballots from the ballot compartment containing the ballots with write-ins,
- place these ballots in the designated container,
- open and count the ballots in the container holding the provisional ballots, or transport them in a sealed alternate ballot box,
- compare the number of votes cast on the voting devices with the number of votes cast on the poll list, including  the number of provisional ballots cast and note this information on the ballot report,
- place all the voted ballots in the ballot transfer containers,
- record the transfer container seal number on the ballot report
- place one copy of the precinct ballot report in the ballot transfer container,
- place second copy of the precinct ballot report in payroll voucher envelope
- the inspector must sign the signature roster, and
- after all ballots are accounted for, seal / secure  all containers with numbered seals.

## Final Closing of the Polling Place

The election officials shall:

- dismantle the voting booths according to the instructions,
- secure the tabulation equipment and accessible voting equipment according to the instructions provided to the precinct board by the officer in charge of elections, and
- two people not of the same political party transport the following to the designated receiving site:
    - alternate sealed ballot container,
    - sealed voted ballot transfer container,
    - official and unofficial envelopes / containers,
    - memory device (if applicable), and
    - the voter verifiable paper audit trail printout or canister (if applicable).

# CHAPTER 11 - CENTRAL COUNTING PLACE

## Central Counting Place Board Personnel

The party chairmen of the two political parties casting the highest number of votes in the state at the preceding general election, shall submit a list of qualified electors to serve as election board personnel as provided in ARS §16-531.

If parties do not submit sufficient names required for board functions:

- the Board of Supervisors shall appoint registered voters to serve as central election board personnel
- county personnel may be appointed

All persons appointed shall be trained in their duties.

If the election is non-partisan, political party is not a consideration for selection of poll workers.

The officer in charge of elections shall maintain records that record the chain of custody for all election equipment and ballots during early voting through the completion of provisional voting tabulation,

## Election Security Requirements

The basic security duties are as follows:

- early ballot security
- polling place ballot security
- central counting place security
- receiving site ballot security
- coordination with law enforcement agencies to provide security if necessary
- live video of ballot tabulation

### Early Ballot Security

- Provides security for early ballots while they are transported to the early ballot processing center for processing and then to the central counting place.
- The officers assigned this duty will follow applicable security procedures outlined in early election board instructions and central counting place instructions sections.
- The vehicle used to transport early ballots may remain at the central counting place for use in the alternate computer contingency plan to transport ballots to the emergency back-up facility.

- Early ballots will be received at the central counting place in a secure manner.
- The officers assigned may remain at the central counting place as a part of that security force.

**Polling Place Ballot Security**

- The inspector signs for the materials received, including the ballots receipt (See SAMPLE FORMS:  Precinct Election Supplies Inventory List)
- The inspector and judge not of the same political party verify the ballots received from the officer in charge of elections.
- The precinct's supply of ballots should be secured from the time the polls open until the polls close and the ballot report is completed.
- After the ballot report is completed, the voted ballots are to be packed in a transfer container and sealed by the poll workers.
- Voted ballots include provisional ballots and early ballots delivered to the polling place.
- In the event the poll workers have the ballots transferred to a transporting team, the transfer of responsibility should be documented and may be in receipt format. The document should include the precinct number, the time the transfer of responsibility occurred, and what items were transferred to the transporting team.

**Central Counting Place Security**

- Officers will be assigned to direct traffic into pre-designated areas.
- From the point of ballot receipt to the point of actual tabulation, officers will be stationed at key points to protect the integrity of the elections work area.
- Access must be controlled, and only those people properly identified by badge will be allowed in the work area.
- The supervising officer will:
  - control and coordinate this effort, and
  - investigate irregularities, in conjunction with a legal representative of the officer in charge of elections.
- If there is a system or power failure at the central counting place, the central counting place security force may transport ballots and key elections personnel to the back-up facility.

**Receiving Site Ballot Security**

- Receiving sites may be set up to receive ballots from outlying precincts. Procedures for security of these ballots at all times, from receipt to delivery, must be implemented.
- The officer will load the materials in the officer's vehicle and transport the ballots to the officer in charge of elections.
- Ballots will be received at the central counting place in the same way other precinct deliveries are made.

- Transportation of ballots may be monitored by authorized political party observers.
- Political party observers are legally entitled to be present at the receiving site.
- The officer should be courteous to the observers and answer questions that are reasonable.
- The officer should not allow any political party observer to touch the ballot transfer containers, except as necessary to determine that the seal is unbroken.

**Live Video of Ballot Tabulation**

For any statewide, county or legislative election, the County Recorder or officer in charge of elections shall provide for a live video recording of the custody of all ballots while the ballots are present in a tabulation room in the counting center. The live video recording shall include date and time indicators and shall be linked to the Secretary of State's website. The Secretary of State shall post links to the video coverage for viewing by the public.

The County Recorder or officer in charge of elections shall record the video coverage of the ballots at the counting center and shall retain those recordings as a public record for at least as long as the challenge period for the general election. If the live video feed is disrupted or disabled, the Recorder or officer in charge of elections is not liable for the disruption but shall attempt to reinstate video coverage as soon as is practicable. Any disruption in video coverage shall not affect or prevent the continued tabulation of ballots.

[ARS § 16-621(C)]

**Ballot Transfer Container Seal Log**

The officer in charge of elections shall keep a log of all seals, which shall show:

- the serial numbers of each ballot transfer container seal, and
- the number of the precinct to which it was issued.

This log shall be:

- compared against the receiving board log, and
- retained for auditing purposes.

# Early Ballot Processing

Once ballots are processed by the early ballot boards, they may be delivered periodically to the central counting place to be counted.

No tallies may be released until all precincts have reported or **one hour after** the close of the polls, whichever occurs first.

## County Recorder

If an affidavit envelope containing a voted ballot is returned to the Recorder unsealed, the Recorder shall decide whether there is reasonable cause to believe the ballot was tampered with by someone other than the voter. The Recorder may contact the voter if the Recorder believes it would be helpful in making this determination. If the Recorder determines that it is reasonable to assume that the ballot became unsealed accidentally, was damaged by the post office, etc., the ballot may be processed for tabulation.

Upon receipt of the affidavit envelope and early ballot, the County Recorder or officer in charge of elections shall:

- compare the signature on every affidavit with the signature of the elector on the elector's registration form,
- if the signatures appear to have been made by the same person, mark them in a manner to indicate that they match, [ARS § 16-550]
- safely keep the affidavits and early ballots in the custody of the County Recorder or officer in charge of elections, [ARS § 16-550]
- release the early ballots and affidavits to the early ballot boards at the time the boards convene for processing. [ARS § 16-551(C)]

If the County Recorder or other officer in charge of elections who is making the signature comparison makes the initial determination that the signatures on the early ballot affidavit and the voter's registration were not made by the same person, the County Recorder, if time permits, may attempt to contact the voter to ascertain whether the voter actually voted the early ballot and any reasons why the signatures may not match.

## Board of Supervisors

The Board of Supervisors or officer in charge of elections shall:

- appoint the time, place and date for commencement of early ballot processing,
- commence processing prior to election day, if it is deemed necessary by the officer in charge of elections,
- appoint one or more early ballot boards consisting of an inspector and a judge,
- designate the supervisory authority in charge,
- designate the location, and
- provide necessary supplies.

## Early Ballot Board

The early ballot board shall make the determination whether:

- the voter's affidavit is sufficient, and, if sufficient,

- whether the voter's name appears on the precinct register.

The vote shall be allowed, if:

- the affidavit is determined to be sufficient, and
- the registrant is a qualified elector of the voting precinct.

The vote shall **not** be allowed, if:

- the signatures on the early ballot affidavit and the voter registration do not appear to have been made by the same person, unless the board receives and accepts an explanation from the voter that he or she did vote the ballot and can explain why the signatures do not match, *or*
- the affidavit is determined to be insufficient, *or*
- the registrant is not a qualified elector of the voting precinct.

[ARS § 16-552(B)]

## Early Ballot Processing

The following procedures for processing early ballots shall be followed unless a jurisdiction has received approval from the Secretary of State's office for using a different method for processing early ballots pursuant to ARS § 16-552(A).  Jurisdictions shall make a written request for approval of an alternative procedure not less than 90 days before an election for which the procedure is to be used.

After the election official has confirmed with the Secretary of State that all equipment passes the logic and accuracy test the official may begin to count early ballots. No results may be released before all precincts have reported or one hour after the close of the polls, whichever occurs first.

[ARS § 16-552(A)]

If the early ballot boards retire and reconvene, all materials shall be secured under the control of the Board of Supervisors or officer in charge of elections until time for the boards to reconvene.

The election official is in charge of the early ballot election board and shall direct the procedures followed by the board.  The election official shall:

- receive the ballots and
- enter in the early voting ballot report log the following items at the appropriate time:
  - batch number,
  - number of ballots to process,
  - number of ballots rejected and the reason for the rejection,

- number of ballots sent to duplication,
- number of ballots sent to tabulation,
- board members' initials, and
- board number.

## Insufficient Affidavit

The vote shall be rejected if:

- the affidavit on the envelope is insufficient, *or*
- the registrant is not a qualified elector of the voting precinct or district.

Without opening the envelope containing the ballot, the election official shall:

- identify or mark across the face of the envelope:
  - "rejected as insufficient," *or*
  - "rejected as not an elector," *and*
- place the rejected ballots in a separate stack.

## Sufficient Affidavit

If the affidavit on the ballot envelope is complete, the election official shall:

- verify that all affidavit envelopes are of the batch being processed,
- set aside anything from a different batch to be joined with the proper batch,
- continue to process as follows:
  - count all valid affidavit envelopes received,
  - enter the total on the early voting ballot report,
  - do not open "rejected as insufficient" or "not an elector" ballots,
  - open each affidavit envelope one at a time, being careful not to damage the ballot or the affidavit printed on the envelope,
  - remove the ballot and check to ensure that the ballot is for the precinct/district shown on the affidavit envelope, NOTE:  If there is a discrepancy, place the ballot, with a transmittal attached indicating the wrong precinct or district and the correct precinct or district number and send to "duplication,"
- place voted ballot in the designated stack,
- place the empty affidavit envelope in the designated stack,
- place a rejected ballot in the designated stack (This step normally only applies to the last day of processing), and
- repeat the process until all valid ballots have been opened and placed in their applicable stacks.

## Damaged Ballots

Inspect ballots in designated stack for damage.  If damaged ballots are found:

- collect all damaged ballots from this batch,
- place them with any other "to duplication" ballots for this batch,
- complete transmittal slip(s) labeled "to duplication" for each damaged ballot,
- set the stack aside, and
- stamp damaged ballot.

## Early Voting Ballot Report

Upon completion of processing a batch/sub-batch, enter the following on the early voting ballot report:

- number of ballots rejected,
- number of ballots sent to duplication,
- number of ballots to be counted, and
- number of ballots received.

## Rejection of Ballots

This step normally only applies to the last day of processing, where any possible rejected items are given to the boards to process.  These items include:

- no signature, *and*
- signature does not match, according to the County Recorder or other officer in charge of elections who performed the signature comparison.
  - if the signature does not match because the name is different, the ballot can be counted as long as the handwriting is clearly the same.  If the signature doesn't match because the voter used initials or a common nickname, the ballot may be counted as long as the surname and handwriting are clearly the same.

If the board determines the ballot should be rejected, the board shall:
- identify or mark across the envelope:
  - "rejected as insufficient," *or*
  - "rejected as not an elector," *or*
  - "rejected because signature does not match"
  - note on the early voting ballot report the voter's ID number and the reason for rejection,
  - set aside the unopened affidavit envelope in the designated stack.

## Ballots to be Counted and to be Duplicated

The ballots sent to the central counting place and ballots sent to the duplication boards shall be accompanied with a completed transmittal slip in front of the ballots it applies to, with the following information:

- date item is originally processed,
- where ballots are sent **To:** (central counting place, duplication board, etc.),
- where ballots are sent **From:** (early voting, duplication board, etc.),
- ballot color and party (when applicable),
- total number of ballots sent,
- board's number,
- initials of board members, and
- batch and sub-batch.

The next batch may now be processed in the same manner.  This process is repeated until all possible valid early ballots are received.

If the ballot is transmitted by facsimile to the voter and the voted ballot is returned by facsimile, the ballot will be duplicated in the method prescribed under duplication board instructions.

## **"Close Out"**

The early ballot board will "close out" each batch as follows:

- calculate a cumulative total of the number of:
    - affidavit envelopes received,
    - ballots sent to the duplication boards,
    - ballots rejected, and
    - ballots sent to the central counting place,
- verify and audit these numbers against each applicable item (*i.e.* the total number of affidavit envelopes collected should match the cumulative total on the early voting ballot report, etc.),
- empty affidavit envelopes, batch reports (poll list) and unopened rejected ballots,
- place paperwork in the official envelope (the official envelope is marked to specify the items to be placed in it),
- retain a duplicate copy of the early voting ballot report for the office records, and
- seal the official envelope.

## **Ballot Transportation**

After the processing has been completed, ballots shall be transported by two election officials (not of the same political party):

- to a receiving site or a central counting place that is inside a secured building,
- in a sealed ballot transfer container.

Badge control shall be handled in the same manner as the central counting place.

**<u>After Tabulation</u>**

After ballots have been tabulated, all ballots containing write-in votes shall be:

- transferred to the write-in tally board in a secure manner,
- accompanied by a transmittal slip,
- processed in the manner prescribed for write-in tally board processing,

# Central Counting Place Boards

The central counting place may have as many as eight types of boards, which may be combined, if practicable, at the discretion of the officer in charge of elections.  The Board of Supervisors or officer in charge of elections shall appoint tally boards for the tallying of results after the polls have closed.  More than one board may be appointed for each type of board.  Composition of tally boards for partisan elections shall consist of two members not of the same political party for the following:

- receiving board
- inspection board
- duplication board
- data processing board
- accuracy certification board
- provisional ballot board
- audit board
- "snag" board

Each board's responsibilities shall be as provided in this manual.

Board members may serve on more than one board, as long as each board task may be performed in the prescribed sequence.

Tally boards consisting of an inspector and two judges are as follows:

- early ballot board
- write-in board

At least one of the judges shall not be of the same political party as the inspector.

If the election is non-partisan, political party is not a consideration for selection of tally boards.

The central counting place operation will be conducted under the direction of the Board of Supervisors or officer in charge of elections:

- in accordance with the procedures outlined in this manual and
- under the observation of:
  - representatives of each political party, when provided, and
  - the public.

## Deputies/Oath of Office

All persons taking part in the actual processing and counting of ballots, including employees of a jurisdiction conducting an election:

- must be appointed in writing and
- take an oath provided by the Board of Supervisors that they will faithfully perform their assigned duties.

Any person who has not been appointed in writing shall NOT be permitted to touch any:

- ballot,
- computer, *or*
- counting device.

## Central Counting Place Facility

The central counting place for early and provisional ballots and computer center, or election central, may be separate or joined, as decided by the Board of Supervisors. Maximum efficiency and control results when all board functions are performed in the same facility.   When physical restrictions create inadequate working facilities, it is permissible to separate board locations so long as election security and prescribed board functions and sequence are maintained.

When the computer center, the central counting place or receiving sites are not at the same location, the officer in charge of elections and party representatives shall transport the ballots to the computer center or observe the transmission of voted results.

A security officer or an election official may conduct tours through the central counting place for the public.  At no time shall any public observance of the election process interfere with or interrupt the normal ballot flow, touch a ballot, computer or counting device.

## Manual Ballot Counting

If it becomes impracticable to count all or some of the ballots with tabulating equipment, the officer in charge of elections may direct that ballots be counted manually, following

the provisions governing the counting of paper ballots. No valid ballot shall be left uncounted.

[ARS § 16-621]

# Receiving Board Instructions

## Composition of Receiving Board

The receiving board shall consist of two members not of the same political party. The officer in charge of elections shall be chairman of the receiving board.

## Preliminary Procedures

The following procedures for processing ballots shall be followed unless a jurisdiction has received approval from the Secretary of State's office for using a different method for processing ballots. Jurisdictions shall make a written request for approval of an alternative procedure not less than 90 days before an election for which the procedure is to be used.

After the election official has confirmed with the Secretary of State that all equipment passes the logic and accuracy test the official may begin to count ballots. No tabulation results may be released before all precincts have reported or one hour after the closing of the polls, whichever occurs first.

## Responsibilities

It shall be the responsibility of the receiving board to receive the following items from the precinct election boards:

- memory devices,
- ballot transport containers with ballots with and without write-ins,
- early ballots that have been dropped off at the polling place,
- provisional ballots,
- official container,
- unofficial container,
- precinct payroll envelope containing vouchers and duplicate ballot report,
- duplicate poll list, and
- signature roster/electronic poll book

When a ballot transfer container is delivered to a receiving board, the following entries shall be made in the "receiving board log":

- precinct name,
- signatures of the persons delivering the container,

- seal number of the ballot transfer container,
- seal number on the carrying case of the tabulation unit,
- seal number on the carrying case of the Accessible Voting System unit, and
- initials of the person receiving the ballot transfer container.

The receiving board shall prepare a numbered receipt for all items received. A copy of the numbered receipt shall be given to the members of the election board delivering the container.

- Write the receiving board number on the duplicate receipt
- Retain for audit purposes

[ARS § 16-608]

If it appears that the ballot transfer container seal is broken, it shall be referred immediately to the "snag board" for disposition.

The receiving board shall deliver all other ballot transfer containers, unopened, to the inspection board.

## Inspection Board Instructions

### Composition of Inspection Board

There shall be as many inspection boards as deemed necessary.  Each board shall have two members representing registered voters not of the same political party.

### Responsibilities

The inspection board is responsible for:

- opening the alternate ballot box
- opening and verifying information on the precinct ballot report, if the ballot transfer container contains any voting materials other than voted ballots
- keeping the container sealed, if the ballot transfer container contains only voted/counted ballots[6]
- inspecting returns as necessary

Receiving and inspection boards may be combined.

Each board shall be provided with a log to enter pertinent data for each precinct.

---

[6] The container may be opened by order of the officer in charge of elections.

**Preliminary Procedures**

When the ballot transfer container or alternate ballot box with ballots arrives at the inspection board:

- break the seal and open the ballot transfer container,
- break the seal on the alternate ballot box, if used,
- remove the ballot report form and check to see that the seal number is the same as shown on the log — if the ballot report form is absent, incomplete, or the seal number does not agree with that shown on your inspection board log, call for the supervisor,
- enter on the inspection board log the:
  - precinct name and/or number,
  - number of write-in ballots,
  - number of provisional ballots, and
  - number of early ballots dropped off at the polling place,
- separate the types of ballots to be processed into:
  - provisional ballots,
  - write-in ballots,
  - voted ballots, and
  - early ballots.

**Provisional Ballots**

If there are provisional ballots:
- the provisional ballot envelopes shall be visually distinguishable from other ballot envelopes issued at a polling place or early voting site.  Provisional and conditional provisional ballot envelopes may be printed on colored paper, may bear bar codes that do not identify the voter or may use other methods to visually distinguish those types of ballot envelopes.
- keep provisional ballots separate from conditional provisional ballots,
- complete the provisional ballots transmittal slip by entering:
  - the number of provisional ballots stated on the precinct ballot report and
  - the actual number of provisional ballots received,
- record the number of provisional ballots on the inspection board log, and
- notify the supervisor.

**Voted Early Ballots**

Early ballots that were dropped off at the polling place:

- shall be delivered to the County Recorder for verification of signatures immediately and
- may be verified along with the provisional ballots.

**Write-Ins**

- count total number of ballots containing write-ins, if not previously counted at the polling place,
- record the number on the log, and
- complete a transmittal envelope for delivery of ballots containing write-in votes to the write-in processing board

**Regular Voted Ballots**

Regular ballots remain in the ballot transfer container received from the precinct or are packaged for storage and retention in the Treasurer's vault.

# Write-In Tally Board Instructions

**Composition of Write-In Board**

The official write-in ballots shall be tallied by a board of elections consisting of one inspector and two judges.  The inspector and judges shall be members of the two political parties which cast the highest number of votes in the state at the last general election.

[ARS § 16-531(E)]

**Intent of Voter**

A write-in may be designated by the name of the candidate or political party, in which case the vote shall be counted for the candidate of that political party.  Any abbreviation, misspelling or other minor variation in the form of the name of a candidate or political party shall be disregarded in determining the validity of the ballot if the intention of the voter can be ascertained.

[ARS § 16-543.02(C)]

**Invalid Write-In Vote**

If a write-in is declared invalid:

- draw a line through the name on the ballot,
- do not count any write-in that an election official has identified as disqualified by drawing a line through the name,
- write-in votes are tabulated only if the ballot is properly marked by the voter by writing in the name of a qualified write-in candidate *AND* by filling in the oval or connecting the arrow or other method of properly marking the vote as indicated in the instructions for the particular optical scan or digital scan ballot.

[ARS § 16-612(A)]

# Duplication Board Instructions

## Composition of Duplication Board

Each duplication board shall consist of two members, who are registered voters not of the same political party.  An inspection board may serve as a duplication board.

## Responsibilities

The duplication board duplicates damaged ballots or ballots that were not marked according to instructions if the voter has indicated his or her clear intent by marking the ballot in a consistent manner as set out above.

## Damaged Ballots

A damaged ballot is a ballot that has been torn or crumpled or for some other physical reason cannot be fed into the tabulation equipment.  An unreadable ballot is a ballot that has been marked by the voter, but which has been marked with a device that the tabulation equipment cannot read, such as red or green ink, or in any manner that clearly indicates the intent of the voter, but which cannot be read by the tabulation equipment.

## Duplication of Early Ballot Procedures

These procedures apply only to early ballots because the voter has the option of correcting his or her ballot at the polling place, and those ballots will be read by the precinct-based tabulation unit.

If a voter has voted for a candidate printed on the ballot *AND* also voted for that same candidate by writing in the candidate's name as a write-in and marking the arrow or oval next to the candidate's name, the equipment reads that office as overvoted.  These overvoted ballots are not duplicated.

If a voter has consistently marked his or her ballot by circling the names of the candidates or circling yes or no for issues, or placing an "x", check mark, punched hole or other similar mark next to the voter's choices, the equipment reads the ballot as a blank, unvoted ballot.  The ballot shall be sent to the duplication board.  If the voter has correctly marked his or her choices by connecting an arrow or filling in an oval in some positions on the optical scan or digital scan ballot, any other markings on the ballot shall be disregarded, shall not be considered votes and shall not be duplicated onto a duplicated ballot.

If the early ballot board finds ballots that are torn, corrected with white out or labels, erased, marked with crayon or colored ink which cannot be read by the tabulation equipment, the ballots shall be sent to the duplication board.

If the early ballot board discovers that a voter received and voted an incorrect ballot and it is too late to mail the correct ballot, the incorrect ballot is sent to the duplication board, and any offices or issues the voter could have lawfully voted for shall be duplicated onto the correct ballot.

If the ballot is from a military or overseas voter and was received via facsimile, it shall be forwarded to the duplication board for processing.

**Duplicating a Ballot**

A damaged or unreadable ballot must be duplicated in the following manner:

- make sure the correct ballot style for the voter's precinct will be used to create duplicated ballot,
- using the damaged or unreadable ballot as a guide, mark a blank ballot identical to the ballot damaged,
- mark the proper precinct identification code, if necessary,
- mark the original ballot so that it can't be scanned
- when the ballot has been duplicated, read the ballot to ensure that it has been marked with votes identical to those indicated by the voter, including overvotes,
- if any errors made by the duplication board are discovered, mark the duplicate ballot "spoiled" and repeat the process with a new duplicate ballot card,
- record an identical serial number on both the original and the duplicated ballots— this ties the two ballots together and provides an "audit" trail,
- mark the original (damaged or unreadable) ballot "duplicated" or "duplicated original" "to indicate completion of the duplication,
- place all duplicated ballots (for that precinct) in an envelope or container labeled "ballots which have been duplicated",
- "Enhancing" a ballot, *i.e.* marking over the marks a voter has made on an unreadable ballot, is NOT permitted.
- Do not duplicate write-in names that are not on the authorized write-in list. However, mark the arrow or fill in the oval to indicate the vote cast.

# Central Counting Place Board Instructions

There shall be no preferential counting of ballots for the purpose of projecting the outcome of the election.

[ARS § 16-621]

## Composition of Central Counting Place Board

The central counting place board shall:

- be under the direction of the central counting place board chair and
- consist of as many trained personnel selected by the Board of Supervisors as required to process all ballots delivered to the computer room.

Members of the board shall be familiar with:

- logic and accuracy test requirements,
- data processing procedures, and
- ballot counting equipment used to tabulate the election.

## Securing Ballots

The central counting place board shall:

- secure all processed ballots until successful completion of the last accuracy certification test,
- seal the ballot containers or room where ballots are located,
- keep the containers in a secure area until:
  - the end of the challenge period, *or*
  - if a challenge is filed until:
    - the challenge has been resolved, and
  - the ballots have been released to the custody of the officer in charge of elections,
- transfer the sealed containers to the officer in charge of elections for storage.

## Limited Access to Central Counting Place – Observers

The computer operating area shall be in a separate room or in an area of a larger room which is clearly marked as the computer operating area.  Only members of the central counting place board and the accuracy certification board may be permitted in the immediate computer operating area.  Other observers may be permitted to observe the operations of these boards and the computer, from a designated location, but must not interfere with the conduct of the operations.  The "snag" board may enter the computer operating area to resolve any discrepancy.

Except for a County Recorder whose name is not on the ballot and who is carrying out official duties, no public officer serving in an elective office, or any candidate for an elective public office at the election shall be permitted to enter:

- the central counting place,
- any other operational area where ballots are being processed or tallied,

- any area where a board has been convened, or
- any area where decisions about ballots are being made.

## Accuracy Certification Board Instructions

### Composition of Accuracy Certification Board

The accuracy certification board shall consist of two election officials representing registered voters of different political parties and shall be appointed by the Board of Supervisors.

### Responsibilities

The board shall:

- verify the accuracy of the computer programs, through the logic and accuracy test materials and
- attest to the procedures during computer processing of the ballots.

[ARS §16-449]

Political party observers:
- are distinguished from members of the general public who may view the central count facility activities from the public viewing area, and
- under no circumstances should a political party observer touch or operate the election server computer or any scanning device.

(See page 117 for Political party observer Guidelines)

### Procedures

- Within **30 days before** the election, the computer and programs shall be tested to ascertain that the equipment and programs will correctly count the votes cast for all offices and on all measures.
- When accessible voting devices are used for early voting, the logic and accuracy test may begin within 45 days before the election and shall be completed before early voting begins on the accessible voting device.
- Public notice of the time and place of the test shall be given at least **48 hours before** the test by publication once in one or more newspapers.
- A logic and accuracy test shall be observed by the accuracy certification board and shall be open to representatives of the political parties, candidates, the press and the general public.
- The test of the tabulation equipment shall be conducted by processing a preaudited group of ballots marked to record a predetermined number of valid votes for each candidate and on each measure.  It shall include:

- for each office, one or more ballots with votes in excess of the number allowed, in order to test the ability of the computer to reject invalid votes,
- multiple precincts, in order to test recognition of the precinct committeemen, and
- overvotes for all elections.
- The test of the DRE shall be conducted by processing a preaudited group of ballots marked to record a predetermined number of valid votes for each candidate and on each measure.  It shall include:
  - for each office, one or more ballots with votes in excess of the number allowed, in order to test the ability of the computer to reject invalid votes, and
  - multiple precincts, in order to test recognition of the precinct committeemen.

[ARS § 16-449]

## Correction of Errors

If an error is detected in the test:

- it shall be corrected, and
- an errorless test shall be completed before the program and computer are approved by the board.

## Certification

The accuracy certification board shall certify, immediately after the machine processing of all ballots, that:

- the number of ballots processed for each precinct was checked against the number of ballots received from the precinct by the ballot inspection board (as reflected on the ballot report form) and
- any discrepancies in the number of ballots received and the number processed by the vote tally system will be resolved.

# "Snag" Board Instructions

## Composition of Board

The Board of Supervisors shall appoint at least three members knowledgeable of the overall election process to comprise the "snag" board.

## Responsibilities

The function of the "snag" board is to resolve any problem brought to its attention by any of the other boards.

# Provisional Ballot Processing at Central Count

Provisional ballots shall be accepted or rejected for counting using the procedure outlined for early ballot processing in this manual.

The affidavit on a provisional ballot envelope shall be deemed sufficient if it is signed by the voter and the signature matches the signature on the voter's registration.  A provisional ballot shall not be rejected solely for lack of signature on the affidavit by polling place election officials.

A conditional provisional ballot that is cast by a voter shall be clearly distinguishable and kept separate from all other provisional ballots and shall not be processed until the voter has produced sufficient identification to the County Recorder in accordance with the section of this manual titled, "Procedure for Proof of Identification and Provisional Ballot Processing at the Polls," on page 139.

## County Recorder

The County Recorder shall:

- compare the provisional ballot to the signature roster for the precinct in which the voter was listed and if the voter's signature does not appear on the signature roster for that election and if there is no record of that voter having voted early for that election, the provisional ballot shall be counted,
- if the signature roster or early ballot information indicates that the person did vote in that election, the provisional ballot for that person shall remain unopened and shall not be counted,
- if the voter is registered as a federal only voter, and the provisional ballot is to be counted, clearly mark the outside of the provisional ballot envelope with an indicator that the voter is a federal only voter,
- retain unopened envelopes of provisional ballots, which were rejected,
- deliver provisional ballots which are rejected to the officer in charge of elections for destruction in accordance with the provisions of ARS § 16-624,
- include the names of all persons whose registration was verified as being qualified  for the election on the next appropriate precinct register, and
- deliver the provisional ballots for those qualified voters to the Board of Supervisors or officer in charge of elections.

The County Recorder may use the information from a provisional ballot envelope to update a voter's name and address.  Additionally, a FED Only voter may use the provisional ballot process to provide a driver license number as proof of citizenship for future elections (not the current election the provisional ballot was used in).  A voter may not use the provisional ballot process to register to vote for the first time.

## Board of Supervisors

The Board of Supervisors shall:

- appoint one or more election boards, consisting of  two election officials not of the same political party for the processing of provisional ballots,
- appoint clerks as needed,
- designate the supervisory authority in charge,
- designate the location for processing, and
- provide necessary supplies.

## Provisional Ballot Boards

Provisional ballot boards may convene and begin ballot processing any time after provisional ballots are delivered to the officer in charge of elections.  The provisional ballot processing board shall place official and unofficial returns in containers marked "official returns" and "unofficial returns."  The container may be an envelope or any other container that keeps the official and unofficial returns physically separated by precinct.

## Inspector

The inspector shall:

- be in charge of processing,
- receive the provisional ballot envelope from the verification staff, and
- record the precinct identification data on a transmittal form.

## Verification Staff

### Provisional Ballots Identified As Federal Only Voters

The Verification staff will examine the outside of the provisional ballot envelope to determine if the Recorder's Office has identified the voter as a federal only voter.  If that indicator is present and the Recorder's Office has indicated that the ballot is otherwise verified, the verification staff will open the provisional ballot envelope and confirm whether the ballot inside is either a full ballot or a federal only ballot.  If it's a federal only ballot, the ballot shall be removed and processed for tabulation.

If the ballot in the provisional ballot envelope is a full ballot, the verification staff will remove the ballot from the envelope and send the ballot to the duplication board for duplication of the races for United States President (Presidential Electors), United States Senate and United States House of Representative races only.  No other race or ballot measure will be duplicated from that full ballot.

**For provisional ballots voted on an accessible voting device that independently tabulates votes:**

The Verification staff will examine the provisional ballot affidavit to determine if the Recorder's Office has identified the voter as a federal only voter.  If that indicator is present and the Recorder's Office has indicated that the ballot is otherwise verified, the verification staff will print a copy of the voted ballot or pull the voter verifiable paper audit trail (VVPAT) to confirm whether the ballot is either a full ballot or a federal only ballot. If it's a federal only ballot, the ballot shall be marked "accepted" on the EMS and processed for tabulation.

If the ballot is a full ballot, the verification staff will mark the ballot "Fed Only" and send the ballot to the duplication board for duplication of the races for United States President (Presidential Electors), United States Senate and United States House of Representative races only.  No other race or ballot measure will be duplicated from that full ballot. The provisional ballot EMS shall be marked "rejected" and the duplicated ballot shall be counted with the rest of the provisional paper ballots.

Verification Staff shall:

- open the provisional ballot envelopes if the registration for the voter has been verified to count,
- remove the ballots from the envelopes,
- retain the envelopes to be secured in the official envelope,
- examine the ballot for any damage,
- provisional ballots that are not verified and are ineligible for counting are unopened and secured with the official returns.

**Damaged Ballots**

If there are damaged ballots, which need to be duplicated:

- count the number for a given precinct,
- initiate a transmittal slip to go to the duplication board,
- record the number on the slip, then
- forward the ballots, with the transmittal slip, to the duplication board.

**Ballots Ready for Counting**

For ballots that are ready to go to be counted:

- ballots are counted by precinct,
- the number of ballots is written upon a transmittal slip, then
- ballots and the transmittal slip are forwarded to the counting place.

## Ballots to be Duplicated

Ballots that go to duplication shall be processed as follows:

- the ballots are duplicated,
- the original ballot that was duplicated is secured to be stored with all other ballots, then
- the new ballot is forwarded to the counting place for counting.

## Write-Ins

After the provisional ballots have been counted on a tabulation unit, any ballots with write-in votes shall be:

- separated from the other ballots, and
- forwarded to the write-in boards.

# Verification of Provisional Ballots

## Time for Verification

Verify all provisional ballots for proper registration within 10 calendar days after a general election that includes an election for a federal office and within five business days for all other elections.

The provisional ballot shall be counted if:

- the registration of the voter is verified and the voter is eligible to vote in the precinct, a*nd*
- the voter's signature does not appear on any other signature roster for that election, *and*
- there is no record that the voter voted early for that election.

If a signature roster or early ballot information indicates that the person already voted in that election the provisional ballot for that person shall:

- remain unopened,
- not be counted, *and*
- be retained in the same manner as voted ballots.

The ballot shall remain unopened and shall **not be counted** if:

- the voter is not registered to vote, or
- the voter is in the wrong precinct/voting area, or
- the voter has not produced sufficient identification, or

- the voter's signature does not match the signature on his/her voter registration form, or
- the voter voted their early ballot.

The County Recorder's office shall create a provisional ballot record for the voter that contains the following information:

- provisional ballot receipt number
- name of voter
- precinct where provisional ballot was voted
- provisional ballot status
- provisional ballot status reason
- address (optional)
- date of birth (optional)
- political party (optional)

This information will be used for online verification of a voter's provisional ballot.  All provisional ballots for the election must be processed before posting this data on the Internet.  The information shall be available to the public online for one month after posting.

**Rejection Reason Code**

The rejection reason code is determined at the County Recorder's office.  The rejection reasons are:

- not registered
- no ballot in envelope
- registered after 29-day cut-off
- no signature
- insufficient/illegible information
- signature does not match
- wrong party
- outside jurisdiction ballot
- voter challenge upheld
- voted in wrong precinct
- voted and returned an early ballot
- proper identification not provided by deadline
- administrative error
- not eligible
- other (please specify)

[ARS § 16-584(E)]

As soon as possible after verification of the provisional ballots is complete a notice informing the voter whether his/her vote was counted or not counted and the reason for not counting the ballot shall be provided to the voter. This may be in the form of a notice mailed to the voter, or the voter may access the information pursuant to the instructions on the receipt that was issued to the voter at the time he/she voted the provisional ballot.  The receipt will provide the voter with clear instructions on how to determine the status of his/her vote.

The County Recorder or officer in charge of the election shall provide to the voters of provisional ballots a toll free number or other method of verifying the status of their vote.  Reasonable restrictions will be employed to limit transmittal of the information only to the voter, such as verifying the date of birth and state or country of birth or other information that if compared to the voter registration information on file would confirm the identity of the voter.  The County Recorder or officer in charge of elections will request verification of identity with information from the voter's registration record or provisional ballot envelope.

[ARS §§ 16-135(D) & 16-584]


**Challenges**

Challenges of provisional ballots will be determined by the provisional ballot board using the procedure outlined for counting early ballots.  If the voter is not found to be registered, the ballot shall:

- remain unopened and
- be retained in the same manner as voted ballots.

[ARS § 16-584]

Party representatives and alternates may be appointed to be present and to challenge the disposition of provisional ballots.

# Audit Board

Each officer in charge of elections is responsible for overseeing a post-election audit of each precinct using an audit board.

All election board logs, tabulation unit and accessible voting device tapes/printouts, and a copy of the downloaded precinct results shall be delivered to an audit board upon the completion of each election board's function.

The audit board:

- receives precinct ballot reports for each precinct,

- receives the tabulation unit and accessible voting device precinct paper tape,
- receives a copy of the transmitted precinct results from the election management system,
- verifies the count from the console log or precinct report on the precinct ballot report,
- verifies the count from the tabulation unit and accessible voting device precinct paper tapes is the same as the count from the transmitted precinct results on the election management system,
- produces a written record that the correct vote totals for each candidate and issue were transmitted from the polling place to the elections management system,
- has access to all precincts' ballot statements contained in the unofficial return envelope,
- identifies discrepancies in the reports following final tabulation of duplicated ballots and provisional ballots,
- resolves problems, which appear to be of major significance, in the presence of political party observers, and
- resolves and documents all discrepancies.

The functions of the audit board must be completed prior to the acceptance of the results for canvassing in order to ensure the integrity of the canvass results.

## Pay Roster and Badge Control

The Board of Supervisors or officer in charge of elections shall make provisions for:

- proper badge control and
- payroll

# CHAPTER 12 - PROCEDURE FOR PRECINCT HAND COUNT AND EARLY BALLOT AUDIT

For each candidate and issue contest for which the Secretary of State is the filing officer, the County Officer shall: (1) conduct a hand count at one or more secure facilities  of at least two per cent of the precincts/polling locations in that county or two precinct/polling locations, whichever is greater; (2) conduct a manual audit of early ballots equal to one per cent of the total number of early ballots cast or 5,000 early ballots, whichever is less, and (3) in the event of a recount, conduct a hand count of at least five per cent of the precincts for the recounted race in that county.  The hand count activities will take place in one or more secure facilities.

[ARS §§ 16-602(B), 16-602(G), & 16-663(B)]

## I. Purpose

The purpose of the Precinct Hand Count and Early Ballot Audit is to compare the results of the machine count to the hand count to assure that the machines are working properly and accurately counting the votes.  The purpose of this procedure is to assure that the Precinct Hand Count and Early Ballot Audit are conducted in a uniform manner in every county.  Other than determining the intent of the voter, no other determinations regarding the ballot shall be made during the Precinct Hand Count and Early Ballot Audit.

## II. Definitions

"Absolute Value" shall mean the quantity of the difference between two numbers without reference to if the difference was positive or negative.  An absolute value will always be represented as a positive number.

"Absolute Difference" shall mean the Absolute Value between the hand count and the machine count.

"Accessible Voting Device" shall mean a certified voting machine or electronic tabulating system apparatus that the voters use to cast their votes and is designed to facilitate the voting process for people with visual, physical, and/or language disabilities.

"Contested Race" shall mean a race where there are more candidates than positions available.

"County Officer" shall mean the county officer in charge of the election or that person's designee.

"County Political Party Chairman" shall mean the county chairman for each political party that is entitled to continued representation on the state ballot or the chairman's designee.

"Designated Precinct Count Margin" shall mean the margin established by the "Vote Count Verification Committee" in accordance with ARS § 16-602(K), to be used in reviewing the hand count of votes, and setting forth the acceptable variance rate between the machine and hand count for the total selected sample size.

"Designated Early Ballot Count Margin" shall mean the margin established by the "Vote Count Verification Committee" in accordance with ARS § 16-602(K), to be used in reviewing the hand count of early ballot votes during the Early Ballot Audit, and setting forth the acceptable variance rate between the machine and hand count for the total selected sample size.

"Direct Recording Electronic Device" shall mean accessible voting devices available for use by individuals with disabilities in each polling place and for early voting as required by the federal Help America Vote Act [(42 USC 15481(a)(3)].

"Early Ballot Audit" shall mean the audit of early ballots conducted in accordance with ARS § 16-602(F).

"Hand Count Board" shall mean the citizens selected by the County Political Party Chairmen to assist with the Precinct Hand Count and Early Ballot Audit process in accordance with ARS § 16-602(B)(7).  The Hand Count Board shall consist of one inspector and two judges.

"Precinct Hand Count" shall mean the hand count of precinct ballots in accordance with ARS § 16-602(B).

"Vote Center" shall mean a polling location in which any voter may receive an appropriate ballot for that voter on election day and lawfully cast the ballot.  For the purposes of conducting the hand count, each tabulation unit and its associated accessible voting device utilized at a vote center shall be considered its own precinct/polling location.  A vote center shall not be considered a consolidated polling location when conducting the hand count or early ballot audit.

 "Vote Count Verification Committee" shall mean the seven member committee established by the Secretary of State in accordance with ARS § 16-602(K) to set the designated margin(s) that are to be used in reviewing the hand counts.

III. Start of Precinct Hand Count and Early Ballot Audit [ARS § 16-602(I)]

The Precinct Hand Count and Early Ballot Audit shall begin within twenty-four hours after the closing of the polls and shall be completed before the canvassing of the election for the county.  The start of the Hand Count can be defined as the official

training of the hand count board members, selection of the precincts and races, coordinating the hand count with the party leaders, or any other activity that furthers the progress of the hand count for that election.  The results of the Precinct Hand Count and Early Ballot Audit shall be provided to the Secretary of State in an electronic format prescribed by the Secretary of State, who shall post the results on the Secretary of State's website no later than forty-eight hours after receiving them.  The County Officer shall electronically send the Secretary of State the results of the Precinct Hand Count and Early Voting Audit within 24 hours of completion of the hand count and early voting audit.

## IV. Ballots Included in the Precinct Hand Count [ARS § 16-602(B)]

Only ballots cast in the polling places, including ballots cast using Accessible Voting System Devices at the polls, shall be included in the Precinct Hand Count.  Provisional ballots, conditional provisional ballots and write-in votes shall not be included in the Precinct Hand Count.

The Precinct Hand Count of the ballots from the Accessible Voting System Devices shall be conducted using the paper document generated by the Device that visually indicates the voter's selections in accordance with ARS § 16-446(B)(7).  Counties utilizing the AutoMark shall conduct the Precinct Hand Count utilizing only the ballots cast through the optical scan or digital scan at the polling place.

The County Officer shall group early ballots separately for purposes of the Early Ballot Audit in accordance with Section XIII of this Procedure.

## V. Selection of Precincts/Polling Locations to Be Hand Counted [ARS § 16-602(B)]

The County Political Party Chairmen shall conduct the selection of the precincts/polling locations to be hand counted.  If a chairman appoints a designee the appointment must be in writing with an original signature of the chairman.  The precincts/polling places shall be selected by lot without the use of a computer and the order of selection by the County Political Party Chairmen shall also be by lot.  The County Officer and the County Political Party Chairmen shall agree to the lot method.

The selection of the precincts/polling locations shall not begin until all ballots voted in the precinct polling places have been delivered to the central counting center.  The unofficial vote totals from all precincts/polling locations shall be made public before selecting the precincts/polling locations to be hand counted.   The selection of precincts/polling locations shall occur prior to the selection of the races to be counted.

At least two per cent of the precincts/polling locations in the county or two precincts/polling locations, whichever is greater, shall be selected at random from a lot consisting of every precinct/polling location in that county.  A county shall round to the nearest whole number for the number of precincts/polling locations to hand count.

For counties utilizing vote centers, each tabulation unit and its associated accessible voting device used at a vote center shall be considered to be a precinct/polling location during the selection process.

For any election where there are consolidated polling locations, the amount of precincts to hand count will be based on the number of active polling locations for that election.

The process for selecting the precincts for Primary and General Elections is:

1. **Determine Selection Order.** Select by lot the order in which the County Political Party Chairman shall choose.  The selection order will apply for the entire hand count process.

2. **Create Lot.**  Create a lot containing all precincts/polling locations.

3. **Select Precincts.** Draw the required two per cent or two precincts/polling locations to be counted among a lot containing every precinct/polling location in the county.  Precincts/polling locations without any registered voters shall be excluded from the pool of available precincts/polling locations in the county.  The County Political Party Chairmen shall alternate selecting precincts/polling locations based on the order defined in step one from the lot until the required number of precincts/polling locations is selected.

   a. If vote centers are not utilized in the county or a tabulation unit from a vote center was not selected, skip to step 4.  If a tabulation unit from a vote center was selected as a precinct/polling location to be hand counted, a sub sequential selection shall be conducted to select a touchscreen voting machine utilized at that vote center.
      i. **Create Lot.** Create a lot containing all touchscreen voting machines used at the same vote center in which a tabulation unit was previously selected.
      ii. **Select Touchscreen Voting Machines**. Draw a corresponding number of touchscreen voting machines to be hand counted for each tabulation unit from a vote center that was previously selected, from a lot containing every touchscreen voting machine utilized at a vote center from which a tabulation unit was selected during the selection of the precincts/polling locations.

4. **Record Precincts.** The County Officer shall record the precincts/polling locations to be hand counted in Section A of the Master Precinct and Race Selection Worksheet.  The precincts/polling locations shall be listed in the order selected. The order of the precincts/polling locations shall be used when selecting the contested races in section VI of this procedure.

## VI. Selection of Races to Be Counted in the Precinct Hand Count and Early Ballot Audit [ARS § 16-602(B)]

The races to be counted shall include up to five contested races.  These contested races shall include one federal, one statewide candidate, one statewide ballot measure and one state legislative race appearing on those ballots.  In elections in which there are Presidential Elector candidates, the Presidential Elector category shall be added to the other categories of hand counted races to make five contested races to be counted. A write-in candidacy in a race does not constitute a contested race.

The County Political Party Chairmen shall take turns selecting by lot the individual races to be hand counted.  The order the County Political Party Chairmen select was determined at the beginning of the hand count process.

If there is not a contested race in one of the designated categories (a presidential elector federal candidate, statewide candidate, statewide ballot measure, or state legislative race), an additional contested race from one of the other designated categories shall be used to make up the designated number of contested races.  For example, a statewide ballot measure will not appear on the ballot during a primary election. An additional contested race from the remaining categories must be drawn to make up the required four races.

If there are less than four contested races on the ballot, only the contested races on the ballot that fall within one of the four categories shall be included in the Precinct Hand Count. If there are no contested races in any of the designated categories, no hand count will take place.

The following process shall be used to select the races to be counted in the Precinct Hand Count for the Primary and General elections:

1.  **Determine the race categories available for this election.**  The possible race categories shall be Presidential Elector, Statewide Candidate, Federal Candidate, State Legislative, and Ballot Measure.  Some categories may not appear on the ballot for a particular election.

2.  **Create Master List of All Contested Races**. Create a list by race category of all possible contested races.  This list will be referenced when creating the lots of possible precinct races to count and also in the Early Ballot Audit process. The entries on this list shall be specific.  Examples for the Primary would be Governor Democrat or State House Republican.  Record the results in the Master List of All Contested Races.  Examples for the General would be State Treasurer or State Senate.  Record the results in the Master List of All Contested Races

3.  **Determine the required <u>number</u> of races that will be counted from each category.**  There should be one race for each category unless a category does not have a race.  For example, in a primary election, the category of statewide

ballot measure will not appear on the ballot and therefore an additional race from another category will need to be substituted to satisfy the four race requirement of ARS §16-602(B). In this example, another category will provide two contested races to be hand counted.

**3.1 Determine if there is a Presidential Elector contested race**.  If there is not a contested presidential elector race on the ballot, place a zero in the "Presidential Elector" line of Section B of the Master Precinct and Race Selection Worksheet.  If there is a Presidential Elector contested race, place a tick mark in the "Presidential Elector" line of Section B of the Master Precinct and Race Selection Worksheet.

**3.2 Determine if there is a Statewide Candidate contested race.**  If there is not a contested statewide candidate race on the ballot, place a zero in the "Statewide Candidate" line of Section B of the Master Precinct and Race Selection Worksheet and place a tick mark in the "additional races needed" line in Section B of the Master Precinct and Race Selection Worksheet.  If there is a Statewide Candidate contested race, place a tick mark in the "Statewide Candidate" line of Section B of the Master Precinct and Race Selection Worksheet.

**3.3 Determine if there is a Statewide Ballot Measure race.**  If there is not a statewide ballot measure on the ballot, place a zero in the "Statewide Ballot Measure" line of Section B of the Master Precinct and Race Selection Worksheet and place a tick mark in the "additional races needed" line in Section B of the Master Precinct and Race Selection Worksheet.  If there is a Statewide Ballot Measure contested race, place a tick mark in the "Statewide Ballot Measure" line of Section B of the Master Precinct and Race Selection Worksheet.

**3.4 Determine if there is a Federal Candidate contested race on any of the ballots in the precincts/polling locations selected.**  If there is not a contested federal candidate race in any of the selected precincts/polling locations, place a zero in the "Federal Candidate" line of Section B of the Master Precinct and Race Selection Worksheet and place a tick mark in the "additional races needed" line in Section B of the Master Precinct and Race Selection Worksheet.  If there is a Federal Candidate contested race, place a tick mark in the "Federal Candidate" line of Section B of the Master Precinct and Race Selection Worksheet.

**3.5 Determine if there is a State Legislative contested race on any of the ballots in the precincts/polling locations selected.** If there is not a contested state legislative race in any of the selected precincts/polling locations, place a zero in the "State Legislative" line of Section B of the Master Precinct and Race Selection Worksheet and place a tick mark in the "additional races needed" line in Section B of the Master Precinct and Race Selection Worksheet.  If there is a

State Legislative contested race, place a tick mark in the "State Legislative" line of Section B of the Master Precinct and Race Selection Worksheet.

**3.6 Determine additional races.** If it is determined that additional races are needed, determine if the number of races can be satisfied by an additional race(s) in another category. Place a tick mark in the appropriate line of Section B of the Master Precinct and Race Selection Worksheet until the required number of races is selected. The priority for selecting other categories, if needed, is as follows: presidential elector, statewide candidate, statewide ballot measure, federal candidate and then state legislative. All additional races shall be fulfilled with the highest priority race category possible. The County Officer shall record the categories of races to be hand counted and the number per category on the Master Precinct and Race Selection Worksheet.

**4.  Separate out the contested races by category and create selection lots.**

**4.1 Create Presidential Elector Lot.** If a Presidential Elector race is to be counted, the County Officer shall place the Presidential Elector race in the Presidential Elector lot.  The Presidential Elector race will only appear on the General Election ballot.

**4.2 Create Statewide Candidate Lot.** If a Statewide Candidate race is to be counted, the County Officer shall place all possible Statewide Candidate races in the Statewide Candidate lot.  In a Primary Election, each contested party race shall be placed in the lot (example: Corporation Commission Republican, State Mine Democrat).

**4.3 Create Statewide Ballot Measure Lot.** If a Statewide Ballot Measure race is to be counted, the County Officer shall place all possible Statewide Ballot Measure races in the Statewide Ballot Measure lot. Statewide ballot measures will only appear on the General Election ballot.

**4.4 Create Federal Candidate Lot.** If a Federal Candidate race is to be counted, the County Officer shall place all possible Federal Candidate races in the Federal Candidate lot.  The County Officer shall evaluate each of the precincts/polling locations selected to determine the Federal Candidate race types that are possible for the lot.  If one or more precincts/polling locations have a possible Federal Candidate race type, that race type shall be placed in the lot. In a Primary Election, each contested party race type shall be placed in the lot.  The selections for U.S. House of Representative shall not contain the specific district since the names of the candidates may vary among the sampled precincts/polling places if necessary (example: U.S. House Republican and U.S. House Democrat).

**4.5 Create State Legislative Lot**. If a State Legislative race is to be counted, the County Officer shall place all possible State Legislative races in the State

Legislative lot.  The County Officer shall evaluate each of the precincts/polling locations selected to determine the State Legislative race types that are possible for the lot.  If one or more precincts/polling locations have a possible State Legislative race type, that race type shall be placed in the lot. In a Primary Election, each contested party race type shall be placed in the lot. The selections for State Legislative shall not contain the specific district since the names of the candidates may vary among the sampled precincts/polling locations if necessary (example: State House Democrat, State House Republican, State Senate Libertarian, State Senate Democrat, State Senate Republican).

**4.6 Vacancy**. If any candidate race is for a vacancy, the vacancy race shall be treated as a separate race for creating lots.  For example, if an AZ Corporation Commission seat is vacant and the term ends in 2010 and there is also a race for the seat with a term that ends in 2012, the Corporation Commission Term Ending 2010 and Corporation Commission Term Ending 2012 will be two separate races when creating the Statewide Candidate lot.  This same vacancy rule can apply to any candidate race.

5. **Select the contested races to be hand counted.**  The County Political Party Chairmen shall alternate selecting races based on the order defined when selecting precincts/polling locations.  The races will be selected by lot until the required number of races is selected. Categories of contested races shall be drawn in the following order until the required number of contested races is reached: Presidential Elector, Statewide Candidate, Statewide Ballot Measure, Federal Candidate, and State Legislative.  In a primary election, the selection made by a County Political Party Chairman may be any possible race for that category, regardless of party.

**5.1 Select Presidential Elector race(s).** For the Presidential Elector category (General Election only) select by lot the contested race.  If a race is selected, document the selected race in Section C of the Master Precinct and Race Selection Worksheet.

**5.2 Select Statewide Candidate race(s).** For the Statewide Candidate category, select by lot the number of contested races determined in step 2. Document any selected race(s) in Section C of the Master Precinct and Race Selection Worksheet.

**5.3 Select Ballot Measure race(s**). For the Ballot Measure category, select by lot the number of contested races determined in step 2.  Document any selected race(s) in Section C of the Master Precinct and Race Selection Worksheet.

**5.4 Select Federal Candidate race(s**). For the Federal Candidate category, select by lot the number of contested races determined in step 2. Document

any selected race(s) in Section C of the Master Precinct and Race Selection Worksheet.

5.4.1 If the U.S. House of Representatives race is selected for the Federal Candidate category, the names of the candidates may vary among the sampled precincts/polling locations if necessary.  The machine counts of the races in this category will be added together and measured against the hand counts of the races in this category to determine if the total difference falls within the Designated Precinct Count Margin. Document any selected race(s) in Section C of the Master Precinct and Race Selection Worksheet. The level of the race should not include specific congressional districts (example: U.S. House Republican).

5.4.2 If the U.S. House of Representatives race is selected as the race to be counted but there is not a contested race in each of the selected precincts, only the precincts/polling locations where there is a contested United States House of Representatives race shall be hand counted.

**5.5 Select State Legislative race(s).** For the State Legislative category, select by lot the number of contested races determined in step 2. Document any selected race(s) in Section C of the Master Precinct and Race Selection Worksheet

5.5.1 For the State Legislative category, the names of the candidates may vary among the sampled precincts/polling locations if necessary. The machine counts of the races in this category shall be added together and measured against the hand counts of the races in this category to determine if the total difference falls within the Designated Precinct Count Margin. Document any selected race(s) in Section C of the Master Precinct and Race Selection Worksheet.  The level of the race should not include specific districts (example:  State House Democrat, State House Republican, State Senate Libertarian, State Senate Democrat, State Senate Republican).

5.5.2 If the State Legislative race does not have a contested race in each of the selected precincts/polling locations, only the precincts/polling locations where there is a contested State Legislative race shall be hand counted.

6. **Create Hand Count Board Work Sheets.**  The County Officer shall create a Hand Count Board Work Sheet for each Hand Count Board.  The Hand Count Board Work Sheet documents the members of the Hand Count Board and what races they will be hand counting.

7. **Early Ballot Audit.**  Document the selected race(s) in Section C of the Master Precinct and Race Selection Worksheet for Early Ballot Audit. The races selected for the precinct hand count shall be the same used for the Early Ballot Audit, and the names of candidates for the selected races may differ among the various early ballot batches selected for the audit.  The batches used for the early ballot audit do not rely at all on the precincts/polling locations selected for the precinct hand count.  The names of the candidates may vary among the batches if

necessary. The machine counts of the races in this category shall be added together and measured against the hand counts of the races in this category to determine if the total difference falls within the Designated Margin.

## Presidential Preference Election

The following process shall be used to select the races to be counted in the Precinct Hand Count for Presidential Preference Elections (PPE):

1. **Determine Selection Order.** Select by lot the order in which the County Political Party Chairman shall choose from the pool of available precincts.

2. **Create Lot of Polling Locations.** Create a lot of available polling locations.  A County may consolidate precincts in a PPE.  Only actual polling locations will be placed in the lot of available polling locations.

3. **Select Precincts.** Draw the required two per cent or two polling locations to be counted among a lot containing every actual polling location for the PPE.

4. **Record Precincts.** The County Officer shall record the polling locations to be hand counted in Section A of the Master Precinct and Race Selection Worksheet.

5. **Create Lot of Contested Races.** Create a lot of the contested races available for the PPE.  Each political party that is participating in the PPE will count as a contested race.

6. **Select Race(s).** If there are four contested races or less, all possible races will be hand counted.  If there are more than four contested races, the County Political Party Chairman who is next (from step 1), shall choose a contested PPE race to be hand counted.  The Political Party Chairmen will alternate until four contested races are selected.

7. **Record Race.** The County Officer shall record the PPE race(s) to be hand counted in Section B of the Master Precinct and Race Selection Worksheet.

## VII. Hand Count Board Members [ARS § 16-602(B)(7)]

Fourteen days prior to the election, the County Officer should notify the County Political Party Chairmen of the requirement to provide names of Hand Count Board members.

The County Political Party Chairmen shall designate and provide the number of Hand Count Board members as designated by the County Officer. The Hand Count Board shall perform the Precinct Hand Count and Early Ballot Audit under the supervision of the County Officer.

If a party has a recognized County Political Party Chairman, then the party shall provide the specified number of names to the County Officer and participate in the hand count.

If there is no county political party or the county political party is not represented by a designated County Political Party Chairman, the State Political Party Chairman for that political party may perform the actions required by the County Political Party Chairman.

For each precinct/polling location that is to be audited, the County Political Party Chairmen shall designate in writing at least two Hand Count Board members to the County Officer no later than 5:00 p.m. on the Tuesday preceding the election.  The County Political Party Chairman shall also designate an appropriate number of alternative Hand Count Board members.

If the total number of Hand Count Board members provided on the lists from all the County Political Party Chairmen is less than four times the number of precincts/polling locations to be audited, the Election Official shall notify the parties of the shortage by 9:00 a.m. on the Wednesday preceding the election.

The hand count shall not proceed unless the political parties provide the County Officer, in writing, a sufficient number of persons by 5:00 p.m. on the Thursday preceding the election.

The hand count may not proceed unless the County Political Party Chairmen from two different recognized political parties participate in the hand count.  For the hand count to proceed, no more than 75 per cent of the persons performing the hand count shall be from the same political party.

All Hand Count Board members shall be registered to vote in Arizona.  The County Political Party Chairman may place any willing registered voter on the required list, regardless of political party affiliation.

The County Officer shall provide for compensation for those Hand Count Board members.  Compensation shall not include travel, meal, or lodging expenses. No candidates whose names appear on the ballot may serve as members of the Hand Count Board with the exception of the office of Precinct Committeeman.

If there are less than two persons for each audited precinct/polling location available to participate on behalf of each political party, the County Officer shall substitute Hand Count Board members from the list of alternatives provided by the County Political Party Chairmen.  The substitutions can be any additional individual electors who are provided by any political party from anywhere in the state without regard to party designation.  To complete the substitution, at least two of the County Political Party Chairman, from the county where the shortage occurred, must agree to the substitution.  The County Political Party Chairman receiving the substitute Hand Count Board members shall approve only those substitute electors who are provided on the lists by the County Political Party Chairman's political party.

If less than four Hand Count Board members per precinct/polling location fail to appear to perform the Precinct Hand Count and Early Ballot Audit, no hand count will be conducted and the electronic tabulation is deemed the official count.   [ARS § 16-602(B)].

The County Officer has the right to remove any Hand Count Board member they deem to be disruptive to the hand count process.  The County Officer may prohibit persons from participating in the hand count if they are taking actions to disrupt the count or are unable to perform the duties as assigned.

If enough Hand Count Board members abandon the process or are removed before the hand count is completed, the County Officer should first try to substitute Hand Count Board members from the list provided by the County Political Party Chairmen to continue the precinct hand count and early ballot audit.  If the shortage of personnel is deemed to be impossible to overcome with substitutions, the County Officer may determine that there are not enough Hand Count Board members to sufficiently continue and may terminate the hand count.  The electronic tabulation will be deemed the official count if this occurs.

## VIII. Hand Count Observers [ARS § 16-602(B)]

The hand count is not subject to the live video requirements of section ARS § 16-621, subsection C, but the party representatives who are observing the hand count may bring their own video cameras in order to record the hand count.  The recording shall not interfere with the conduct of the hand count and the officer in charge of the election may prohibit from recording or remove from the facility persons who are taking actions to disrupt the count.   The sole act of recording the hand count does not constitute sufficient grounds for the officer in charge of the election to prohibit observers from recording or to remove them from the facility.   However, in order to preserve the constitutional right to a secret ballot no recording of ballot contents will be allowed, and in furtherance of this protection film and photography may be limited to a restricted area.

## IX. County Officer Preliminary Announcements

All participating members of the Hand Count Board shall take the following election oath:

> "We do solemnly swear (or affirm) that we will support the Constitution of the United States of America and the Constitution and laws of the State of Arizona; that we will bear true faith and allegiance to the same and defend them against all enemies foreign and domestic, and that we will faithfully and impartially discharge the duties assigned us by law."

[ARS § 38-231(E)]

The County Officer shall explain the process to the people in attendance and oversee the process to ensure that all steps are followed correctly. The County Officer shall announce publicly that the Precinct Hand Count and Early Ballot Audit are about to begin.

## X. Precinct Hand Count Process [ARS § 16-602(D)]

The stacking method described in section XV of this procedure shall be used to hand count optical/digital scan ballots.  The method for hand counting ballots cast on Accessible Voting Devices shall be the three person call out method.

All Hand Count Board Members shall not bring in electronic devices, black pens, blue pens, or cellular telephones into the official hand counting area.

All optical/digital scan ballots for each precinct/polling location shall be placed on a table for the Hand Count Board to hand count.  The ballots with write-in votes shall be separated from the regular ballots.

Each Hand Count Board member judge shall fill out a Hand Audit Tally Sheet for each race.  (See SAMPLE FORMS: Hand Count Tally Sheet – Stacking Method and Hand Count Tally Sheet – 3 Person Call Out Method.)  Each Hand Count Board member inspector shall sign each Hand Audit Tally Sheet.  All Hand Audit Tally Sheets from the precinct hand count shall be given to the County Officer.

**1. Fill Out Top of Hand Count Tally Sheet.**  Each judge shall fill out the top of the Hand Count Tally Sheet, listing the precinct/polling location name, precinct/polling location number, inspector name and their name as the judge.  Each judge shall also check the box for the proper election type.

**2. Fill Out Names of Candidates or Ballot Measure Yes/No.**  For each candidate's list the candidate name on a line of the Hand Count Tally Sheet.  For ballot measures, list "Yes" in the first counting line and "No" on the second counting line.

**3. Hand Count Ballots with Write In Votes.**  All ballots with write-in votes are separated from the other precinct/polling location ballots.  The Hand Count Board shall use the stacking method to count the ballots with write-ins and list the counts in the Hand Count Tally Sheet.  Keep the ballots with write-in votes separated from the other precinct ballots after the hand count.

**4. Hand Count Precinct Ballots** - The Hand Count Board shall use the stacking method to count the precinct ballots and list the counts in the Hand Count Tally Sheet.

Each precinct or polling location shall have one Hand Audit Tally Sheet for the optical/digital scan ballots and one for the Accessible Voting Devices, unless the

Accessible Voting Device produces a paper ballot read by a tabulation unit. The County Officer shall enter the results from the Hand Audit Tally Sheets into the Precinct Hand Count Margin Worksheet. Each precinct/polling location shall have two entries for the Precinct Hand Count Margin Worksheet. The first is for the optical/digital scan ballots that were hand counted using the stacking method. The second is for the Accessible Voting Devices using the Three Person Call Out Method.

The County Officer shall create a Precinct Hand Count Margin Worksheet for each race that was hand counted.

The County Officer, in the presence of the County Political Party Chairman, shall enter the results of the hand count on the Precinct Hand Count Margin Worksheet. (See SAMPLE FORMS: Precinct Hand Count Margin Worksheet.)

The County Officer shall also enter the precinct machine totals for each candidate's race in the precinct or polling location in Hand Count Designated Margin Worksheet.

The County Officer shall subtract the machine total from the hand count total for each candidate's race in each precinct and write the difference as an Absolute Value in the Absolute Difference column. The Absolute Difference column will show the amount of differences between the hand count and the machine count in a positive number.

For each Precinct Hand Count Margin Worksheet, the County Officer shall calculate the hand count total and the machine total for each precinct/polling location. Each precinct/polling location will have a total for the tabulation units and one for the Accessible Voting Devices.

For each Precinct Hand Count Margin Worksheet, the County Officer shall calculate the total of all the machine counts, the total of all the hand counts, and the sum of all the Absolute Differences. Each precinct/polling location will have a total for the tabulation units and one for the Accessible Voting Devices.

For each Precinct Hand Count Margin Worksheet, the County Officer shall calculate the margin to compare to the Designated Margin. The total of all the Absolute Differences shall be divided by the total of all the machine counts. That number shall be multiplied by 100 to obtain the margin for that race.

If the calculated margin from the Precinct Hand Count Margin Worksheet is less than the Designated Precinct Count Margin when compared to the electronic tabulation of those same ballots, the Precinct Hand Count, as defined in Section II, will be concluded and the results of the electronic tabulation will constitute the official count for that race. The County Officer shall indicate on the Hand Count Cumulative Sheet that the count is complete and two members, one of each political party from each Hand Count Board present shall sign the sheet.

If any randomly selected race results in a difference in any selected race that is equal to or greater than the Designated Precinct Count Margin when compared to the electronic tabulation of those same ballots, a second Precinct Hand Count of that race and of those same ballots shall be performed.  A new Precinct Hand Count Margin Worksheet shall be created for the second Precinct Hand Count race in question.  If the second Precinct Hand Count results in a difference in that race that is less than the Designated Precinct Count Margin when compared to the electronic tabulation for those same ballots, the Precinct Hand Count will be concluded and the results of the electronic tabulation will constitute the official count for that race.  The County Officer shall indicate on the Hand Count Cumulative Sheet that the count is complete and a representative from each political party present shall sign the sheet.

If the second Precinct Hand Count results in a difference in that race that is equal to or greater than the Designated Precinct Count Margin when compared to the electronic tabulation for those same ballots, the Precinct Hand Count shall be expanded to include a total of twice the original number of randomly selected precincts/polling locations. Those additional precincts/polling locations shall be selected in accordance with the process set forth in Section IV.  If the remaining number of precincts/polling locations for a race is less than twice the original number of precincts/polling locations selected for the first count, then the total remaining precincts/polling locations shall be used.

## Calculating the Hand Count Margin using the Precinct Hand Count Margin Worksheet

**1. Fill out Top of Form.**  Fill out the date of the election.  Circle the proper election (General, Special, Primary or PPE).  State the race category that the worksheet is for (Presidential Elector, Statewide Candidate, Statewide Ballot, Federal Candidate, or State Legislative).   List the race (example: State Senator, Corporation Commission Democrat).   List the hand count round (1st hand count, 2nd hand count, expanded hand count or final hand count).

**2. Enter Hand Count Totals.**  For each precinct/polling location that was hand counted, enter in the hand count totals for the optical/digital scan ballots and separately the hand count totals for the Accessible Voting Devices.  The totals for the hand count will come directly from the Hand Count Tally Sheets. Each candidate's counts or yes/no counts from the Hand Count Tally Sheet need to be listed in the table.  The total number of hand counted votes shall be calculated and notated in the worksheet.

**3. Enter Machine Count Totals**.  For each precinct/polling location that was hand counted, enter in the machine totals for the optical/digital scan ballots and separately the hand count totals for the Accessible Voting Devices.  The totals for the machine count will come directly from Election Management Systems. Each candidate's counts or yes/no counts from the Hand Count Tally Sheet need to be listed in the table.  The total number of machine counted votes shall be calculated and notated in the worksheet.

**4. Calculate Absolute Difference.**  For each candidate's race or ballot measure race, calculate the Absolute Difference between the hand count and the machine count.  The Absolute Difference is the difference between the two numbers listed as a positive value (example:  110 - 109 or 109 - 110 will both have an Absolute Value of one). The total Absolute Value for each precinct/machine type shall be calculated and notated in the worksheet.

**5. Calculate Grand Totals.**  Sum up all the machine count totals for a particular race category for the Grand Total Machine Count.   Sum up all the Absolute Differences for a particular race category for the Grand Total Absolute Difference.

**6. Calculate Margin.**  Divide the Grand Total Absolute Difference by the Grand Total Machine Count and multiply the result by 100 to get the margin in a percentage form.

Compare the Difference to the Designated Precinct Count Margin to determine if it is in the acceptable range or if an expanded precinct hand count is needed.

The County Officer, in the presence of the County Party Chairmen, shall fill out the Precinct Hand Count Margin Worksheet.

## XI. Expanded Precinct Hand Count [ARS § 16-602(E)]

A new Precinct Hand Count Margin Worksheet shall be created for the expanded Precinct Hand Count race in question.

If the expanded Precinct Hand Count results in a difference in that race that is less than the Designated Precinct Count Margin when compared to the electronic tabulation of those same ballots, the Precinct Hand Count will be concluded and the results of the electronic tabulation will constitute the official count for that race.  The County Officer shall mark off the chart as completed and two members, one of each political party, from each Hand Count Board present shall sign.

If the expanded Precinct Hand Count results in a difference in that race that is equal to or greater than the Designated Precinct Count Margin when compared to the electronic tabulation of those same ballots, the final Precinct Hand Count shall be extended to include the entire jurisdiction for that race.

If the jurisdictional boundary for that race would include any portion of more than one county, the final Precinct Hand Count shall not be extended into the precincts/polling locations of that race that are outside of the county that is conducting the expanded Precinct Hand Count.

The expanded Precinct Hand Count shall use the Stacking Tabulating Method as defined in Section XV for tabulation machines and the Three Person Call Tabulating Method as defined in Section XV for Accessible Voting Devices.

Calculate the margin using the same process performed in the first hand count. Compare the calculated margin from the Precinct Hand Count Margin Worksheet to the Designated Precinct Count Margin to determine if it is in the acceptable range or if a final count is needed.

## XII. Final Precinct Hand Count [ARS § 16-602(F)]

A new Precinct Hand Count Margin Worksheet shall be created for the final Precinct Hand Count race in question.

If a final Precinct Hand Count is performed for an entire jurisdiction for a race in accordance with Section XII, the final Precinct Hand Count shall be repeated for that race until a hand count for that race for the entire jurisdiction results in a count that is identical to one other hand count for that race for the entire jurisdiction and that hand count shall constitute the official count for that race.  A county is considered the entire jurisdiction for purposes of this section.

The County Officer shall work with the County Political Party Chairmen to hire additional Hand Count Board members if the County Officer deems it necessary to conduct the final Precinct Hand Count.

The Precinct Hand Count totals shall then be added to the total count of early ballots, provisional ballots, conditional provisional ballots and write-in votes to determine the final count and the County Officer shall report that final count to the Secretary of State as defined in section XX of this procedure.

The final Precinct Hand Count shall use the Stacking Tabulating Method as defined in Section XV for optical/digital scan ballots and the Three Person Call Tabulating Method as defined in Section XV for Accessible Voting Devices.

Calculate the margin using the same process performed in the first hand count. Compare the calculated margin from the Precinct Hand Count Margin Worksheet to the Designated Precinct Count Margin to determine if it is in the acceptable range or if a final count is needed.

## XIII. Early Ballot Audit [ARS § 16-602(F)]

The Early Ballot Audit is a hand count on a percentage of actual ballots voted.  The amount of ballots to be counted is equal to one per cent of the total number of early ballots cast or five thousand early ballots, whichever is less.  There are two key principles to the early ballot audit:

1. Each machine used for early ballot counting shall have at least one batch used in the early ballot audit hand count process.
2. Batch sizes will not exceed 400 ballots.

At the time that the Election Official and the Party Chairmen are picking the batches or times to pull ballots for the early ballot hand count audit, the actual number of voted ballots may not be known.  For this reason, the election official will generate batches based on the number of early ballots sent to voters.   This number will meet the requirement for counting a percentage of actual ballots cast.

After the electronic tabulation of early ballots and at one or more times selected by the County Political Party Chairmen, the County Officer shall randomly select one or more batches of early ballots included in the initial election day tabulation to include at least one batch from each machine used for tabulating early ballots and shall securely sequester those ballots along with their unofficial tally reports for the Early Ballot Audit.

The County Officer shall randomly select from those sequestered early ballots a number equal to one per cent of the total numbers of early ballots cast or five thousand early ballots, whichever is less.  From those randomly selected early ballots, the County Officer shall conduct a manual audit of the same races that are being hand counted in the Precinct Hand Count.

Every precaution should be taken by the County Officer to ensure that while selecting batches of early ballots that no partial or complete tallies of the early election board be released or divulged before all precincts have reported or one hour after the closing of the polls on election day, whichever occurs first.

If at any point during the Early Ballot Audit it is determined that the difference between the manual count of early ballots is less than the Designated Early Ballot Count Margin when compared to the electronic tabulation of those ballots, the electronic tabulation shall be included in the canvass and no further manual audit of the early ballots shall be conducted.  The County Officer shall mark off the chart as completed and two members, one of each political party, from each Hand Count Board present shall sign.

If the Early Ballot Audit results in a difference in any race that is equal to or greater than the Designated Early Ballot Count Margin when compared to the electronically tabulated results for those same early ballots, the Early Ballot Audit shall be repeated for those same early ballots.

If the second Early Ballot Audit results in a difference in that race that is equal to or greater than the Designated Early Ballot Count Margin when compared to the electronically tabulated results for those same early ballots, the Early Ballot Audit shall be expanded only for that race to a number of additional early ballots equal to one per cent of the total early ballots cast or an additional 5,000 ballots, whichever is less, to be randomly selected from the batch or batches of sequestered early ballots.

If the expanded Early Ballot Audit results in a difference for that race that is equal to or greater than the Designated Early Ballot Count Margin when compared to any of the earlier manual counts for that race, the manual counts shall be repeated for that race until a manual count results in a difference from the previous count that is less than the Designated Early Ballot Count Margin.

The following process will work for counties that run a Central Count or where early ballots are counted by regular precinct machines.

**Early Ballot Audit Process**

1. Prior to beginning the tabulation of early ballots, the County Officer shall determine the total number of early ballots sent for the election. From this number the County Officer shall calculate a number that equals one per cent of the number or 5,000, whichever is less.

2. Determine the number and size of the batches.

   The Election Official will determine the number and sizes of the batches. The number of batches has to include at least one batch per machine used for early ballot counting. Then the amount of batches needs to be doubled to account for the fact that an expansion from 1% to 2% of early ballots may be necessary. A batch size can be any amount up to 400 ballots. The size of the batch should start with the 1% number divided by the number of machines used for early ballot counting.

Examples:

| | County A | County B | County C |
|---|---|---|---|
| Number of Early Ballots Sent to Voters | 4,000 | 60,000 | 800,000 |
| Number of Machines Used for Early Ballot Counting | 2 | 4 | 3 |
| 1% of Actual Ballots Sent to Voters | 40 | 600 | 5,000 (maxed out) |
| 2% of Actual Ballots Sent to Voters (for expansion of hand count if needed) | 80 | 1,200 | 10,000 |
| Size of Batches | 20 | 150 | 400 (max. size) |
| Number of Batches to Meet 1% | 40 / 20 = 2 | 600 / 150 = 4 | 5,000 / 400 = 13 |
| Number of Batches to Meet 2% | 80 / 20 = 4 | 1,200 / 150 = 8 | 10,000 / 400 = 25 |

3. The County Political Party Chairmen will work with the County Officer to specify batches to be sequestered for the early ballot hand count audit.

4. At the specified time the County Officer will create batches that consist of up to 400 ballots per batch. Batch sizes shall not exceed 400 ballots per batch. The number of ballots divided into batches shall fulfill the number of ballots required in item 1. At least one batch shall be created and processed on each machine used for tabulating early ballots. The batches may be selected from any presorted early ballot returns from step 3. The batches used for the early ballot audit do not rely at all on the precincts/polling locations selected for the precinct hand count. The names of the candidates may vary among the batches if necessary. The machine counts of the races in this category shall be added together and measured against the hand counts of the races in this category to determine if the total difference falls within the Designated Margin.

5. If a county has an election management system (EMS) that will allow sub-reports of results, then the county official will do the steps necessary to set up a batch report for each batch. If the county does not have an EMS that allows sub-reports, the County Officer will cease all counting of early ballots (including uploading Accessible Voting Device early ballot results) and will run a tally report of all early votes cast to that point in time. This tally report shall serve as the baseline tally for that batch. The baseline tally (or sub-report) is needed to compare to the hand count results. The baseline tally (or sub-report) serves the same purpose to the hand count board as a precinct machine report does.

6. The County Officer shall then process the ballots in one batch.

7. For a county that does not have an EMS that allows sub-reports, the County Officer immediately after processing a batch, shall run a second tally report of all early votes cast to that point in time. This tally report shall serve as the batch tally report. The difference between the baseline report and the batch tally report shall serve as the results for that batch. For counties that do have an EMS that allows sub-reports, the County Officer shall print out the sub-report.

8. The ballots included in a batch as well as the baseline and batch tally reports will be clearly labeled and sequestered separate from any other ballots or batches. The machine that the batches of early ballots were counted on shall be identified and listed with the batch.

9. This process shall continue until at least eight batches have been created.

10. On election day the County Officer shall calculate the exact number of early ballots tallied to that point in time. From this number the County Officer shall calculate a number equaling one per cent of the total early ballots. This shall serve as the number of ballots to audit.

11. The County Officer shall randomly select one or more batches until enough ballots have been selected to equal the number of ballots to audit.

12. For each race selected for audit, the County Officer shall calculate the race electronic totals by subtracting the batch tally total for that race from the baseline tally total for that race. This shall be done for all selected batches. All races selected in step 4 of Section VI of this procedure shall be hand counted in the Early Ballot Audit. For the Early Ballot Audit, the races shall be listed in Section C of the Master Precinct and Race Selection Worksheet.

13. A Hand Count Tally Sheet shall be created for each possible contested race listed on the Master List of All Contested Races.

14. The County Officer shall then perform a hand count of the optical/digital scan ballots. The Stacking Method shall be used for counting optical/digital scan early ballots. If Accessible Voting Devices are used for early voting, then one Accessible Voting Device shall be included in the early ballot audit. The County Officer shall perform a hand count of the Accessible Voting Device ballots. The Three Person Call Tabulating Method shall be used for counting votes cast on an Accessible Voting Device.

15. The County Officer shall add all hand audit results together for each race, including any Accessible Voting Devices results from step 14, add all electronic results together for each race, including any Accessible Voting Device results from step 13, and calculate the difference as follows:

Calculating the Hand Count Margin using the Early Ballot Hand Count Margin Worksheet

16.1. **Fill out Top of Form.** Fill out the date of the election. Circle the proper election (General, Special, Primary or PPE). State the race category that the worksheet is for (Presidential Elector, Statewide Candidate, Statewide Ballot, Federal Candidate, or State Legislative). List the hand count round (1st hand count, 2nd hand count, expanded hand count or final hand count). List the specific races (example: State Senator, Corporation Commission Democrat).

16.2. **Enter Hand Count Totals.** For each precinct/polling location that was hand counted, enter in the hand count totals for the optical/digital scan ballots and separately the hand count totals for the Accessible Voting Devices. The totals for the hand count will come directly from the Hand Count Tally Sheets. Each candidate's counts or yes/no counts from the Hand Count Tally Sheet need to be listed in the table. The total number of hand counted votes shall be calculated and notated in the worksheet.

16.3. **Enter Machine Count Totals.** For each precinct/polling location that was hand counted, enter in the machine totals for the optical/digital scan ballots and

separately the hand count totals for the Accessible Voting Devices.  The totals for the machine count will come directly from Election Management Systems. Each candidate's counts or yes/no counts from the Hand Count Tally Sheet need to be listed in the table.  The total number of machine counted votes shall be calculated and notated in the worksheet.

**16.4. Calculate Absolute Difference.**  For each candidate's race or ballot measure race, calculate the Absolute Difference between the hand count and the machine count.  The Absolute Difference is the difference between the two numbers listed as a positive value (example 110 - 109 or 109 - 110 will both have an Absolute Value of one). The total Absolute Value for each precinct/machine type shall be calculated and notated in the worksheet.

**16.5. Calculate Grand Totals.**  Sum up all the machine count totals for a particular race category for the Grand Total Machine Count.  Sum up all the Absolute Differences for a particular race category for the Grand Total Absolute Difference.

**16.6. Calculate Margin.**  Divide the Grand Total Absolute Difference into the Grand Total Machine Count and multiply the result by 100 to get the margin in a percentage form.

16. If the difference is less than the Designated Early Ballot Count Margin, skip to step 25.

17. If the difference is equal to or greater than the Designated Early Ballot Count Margin for any race, the County Officer shall repeat the hand count for that race using the Stacking Tabulating Method as defined in Section XV for Optical/Digital Scan ballots and the Three Person Call Tabulating Method as defined in Section XV for Accessible Voting Devices.

18. If the difference of the second count is less than the Designated Early Ballot Count Margin, skip to step 25.

19. If the difference of the second count is still equal to or greater than the Designated Early Ballot Count Margin, an expanded count shall be performed.

20. To perform an expanded count, another set of batches equaling the same number as processed originally shall be selected.

21. Repeat the same audit only on the expanded group beginning with step 11.

22. When calculating the difference, add the first and expanded electronic count and add the first and expanded hand count together and then calculate the difference using the equation in step 15.

23. If the difference of the expanded count is less than the Designated Early Ballot Count Margin, skip to step 25.

24. If the expanded count results in a difference for that race that is equal to or greater than the Designated Early Ballot Count Margin when compared to any of the earlier manual counts for that race, the manual counts shall be repeated for that race until a manual count results in a difference from the previous manual counts that is less than the Designated Early Ballot Count Margin.

25. All results shall be documented in writing and signed by the County Officer and all County Party Chairmen present.

26. The County Officer shall label the ballots used for the early ballot audit and preserve them separately.

## XIV. Hand Count of Recount Elections [ARS § 16-663(B)]

On completion of the recount, and for legislative, statewide and federal candidate races only, the County Political Party Chairmen of the political parties entitled to continued representation on the ballot or the chairman's designee shall select at random without the use of a computer five per cent of the precincts/polling locations for the recounted race for a hand count.  If the results of that hand count when compared to the electronic tabulation of that same race are less than the applicable designated margins, the recount is complete and the electronic tabulation is the official result. If the hand count results in a difference that is equal to or greater than the designated margin for that race, the procedures established in Sections X, XI, XII and XIII shall apply.

The same procedures for a Precinct Hand Count shall be followed except the hand count shall be conducted with five per cent of the ballots.

## XV. Hand Count Tabulating Methods

There are two approved methods of hand counting votes.

## Three Person Call Tabulating Method - used for counting votes from an Accessible Voting System

Each three-member Hand Count Board shall consist of an inspector and two judges appointed by the County Officer.  No more than two Hand Count Board members on each board shall be members of the same political parties entitled to continued representation on the state ballot.  The inspector shall be responsible for announcing the race and the candidate's name.  Each judge shall be given a tally sheet that shall be marked with the precinct/polling location, the race, and the names of the candidates for that particular race.  (See SAMPLE FORMS:  Hand Count Tally Sheet.)

The ballots shall be counted into groups of 25 to ensure that the number of ballots counted match the number of ballots originally counted.  The inspector shall take the ballots one at a time.  On each ballot the inspector shall find the races that were selected to be hand counted.  The inspector shall announce the races one at a time. The judges will find the race on the proper "Hand Count Tally Sheet".   The inspector shall then announce the name of the candidate that the voter marked on the ballot for that race or the proper selection if a ballot measure.

If there is any question about the intent of the voter, the decision must be made by the unanimous consent of the three Hand Count Board members using the standards established in Section XVII.  If a unanimous decision cannot be reached by the Hand Count Board, the County Officer shall make the final decision regarding the voter's intent.  The notation of this decision will be logged on the tally sheet.  The judges shall place a tick mark by the voted candidate's name on the tally sheet.  Every twenty-five ballots, the judges shall compare the number of tick marks with each other.  If there is a match for the number of selections for the batch of 25 ballots, the judges shall mark through the tick marks.  If there is not a match, the Hand Count Board shall recount the batch of 25 ballots to ensure there is a match.

Upon completion of the hand count, the judges shall sign the final "Hand Count Cumulative Sheet."

**Stacking Tabulating Method** - used for counting optical/digital scan ballots

This process, based on the use of ballot sorting and piles, involves one member of a three-person board picking up the ballots and placing them in piles corresponding to each choice in a particular race,  i.e. candidate, yes/no, under votes, and over votes.

1.  Process Ballots with Write-In Votes

    1.1. Count total number of ballots with write-in votes.  The second judge shall recount the total number of ballots.  If the numbers agree, document result in Hand Count Tally Sheet in the Total Ballots Received.

    1.2. Identify specific race to be counted.
        1.2.1. Separate out overvotes/undervotes for that race.
        1.2.2. Start stacking process for first candidate/selection in race.
        1.2.3. The inspector shall hold up the ballot and declare the selection of the voter.  The judges shall view the ballot and ensure that the inspector is placing the ballot in the right stack. After the sorting process is complete, one judge shall count each pile in stacks of 10 or 25 and then the other judge shall recount each stack.  The number of ballots in each stack shall be entered onto the Hand Count Tally Sheet by the judge.
        1.2.4. Move the stack aside and perform the stacking process for the next candidate/selection in race.   Continue until done recording all candidate/selections on the Hand Count Tally Sheet.

1.3 Place ballots with write-in votes back in envelope and keep the ballots separated from the regular ballots.

2. Process Regular Ballots

2.1. Count total number of ballots.  The second judge shall recount the total number of ballots.  If the numbers agree, document result in Hand Count Tally Sheet in the Total Ballots Received.

2.2. Identify specific race to be counted.
   2.2.1.  Separate out overvotes/undervotes for that race.
   2.2.2.  Start stacking process for first candidate/selection in race.
   2.2.3.  The inspector shall hold up the ballot and declare the selection of the voter.  The judges shall view the ballot and ensure that the inspector is placing the ballot in the right stack. After the sorting process is complete, one judge shall count each pile in stacks of 10 or 25 and then the other judge shall recount each stack.  The number of ballots in each stack shall be entered onto the Hand Count Tally Sheet by the judge.
   2.2.4.  Move the stack aside and perform stacking process for the next candidate/selection in race.   Continue until done recording all candidate/selections on the Hand Count Tally Sheet.
   2.2.5.  If the race being counted is for multiple seats (example: vote for two), it will be necessary to go through entire set of ballots for each candidate, not allowing the ability to set ballots aside as in the prior step.

If there is any question about the intent of the voter, the decision must be made by the unanimous consent of the three Hand Count Board members using the standards established in Section XVII.  A notation of the decision will be logged on the tally sheet. The judges shall place the ballot into the proper stack for counting.

## XVI. Process for Hand Counting Accessible Voting Audit Tapes

The three-member Hand Count Board under the direction of the County Officer shall:
NOTE:  The Three Person Call Tabulating Method is only applicable for DRE machines.

1. Unroll the paper roll generated by the Accessible Voting Device and verify the precinct.

2. Mark through all the voided or spoiled votes cast with a red pen/pencil in a manner that is visually distinguishable but does not interfere with the ability to read the paper.

3. Mark through all provisional votes with a red pen/pencil in a manner that is visually distinguishable but does not interfere with the ability to read the paper.

**4.** Make certain the voided or spoiled votes are not counted.

**5.** If the paper roll is unable to be read for any reason, a new precinct shall be selected for the Precinct Hand Count in accordance with Section IV of this procedure.  If no other precinct/polling location is available for selection, the unreadable ballots shall be read using the printed version of the electronic ballots as generated by the Accessible Voting  Device in accordance with 42 U.S.C. 15481(a)(2)(B)(i). The County Officer shall make the determination if a paper roll is able to be read or not.

**6.** Utilize the Three Person Call Tabulating Method.

**7.** If multiple Accessible Voting Devices used in precinct or for early voting, repeat process for each paper roll generated by the Accessible Voting Devices.

**8.** Record results on the Accessible Voting Device Hand Count Tally Sheet.

## XVII. Intent of Voter Standard [ARS § 16-602(H)]

During the Precinct Hand Count and Early Ballot Audit, the County Officer and Hand Count Board member shall determine the intent of the voter in casting the ballot.  This section establishes guidelines that shall be used in determining the intent of the voter when conducting the hand count.

If any Hand Count Board member reviewing the ballots identifies that there is a question in determining voter intent, they shall notify the County Officer and the other board members.  The three person team must unanimously approve a decision to invoke the following voter intent standards on each questionable contest.

If a Hand Count Board cannot come to a unanimous decision on determining the voter's intent on a particular ballot, the County Officer shall make the final determination on voter intent.

The Hand Count Board members shall consider the following when ascertaining the intent of the voter during the hand count:

- If a voter voted for more than the allowed number of selections for a contest, or if from the ballot it is impossible to positively determine the voter's choice for an office or measure, none of the votes shall be counted for that contest.  [ARS §§ 16-610 & 16-611].
- The Hand Count Board Members may count a vote in a race that is unreadable by the optical/digital scan equipment if the voter has indicated his or her intent by marking the ballot in a manner which clearly and unambiguously presents the voter's intent.  Intent shall be ascertained from the face of the ballot only.
- An unreadable ballot is a ballot that has been marked by the voter but cannot be read by the tabulation equipment because it has been marked with a device that

cannot be read by the tabulation equipment or is marked by the voter in a manner that cannot be read by the optical/digital scanner but clearly indicates the intent of the voter.

- If a ballot shows that an attempt has been made to erase or obliterate one of the marks, it must be counted for the selection of the contest for which it was evidently intended.
- If no mark is made by the selection of the contest and the ballot is blank for that contest, that ballot shall not be counted.  A blank ballot is not a defective ballot.
- If the judges can decide from a ballot the voter's intent for only part of the contest selections or ballot measure, the ballot must be counted for that part only.
- If a ballot has marks outside the proper place, such as a circle around the oval or name of the candidate, or YES/NO on a ballot measure, the ballot shall be counted so long as the voter marked the entire ballot in a consistent manner even though it will not have been counted by the voting equipment.  If not, the vote shall not be counted.  If a mark is outside of the proper place, but on or so near a name or measure that it is clear the voter intended to mark the name or measure, the vote shall be counted for that name.
- A ballot may be marked with pencil or pen or both.
- A ballot shall not be rejected merely because it is slightly soiled or defaced.
- If the voter has correctly marked his or her choices by connecting an arrow or filling in an oval in some positions on the optical/digital scan ballot, any other markings on the ballot shall be disregarded, and shall not be considered votes.

## XVIII. Custody of Ballots [ARS § 16-602(I)]

The County Officer shall retain custody of the ballots for purposes of performing any required hand count and the officer shall provide security for those ballots.  All security procedures set forth in the Elections Procedure Manual shall be followed with respect to ballot security.

## XIX. Escrowed Source Code [ARS § 16-602(J)]

For any county in which a hand count has been expanded to all precincts in the jurisdiction, the Secretary of State shall make available the escrowed source code for that county to the Superior Court.

The Superior Court shall appoint a special master to review the computer software.  The special master shall have expertise in software engineering and shall not be affiliated with an election software vendor nor with a candidate and shall sign and be bound by a nondisclosure agreement prepared by the Attorney General's Office and issued by the Secretary of State regarding the source code itself.  The Special Master shall issue a public report to the court and to the Secretary of State regarding his or her findings on the reasons for the discrepancies.

The Secretary of State shall consider the reports for purposes of reviewing the certification of that equipment and software for use in the state.

## XX. Reporting of Hand Count and Early Voting Audit

The County Officer shall electronically notify the Secretary of State within 24 hours of completion of the Precinct Hand Count and Early Voting Audit if there is a variance outside of the designated margin and shall electronically send the Secretary of State the results of the Precinct Hand Count and Early Voting Audit prior to the canvass.  The report should be in a PDF or Word document and shall include the following information:

- Description and dates of events
- The precincts/polling locations selected
- The races selected
- A summary of the results by precinct/polling location and by race.  If the races selected included a U.S. House of Representative and/or a State Legislative race, the names of the candidates may vary among the sampled precincts/polling locations
- A summary of the machine counts, hand counts, and percentage differences
- A conclusion of the precinct hand count and early voting audit including the number of batches created and results per batch

# Closing the Central Counting Place

The officer in charge of elections shall be responsible for:

- transportation of ballots after processing from the central counting place to the county offices, or securing ballots and all voting materials at the central counting place,
- proper disposition of provisional ballots,
- collection of the logs from each of the other boards,
- collection of the results from the computer center and the write-in tally boards, and
- security of the provisional ballots until requested by the County Recorder.

After the last ballot is processed, the central counting place board shall:

- process the count records (cards, discs, or tapes),
- print precinct reports,
- seal ballots, then
- prepare ballots for transportation to the Treasurer's vault.

Prior to presenting the election returns for canvass, if the officer in charge of elections determines that there is a discrepancy in the election returns in a precinct, the officer in charge of elections shall notify the political party representatives of the time and place scheduled for a re-tally of the votes cast in that precinct.

If, upon the re-tally, it is found that the original tally of the returns has been correctly made but that a discrepancy still remains unaccounted for, the officer in charge of

elections shall inspect and test the voting machines and tabulating equipment or take other actions to determine the reason for the discrepancy.

If the result from the re-tally establishes a discrepancy in the election returns, the necessary procedure for correcting the discrepancy shall be made and shall be made part of the election returns for the canvass of the election.

The officer in charge of elections shall create a written record to document any discrepancy and corrective action taken.

[ARS § 16-641(A)-(E)]

## Post-Election Requirements for Voting Devices and Materials

The tabulation equipment and accessible voting system units shall remain locked [ARS § 16-428] and sealed against further voting [ARS § 16-566(B)]:

- for a period of **15 days** after an election, *or*
- until any threat of contest of the election is removed, *or*
- until the Board of Supervisors has canvassed the returns.

When the memory device is removed from the tabulation unit and accessible voting system units, the precinct name or number shall be noted.  Memory device data shall be "backed up" and retained in the same manner as official ballots for a period of six months after the election for which they were used and then be disposed of in the same manner as official ballots.  Memory devices, after the data is backed up, may be reclaimed and used in future elections.  Ballots and voting materials must be retained 24 months for federal elections based on ARS § 16-624.

# CHAPTER 13 - UNOFFICIAL RETURNS AND CANVASS

## Transmittal of Unofficial Returns to the Secretary of State

The officer in charge of elections, for any election that includes:

- a federal office,
- a statewide office,
- an office of the state legislature, or
- a statewide ballot measure

shall transmit unofficial returns to the Secretary of State at the same time that those returns are made public.

The transmittal may be by:

- telephone,
- facsimile, or
- other electronic means.

[ARS § 16-622(B)]

# Election Reporting

## Election Night Reporting

Upon initial tabulation of election results, and additionally as new results are tabulated, the counties will communicate election results to the Secretary of State in an agreed upon electronic format using an application supplied by the Secretary of State.  The results shall not be released before 8:00 p.m. on election day, or until all polls have reported, whichever occurs first.

## Election Canvass Reporting

Counties shall communicate their official canvasses to the Secretary of State in an electronic format determined by the Secretary of State.

# Official Returns

The official returns of each precinct or election district, when certified by the Board of Supervisors or other officer in charge of elections, includes the total of all:

- returns printed by the vote tabulating equipment
- write-ins

- early votes
- provisional ballots

Upon the completion of the count, the official returns shall be open to the public.

[ARS § 16-622]

## Audit

In order to account for each and every ballot cast and to ensure total ballot accountability, the audit shall consist of:

- a comparison of:
  - the precinct ballot reports, with
  - the precinct totals tape for each tabulation and Accessible Voting System unit.

The audit may include:

- poll lists, and
- names on signature rosters.

## Storage of Ballots and Reports

After the canvass is complete, the officer in charge of elections shall:

- seal the ballots,
- deliver the ballots to the County Treasurer for secure storage.
- the County Treasurer shall keep the ballots unopened and unaltered for a period of:
  - **24 months** for ballots for federal offices,
  - **six months** all other ballots,
  - unused ballots are not subject to retention
- store the official returns.

[ARS § 16-624]

After **six months,** ballots containing no federal offices shall be destroyed unless:

- an election contest has been filed, or
- a recount was ordered.

If a recount is ordered by the court, ballots may be released to the custody and control of the court.

# Canvass of Returns

## PRIMARY AND GENERAL ELECTIONS

## Board of Supervisors

The Board of Supervisors shall:

- **within 10 days after** the primary election deliver the canvass to the Secretary of State
- meet to canvass the returns **not less than six days nor more than 20 days after** the general election,
- postpone the canvass from day to day until all the returns are received or until votes can be determined if, at the time of the meeting of the board, the returns from any polling place in the county where the polls were opened and an election held are found to be missing, or incomplete,
- there shall be no more than six postponements,
- provide a certified permanent copy of the county's official canvass to the Secretary of State on paper and electronically in a format prescribed by the Secretary of State,
- prepare and transmit to the Secretary of State along with the official canvass the total, by party, of partisan ballots selected in that primary election by voters who registered as "OTHER", including voters with no party preference, independents or members of a political party that is not qualified for representation on the ballot.  (SAMPLE FORM: Primary Election Official Canvass of Results)

[ARS §§ 16-642, 16-645(B), & 16-646]

The canvass shall not be delayed because of informality of election returns as long as the intent of the returns is clear.

[ARS § 16-644]

In addition to the requirements of ARS § 16-646, the Board of Supervisors shall prepare a final cumulative report, which shall:

- be marked "final cumulative report",
- show the total number by district, division, and ballots cast for each candidate, and for or against each ballot measure,
- show the party designation for each candidate in the general election,
- in the primary election, the party designation may be shown for each office,
- show total precincts and ballots cast in each district, and
- show for each county the total precincts counted, ballots cast, and registered voters

# Additional Reporting

In addition to the general election canvass, the county shall submit additional reports to the Secretary of State at the time they are certifying their general election results.  Each report shall include statistics for the federal primary and general elections.  The reports are the Provisional Ballot Reporting, Accessibility Report, Voter Education Report, and Poll Worker Training Report.

## Provisional Ballot Reporting

With respect to the voter registration of each county, the following information will be collected to measure compliance performance and reported to the Secretary of State (see Provisional Ballot Report on pg. 368):

- The number of provisional ballots in each precinct
- The number of voters in each precinct
- The number of provisional ballots that were verified and counted in each precinct
- The number of provisional ballots not counted in each precinct and the reason for not counting, such as:
  1. Not registered
  2. Wrong precinct
  3. Not eligible to vote
- Whether the uniform procedures were followed for determining whether a provisional ballot is counted or not counted

## Accessibility Reporting

With respect to polling place accessibility, the following information shall be provided to the Secretary of State:

- the county shall report the number of polling places that are 100 percent accessible
- for polling places that are not accessible, the county shall report a list containing non-compliant polling places and the number of registered voters at each of those polling places
- the county shall describe the measures that are being taken to bring inaccessible polling places into compliance

## Voter Education Reporting

With respect to the voter registration of each county, the following information shall be provided to the Secretary of State:

- voter turnout

- the number of early ballots requested
- the number of early ballots voted
- the number of provisional ballots voted
- the number of public service announcements
- the number of seminars providing voter education
- the number of locations where voting equipment is on public display
- length of time voting systems are on display
- number of voter education and voter outreach initiatives, including:
  - description
  - estimated cost
  - participation
- a comparison of voter turnout in a federal election with the voter turnout in the immediately preceding four-year election cycle

## Poll Worker Training Reporting

With respect to the voter registration of each county, the following information shall be collected and reported to the Secretary of State to ensure poll worker training performance:

- the number of board workers trained in each county
- for each polling place, the description of the types of board workers trained:
  - number of inspectors, marshals, judges and clerks trained in each precinct
  - number of "premium" board workers trained in each precinct pursuant to ARS §§ 16-532(D) and 16-532(E)
- number of provisional ballots voted
- number of signature rosters used

## Secretary of State

On or before the **second Monday following a primary election**, the Secretary of State shall canvass the returns for:

- United States Senator,
- Representative in Congress, and
- all state offices, including the legislature.

On the **fourth Monday following a general** election, the Secretary of State, in the presence of the Governor and the Attorney General, shall canvass the returns for:

- United States Senator,
- Representative in Congress,
- all state offices, including the legislature, and
- state appellate court judges.

In addition, the Secretary of State, in the presence of the Governor and the Chief Justice of the Supreme Court, shall canvass all proposed:

- constitutional amendments,
- initiatives, and
- referenda,

and immediately certify the result to the Governor.

If the official canvass of any county is not received on the fourth Monday following the general election, the canvass shall be postponed day to day, not exceeding 30 days from the day of the election.

[ARS §§ 16-645 & 16-648]

## Certificates of Nomination, Letters Declaring Nomination and Certificates of Election

### Board of Supervisors

Upon completion of the canvass, the Board of Supervisors shall:

- declare candidates elected at the general election, *or*
- nominated in the case of a primary, with the following **exceptions:**
  - a certificate of nomination shall **not** be issued to a:
  - write-in candidate for precinct committeeman, unless the candidate received a number of votes equivalent to at least the number of signatures required by ARS § 16-322 for nominating petitions for the same office,
  - write-in candidate of a party which was not qualified for continued representation on the official ballot pursuant to ARS § 16-804, unless the candidate received a plurality of the votes (*i.e.* a majority of the votes cast) for the office on the new recognized party's ballot, for which the person is a candidate,
  - candidate of a party qualified for continued representation on the official ballot, unless the candidate received a number of votes equivalent to at least the same number of signatures required by ARS § 16-322 for nominating petitions for the same office,
- issue certificates of election for each candidate receiving the highest number of votes.

[ARS § 16-645]

**Clerk of the Board**

Upon the candidates' compliance with the provisions imposed upon candidates by law, the clerk of the Board of Supervisors shall deliver:

- certificates of nomination after the primary election,
- certificates of election after the general election, and
- certificates of election to those elected or appointed in accordance with ARS §§16-822(B), 48-802(D)(4), 48-1012(E), 48-1208(A), 48-1404(B), 48-1908(C), 48-2010(A), 48-2107(A) and 48-2208(D).

[ARS § 16-647]

**Secretary of State**

After canvassing the **primary election** returns, the Secretary of State shall:

- issue letters declaring nomination to those candidates who receive the largest number of votes for each office, in each political party,
- issue letters to the appropriate number of candidates receiving the largest number of votes, where more than one candidate is necessary for an office,
- issue letters to candidates for:
  - United States Senator,
  - United States Representative in Congress, and
  - all state offices, including the legislature.

After canvassing the **general election** returns, the Secretary of State shall:

- declare elected the person receiving the highest number of votes cast for each office listed above and
- deliver to each newly-elected person a signed, sealed certificate of election.

The exceptions for write-in candidates listed above also apply to letters issued by the Secretary of State.

[ARS §§ 16-645 & 16-650]

# Proclamation by Governor on Constitutional Amendments, Initiatives and Referenda

After completion of the canvass by the Secretary of State, the Governor shall issue a proclamation that:

- declares the number of votes cast for and against each proposed constitutional amendment, initiative and referendum

- declares, as law, any amendments or measures, which are approved by a majority of those voting

# Automatic Recount

## Determining Whether Recount is Required

A recount of the vote is required when the canvass of returns in a primary or general election shows that the margin of votes for a particular office, or between the number of votes cast for and against initiated or referred measures or proposals to amend the Constitution of Arizona, is less than or equal to the lesser of the following:

- one-tenth of one per cent of the total number of votes cast for both such candidates or upon such measures or proposals,
- 200 votes for an office to be filled by state electors and for which the total number of votes cast is more than 25,000,
- 50 votes in the case of an office to be filled by state electors and for which the total number of votes cast is 25,000 or less,
- 50 votes or less in the case of a member of the legislature,
- 10 votes in an office to be filled by the electors of a city or town or a county or subdivision of a city, town, or county,
- one-tenth of one per cent of total votes cast or 200 votes in the case of an initiated or referred measure to amend the Constitution of Arizona.

[ARS § 16-661(A)]

There are **no** automatic recounts in elections for:

- precinct committeemen
- school district governing boards
- community college district governing boards
- fire district boards, chiefs or secretary-treasurers
- boards of other special taxing districts
- presidential preference elections

[ARS §§ 16-661(B) & 16-249(B)]

## Method of Recount

The County Board of Supervisors must obtain a court order prior to accessing the ballots for the purpose of conducting the recount.  Ballots shall be recounted on an electronic voting system programmed under the supervision of the Secretary of State. The Secretary of State may designate the County Board of Supervisors to perform the duties assigned to the Secretary of State, if the recount is for an office other than Board of Supervisors.

If the election for office of the Secretary of State is contested, the electronic voting system shall be furnished and programmed under the supervision of the Governor.

The programs used shall not be the programs submitted to the Secretary of State and used in the initial tabulating of the votes.

[ARS § 16-664]

# CHAPTER 14 - TERMINOLOGY

ABSENT UNIFORMED SERVICES VOTER
- a member of a uniformed service on active duty who, by reason of such active duty is absent from the place of residence where the member is otherwise qualified to vote;
- a member of the merchant marine who, by reason of service in the merchant marine, is absent from the place of residence where the member is otherwise qualified to vote; or
- a spouse or dependent of a uniformed service member on active duty or a member of the merchant marine who, by reason of the active duty or service of the member, is absent from the place of residence where the spouse or dependent is otherwise qualified to vote.

ACCESSIBLE VOTING SYSTEM
Any voting system with adaptable technology making it accessible to individuals with disabilities, including a direct recording electronic voting system (DRE). All accessible voting systems used in Arizona shall provide a paper document or ballot that visually indicates the voter's selections. [ARS § 16-446(B)(7)]

BALLOT
The document or device on which a voter records votes.

BALLOT REPORT
The ballot report is prepared in duplicate and is an accounting of ballots received at the polling place, the number spoiled, the number of unused ballots to be returned, the number used for voting, the ballots requiring verification and an explanation of any discrepancies.

BALLOT TRANSFER CONTAINER
A container made of a durable material in which voted ballots are sealed and transported to the central counting place.

BLANK BALLOT
A ballot that is cast by a voter who chose not to vote for any races on the complete ballot.

CENTRAL COUNTING PLACE
The location where the ballots and other materials are received from the precinct and prepared for tabulation.

CONDITIONAL PROVISIONAL BALLOT

A ballot issued to a voter who does not present sufficient identification at the polling place pursuant to ARS § 16-579(A), but who is entitled to vote a ballot that is conditioned on subsequently providing sufficient identification.

CUMULATIVE REPORT

A printed report showing the number and percentage of votes received for all of the candidates and issues in the election which have been processed by the computer.

DAMAGED BALLOT

A ballot that has been torn or crumpled or for some other physical reason cannot be fed into the tabulation equipment.

DUPLICATE BALLOT

Used by the duplication board to reproduce properly voted damaged ballots, ballots cast by military and overseas voters that are received by facsimile, or to correct an overvote.

ELECTION ASSISTANCE COMMISSION (EAC)

The United States Election Assistance Commission was established by the Help America Vote Act of 2002 (HAVA).  The EAC is an independent, bipartisan commission charged with developing guidance to meet HAVA requirements, adopting voluntary voting system guidelines, and serving as a national clearinghouse of information on election administration.  The EAC also accredits testing laboratories and certifies voting systems, as well as audits the use of HAVA funds.  The EAC administers the national voter registration form (NVRF) developed in accordance with the National Voter Registration Act of 1993 (NVRA).

EARLY VOTING

Beginning 26 days before an election, voters may vote by mail or at places designated by the County Recorder.  Early voting does not require a reason or a witnessed signature.

EARLY VOTING AFFIDAVIT

Early ballots shall be accompanied by an envelope bearing upon one side a printed affidavit in substantially the form prescribed by ARS § 16-547(A).

ELECTION BOARDS

The election boards and their functions are described in detail throughout this manual.  All election boards are instructed in the performance of their duties, sworn to uphold the election laws of Arizona and paid from public funds.  No candidate, or the spouse, child or parent of a candidate, for any office on the ballot, except precinct committeemen, may serve on an election board.  The inspector, marshal and judges for precinct election boards are qualified electors of the two largest political parties in Arizona.  Any registered voter in the election precinct, or in another election precinct if there are not sufficient persons available in the election precinct for which the clerks are being appointed, may be appointed as clerk.  In

non-partisan elections, election board members shall be appointed without consideration of political party.

ELECTION PROGRAM

An election program is an electronic file or files that contain information about an election including those used by election management software to lay out ballots and program tabulating equipment  (also known as an election database).

ELECTRONIC VOTING SYSTEM

A system in which votes are recorded on ballots by means of marking or by direct electronic recording (touch pads).  The votes are counted and tabulated by the vote tabulating equipment using accessible voting system and optical/digital scan equipment at one or more counting places.

FEDERAL ONLY VOTER (FED Only)

A voter that registered using the national voter registration form and did not provide proof of citizenship pursuant to Proposition 200.

FEDERAL ID ONLY VOTER (FEDI)

A voter that registered using the national voter registration form and did not provide proof of citizenship pursuant to Proposition 200, but provided identification pursuant to HAVA and is therefore eligible for early voting.

FEDERAL POST CARD APPLICATION (FPCA)

Form administered by the Federal Voting Assistance Program (FVAP) for military and overseas voters.  The FPCA serves as both the voter registration and early ballot request form.

FULL BALLOT VOTER

A voter that registered using either the National Voter Registration Form (Federal Form) or the State Form and provided proof of citizenship pursuant to Proposition 200.

FEDERAL VOTING ASSISTANCE PROGRAM (FVAP)

On behalf of the Secretary of Defense, FVAP administers the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) and the FPCA and FWAB forms.

FEDERAL WRITE-IN ABSENTEE BALLOT (FWAB)

Form administered by the Federal Voting Assistance Program (FVAP) for military and overseas voters.  The FWAB serves as both the voter registration and early ballot request form, and also may be used to vote with in a primary, general or special election for the offices of presidential elector, United States Senator and Representative in Congress.

## INACTIVE VOTERS
A list that is created pursuant to ARS §16-166 of voters to whom voting materials (except sample ballots) were mailed but returned as undelivered.

## MEMORY STORAGE DEVICE
A device inserted in an optical/digital scan or accessible voting system unit that tabulates and records results.

## NATIONAL VOTER REGISTRATION FORM (NVRF)
Developed in accordance with the National Voter Registration Act of 1993 (NVRA) and administered by the Election Assistance Commission (EAC).  Also referred to as the Federal Form.

## OFFICER IN CHARGE OF ELECTIONS
An election officer charged with duties relating to the conduct of elections as prescribed in the Arizona Revised Statutes.

## OFFICIAL CANVASS
The official record of the election containing: the number of ballots cast in each precinct and in the county; the number rejected in each precinct and in the county; the titles of the offices voted for and the names of the persons (with party designations, if any) of each person elected to fill the offices; the number of votes by precinct and county received by each candidate; the numbers and a brief title of each proposed amendment or measure voted on; and the number of votes by precinct and county for and against each proposed amendment or measure.  When certified by the Secretary of State, Board of Supervisors or other officer in charge of elections, the report constitutes the official canvass of each precinct or election district.

## OPTICAL SCAN EQUIPMENT/OCR—OPTICAL CHARACTER RECOGNITION UNIT OR DIGITAL SCAN EQUIPMENT
Electronic vote tabulation equipment, certified by the Secretary of State pursuant to ARS § 16-442, which "reads" and records the votes on marked paper ballots.  A system using paper ballots read by a precinct based tabulation unit.

## OVERSEAS VOTER
- an absent uniformed services voter who, by reason of active duty or service is absent from the United States on the date of the election involved;
- a person who resides outside the United States and is qualified to vote in the last place in which the person was domiciled before leaving the United States; or
- a person who resides outside the United States and (but for such residence) would be qualified to vote in the last place in which the person was domiciled before leaving the United States.

OVERVOTE

An overvote occurs when a voter votes on the official ballot for more candidates than the number to be elected for the specific office or when a voter selects the correct number of candidates on the official ballot and also writes in a candidate's name for the same office.

POLL LIST

The poll list is a blank form which is filled out by a clerk at the precinct polling place during election day and by a clerk of the early board. Each election clerk enters the names of all persons who vote in the precinct polling place in the consecutive order in which these persons sign the signature roster copy of the precinct register. Counties using electronic poll books shall print copies of the precinct poll list.

POLLING PLACE

The location where voters vote within a precinct.

PRECINCT

A predetermined geographical area within which registered voters reside.

PRECINCT REGISTER

The precinct register is a listing of all registered voters within a precinct as of the date of voter registration cut-off. Precinct registers are printed in the number of copies required for a specific election and include the names of all persons qualified as registered electors for such election. An "inactive voters" list created pursuant to ARS §16-166 accompanies or is included within the precinct register. Electronic poll books may serve as both the Precinct Register and Signature Roster.

PRINTER

An output unit of a computer system which receives data from the C.P.U. and prints, as directed.

PROCEDURES MANUAL

The manual prepared pursuant to ARS §16-452 for the conduct of elections using an approved electronic voting system, including, but not limited to, detailed instructions for the performance of each task relating to the collection of ballots and counting of votes in a manner which will provide maximum security, efficiency, accuracy, impartiality and uniformity.

PROVISIONAL BALLOT

A ballot that is cast by a voter whose name does not appear on the signature roster, inactive list or in precinct listing in the electronic poll book and the voter has not moved; the voter has moved within the precinct; the voter has moved to a new precinct within the county and failed to notify the County Recorder of the change of address; the voter was issued an early ballot and did not vote his/her early ballot; or the voter has changed his/her name and did not notify the County Recorder of the name change.

## SAMPLE BALLOT
Ballot layout containing names of candidates and issues as they appear on the ballot.  This layout may be in the form of one large sheet of paper or as a booklet.  One sample ballot is sent to each household containing a registered voter at least 11 days before all primary and general elections.

## SECRECY SLEEVE
Used to maintain the secrecy of voter's optical/digital scan ballot.

## SIGNATURE ROSTER
The signature roster is one of the copies of the precinct register.  The signature roster copy of the precinct register differs from other copies of the registers in that it contains a space in which each registered elector who wishes to vote signs his or her name before being issued a ballot.  Electronic poll books may serve as both the Precinct Register and Signature Roster.  Electronic poll books may capture elector signatures electronically.

## SNAG BOARD
The board appointed to resolve any problems that may be detected by any of the other central counting place boards.

## TABULATION ROOM
The room in the central counting place where the actual tabulation of ballots not counted at a precinct/polling location on Election Day are counted.

## UNDERVOTE
An undervote occurs when the number of choices selected by a voter in a contest is less than the maximum number allowed for that contest or when no selection is made for a single choice contest.

## UNREADABLE BALLOT
An unreadable ballot is a ballot that has been marked by the voter, but which has been marked with a device that the tabulation equipment cannot read, such as red or green ink, or in any other manner that clearly indicates the intent of the voter, and as such may be duplicated, but which cannot be read by the tabulation equipment.  This includes ballots where a mark has been placed in the timing marks or any other part of the ballot that renders the ballot unreadable.

## UNUSED BALLOT
An early ballot not mailed to the voters and polling place ballots that are not handed to any voters at the polling place.

## UNVOTED BALLOT
Is a ballot that has not been voted, for example a ballot that is sent to an early voter and not returned for processing.

VOTE

A vote is correct and countable when:

*For candidate positions*:   the voter has connected an arrow or filled in an oval that corresponds to one candidate per elected position, or has written a person's name in the appropriate write-in space and connected the arrow or filled in the oval that corresponds to the write-in candidate position on the ballot.

*For ballot propositions*:   the voter has connected an arrow or filled in an oval that corresponds to one position, either affirmative or negative.

*For Accessible Voting Systems:*   After inserting the voting access card into the voting unit, the voter selects his/her choice by touching the boxes on the screen adjacent to his/her choices or uses a handheld device to select his/her choices. Upon completion of voting the entire ballot, the voter selects "cast ballot" to cast the votes.

*For Ballot Marking Voting Systems:*   After inserting the voting access card into the voting unit, the voter selects his/her choice by touching the boxes on the screen adjacent to his/her choices or uses a handheld device to select his/her choice.   The ballot marking voting system will mark the paper ballot with the voter's choices.

VOTE CENTER

A polling location in which any voter may receive an appropriate ballot for that voter on election day and lawfully cast the ballot.

VOTE TABULATING EQUIPMENT

An apparatus to count votes as marked on ballots or mark-sensitive paper, and tabulate the results.   This requires a computer and supportive equipment and software.

VOTING AREA

One or more precincts combined pursuant to ARS §§ 16-411(B) and 15-403(E) and reported as a single entity.

VOTING DEVICE

An apparatus which the voter uses to record his or her votes, which votes are subsequently counted by electronic tabulating equipment.

WRITE-IN

The ballot contains a space for the voter to write in the candidate's name not listed on the ballot.

# CHAPTER 15 - SCHEDULE OF EVENTS

| NOTE RE: CONSOLIDATED ELECTIONS: |
|---|
| Each County Board of Supervisors must send notice of each consolidated election to jurisdictions within its borders that are subject to consolidation.  ARS § 16-205(A).  The notice must go out at least 180 days before each consolidated election date. |

## 2014 statewide primary & general election dates are in BOLD

| LEGEND | | | |
|---|---|---|---|
| BOS | Board of Supervisors | GOV | Governor |
| CCEC | Citizens Clean Elections Commission | PUB | Publications |
| CLK | Clerk of the Board | REC | Recorder |
| ELEC | Elections | SOS | Secretary of State |

\* statute that discusses event does not specify date
\*\* advisory date; no statutory reference to event

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 12/12/2012 | MarE-90 | ELEC | Mail Notice of Elections to Permanent Early Voters | 16-544(D) | |
| 1/1/2013 | Jan 1 | SOS | January 1 Voter Registration Report | 16-168(G) | HOLIDAY |
| 1/1/2013 | Jan 1 | SOS | Begin filing Public Officers Annual Financial Disclosure Statement | 38-542(D) | HOLIDAY |
| 1/1/2013 | Jan 1 | SOS | Begin Filing Standing Committee January 31st Campaign Finance Report covering January 1, 2012 - December 31, 2012 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | HOLIDAY |
| 1/26/2013 | MarE-45 | REC | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 1/26/2013 | MarE-45 | REC | Mail UOCAVA ballots for all requests received on or before the 48th day before the March 12, 2013 Election. | 16-543(A), MOVE Act | |
| 1/31/2013 | Jan 31 | SOS | Deadline for Filing Standing Committee January 31st Campaign Finance Report covering January 1, 2012 - December 31, 2012 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 1/31/2013 | Jan 31 | SOS | Deadline for Filing Public Officers Annual Financial Disclosure Statements | 38-542(D) | |
| 2/11/2013 | MarE-29 | REC | Last day to Register to Vote for the March 12, 2013 Election at midnight | 16-120 | |
| 2/14/2013 | MarE-26 | ELEC | Begin Early Voting | 16-542(C) | |
| 2/14/2013 | MarE-26 | REC | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 2/15/2013 | 2 weeks after due date | SOS | Send Notices of Failure to File for Public Officers Annual Financial Disclosure Statements | ** | |
| 2/28/2013 | AugE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for August 27, 2013 Election | 16-205 | |
| 3/1/2013 | MarE-11 | SOS | Begin Filing Standing Committee March Pre-Election Campaign Finance Report covering January 1, 2013 - February 28, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 3/1/2013 | MarE-11 | ELEC | Begin Filing March Pre-Election Campaign Finance Report covering January 1, 2013 - February 28, 2013 | 16-913(B), 16-916(D) | |
| 3/1/2013 | March 1 | SOS | Deadline for Filing Principal and Public Body 2012 Annual Expenditure Reports covering January 1, 2012 - December 31, 2012 | 41-1232.03(A) | |

CHAPTER 15 - SCHEDULE OF EVENTS

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 3/2/2013 | MarE-10 | ELEC | File Computer Program and Voting Equipment Certification for March 12, 2013 Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 3/8/2013 | MarE-4 | SOS | Deadline for Filing Standing Committee March Pre-Election Campaign Finance Report covering January 1, 2013 - February 28, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 3/8/2013 | MarE-4 | ELEC | Deadline for Filing March Pre-Election Campaign Finance Report covering January 1, 2013 - February 28, 2013 | 16-913(B), 16-916(D) | |
| **3/12/2013** | **MarE** | **ALL** | **March 12, 2013 Election** | **16-204** | |
| 3/15/2013 | MarE+3 business days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579, Procedures Manual | |
| 3/18/2013 | MarE+6 | BOS | First day to Canvass Returns | 16-642, 16-645 | |
| 4/1/2013 | MarE+20 | BOS | Last day to Canvass Returns | 16-642, 16-645 | |
| 4/1/2013 | April 1 | SOS | April 1 Voter Registration Report | 16-168(G) | |
| 4/2/2013 | MarE+21 | SOS | Begin Filing Standing Committee March Post-Election Campaign Finance Report covering March 1, 2013 - April 1, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 4/2/2013 | MarE+21 | ELEC | Begin Filing March Post-Election Campaign Finance Report covering March 1, 2013 - April 1, 2013 | 16-913(B), 16-916(D) | |
| 4/6/2013 | MayE-45 | REC | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 4/6/2013 | MayE-45 | REC | Mail UOCAVA ballots for all requests received on or before the 48th day before the May 21, 2013 Election. | 16-543(A), MOVE Act | |
| 4/11/2013 | MarE+30 | SOS | Deadline for Filing Standing Committee March Post-Election Campaign Finance Report covering March 1, 2013 - April 1, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 4/11/2013 | MarE+30 | ELEC | Deadline for Filing March Post-Election Campaign Finance Report covering March 1, 2013 - April 1, 2013 | 16-913(B), 16-916(D) | |
| 4/22/2013 | MayE-29 | REC | Last day to Register to Vote for the May 21, 2013 Election at midnight | 16-120 | |

CHAPTER 15 - SCHEDULE OF EVENTS

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|------|------------------|-------|-------|------------------|----------------|
| 4/25/2013 | MayE-26 | ELEC | Begin Early Voting | 16-542(C) | |
| 4/25/2013 | MayE-26 | REC | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 5/9/2013 | NovE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for November 5, 2013 Election | 16-205 | |
| 5/10/2013 | MayE-11 | ELEC | Begin Filing Standing Committee May Pre-Election Campaign Finance Report covering April 2, 2013 - May 9, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 5/10/2013 | MayE-11 | ELEC | Begin Filing May Pre-Election Campaign Finance Report covering April 2, 2013 - May 9, 2013 | 16-913(B), 16-916(D) | |
| 5/11/2013 | MayE-10 | ELEC | File Computer Program and Voting Equipment Certification for May 21, 2013 Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 5/17/2013 | MayE-4 | SOS | Deadline for Filing Standing Committee May Pre-Election Campaign Finance Report covering April 2, 2013 - May 9, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 5/17/2013 | MayE-4 | ELEC | Deadline for Filing May Pre-Election Campaign Finance Report covering April 2, 2013 - May 9, 2013 | 16-913(B), 16-916(D) | |
| **5/21/2013** | **MayE** | **ALL** | **May 21, 2013 Election** | **16-204** | |
| 5/24/2013 | MayE+3 business days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579, Procedures Manual | |
| 5/27/2013 | MayE+6 | BOS | First day to Canvass Returns | 16-642, 16-645 | |
| 5/29/2013 | AugE-90 | ELEC | Mail Notice of Elections to Permanent Early Voters | 16-544 (D) | |
| 6/10/2013 | MayE+20 | BOS | Last day to Canvass Returns | 16-642, 16-645 | |
| 6/11/2013 | MayE+21 | SOS | Begin Filing Standing Committee May Post-Election Campaign Finance Report covering May 10, 2013 - June 10, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 6/11/2013 | MayE+21 | ELEC | Begin Filing May Post-Election Campaign Finance Report covering May 10, 2013 - June 10, 2013 | 16-913(B), 16-916(D) | |

CHAPTER 15 - SCHEDULE OF EVENTS

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 6/20/2013 | MayE+30 | SOS | Deadline for Filing Standing Committee May Post-Election Campaign Finance Report covering May 10, 2013 - June 10, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 6/20/2013 | MayE+30 | ELEC | Deadline for Filing May Post-Election Campaign Finance Report covering May 10, 2013 - June 10, 2013 | 16-913(B), 16-916(D) | |
| 7/1/2013 | July 1 | SOS | July 1 Voter Registration Report | 16-168(G) | |
| 7/13/2013 | AugE-45 | REC | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 7/13/2013 | AugE-45 | REC | Mail UOCAVA ballots for all requests received on or before the 48th day before the August 27, 2013 Election. | 16-543(A), MOVE Act | |
| 7/29/2013 | **AugE-29** | REC | Last day to Register to Vote for the August 27, 2013 Election at midnight | 16-120 | |
| 7/31/2013 | July 31 | SOS | End of Exploratory Period for 2014 Election, covers November 7, 2012 - July 31, 2013 | 16-961(B)2 | |
| 8/1/2013 | August 1 | SOS | Begin Qualifying Period for 2014 Election, covers August 1, 2013 - August 19, 2014 | 16-961(B)3 | |
| 8/1/2013 | AugE-26 | ELEC | Begin Early Voting | 16-542(C) | |
| 8/1/2013 | AugE-26 | REC | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 8/16/2013 | AugE-11 | SOS | Begin Filing Standing Committee Pre-Primary Campaign Finance Report covering June 11, 2013 - August 15, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 8/16/2013 | AugE-11 | ELEC | Begin Filing Pre-Primary Campaign Finance Report covering June 11, 2013 - August 15, 2013 | 16-913(B), 16-916(D) | |
| 8/17/2013 | AugE-10 | ELEC | File Computer Program and Voting Equipment Certification for August 27, 2013 Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 8/20/2013 | AugE-7 | ELEC | Tallying of early ballots may begin | 16-550(B) | |
| 8/23/2013 | AugE-4 | SOS | Deadline for Filing Standing Committee Pre-Primary Campaign Finance Report covering June 11, 2013 - August 15, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 8/23/2013 | AugE-4 | ELEC | Deadline for Filing Pre-Primary Campaign Finance Report covering June 11, 2013 - August 15, 2013 | 16-913(B), 16-916(D) | |
| **8/27/2013** | **AugE** | **ALL** | **August 27, 2013 Election** | **16-204** | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 8/30/2013 | AugE+3 business days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579, Procedures Manual | |
| 9/2/2013 | AugE+6 | BOS | First day to Canvass Returns | 16-642, 16-645 | |
| 9/12/2013 | MarE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for March 11, 2014 Election | 16-205 | |
| 9/16/2013 | AugE+20 | BOS | Last day to Canvass Returns | 16-642, 16-645 | |
| 9/17/2013 | AugE+21 | SOS | Begin Filing Standing Committee Post-Primary Campaign Finance Report covering August 16, 2013 - September 16, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 9/17/2013 | AugE+21 | ELEC | Begin Filing Post-Primary Report Campaign Finance Report covering August 16, 2013 - September 16, 2013 | 16-913(B), 16-916(D) | |
| 9/21/2013 | NovE-45 | REC | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 9/21/2013 | NovE-45 | REC | Mail UOCAVA ballots for all requests received on or before the 48th day before the November 5, 2013 Election. | 16-543(A), MOVE Act | |
| 9/26/2013 | AugE+30 | SOS | Deadline for Filing Standing Committee Post-Primary Campaign Finance Report covering August 16, 2013 - September 16, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 9/26/2013 | AugE+30 | ELEC | Deadline for Filing Post-Primary Report Campaign Finance Report covering August 16, 2013 - September 16, 2013 | 16-913(B), 16-916(D) | |
| 10/1/2013 | Oct 1 | SOS | October 1 Voter Registration Report | 16-168(G) | |
| 10/1/2013 | Oct 1 | SOS | Continued Party Recognition calculated as of October 1, 2013 | 16-804(A)(B), 16-244 | |
| 10/7/2013 | NovE-29 | REC | Last day to Register to Vote for the November 5, 2013 Election at midnight | 16-120 | |
| 10/10/2013 | NovE-26 | ELEC | Begin Early Voting | 16-542(C) | |
| 10/10/2013 | NovE-26 | REC | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 10/25/2013 | NovE-11 | SOS | Begin Filing Standing Committee Pre-General Campaign Finance Report covering September 17, 2013 - October 24, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 10/25/2013 | NovE-11 | ELEC | Begin Filing Pre-General Report Campaign Finance Report covering September 17, 2013 - October 24, 2013 | 16-913(B), 16-916(D) | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 10/26/2013 | NovE-10 | ELEC | File Computer Program and Voting Equipment Certification for November 5, 2013 Election with Secretary of State | 16-445(A), Procedures Manual | WEEKEND |
| 10/29/2013 | NovE-7 | ELEC | Tallying of early ballots may begin | 16-550(B) | |
| 11/1/2013 | NovE-4 | SOS | Deadline for Filing Standing Committee Pre-General Campaign Finance Report covering September 17, 2013 - October 24, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 11/1/2013 | NovE-4 | ELEC | Deadline for Filing Pre-General Report Campaign Finance Report covering September 17, 2013 - October 24, 2013 | 16-913(B), 16-916(D) | |
| **11/5/2013** | **NovE** | **ALL** | **November 5, 2013 Election** | **16-204** | |
| 11/8/2013 | NovE+3 business days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579, Procedures Manual | |
| 11/11/2013 | NovE+6 | BOS | First day to Canvass Returns | 16-642, 16-645 | |
| 11/21/2013 | MayE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for May 20, 2014 Election | 16-205(A) | |
| 11/25/2013 | NovE+20 | BOS | Last day to Canvass Returns | 16-642, 16-645 | |
| 11/26/2013 | NovE+21 | SOS | Begin Filing Standing Committee Post-General Campaign Finance Report October 25, 2013 - November 25, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 11/26/2013 | NovE+21 | ELEC | Begin Filing Post-General Campaign Finance Report covering October 25, 2013 - November 25, 2013 | 16-913(B), 16-916(D) | |
| 12/1/2013 | Dec 1 | BOS | Deadline to Establish New Election Precincts | 16-411 | WEEKEND |
| 12/5/2013 | NovE+30 | SOS | Deadline for Filing Standing Committee Post-General Campaign Finance Report October 25, 2013 - November 25, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 12/5/2013 | NovE+30 | ELEC | Deadline for Filing Post-General Campaign Finance Report covering October 25, 2013 - November 25, 2013 | 16-913(B), 16-916(D) | |
| 12/11/2013 | MarE-90 | ELEC | Mail Notice of Elections to Permanent Early Voters | 16-544(D) | |
| 1/1/2014 | Jan 1 | SOS | January 1 Voter Registration Report | 16-168(G) | HOLIDAY |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 1/1/2014 | Jan 1 | SOS | Begin Filing January 31st Campaign Finance Report covering November 27, 2012 - December 31, 2013 | 16-913(C), 16-916(D) | HOLIDAY |
| 1/1/2014 | Jan 1 | SOS | Begin Filing Standing Committee January 31st Campaign Finance Report covering January 1, 2013 - December 31, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | HOLIDAY |
| 1/1/2014 | Jan 1 | SOS | Begin Filing Public Officers Annual Financial Disclosure Statement | 38-542(D) | HOLIDAY |
| 1/25/2014 | MarE-45 | | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 1/25/2014 | MarE-45 | | Mail UOCAVA ballots for all requests received on or before the 48th day before the March 11, 2014 Election. | 16-543(A), MOVE Act | |
| 1/31/2014 | Jan 31 | SOS | Deadline for Filing Public Officers Annual Financial Disclosure Statement | 38-542(D) | |
| 1/31/2014 | Jan 31 | SOS | Deadline for Filing January 31st Campaign Finance Report covering November 27, 2012 - December 31, 2013 | 16-913(C), 16-916(D) | |
| 1/31/2014 | Jan 31 | SOS | Deadline for Filing Standing Committee January 31st Campaign Finance Report covering January 1, 2013 - December 31, 2013 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 2/10/2014 | MarE-29 | REC | Last day to Register to Vote for the March 11, 2014 Election at midnight | 16-120 | |
| 2/13/2014 | MarE-26 | ELEC | Begin Early Voting for the March 11, 2014 Election | 16-542(C) | |
| 2/13/2014 | MarE-26 | | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 2/14/2014 | 2 weeks after due date | SOS | Send Notices of Failure to File for Public Officers Annual Financial Disclosure Statements | ** | |
| 2/27/2014 | PE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for August 26, 2014 Primary Election | 16-205 | |
| 2/27/2014 | PE-180 | REC | Deadline for Filing New Party Petitions to Secretary of State (statewide recognition) or the County Officer in charge of elections (county recognition) for Signature Verification | 16-803(A) | |
| 2/27/2014 | PE-180 | SOS | Deadline for Filing New Party Petitions for Primary Election with Secretary of State | 16-803 | |
| 2/28/2014 | MarE-11 | SOS | Begin Filing Standing Committee March Pre-Election Campaign Finance Report covering January 1, 2014 - February 27, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 2/28/2014 | MarE-11 | ELEC | Begin Filing March Pre-Election Campaign Finance Report covering January 1, 2014 - February 27, 2014 | 16-913(B), 16-916(D) | |
| 3/1/2014 | March 1 | REC | Deadline to Place Voters in New Precincts | 16-412 | WEEKEND |
| 3/1/2014 | March 1 | SOS | March 1 Voter Registration Report | 16-168(G) | WEEKEND |
| 3/1/2014 | March 1 | SOS | Calculate Candidate Signature Requirements | 16-168(G), 16-322(B) | WEEKEND |
| 3/1/2014 | MarE-10 | ELEC | File Computer Program and Voting Equipment Certification for March 11, 2014 Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 3/4/2014 | MarE-7 | ELEC | Tallying of early ballots may begin | 16-550(B) | |
| 3/7/2014 | MarE-4 | SOS | Deadline for Filing Standing Committee March Pre-Election Campaign Finance Report covering January 1, 2014 - February 27, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 3/7/2014 | MarE-4 | ELEC | Deadline for Filing March Pre-Election Campaign Finance Report covering January 1, 2014 - February 27, 2014 | 16-913(B), 16-916(D) | |
| 3/11/2014 | **MarE** | **ALL** | **March 11, 2014 Election** | **16-204** | |
| 3/14/2014 | MarE+3 business days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579, Procedures Manual | |
| 3/17/2014 | MarE+6 | BOS | First day to Canvass Returns | 16-642, 16-645 | |
| 3/31/2014 | MarE+20 | BOS | Last day to Canvass Returns | 16-642, 16-645 | |
| 4/1/2014 | MarE+21 | SOS | Begin Filing Standing Committee March Post-Election Campaign Finance Report covering February 28, 2014 - March 31, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 4/1/2014 | MarE+21 | ELEC | Begin Filing March Post-Election Campaign Finance Report covering February 28, 2014 - March 31, 2014 | 16-913(B), 16-916(D) | |
| 4/5/2014 | MayE-45 | REC | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 4/5/2014 | MayE-45 | REC | Mail UOCAVA ballots for all requests received on or before the 48th day before the May 20, 2014 Election. | 16-543(A), MOVE Act | |
| 4/10/2014 | MarE+30 | SOS | Deadline for Filing Standing Committee March Post-Election Campaign Finance Report covering February 28, 2014 - March 31, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|------|-----------------|-------|-------|------------------|----------------|
| 4/10/2014 | MarE+30 | ELEC | Deadline for Filing March Post-Election Campaign Finance Report covering February 28, 2014 - March 31, 2014 | 16-913(B), 16-916(D) | |
| 4/21/2014 | MayE-29 | REC | Last day to Register to Vote for the May 20, 2014 Election at midnight | 16-120 | |
| 4/24/2014 | MayE-26 | ELEC | Begin Early Voting for the May 20, 2014 Election | 16-542(C) | |
| 4/24/2014 | MayE-26 | REC | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 4/28/2014 | PE-120 | SOS | Send notice to Board of Supervisors of the state and federal offices for which candidates are to be nominated at the Primary Election | 16-202 | |
| 4/28/2014 | PE-120 | SOS | Begin Accepting Partisan Nomination Petitions and Papers | 16-311,16-314, 16-905, 38-541 | |
| 4/28/2014 | PE-120 | SOS | Begin Accepting "Nomination other than by Primary" Nomination Petitions and Papers | 16-341 | |
| 5/8/2014 | GE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for November 4, 2014 General Election | 16-205 | |
| 5/9/2014 | MayE-11 | SOS | Begin Filing Standing Committee May Pre-Election Campaign Finance Report covering April 1, 2014 - May 8, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 5/9/2014 | MayE-11 | ELEC | Begin Filing May Pre-Election Campaign Finance Report covering April 1, 2014 - May 8, 2014 | 16-913(B), 16-916(D) | |
| 5/10/2014 | MayE-10 | ELEC | File Computer Program and Voting Equipment Certification for May 20, 2014 Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 5/13/2014 | MayE-7 | ELEC | Tallying of early ballots may begin | 16-550(B) | |
| 5/16/2014 | MayE-4 | SOS | Deadline for Filing Standing Committee May Pre-Election Campaign Finance Report covering April 1, 2014 - May 8, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 5/16/2014 | MayE-4 | ELEC | Deadline for Filing May Pre-Election Campaign Finance Report covering April 1, 2014 - May 8, 2014 | 16-913(B), 16-916(D) | |
| 5/18/2014 | PE-100 | ELEC | Order Ballot Cards for Primary Election | 16-508* | WEEKEND |
| **5/20/2014** | **MayE** | **ALL** | **May 20, 2014 Election** | **16-204** | |
| 5/23/2014 | MayE+3 business days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579, Procedures Manual | |

CHAPTER 15 - SCHEDULE OF EVENTS

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 5/25/2014 | PE-93 | REC | Begin Accepting Requests for Early Ballot **Uniformed service voters or overseas voters can request ballots before this date** | 16-542(A)(B) 16-543.01 | WEEKEND |
| 5/25/2014 | PE-93 | REC | Begin Accepting Requests for Assistance by Special Election Board due to "Continuing" Illness | 16-549* | WEEKEND |
| 5/26/2014 | MayE+6 | BOS | First day to Canvass Returns | 16-642, 16-645 | |
| 5/28/2014 | PE-90 | ELEC | Mail Notice of Elections to Permanent Early Voters | 16-544 (D) | |
| 5/28/2014 | PE-90 | SOS | Deadline for Accepting Partisan Nomination Petitions and Paper | 16-311,16-314, 16-905, 38-541 | |
| 5/28/2014 | PE-90 | BOS | Accept List Submitted by Party Chairmen of Election Board Nominees | 16-531(A) | |
| 5/28/2014 | PE-90 | SOS | Deadline for Accepting "Nomination other than by Primary" Nomination Petitions and Paper | 16-341 | |
| 6/1/2014 | June 1 | SOS | Begin Filing June 30 Campaign Finance Report covering January 1, 2014 - May 31, 2014 | 16-913(B), 16-916(D) | WEEKEND |
| 6/9/2014 | MayE+20 | BOS | Last day to Canvass Returns | 16-642, 16-645 | |
| 6/10/2014 | MayE+21 | SOS | Begin Filing Standing Committee May Post-Election Campaign Finance Report covering May 9, 2014 - June 9, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 6/10/2014 | MayE+21 | ELEC | Begin Filing May Post-Election Campaign Finance Report covering May 9, 2014 - June 9, 2014 | 16-913(B), 16-916(D) | |
| 6/11/2014 | PE-76 | SOS | Deadline for Filing Challenges to Candidate Nomination Petitions | 16-351 | |
| 6/12/2014 | PE-75 | BOS | Start preparation of submission to U.S. Justice Department of changes | ** | |
| 6/12/2014 | PE-75 | BOS | Schedule Classes for Precinct Election Boards | 16-532* | |
| 6/19/2014 | MayE+30 | SOS | Deadline for Filing Standing Committee May Post-Election Campaign Finance Report covering May 9, 2014 - June 9, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 6/19/2014 | MayE+30 | ELEC | Deadline for Filing May Post-Election Campaign Finance Report covering May 9, 2014 - June 9, 2014 | 16-913(B), 16-916(D) | |
| 6/25/2014 | (PE-9 weeks) +1 day | CCEC | Begin CCEC Primary Election Period | 16-961(B)(4) | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 6/25/2014 | (PE-9 weeks) +1 day | CCEC | Clean Election Commission Payment to Qualified Participating Candidates | 16-951(A) | |
| 6/27/2014 | PE-60 | REC | Accept List of Nominees for Special Election Boards from the County Party Chairmen | 16-549 | |
| 6/27/2014 | PE-60 | BOS | Order Parts for Voting Devices | ** | |
| 6/30/2014 | June 30 | SOS | Deadline for Filing June 30 Campaign Finance Report covering January 1, 2014 - May 31, 2014 | 16-913(B), 16-916(D) | |
| 7/3/2014 | GE-(4 months and 1 day) | SOS | Deadline for Filing Initiative Petitions with the Secretary of State | Const. Art. IV § 1(4) | |
| 7/7/2014 | GE-120 | ELEC | Begin Accepting Nonpartisan Candidate Nomination Petitions and Papers | 16-311(B) | |
| 7/7/2014 | PE-50 | BOS | Prepare Materials and Supplies for Classes of Instruction to Precinct Election Boards | 16-532* | |
| 7/9/2014 | PE-48 | SOS | Deadline for arguments filed for or against initiative measures or constitutional amendments / Leg. Council Analysis / JLBC Economic Impact Summaries | 19-124(A)(B) 19-123(A)(6) | |
| 7/9/2014 | PE-48 | BOS | Layout Ballot Pages and Master Rotation List (if rotation is required) | 16-464* | |
| 7/11/2014 | PE-46 | BOS | Allocate Voting Devices to Precincts | 16-447* | |
| 7/12/2014 | PE-45 | BOS | Begin instruction Classes for Precinct Election Boards | 16-532 | WEEKEND |
| 7/12/2014 | PE-45 | BOS | Print Instructions and Check List for Election Board and Inspectors | 16-532* | WEEKEND |
| 7/12/2014 | PE-45 | ELEC | Prepare Proof of Sample Ballots and Submit to Each County Party Chairmen; Mail a Copy to each Candidate | 16-461 | WEEKEND |
| 7/12/2014 | PE-45 | | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 7/12/2014 | PE-45 | | Mail UOCAVA ballots for all requests received on or before the 48th day before the August 26, 2014 Primary Election. | 16-543(A), MOVE Act | |
| 7/13/2014 | PE-44 | ELEC | Order Ballot Cards for General Election | 16-508* | WEEKEND |
| 7/17/2014 | PE-40 | ELEC | Accept Suggestions from County Party Chairmen on Changes to Sample Ballot Due to Error or Omission | 16-461(B) | |
| 7/17/2014 | PE-40 | BOS | Print Sample Ballots | 16-461(D) | |
| 7/17/2014 | PE-40 | SOS | Deadline for Write-in Candidate Nomination Papers for Primary Election at 5:00 p.m. | 16-312(B) | |
| 7/18/2014 | PE-39 | SOS | Deliver Notice of Write-in Candidates Filing Nomination Papers | 16-312 | |
| 7/18/2014 | PE-39 | BOS | Include List of Eligible Write-in Candidates in Supplies for Precinct Inspectors | 16-312(C) | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 7/24/2014 | PE-33 (EV-7) | SOS | Logic and Accuracy Tests before Early Voting for the Primary Election Begins for Accessible Voting System Units | 16-449, Procedures manual | |
| 7/24/2014 | PE-33 | BOS | Print Early Ballots and Deliver to County Recorder | 16-503,  16-545 | |
| 7/24/2014 | PE-33 | REC | Print Instructions and Envelopes Needed for Early Voting | 16-547* | |
| 7/24/2014 | PE-33 | BOS | Print Ballots and Ballot Labels | 16-405*, 16-466*,         16-503*, 16-545* | |
| 7/24/2014 | PE-33 | REC | Appoint Special Election Boards | 16-549 | |
| 7/25/2014 | PE-32 | BOS | Accept List Submitted by County Party Chairmen of Party Election Observers | 16-590* | |
| 7/25/2014 | PE-32 | BOS | Designate Locations for Central Counting Place Boards, Precinct Boards, Early Boards Data Processing Boards and Receiving Site Boards | 16-608* | |
| 7/28/2014 | PE-29 | REC | Last day to Register to Vote for the August 26, 2014 Primary Election at midnight | 16-120 | |
| 7/28/2014 | PE-29 | SOS | Primary Election Voter Registration Report | 16-168(G) | |
| 7/28/2014 | PE-29 | BOS | Designate Locations for Receiving Sites, Central Counting Place, Computer Center and Early Processing Center | 16-551* | |
| 7/31/2014 | PE-26 | REC | Begin Early Voting for Primary Election | 16-542(C) | |
| 7/31/2014 | PE-26 | | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 8/1/2014 | PE-25 | BOS | Lay out floor space for receiving sites, central counting place, computer center, and early processing center | ** | |
| 8/1/2014 | PE-25 | BOS | Print Official and Unofficial Return Envelopes | 16-511*, 16-615*,  16-616* | |
| 8/1/2014 | PE-25 | BOS | Ballot Labels Ready for Voting Devices | 16-505*, 16-466* | |
| 8/1/2014 | PE-25 | BOS | Print Poll Lists | 16-516* | |
| 8/1/2014 | PE-25 | BOS | Print Challenge Lists and Payroll Vouchers | 16-536*, 16-594* | |
| 8/1/2014 | PE-25 | BOS | Print "No Smoking," "Vote Here," "Seventy-five Foot Limit", "Arrow," "Instructions to Voters and Election Officers" and "Right to Vote a Provisional Ballot" signs | 16-513*, 16-513.01*, 16-515*, 16-563(2)* | |
| 8/1/2014 | PE-25 | BOS | Print Duplicate Ballot Report Forms | 16-608* | |
| 8/3/2014 | GE-93 | REC | Begin Accepting Requests for Early Ballot **Uniformed service voters or overseas voters can request ballots before this date** | 16-542(A)(B) 16-543.01 | WEEKEND |

Secretary of State, June 2014

CHAPTER 15 - SCHEDULE OF EVENTS

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 8/3/2014 | GE-93 | REC | Begin Accepting Requests for Assistance by Special Election Board due to "Continuing" Illness | 16-549* | WEEKEND |
| 8/4/2014 | PE-22 | BOS | Precinct Supplies on Hand | 16-404*, 16-405*, 16-426*, 16-447*, 16-511-515* | |
| 8/5/2014 | PE-21 | REC | Deliver Complete Copies of Precinct Registers to County and State Party Chairmen | 16-168 (C) | |
| 8/6/2014 | GE-90 | ELEC | Deadline for Accepting Nonpartisan Candidate Nomination Petitions and Papers | 16-311(B) | |
| 8/6/2014 | GE-90 | BOS | Accept Lists Submitted by Party Chairmen of Election Board Nominees | 16-531(A) | |
| 8/6/2014 | GE-90 | SOS | Begin Accepting Supreme, Appellate and Superior Court Judges Retention Papers | Const. Art. VI, § 38 | |
| 8/6/2014 | PE-20 | BOS | Designate Polling Places (except for special district and mail ballot elections) | 16-411(B) | |
| 8/6/2014 | PE-20 | BOS | Appoint ALL Election Boards | 16-531, 16-535, 16-551 | |
| 8/8/2014 | PE-18 | BOS | Print Log Books and Forms for Receiving Sites, Central Counting Place, Computer Center and Early Ballot Processing Center | 16-608* | |
| 8/8/2014 | PE-18 | BOS | Outline Polling Place Support Plan for Election Day | ** | |
| 8/12/2014 | PE-10 Business Days | SOS | SOS Performs Logic and Accuracy Tests Within Ten Business days of August 26, 2014 Primary Election - Notify Public 48 hours in Advance | 16-449 Procedures Manual | |
| 8/12/2014 | PE-14 | BOS | Mail Notice to County Party Chairmen as to Time and Place when Voting Devices can be Inspected | 16-447(B)* | |
| 8/15/2014 | PE-11 | SOS | Begin Filing Standing Committee Pre-Primary Campaign Finance Report covering June 10, 2014 - August 14, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 8/15/2014 | PE-11 | SOS | Begin Filing Pre-Primary Campaign Finance Report covering June 10, 2014 - August 14, 2014 | 16-913(B), 16-916(D) | |
| 8/15/2014 | PE-11 | REC | Deadline for Accepting Requests for Assistance by Special Election Board due to "Continuing" Illness at 5:00 p.m. | 16-549 | |
| 8/15/2014 | PE-11 | REC | Deadline for Accepting Requests for Early Ballot | 16-542(E) | |
| 8/15/2014 | PE-11 | BOS | Mail Sample Ballots | 16-461 | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 8/15/2014 | PE-11 | REC | Begin Accepting Requests for Early Ballots as a Result of an Emergency Occurring between 5:00 p.m. on August 15, 2014 and 5:00 p.m. on August 25, 2014 that would Prevent the Elector from Voting at the Polls | 16-542(H) | |
| 8/16/2014 | PE-10 | BOS | File Computer Program and Voting Equipment Certification for Primary Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 8/16/2014 | PE-10 | BOS | Assemble Precinct Kits, Supplies and Materials | 16-404*  16-405*,  16-426*, 16-447*,  16-511-515* | WEEKEND |
| 8/16/2014 | PE-10 | REC | Begin Accepting Requests for Assistance by Special Election Board due to "Unanticipated" Illness | 16-549(D) | WEEKEND |
| 8/16/2014 | PE-10 | REC | Prepare Official Precinct Registers | 16-168 | WEEKEND |
| 8/16/2014 | PE-10 | REC | Provide Inactive Voter List to each Precinct | 16-583* | WEEKEND |
| 8/19/2014 | PE-7 | BOS | Complete Plans for Transfer to Alternate Computer Facility | ** | |
| 8/19/2014 | PE-7 | BOS | Complete Ballot and Supply Dispersal Plan | 16-509* | |
| 8/19/2014 | PE-7 | BOS | Complete Receiving Site Ballot Card Pick-up Plan | ** | |
| 8/19/2014 | PE-7 | ELEC | Tallying of early ballots may begin | 16-550(B) | |
| 8/19/2014 | PE-7 | ELEC | Deadline for political parties to provide names of persons intending to participate in hand count by 5:00 p.m. | 16-602(B)(7) | |
| 8/19/2014 | GE-77 | CCEC | Deadline for Filing Application for Certification as a Participating Candidate in Clean Elections Form with the Secretary of State | 16-947(A) | |
| 8/19/2014 | GE-77 | SOS | End of Qualifying Period for 2014 Election, covers August 1, 2013 - August 19, 2014 | 16-961(B)(3) | |
| 8/20/2014 | PE-6 | ELEC | Deadline for officer in charge to notify political parties of shortage in number of persons intending to participate in hand count **by 9:00 a.m.** | 16-602(B)(7) | |
| 8/21/2014 | GE-75 | BOS | Schedule Classes for Precinct Election Boards | 16-532* | |
| 8/21/2014 | PE-5 | ELEC | Deadline for political parties to provide sufficient number of additional persons to cover hand count board shortages by 5:00 p.m. | 16-602(B)(7) | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 8/22/2014 | PE-4 | SOS | Deadline for Filing Standing Committee Pre-Primary Campaign Finance Report covering June 10, 2014 - August 14, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 8/22/2014 | PE-4 | SOS | Deadline for Filing Pre-Primary Campaign Finance Report covering June 10, 2014 - August 14, 2014 | 16-913(B), 16-916(D) | |
| 8/22/2014 | PE-4 | REC | Deadline for Uniformed and Overseas Citizens Recently Discharged or Separated from Employment to Register to Vote for the Primary Election at 5:00 p.m. | 16-103(D) | |
| 8/24/2014 | PE-2 | BOS | If BOS Fails to Designate Polling Places, the Justice of the Peace may Designate Polling Places | 16-411(C) | WEEKEND |
| 8/24/2014 | PE-2 | BOS | Deliver Ballots to Inspector | 16-509 | WEEKEND |
| 8/25/2014 | PE-1 | BOS | Complete Instructional Classes for Precinct Boards, Receiving and Central Counting Place Boards and Data Processing Boards | 16-532 | |
| 8/25/2014 | PE-1 | BOS | Deliver Polling Place Supplies | 16-404,16-447(D), 16-511* | |
| 8/25/2014 | PE-1 | BOS | Complete Post Election Supply and Materials Pick-up Plan | ** | |
| 8/25/2014 | PE-1 | BOS | Complete Voter Education Program - Public Display of Voting Equipment | 16-406 | |
| 8/25/2014 | PE-1 | REC | Deadline for Accepting Requests for Assistance by Special Election Board due to "Unanticipated" Illness | 16-549(D) | |
| 8/25/2014 | PE-1 | REC | Deadline for Accepting Requests for Early Ballots as a Result of an Emergency Occurring between 5:00 p.m. on August 15, 2014 and 5:00 p.m. on August 25, 2014 that would Prevent the Elector from Voting at the Polls | 16-542(H) | |
| 8/25/2014 | PE-1 | REC | Deliver List of all Electors who were Issued Early Ballots to Precinct Inspectors | 16-542(G) | |
| 8/25/2014 | PE-1 | BOS | Deliver List of Qualified Write-in Candidates to Inspector to be Posted Election Day in Polling Place | 16-312* | |
| **8/26/2014** | **PE** | **ALL** | **August 26, 2014 Primary Election** | **16-201** | |
| 8/26/2014 | PE | CCEC | End of CCEC Primary Election Period | 16-961(B)(4) | |
| 8/26/2014 | PE | REC | Continue Delivery of Early Ballots to Early Boards until 7:00 p.m. | 16-551(C) | |
| 8/26/2014 | PE | REC | Deadline for Uniformed and Overseas Citizens Residing Outside Arizona to Register to Vote for the Primary Election at 7:00 p.m. | 16-103(C) | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 8/26/2014 | GE-70 | CCEC | Deadline to File Participating Candidate's Application to Receive Funds and Qualifying Contributions Report with Original Slips to Secretary of State | 16-950(B) | |
| 8/27/2014 | PE+1 | ELEC | Hand Count begins within 24 hours of the closing of the polls | 16-602(I) | |
| 8/27/2014 | PE+1 | ELEC | Select by lot 2% of precincts and perform hand count on those ballots | 16-602(B)(1) | |
| 8/27/2014 | PE+1 | ELEC | Select contested races to be hand counted | 16-602(C) | |
| 8/27/2014 | PE+1 | CCEC | Candidates to Return Monies above Sufficient Amount to Pay Unpaid Bills During Primary Election Period | 16-953(A) | |
| 8/27/2014 | PE+1 | CCEC | Begin CCEC General Election Period | 16-961(B)(5) | |
| 8/27/2014 | PE+1 | CCEC | Clean Election Commission Payment to Qualified Participating Candidates | 16-951(C) | |
| 8/29/2014 | PE+3 Business Days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579 Procedures Manual | |
| 9/1/2014 | PE+6 | BOS | Deadline to Hear Early Ballot Challenges | 16-552(E) | HOLIDAY |
| 9/1/2014 | PE+6 | BOS | First day to Canvass Returns and Issue Certificates of Nomination and Election | 16-642,  16-645 | HOLIDAY |
| 9/1/2014 | PE+6 | CLK | Deliver Certificates of Nomination | 16-645 | HOLIDAY |
| 9/2/2014 | PE+5 business days | REC | Process Provisional Ballots | 16-135,  16-584(E) | |
| 9/5/2014 | GE-60 | REC | Accept List of Nominees for Special Election Boards from the County Party Chairmen | 16-549 | |
| 9/5/2014 | GE-60 | SOS | Deadline for Accepting Supreme, Appellate and Superior Court Judges Retention Papers | Const. Art.  VI, § 38 | |
| 9/5/2014 | PE+10 | BOS | Last day to Canvass Returns and Issue Certificates of Election | 16-642,  16-645 | |
| 9/5/2014 | PE+10 | BOS | Deliver Canvass to Secretary of State | 16-645 | |
| 9/8/2014 | PE+13 | SOS | **OFFICIAL CANVASS OF PRIMARY ELECTION** Canvass Returns of all Statewide or Legislative Offices - Issue Certificates of Nomination | 16-645 | |
| 9/11/2014 | MarE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for March 10, 2015 Election | 16-205 | |
| 9/11/2014 | PE+16 | BOS | Voting Devices may be Unsealed | 16-428 | |
| 9/15/2014 | GE-50 | BOS | Voting device parts on hand | ** | |
| 9/15/2014 | GE-50 | BOS | Prepare Materials and Supplies for Classes of Instruction to Precinct Election Boards | 16-532* | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 9/16/2014 | PE+21 | SOS | Begin Filing Standing Committee Post-Primary Campaign Finance Report covering August 15, 2014 - September 15, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 9/16/2014 | PE+21 | SOS | Begin Filing Post-Primary Report Campaign Finance Report covering August 15, 2014 - September 15, 2014 | 16-913(B), 16-916(D) | |
| 9/17/2014 | GE-48 | BOS | Layout Ballot Pages and Master Rotation List (if rotation is required) | 16-502 | |
| 9/20/2014 | GE-45 | BOS | Prepare Proof of Sample Ballots and Submit to Each County Party Chairmen; Mail a Copy to each Candidate whose Name did not Appear on the Primary Election Ballot | 16-510* | WEEKEND |
| 9/20/2014 | GE-45 | BOS | Begin instruction Classes for Precinct Election Boards | 16-532 | WEEKEND |
| 9/20/2014 | GE-45 | BOS | Print Instructions and Check List for Election Board and Inspectors | 16-532* | WEEKEND |
| 9/20/2014 | GE-45 | REC | Deadline for permanent early voters to notify county that an early ballot not be sent | 16-544(F) | |
| 9/20/2014 | GE-45 | REC | Mail UOCAVA ballots for all requests received on or before the 48th day before the November 4, 2014 General Election. | 16-543(A), MOVE Act | |
| 9/22/2014 | GE-43* | SOS | Mail Publicity Pamphlet to every Household that Contains a Registered Voter | 19-123(B)* | |
| 9/25/2014 | GE-40 | BOS | Accept Suggestions from County Party Chairmen on Changes to Sample Ballot Due to Error or Omission | 16-510* | |
| 9/25/2014 | GE-40 | SOS | Deadline for Write-in Candidate Nomination Papers for General Election at 5:00 p.m. | 16-312(B) | |
| 9/25/2014 | PE+30 | SOS | Deadline for Filing Standing Committee Post-Primary Campaign Finance Report covering August 15, 2014 - September 15, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 9/25/2014 | PE+30 | SOS | Deadline for Filing Post-Primary Campaign Finance Report covering August 15, 2014 - September 15, 2014 | 16-913(B), 16-916(D) | |
| 9/25/2014 | PE+30 | CCEC | Candidates Shall Pay Uncontested / Unpaid Bills from Primary Election | 16-953(C) | |
| 9/26/2014 | GE-39 | BOS | Include List of Eligible Write-in Candidates in Supplies for Precinct Inspectors | 16-312 | |
| 9/26/2014 | GE-39 | SOS | Deliver Notice of Write-in Candidates Filing Nomination Papers | 16-312 | |
| 9/29/2014 | GE-36 | BOS | Allocate Voting Devices to Precincts | 16-447* | |
| 10/2/2014 | GE-33 | BOS | Print Early Ballots and Deliver to County Recorder | 16-503,  16-545 | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 10/2/2014 | GE-33 | REC | Print Instructions and Envelopes Needed for Early Voting | 16-547* | |
| 10/2/2014 | GE-33 (EV-7) | SOS | Logic and Accuracy Tests before Early Voting for General Election Begins for Accessible Voting System Units | 16-449 Procedures Manual | |
| 10/2/2014 | GE-33 | BOS | Print Ballots and Ballot Labels | 16-405*, 16-466*, 16-503*, 16-545* | |
| 10/2/2014 | GE-33 | REC | Appoint Special Election Boards | 16-549* | |
| 10/3/2014 | GE-32 | BOS | Accept List Submitted by County Party Chairmen of Party Election Observers | 16-590* | |
| 10/3/2014 | GE-32 | BOS | Designate Locations for Central Counting Place Boards, Precinct Boards, Early Boards Data Processing Boards and Receiving Site Boards | 16-608* | |
| 10/5/2014 | GE-30 | GOV | Issuance of Proclamation for General Election by Governor | 16-214 | WEEKEND |
| 10/6/2014 | GE-29 | REC | Last day to Register to Vote for the November 4, 2014 General Election at midnight | 16-120 | |
| 10/6/2014 | GE-29 | SOS | General Election Voter Registration Report | 16-168(G) | |
| 10/6/2014 | GE-29 | BOS | Designate Locations for Receiving Sites, Central Counting Place, Computer Center and Early Processing Center | 16-551* | |
| 10/9/2014 | GE-26 | REC | Begin Early Voting for General Election | 16-542(C) | |
| 10/9/2014 | GE-26 | REC | Mail Early Ballots to voters on permanent early voting list | 16-544(F) | |
| 10/10/2014 | GE-25 | BOS | Print Challenge Lists and Payroll Vouchers | 16-536*, 16-594* | |
| 10/10/2014 | GE-25 | BOS | Ballot Labels Ready for Voting Devices | 16-405*, 16-466*, 16-506* | |
| 10/10/2014 | GE-25 | BOS | Print Poll Lists | 16-516* | |
| 10/10/2014 | GE-25 | BOS | Receive Election Proclamation by Governor | 16-214 | |
| 10/10/2014 | GE-25 | BOS | Print Official and Unofficial Return Envelopes | 16-511*, 16-615*, 16-616* | |
| 10/10/2014 | GE-25 | BOS | Print Duplicate Ballot Report Forms | 16-608* | |
| 10/10/2014 | GE-25 | BOS | Print "No Smoking," "Vote Here," "Seventy-five Foot Limit", "Arrow," "Instructions to Voters and Election Officers" and "Right to Vote a Provisional Ballot" signs | 16-513*, 16-513.01*, 16-515*, 16-563(2)* | |
| 10/13/2014 | GE-22 | BOS | Confirm or Rearrange (as a result of Primary Election) Layout floor space for receiving sites, central counting place, computer center, and early processing center | ** | HOLIDAY |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 10/13/2014 | GE-22 | BOS | Precinct Supplies on Hand | 16-404*, 16-405*, 16-426*, 16-447*, 16-511-515* | HOLIDAY |
| 10/14/2014 | GE-21 | REC | Deliver Complete Copies of Precinct Registers to County and State Party Chairmen | 16-168 | |
| 10/15/2014 | GE-20 | BOS | Deadline to Designate Polling Places (except for special district and mail ballot elections) | 16-411(B) | |
| 10/15/2014 | GE-20 | BOS | Appoint ALL Election Boards | 16-531, 16-535, 16-551 | |
| 10/17/2014 | GE-18 | BOS | Print Log Books and Forms for Receiving Sites, Central Counting Place, Computer Center and Early Ballot Processing Center | 16-608* | |
| 10/17/2014 | GE-18 | BOS | Outline Polling Place Support Plan for Election Day | ** | |
| 10/21/2014 | GE-14 | BOS | Mail Notice to County Party Chairmen as to Time and Place when Voting Devices can be Inspected | 16-447(B)* | |
| 10/21/2014 | GE-10 Business Days | SOS | SOS Performs Logic and Accuracy Tests Within Ten Business days of November 4, 2014 General Election - Notify Public 48 hours in Advance | 16-449 Procedures Manual | |
| 10/24/2014 | GE-11 | SOS | Begin Filing Standing Committee Pre-General Report Campaign Finance Report covering September 16, 2014 - October 23, 2014 | 16-913(B)(C)(K), 16-916(D) | |
| 10/24/2014 | GE-11 | SOS | Begin Filing Pre-General Report Campaign Finance Report covering September 16, 2014 - October 23, 2014 | 16-913(B), 16-916(D) | |
| 10/24/2014 | GE-11 | REC | Deadline for Accepting Requests for Assistance by Special Election Board due to "Continuing" Illness at 5:00 p.m. | 16-549(D) | |
| 10/24/2014 | GE-11 | REC | Deadline for Accepting Requests for Early Ballot | 16-542(E) | |
| 10/24/2014 | GE-11 | BOS | Mail Sample Ballot to every Household that Contains a Registered Voter | 16-510(C) | |
| 10/24/2014 | GE-11 | REC | Begin Accepting Requests for Early Ballots as a Result of an Emergency Occurring between 5:00 p.m. on October 24, 2014 and 5:00 p.m. on November 3, 2014 that would Prevent the Elector from Voting at the Polls | 16-542(H) | |
| 10/25/2014 | GE-10 | BOS | File Computer Program and Voting Equipment Certification for General Election with Secretary of State | 16-445, Procedures Manual | WEEKEND |
| 10/25/2014 | GE-10 | REC | Begin Accepting Requests for Assistance by Special Election Board due to "Unanticipated Illness | 16-549(D) | WEEKEND |
| 10/25/2014 | GE-10 | BOS | Deadline to Publish Election Proclamation made by Governor | 16-214(C) | WEEKEND |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 10/25/2014 | GE-10 | BOS | Assemble Precinct Kits, Supplies and Materials | 16-404*, 16-405*, 16-426*, 16-447*, 16-511-515* | WEEKEND |
| 10/25/2014 | GE-10 | REC | Prepare Official Precinct Registers | 16-168 | WEEKEND |
| 10/25/2014 | GE-10 | REC | Provide Inactive Voter List to each Precinct | 16-583* | WEEKEND |
| 10/25/2014 | GE-10 | BOS | Ballot Pages Printed and Ready for Inspection | 16-503(A) | WEEKEND |
| 10/28/2014 | GE-7 | BOS | Complete Ballot and Supply Dispersal Plan | 16-509* | |
| 10/28/2014 | GE-7 | BOS | Complete Plans for Transfer to Alternate Computer Facility | ** | |
| 10/28/2014 | GE-7 | BOS | Complete Receiving Site Ballot Card Pick-up Plan | ** | |
| 10/28/2014 | GE-7 | ELEC | Tallying of early ballots may begin | 16-550(B) | |
| 10/28/2014 | GE-7 | ELEC | Deadline for political parties to provide names of persons intending to participate in hand count by 5:00 p.m. | 16-602(B)(7) | |
| 10/29/2014 | GE-6 | ELEC | Deadline for officer in charge to notify political parties of shortage in number of persons intending to participate in hand count **by 9:00 a.m.** | 16-602(B)(7) | |
| 10/30/2014 | GE-5 | ELEC | Deadline for political parties to provide sufficient number of additional persons to cover hand count board shortages by 5:00 p.m. | 16-602(B)(7) | |
| 10/31/2014 | GE-4 | SOS | Deadline for Filing Standing Committee Pre-General Report Campaign Finance Report covering September 16, 2014 - October 23, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| 10/31/2014 | GE-4 | SOS | Deadline for Filing Pre-General Report Campaign Finance Report covering September 16, 2014 - October 23, 2014 | 16-913(B), 16-916(D) | |
| 10/31/2014 | GE-4 | REC | Deadline for Uniformed and Overseas Citizens Recently Discharged or Separated from Employment to Register to Vote for the General Election at 5:00 p.m. | 16-103 | |
| 11/2/2014 | GE-2 | BOS | If BOS Fails to Designate Polling Places, the Justice of the Peace may Designate Polling Places | 16-411(C) | WEEKEND |
| 11/2/2014 | GE-2 | BOS | Deliver Ballots to Inspector | 16-509 | WEEKEND |
| 11/3/2014 | GE-1 | BOS | Complete Instructional Classes for Precinct Boards, Receiving and Central Counting Place Boards and Data Processing Boards | 16-532 | |
| 11/3/2014 | GE-1 | BOS | Deliver Polling Place Supplies | 16-404,16-447(D), 16-511* | |
| 11/3/2014 | GE-1 | REC | Deadline for Accepting Requests for Assistance by Special Election Board due to "Unanticipated Illness | 16-549(D) | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| 11/3/2014 | GE-1 | REC | Deadline for Accepting Requests for Early Ballots as a Result of an Emergency Occurring between 5:00 p.m. on October 24, 2014 and 5:00 p.m. on November 3, 2014 that would Prevent the Elector from Voting at the Polls | 16-542(H) | |
| 11/3/2014 | GE-1 | REC | Deliver List of all Electors who were Issued Early Ballots to Precinct Inspectors | 16-542(G) | |
| 11/3/2014 | GE-1 | BOS | Deliver List of Qualified Write-in Candidates to Inspector to be Posted Election Day in Polling Place | 16-312* | |
| 11/3/2014 | GE-1 | BOS | Complete Post Election Supply and Materials Pick-up Plan | ** | |
| 11/3/2014 | GE-1 | BOS | Complete Voter Education Program - Public Display of Voting Equipment | 16-406 | |
| 11/4/2014 | GE | ALL | **November 4, 2014 General Election** | 16-211 | |
| 11/4/2014 | GE | REC | Continue Delivery of Early Ballots to Early Boards until 7:00 p.m. | 16-551(C) | |
| 11/4/2014 | GE | REC | Deadline for Uniformed and Overseas Citizens Residing Outside Arizona to Register to Vote for the General Election at 7:00 p.m. | 16-103 | |
| 11/4/2014 | GE | BOS | Complete Central Counting Place Set-up and Furnish Supplies | 16-621 | |
| 11/4/2014 | GE | CCEC | End of CCEC General Election Period | 16-961(B)(5) | |
| 11/5/2014 | GE+1 | ELEC | Hand Count begins within 24 hours of the closing of the polls | 16-602(I) | |
| 11/5/2014 | GE+1 | ELEC | Select by lot 2% of precincts and perform hand count on those ballots | 16-602(B)(1) | |
| 11/5/2014 | GE+1 | ELEC | Select contested races to be hand counted | 16-602(C) | |
| 11/5/2014 | GE+1 | SOS | Begin Exploratory Period for Statewide Candidates for 2016 Election, covers November 5, 2014 - July 31, 2015 | 16-961(B)2 | |
| 11/5/2014 | GE+1 | CCEC | Candidates to Return Monies above Sufficient Amount to Pay Unpaid Bills During General Election Period | 16-953(B) | |
| 11/10/2014 | GE+6 | BOS | Deadline to Hear Early Ballot Challenges | 16-552(E) | |
| 11/10/2014 | GE+6 | BOS | First day to Canvass Returns and Issue Certificates of Election | 16-642, 16-645 | |
| 11/10/2014 | GE+6 | CLK | Deliver Certificates of Election | 16-647 | |
| 11/12/2014 | GE+5 Business Days | REC | Last day for Identification Verification for Conditional Provisional Ballots | 16-579 Procedures Manual | |
| 11/14/2014 | GE+10 | REC | Process Provisional Ballots | 16-135, 16-584(D) | |
| 11/20/2014 | GE+16 | BOS | Voting Devices may be Unsealed | 16-428 | |
| 11/20/2014 | MayE-180 | BOS | Deadline for 180 day notice by Board of Supervisors for May 19, 2015 Election | 16-205 | |
| 11/24/2014 | GE+20 | BOS | Last day to Canvass Returns and Issue Certificates of Election | 16-642, 16-645 | |

| DATE | DATE IN STATUTE | Cat 1 | EVENT | A.R.S. REFERENCE | HOLIDAY STATUS |
|---|---|---|---|---|---|
| **11/24/2014** | GE+20 | GOV | Proclamation on Constitutional Amendments and Measures by Governor | 16-651* | |
| **11/25/2014** | GE+21 | SOS | Begin Filing Standing Committee Post-General Campaign Finance Report covering October 24, 2014 - November 24, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| **11/25/2014** | GE+21 | SOS | Begin Filing Post-General Campaign Finance Report covering October 24, 2014 - November 24, 2014 | 16-913(B), 16-916(D) | |
| **12/1/2014** | GE+ 4th Monday | SOS | **OFFICIAL CANVASS OF GENERAL ELECTION** Canvass Returns of all Statewide or Legislative Offices - Issue Certificates of Election | 16-648(A) | |
| **12/4/2014** | GE+30 | SOS | Deadline for Filing Standing Committee Post-General Campaign Finance Report covering October 24, 2014 - November 24, 2014 | 16-913(B)(C)(K), 16-916.01, 16-201 & 16-204 | |
| **12/4/2014** | GE+30 | SOS | Deadline for Filing Post-General Campaign Finance Report covering October 24, 2014 - November 24, 2014 | 16-913(B), 16-916(D) | |
| **12/4/2014** | GE+30 | CCEC | Candidates Shall Pay Uncontested / Unpaid Bills from General Election | 16-953(C) | |

# CHAPTER 16 – RETENTION SCHEDULE



## Arizona State Library, Archives and Public Records

### General Records Retention Schedule for
### All Public Bodies
### Election Records

### Schedule Number:
### 000-12-65

**Authorization and Approval**

Pursuant to ARS §41-151.12, the retention periods listed herein are the minimum amount of time records may be kept.  Keeping records for a time period shorter than their approved retention period is illegal.  Records required for ongoing or foreseeable official proceedings such as audits, lawsuits or investigations, must be retained until released from such official proceedings, notwithstanding the instructions of this schedule.  If it is believed that special circumstances warrant that records should be kept for a shorter time than the time period listed in this schedule or that any of these records may be appropriate for transfer to the State Archives, please contact the Records Management Division to inquire about a change to the retention period.  Only the Arizona State Library, Archives and Public Records has the authority to set records retention periods.  **Public records, including electronic records, not listed in this schedule are not authorized to be destroyed.**

Lisa Maxwell, Director
Records Management Division
Arizona State Library, Archives and Public Records

Date Approved: July 10, 2012

**General Records Retention Schedule for
All Public Bodies
Election Records**

| Item # | Records Series | Retention (Yrs.) | Remarks |
|---|---|---|---|
| 1. | Candidate Records (State and local, including campaign finance records, nomination papers, petitions, affidavits, financial disclosure statements, statements of organization, threshold statements and other related records) | | |
| | a. If elected | 3 | After term in office ended |
| | b. If not elected | 3 | After PAC terminated or after date of election, whichever is later |
| | c. Federal elections | 2 | After date of election |
| 2. | Court Challenge Records | | |
| | a. Historical | Permanent | Preserve pursuant to ARS §39-101 |
| | b. All others | 2 | After calendar year resolved |
| 3. | Cumulative Independent Expenditure Notification Forms | 3 | After date of election |
| 4. | Department of Justice Records (including submissions and Americans with Disabilities Act (ADA) records) | Permanent | Preserve pursuant to ARS §39-101 |
| 5. | Election Records (Voted ballots, voting abstracts (ARS §16-618, 619) and related voting materials, including voted ballots, official and unofficial returns envelopes, unofficial results, early voting requests, county special election records, write-in tally sheets, official poll lists, tally lists and voted ballots (ARS §16-615); unofficial poll lists and tally lists(ARS §16-616); chain of custody documents, logic and accuracy test records, hand count/ early ballot audit documents and related records) | | |
| | a. State and Local Elections | 6 months | After date of election |
| | b. Federal and Presidential Preference Elections | 2 | After date of election (ARS §16-624(A); USC §42-1974) |

Lisa Maxwell, Director
Records Management Division
Arizona State Library, Archives and Public Records

Page 1 of 3

**General Records Retention Schedule for
All Public Bodies
Election Records**

| Item # | Records Series | Retention (Yrs.) | Remarks |
|---|---|---|---|
| | c. Political Subdivision Records | | |
| | i. If not retained by office | - | Transfer to political subdivision after election |
| | ii. All other records | - | After calendar year 2 regular elections held or after political subdivision ceases to exist or after political subdivision begins holding own elections, whichever comes first |
| 6. | Election Violation Complaint Records | | |
| | a. Resolved through litigation | 5 | After litigation completed |
| | b. Resolved without litigation | 2 | After date of election |
| 7. | Maps (Precincts and districts, including legal descriptions) | Permanent | Preserve pursuant to ARS §39-101 |
| 8. | Official Canvass (ARS §16-646) | Permanent | Preserve pursuant to ARS §39-101 |
| 9. | Political Action Committee (PAC) Records | | |
| | a. Standing PAC | | |
| | i. Initial filing records | 3 | After PAC terminated |
| | ii. Jurisdictional filing records (records filed with jurisdictions where PAC is campaigning) | 3 | After PAC terminated or after date of election, whichever is later |
| | b. All others | 3 | After PAC terminated |
| 10. | Polling Place Records (including consent forms) | | |
| | a. Presidential Preference Election (PPE) | - | After next PPE held |
| | b. All others | 2 | After date of election |
| 11. | Poll Worker for Election Day Records (including financial records, names, addresses, poll worked, sign-in sheets, reports and handouts and other related records) | 2 | After date of election |
| 12. | Publicity Records (including pamphlets and other educational documentation for election issues) | | |
| | a. Historical | Permanent | Preserve pursuant to ARS §39-101 |

Lisa Maxwell, Director
Records Management Division
Arizona State Library, Archives and Public Records                    Page 2 of 3

**General Records Retention Schedule for**
**All Public Bodies**
**Election Records**

| Item # | Records Series | Retention (Yrs.) | Remarks |
|---|---|---|---|
| | b. All others | - | After fiscal year election held |
| 13. | Report of Voter Statistics (if issued) | 10 | After date of election |
| 14. | Signature Rosters (including for traditional elections, this is the actual signature roster and may include notation for voters that mail-in ballots and for elections that are fully conducted via mail-in / on-line, this can be a roster/checklist of citizens that actually voted in the election) | Permanent | Preserve pursuant to ARS §39-101 |
| 15. | Title 19 Records (including initiatives, recalls and referendum) | | |
| | a. Historical | Permanent | Preserve pursuant to ARS §39-101 |
| | b. Petitions, certification sheets and related correspondence | 1 | After calendar year of election. If no election held, return petitions to petitioner |
| | c. Application for initiatives, recalls and referendum | 10 | After calendar year filed |
| 16. | Video Recording of Ballot Counting and Related Records (for any statewide, county or legislative election) | 30 days | After end of challenge period on general election (ARS §16-621) |

**Supersedes schedule dated April 20, 2012**

Lisa Maxwell, Director
Records Management Division
Arizona State Library, Archives and Public Records          Page 3 of 3

CHAPTER 16 – RETENTION SCHEDULE

**CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES**

**Voting Equipment Certification**

# The Arizona Secretary of State

## Arizona Voting System Certification

Revised April 1, 2010

# Table of Contents

GENERAL PROVISIONS ...................................................................2

PROCESS FOR APPLICATION ...........................................................4
ELIGIBILITY .................................................................................4
FILING OF APPLICATION ................................................................4
SUBMISSION OF MATERIALS ...........................................................4
WITHDRAWAL OF APPLICATION .......................................................4

RE-CERTIFICATION .......................................................................5
CUSTOM OPERATING SYSTEMS OR SOFTWARE ...................................5
CHANGES TO HARDWARE ...............................................................5
VOTING SYSTEM APPLICATION SOFTWARE .........................................5
Voting System Engineering Changes ............................................5

PROCESS FOR EVALUATION ...........................................................5
APPLICATION EVALUATION .............................................................5
DEMONSTRATION AND FUNCTIONALITY TESTING (TESTING) ..................5
RECOMMENDATION OF COMMITTEE ..................................................6

FINAL ADOPTION ..........................................................................6
NOTIFICATION OF DECISION ...........................................................6
CERTIFICATION OF SYSTEM CONFIGURATION .....................................6
ESCROW ....................................................................................6

APPEAL PROCESS ........................................................................6
SCOPE ......................................................................................6
FORM OF NOTICE OF APPEAL .........................................................6
INSTRUCTIONS FOR FILING .............................................................6
PROCESSING OF APPEAL ...............................................................7
HEARING ....................................................................................7
FINAL DETERMINATION ..................................................................7
ALTERNATIVE APPEAL RESOLUTION .................................................7
REMEDIES ..................................................................................8
RECORD .....................................................................................8

**Arizona Secretary of State's Office**
**Election Services Division**
**Attention: Kris Waite**
**1700 West Washington Street, 7th Floor**
**Phoenix, Arizona 85007**

**Kris Waite**
**602-542-6209**
**kwaite@azsos.gov**

1

*Voting System Certification*                    *Revised April 1, 2010*
                                                 *Arizona Secretary of State*

**Arizona Voting System Certification Process**

**General Provisions**

- Pursuant to A.R.S. § 16-442(B) beginning in January 2006 voting machines and devices used in federal, state or county elections may only be certified and used in Arizona if they have been tested to the appropriate voting system standards and approved by a laboratory that is accredited by the federal Election Assistance Commission (EAC), pursuant to P.L. 107-252. In addition to federal certification, all components of an electronic voting system must meet all requirements of Arizona State law.

- A.R.S. § 16-446 details the specific requirements for electronic voting machines:

  A. An electronic voting system consisting of a voting or marking device in combination with vote tabulating equipment shall provide facilities for voting for candidates at both primary and general elections.

  B. An electronic voting system shall:

    1. Provide for voting in secrecy when used with voting booths.

    2. Permit each elector to vote at any election for any person for any office whether or not nominated as a candidate, to vote for as many persons for an office as he is entitled to vote for, to vote for or against any question upon which he is entitled to vote, and the vote tabulating equipment shall reject choices recorded on his ballot card or paper ballot if the number of choices exceeds the number which he is entitled to vote for the office or on the measure.

    3. Prevent the elector from voting for the same person more than once for the same office.

    4. Be suitably designed for the purpose used, of durable construction, and may be used safely, efficiently and accurately in the conduct of elections and counting ballots.

    5. Be provided with means for sealing the voting or marking device against any further voting after the close of the polls and the last voter has voted.

    6. When properly operated, record correctly and count accurately every vote cast.

    7. Provide a paper document or ballot that visually indicates the voter's selections.

- Additional Provisions for the specific Arizona-Wyoming Ballot Rotation and other general requirements for voting equipment are found in A.R.S. Title 16 Chapter 4.

---

*Voting System Certification*                                    *Revised April 1, 2010*
                                                                  *Arizona Secretary of State*

- Pursuant to A.R.S. § 16-442(A):  The Secretary of State shall appoint a committee of three persons (Committee), no more than two of whom shall be of the same political party, to investigate and test the various types of vote recording or tabulating machines or devices which may be used in state and local elections. They shall submit their recommendations to the Secretary of State who shall make final adoption.

- When considering voting equipment for Arizona certification, the Committee will take into consideration recommendations received pursuant to A.R.S. § 16-442.01.

- All electronic voting systems certified by the state will exactly match the system tested and approved by the Voting System Test Laboratories (VSTL).  The system's digital software signature may be used for verification.

- Pursuant to A.R.S. § 16-1004(B):   A person who knowingly modifies the software, hardware or source code for voting equipment without receiving approval or certification pursuant to section 16-442 is guilty of a class 5 felony.

---

3

*Voting System Certification*                                    *Revised April 1, 2010*

*Arizona Secretary of State*

**Process for Application**

*Eligibility*

Any vendor otherwise qualified to do business in the State of Arizona and capable of producing voting systems that meet federal and state requirements may apply for state certification.

All hardware and software components of the system will perform as specified in literature and testing as well as conform to all applicable federal, state and local statutes.

*Filing of Application*

1.  Applications may be filed at any time in the form prescribed by the Secretary of State (SOS).

2.  Applications for certification will be reviewed for completeness within 30 days of submission.  Applications must be completed in full before the evaluation process can begin.  Incomplete applications will not be eligible for Committee evaluation and will be returned to the vendor.  Returned applications can be resubmitted to the SOS upon completion.

3.  A complete application includes the following documentation:

    -Official Application with Self Certification

    -Product Descriptions/Sales Brochures

    -Applicable Software and Hardware VSTL Reports

    -EAC (NASED) Certification Numbers

    -Date of previous Arizona certification (re-certification applications only)

    -Description of modifications since prior Arizona certification (re-certification applications only)

*Submission of Materials*

Submissions may be filed in person at the Secretary of State's office in Phoenix or by common carrier (such as the U.S. Postal Service).  All documents must be submitted in Adobe Acrobat (pdf) format.

*Withdrawal of Application*

The applicant may withdraw an application at any time before the process is completed.

The request for withdrawal must be in writing to the SOS and will become effective when accepted by the SOS. Applicants that have withdrawn applications can reapply at anytime.

---

4

*Voting System Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES

Secretary of State, June 2014

265

**Re-Certification**

*Custom Operating Systems or Software*

Custom operating system or custom third party software and the associated operating and security patches must be certified. The patches may only be distributed after the patched system has been re-certified.

Modifications to firmware shall be treated as modifications to software.

*Changes to Hardware*

Modifications to product lines of custom designed computing platforms must be re-certified.

Modifications to hardware used for vote casting or counting must be re-certified.

*Voting System Application Software*

Any upgrades or patches to previously certified voting system application software must be re-certified.

*Voting System Engineering Changes*

Any application for an Engineering Change Order (ECO) or modification to a voting system that has not been certified by the EAC must be certified as a Voting System Engineering Change in Arizona.

**Process for Evaluation**

*Application Evaluation*

The Committee will review the completed application and determine if a vendor demonstration and functionality testing is required.  Prior applications from the same vendor may be reviewed.

*Demonstration and Functionality Testing (Testing)*

Testing will be scheduled within 120 days of receipt of a completed application and shall be held at the location and time decided by the Committee. More than one vendor may be asked to test their system on any given date.

Systems tested must use <u>exactly</u> the same hardware, firmware and software versions submitted in the official application.

There must be sufficient quantities of consumables for the Committee to adequately test the voting system.  Test ballots must be identical in format to ballots that would be used in actual elections conducted in the State.

Applicants may be given a demonstration script and must complete the entire script. Applicants may also demonstrate additional features of the product after completing the script.

Tests will be conducted in a public meeting.

5

*Voting System Certification*                                            *Revised April 1, 2010*
                                                                          *Arizona Secretary of State*

The voting system must meet all of the requirements listed under "General Provisions".

*Recommendation of Committee*

Upon completion of the evaluation and testing process the Committee will submit its recommendation in writing to the Secretary of State.

**Final Adoption**

*Notification of Decision*

The applicant will be notified in writing of the Secretary of State's decision regarding adoption or denial of official certification.

*Certification of System Configuration*

The entire configuration of hardware, software and firmware shall be certified and used as a unified voting system.

*Escrow*

Upon issuance of a certification number by the EAC, the test lab shall deposit a copy of the certified voting system software with the National Software Reference Library, but before a voting system may be used in a State election, the vendor must place all application source code into either public domain or software escrow, and authorize the State as recipient of escrow.

**Appeal Process**

*Scope*

The denial of certification pursuant to A.R.S. § 16-442(A) is an appealable agency action. You may request a hearing on this denial by submitting a written Notice of Appeal pursuant to A.R.S. § 41-1092.03 no later than thirty (30) days after receiving the Notification of Decision.  Under this process the vendor or any affected jurisdiction that believes the denial of certification should be reconsidered may file an appeal. Upon receiving the formal appeal in the Secretary of State's office the Secretary of State's office shall begin the resolution process.

*Form of Notice of Appeal*

An appeal filed under this procedure shall be in writing, notarized, signed and sworn to. The Notice of Appeal must state the name and address of the vendor, the specific action or actions of the Secretary of State's office that are the basis of the hearing request, and a concise statement of the reasons for the appeal.

*Instructions for Filing*

  1) **Where to File.**  The Notice of Appeal may be filed in person or by common carrier (such as the U.S. Postal Service) at the Arizona Secretary of State's Office, 1700

---

6

*Voting System Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

West Washington, 7th Floor, Phoenix, Arizona 85007. Forms cannot be accepted by e-mail or facsimile.

2) **When to File.** The vendor or an affected jurisdiction that believes the denial of certification should be reconsidered may file an appeal. An appeal may be filed up to but no more than 30 days following the issuance of the Notice of Decision of Certification.

*Processing of Appeal*

1) Consolidation. In the event the appeal raises common questions of law and fact to other pending appeals, the Secretary of State may consolidate the appeals and notify the appellants of the changed status.

2) Notice to affected Jurisdictions. Within 5 business days of receiving an appeal in the Secretary of State's office, the Secretary of State shall notify all affected jurisdictions of the appeal.

*Hearing*

1) Within 5 business days of receiving an appeal in the Secretary of State's office that requests a hearing, the Secretary of State shall notify the Office of Administrative Hearings in accordance with Arizona Administrative Code (A.A.C.) R2-19-103 to schedule a hearing.

2) The hearing shall be conducted no sooner than 10 days and no later than 60 days after the Secretary of State receives the Notice of Appeal in the Secretary of State's office.

3) The hearing shall be conducted in accordance with the procedures set forth in Title 41, Chapter 6, Article 9 and the Arizona Administrative Code, Chapter 19, Article 1.

4) The appellant shall bear the burden of persuasion.

5) The administrative law judge decision issued pursuant to A.R.S. § 41-1092.08(A) shall include an appropriate remedy if an appropriate remedy is available.

*Final Determination*

The Secretary of State or the Secretary of State's designee may accept, reject or modify the decision of the administrative law judge pursuant to A.R.S. § 41-1092.08(D) and such action shall constitute the final determination with respect to the appeal. The Secretary of State shall give notice to all parties involved of this determination. The final determination shall be made within 90 days of the filing of the Notice of Appeal with the Secretary of State unless the appellant consents to a longer period.

*Alternative Appeal Resolution*

1) If the Secretary of State or the Secretary of State's designee fails to meet the deadline for a final determination, the appeal shall be resolved within 60 days under the alternative appeal resolution procedures established by this section.

2) On or before the 5th business day after a final determination was due, the Secretary of State shall designate in writing an administrative law judge who shall be a neutral party not associated with the appellant or any affected jurisdiction.

7

*Voting System Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

3) The administrative law judge may review the record compiled in connection with the appeal, but need not receive additional testimony or evidence. The administrative law judge may request that the parties present additional briefs, memoranda or oral testimony.

4) Subject to the provisions of Section 9, the administrative law judge shall determine the appropriate remedy for the appeal to the extent provided by law.

5) The administrative law judge must issue a written resolution within 60 days after the Secretary of State's final determination was due. This 60-day period may not be extended without the express written consent of the appellant. The final resolution shall be transmitted by the administrative law judge to the Secretary of State and shall be the final resolution of the appeal. The Secretary of State shall mail the final resolution to the appellant, all affected jurisdictions, and any other interested person who has asked in writing to be advised of the final resolution. It shall also be published on the Secretary of State's Web site and made available on request to any interested person.

*Remedies*

No remedy may involve the awarding of compensatory or punitive monetary damages to an appellant or a finding that a member of the Committee is subject to civil penalties. An appropriate remedy may include, but is not limited to any or all of the following:

    a. certification of the denied voting system pursuant to the requirements for voting equipment found in A.R.S. Title 16 Chapter 4.

*Record*

1) The Secretary of State shall compile and maintain an official record in connection with each appeal filed pursuant to these provisions. This official record shall be retained for a period of 24 months. The official record shall contain:

    a. A copy of the appeal, including any amendments;

    b. A copy of any written submission by the appellant;

    c. A copy of any written response by any affected jurisdictions or other interested person;

    d. A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the appeal;

    e. Copies of all notices and correspondence to or from the Secretary of State in connection with the appeal;

    f. Originals or copies of any tangible evidence produced at any hearing conducted during the appeal;

    g. A copy of the audio recording produced at any oral hearing conducted; and

    h. A copy of any final determination made.

2) The record and other materials from any proceedings conducted under the appeal procedures established under this section shall be made available for use under the alternative appeal resolution procedures.

8

*Voting System Certification*                                      *Revised April 1, 2010*

                                                                   *Arizona Secretary of State*

I, Secretary of State Ken Bennett, hereby approve and adopt this
revised Arizona Voting System Certification procedure in
accordance with A.R.S. § 16-442, effective April 1, 2010.



IN WITNESS WHEREOF,
I have hereunto set my hand
and affixed the Great Seal
of the State of Arizona.
Done at the Capitol in
Phoenix on the 30th day of
March, 2010.

KEN BENNETT
Secretary of State

CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES

**Voting Equipment Decertification**

# The Arizona Secretary of State

## Arizona Voting System Decertification

Revised April 1, 2010

# Table of Contents

GENERAL PROVISIONS.................................................................................2

DECERTIFICATION PROCESS .......................................................................3
   REASONABLE CAUSE..................................................................................3
   STANDARDS FOR DECERTIFICATION...........................................................3

FINAL DETERMINATION & NOTICE OF DECERTIFICATION.........................4

APPEAL PROCESS .......................................................................................4
   SCOPE ......................................................................................................4
   FORM OF NOTICE OF APPEAL....................................................................4
   INSTRUCTIONS FOR FILING.........................................................................4
   PROCESSING OF APPEAL...........................................................................5
   HEARING...................................................................................................5
   FINAL DETERMINATION..............................................................................5
   ALTERNATIVE APPEAL RESOLUTION...........................................................5
   REMEDIES .................................................................................................6
   RECORD ....................................................................................................6

**Arizona Secretary of State's Office**
**Election Services Division**
**Attention: Kris Waite**
**1700 West Washington Street, 7th Floor**
**Phoenix, Arizona 85007**

**Kris Waite**
**602-542-6209**
**kwaite@azsos.gov**

1

*Voting System Decertification*

*Revised April 1, 2010*
*Arizona Secretary of State*

**Arizona Voting System Decertification Process**

**General Provisions**

- Pursuant to A.R.S. § 16-442(C): After consultation with the committee prescribed by subsection A, the Secretary of State shall adopt standards that specify the criteria for loss of certification for equipment used at any election for federal, state or county offices and that was previously certified for use in this state.  On loss of certification, machines or devices used at any election may not be used for any election for federal, state or county office in this state unless recertified for use in this state.
- Pursuant to A.R.S. § 16-442(D): The Secretary of State may revoke the certification of any voting system or device for use in a federal, state or county election in this state or may prohibit for up to five years the purchase, lease or use of any voting system or device leased, installed or used by a person or firm in connection with a federal, state or county election in this state, or both, if either of the following occurs:
    - 1. The person or firm installs, uses or permits the use of a voting system or device that is not certified for use or approved for experimental use in this state pursuant to this section.
    - 2. The person or firm uses or includes hardware, firmware or software in a version that is not certified for use or approved for experimental use pursuant to this section in a certified voting system or device.

---

2

*Voting System Decertification*

*Revised April 1, 2010*
*Arizona Secretary of State*

## Arizona Voting System

### Decertification Process

*Reasonable Cause*

If the Secretary of State (SOS) has reasonable cause to believe that a voting system certified in the state of Arizona is not performing in compliance with all applicable state and federal standards and laws the SOS shall issue an Intent to Decertify to the equipment vendor and affected jurisdictions.

Affected parties will have 30 days from the issuance of the Intent to Decertify to submit written comments either in support of or opposition to the decertification of the voting equipment/system. At the close of the comment period, the SOS will have 30 days to issue a final determination.

*Standards for Decertification*

The following standards will be considered when making the determination to decertify:

1. Material Breach

The vendor's voting system may be subject to decertification as a result of any material breach in its contract with the state or any of its jurisdictions. Voting systems that are decertified may be (but not necessarily will be) reinstated when the material breach has been addressed to the satisfaction of the SOS.

2. Ineligible Application

The vendor's voting system may be subject to decertification if there is any material misrepresentation later discovered on an initial application and may result in the decertification of the voting system for use within the State.

3. Installation of Illegal Equipment

The SOS may revoke the certification of any voting system or may prohibit for up to five years the purchase, lease or use of any voting system or device leased, installed or used by a person or firm in connection with a federal, state or county election in this state, or both, if either of the following occurs:

    A. The person or firm installs, uses or permits the use of a voting system or device that is not certified for use or approved for experimental use in this state pursuant to this section.

    B. The person or firm uses or includes hardware, firmware or software in a version that is not certified for use or approved for experimental use pursuant to this section in a certified voting system or device.

4. Failure to Perform

The vendor's voting system may be subject to decertification if the voting system fails to perform or fails to meet federal guidelines or state law for accuracy, dependability or security.

---

3

*Voting System Decertification*

*Revised April 1, 2010*
*Arizona Secretary of State*

CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES

Secretary of State, June 2014

274

5. Federal Decertification

The vendor's voting system may be subject to decertification if the Election Assistance Commission (EAC) decertifies the equipment at the federal level.

6. Expiration of Emergency Conditional Certification

Pursuant to A.R.S. § 16-442(G), any such emergency certification shall be limited to no more than six months.  Certification will automatically expire after six months from the date that ECC is granted.

7. Failure to Place Election Equipment Source Code in Escrow and Authorize the State as Recipient of Escrow

The vendor's voting system may be subject to decertification if the vendor fails to place all application source code into either public domain or software escrow, and authorize the State as recipient of escrow.


**Final Determination & Notice of Decertification**


Upon completion of the evaluation process the Secretary of State will make his or her final determination.  If the decision is to decertify, the SOS will issue a Notice of Decertification that will specify the reasons why the system is being decertified and the date on which the decertification is to become effective.


**Appeal Process**


*Scope*

Decertification pursuant to A.R.S. § 16-442(C)&(D) is an appealable agency action.   You may request a hearing on this decertification by submitting a written Notice of Appeal pursuant to A.R.S. § 41-1092.03 no later than thirty (30) days after receiving the Notice of Decertification.  Under this process the vendor or any affected jurisdiction that believes the decertification should be reconsidered may file an appeal. Upon receiving the formal appeal in the Secretary of State's office the Secretary of State's office shall begin the resolution process.

*Form of Notice of Appeal*

An appeal filed under this procedure shall be in writing, notarized, signed and sworn to.  The Notice of Appeal must state the name and address of the vendor, the specific action or actions of the Secretary of State's office that are the basis of the hearing request, and a concise statement of the reasons for the appeal.

*Instructions for Filing*

1) **Where to File.**  The Notice of Appeal may be filed in person or by common carrier (such as the U.S. Postal Service) at the Arizona Secretary of State's Office, 1700 West

---

4

*Voting System Decertification*

*Revised April 1, 2010*
*Arizona Secretary of State*

Washington, 7th Floor, Phoenix, Arizona 85007. Forms cannot be accepted by e-mail or facsimile.

2) **When to File.**  The vendor or an affected jurisdiction that believes the decertification should be reconsidered may file an appeal.  An appeal may be filed up to but no more than 30 days following the issuance of the Notice of Decertification.

*Processing of Appeal*

1) Consolidation.  In the event the appeal raises common questions of law and fact to other pending appeals, the Secretary of State may consolidate the appeals and notify the appellants of the changed status.

2) Notice to affected Jurisdictions.  Within 5 business days of receiving an appeal in the Secretary of State's office, the Secretary of State shall notify all affected jurisdictions of the appeal.

*Hearing*

1) Within 5 business days of receiving an appeal in the Secretary of State's office that requests a hearing, the Secretary of State shall notify the Office of Administrative Hearings in accordance with Arizona Administrative Code (A.A.C.) R2-19-103 to schedule a hearing.

2) The hearing shall be conducted no sooner than 10 days and no later than 60 days after the Secretary of State receives the Notice of Appeal in the Secretary of State's office.

3) The hearing shall be conducted in accordance with the procedures set forth in Title 41, Chapter 6, Article 9 and the Arizona Administrative Code, Chapter 19, Article 1.

4) The appellant shall bear the burden of persuasion.

5) The administrative law judge decision issued pursuant to A.R.S. § 41-1092.08(A) shall include an appropriate remedy if an appropriate remedy is available.

*Final Determination*

The Secretary of State or the Secretary of State's designee may accept, reject or modify the decision of the administrative law judge pursuant to A.R.S. § 41-1092.08(D) and such action shall constitute the final determination with respect to the appeal.  The Secretary of State shall give notice to all parties involved of this determination. The final determination shall be made within 90 days of the filing of the Notice of Appeal with the Secretary of State unless the appellant consents to a longer period.

*Alternative Appeal Resolution*

1) If the Secretary of State or the Secretary of State's designee fails to meet the deadline for a final determination, the appeal shall be resolved within 60 days under the alternative appeal resolution procedures established by this section.

2) On or before the 5th business day after a final determination was due, the Secretary of State shall designate in writing an administrative law judge who shall be a neutral party not associated with the appellant or any affected jurisdiction.

5

*Voting System Decertification*

*Revised April 1, 2010*

*Arizona Secretary of State*

3)  The administrative law judge may review the record compiled in connection with the appeal, but need not receive additional testimony or evidence. The administrative law judge may request that the parties present additional briefs, memoranda or oral testimony.

4)  Subject to the provisions of Section 9, the administrative law judge shall determine the appropriate remedy for the appeal to the extent provided by law.

5)  The administrative law judge must issue a written resolution within 60 days after the Secretary of State's final determination was due. This 60-day period may not be extended without the express written consent of the appellant. The final resolution shall be transmitted by the administrative law judge to the Secretary of State and shall be the final resolution of the appeal. The Secretary of State shall mail the final resolution to the appellant, all affected jurisdictions, and any other interested person who has asked in writing to be advised of the final resolution. It shall also be published on the Secretary of State's Web site and made available on request to any interested person.

*Remedies*

No remedy may involve the awarding of compensatory or punitive monetary damages to an appellant or a finding that a member of the Committee is subject to civil penalties. An appropriate remedy may include, but is not limited to any or all of the following:

a.  revocation of the decertification of the voting system pursuant to the requirements for voting equipment found in A.R.S. Title 16 Chapter 4.

*Record*

1)  The Secretary of State shall compile and maintain an official record in connection with each appeal filed pursuant to these provisions.  This official record shall be retained for a period of 24 months.  The official record shall contain:

a.  A copy of the appeal, including any amendments;

b.  A copy of any written submission by the appellant;

c.  A copy of any written response by any affected jurisdictions or other interested person;

d.  A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the appeal;

e.  Copies of all notices and correspondence to or from the Secretary of State in connection with the appeal;

f.  Originals or copies of any tangible evidence produced at any hearing conducted during the appeal;

g.  A copy of the audio recording produced at any oral hearing conducted; and

h.  A copy of any final determination made.

2)  The record and other materials from any proceedings conducted under the appeal procedures established under this section shall be made available for use under the alternative appeal resolution procedures.

6

*Voting System Decertification*                    *Revised April 1, 2010*
                                                    *Arizona Secretary of State*

I, Secretary of State Ken Bennett, hereby approve and adopt this revised Arizona Voting System Decertification procedure in accordance with A.R.S. § 16-442, effective April 1, 2010.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix on the 30th day of March, 2010.

KEN BENNETT
Secretary of State

**Voting Equipment Emergency Conditional Certification**

# The Arizona Secretary of State

## Arizona Voting System Emergency Conditional Certification

Revised April 1, 2010

**Table of Contents**

GENERAL PROVISIONS.................................................................................................2

SPECIAL PROVISIONS.................................................................................................4
   Voting System Engineering Changes ...........................................................................4

PROCESS FOR APPLICATION.....................................................................................5
   ELIGIBILITY ...............................................................................................................5
   FILING OF APPLICATION.............................................................................................5
   SUBMISSION OF MATERIALS........................................................................................5
   WITHDRAWAL OF APPLICATION...................................................................................5

PROCESS FOR EVALUATION......................................................................................6
   APPLICATION EVALUATION..........................................................................................6
   DEMONSTRATION AND FUNCTIONALITY TESTING (TESTING) .......................................6
   RECOMMENDATION OF COMMITTEE ............................................................................6

FINAL ADOPTION........................................................................................................7
   NOTIFICATION OF DECISION........................................................................................7
   TERMS & CONDITIONS.................................................................................................7
   CERTIFICATION OF SYSTEM CONFIGURATION ..............................................................7
   ESCROW ....................................................................................................................7

APPEAL PROCESS.......................................................................................................7
   SCOPE .......................................................................................................................7
   FORM OF NOTICE OF APPEAL .....................................................................................7
   INSTRUCTIONS FOR FILING .........................................................................................8
   PROCESSING OF APPEAL ............................................................................................8
   HEARING ...................................................................................................................8
   FINAL DETERMINATION ..............................................................................................8
   ALTERNATIVE APPEAL RESOLUTION...........................................................................9
   REMEDIES .................................................................................................................9
   RECORD ....................................................................................................................9

**Arizona Secretary of State's Office**
**Election Services Division**
**Attention: Kris Waite**
**1700 West Washington Street, 7th Floor**
**Phoenix, Arizona 85007**

**Kris Waite**
**602-542-6209**
**kwaite@azsos.gov**

*Voting System Emergency Conditional Certification*        *Revised April 1, 2010*
                                                           *Arizona Secretary of State*

**Arizona Voting System Certification**

**General Provisions**

- Pursuant to A.R.S. § 16-442(B) beginning in January 2006 voting machines and devices used in federal, state or county elections may only be certified and used in Arizona if they have been tested to the appropriate voting system standards and approved by a laboratory that is accredited by the federal Election Assistance Commission (EAC), pursuant to P.L. 107-252.  In addition to federal certification, all components of an electronic voting system must meet all requirements of Arizona State law.

- A.R.S. § 16-446 details the specific requirements for electronic voting machines:

    A. An electronic voting system consisting of a voting or marking device in combination with vote tabulating equipment shall provide facilities for voting for candidates at both primary and general elections.

    B. An electronic voting system shall:

    1. Provide for voting in secrecy when used with voting booths.

    2. Permit each elector to vote at any election for any person for any office whether or not nominated as a candidate, to vote for as many persons for an office as he is entitled to vote for, to vote for or against any question upon which he is entitled to vote, and the vote tabulating equipment shall reject choices recorded on his ballot card or paper ballot if the number of choices exceeds the number which he is entitled to vote for the office or on the measure.

    3. Prevent the elector from voting for the same person more than once for the same office.

    4. Be suitably designed for the purpose used, of durable construction, and may be used safely, efficiently and accurately in the conduct of elections and counting ballots.

    5. Be provided with means for sealing the voting or marking device against any further voting after the close of the polls and the last voter has voted.

    6. When properly operated, record correctly and count accurately every vote cast.

    7. Provide a paper document or ballot that visually indicates the voter's selections.

- Additional provisions for the specific Arizona-Wyoming Ballot Rotation and other general requirements for voting equipment are found in A.R.S. Title 16 Chapter 4.

---

2

*Voting System Emergency Conditional Certification*    *Revised April 1, 2010*

*Arizona Secretary of State*

- Pursuant to A.R.S. § 16-442(A):  The Secretary of State shall appoint a committee of three persons (Committee), no more than two of whom shall be of the same political party, to investigate and test the various types of vote recording or tabulating machines or devices which may be used in state and local elections. They shall submit their recommendations to the Secretary of State who shall make final adoption.

- When considering voting equipment for Arizona certification, the Committee will take into consideration recommendations received pursuant to A.R.S. § 16-442.01.

- All electronic voting systems certified by the state will exactly match the system tested and approved by the Voting System Test Laboratory (VSTL).  The system's digital software signature may be used for verification.

- Pursuant to A.R.S. § 16-1004(B):  A person who knowingly modifies the software, hardware or source code for voting equipment without receiving approval or certification pursuant to section 16-442 is guilty of a class 5 felony.

---

3

*Voting System Emergency Conditional Certification*     *Revised April 1, 2010*

*Arizona Secretary of State*

**Special Provisions**

In addition to the general provisions, the following special provisions apply to applications for Emergency Conditional Certification (ECC):

- Should a jurisdiction require emergency patches/modifications/changes to their voting system, the vendor may apply to the Secretary of State (SOS) for an Emergency Conditional Certification.
- The ECC application shall include a description of the changes made since certification and the reasons why such changes warrant an emergency certification. The vendor shall also notify all affected jurisdictions within the State of its application for ECC and provide a copy of those notifications to the SOS as part of the application.
- Pursuant to A.R.S. § 16-442(G) after consultation with the Committee, the SOS may approve for emergency use an upgrade or modification to a voting system or device that is certified for use in Arizona.
  - The governing body must establish in an open meeting that the election cannot be conducted without the emergency certification and the approved minutes or action must be submitted with the application.
  - Any such emergency certification shall be limited to no more than six months.
  - At the conclusion of the certification period the voting system or device shall be decertified and unavailable for future use unless certified in accordance with Arizona law. The certification period begins the day Emergency Conditional Certification is granted.

*Voting System Engineering Changes*

Any application for an Engineering Change Order (ECO) or modification to a voting system that has not been certified by the EAC must be certified as a Voting System Engineering Change in Arizona.

---

4

*Voting System Emergency Conditional Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

**Process for Application**

*Eligibility*

Any vendor otherwise qualified to do business in the State of Arizona and capable of producing voting systems that meet federal and state requirements may apply for emergency conditional state certification for the upgrade or modification to a voting system or device that is already certified for use in Arizona.

All hardware and software components of the system will perform as specified in literature and testing and conform to all applicable federal, state and local statutes.

Pursuant to A.R.S. § 16-442(G) the governing body of the affected jurisdiction(s) must establish in an open meeting that the election cannot be conducted without an emergency conditional certification.

*Filing of Application*

1. Applications may be filed at any time in the form prescribed by the Secretary of State (SOS).

2. Applications for emergency conditional certification will be reviewed for completeness within 5 business days of submission.  Applications must be completed in full before the evaluation process can begin.  Incomplete applications will not be eligible for Committee evaluation and will be returned to the vendor.  Returned applications can be resubmitted to the SOS upon completion.

3. A complete application includes the following documentation:

    -Official Application with Self Certification

    -Date of previous Arizona certification

    -Certified copy of all affected governing boards' approvals

    -Description of the changes made since certification and the reasons why such changes warrant an emergency certification

*Submission of Materials*

Submissions may be filed in person at the Secretary of State's office in Phoenix or by common carrier (such as the U. S. Postal Service).  All documents must be submitted in Adobe Acrobat (pdf) format.

*Withdrawal of Application*

The applicant may withdraw an application at any time before the process is completed.

The request for withdrawal must be in writing to the SOS and will become effective when accepted by the SOS.  The vendor must notify all affected jurisdictions in writing that the application has been withdrawn.

---

*Voting System Emergency Conditional Certification*                         Revised April 1, 2010
                                                                            Arizona Secretary of State

**Process for Evaluation**

*Application Evaluation*

The Committee will review the completed application and determine if a vendor demonstration and functionality testing is required.  Prior applications from the same vendor may be reviewed.

*Demonstration and Functionality Testing (Testing)*

Testing will be scheduled in a timely manner and will be held at the location and time decided by the Committee. More than one vendor may be asked to test their system on any given date.

Testing will be conducted in a public meeting.

Systems tested must use <u>exactly</u> the same hardware, firmware and software versions submitted in the ECC application.

There must be sufficient quantities of consumables for the Committee to adequately test the voting system.  Test ballots must be identical in format to ballots that would be used in actual elections conducted in the State.

Applicants may be given a demonstration script and must complete the entire script. Applicants may also demonstrate additional features of the product after completing the script.

The voting system must meet all of the requirements listed under "General Provisions" with the exception of applicable VSTL reports and the EAC (NASED) certification number.

*Recommendation of Committee*

Upon completion of the evaluation and testing process the Committee will submit its recommendation in writing to the Secretary of State.

*Voting System Emergency Conditional Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES

**Final Adoption**

*Notification of Decision*

The applicant will be notified in writing of the Secretary of State's decision regarding adoption or denial of the emergency conditional certification. All jurisdictional governing boards listed in the application will also be notified of the decision.

*Terms & Conditions*

Any such emergency certification shall be limited to no more than six months.

At the conclusion of the certification period the voting system or device shall be decertified and unavailable for future use unless certified in accordance with Arizona law.

*Certification of System Configuration*

The entire configuration of hardware, software and firmware including those components granted emergency conditional certification shall be certified and used as a unified voting system.

*Escrow*

To have the certification changed, it will require testing, documentation and proof of escrow applicable to state law in order to be removed from ECC.

Prior to the six (6) month expiration, the change will need to go through certification and provide all applicable documentation according to state law.

**Appeal Process**

*Scope*

The denial of emergency conditional certification pursuant to A.R.S. § 16-442(A) is an appealable agency action. You may request a hearing on this denial by submitting a written Notice of Appeal pursuant to A.R.S. § 41-1092.03 no later than thirty (30) days after receiving the Notification of Decision. Under this process the vendor or any affected jurisdiction that believes the denial of emergency conditional certification should be reconsidered may file an appeal. Upon receiving the formal appeal in the Secretary of State's office the Secretary of State's office shall begin the resolution process.

*Form of Notice of Appeal*

An appeal filed under this procedure shall be in writing, notarized, signed and sworn to. The Notice of Appeal must state the name and address of the vendor, the specific action or actions of the Secretary of State's office that are the basis of the hearing request, and a concise statement of the reasons for the appeal.

---

7

*Voting System Emergency Conditional Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

*Instructions for Filing*

1) **Where to File.**  The Notice of Appeal may be filed in person or by common carrier (such as the U.S. Postal Service) at the Arizona Secretary of State's Office, 1700 West Washington, 7th Floor, Phoenix, Arizona 85007.  Forms cannot be accepted by e-mail or facsimile.

2) **When to File.**  The vendor or an affected jurisdiction that believes the denial of emergency conditional certification should be reconsidered may file an appeal.  An appeal may be filed up to but no more than 30 days following the issuance of the Notice of Decision.

*Processing of Appeal*

1) Consolidation.  In the event the appeal raises common questions of law and fact to other pending appeals, the Secretary of State may consolidate the appeals and notify the appellants of the changed status.

2) Notice to affected Jurisdictions.  Within 5 business days of receiving an appeal in the Secretary of State's office, the Secretary of State shall notify all affected jurisdictions of the appeal.

*Hearing*

1) Within 5 business days of receiving an appeal in the Secretary of State's office that requests a hearing, the Secretary of State shall notify the Office of Administrative Hearings in accordance with Arizona Administrative Code (A.A.C.) R2-19-103 to schedule a hearing.

2) The hearing shall be conducted no sooner than 10 days and no later than 60 days after the Secretary of State receives the Notice of Appeal in the Secretary of State's office.

3) The hearing shall be conducted in accordance with the procedures set forth in Title 41, Chapter 6, Article 9 and the Arizona Administrative Code, Chapter 19, Article 1.

4) The appellant shall bear the burden of persuasion.

5) The administrative law judge decision issued pursuant to A.R.S. § 41-1092.08(A) shall include an appropriate remedy if an appropriate remedy is available.

*Final Determination*

The Secretary of State or the Secretary of State's designee may accept, reject or modify the decision of the administrative law judge pursuant to A.R.S. § 41-1092.08(D) and such action shall constitute the final determination with respect to the appeal.  The Secretary of State shall give notice to all parties involved of this determination. The final determination shall be made within 90 days of the filing of the Notice of Appeal with the Secretary of State unless the appellant consents to a longer period.

8

*Voting System Emergency Conditional Certification*          *Revised April 1, 2010*
*Arizona Secretary of State*

*Alternative Appeal Resolution*

1) If the Secretary of State or the Secretary of State's designee fails to meet the deadline for a final determination, the appeal shall be resolved within 60 days under the alternative appeal resolution procedures established by this section.

2) On or before the 5th business day after a final determination was due, the Secretary of State shall designate in writing an administrative law judge who shall be a neutral party not associated with the appellant or any affected jurisdiction.

3) The administrative law judge may review the record compiled in connection with the appeal, but need not receive additional testimony or evidence. The administrative law judge may request that the parties present additional briefs, memoranda or oral testimony.

4) Subject to the provisions of Section 9, the administrative law judge shall determine the appropriate remedy for the appeal to the extent provided by law.

5) The administrative law judge must issue a written resolution within 60 days after the Secretary of State's final determination was due. This 60-day period may not be extended without the express written consent of the appellant. The final resolution shall be transmitted by the administrative law judge to the Secretary of State and shall be the final resolution of the appeal. The Secretary of State shall mail the final resolution to the appellant, all affected jurisdictions, and any other interested person who has asked in writing to be advised of the final resolution. It shall also be published on the Secretary of State's Web site and made available on request to any interested person.

*Remedies*

No remedy may involve the awarding of compensatory or punitive monetary damages to an appellant or a finding that a member of the Committee is subject to civil penalties. An appropriate remedy may include, but is not limited to any or all of the following:

a. emergency conditional certification of the denied voting system pursuant to the requirements for voting equipment found in A.R.S. Title 16 Chapter 4.

*Record*

1) The Secretary of State shall compile and maintain an official record in connection with each appeal filed pursuant to these provisions. This official record shall be retained for a period of 24 months. The official record shall contain:

a. A copy of the appeal, including any amendments;

b. A copy of any written submission by the appellant;

c. A copy of any written response by any affected jurisdictions or other interested person;

d. A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the appeal;

---

*Voting System Emergency Conditional Certification*

Revised April 1, 2010
Arizona Secretary of State

CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES

Secretary of State, June 2014

e.  Copies of all notices and correspondence to or from the Secretary of State in connection with the appeal;

f.  Originals or copies of any tangible evidence produced at any hearing conducted during the appeal;

g.  A copy of the audio recording produced at any oral hearing conducted; and

h.  A copy of any final determination made.

2)  The record and other materials from any proceedings conducted under the appeal procedures established under this section shall be made available for use under the alternative appeal resolution procedures.

---

10

*Voting System Emergency Conditional Certification*

*Revised April 1, 2010*
*Arizona Secretary of State*

I, Secretary of State Ken Bennett, hereby approve and adopt this revised Arizona Voting System Emergency Conditional Certification procedure in accordance with A.R.S. § 16-442, effective April 1, 2010.



IN WITNESS WHEREOF,
I have hereunto set my hand
and affixed the Great Seal
of the State of Arizona.
Done at the Capitol in
Phoenix on the 30th day of
March, 2010.

KEN BENNETT
Secretary of State

**Voting Equipment Engineering Changes Certification**

# The Arizona Secretary of State

## Arizona Certification of
## Voting System Engineering Changes

Effective April 1, 2010

# Table of Contents

GENERAL PROVISIONS.................................................................................2

SPECIAL PROVISIONS.................................................................................3

PROCESS FOR APPLICATION ....................................................................4
ELIGIBILITY ....................................................................................................4
FILING OF APPLICATION ................................................................................4
SUBMISSION OF MATERIALS..........................................................................4
WITHDRAWAL OF APPLICATION .....................................................................4
RE-CERTIFICATION ...................................................................................5
APPLICABILITY ..............................................................................................5
CUSTOM OPERATING SYSTEMS OR SOFTWARE..............................................5
CHANGES TO HARDWARE..............................................................................5
VOTING SYSTEM APPLICATION SOFTWARE .....................................................5
PROCESS FOR EVALUATION....................................................................6
APPLICATION EVALUATION.............................................................................6
DEMONSTRATION AND FUNCTIONALITY TESTING (TESTING) ............................6
RECOMMENDATION OF COMMITTEE ...............................................................6
FINAL ADOPTION ......................................................................................7
NOTIFICATION OF DECISION...........................................................................7
CERTIFICATION OF SYSTEM CONFIGURATION .................................................7
ESCROW.......................................................................................................7
APPEAL PROCESS ....................................................................................7
SCOPE..........................................................................................................7
FORM OF NOTICE OF APPEAL .......................................................................7
INSTRUCTIONS FOR FILING ...........................................................................7
PROCESSING OF APPEAL ..............................................................................8
HEARING ......................................................................................................8
FINAL DETERMINATION ..................................................................................8
ALTERNATIVE APPEAL RESOLUTION...............................................................8
REMEDIES ....................................................................................................9
RECORD .......................................................................................................9

**Arizona Secretary of State's Office**
**Election Services Division**
**Attention: Kris Waite**
**1700 West Washington Street, 7th Floor**
**Phoenix, Arizona 85007**

**Kris Waite**
**602-542-6209**
**kwaite@azsos.gov**

1

*Voting System Engineering Changes Certification*    *Effective April 1, 2010*
*Arizona Secretary of State*

**Arizona Voting System Engineering Change Certification Process**

**General Provisions**

- Pursuant to A.R.S. § 16-442(B) beginning in January 2006 voting machines and devices used in federal, state or county elections may only be certified and used in Arizona if they have been tested to the appropriate voting system standards and approved by a laboratory that is accredited by the federal Election Assistance Commission (EAC), pursuant to P.L. 107-252.  In addition to federal certification, all components of an electronic voting system must meet all requirements of Arizona State law.

- A.R.S. § 16-446 details the specific requirements for electronic voting machines:

   A. An electronic voting system consisting of a voting or marking device in combination with vote tabulating equipment shall provide facilities for voting for candidates at both primary and general elections.

   B. An electronic voting system shall:

   1. Provide for voting in secrecy when used with voting booths.

   2. Permit each elector to vote at any election for any person for any office whether or not nominated as a candidate, to vote for as many persons for an office as he is entitled to vote for, to vote for or against any question upon which he is entitled to vote, and the vote tabulating equipment shall reject choices recorded on his ballot card or paper ballot if the number of choices exceeds the number which he is entitled to vote for the office or on the measure.

   3. Prevent the elector from voting for the same person more than once for the same office.

   4. Be suitably designed for the purpose used, of durable construction, and may be used safely, efficiently and accurately in the conduct of elections and counting ballots.

   5. Be provided with means for sealing the voting or marking device against any further voting after the close of the polls and the last voter has voted.

   6. When properly operated, record correctly and count accurately every vote cast.

   7. Provide a paper document or ballot that visually indicates the voter's selections.

- Additional Provisions for the specific Arizona-Wyoming Ballot Rotation and other general requirements for voting equipment are found in A.R.S. Title 16 Chapter 4.

---

- Pursuant to A.R.S. § 16-442(A):  The Secretary of State shall appoint a committee of three persons (Committee), no more than two of whom shall be of the same political party, to investigate and test the various types of vote recording or tabulating machines or devices which may be used in state and local elections. They shall submit their recommendations to the Secretary of State who shall make final adoption.

- When considering voting equipment for Arizona certification, the Committee will take into consideration recommendations received pursuant to A.R.S. § 16-442.01.

- All electronic voting systems certified by the state will exactly match the system tested and approved by the Voting System Test Laboratories (VSTL).  The system's digital software signature may be used for verification.

- Pursuant to A.R.S. § 16-1004(B):  A person who knowingly modifies the software, hardware or source code for voting equipment without receiving approval or certification pursuant to section 16-442 is guilty of a class 5 felony.


**Special Provisions**

In addition to the general provisions, the following special provisions apply to applications for the certification of Voting System Engineering Changes:

- Only the Secretary of State may certify an Engineering Change Order (ECO) or modification that has not been certified by the EAC.  For any ECO, reports from a VSTL accredited by the EAC must show that either the ECO or modification was de minimis or that the VSTL has tested and approved the functionality of the ECO or modification.

---

3

*Voting System Engineering Changes Certification*                    *Effective April 1, 2010*

*Arizona Secretary of State*

**Process for Application**

*Eligibility*

Any vendor otherwise qualified to do business in the State of Arizona and capable of producing voting systems that meet federal and state requirements may apply for state certification for engineering changes to a voting system or device that is certified for use in Arizona.

All hardware and software components of the system will perform as specified in literature and testing as well as conform to all applicable federal, state and local statutes.

*Filing of Application*

1. Applications may be filed at any time in the form prescribed by the Secretary of State (SOS).

2. Applications for Voting System Engineering Change Certifications will be reviewed for completeness within 30 days of submission.  Applications must be completed in full before the evaluation process can begin.  Incomplete applications will not be eligible for Committee evaluation and will be returned to the vendor.  Returned applications can be resubmitted to the SOS upon completion.

3. A complete application includes the following documentation:

   -Official Application with Self Certification

   -Date of previous Arizona certification and Model Name or Number of the voting system to be modified

   -Description of the ECO or modifications and their impact on system operation since prior Arizona certification

   -Applicable Software and Hardware VSTL Reports, Findings, and Documentations of all Engineering Change Orders or modifications (including statements that the ECO or modification is de minimis if applicable)

   -A statement from the vendor detailing why the EAC would not process the ECO or modification through their certification program (all statements will be confirmed with the EAC)

*Submission of Materials*

Submissions may be filed in person at the Secretary of State's office in Phoenix or by common carrier (such as the U.S. Postal Service).  All documents must be submitted in Adobe Acrobat (pdf) format.

*Withdrawal of Application*

The applicant may withdraw an application at any time before the process is completed.

The request for withdrawal must be in writing to the SOS and will become effective when accepted by the SOS. Applicants that have withdrawn applications can reapply at anytime.

---

4

*Voting System Engineering Changes Certification*

*Effective April 1, 2010*
*Arizona Secretary of State*

**Re-Certification**

*Applicability*

A voting system ECO or modification that has been certified by the EAC shall be re-certified for use in Arizona through the Re-Certification process. A voting system ECO or modification that has not been certified by the EAC must be certified as a voting system engineering change in Arizona.

*Custom Operating Systems or Software*

Custom operating system or custom third party software and the associated operating and security patches must be certified. The patches may only be distributed after the patched system has been re-certified.

Any ECO or modifications to firmware shall be treated as modifications to software.

*Changes to Hardware*

Any ECO or modifications to product lines of custom designed computing platforms must be re-certified.

Any ECO or modifications to hardware used for vote casting or counting must be re-certified.

*Voting System Application Software*

Any upgrades or patches to previously certified voting system application software must be re-certified.

*Voting System Engineering Changes Certification*                    *Effective April 1, 2010*
                                                                     *Arizona Secretary of State*

Secretary of State, June 2014                    CHAPTER 17 - EQUIPMENT CERTIFICATION PROCEDURES

**Process for Evaluation**

*Application Evaluation*

The Committee will review the completed application and determine if a vendor demonstration and functionality testing is required.  Prior applications from the same vendor may be reviewed.

In addition, the committee shall review dated VSTL Reports, Documentations, and Findings to verify that the ECO or modifications made to the voting system since prior Arizona certification have been determined to be de minimis by an EAC accredited VSTL, or have been tested and approved by an EAC accredited VSTL.

If the ECO or modifications were reported to be de minimis by an EAC accredited VSTL, the committee may give an immediate recommendation to the Secretary of State without requiring further testing.  If the ECO or modifications have been tested and approved by an EAC accredited VSTL, the Committee may request further testing.

*Demonstration and Functionality Testing (Testing)*

If applicable, testing will be scheduled within 120 days of receipt of a completed application and shall be held at the location and time decided by the Committee. More than one vendor may be asked to test their system on any given date.

Systems tested must use <u>exactly</u> the same hardware, firmware and software versions submitted in the official application.

There must be sufficient quantities of consumables for the Committee to adequately test the voting system.  Test ballots must be identical in format to ballots that would be used in actual elections conducted in the State.

Applicants may be given a demonstration script and must complete the entire script. Applicants may also demonstrate additional features of the product after completing the script.

Tests will be conducted in a public meeting.

The voting system must meet all of the requirements listed under "General Provisions".

*Recommendation of Committee*

Upon completion of the evaluation and testing process the Committee will submit its recommendation in writing to the Secretary of State.

---

6

*Voting System Engineering Changes Certification*                                    *Effective April 1, 2010*
                                                                                     *Arizona Secretary of State*

**Final Adoption**

*Notification of Decision*

The applicant will be notified in writing of the Secretary of State's decision regarding adoption or denial of official certification.

*Certification of System Configuration*

The entire configuration of hardware, software and firmware shall be certified and used as a unified voting system.

*Escrow*

Upon issuance of a certification number by the EAC, the test lab shall deposit a copy of the certified voting system software with the National Software Reference Library, but before a voting system may be used in a State election, the vendor must place all application source code into either public domain or software escrow, and authorize the State as recipient of escrow.

**Appeal Process**

*Scope*

The denial of certification pursuant to A.R.S. § 16-442(A) is an appealable agency action. You may request a hearing on this denial by submitting a written Notice of Appeal pursuant to A.R.S. § 41-1092.03 no later than thirty (30) days after receiving the Notification of Decision.  Under this process the vendor or any affected jurisdiction that believes the denial of certification should be reconsidered may file an appeal. Upon receiving the formal appeal in the Secretary of State's office the Secretary of State's office shall begin the resolution process.

*Form of Notice of Appeal*

An appeal filed under this procedure shall be in writing, notarized, signed and sworn to. The Notice of Appeal must state the name and address of the vendor, the specific action or actions of the Secretary of State's office that are the basis of the hearing request, and a concise statement of the reasons for the appeal.

*Instructions for Filing*

1) **Where to File.**  The Notice of Appeal may be filed in person or by common carrier (such as the U.S. Postal Service) at the Arizona Secretary of State's Office, 1700 West Washington, 7th Floor, Phoenix, Arizona 85007.  Forms cannot be accepted by e-mail or facsimile.

2) **When to File.**  The vendor or an affected jurisdiction that believes the denial of certification should be reconsidered may file an appeal.  An appeal may be filed up

7

*Voting System Engineering Changes Certification*

*Effective April 1, 2010*
*Arizona Secretary of State*

to but no more than 30 days following the issuance of the Notice of Decision of Certification.

*Processing of Appeal*

1) Consolidation. In the event the appeal raises common questions of law and fact to other pending appeals, the Secretary of State may consolidate the appeals and notify the appellants of the changed status.

2) Notice to affected Jurisdictions. Within 5 business days of receiving an appeal in the Secretary of State's office, the Secretary of State shall notify all affected jurisdictions of the appeal.

*Hearing*

1) Within 5 business days of receiving an appeal in the Secretary of State's office that requests a hearing, the Secretary of State shall notify the Office of Administrative Hearings in accordance with Arizona Administrative Code (A.A.C.) R2-19-103 to schedule a hearing.

2) The hearing shall be conducted no sooner than 10 days and no later than 60 days after the Secretary of State receives the Notice of Appeal in the Secretary of State's office.

3) The hearing shall be conducted in accordance with the procedures set forth in Title 41, Chapter 6, Article 9 and the Arizona Administrative Code, Chapter 19, Article 1.

4) The appellant shall bear the burden of persuasion.

5) The administrative law judge decision issued pursuant to A.R.S. § 41-1092.08(A) shall include an appropriate remedy if an appropriate remedy is available.

*Final Determination*

The Secretary of State or the Secretary of State's designee may accept, reject or modify the decision of the administrative law judge pursuant to A.R.S. § 41-1092.08(D) and such action shall constitute the final determination with respect to the appeal. The Secretary of State shall give notice to all parties involved of this determination. The final determination shall be made within 90 days of the filing of the Notice of Appeal with the Secretary of State unless the appellant consents to a longer period.

*Alternative Appeal Resolution*

1) If the Secretary of State or the Secretary of State's designee fails to meet the deadline for a final determination, the appeal shall be resolved within 60 days under the alternative appeal resolution procedures established by this section.

2) On or before the 5th business day after a final determination was due, the Secretary of State shall designate in writing an administrative law judge who shall be a neutral party not associated with the appellant or any affected jurisdiction.

3) The administrative law judge may review the record compiled in connection with the appeal, but need not receive additional testimony or evidence. The administrative law judge may request that the parties present additional briefs, memoranda or oral testimony.

---

8

*Voting System Engineering Changes Certification*                    *Effective April 1, 2010*
                                                                     *Arizona Secretary of State*

4) Subject to the provisions of Section 9, the administrative law judge shall determine the appropriate remedy for the appeal to the extent provided by law.

5) The administrative law judge must issue a written resolution within 60 days after the Secretary of State's final determination was due. This 60-day period may not be extended without the express written consent of the appellant. The final resolution shall be transmitted by the administrative law judge to the Secretary of State and shall be the final resolution of the appeal. The Secretary of State shall mail the final resolution to the appellant, all affected jurisdictions, and any other interested person who has asked in writing to be advised of the final resolution. It shall also be published on the Secretary of State's Web site and made available on request to any interested person.

### Remedies

No remedy may involve the awarding of compensatory or punitive monetary damages to an appellant or a finding that a member of the Committee is subject to civil penalties. An appropriate remedy may include, but is not limited to any or all of the following:

    a. certification of the denied voting system ECO or modification pursuant to the requirements for voting equipment found in A.R.S. Title 16 Chapter 4.

### Record

1) The Secretary of State shall compile and maintain an official record in connection with each appeal filed pursuant to these provisions. This official record shall be retained for a period of 24 months. The official record shall contain:

    a. A copy of the appeal, including any amendments;

    b. A copy of any written submission by the appellant;

    c. A copy of any written response by any affected jurisdictions or other interested person;

    d. A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the appeal;

    e. Copies of all notices and correspondence to or from the Secretary of State in connection with the appeal;

    f. Originals or copies of any tangible evidence produced at any hearing conducted during the appeal;

    g. A copy of the audio recording produced at any oral hearing conducted; and

    h. A copy of any final determination made.

2) The record and other materials from any proceedings conducted under the appeal procedures established under this section shall be made available for use under the alternative appeal resolution procedures.

---

9

*Voting System Engineering Changes Certification*

*Effective April 1, 2010*
*Arizona Secretary of State*

I, Secretary of State Ken Bennett, hereby approve and adopt this Arizona Certification of Voting System Engineering Changes procedure in accordance with A.R.S. § 16-442, effective April 1, 2010.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix on the 30th day of March, 2010.

KEN BENNETT
Secretary of State

# CHAPTER 18 - SAMPLE FORMS

The forms contained in this manual are samples and subject to revisions.  Please contact the Secretary of State's Office for the most current version.

**Voter Registration**
Arizona Voter Registration Form …………………………………… 305
Arizona Voter Registration Form Translation …………………………………… 306
Spanish Instructions and Voter Receipt …………………………………… 307
Voter Registration Information …………………………………… 308
National Voter Registration Form …………………………………… 309

**Military and Overseas**
Federal Post Card Application (FPCA) …………………………………… 310
Federal Write-In Absentee Ballot (FWAB) …………………………………… 311

**Uniform Correspondence**
Notification of Federal ONLY Ballot Status Eligibility …………………………………… 314
Notification of Federal ONLY Ballot Status Eligibility with Proof of Identity Needed for First Time Federal Form Voters …………………………………… 315
2nd Notice That Citizenship Documentation Needed …………………………………… 316
AZ DLN Number Did Not Match at MVD …………………………………… 317
Information Did Not Match MVD (other than DLN) …………………………………… 318
Information Did Not Match - MVD Non Match …………………………………… 319
Cancellation Notice due to Soft Duplicate Match Resolution …………………………………… 320
Registration Update Needed …………………………………… 321
Citizenship Proof Needed …………………………………… 322
Type F License …………………………………… 323
Type F License – Federal Form …………………………………… 324
NVRA Address Change …………………………………… 325
Final Notice (In-Jurisdiction Letter) …………………………………… 326
Final Notice (Out of Jurisdiction Letter) …………………………………… 327
Jury Questionnaire – Felon …………………………………… 328
Jury Questionnaire – Citizenship …………………………………… 329
Felony Conviction …………………………………… 330
Adjudicated Incompetent …………………………………… 331
County Recorder Naturalization Ceremony Certification …………………………………… 332
Recorder's Certificate …………………………………… 333
Active Signature Roster – Certificate of …………………………………… 334

Inspector

**Campaign Finance**

Triplicate ………………………………….. 335
Triplicate (Nomination Other Than By Primary, ARS § 16-341) ………………………………….. 336
Triplicate (Write-In) ………………………………….. 337
Triplicate (Non-Partisan) ………………………………….. 338
Non-Resident Circulator Registration Form ………………………………….. 339
Sample Failure To File Notice Campaign Finance Reports ………………………………….. 340
Sample Notice of Intent to Suspend Political Committee ………………………………….. 342

**Early Voting**

Accessible Voting Device Affidavit ………………………………….. 344
90 Day Notice Information ………………………………….. 345
33 Day Notice for All-Mail Jurisdictional Election held during a Partisan Election (Optional) ………………………………….. 346

**Polling Place**

Precinct Election Supplies Inventory List ………………………………….. 347
Instructions to Voters and Election Officers ………………………………….. 348
Right to Vote a Provisional Ballot ………………………………….. 349
Identification at the Polls Requirements for Voters ………………………………….. 350
Sample Disabled Voters Signature Affidavit ………………………………….. 351
Door Diagram ………………………………….. 352
Example Polling Place Set Up ………………………………….. 353
Official Challenge List ………………………………….. 354
Official Ballot Report ………………………………….. 355

**Tally Board**

Receiving Board Log ………………………………….. 356
Inspection Board Receipt Log ………………………………….. 357
Write-In Board Log ………………………………….. 358
Write-In Tally Sheet ………………………………….. 359
Master Audit Form Format ………………………………….. 360
Master Audit Form ………………………………….. 361
Duplication Board Log ………………………………….. 362

**Hand Count and Early Ballot Audit Forms**

Master Precinct and Race Selection Worksheet ………………………………….. 363
Master List of All Contested Races ………………………………….. 364

Secretary of State, June 2014

CHAPTER 18 - SAMPLE FORMS

Hand Count Board Worksheet …………………………….. 365
Hand Count Tally Sheet …………………………….. 366
Hand Count Tally Sheet – Accessible Voting System …………………………….. 367
Precinct Hand Count Report …………………………….. 368
Early Ballot Audit – Hand Count Report …………………………….. 370
Aggregate Precinct Hand Count Report …………………………….. 371
Aggregate Early Ballot Audit – Hand Count Report …………………………….. 372
Hand Count/Early Ballot Audit Report …………………………….. 373

**Additional Reporting Forms**

Equipment, Software, and Firmware Certification Statement …………………………….. 374
Cover Sheet for Additional Reports …………………………….. 375
Accessibility Report …………………………….. 376
Poll Worker Training Report …………………………….. 377
Voter Education Report …………………………….. 378
Provisional Ballot Report …………………………….. 379
Primary Election Official Canvass of Results …………………………….. 380
HAVA Administrative Complaint Form (English) …………………………….. 381
HAVA Administrative Complaint Form (Spanish) …………………………….. 382

# VOTER REGISTRATION FORMS

## Arizona Voter Registration Form

### www.azsos.gov/election/forms/VoterRegistrationForm.pdf

## Arizona Voter Registration Form Translation

### ARIZONA VOTER REGISTRATION FORM (Translation)
### FORMULARIO DE INSCRIPCIÓN DE VOTANTE EN ARIZONA

¿Preguntas? Para preguntas con respecto a la inscripción de votante, llame a su Registrador del Condado indicado al reverso del formulario

Usted puede usar este formulario para:
- Inscribirse para votar en Arizona
- Informarnos que su nombre, dirección o afiliación de partido ha cambiado

Para inscribirse para votar en Arizona, usted tiene que (Requisitos):
- Ser ciudadano de los Estados Unidos (vea los requisitos de la prueba de ciudadanía en el reverso)
- Ser residente de Arizona y del condado indicado en su inscripción
- Tener 18 años de edad ó más en ó antes del día de la próxima Elección General normal

ADVERTENCIA: El ejecutar una inscripción falsa es un delito grave clase 6

Usted no puede inscribirse para votar en Arizona si:
- Usted ha sido condenado por un delito grave y todavía no se le han restituido sus derechos civiles
- Usted ha sido juzgado incompetente

Cómo inscribirse para votar:
- Para ser elegible para una elección, usted se debe registrar para votar por lo menos 29 días antes de la elección
- Usted puede enviar por correo su formulario llenado a la oficina de su Registrador del Condado o entregarlo personalmente
- Si se envía por correo, la forma debe ser recibida por el Registrador del Condado no más tarde de 5 días después del último día para registrarse para votar en esa elección ó contar con un sello postal fechado 29 días ó más antes de una elección y ser recibido por el Registrador del Condado antes de las 7 p.m. del día de la elección.
- La oficina del Registrador de su Condado le enviará un comprobante de registro dentro de 4 a 6 semanas.
- Usted puede registrarse en línea en www.azsos.gov

Los ciudadanos con discapacidades pueden:
- Comunicarse con el Registrador del Condado/Departamento Electoral para información sobre la votación temprana o cualquier adaptación para votar

### REQUERIMIENTO DE COMPROBANTE DE CIUDADANÍA

Una forma completa de registro electoral debe contener comprobante de ciudadanía o dicha forma será rechazada. Si usted tiene una licencia de manejo o identificación no operativa de Arizona emitida después del 1ª de octubre de 1996, ésta servirá como comprobante de ciudadanía. De no ser así, usted deberá adjuntar a la forma un comprobante de ciudadanía. El reverso de la forma contiene una lista de los documentos que son aceptables para establecer su ciudadanía.

### LISTA DE VOTACIÓN TEMPRANA PERMANENTE BOLETA ELECTORAL TEMPRANA – VOTO POR CORREO

Cualquier elector puede solicitar que se le incluya en la "Lista de Votación Temprana Permanente" (PEVL por sus siglas en inglés) para recibir automáticamente una boleta electoral temprana para todas las elecciones en las cuales sea elegible para participar. Para estar en la lista, el domicilio en el que usted reciba su correo debe estar en Arizona. Los electores en la milicia y en el extranjero también son elegibles para estar en la lista PEVL usando su domicilio postal en el extranjero. Para recibir automáticamente una boleta electoral temprana, marque "Sí" en la casilla 1. Si se marca "Sí" en la casilla 1, se le agregará a usted a la lista PEVL. Si se marca "No" en la casilla 1, su nombre no será agregado a la lista PEVL y se le removerá de la lista PEVL si previamente se le había incluido en dicha lista. Si no se marca ni "Sí" ni "No" en la casilla 1, su registro permanecerá sin cambio con lo que respecta a estar en la lista PEVL.

## Spanish Instructions and Voter Receipt

## Voter Registration Information

# VOTER REGISTRATION FORM – FORMULARIO DE INSCRIPCIÓN DE VOTANTE

**VOTER REGISTRATION INFORMATION**

If you meet the qualifications listed on the front of this form, complete, sign and return the attached registration form to the County Recorder for your county listed below. The form may be mailed or returned to a person designated to receive voter registration forms. Call your County Recorder for more information.

**PROOF OF CITIZENSHIP REQUIREMENTS**

If this is your first time registering to vote in Arizona or you have moved to another county in Arizona, your voter registration form also must include proof of citizenship or the form will be rejected. If you have an Arizona driver license or nonoperating identification license issued after October 1, 1996, write the number in box 9 on the front of this form. This will serve as proof of citizenship and no additional documents are needed. If not, you must include proof of citizenship with the form. Only one form of proof is needed to register to vote.

The following is a list of acceptable documents to establish your citizenship:

* A legible photocopy of a birth certificate that verifies citizenship and supporting legal documentation (i.e. marriage certificate) if the name on the birth certificate is not the same as your current legal name
* A legible photocopy of the pertinent pages of your passport
* Presentation to the County Recorder of U.S. naturalization documents or fill in your Alien Registration Number in box 11
* Your Indian Census Number, Bureau of Indian Affairs Card Number, Tribal Treaty Card Number, or Tribal Enrollment Number in box 10
* A legible photocopy of your Tribal Certificate of Indian Blood or Tribal or Bureau of Indian Affairs Affidavit of Birth.

If you need to include a photocopy of proof of citizenship, please fold the proof along with the voter registration form and place both items in an envelope and mail them to your County Recorder listed below. Do not send original documents. Photocopies will not be returned to you. Please visit www.azsos.gov if you have any questions regarding acceptable types of proof of citizenship.

If you are registered in Arizona and use this registration form because you moved within a county, changed your name, or changed your political party affiliation, you do not need to provide photocopies of proof of citizenship. If you move to a different Arizona county, you will need to provide proof of citizenship.

**ACCOMMODATIONS FOR INDIVIDUALS WITH DISABILITIES**

Alternative format materials, sign language interpretation, and assistive listening devices are available upon 72 hours advance notice to your County Recorder. To the extent possible, additional reasonable accommodations will be made available within the time constraints of the request.

**GENERAL INFORMATION**

1. You must re-register whenever you move, change your name, or change your political party affiliation.
2. Early ballots may be requested from the County Recorder of your county of residence.
3. Keep this copy as your receipt. After the County Recorder receives your registration and places it in the county general register, a notice will be sent to you within 4 – 6 weeks indicating that your name appears on the register. If you do not receive your notice contact your County Recorder.
4. Fill in your political party preference in box 14. If you leave this box blank as a first time registrant in your county, your party preference will be "Party Not Designated". If you leave this box blank and you are already registered in the county, your current party preference will be retained. Please write full name of party preference in box.
5. Your decision to register to vote or not, and where you submitted your registration, will remain confidential.

**INFORMACIÓN PARA LA INSCRIPCIÓN DE VOTANTE**

Si usted satisface los requisitos indicados en la carátula de este formulario, llene, firme y regrese la forma adjunta de registro al Registrador del Condado de su condado listado abajo. La forma puede enviarse por correo o regresarse a una persona designada para recibir formas de registro electoral. Llame al Registrador de su Condado para más información.

**REQUERIMIENTO DE COMPROBANTE DE CIUDADANÍA**

Si esta es su primera vez inscribiéndose para votar en Arizona, o si se ha mudado a otro condado en Arizona, su formulario de inscripción de votante también debe incluir prueba de ciudadanía o se rechazará el formulario. Si usted tiene una licencia de manejar de Arizona, o una licencia de identificación no de manejar de Arizona, expedida después del 1° de octubre de 1996, escriba el número en la casilla 9 en la carátula de este formulario. Esto servirá como prueba de ciudadanía y no se necesitan ninguna otros documentos. Si no, usted debe incluir prueba de ciudadanía con la forma. Sólo se necesita una forma de comprobación para registrarse para votar.

Lo siguiente es una lista de los documentos aceptables para establecer su ciudadanía:

* Una fotocopia legible de un acta de nacimiento que verifique la ciudadanía y la documentación legal acreditativa (ej. acta de matrimonio) si el nombre en el acta de nacimiento no es igual a su nombre legal actual
* Una fotocopia legible de las páginas pertinentes de su pasaporte
* Presentación al Registrador del Condado de documentos de naturalización de los Estados Unidos o anote su Número de Registro de Extranjero en la casilla 11
* Su Número de Tarjeta de la Oficina de Asuntos de Nativo Americanos, Número de Tarjeta de Tratado Tribal, o Número de Matrícula Tribal en la casilla 10
* Una fotocopia legible de su Certificado Tribal de Sangre Nativo Americana o afidávit de Nacimiento de la Oficina de Asuntos de Nativo Americanos.

Si usted necesita incluir una fotocopia de prueba de ciudadanía, por favor doble la prueba junto con la forma de registro electoral, coloque ambos artículos en un sobre, y envíelos a su Registrador del Condado listado abajo. No envíe documentos originales. Las fotocopias no se le regresarán. Por favor visite www.azsos.gov si tiene usted cualquier pregunta relacionada con los comprobantes aceptables de la ciudadanía.

Si usted está registrado en Arizona y usa el formulario de registro debido a que se mudó dentro de un condado, cambió su nombre, o cambió su afiliación de partido político, no necesita proveer fotocopias de su comprobación de ciudadanía. Si usted se muda a un condado distinto en Arizona, necesitará proveer prueba de ciudadanía.

**ACOMODACIONES PARA INDIVIDUOS CON DISCAPACIDADES**

Los materiales en formatos alternos, interpretación a señas y dispositivos de audición asistida están disponibles al dar aviso previo de 72 horas a su Registrador del Condado. Al grado que sea posible, se pondrán a la disposición más acomodamientos razonables dentro de las limitaciones de tiempo de la solicitud.

**INFORMACIÓN GENERAL**

1. Usted debe volver a registrarse cuando se mude, cambie su nombre, o cambie su afiliación de partido político.
2. Se pueden solicitar boletas electorales tempranas del Registrador del Condado del condado de su residencia.
3. Conserve esta copia como su recibo. Después de que el Registrador del Condado reciba su inscripción y la anote en el registro general del condado, se le enviará un aviso dentro de 4 a 6 semanas que indica que su nombre aparece en el registro. Si usted no recibe su aviso, póngase en contacto con su Registrador del Condado.
4. Anote su preferencia de partido político en la casilla 14. Si usted deja esta casilla en blanco al registrarse por primera vez en su condado, su preferencia de partido será "No Designó Partido". Si usted deja esta casilla en blanco y ya se registró en el condado, se retendrá su preferencia actual de partido. Por favor anote el nombre completo del partido político de su preferencia en la casilla.
5. Su decisión de inscribirse para votar o no, y dónde presentó su inscripción, será confidencial.

**Apache County Recorder**
St. Johns, AZ 85936
(928) 337-7516 (TDD# 337-4402)

**Cochise County Recorder**
Bisbee, AZ 85603
(520) 432-8354 (TDD# 432-8360)

**Coconino County Recorder**
Flagstaff, AZ 86001
(928) 679-7860 (TDD# 679-7131)

**Gila County Recorder**
Globe, AZ 85501
(928) 425-3231 (TDD# 425-0839)

**Graham County Recorder**
Safford, AZ 85548
(928) 428-3560 (TDD# 428-3562)

**Greenlee County Recorder**
Clifton, AZ 85533
(928) 865-2632 (TDD# 865-2632)

**La Paz County Recorder**
Parker, AZ 85344
(928) 669-6136 (TDD# 669-8400)

**Maricopa County Recorder**
Phoenix, AZ 85003
(602) 506-1511 (TDD# 506-2348)

**Mohave County Recorder**
Kingman, AZ 86402
(928) 753-0767 (TDD# 753-0769)

**Navajo County Recorder**
Holbrook, AZ 86025
(928) 524-4192 (TDD# 524-4294)

**Pima County Recorder**
Tucson, AZ 85702
(520) 740-4330 (TDD# 740-4320)

**Pinal County Recorder**
Florence, AZ 85132
(520) 509-3555 (TDD# 866-4851)

**Santa Cruz County Recorder**
Nogales, AZ 85621
(520) 375-7990 (TDD# 761-7816)

**Yavapai County Recorder**
Prescott, AZ 86305
(928) 771-3248 (TDD# 771-3530)

**Yuma County Recorder**
Yuma, AZ 85364
(928) 373-6034 (TDD# 373-6033)

State of Arizona
Secretary of State
Rev. 07/00/2011

## National Voter Registration Form

# Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No | This space for office use only. |
| Will you be 18 years old on or before election day? ☐ Yes ☐ No | |
| **If you checked "No" in response to either of these questions, do not complete form.** | |
| (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth — Month Day Year **5** Telephone Number (optional) **6** ID Number - (See Item 6 in the instructions for your state)

**7** Choice of Party (see Item 7 in the instructions for your State) **8** Race or Ethnic Group (see Item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II ☐ Sr ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

# Mail this application to the address provided for your State.

## Federal Post Card Application

### Federal Post Card Application (FPCA)
### Voter Registration and Absentee Ballot Request

A quicker, easier to complete, electronic version of this form is also available on FVAP.gov. For any questions about this form, consult your Voting Assistance Officer or the Voting Assistance Guide available in hard copy or on FVAP.gov.                    Please print in black ink.

**I request an absentee ballot for all elections in which I am eligible to vote AND:**

**1 Classification** — Make only 1 selection. (In most States, you must be absent from your voting district to use this form.)
- ☐ I am a member of the Uniformed Services or Merchant Marine on active duty OR  ☐ I am their spouse or dependent.
- ☐ I am a U.S. citizen residing outside the U.S., and I intend to return.
- ☐ I am a U.S. citizen residing outside the U.S., and I do not intend to return.
- ☐ I am a U.S. citizen otherwise granted military/overseas voting rights under State law (check the Voting Assistance Guide).

**2 Political Party** — To vote in primary elections, your State may require you to specify a political party.

**3 Your legal name** — Last name / Suffix / First name / Middle name / Previous name (if applicable)

**4 Identification** — Some States require your full SSN. Check your State's pages in the Voting Assistance Guide on FVAP.gov. Sex ☐ M ☐ F  Race  Birth date / State Driver's License or ID / OR Social Security Number

**5 Contact information** — Include international prefixes. No DSN number. Telephone / Fax / Email / Alternate Email

**6 Ballot receipt** — I prefer to receive my ballot, as permitted by my State, by: ☐ Email/Online ☐ Mail ☐ Fax (rank from 1–3 in order of preference; be sure appropriate contact information is provided above)

**7 U.S. address for voting purposes** — Usually your last U.S. residence or your legal U.S. residence. See instructions. Street Address (not P.O. Box) / Apt # / City/Town/Village / County / State / Zip Code

**8 Address where you live now** — This is different from above. Your voting materials will be sent here, unless you specify a forwarding address in Box 9.

**9 Additional requirements for your State** — Such as: mail forwarding address, additional phone, or other State required information. See your State's pages in the Voting Assistance Guide on FVAP.gov.

**Affirmation (REQUIRED):** I swear or affirm, under penalty of perjury, that:
- I am a member of the Uniformed Services or Merchant Marine on active duty or an eligible spouse or dependent of such a member, or a U.S. citizen temporarily residing outside the U.S., or other U.S. citizen residing outside the U.S.  • I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction.  • I have not been convicted of a felony or other disqualifying offense or been adjudicated mentally incompetent, or if so, my voting rights have been reinstated.  • I am not registering, requesting a ballot, or voting in any other jurisdiction in the U.S.  • My signature and date herein indicate when I completed this document.  • The information on this form is true and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.

This information is for official use only. Any unauthorized release may be punishable by law.

Signature — Print this form, sign, and send in.
Today's date / Witness signature / date if required by your State. See the Voting Assistance Guide on FVAP.gov. Signature / Date

Standard Form 76 (Rev. 08-2011)

## Federal Write-In Absentee Ballot (FWAB)



Federal Write-in Absentee Ballot (FWAB)
Voter's Declaration/Affirmation

A quicker, easier to complete, electronic version of this form is also available on FVAP.gov. For any questions about this form, consult your Voting Assistance Officer or the Voting Assistance Guide available in hard copy or on FVAP.gov.
Please print in black ink.

CHAPTER 18 - SAMPLE FORMS

# Official Federal Write-in Absentee Ballot

**President/Vice President:**

**U.S. Senator*:**

**U.S. Representative/Delegate**/Resident Commissioner**:**

\* Legal residents of the District of Columbia may vote only for President/Vice President and Delegate.

\** Legal residents of American Samoa, Guam, Puerto Rico and the U.S. Virgin Islands may vote only for Delegate or Resident Commissioner to the Congress.

## Addendum

Some states allow the Federal Write-In Absentee Ballot to be used by military and overseas civilian voters in elections other than general elections or for offices other than Federal offices. Consult your state section in the Voting Assistance Guide on FVAP.gov to determine your state's policy. If you are eligible to use this ballot to vote for offices other than those listed above or for ballot initiatives, please indicate in the spaces provided below, the office for which you wish to vote (for example: Governor, Attorney General, Mayor, State Senator, etc.), and the name and/or party affiliation of the candidate for whom you wish to vote. You may also indicate the ballot intiative and your vote for the initiative.

| Office / Ballot Initiative | Candidate Name, Party Affiliation, or Initiative Vote |
|---|---|

Standard Form 186 (Rev 08-2011)

## Official Federal Write-in Absentee Ballot (continuation)

| Office / Ballot Initiative | Candidate Name, Party Affiliation, or Initiative Vote |
|---|---|
| | |

Standard Form 186 (Rev 08-2011)

## <u>UNIFORM CORRESPONDENCE</u>

### <u>Notification of Federal ONLY Ballot Status Eligibility</u>

If a registrant submits a federal voter registration application without proof of citizenship but identity is proven as required by HAVA (through database match or other documentation), the counties need to place the registrant in "Active" status as a federal only voter with Early Voting (EV) eligibility enabled.  Counties must then send a letter to the registrant informing/educating them of this status in addition to giving them an opportunity to prove citizenship.  This will entitle the registrant to be eligible for all elections.  The uniform items listed below shall be used in the correspondence.

- Voter full name
- Voter ID#
- Voter mailing address
- Voter city, state, zip code and extension
- Statement notifying voter of Federal only status
- List of acceptable forms of proof of citizenship
- Method of registration (i.e., State Form, Service Arizona)
- Statement informing registrant to send legible photocopies and not originals
- Contact information of county
- Statement on proof of citizenship required prior to the 29 day cutoff to vote a full ballot

**<u>Notification of Federal ONLY Ballot Status Eligibility with Proof of Identity Needed for First Time Federal Form Voters</u>**

If a new registrant submits a federal voter registration application **<u>without</u>** proof of identity as required by HAVA and identity cannot be proven through any other database match, the counties need to place the registrant in "Active" status as a federal only voter **<u>without</u>** Early Voting (EV) eligibility. Counties must then send correspondence to the registrant informing/educating the voter that they will only be eligible to vote in federal elections and must vote in-person the first time or prove identity prior to an election. Correspondence sent to registrants without proof of identity shall include:

- Voter full name
- Voter ID#
- Voter mailing address
- Voter city, state, zip code and extension
- Statement notifying voter of identification requirements for a first-time voter
- List of acceptable forms of identification
- Statement informing registrant to send legible photocopies and not originals
- County contact information

**2nd Notice That Citizenship Documentation Needed – State Voter Registration Form**

--------------------------------------------------------------------------------------------------------

Let this letter serve as notification that we have not yet received documentation of citizenship for purposes of voter registration.

Be advised that you **are not** a registered voter in <County Name> County until we receive a new registration form containing one of the following:

1. Arizona Driver's License number or non-operating identification license number issued after 10/01/1996 (number only; **DO NOT** send in the card).
2. A legible photocopy of a driver's license or non-operating identification license issued by another state that identifies United States Citizenship on the license.
3. A legible photocopy of a birth certificate that verifies United States Citizenship.
4. A legible photocopy of your United States passport containing your name and passport number.
5. A legible photocopy of United States naturalization documents or the number of the certification of naturalization.  If only the number is provided, it will need to be verified before the voter registration can be processed.
6. A Bureau of Indian Affair's Card Number, Tribal Treaty Card Number, or Tribal Enrollment Number (number only; **DO NOT** send in the card).

   Sincerely,

--------------------------------------------------------------------------------------------------------

**AZ DLN Number Did Not Match at MVD – State Voter Registration Form**

--------------------------------------------------------------------------------------------------------

Re: Arizona State Driver's License Number provided by you:  _____

Dear <County Name> County Registrant:

The <County Name> County Recorder's Office received your voter registration form.  In our attempt to process your voter form, the Arizona State Driver License Number or Non-operating Identification Number that you listed on the form does not match the records that the Arizona Motor Vehicle Division has on file for you.  Above is the license number that you provided on the form.

During the 2004 Presidential Election, Proposition 200 was passed by the voters of the State of Arizona and became law effective January 24, 2005.  That proposition requires every new registered voter to establish citizenship when registering to vote.  An Arizona license number can be used to establish citizenship **if it was issued after 10/1/1996**. We are required to confirm the number with the Motor Vehicle Division.  Because of the discrepancy with the number on your voter form, we were not able to process your voter registration form at this time and you will not be allowed to vote until this matter is corrected.

Please provide us with the information requested below and return it to us in the enclosed self-addressed envelope.  You may also include a photocopy of your driver's license along with this letter to speed up the process.

If you have any questions, please do not hesitate to contact our office at <phone number>.


ARIZONA DRIVER'S LICENSE or NON-OPERATING NUMBER: _____

DATE LICENSE ISSUED:  _____

Sincerely,

--------------------------------------------------------------------------------------------------------

**<u>Information Did Not Match MVD (other than DLN)</u>**

--------------------------------------------------------------------------------------------------------

### INFORMATION NO MATCH
### REGISTRATION FORM ENCLOSED

Date: _____

The <County Name> is in receipt of the voter registration form you submitted. In our attempt to process your form, we were advised that information that you provided on the form does not match information on file with the Motor Vehicle Division and/or the Social Security Administration.

Voter registration files are sent to the Secretary of State on a daily basis for verification of information provided by the voter.  This information is matched with Motor Vehicle records and against those records on file with the Social Security Administration.

The following is the information that you provided that did not match the records at MVD:

Last Four Digits of Social Security Number: _____

Name: _____

Date of Birth:  _____

For your convenience, we have included a new registration form to complete or you may correct the information by contacting <phone number>

You may also e-mail this information to:  <email address>.

Sincerely,

--------------------------------------------------------------------------------------------------------

**<u>Information Did Not Match – MVD Non Match</u>**

Date: _____

The <County Name> County Recorder's Office is in receipt of the voter registration form you submitted.  In our attempt to process your form, we were advised that information you provided on the form does not match the information on file with the Arizona Motor Vehicle Division.

The Help America Vote Act of 2002 requires the registrant to provide their Arizona Driver License or Non-Operating License Number along with the last four digits of their social security number.  Voter registration files are sent to the Secretary of State on a daily basis for verification of information provided by the voter.  This information is matched with motor vehicle records and against those records on file with the Social Security Administration.

For your convenience, we have included a new registration form to complete or you may correct the information by contacting our office at <phone number>.

You may also e-mail this information to:  <email address>

<County Name> County
Voter Registration

 "Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>."
-------------------------------------------------------------------------------------------------

**Cancellation Notice due to Soft Duplicate Match Resolution**


Dear Voter,

In accordance with ARS §16-168.J, the Secretary of State has compiled a statewide voter registration listing to determine duplicate registrations throughout the state.

The records indicate that you have a more recent registration in <New County Name> County dated <date of new registration>.  Your registration with <Old County Name> County has therefore been canceled.

If you have any questions about this matter, please contact this office at <phone number> or e-mail: <email address>.

<County Name> County
Voter Registration

 "Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>."

-------------------------------------------------------------------------------------------------------

**Registration Update Needed**

--------------------------------------------------------------------------------------------------

Dear <County Name> County Voter:

This office continuously strives to update our voter records.  It is our experience that a person's signature may vary considerably over time. This may be due to several factors: age of the registration form, or an illness or injury that may affect the way you sign your name.

This will not affect your registration, but will impact your voting activities if you do not submit a new voter registration form with your current signature.   Most voting activities require comparison of signatures to the signature provided on your voter registration form.  This includes early balloting and signing of petitions.  Your prompt reply is especially important if you will vote using an early ballot for the upcoming election.

Please take a moment to ***completely*** fill out and return the enclosed voter registration form **immediately**.  We will update your information and include your current signature in our system.  Should you have any questions, please feel free to contact this office at <phone number>.


<County Name> County
Voter Registration

 "Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>."
--------------------------------------------------------------------------------------------------

## Citizenship Proof Needed – State Voter Registration Form

-----------------------------------------------------------------------------------------------------
Dear <County Name> County Registrant:

The <County Name> County Recorder's Office recently received your voter registration form.  To be in compliance with Arizona State Law, ARS § 16-166 we will need more information before we can process your application.  Please complete the new enclosed voter registration form and return in the self-addressed envelope.

During the 2004 Presidential Election, Proposition 200 was passed by the voters of the State of Arizona and became law effective January 24, 2005.  This law now requires that all **NEW** voter registration forms must be accompanied by satisfactory evidence of United States Citizenship, which includes one of the following:

- Your Arizona driver's license number or non-operating identification license number, issued after 10/01/1996.  Numbers only, **do not** send in your license.

- A legible photocopy of your driver's license or non-operating identification license issued by another state that identifies United States Citizenship on the license.

- A legible photocopy of your birth certificate that verifies United States Citizenship.

- A legible photocopy of your United States passport containing your name and passport number.

- A legible photocopy of your United States naturalization documents or your alien registration number.  If only the number is provided, it will need to be verified before your registration is processed.

- Your Bureau of Indian Affairs Card Number, Tribal Treaty Card Number or Tribal Enrollment Number.  Numbers only, **do not** send in your card.

    *DO NOT* send originals; only send legible photocopies as outlined above.

Your name will not be added to the voter registration file until we have received the new enclosed voter registration form with the required information.  In order to be eligible for an election the completed form must be received no later than 29 days prior to an election.

If you have further questions, please contact our office at <phone number> or visit our web page at <web page> for a list of upcoming elections.

Thanks in advance for your prompt attention to this matter.

**Type F License**

Dear <County Name> County Registrant:

The <County Name> County Recorder's Office recently received your voter registration form.   However, we are not able to process that form.   On the registration form you used your driver's license number to establish United States citizenship.   The Arizona Motor Vehicle Division has advised us that the license number you provided on the voter registration form was issued to someone who was not a citizen of the United States at the time the license was issued.   The Arizona driver license number can therefore not be used as proof of citizenship for voter registration purposes.   Please complete the new enclosed voter registration form and return it with one of the other documents listed below that establishes that you are a citizen of the United States.

- A legible photocopy of your birth certificate that verifies United States Citizenship.
- A legible photocopy of your United States passport containing your name and passport number.
- Your Alien Registration Number entered in the proper box on the Arizona Voter Registration Form.
- A legible photocopy of your United States naturalization documents.
- Your Bureau of Indian Affairs Card Number entered in the proper box on the Arizona Voter Registration Form, Tribal Treaty Card Number or Tribal Enrollment Number.   Numbers only, **do not** send in your card .

*DO NOT* send originals; only send legible photocopies as outlined above.

Your name will not be added to the voter registration file until we have received the new enclosed voter registration form with the required information.   In order to be eligible for an election the completed form must be received no later than 29 days prior to an election.

If you have further questions, please contact our office at <phone number> or visit our web page at <web site> for a list of upcoming elections.

Thanks in advance for your prompt attention to this matter.

<County Name> County
Voter Registration

 "Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>"

**Type F License – Federal Form**

Dear <County Name> County Registrant:

The <County Name> County Recorder's Office recently received your voter registration form.  However, we are not able to process that form because the Arizona Motor Vehicle Division (MVD) has advised us that the license number you provided on the voter registration form was issued to someone who was not a citizen of the United States at the time the license was issued.  A person must be a citizen to be eligible to register to vote. If you have recently become a naturalized citizen, you may want contact the MVD to update your driver's license record.

Please complete the new enclosed voter registration form and refer to the instructions on the form.  In order to be eligible for an election the completed form must be received no later than 29 days prior to an election.

If you have further questions, please contact our office at <phone number> or visit our web page at <web site> for a list of upcoming elections.

Thanks in advance for your prompt attention to this matter.

<County Name> County
Voter Registration

 "Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>"

**NVRA Address Change**

--------------------------------------------------------------------------------------------------------------

Dear <County Name> County Voter:

We have received a change of address for you from either the United States Postal Service or a returned piece of mail indicating that you may have moved out of this county or state.  The address we currently have on file is:

        <street address>
        <city>, <state> <zip code>

If you have moved or intend to move out of <County name> County, we have enclosed a cancellation card for your convenience.  To continue to be eligible to vote in the State of Arizona, you must re-register in the county to which you moved.

If the mailing address is a temporary address, you will need to notify this office within 29 days to prevent being placed on our inactive list.

"Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>."

--------------------------------------------------------------------------------------------------------------

**Final Notices**

**In-Jurisdiction Letter**

_____

**FINAL NOTICE**
**REGISTRATION FORM ENCLOSED**

*DATE*

*VOTER NAME*
*VOTER ADDRESS*

You were recently sent a mailing (first notice) to the address we have on record, which was returned to our office as undeliverable.  The returned mailing indicated that you no longer live at the address on your voter record and/or your mailing address is no longer valid.

**State law requires re-registration when you change your residential address, change your name or wish to change your party affiliation.   To ensure that you remain on the active voter list, you will need to complete the enclosed registration form and return it to our office.**

 **Pursuant to ARS § 16-166 (A), if we do not receive a new registration form within THIRTY-FIVE (35) days from the date of THIS NOTICE, your name will be REMOVED from the general register and TRANSFERRED TO THE 'INACTIVE' VOTER LIST.**

**MAILING SERVICES OR BUSINESS ADDRESSES ARE NOT ACCEPTABLE AS RESIDENTIAL ADDRESSES PURSUANT TO ARS § 16-152.**

**If you no longer have a post office box, please contact our office at <phone number> and we will change your mailing information.**

If we do not have the correct information on file, you may not receive sample ballots or statutory information pamphlets.

_____

**Out of Jurisdiction Letter**

_____

*DATE*

*VOTER NAME*
*VOTER ADDRESS*

We recently sent mail to the address where you are currently registered to vote in <County Name> County.  The United States Postal Service returned that piece of mail to us with this forwarding address.  The address provided by the Postal Service is outside of <County Name> County.

If you no longer live in <County Name> County, you are no longer eligible to vote in <County Name> County elections.  If that is the case, we ask that you fill out the bottom portion of this form.  Please use the enclosed envelope to return your signed form to our office.  On receipt, we will cancel your voter registration in <County Name> County and discontinue sending you voter literature.

If you are only temporarily absent from <County Name> County, please contact our office at <phone number> so that we can keep your registration current.  If we do not hear from you within 35 days, Arizona law requires that we move your voter registration to an inactive status.

-------------------------------------------------------------------------------------

I, (please print name) _____ no longer reside in <County Name> County, Arizona.  Please cancel my voter registration and discontinue sending me voter literature.  I understand that if I relocate back to <County Name> County, I will need to reregister at that time.

_____
Signature (Mandatory for cancellation)

_____
Date of Birth (for identification purposes)

When completed, please mail to:
<County Recorder Address>
_____

**Jury Questionnaire - Felon**

--------------------------------------------------------------------------------------------------------------

Voter Name and Address

Dear Voter:

The <County Name> County Jury Commissioner has informed this office that you received a Jury Summons from them and that you returned the notification to their office indicating that you have been convicted of a felony and **have not** had your rights restored.

Pursuant to ARS §16-165(B), we are mandated to remove your name from the voter registration rolls and cancel your registration effective this date.

When you have completed your obligation to the court in accordance with ARS §13-905, you may reregister by completing a new voter registration form.

[Optional Material - If the county wants to add links or phone numbers where a person can obtain additional information on how they can get their rights restored, it should be placed here]

If this information is in error or you have any questions, please contact the Superior Court Jury Commissioner immediately at <phone number>.

**Jury Questionnaire – Citizenship**

---------------------------------------------------------------------------------------------------------------

Voter Name and Address

Dear Voter:

The <County Name> County Jury Commissioner has informed this office that you received a Jury Summons from them and that you returned the notification to their office indicating that you **are not** a United States Citizen.

Pursuant to Arizona Revised Statutes §§ 16-101(A) and 16-165, we are mandated to remove your name from the voter registration rolls and cancel your registration effective this date.

If this information is in error, or you have any questions, please contact the Superior Court Jury Commissioner immediately at <phone number>.

---------------------------------------------------------------------------------------------------------------

**Felony Conviction**

--------------------------------------------------------------------------------------------------------
Dear <County Name> County Voter:

We have recently received information from the Court system indicating that you have been convicted of a felony.

Pursuant to ARS §16-165(B), we are mandated to remove your name from the voter registration rolls and cancel your registration effective this date.

When you have completed your obligation to the court in accordance with ARS §13-905, you may reregister by completing a new voter registration form.

> [Optional Material - If the county wants to add links or phone numbers where a person can obtain additional information on how they can get their rights restored, it should be placed here]

If this information is in error, or you have any questions, please contact this office immediately at <phone number>.
--------------------------------------------------------------------------------------------------------

**Adjudicated Incompetent**

-------------------------------------------------------------------------------------------------------
Dear <County Name> County Voter:

We have recently received information from the Court system indicating that you have been adjudicated incompetent.

Pursuant to ARS §16-165(C), we are mandated to remove your name from the voter registration rolls and cancel your registration effective this date.

If this information is in error, or you have any questions, please contact this office immediately at <phone number>.

"Si es obligatorio que usted tenga este documento en español, haga el favor de ponerse en contacto con Inscripción de Votantes al <phone number>."

-------------------------------------------------------------------------------------------------------

**County Recorder Naturalization Ceremony Certification**

Dear Recorder:

Enclosed are voter registration form(s) that were gathered by my staff at a Naturalization Ceremony at the United States District Court for the District of Arizona in <City>.  The enclosed form(s) are for voters in your county.

Members of my staff were present at the ceremony and examined the Naturalization Certificates for each of these voters.  Staff then initialed each form to indicate the examination of the citizenship documents for these voters.

If you have any further questions, or need further assistance please contact our office at <phone number>.

Thank you,


<County Recorder Name>
<County Name> County Recorder

## **Recorder's Certificate**

I, <Recorder Name>, <County> County Recorder do hereby attest and certify that _____ is currently registered to vote in <County Name> with date of most recent registration to be _____.  The registrant has provided birth year of _____, residential address of _____, mailing address of _____, political party of _____.  Assigned precinct is _____ and assigned ballot style is _____.

Witness my hand and seal this _____ day of _____.

<County Recorder Name>
County Recorder

## Active Signature Roster – Certificate of Inspector

State of Arizona)
                           ) SS
County of _____ )

### ACTIVE SIGNATURE ROSTER

**FOR POLLING PLACE:  <Voting Area>**
     **Number of Names:   <Number>**

**<County Name>, Arizona**
**<Precinct Name>**
**<Date of Election>**

I, <Recorder Name>, County Recorder in and for <County Name>, Arizona as provided  for by Arizona Revised Statutes §16-169, hereby certify that this Signature Roster prepared for the above Voting Area, <County Name>, Arizona containing the above listed number of names is complete and correct.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of <County Name> County Arizona

___  _____
       <Recorder Name>, <County Name> County Recorder

INSPECTOR'S CERTIFICATE

I, the undersigned inspector of the Board of Elections for this Voting Area, <County Name> County, Arizona, hereby certify that the foregoing (except for signatures in red ink) are true and correct signatures of all electors who voted in this Voting Area on the day of the election.

_____
                    Inspector
-------------------------------------------------
BACKSIDE OF COVER PAGE
-------------------------------------------------
And we hereby certify that each individual, whose signature is contained herein, presented identification pursuant to A.R.S § 16-579(A).  Those individuals that did not provide identification pursuant to A.R.S § 16-579(A) were instructed to vote a provisional ballot and provided information on the times and locations for providing the required identification.

_____          _____

_____          _____

_____          _____

INSTRUCTIONS TO VOTING AREA BOARD

The above certificate must be signed by the Inspector.  Each qualified elector shall sign the Signature Roster in the space provided prior to receiving a ballot.  The Inspector or a Judge may sign (using red ink) for an elector who is unable to sign because of physical disability.

## CANDIDATE NOMINATION FORMS

## Triplicate Form

**STATE OF ARIZONA**
**NOMINATION PAPER**
**AFFIDAVIT OF QUALIFICATION**
**CAMPAIGN FINANCE LAWS STATEMENT**
**[ARS §§ 16-311, 16-905(I)(5)]**

You are hereby notified that I, the undersigned, a qualified elector, am a candidate for the office of

_____ subject to the

action of the _____ Party, at the Primary Election to

be held on _____, and at the General Election to be

held _____, should I be nominated.

I will have been a citizen of the United States for _____ years next preceding my election and will

have been a citizen of Arizona for _____ years next preceding my election and will meet the age

requirement for the office I seek and have resided in _____ County for _____ years and in

precinct _____ for _____ years before my election.

I do solemnly swear  (or affirm) that at the time of filing, I am a resident of the county, district or

precinct which I propose to represent, I have no final, outstanding judgments against me of more than an

aggregate of $1,000 that arose from failure to comply with or enforcement of ARS Title 16, Chapter 6, and

as to all other qualifications, I will be qualified at the time of election to hold the office that I seek, having

fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence        (city or town)        (zip)
_____
Post office address                                        (city or town)        (zip)

| **Print or type your name on the following line in the exact manner you** |
| **wish it to appear on the ballot.  A.R.S. § 16-311(G).** |

_____ ,        _____
        LAST NAME                                        FIRST NAME

_____
CANDIDATE SIGNATURE

State of _____)
County of _____)

Subscribed and sworn to (or affirmed) before me this _____ day of _____, 20_____.

_____
Notary Public

(Seal)

I have read all applicable laws relating to campaign financing and reporting.

_____
CANDIDATE SIGNATURE

**Triplicate Form (Nomination Other Than By Primary, ARS § 16-341)**

**STATE OF ARIZONA**
**ARS § 16-341**
*Nomination Other Than By Primary*
**NOMINATION PAPER**
**AFFIDAVIT OF QUALIFICATION**
**CAMPAIGN FINANCE LAWS STATEMENT**
**[ARS §§ 16-311, 16-341, 16-905(I)(5)]**

You are hereby notified that I, the undersigned, a qualified elector, am a candidate for the office of

_____ subject to the Arizona General Election to be held on _____.

I will have been a citizen of the United States for _____ years next preceding my election and will have been

a citizen of Arizona for _____ years next preceding my election and will meet the age requirement for the

office I seek and have resided in _____ County for _____ years and in precinct _____for

_____ years before my election.

   I do solemnly swear  (or affirm) that at the time of filing, I am a resident of the county, district or

precinct which I propose to represent, I have no final, outstanding judgments against me of more than an

aggregate of $1,000 that arose from failure to comply with or enforcement of ARS Title 16, Chapter 6,and

as to all other qualifications, I will be qualified at the time of election to hold the office that I seek, having

fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence        (city or town)        (zip)

_____
Post office address                    (city or town)            (zip)

| **Print or type your name on the following line in the exact manner you wish it to appear on the ballot. A.R.S. § 16-311(G).** |
|---|
| _____,    _____ <br>    LAST NAME                      FIRST NAME |

_____    _____
   BALLOT DESIGNATION (up to 3 words)        CANDIDATE SIGNATURE

State of _____)
County of _____)

Subscribed and sworn to (or affirmed) before me this _____ day of _____, 20_____.

_____
Notary Public

   (Seal)

I have read all applicable laws relating to campaign financing and reporting.

_____
                CANDIDATE SIGNATURE

**Triplicate Form (Write-In)**

STATE OF ARIZONA

*Write-in Candidate*
**NOMINATION PAPER**
**AFFIDAVIT OF QUALIFICATION**
**CAMPAIGN FINANCE LAWS STATEMENT**
**[ARS §§ 16-311, 16-312, 16-905(I)(5)]**

You are hereby notified that I, the undersigned, a qualified elector, am a candidate for the office of

_____ for the _____ Party    (if

applicable)  to  be  voted  on  at  the  PRIMARY  or  GENERAL  (circle one)  election  to  be  held  on

_____.

   I will have been a citizen of the United States for _____ year(s) next preceding my election and will

have been a citizen of Arizona for _____ year(s) next preceding my election and that my age is ____,    and

my date of birth is the _____ day of _____, 19_____, and have resided in _____ County

for _____ year(s) and in precinct _____ for _____ year(s) before my election.

   I do solemnly swear (or affirm) that at the time of filing, I am a resident of the county, district or precinct

which I propose to represent, I have no final, outstanding judgments against me of more than an aggregate

of $1,000 that arose from failure to comply with or enforcement of ARS Title 16, Chapter 6, and as to all

other qualifications, I will be qualified at the time of election to hold the office that I seek, having fulfilled the

constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence        (city or town)        (zip)

_____
Post office address                        (city or town)        (zip)

---

**Print or type your name on the following line as you wish it to be listed**

**on the Notice of Official Write-In Candidates.**

_____,     _____
        LAST NAME                              FIRST NAME

---

                    _____
                    CANDIDATE SIGNATURE

State of _____)
County of _____)

Subscribed and sworn to (or affirmed) before me this _____ day of _____, 20_____.

                    _____
                    Notary Public

   (Seal)

I have read all applicable laws relating to campaign financing and reporting.

                    _____
                    CANDIDATE SIGNATURE

**Triplicate (Non-Partisan)**

**STATE OF ARIZONA**
***NONPARTISAN***
**NOMINATION PAPER**
**AFFIDAVIT OF QUALIFICATION**
**CAMPAIGN FINANCE LAWS STATEMENT**
**[ARS §§ 16-311(B), 16-905(I)(5)]**

You are hereby notified that I, the undersigned, a qualified elector, am a candidate for the office of _____at the General Election to be held on _____.

I will have been a citizen of the United States for _____ years next preceding my election and will have been a citizen of Arizona for _____ years next preceding my election and will meet the age requirement for the office I seek and have resided in _____ County for _____ years and in precinct _____ for _____ years before my election.

I do solemnly swear  (or affirm) that, at the time of filing, I am a resident of the county, district or precinct which I propose to represent, I have no final, outstanding judgments against me of more than an aggregate of $1,000 that arose from failure to comply with or enforcement of ARS Title 16, Chapter 6, and as to all other qualifications, I will be qualified at the time of election to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence      (city or town)          (zip)

Post Office
Address _____
                                                (city or town)          (zip)

---

**Print or type your name on the following line in the exact manner you**
**wish it to appear on the ballot.  A.R.S. § 16-311(G).**


_____ ,          _____
        LAST NAME                                          FIRST NAME

---

_____
                    CANDIDATE SIGNATURE

State of _____)
County of _____)

Subscribed and sworn to (or affirmed) before me this _____ day of _____, 20_____.


_____
                    Notary Public

        (Seal)
I have read all applicable laws relating to campaign financing and reporting.


_____
                    CANDIDATE SIGNATURE



## Non-Resident Petition Circulator Registration Form

Prior to circulating petitions, each non-resident circulator who is otherwise qualified to register to vote in Arizona must register with the Secretary of State. Signatures collected by any non-resident circulator who has failed to register with the Secretary of State before circulating petitions are subject to review and challenge pursuant to applicable laws.

| | |
|---|---|
| Name of Candidate/Petition Serial # (list all that apply) | |
| Company you are working for | |
| Name of Circulator | |
| Circulator's Residential Address (including street number, city, state and zip) | |
| Address at which circulator agrees to accept service of process (if different from above) | |
| Telephone number | Email |

By signing below, you agree to submit to the jurisdiction of the State of Arizona, regarding any case or controversy arising out of your activities while circulating petitions which shall be governed by the laws of the State of Arizona.

I hereby swear or affirm under penalty of perjury that the above information is true and correct and that I am not a resident of Arizona, but am otherwise qualified to register to vote in Arizona.

Signature: _____   Date: _____

State of _____ )
County of _____ )

Subscribed and sworn before me this _____ day of _____, 20____, by

_____.

(Notary Seal)

_____
Notary Public

**This form must be received by the Office of the Arizona Secretary of State before petitions are circulated.**

Election Services Division
Office of the Secretary of State
1700 W. Washington St., 7th Fl.
Phoenix, Arizona 85007
(602) 542-8683
1-877-THE VOTE

Revised 01/24/2014

CHAPTER 15  SAMPLE FORMS

**Sample**

 **Report Failure to File Notice**

TO: «NAME»
    COMMITTEE ID # «FILERID»
    «CHAIRMAN AND/OR CANDIDATE»
    «ADDRESS1»
    «ADDRESS2»
    «CITY», «STATE»  «ZIP»

FROM:  State Election Director

DATE:   <<Month DD, YYYY>>

RE: **Failure to File Campaign Finance Report** for Committee ID «FILERID»
«NAME OF REPORT»
«BEGINDATE» TO «ENDDATE»
Due «ENDFILINGDATE»

Pursuant to Arizona Revised Statutes, ARS §16-918(A), the Secretary of State hereby notifies you that the above named political committee has failed to timely file the campaign finance report listed above.  Depending upon how you choose to remedy this failure to file, the following deadlines and penalties apply:

**1.   $10 FILING PENALTY FOR EACH DAY THE REPORT IS LATE**
Beginning the day after your campaign finance report was due, a mandatory late filing penalty of $10 per day must be paid to the Secretary of State for each day the report was late.  The fee has been accumulating daily since the <<Day of Week, Month DD, YYYY>>.  The Secretary of State is prohibited by law from accepting your report without full payment of the late fee. ARS §16-918(B)  Even if you file the campaign finance report the penalty will continue to accrue until the late fee is paid.

You may present a written claim of good cause for the failure to file on time.  That claim, however, will not substitute for paying the late fee at the time you file the campaign finance report.  If a finding of good cause is granted at a later time, your late penalty will be refunded.

**2.   ADDITIONAL PENALTIES FOR FAILING TO FILE WITHIN THE NEXT 15 DAYS**
If your committee does not file the required campaign finance report within 15 days after receiving   this   notice,   your   committee   is   subject   to   additional   penalties:

    a.   For all committees, there is a mandatory civil penalty of $25.00 per day for each day your committee fails to file beyond the 15 days after you receive this notice. ARS §16-918(C).

b.  For candidate campaign committees that do not come into compliance with their filing requirements, the Attorney General may impose an order that this office will refuse nomination papers from the candidate for a period of five (5) years from the date the campaign finance report was originally due. The Arizona Attorney General may also issue an order that the filing officer for any jurisdiction (local or state) may refuse to accept nomination papers from the candidate for a period of  five (5) years from the date the campaign finance report was originally due. ARS §16-918(F).

**3. THIS IS THE ONLY FAILURE TO FILE NOTICE THAT YOU WILL RECEIVE.** Each political committee that has failed to file a campaign finance report will be sent only one notice of failure to file.  (THIS LETTER CONSTITUTES YOUR NOTIFICATION)  For candidate campaign committees, a copy will also be sent to the candidate or designating individual at his or her address on file with the Secretary of State.  A copy of this notice becomes a part of the public record of your campaign finance report file.

**4.  YOUR COMMITTEE MUST FILE YOUR CAMPAIGN FINANCE REPORTS WITH THE SECRETARY OF STATE.** ARS §16-958(E)  All reports must be filed using the web based Campaign Finance Reporting System found at www.azsos.gov.  For your electronic report to be considered filed, you must:

a)  Enter all transactions using the web based Campaign Finance Reporting System, OR
b)  Submit the data sent in the specified electronic filing format using software from an approved third party vendor.

**These are the only acceptable means by which you may file your report**.  The Secretary of State has developed a web based Campaign Finance Reporting System, which will enable you to prepare and file your report electronically.  Visit the Arizona Secretary of State's website at www.azsos.gov.

If you believe that this notice was sent in error or have any other questions, please contact our office at 1-877-THE VOTE or (602) 542-4285, or by e-mail message at CampaignFinance@azsos.gov.

**Sample Notice of Intent to Suspend Political Committee**

TO:
FROM: Office of the Secretary of State
Election Services Division
DATE: February 10, 2010
RE: **FAILURE TO FILE STATUS**

According to § 16-918(H), this Notice of Intent to Suspend informs the Committee Chairman and Treasurer that failure of the political committee to fully comply with all filing requirements has occurred. As of the date of this notice, your political committee has failed to fully comply with the filing requirements, including any required payments. If your committee does not come into compliance within thirty days of the date of this notice, your committee's authority to operate in this state shall be suspended.

Notice of Intent to Suspend Political Committee

**SECRETARY OF STATE**
**STATE OF ARIZONA**
**Report Name Reporting Period**
**Begin Date**
**Reporting Period**
**End Date Filing Due Date**
Committee #
- Chairman
**State Capitol:** 1700 W. Washington Street, 7th Floor
Phoenix, Arizona 85007-2888
Telephone (602) 542-4285 Fax (602) 542-1575

**THIS IS THE ONLY INTENT TO SUSPEND NOTICE THAT YOU WILL RECEIVE**
Each political committee that has failed to file three consecutive campaign finance reports will be sent only one Notice of Intent to Suspend. (THIS LETTER CONSTITUTES YOUR NOTIFICATION) A copy of this notice becomes a part of the public record of your campaign finance reporting file.

**LIFTING THE SUSPENSION**
In order to lift the suspension, your committee must file campaign finance reports with the Secretary of State in an electronic format as prescribed by ARS § 16-958(E), and pay any fines, penalties, civil penalties or other sanctions that have accrued to date. The Secretary of State has developed and released a web-based campaign finance reporting system, which will enable you to prepare and file your reports electronically. The web-based reporting system is free and is available on the Arizona Secretary of State's website at www.azsos.gov. If you believe that your committee has filed any or all of the listed campaign finance reports on time or if you need assistance in filing your campaign finance reports, please contact the Election Services Division at 1-877-THE VOTE

CHAPTER 18 - SAMPLE FORMS

**RIGHT OF APPEAL**

This suspension pursuant to ARS § 16-918(H) is an appealable agency action. You may request a hearing to contest this suspension pursuant to Arizona Revised Statutes, Title 41, Chapter 6, Article 10, by submitting a written request for a hearing no later than thirty (30) days after receiving this notice to:

Arizona Secretary of State's Office
1700 W. Washington Street, 7th floor
Phoenix, Arizona 85007

You may request an informal settlement conference pursuant to ARS § 41-1092.06

## **EARLY VOTING**

### **Accessible Voting Device Affidavit**

**Name:** _____ **Voter ID#** _____

**Precinct/Split:** _____ **Date:** _____

### **Ballot Affidavit**

ARS §16-547     State of Arizona
               **County of XXX**

I do solemnly swear that I am the identical person whose name is signed to this affidavit and that this name and signature are my true name and signature, or if I did not personally sign, it was because of physical disability; that I have not voted and will not vote in this election in any other state during the calendar year of this affidavit and that I personally voted the accessible voting device ballot or that it was marked according to my instructions because I was unable to do so.  I understand that knowingly voting more than once in any election is a class 5 felony.  I declare that I am more than eighteen years of age, that I am a qualified elector of the state of Arizona and the County of XXX and that I reside at the address as indicated below.  If a challenge is filed against my early ballot, I understand that a copy of the challenge will be sent to me by first class mail and that I may have as little as forty-eight hours' notice of an opportunity to appear.

Signature of Elector:  _____

_____
Name of Person signing affidavit if other than registrant:

Physical Address:

_____
 (House Number)        (Street)                    (City/Town)               (Zip)

**<u>90 Day Notice Information</u>**

Dear <County Name> County Voter:

Our records indicate that you are on the Permanent Early Voting List and we are mailing this notice to you to make you, as an eligible voter, aware of the upcoming election(s) and to provide you an opportunity to modify any of your registration information, if needed.  If your information is correct and current, you do not need to return this notification card.  Your ballot will automatically mail on the date(s) indicated on the front of the card.

However, if you do need to update any of your voter registration information, then complete and return this card no later than 45 calendar days prior to the election dates indicated on the front of this card.  If the update is not received within the above timeframe, your early ballot will already have been scheduled to be mailed automatically.

For partisan primary elections:  If you wish to participate in this specific election and are registered without a recognized political party affiliation, you will need to return this card to indicate the party ballot you wish to receive.  A ballot for this partisan election will not be sent if a political party indication is not made.

Reminder:   You will remain on the permanent early voting list until your voter registration record is canceled, moved to inactive status or until you request in writing to be removed from the permanent early voting list.  A removal request must include your name, residence address, date of birth and signature.  A voter's failure to vote and return an early ballot does not remove the voter from the permanent early voting list.

## 33 Day Notice for All-Mail Jurisdictional Election held during a Partisan Election (Optional)

One of the jurisdiction you reside in is conducting an all-mail election consolidated with a Partisan (political party specific) Primary Election. If you wish to participate, because you are registered without a political party affiliation, you will need to return this card or call ___-___-____ to indicate the political party ballot you want to receive or note the option to receive a "jurisdiction only" ballot. If you opt to receive a political party ballot, that ballot will also contain the jurisdiction measures or candidates that are applicable to you.  If you do not want a political party ballot and instead want the "jurisdiction only" ballot, you must indicate this choice and contact our office or return this card in order to receive that ballot. A ballot for this Primary Election will not be sent if a selection is not made.

Complete and return this card so that it is received no later than 11 calendar days prior to the Election Date indicated on the front of this card.

## POLLING PLACE FORMS

## Precinct Election Supplies Inventory List

Election Type (Circle):   PRIMARY      GENERAL      OTHER

PRECINCT _____   POLLING PLACE _____

POLLING PLACE CONTACT NAME _____   PHONE _____

| QTY | ITEM | QTY | ITEM |
|---|---|---|---|
| | INSPECTOR | | OFFICIAL & UNOFFICIAL |
| | Inspector's Checklist | | Unofficial Returns (Unused Ballot Seal & Recount seal inside bag) |
| | Signature Roster | | Official Returns (Official Seal Inside Bag) |
| | Precinct Registers | | MARSHAL |
| | Poll Lists | | Marshal certificate |
| | Challenge List | | 75' twine |
| | Sample Ballots for each ballot style | | Masking Tape |
| | ARS Title 16 Book | | PAYROLL |
| | Provisional Ballot Envelopes | | Payroll Voucher (if claiming mileage, must have license plate #) |
| | Keys to ballot container | | |
| | Demonstration Ballots | | EXTRA SUPPLIES |
| | SIGNS | | Magnifying sheets |
| | Arrows | | Precinct Map |
| | No Smoking | | Flag & stand |
| | Vote Here | | Badges/Name Tags |
| | Instructions to Voters/Right to Vote | | Secrecy Sleeves |
| | Disabled Vote Here | | Ballot Container with Seal # |
| | Handicap Parking | | Tabulation Unit with Seal # |
| | Senior Citizen Parking | | Accessible Voting Unit with Seal # |
| | Curbside Voting Available | | Ballot Box |
| | Write In Candidates (if any) | | Voting Booths |
| | | | |
| | SUPPLY BAG | | BALLOTS |
| | Equipment Manuals | | Ballot style |
| | Black Pens | | Ballot style |
| | Ballot Marking Pens | | Ballot style |
| | Red Pens | | Ballot style |
| | Pencils & Pencil Sharpener | | Ballot style |
| | "I Voted" stickers | | |

INSPECTOR:  Please check this list against your supplies.  Sign below stating the total amount of official ballots you have received.

I, _____, Inspector for the _____Precinct, have received a total of ___ ballots on _____ _____, 20__ for    the _____Election.

_____
INSPECTOR SIGNATURE

**<u>Instructions to Voters and Election Officers</u>**

1. The polls are open from 6:00 a.m. until 7:00 p.m.
2. Please give your full name and place of residence and identification documents to the election officer.  The election officer will determine which type of ballot you will use to cast your vote.
3. Once you have received your ballot, go to the next available voting booth to cast your vote.  Mark your ballot opposite the name of each candidate for whom you want to vote.
4. If you want to vote for a person who is an official write-in candidate, write that person's name on the lines provided and mark the ballot in the appropriate place next to the name you have written.
5. Ask for assistance if you are physically unable to mark your ballot or wish to utilize the accessible voting system.  If you choose to mark a paper ballot, two election officers from opposing political parties will accompany you to the voting booth.  They will:
   - tell you the names of all candidates for each office on the ballot,
   - tell you the political parties by which the candidates were nominated for each office,
   - ask the name of the candidates for whom you want to cast your vote, and
   - mark your ballot correctly.

   Neither of the election officers who assist you with your vote are allowed to influence your vote by recommending or suggesting any candidate or political party for any office.

6. If you accidentally spoil your ballot, present it to the election judge.  Make sure to conceal any votes you have made on the ballot.  Either you or the judge will need to mark the ballot as spoiled, and the judge will give you another ballot on which to cast your vote.  You are allowed to spoil no more than three ballots.

If you believe that a violation of the Help America Vote Act of 2002 has occurred, you may contact:

Secretary of State's Division of Election Services

1700 West Washington Street 7th Floor

Phoenix, AZ 85007

1-877-THE VOTE

www.azsos.gov

**Right to Vote a Provisional Ballot**

1.  You have a right to vote a provisional ballot if one of the following situations applies
    to you:
    *   if your name does not appear on the precinct register, and you are in the correct
        polling place,
    *   if you have moved to a new address within the county and have not updated
        your voter registration,
    *   if you have legally changed your name and have not updated your voter
        registration,
    *   if you requested an early ballot but did not vote an early ballot
    *   if you have not produced sufficient identification
    *   if you were challenged as a qualified voter


    To vote using a provisional ballot:
    *   present to the election officer an identification stating your given name and
        surname,
    *   present to the election officer your complete residence address, or
    *   sign an affirmation on the provisional ballot envelope stating that the information
        filled out on the provisional ballot envelope is correct, that he/she resides in the
        precinct, that he/she is eligible to vote in this election and that he/she has not
        previously voted in this election.

    If you vote using a provisional ballot, the election official will enter your name on the
    signature roster.  You will be asked to provide your signature next to your name.
    Your vote will be counted upon verification of your eligibility to vote in the election.

    Once you have voted using a provisional ballot, your ballot will be placed in a
    provisional ballot envelope, which you can seal.  The election official will ensure that
    the envelope is sealed.  You will then be given a provisional ballot receipt with
    information on how to present sufficient identification to the County Recorder if
    necessary, and how to verify the status of your provisional ballot.

## Identification at the Polls – Requirements for Voters

### Make sure to bring proper identification when voting.

The voters of Arizona passed a new law in 2004 that requires <u>every</u> voter to show proof of identity before receiving a ballot.  An elector who does not provide proper identification shall be issued a conditional provisional ballot.

### List 1 - Acceptable forms of identification with photograph, name, and address of the elector (one required)

- Valid Arizona driver license
- Valid Arizona nonoperating identification license
- Tribal enrollment card or other form of tribal identification
- Valid United States federal, state, or local government issued identification

An identification is "valid" unless it can be determined on its face that it has expired.

### List 2 - Acceptable forms of identification without a photograph that bear the name and address of the elector (two required)

- Utility bill of the elector that is dated within 90 days of the date of the election.  A utility bill may be for electric, gas, water, solid waste, sewer, telephone, cellular phone, or cable television
- Bank or credit union statement that is dated within 90 days of the date of the election
- Valid Arizona Vehicle Registration
- Indian census card
- Property tax statement of the elector's residence
- Tribal enrollment card or other form of tribal identification
- Arizona Vehicle insurance card
- Recorder's Certificate
- Valid United States federal, state, or local government issued identification, including a voter registration card issued by the County Recorder
- Any mailing to the elector marked "Official Election Material"

An identification is "valid" unless it can be determined on its face that it has expired.

### List 3 – Acceptable forms of identification, one identification with name and photo of the elector accompanied by one non-photo identification with name and address

- Any valid photo identification from List 1 in which the address does not reasonably match the precinct register accompanied by a non-photo identification from List 2 in which the address does reasonably match the precinct register
- U.S. Passport without address and one valid item from List 2
- U.S. military identification without address and one valid item from List 2

An identification is "valid" unless it can be determined on its face that it has expired.

CHAPTER 18 - SAMPLE FORMS

**<u>Disabled Voter Signature Statement</u>**

_____
PRECINCT NAME OR CODE

_____
REGISTER NUMBER

_____
NAME                BALLOT CODE              VR#

SAMPLE

_____
ADDRESS        PARTY                  REG. DATE

I am the person listed above and I reside at the address listed above.

_____
SIGNATURE OF QUALIFIED ELECTOR

_____
SIGNATURE OF ELECTION OFFICIAL

## Door Diagram



**NOTE:** All doors in alcoves shall comply with the clearances for front approaches.

**Fig. 25**
**Maneuvering Clearances at Doors**

Polling Place Setup

## Using the Polling Place

### F. Voting Area

**Typical Issues**

The accessible voting area must be on an accessible route and have an accessible entrance and adequate circulation and maneuvering space for voters who use wheelchairs or scooters or who walk with mobility aids.

An accessible route must connect the accessible building entrance to the accessible voting area, which includes voter check-in and the location of the accessible voting machines. The survey should also identify any protruding objects (wall-mounted or overhead) along the circulation route to voter check-in and the voting area.

**Notes:**

① Accessible route connects the building entrance with the voting area, including voter check-in and accessible voting machine.

② Accessible door or doorway to voting area

③ Turning space at accessible voting machine

④ Blinds closed on windows behind check-in so voters who read lips can communicate with the voting staff.

*State of Arizona*
## Official Challenge List

Of the _____ election held on _____

in _____ precinct/district.

State of Arizona )
County of _____ )

We, the undersigned board of election, do hereby certify that the following list of challenges is correct.

_____ Inspector

_____ Judge
Board of Election

_____ Judge

| Voter / Register number | Name of Elector | Grounds for Challenge* | Challenge Denied, Elector **Allowed** to Vote (mark with a check) | Challenge Upheld, Elector given **Provisional** Ballot (mark with a check) | Signature of Elector |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

STATE OF ARIZONA )
COUNTY OF _____ )

I am a citizen of the United States, a resident of the State of Arizona and the above named county and precinct/district and I am eighteen years of age or over. I have not been convicted of treason or a felony (or if so, my civil rights have been restored). I certify under penalty of perjury under the laws of the State of Arizona, that the information on my registration is true and correct.

ESTADO DE ARIZONA )
CONDADO DE _____ )

Soy ciudadano de los Estados Unidos, un residente del Estado de Arizona y del condado y precinto/distrito antes citado y que yo tengo diez y ocho años o más de edad. No se me ha declarado culpable de traición o de un crimen mayor (o se es así, se me han restaurado mis derechos civiles). Yo certifico bajo pena de perjurio, bajo las leyes de Estado de Arizona, que la información en mi registración es verdadera y correcta.

_____ Signature of Elector

* A voter may not be challenged on the basis that the voter registered using the Federal Form and did not provide evidence of citizenship.

CHAPTER 18 - SAMPLE FORMS

354

(PLACE HOLDER FOR COUNTY SEAL)     **Official Ballot Report**

Precinct:_____

Ballot Transfer Container Seal #:_____

Type Of Election: (Circle One)

General        Primary        Special

Date Of Election:_____

| Start of The Day | Total |
|---|---|
| 1.) How many ballots did you receive from the Elections Department? | _____ |
| 2.) How many additional blank ballots did you receive? | _____ |
| 3.) Total number of ballots (add lines 1 and 2): | _____ |

| Damaged / Unused Ballots | Total |
|---|---|
| 4.) Total number of spoiled ballots: | _____ |
| 5.) Total number of unused ballots: | _____ |
| 6.) Total number of damaged/unused ballots (add lines 4 and 5): | _____ |

| Voted Optical/Digital Scan Ballots | Total |
|---|---|
| 7.) Total number of write-in ballots: | _____ |
| 8.) Total number of regular ballots cast: | _____ |
| 9.) Total number of voted Optical/Digital Scan Ballots (add lines 7 and 8): | _____ |
| 10.) Total Ballots Cast from Optical/Digital Scan Tape (this should match line 9): | _____ |

| Provisional Ballots | Total |
|---|---|
| 11.) Total number of Provisional Ballots Cast: | _____ |

| Accessible Voting Device Ballots (if applicable) | Total |
|---|---|
| 12.) Number of Ballots Cast On Accessible Voting Device/From Accessible Voting Device Results Tape (if applicable): | _____ |

| Clean Up / Check and Balance | Total |
|---|---|
| 13.) Total number of used ballots (add lines 10 and 11): | _____ |
| 14.) Subtract line 6 from line 3 (this should match with line 13): | _____ |
| 15.) Total number of ballots cast (add lines 10, 11, and 12 if applicable): | _____ |
| 16.) Total number of names entered in the poll list (this should match line 15): | _____ |

| Early Ballots | Total |
|---|---|
| 17.) Total number of dropped off early ballots received during the day: | _____ |

**Certificate of Performance**

We hereby certify that all voters whose signatures appear upon the precinct signature roster voted in this election, excepting those who, after signing the signature roster, failed to vote or were challenged and denied the right to vote as indicated on the challenge list, and that the number of voters who voted in this election in this precinct is as indicated in the sections above. We further certify that the total number of official ballots received, voted, or spoiled is as indicated above and this accounting is true and correct in every way. We further certify that the challenge list shows a complete list of all persons challenged, together with the action taken on each challenge.

_____     _____     _____
Inspector                              Judge                                  Judge

_____     _____     _____
Marshal                               Clerk                                   Clerk

CHAPTER 18 - SAMPLE FORMS

Secretary of State, June 2014

# TALLY BOARD LOGS/FORMS

## Receiving Board Log

Board No. _____

| PRECINCT NUMBER | PRECINCT NAME | BOARD MEMBERS INITIALS | SEAL NUMBER | TIME RECEIVED | SIGNATURE OF PERSON BRINGING IN RETURNS | CONDITION OF CONTAINER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SAMPLE

**Inspection Board Receipt Log**

Board No._____

| Provisional Ballots | Precinct | Time | Seal Number | TO DUPLICATION BOARD | | TO WRITE-IN BOARD Write-in Ballots | Rejected | Board Members Initials |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Damaged Ballots | Overvote Ballots | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SAMPLE

**<u>Write-In Board Log</u>**

Board No._____

| PRECINCT | TIME | NUMBER OF BALLOTS | BOARD          MEMBERS INITIALS |
|----------|------|-------------------|--------------------------------|
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |
|          |      |                   |                                |

SAMPLE

# Write-In Tally Sheet

(CHECK ONE):   PRIMARY ELECTION _____   GENERAL ELECTION _____   SPECIAL ELECTION _____

PRECINCT NAME: _____   PRECINCT NUMBER: _____

INSPECTOR NAME: _____
JUDGE NAME: _____
JUDGE NAME: _____

DEM – DEMOCRAT
REP – REPUBLICAN
OTHER -

Regular Ballots _____   Early Ballots _____

## HOW TO USE THIS TALLY SHEET

(The number of votes must be written out at full length)

(Number of votes cast for each candidate)

| | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MICKEY MOUSE had | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 28 |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | |
| TWENTY-EIGHT votes | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | |
| | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | |
| for PRESIDENT | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | |

(The number of votes must be written out at full length)

(Number of votes cast for each candidate)

| | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| had | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | |
| votes | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | |
| | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | |
| for | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | |

(The number of votes must be written out at full length)

(Number of votes cast for each candidate)

| | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| had | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | |
| votes | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | |
| | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | |
| for | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | |

SAMPLE

**Master Audit Form Format**

COLUMN HEADINGS IN SEQUENTIAL ORDER

1.  Payroll voucher

2.  Precinct ballot report

3.  Total ballots

4.  Ballots issued to precinct

5.  Spoiled ballots

6.  Unused ballots

7.  Regular ballots counted

8.  Early ballots (see details below)

9.  Provisional ballots (see details below)

10.  Manual total ballots counted from Precinct ballot report

11.  Machine count of all ballots cast

**8.  Early Ballots**

A.  Total ballots issued to County Recorder for early voting
B.  Ballots distributed for early voting
C.  Spoiled ballots
D.  Unused ballots returned to Board of Supervisors
E.  Ballots turned over to early board from County Recorder
F.  Ballots rejected by early board as incomplete or insufficient
G.  Early ballots to be counted (cast)
H.  Early ballots tabulated

**9.  Provisional Ballots** (also see Provisional Ballot Report on page 368)

A.  Provisional ballots to be counted (cast) (should equal Column 4 on Provisional Ballot Report)
B.  Provisional ballots rejected (should equal Column 12 on Provisional Ballot Report)
C.  Provisional ballots counted (should equal Column 7 on Provisional Ballot Report)

CHAPTER 18 - SAMPLE FORMS

# Master Audit Form

| PRECINCT | 1 PAYROLL VOUCHER | 2 PRECINCT BALLOT REPORT | 3 TOTAL BALLOTS | 4 BALLOTS ISSUED TO PRECINCT | 5 SPOILED BALLOTS | 6 UNUSED BALLOTS | 7 REGULAR BALLOTS COUNTED | EARLY BALLOTS 8A Total ballots issued to County Recorder | 8B Ballots distributed for early voting | 8C Spoiled Ballots | 8D Unused ballots returned to Board of Supervisors | 8E Ballots turned over to early board from County Recorder | 8F Ballots rejected by early board as incomplete or insufficient | 8G Early ballots to be counted (cast) | 8H Total early ballots counted | PROVISIONAL BALLOTS 9A Provisional Ballots to be counted (cast) | 9B Provisional ballots rejected | 9C Provisional ballots counted | 10 MANUAL TOTAL BALLOTS CAST FROM PRECINCT BALLOT REPORT | 11 MACHINE COUNT OF ALL BALLOTS CAST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

SAMPLE

361

**Duplication Board Log - Optional**

Board No._____

| Precinct | Time | OVERVOTE | | DAMAGED | | | | Board Members Initials |
| | | Total Received | Reproduced | Total Received | Did Not Require Reproduction | Reproduced | Rejected | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SAMPLE

<u>**HAND COUNT AND EARLY BALLOT AUDIT FORMS**</u>
**Master Precinct and Race Selection Worksheet**

Election: _____

**SECTION A. SELECTED PRECINCTS (LIST IN ORDER SELECTED)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**SECTION B. NUMBER OF RACES TO COUNT PER CATEGORY**

| RACE CATEGORY | TICK MARK TALLY | NUMBER OF RACES PER CATEGORY | RECEIVED PRECINCT HAND COUNT MARGIN WORKSHEET |
|---|---|---|---|
| 1. Presidential Elector | | | |
| 2. Statewide Candidate | | | |
| 3. Statewide Ballot Measure | | | |
| 4. Federal Candidate | | | |
| 5. State Legislative | | | |
| Additional Races Needed | | | |

**SECTION C. RACES TO BE COUNTED IN EACH SELECTED PRECINCT**

| Race To Be Counted | Category of Race |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# Master List of All Contested Races

Election: _____

Category:_____          Category:_____

Race:_____          Race:_____

Category:_____          Category:_____

Race:_____          Race:_____

Category:_____          Category:_____

Race:_____          Race:_____

Category:_____          Category:_____

Race:_____          Race:_____

Category:_____          Category:_____

Race:_____          Race:_____

Category:_____          Category:_____

Race:_____          Race:_____

Category:_____          Category:_____

Race:_____          Race:_____

# HAND COUNT BOARD WORK SHEET

**Hand Count Board Number:** _____

**Election:**_____

**Inspector:** _____

**Judge:** _____

**Judge:**_____

**Precinct/Polling Location:** _____

## Race to Be Counted

**Race 1**
**Race 2**
**Race 3**
**Race 4**
**Race 5 (if applicable)**

| COUNTY LOGO HERE | | |
|---|---|---|

# HAND COUNT TALLY SHEET

**(Check One)**

- [ ] **Primary Election**  Party: _____
- [ ] **General Election**
- [ ] **Presidential Preference Election**

**Board#** [        ]          **Ballot Bag Seal#** [                    ]

Precinct Number & Name  **OR**  EV Batch Number

_____ ►

Inspector's Name **(Print)**          Inspector's Signature

_____ ►

Judge's Name **(Print)**          Judge's Signature

**(Check One)**

- [ ] **Polling Place Ballots** (Write-In's + Regular)
- [ ] **Early Voting Ballots**

Page _____ of _____

## SAMPLE ON HOW TO COMPLETE THIS TALLY SHEET

| *Candidate Name* or *Proposition #* had | JUDGE'S HAND COUNT TOTALS | | | INSPECTOR'S VALIDATION | AUDITOR'S VALIDATION |
|---|---|---|---|---|---|
| *Forty -Five* ☑ votes | WRITE-IN BALLOTS + | REGULAR BALLOTS = | TOTAL | *Inspector, Initial Here to acknowledge BOTH Judge Counts MATCH* | *Auditor will Initial Here to indicate the Tape / Results MATCH* |
| *(Number of votes must be written out at full length)* for *Office Sought* or ISSUE (E.G. YES/NO) | 3 | 42 | 45 ◄ | RV | |

| TOTAL BALLOTS RECEIVED | Write-in Ballots are provided in separate **"Write-in Envelopes"**. Hand-count Write-In Ballots separately and upon completion of an audit, ALL Write-in Ballots must be returned to their appropriate "Write-in Envelope". | *Auditor Initial HERE if count MATCHES* |
|---|---|---|
| WRITE-IN + REGULAR = TOTAL | ◄ | |

| _____ had | JUDGE'S HAND COUNT TOTALS | | | INSPECTOR'S VALIDATION | AUDITOR'S VALIDATION |
|---|---|---|---|---|---|
| _____ votes | WRITE-IN BALLOTS + | REGULAR BALLOTS = | TOTAL | *Inspector, Initial Here to acknowledge BOTH Judge Counts MATCH* | *Auditor will Initial Here to indicate the Tape / Results MATCH* |
| *(Number of votes must be written out at full length)* for _____ | | | | | |

| _____ had | JUDGE'S HAND COUNT TOTALS | | | INSPECTOR'S VALIDATION | AUDITOR'S VALIDATION |
|---|---|---|---|---|---|
| _____ votes | WRITE-IN BALLOTS + | REGULAR BALLOTS = | TOTAL | *Inspector, Initial Here to acknowledge BOTH Judge Counts MATCH* | *Auditor will Initial Here to indicate the Tape / Results MATCH* |
| *(Number of votes must be written out at full length)* for _____ | | | | | |

| _____ had | JUDGE'S HAND COUNT TOTALS | | | INSPECTOR'S VALIDATION | AUDITOR'S VALIDATION |
|---|---|---|---|---|---|
| _____ votes | WRITE-IN BALLOTS + | REGULAR BALLOTS = | TOTAL | *Inspector, Initial Here to acknowledge BOTH Judge Counts MATCH* | *Auditor will Initial Here to indicate the Tape / Results MATCH* |
| *(Number of votes must be written out at full length)* for _____ | | | | | |

| _____ had | JUDGE'S HAND COUNT TOTALS | | | INSPECTOR'S VALIDATION | AUDITOR'S VALIDATION |
|---|---|---|---|---|---|
| _____ votes | WRITE-IN BALLOTS + | REGULAR BALLOTS = | TOTAL | *Inspector, Initial Here to acknowledge BOTH Judge Counts MATCH* | *Auditor will Initial Here to indicate the Tape / Results MATCH* |
| *(Number of votes must be written out at full length)* for _____ | | | | | |

| _____ had | JUDGE'S HAND COUNT TOTALS | | | INSPECTOR'S VALIDATION | AUDITOR'S VALIDATION |
|---|---|---|---|---|---|
| _____ votes | WRITE-IN BALLOTS + | REGULAR BALLOTS = | TOTAL | *Inspector, Initial Here to acknowledge BOTH Judge Counts MATCH* | *Auditor will Initial Here to indicate the Tape / Results MATCH* |
| *(Number of votes must be written out at full length)* for _____ | | | | | |

# ACCESSIBLE VOTING DEVICE HAND COUNT TALLY SHEET

Insert County Logo

**Election Date:** _____  ☐ Primary Election  ☐ General Election  ☐ Presidential Pref. Election

(Check One):  ☐ Polling Place  ☐ Early Voting

**Precinct or Batch:  #** _____ - _____

(PRINT Precinct Number and Name or EV Batch Number)

**Inspector:** _____  **Board #** _____

**Judge:** _____  **Seal #** _____

**Judge:** _____

## HOW TO USE THIS TALLY SHEET

(The number of votes must be written out at full length)  (Number of votes cast for a candidate or issue)

| CANDIDATE NAME or PROPOSITION # had<br>ONE vote(s)<br>for OFFICE SOUGHT or ISSUE (EG. YES/NO) | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20<br>21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40<br>41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60<br>61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 | Judges' Total<br><br>1 | Auditor's Validation<br>Auditor will Initial Here to indicate the Tape / Results MATCH |

(The number of votes must be written out at full length)  (Number of votes cast for a candidate or issue)

| _____ had<br>_____ vote(s)<br>for _____ | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20<br>21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40<br>41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60<br>61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 | Judges' Total | Auditor's Validation<br>Auditor will Initial Here to indicate the Tape / Results MATCH |
| _____ had<br>_____ vote(s)<br>for _____ | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20<br>21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40<br>41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60<br>61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 | Judges' Total | Auditor's Validation<br>Auditor will Initial Here to indicate the Tape / Results MATCH |
| _____ had<br>_____ vote(s)<br>for _____ | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20<br>21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40<br>41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60<br>61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 | Judges' Total | Auditor's Validation<br>Auditor will Initial Here to indicate the Tape / Results MATCH |
| _____ had<br>_____ vote(s)<br>for _____ | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20<br>21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40<br>41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60<br>61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 | Judges' Total | Auditor's Validation<br>Auditor will Initial Here to indicate the Tape / Results MATCH |
| _____ had<br>_____ vote(s)<br>for _____ | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20<br>21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40<br>41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60<br>61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 | Judges' Total | Auditor's Validation<br>Auditor will Initial Here to indicate the Tape / Results MATCH |

Page _____ of _____

Secretary of State, June 2014

## PRECINCT HAND COUNT REPORT

Precinct Counted: _____      Election: _____

Race Category: _____      Race: _____

### Optical Scan

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

### Touch Screen

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

| Sum of Optical Scan AND Touch Screens | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____

_____

Race Category: _____      Race: _____

### Optical Scan

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

### Touch Screen

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

| Sum of Optical Scan AND Touch Screens | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____

_____

Race Category: _____      Race: _____

### Optical Scan

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

### Touch Screen

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | | |
|---|---|---|---|
| Totals: | | | |

| Sum of Optical Scan AND Touch Screens | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
| Totals: | | | |

Comments for why a discrepancy occurred: _____

_____

Race Category: _____   Race: _____

| Optical Scan | | | |
|---|---|---|---|
| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals: | | | |

| Touch Screen | | | |
|---|---|---|---|
| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals: | | | |

| Sum of Optical Scan AND Touch Screens | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
| Totals: | | | |

Comments for why a discrepancy occurred: _____

_____

Race Category: _____   Race: _____

| Optical Scan | | | |
|---|---|---|---|
| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals: | | | |

| Touch Screen | | | |
|---|---|---|---|
| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals: | | | |

| Sum of Optical Scan AND Touch Screens | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
| Totals: | | | |

Comments for why a discrepancy occurred: _____

_____

## * Carry Totals to Aggregate Precinct Hand Count Report *

Page # _____

## EARLY BALLOT AUDIT - HAND COUNT REPORT

Batch Counted:_____   # of Ballots per Batch:_____   Election:_____

Race Category: _____   Race: _____

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____
_____

Race Category: _____   Race: _____

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____
_____

Race Category: _____   Race: _____

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____
_____

Race Category: _____   Race: _____

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____
_____

Race Category: _____   Race: _____

| Candidate Name | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

Comments for why a discrepancy occurred: _____
_____

**\* Carry totals to the Aggregate Early Ballot Audit \***

Page # _____

## AGGREGATE - PRECINCT HAND COUNT REPORT - TOTAL FROM ALL PRECINCTS

Election:_____

Race Category:_____     Race:_____

| Precinct | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
| Totals: |  |  |  |

Aggregated Margin

| Margin = Absolute Difference ÷ Machine Count X 100 | _____ % |
|---|---|

Race Category:_____     Race:_____

| Precinct | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
| Totals: |  |  |  |

Aggregated Margin

| Margin = Absolute Difference ÷ Machine Count X 100 | _____ % |
|---|---|

Race Category:_____     Race:_____

| Precinct | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
| Totals: |  |  |  |

Aggregated Margin

| Margin = Absolute Difference ÷ Machine Count X 100 | _____ % |
|---|---|

Race Category:_____     Race:_____

| Precinct | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
| Totals: |  |  |  |

Aggregated Margin

| Margin = Absolute Difference ÷ Machine Count X 100 | _____ % |
|---|---|

Race Category:_____     Race:_____

| Precinct | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
| Totals: |  |  |  |

Aggregated Margin

| Margin = Absolute Difference ÷ Machine Count X 100 | _____ % |
|---|---|

Additional Comments:_____
_____

Page #_____

## AGGREGATE - EARLY BALLOT AUDIT - HAND COUNT REPORT - TOTAL FROM ALL BATCHES

Election: _____

Race Category: _____     Race: _____

| Batch | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

|  | Aggregated Margin |
|---|---|
| Margin =  Absolute Difference ÷ Machine Count  X  100 | _____ % |

Race Category: _____     Race: _____

| Batch | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

|  | Aggregated Margin |
|---|---|
| Margin =  Absolute Difference ÷ Machine Count  X  100 | _____ % |

Race Category: _____     Race: _____

| Batch | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

|  | Aggregated Margin |
|---|---|
| Margin =  Absolute Difference ÷ Machine Count  X  100 | _____ % |

Race Category: _____     Race: _____

| Batch | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

|  | Aggregated Margin |
|---|---|
| Margin =  Absolute Difference ÷ Machine Count  X  100 | _____ % |

Race Category: _____     Race: _____

| Batch | Hand Count Total | Machine Count Total | Absolute Difference |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals: |  |  |  |

|  | Aggregated Margin |
|---|---|
| Margin =  Absolute Difference ÷ Machine Count  X  100 | _____ % |

Additional Comments: _____

_____

_____         Page # _____

_____ **COUNTY**
**Hand Count / Early Ballot Audit Report**

**Synopsis:**
Pursuant to A.R.S. §16-602 (B), _____ County conducted the hand count/early ballot audit for the August 24, 2010 Primary Election. 2% of precincts were counted as required by statute, which amounted to _____ precincts out of _____ total precincts.

The hand count began on (Date) at (Time) when the _____ County Chairmen of the Republican and Democratic Parties met to select the races, precincts, and early ballot audit batches to be counted. All ballots were accounted for in the central counting location before the selection process started. The selection order was chosen by lot, and the _____ Party was chosen to go first.

With the order established, the specific precincts to be counted were selected with the County Party Chairmen alternating the selection. Once the precincts were chosen, the races to be counted were selected.

Four contested races were chosen as required by law. Since this election did not contain a Statewide Ballot Measure, 2 Statewide races, 1 Federal race, and 1 Legislative race were counted. Specifically, the following list display's the contested races that were counted:

Statewide Race - *Governor (Republican)*- (# of possible precincts to count)
Statewide Race - *Corporation Commission (Democrat)*- (# of possible precincts to count)
Federal Race - *Republican Congressional District* ___- (# of possible precincts to count)
Legislative Race - *Democratic Legislative District* ___- (# of possible precincts to count)

The master precinct and race selection lists are attached for review. The physical hand count started at (Time) on (Date) and was concluded at (Time) on (Date). The tabulation method used was the stacking method. The hand count was conducted by _____ boards made up 3 members, of which not more than 2 members were from the same political party. This hand count included votes cast on both the optical scan and touch screen devices from the selected precincts.

**Early Ballot Audit:**
1% of early ballots were audited as per Arizona State Law. The early ballot audit consisted of _____ batches, each containing _____ early ballots. There was a total of _____ early ballots cast in _____ County for the 2010 Primary Election.

**Comments:**
Where a discrepancy occurred, the reason for the discrepancy is notated and described in each report. Please find the following precinct and early ballot reports for your review. (Any additional comments that you feel might be necessary should be included here.)


_____
_____ County Election Official

## ADDITIONAL REPORTING FORMS

### Equipment, Software, Firmware, and Hash Code Certification Statement

I, <COUNTY OFFICER IN CHARGE OF ELECTIONS NAME> certify by affixing my signature to this document that all election equipment and firmware, as well as all election management system software to be used in the <ELECTION TYPE> Election to be held on <ELECTION DATE> IN <COUNTY NAME> County has been certified for use by the Arizona Secretary of State and that I have compared the hash code on file with the National Institute of Science and Technology (NIST) or the Arizona Secretary of State's Office (if on file with NIST or the Arizona Secretary of State's Office) to the hash code of the election management system software to be used in this election and certify that the numbers are identical.  The following is a list of the equipment, firmware, and election management system software to be used in the aforementioned election:

**VOTING UNITS**

| Manufacturer | Model | Firmware Version |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**CENTRAL COUNT UNITS**

| Manufacturer | Model | Firmware Version |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**ELECTION MANAGEMENT SOFTWARE**

| Manufacturer | Product Name | Version |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

_____        _____
Officer in Charge of Elections Signature                Date

**Cover Sheet for Additional Reports**

<COUNTY NAME>
<COUNTY ADDRESS>
<COUNTY CITY, STATE, ZIP>

<COUNTY PHONE>
<COUNTY FAX>

SAMPLE

## Additional Required Reports

**Prepared by:**

| | |
|---|---|
| Name | |
| Address | |
| Telephone | |
| Fax | |
| Email | |

I, the undersigned, affirm that the information I have provided for the Provisional Ballot, Accessibility, Voter Education, and Poll Worker Training Reports are true to the best of my knowledge.

Signature: _____

Date: _____

**Accessibility Report**

| Polling Place | Precinct | Accessible Yes/No | # of Registered Voters | Data From On-Site Inspections of Polling Place | Description of Measures Taken to Bring Inaccessible Polling Place Into Compliance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Poll Worker Training Report

| Precinct | # of Inspectors | # of Marshals | # of Judges | # of Clerks | # of Others (Translators – Trouble-shooters) | Total # Trained | # of those trained who are "Premium" Board Workers | # of those trained who worked Election Day | Total # of poll workers who worked Election Day | # of Provisional Ballots Counted | # of Signature Rosters used at the polls |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | |

SAMPLE

**Voter Education Report**

| Voter Education Information | 2002 | 2006 |
|---|---|---|
| Voter Turnout | | |
| Number of Early Ballots Requested | | |
| Number of Early Ballots Voted | | |
| Number of Provisional Ballots Voted | | |
| Number of Public Service Announcements | | |
| Number of Seminars Providing Education | | |
| Number of Locations Where Voting Equipment is on Public Display | | |
| Length of Time Voting Systems Were on Public Display | | |
| Number of Voter Education and Voter Outreach Initiatives | | |

| Description of voter education and voter outreach initiatives | Estimated Costs | Participation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SAMPLE

# Provisional Ballot Report

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Reasons for Rejection | | | | | | | | | | | | | | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRECINCT | Regular Provisional Ballots Received | Conditional Provisional Ballots Received | TOTAL Provisional Ballots Received | Regular Provisional Ballots Tabulated | Conditional Provisional Ballots Tabulated | TOTAL Provisional Ballots Tabulated | SUBTOTAL of Ballots NOT Tabulated | 9A | 9B | 9C | 9D | 9E | 9F | 9G | 9H | 9I | 9J | 9K | 9L | 9M | 9N | Regular Provisional Ballots Rejected | Conditional Provisional Ballots Rejected | TOTAL Provisional Ballots Rejected | # of Provisional Voters Notified of Ballot Status |
| | | | | | | | | | Administrative Error | Already Voted | Elector Challenged | Incomplete Ballot Form | Not Eligible | Missing Ballot | No ID Provided | No Signature | Non-Matching Signature | Not Registered | Wrong Jurisdiction | Wrong Party | Wrong Precinct | Other (please specify) | | | | |

SAMPLE

## Primary Election Official Canvass of Results

| Party | Number of Ballots Requested by Party Members | Total Number of Ballots Requested | Number of Partisan Ballots Requested by OTH Voters |
|---|---|---|---|
|  |  |  |  |
| AEL |  |  |  |
| DEM |  |  |  |
| GRN |  |  |  |
| LBT |  |  |  |
| REP |  |  |  |

**Total Number of Partisan Ballots Requested by OTH Voters Across All Parties**

## HAVA ADMINISTRATIVE COMPLAINTS

## Administrative Complaint Form - English

State of Arizona
**Election Administrative Complaint Form**
KEN BENNETT, SECRETARY OF STATE
Election Services Division, 1700 W. Washington, 7th Fl., Phoenix, Arizona 85007

Secretary of State Use Only
Do not write or staple in this space

*This form is to be used by anyone alleging a violation of Title III of the Help America Vote Act (HAVA) of 2002, 42 U.S.C. §§ 15481-15485.*

**TYPE or PRINT ALL INFORMATION.**
Please fill out this form completely, have it notarized and return it to the address above. **The form must be received no later than 90 days from the date of the alleged violation.**
For more information, call Toll-free (in-state) 1-877-THE VOTE (1-877-843-8683); or 602-542-8683. TDD # 602-255-8683. Visit www.azsos.gov for more information about HAVA and the State of Arizona HAVA Plan.

### Personal Information

| Last Name | First Name | | |
|---|---|---|---|
| Mailing Address (include apartment # if applicable) | City | State | Zip Code |
| Daytime Phone Number (include area code) | Fax Number (include area code) | | |
| E-mail address | | | |

### Federal Law Violations   Under HAVA individuals may file a complaint if a violation has occurred; is occurring; or is about to occur.

| Date of alleged violation | Place of alleged violation | | |
|---|---|---|---|
| *Provisional Ballot* ☐ I was not allowed to vote using a provisional ballot | *New Voter Registration* ☐ Provisions regarding verification of new voter registration were not followed | *Provisional Ballot Not Counted* ☐ I was not able to determine whether my provisional ballot was counted | *Posting Voter Information* ☐ Required voting information was not publicly posted in a polling place on Election Day |
| *Other federal law violation* ☐ If other violation, fill out information to the right. | Section of Title III of the Help America Vote Act of 2002 allegedly violated. | | |
| | Describe Violation Here: | | |

SAMPLE

☐ Would you like the Office of Administrative Hearings to conduct a hearing on the record?

**Signature of complainant**

State of Arizona                    )
County of _____ )

(seal)

Subscribed and sworn (or affirmed) before me this _____ day of _____, _____

_____
Notary Public

Grievance Form Rev. 04-09-13

## Administrative Complaint Form - Spanish

Estado de Arizona

**Formulario de Queja de Elecciones**

KEN BENNETT, SECRETARIA DE ESTADO

División de Servicios de Elecciones, 1700 W. Washington, 7ᵗʰ Fl., Phoenix, Arizona 85007

Este formulario deberá ser usado por cualquier persona que alega una infracción del Título III de la Ley de Ayuda a América a Votar (HAVA) de 2002, 42 U.S.C. §§ 15481-15485.

| Para el uso de la Secretaria de Estado sólo |
|---|
| No escriba ni engrape en este espacio |

**ESCRIBA TODA LA INFORMACIÓN A MÁQUINA O CON LETRA DE IMPRENTA.**

Por favor llene este formulario completamente, certifíquelo por notario y regréselo a la dirección más arriba. La forma debe recibirse no más tarde de 60 días de la fecha de la presunta infracción. Para más información, llame gratis (en el estado) al 1-877-THE VOTE (1-877-843-8683); or 602-542-8683. TDD # 602-255-8683. Visite al www.azsos.gov para más información acerca de HAVA y el Plan de HAVA del Estado de Arizona.

**Información Personal**

| Apellido | Nombre de Pila | | |
|---|---|---|---|
| Dirección de Correo (incluya el # departamento si se aplica) | Ciudad | Estado | Código Postal |
| Número Telefónico de Día (incluya el código de zona) | Número de Fax (incluya el código de zona) | | |
| Dirección de Correo Electrónico | | | |

**Infracciones de la Ley Federal** Según HAVA, personas individuales pueden presentar una queja si una infracción ha ocurrido; está ocurriendo; o está a punto de ocurrir.

| Fecha de la infracción alegada | Lugar de la infracción alegada |
|---|---|

| Boleta Electoral Provisional | Nueva Inscripción de Votante | Boleta Provisional No Contada | Anuncios con Información para Votantes |
|---|---|---|---|
| ☐ No se me permitió votar usando una boleta electoral provisional | ☐ No se siguieron las disposiciones con respecto a la verificación de las nuevas inscripciones de votante | ☐ No pude determinar si mi boleta electoral provisional fue contada | ☐ No se fijo públicamente la información requerida de votación en un lugar de votación el Día de la Elección |

| Otra infracción de la ley federal | Sección del ...da. |
|---|---|
| ☐ Si hay otra infracción, llene la información a la derecha. | Describa la i... |

☐ ¿Quiere usted que la Oficina de Audiencias Administrativas realice una audiencia documentada?

**Firma del reclamante**

| State of Arizona ) | Subscribed and sworn (or affirmed) before me this _____ day |
|---|---|
| County of _____ ) | of _____, _____. |
| (seal) | |
| | _____ |
| | Notary Public (Notario Público) |

Grievance Form Rev. 04-09-13

Secretary of State, June 2014

# CHAPTER 19 - STATE OF ARIZONA GRIEVANCE PROCESS

## HELP AMERICA VOTE ACT OF 2002, TITLE IV, SECTION 402

### SECTION 1. SCOPE.

The Secretary of State has a statewide complaint system to address complaints involving a violation of any provision of Title III of the Help America Vote Act of 2002 (HAVA) [42 U.S.C. §§15481-15485].  The statewide system will provide secure online access and phone call center access for complaint processing to the Secretary of State or a designee. The system also provides secure online review of the complaint by the submitter.  Upon receiving the formal complaint in the Secretary of State's office either by mail or hand delivery, the Secretary of State's office shall begin the resolution process.

Under this process any person may file a complaint who believes that there has been a violation, a violation is occurring or a violation will be occurring related to any provision of Title III of HAVA.  These procedures shall be uniform and non-discriminatory.  If under these procedures the Secretary of State determines that there is a HAVA Title III Violation, an appropriate remedy shall be provided to the extent permitted by law.  If the Secretary of State determines that the complaint does not allege a HAVA Title III Violation, the Secretary of State may dismiss the complaint or refer it to the proper agency for resolution.

### SECTION 2.  DEFINITIONS.

1) "Complainant" means any person who files a complaint with the Secretary of State under the State of Arizona Grievance Process.

2) "HAVA Title III Violation" means an act contrary to a party's statutory rights regarding voting system standards, provisional voting procedures, voter registration procedures, and operational standards of the statewide voter registration system as found in ARS § 16-168(K) and Title III of HAVA.  It does not mean non-Title III election law matters, including a candidate's ballot access or campaign finance matters.

3) "Person" means any individual residing in the State of Arizona at the time the complaint is filed.

4) "Respondent" means any person or entity who is named in a complaint under these provisions and is alleged to have violated, is violating, or is about to violate any provision of Title III of HAVA.

5) "Title III" means Title III of the Help America Vote Act of 2002, Public Law 107-252, 116 Stat. 1666 (2002), codified at 42 United States Code §§ 15481-15485.

**SECTION 3.  FORM OF COMPLAINT.**

1) A complaint filed under this procedure shall be in writing, notarized, signed and sworn to.  A standardized form for the complaint is available by any of the following methods:  on the Secretary of State's web site at www.azsos.gov, from the election official in the complainant's county of residence, or it can be mailed at the request of the complainant. The form provided by the Secretary of State is available in both English and Spanish and is accessible to persons with disabilities.  (See SAMPLE FORMS:  HAVA Administrative Complaint Form.)

**2)** The complainant may use any other written document to submit the complaint provided that it satisfies the requirements of subsection 1 and includes a description of the alleged violation which has occurred, is occurring, or is about to occur and indicates whether a hearing is requested.

**SECTION 4.  INSTRUCTIONS FOR FILING.**

1) Where to File.  The complaint may be filed in person or by mail at the Arizona Secretary of State's Office, 1700 West Washington, 7th Floor, Phoenix, Arizona 85007, or 400 West Congress, 2nd Floor, Room 252, Tucson, Arizona 85701. Forms cannot be accepted by e-mail or facsimile.

2) When to File.  Any person may file a complaint who believes that there has been a violation, a violation is occurring, or a violation will be occurring related to any provision of Title III of HAVA.  A complaint may be filed up to, but no more than, 60 days following the occurrence of the alleged violation of Title III.

**SECTION 5. PROCESSING OF COMPLAINT.**

1) Consolidation.  In the event the complaint raises common questions of law and fact to other pending complaints, the Secretary of State may consolidate the complaints and notify the complainants of the changed status.

2) Notice to Respondents.  Within five business days of receiving a complaint in the Secretary of State's office, the Secretary of State shall notify all respondents of the allegations made in the complaint. This subsection shall not apply if the Secretary of State has reason to believe that notifying a respondent or respondents of the complaint filed might compromise a criminal investigation, criminal prosecution, or other enforcement action by any local, state, or federal agency.

**SECTION 6. HEARING.**

1) Within five business days of receiving a complaint in the Secretary of State's office that requests a hearing, the Secretary of State shall notify the Office of Administrative Hearings in accordance with Arizona Administrative Code (A.A.C.) R2-19-103 to schedule a hearing.

2) The hearing shall be conducted no sooner than 10 days, and no later than 60 days, after the Secretary of State receives the complaint in the Secretary of State's office.

3) The hearing shall be conducted in accordance with the procedures set forth in Title 41, Chapter 6, Article 10 and the A.A.C., Chapter 19, Article 1.

4) The complainant shall bear the burden of persuasion.

5) The administrative law judge's decision issued pursuant to ARS § 41-1092.08(A) shall include an appropriate remedy if an appropriate remedy is available. Such remedy shall be consistent with the provisions of Section 9.

## SECTION 7. FINAL DETERMINATION.

The Secretary of State or the Secretary of State's designee may accept, reject, or modify the decision of the administrative law judge pursuant to ARS § 41-1092.08(D) and such action shall constitute the final determination with respect to the complaint. The Secretary of State shall give notice to all parties involved in this determination. The final determination shall be made within 90 days of the filing of the complaint with the Secretary of State, unless the complainant consents to a longer period.

## SECTION 8. ALTERNATIVE DISPUTE RESOLUTION.

1) If the Secretary of State or the Secretary of State's designee fails to meet the deadline set forth in Section 7, the complaint shall be resolved within 60 days under the alternative dispute resolution procedures established by this section.

2) On or before the fifth business day after a final determination was due, the Secretary of State shall designate in writing an administrative law judge who shall be a neutral party not associated with the complainant or any respondent.

3) The administrative law judge may review the record compiled in connection with the complaint, but need not receive additional testimony or evidence. The administrative law judge may request that the parties present additional briefs, memoranda, or oral testimony.

4) Subject to the provisions of Section 9, the administrative law judge shall determine the appropriate remedy for the complaint to the extent provided by law.

5) The administrative law judge must issue a written resolution within 60 days after the Secretary of State's final determination was due under Section 7. This 60-day period may not be extended without the express written consent of the complainant. The final resolution shall be transmitted by the administrative law judge to the Secretary of State and shall be the final resolution of the complaint. The Secretary of State shall mail the final resolution to the complainant, each respondent, and any other interested person who has asked in writing to be advised of the final resolution. The final resolution of the complaint shall also be published on the Secretary of State website and made available on request to any interested person. However, no mailing, publication, or other notice of the determination or remedy shall be required if the Secretary of State has reason to believe that such mailing, publication, or notice of the determination or remedy

might compromise a criminal investigation, prosecution, or other enforcement action by any local, state, or federal agency.

## SECTION 9. REMEDIES.

No remedy may involve the awarding of compensatory or punitive monetary damages to a complainant or a finding that an election official is subject to civil penalties. An appropriate remedy may include, but is not limited to any or all of the following:

a.  a plan for rectifying the particular violation;
b.  an order requiring that additional training will be provided to election officials so as to ensure compliance with Title III and the Arizona Revised Statutes, Title 16; and
c.  an order requiring additional voter education.

## SECTION 10. RECORD.

1) The Secretary of State shall compile and maintain an official record in connection with each complaint filed pursuant to these provisions. This official record shall be retained for a period of 24 months. The official record shall contain:

   a.  A copy of the complaint, including any amendments;
   b.  A copy of any written submission by the complainant;
   c.  A copy of any written response by any respondent or other interested person;
   d.  A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the actions or events complained of;
   e.  Copies of all notices and correspondence to or from the Secretary of State in connection with the complaint;
   f.  Originals or copies of any tangible evidence produced at any hearing conducted under Section 6;
   g.  A copy of the audio recording produced at any oral hearing conducted; and
   h.  A copy of any final determination made under Section 7.

2) The record and other materials from any proceedings conducted under the complaint procedures established under this section shall be made available for use under the alternative dispute resolution procedures.

## SECTION 11. EFFECTIVE DATE.

This complaint procedure shall be effective upon its posting on the Secretary of State's website and preclearance by the Department of Justice in accordance with Section 5 of the Voting Rights Act and shall remain in effect until superseded by any modification, repeal, regulation or statute.

In addition to the statewide grievance system, the Secretary of State shall provide a toll free telephone number (1-877-THE-VOTE) for the use of the public to report incidents of voter fraud. [ARS § 16-142 (C)]

## INDEX

### 7

75-foot limit 126, 128, 155, 156, 157, 158
    electioneering outside 157
    electioneering within 156
    minors voting 157
    tribal election 158

### A

absent uniformed voter 53, 56, 63, 64, 65, 67, 68, 69, 178, 228, 230
absolute difference 189, 202, 204, 210
absolute value 189, 202, 204, 210
accessible voting device 57
Accessible Voting Device Affidavit 57, 344
accessible voting system 217, 227, 229, 230, 348
accessible voting system unit 160
accuracy and certification board
    certification 181
    composition 180
    error correction 181
    procedure 180
    responsibilities 180
accuracy certification board 104, 109, 171, 179, 180, 181
add-on list 146, 147, 148, 149
affidavit of registration 63, 154
affirmation statement 152
Attorney General 4, 81, 103, 215, 222, 341
audit 187, 189, 190, 191, 193, 197, 198, 200, 201, 202, 205, 206, 207, 209, 213, 214, 216, 219, 303, 360, 361
audit board
    instruction 187
automatic recount 225

### B

**badge control** 188
ballot
    container 133
    count 126
    damaged 168, 177, 184
    early
        processing 165
    non-partisan 55, 142
    spoiled 143, 361
    storage 219
    transfer 165
    unvoted 66, 177
ballot box 132, 133, 134, 140, 141, 142, 143, 151, 152, 160, 162, 174, 175
ballot preparation
    arrangement of names 117
    canceling elections 119
    order of offices 117
    political party affiliation 117
    precinct committeemen election 118
    preparation 117
    provisional affidavit specification 119
    rotation 118
ballot transfer container 159, 160, 162, 165, 170, 173, 174, 175, 176
ballots
    official specifications 115
        general election 116
        primary election ballots 115
    ordering official 112
    printed for inspection 116
    proof and sample 112
    proof for primary 112
    sample 113
    sample for independent, no preference or unrecognized parties 114
    sample primary 113
baseline tally 208, 209
batch tally report 208
blank ballot test 109
board logs 187
Board of Supervisors 4, 9, 88, 100, 113, 114, 115, 119, 183, 220, 225, 234

### C

calendar of events 234
campaign finance
    failure to file 90
    filing methods 90
    notice requirement 91
    penalties 90
    penalties/enforcement 91
    refuse nomination paper 92
    reports 81, 85, 89, 90, 92, 341, 342
    statewide and legislative reports 89
    threshold exemption 85
candidate listing 50
canvass 103, 108, 112, 206, 216, 217, 219, 220, 221, 222, 223, 224, 225, 230
canvass of returns 220
    poll worker training 221, 222, 375, 377
    primary and general
        accessibility reporting 221
        additional reporting 221, 304
        Board of Supervisors 220
    voter education reporting 221
central counting place
    closing 216
    deputies/oath of office 172
    facility 172
    manual counting 172
    personnel 163
central counting place board
    composition 179
    instruction 178
    secure ballots 179
central tabulating system 134, 151
certificate of election 223
certificate of nomination 223
challenges 33, 62, 126, 354
Citizenship and Immigration Services 19, 47
clerk 129, 377
Clerk of the Board 224, 234

computer election program 102
computer program software 103
conditional provisional ballot 144, 145, 146, 147, 148, 153, 175, 182, 191, 205, 350
console log 188
contested race 192, 193, 194, 195, 196, 197, 198
County Assessor 135
county attorney 78, 83
county political party chairman 199
county recorder 18
County Treasurer 219
curbside voting 77

## D

damaged ballot 168, 177, 184
dates of election 6
Definitions 227
Department of Justice 156, 386
designated stack 168, 169
direct recording electronic system 100
disabled voter 126
disabled voters 71
  accessibility 72
  booths and equipment 75
  corridors 74
  doors 74
  elevators 74
  interior ramp 75
  parking 73
  ramp 74
  seating 75
  stairs 75
  walkways to building 73
districts
  community college 9
  special title 48 119
  supervisors 8
duplication board
  composition 177
  duplicating a ballot 178
  duplication of early ballot 177
  instruction 177
  responsibilities 177

## E

early ballot
  after tabulating 171
  audit 189, 190, 191, 193, 197, 198, 200, 201, 205, 206, 207, 209, 214, 303
  processing 69, 165, 167
    Board 166
    counted and duplicated 169
    County Recorder 166
    damaged ballot 168, 177, 184
    insufficient affidavit 168
    rejection 169
    report 169
    sufficient affidavit 168
  transportation 170
early ballot return envelope 59
early election board 62, 163, 206

early voting 49, 50, 228, 344
  accessible voting device 57
  challenges 61
  emergency 58
  ill or disabled voters 61
  instructions 58
  location 56, 57, 58
  mailing 56
  on-site 56, 57
  open primary 55
  oral request 55
  presidential election, out of state voters 60
  processing of ballot 59
  responsibilities 59
  satisfactory signature 60
  unsatisfactory signature 60
  written requests 55
election
  cancellation 88
  consolidation dates 6
  consolidation notification 9
  dates 6
  event schedule 100
  jurisdictions 6
  nonpartisan 7
  primary 55
  reporting 218
  reporting canvass 218
  reporting the night of 218
Election Assistance Commission 70, 102
election board party representation 125
Election Management System (EMS) 104, 105, 208
election oath 200
election official 57, 59, 77, 101, 105, 106, 107, 111, 120, 121, 129, 133, 141, 142, 144, 148, 149, 150, 151, 152, 155, 156, 160, 161, 162, 167, 168, 170, 172, 173, 176, 180, 182, 183, 349, 384, 386
elections
  primary and general 100, 116, 122, 192, 220
elector registration 10, 37
  cause of cancellation 42
  change in residence 42
  deadline 40
  incomplete or illegible 39
  mail-in 39
  mailing requirements 43
  National Change of Address 44, 45
  online 38
  public assistance 38
  verification 43
electronic tabulating device 103
electronic voting system 100, 143, 225, 226, 227, 231
emergency bin 141, 160
encryption 45, 46
equipment and furniture arrangement 126
equipment diagnostic testing 104
exploratory committee 90, 91
EZ voter system 38

## F

federal post card application 63, 65, 66
federal write-in ballot 68
filing of nomination papers
  political party candidate 84

WRITE-IN CANDIDATE 84
forms
    Arizona voter registration 305, 306, 323
    federal post card application 66, 302, 310
    federal write-in absentee ballot 302, 311
    master audit 303, 360, 361
    master audit form format 360
    national voter registration 38, 309
    official ballot report 355
fully voted ballot test 109

## G

general election
    inspection of proofs 114
    mailing sample ballots 115
    proofs 114
    sample ballots 114
grievance process 384, 386

## H

hand count 189, 190, 191, 193, 198, 200, 201, 202, 203, 204, 205, 206, 211, 214, 216, 304
    absolute difference 204, 210
    additional race 195
    audit tally sheet 201
    audit tapes 213
    ballot measure 194
    ballot measure lot 195
    ballot measure race 196
    board 198, 201, 214
    board work sheet 197
    calculate margin 204, 210
    count margin 190, 197, 202, 203, 204, 205
    create lot 192
    cumulative sheet 202, 203, 212
    custody of ballots 215
    designated margin 202
    early ballot audit 189, 190, 191, 193, 197, 198, 200, 201, 205, 206, 207, 209, 214, 303
    early ballot count margin 190, 206, 207, 210, 211
    early ballot worksheet 209
    escrowed code 215
    expanded count 204
    federal lot 195
    federal race 194, 196
    grand total 204, 210
    intent of voter 214
    legislative lot 195
    legislative race 197
    margin worksheet 202, 203, 204, 205
    master list 193
    number of races counted 193
    precinct 189, 190, 191, 193, 198, 200, 201, 202, 203, 204, 205, 206, 211, 214, 216, 304
    precinct order 192, 198
    presidential elector 194
    presidential lot 195
    process 201
    race categories available 193
    record precinct 192, 198
    recount election 211

reporting and audit 216
select precinct 192, 198
select presidential race 196
select races for count 196
selection lot 195
stacking method 201, 205, 209, 210, 212
state legislative race 194
statewide lot 195
statewide race 194, 196
tabulating method 211
tally sheet 201, 211, 212, 213, 214
three person call 205, 209, 210, 211, 214
using the margin worksheet 203
vacancy 196
HAVA Title III 383
Help America Vote Act
    HAVA 70, 190, 304, 319, 348, 381, 383, 384

## I

ill or disabled voters
    election board 61
inactive voters 44, 48, 231
inspection board
    composition 174
    instruction 174
    preliminary procedure 173, 175
    regular voted ballots 176
    responsibilities 174
    voted early ballot 175
    write-ins 176
inspector 48, 77, 82, 123, 124, 125, 127, 128, 130, 131, 132, 133, 140, 141, 143, 154, 157, 158, 159, 160, 161, 162, 164, 166, 171, 176, 183, 190, 201, 211, 212, 213, 222, 228, 334, 347, 354
intent of voter 214
interpreter 126

## J

jams 141
judge 77, 83, 123, 124, 125, 127, 128, 129, 140, 141, 142, 143, 154, 158, 161, 164, 166, 171, 176, 190, 201, 211, 212, 213, 215, 222, 228, 348, 385
Justice of the Peace 8, 72, 123

## K

kids voting 126

## L

lighting 76
live video recording 165
logic and accuracy test 107
    **ballot inspection** 109
    conduct of test 108
    county 107
    county materials and equipment 111, 112
    disposition 110

disposition of county materials and equipment 112
errors during testing 109
observers and public notice 109
performed by the SOS 110
post-election 108, 110
retention of test ballot 110
scope 111

## M

marshal   123, 124, 128, 129, 134, 139, 156, 158, 222, 228, 347
master precinct   192, 194, 195, 196, 197, 198, 209, 303
master rotation list 118
memory card 112
military and overseas voter 63
    emergency procedure 69
    fax and electronic transmission 66
    federal write-in early ballot 67
    qualifications 63
    reporting 69

## N

National Defense Authorization Act 63, 67
National Institute of Science and Technology 107, 374
National Software Reference Library 102
National Voter Registration Act 44
naturalization papers 19
new party
    continued representation 78
    seeking recognition 78
nominating petitions 88, 119, 223
non-partisan   55, 116, 120, 124, 142, 163, 171, 229
non-recognized political party 55

## O

officer duties 125
official returns 218
official returns envelope 159
official/unofficial envelope 126
open primary 126
optical scan unit 77, 100, 110, 128, 133, 140, 141, 160, 161, 174, 177, 217, 230
orally affirm 147
original ballot report 159
overseas voter 63
overvote 59, 228, 231
Overvote 141, 177

## P

**payroll** 188
payroll voucher 159
payroll voucher envelope 159
permanent early voting
    list 52, 53, 345
political committee   85, 89, 92, 340, 341, 342
political observers/challengers 120

political organization 78
political party ballot 54, 142
poll list   129, 132, 133, 152, 156, 159, 162, 170, 173, 219, 231, 355
polling place  50, 75, 76, 122, 123, 132, 135, 143, 146, 147, 148, 149, 162, 164, 303, 353, 376
    assistance 38, 70, 77, 102, 155
    auxiliary bin 141
    ballot box overflow 140
    closing 158
        ballot bin 160
        envelopes and containers 158
        final 162
        keypad 160
        memory pack transport 161
        optical scan and voting system units 160
        precinct report 131, 161
        results transmission 160
    contingency plan 139
    emergency procedure 69, 142
    open primary 55, 142
    optimal layout 137
    poll worker pool 140
    power failure 141
    processing
        address on roster 153
        challenging voters 153
        early ballot 150
        elector moved within county 148, 149
        elector moved within precinct 149
        elector whose name appears 146
        elector whose name does not appear 148
        name change 151
        no ID   144, 145, 146, 147, 148, 153
        oath statement 153
        old polling place same county 149
    project turnout 135
    reassignment 77
    re-precinct 135
    staff precinct 136
    voter education 136
    wait time reduction 135
polling place list 150
polling place/precinct personnel 122, 127
    appointment 123
    ballot delivery 127
    before opening 132
    building access 125, 130
    certificate of qualification 127
    checking supplies 125
    closing the polls 141
    compensation 126, 127
    device check 131
    early ballot 134
    election day 5, 132
    final reminder 132
    instruction 125
    layout 130
    meeting 130
    meeting info 125
    minors 125
    observers/challengers 126
    officer duties 128
    opening 126, 134
    orientation 130
    pre-election 130

setting up 132
standard procedure 126
supplies 130
training 126
who may vote 134
zero report 133
pre- election meeting 125, 130, 133
precinct identification code 178
precinct map 148, 149, 150
precinct register 8, 47, 48, 77, 132, 136, 142, 145, 147, 159, 167, 182, 231, 232, 349, 350
precinct registers 47
precincts
justice 8
new 8
pre-election responsibilities 125
presidential electors 48, 60, 68, 78, 117
presidential preference election 50, 57, 189, 198, 225
candidates' name arrangement 117
records retention 115, 217
primary election
partisan 142, 345
privacy booth 100
proof of citizenship 16, 17, 18, 19, 20, 21, 35, 36, 37, 64, 68, 323
proof of ID
compare ID 146
compare to name 146
Native American 145
**Proof of ID**
**acceptable forms**
**without photo** 144
provisional ballot 48, 141, 148, 151, 175, 185, 355, 360, 361, 377, 378, 379
board 183
ballots for count 184
ballots for duplication 185
central count processing 182
challenges 187
envelope 48, 149, 151, 152, 153, 175, 182, 183, 184, 187, 349
form 151, 152
page 152
procedure 151
processing 143
receipt number 186
rejection codes 186
verification 185
provisional roster 152
provisional voter receipt 151, 152

**Q**

qualifications
county attorney 83
judge of the superior court 84
qualifications for office 80, 81, 82
community college board 83
corporation commission 82, 195, 196, 203, 209
state executive offices 81
state legislature 81
state mine inspector 82
superintendent 83
qualified elector 61

**R**

race selection worksheet 192, 194, 195, 196, 197, 198, 209
receiving board
composition 173
instructions 173
responsibilities 173
recount
determine if required 225
method 225
registration roll
by political subdivision 99
report
accessibility 73, 221, 376
poll worker training 221, 222, 375, 377
storage 219
voter education 221, 378
resign
candidate for nomination or election 80
rest stops 76
returned voted ballots 50

**S**

SAVE program 19, 20, 47
secrecy sleeve 77
security
central counting place 164
early voting 57
Election Management System (EMS) 104
election media 106
election requirement 163
early ballot 163
emergency procedure 69, 142
live video 165
malfunctioning equipment 110
polling place
ballot 164
voting equipment 105
signature roster 47, 48, 77, 126, 128, 129, 131, 132, 142, 146, 147, 148, 149, 151, 152, 153, 159, 162, 173, 182, 185, 219, 222, 231, 232, 348, 349, 355
snag board 798
composition 181
responsibilities 181
Special Election Board 61, 77
spoiled ballot 126, 143, 361
statement of organization 85
statewide database
court notification 29
death notification matching 30
duplicate matching 26, 27
felony or incapacitated matching 29
juror questionnaire 29
MVD records 26, 27
voter registration 20, 26, 27, 29, 30
statutory citation 100
superior court judge 84
supplies 125
supply container 159

## T

tabulation back-up plan 112
tabulation equipment 177, 228
terminology 227
test ballot 111, 112
Title 48 119
training session 127
tribal identification 144, 145, 350
troubleshooting 126

## U

uniformed service 53, 56, 63, 64, 65, 67, 227, 230
unofficial returns envelope 159
unvoted ballot 67
UOCAVA 53, 63, 64, 65, 66, 67, 68, 69, 70

## V

vendor-supplied password 105, 106
Verification Staff 183, 184
voter assistance 155
voter card encoder 107
voter declaration 64, 68
voter identification card 21, 38, 39
voter registration
    active status 33
    alien registration number 19, 21, 28, 47, 322
    Arizona Motor Vehicle Division 17
    auditability 46
    canceled status 33
    city/ town elections 16
    data processing 45
    drive 21, 38
    exception report 18
    identification numbers 18
    internet transmission 45

party preference 21
processing 17
qualifications 10
registration roll 19, 35, 45, 46, 52, 62, 99, 151, 328, 329, 330, 331
status list 33
tribal certificate or affidavit of birth 16
uniform correspondence 18, 34, 147
voting booth 75, 139, 152, 158, 160, 162, 348
voting device check 126
voting equipment
    refresh policy 102
    security 105
    software statement 102
    system software 102
voting machine 76, 101, 106, 111, 129, 189, 217
Voting Rights Act
    section 203, section 5 4, 386
Voting System Test Laboratories 107

## W

write-in 176, 185
write-in board
    composition 176
    instruction 176
    invalid vote 176
write-in votes 171, 176, 185, 191, 201, 205, 212, 213

## Y

youth in the booth 126, 158

## Z

zero report 131, 133
zero tape 131, 133



REVISED 2014

STATE OF ARIZONA

# ELECTIONS PROCEDURES MANUAL

Department of State

Office of the Secretary of State

*An Election Services Division Publication*