KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

GARY M. RESTAINO
United States Attorney
District of Arizona

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

T. CHRISTIAN HERREN, JR. (AL Bar No. ASB6671R63T)
RICHARD A. DELLHEIM (NY Bar No. 2564177)
EMILY R. BRAILEY (DC Bar No. 1684650)
JENNIFER J. YUN (DC Bar No. 1600953)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.1815
950 Pennsylvania Avenue, NW
Washington, DC 20530

Tel.: (202) 353-5724 / Fax: (202) 307-3961
Email: Chris.Herren@usdoj.gov
Richard.Dellheim@usdoj.gov
Emily.Brailey@usdoj.gov
Jennifer.Yun@usdoj.gov
*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Mi Familia Vota, et al.,
Plaintiffs,

v.

Adrian Fontes, et. al.,
Defendants.

Living United for Change in Arizona, et al.,
Plaintiffs,

v.

No. 2:22-cv-00509-SRB (Lead Case)
No. 2:22-cv-01124-SRB (Consolidated)

**United States' Rule 56.1 Statement**

Adrian Fontes,

                    Defendant,

and

State of Arizona, et al.,

                    Intervenor-Defendants.

---

Poder Latinx, et al.,

                    Plaintiffs,

v.

Adrian Fontes, et al.

                    Defendants.

---

United States of America,

                    Plaintiff,

        v.

State of Arizona, et al.,

                    Defendants.

---

Democratic National Committee, et al.

                    Plaintiffs,

        v.

Adrian Fontes, et al.,

                    Defendants,

    and

Republican National Committee,

                    Intervenor-Defendant.

---

Arizona Asian American Native Hawaiian

and Pacific Islander for Equity Coalition,
Plaintiff,

v.

Adrian Fontes, et al.,
Defendants.

---

Promise Arizona, et al.,
Plaintiffs,

v.

Adrian Fontes, et al.,
Defendants.

---

Tohono O'odham Nation, et al.,

v.

Kris Mayes, et al.,
Defendants.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiff United States of America respectfully submits the following combined statement of material facts and controverting statement of facts:

## I. Statement of Facts Supporting United States' Motion for Partial Summary Judgment on its NVRA Claim

1. In March 2022, Arizona passed House Bill 2492 ("HB 2492"), omnibus voting legislation that changed several of Arizona's voter registration and voting requirements. Ariz. Secretary of State's Answer to the United States' Compl. ¶ 1, ECF No. 122 ("Secretary's Answer"); State Defs. Statement of Facts ¶ 1, ECF No. 365.

2. HB 2492 became effective on January 1, 2023. Secretary's Answer ¶ 1.

3. Under the National Voter Registration Act ("NVRA"), all states must "accept and use" a mail registration application form devised by the Election Assistance Commission ("Federal Form") to register applicants to vote in all federal elections. 52 U.S.C. § 20505(a)(1).

4. HB 2492 requires voter registrants using the Federal Form to supply documentary proof of citizenship ("DPOC") if County Recorders are unable to verify the applicant's citizenship status through specific databases enumerated in HB 2492. Ariz. Rev. Stat. § 16-121.01(E); Arizona's Answer to the United States' Compl. ¶ 31, ECF No. 329 ("State's Answer").

5. If the applicant fails to produce DPOC, then the applicant may not vote in presidential elections or vote by mail in congressional elections. HB 2492 § 4 (adding Ariz. Rev. Stat. § 16-121.01(E)); Secretary's Answer ¶ 39.

6.      The Federal Form does not require Arizona voters to provide DPOC to establish citizenship.  Ex. A, Election Assistance Comm'n, Federal Voter Registration Form, OMB Control No. 3265-0015, https://perma.cc/YXG4-U9EV; State Defs. Statement of Facts ¶ 4 & Ex. C; Def. Intervenor Statement of Facts ¶ 3 & Ex. C, ECF No. 368.

7.      In a letter dated April 17, 2023, Hayleigh S. Crawford, the then-Deputy Solicitor General for the State of Arizona, stated that "Attorney General Mayes does not intend to continue asserting as a defense to Plaintiffs' claims that Congress lacks the power to regulate presidential elections. That defense is foreclosed by binding authority. . . . Accordingly, the State acknowledges that to the extent H.B. 2492 conditions acceptance of the federal mail voter registration form for presidential election registration on documentary proof of citizenship, it is preempted by the federal requirement that States 'accept and use' the federal form."  Ex. B, Letter from Hayleigh Crawford, Deputy Solicitor Gen., Ariz. Att'y Gen., to Couns. for All Consolidated Parties in *Mi Familia Vota v. Fontes*, No. CV-22-00509-PHX-SRB (April 17, 2023).

## II.      Controverting Statement of Facts Supporting the United States' Response to Defendants' Motions on the United States' Materiality Claim

United States' Position on Defendants' Statements of Facts

1-12. The United States does not dispute Paragraphs 1 through 12 in the State Defendants' Statement of Facts, ECF No. 365.

13. The United States disputes Paragraph 13 in the State Defendants' Statement of Facts.  The State Defendants state that four states "appear to require an applicant state

place of birth in order to be registered." *Id.* at ¶ 13. It is not clear whether State Defendants intend the word "require" to mean that these four states require applicants to provide their birthplace on the form but will accept forms that omit this information, or that these four states will reject any forms lacking birthplace information. There is nothing in the record suggesting that these four states reject registration forms if birthplace is not provided. Therefore, the United States disputes the assertions in this paragraph.

14-15. The United States does not dispute the remaining paragraphs in the State Defendants' Statement of Fact, ECF No. 365.

The United States does not dispute the Defendant-Intervenors' Statement of Facts, ECF No. 368.

<u>United States' Statement of Facts</u>

The United States submits the following facts to support its response, in addition to its declaration submitted pursuant to Rule 56(d) of the Federal Rules of Civil Procedure:

1. To be eligible to vote in Arizona, a prospective voter must "be a citizen of the United States of the age eighteen years or over, and shall have resided in the state" for a prescribed period of time. Ariz. Const. art. VII, § 2, cl. A. Prospective voters must also be able to write their names or make a mark (unless unable to do so due to physical disability), have not been convicted of treason or a felony (unless their rights have been restored), and have not been adjudicated to be incapacitated. Ariz. Rev. Stat. § 16-101; Secretary's Answer ¶ 30; State's Answer ¶ 30.

2.      Arizona continues to accept the Federal Form for in-person voting in congressional elections even if no DPOC has been submitted.  Secretary's Answer ¶ 39.

3.      Under HB 2492, voters who are already registered to vote using the Federal Form must nonetheless provide DPOC if they wish to vote in presidential elections or by mail in any federal election.  HB 2492 § 5 (adding Ariz. Rev. Stat. § 16-127); Secretary's Answer ¶ 40.

4.      Voters who are already registered to vote using the Federal Form who wish to vote in congressional elections in person are not required to provide DPOC.  Ariz. Rev. Stat. § 16-127; Secretary's Answer ¶ 40.

5.      Arizona's voter eligibility criteria are the same for both congressional and presidential elections, whether one is voting by mail or in person.  Ariz. Const. art. VII, § 2, cl. A; Ariz. Rev. Stat. § 16-101; Secretary's Answer ¶ 30.

6.      HB 2492 requires all voter registration applications, including those accompanied by satisfactory DPOC, to include "a checkmark or other appropriate mark in the 'Yes' box next to the question regarding citizenship," or the application will be rejected.  Ariz. Rev. Stat. § 16-121.01(A); Ariz. Rev. Stat. § 16-166(F); State's Answer ¶ 32.

7.      Under HB 2492, election officials must reject any state voter registration form that fails to include the prospective voter's place of birth.  Ariz. Rev. Stat. § 16-121.01(A); Secretary's Answer ¶ 11.

Date: June 5, 2023

Respectfully submitted,

GARY M. RESTAINO
United States Attorney
District of Arizona

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Emily R. Brailey*
T. CHRISTIAN HERREN, JR.
RICHARD A. DELLHEIM
EMILY R. BRAILEY
JENNIFER J. YUN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.1815
950 Pennsylvania Avenue, NW
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Emily R. Brailey*
Emily R. Brailey
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 353-5724
Emily.Brailey@usdoj.gov

# Exhibit A

# Register To Vote In Your State By Using This Postcard Form and Guide

## For U.S. Citizens

OMB Control No. 3265-0015

# General Instructions

**Who Can Use this Application**
If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

- Register to vote in your State,
- Report a change of name to your voter registration office,
- Report a change of address to your voter registration office, or
- Register with a political party.

**Exceptions**
Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wyoming** law does not permit mail registration.

**How to Find Out If You Are Eligible to Register to Vote in Your State**
Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You **cannot** be registered to vote in more than one place at a time.

**How to Fill Out this Application**
Use both the Application Instructions and State Instructions to guide you in filling out the application.

- First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.
- Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and refer to these instructions for information about voter eligibility and any oath required for Box 9.

**When to Register to Vote**
Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

**How to Submit Your Application**
Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

**First Time Voters Who Register by Mail**
If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:

- A current and valid photo identification or
- A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to submit a **COPY,** please keep the following in mind:

- Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.
- Do not submit original documents with this application, only **COPIES.**

**If You Were Given this Application in a State Agency or Public Office**
If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.
Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

**Box 1 — Name**
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials. *Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

**Box 2 — Home Address**
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before but this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, or if you have no address, please show where you live using the map in Box C *(at the bottom of the form).*

**Box 3 — Mailing Address**
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

**Box 4 — Date of Birth**
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

**Box 5 — Telephone Number**
Most States ask for your telephone number in case there are questions about your application. However, you do not have to fill in this box.

**Box 6 — ID Number**
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

**Box 7 — Choice of Party**
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do not want to register with a party, write "no party" or leave the box blank. Do not write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.
*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

**Box 8 — Race or Ethnic Group**
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not* of Hispanic Origin
- Hispanic
- Multi-racial
- White, *not* of Hispanic Origin
- Other

**Box 9 — Signature**
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | |
|---|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | This space for office use only. |

| | | | | | |
|---|---|---|---|---|---|
| **1** | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV |
| **2** | Home Address | Apt. or Lot # | City/Town | State | Zip Code |
| **3** | Address Where You Get Your Mail If Different From Above | | City/Town | State | Zip Code |
| **4** | Date of Birth<br>Month Day Year | **5** Telephone Number (optional) | **6** ID Number - (See item 6 in the instructions for your state) | | |
| **7** | Choice of Party<br>(see item 7 in the instructions for your State) | **8** Race or Ethnic Group<br>(see item 8 in the instructions for your State) | | | |

| | | |
|---|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | Please sign full name (or put mark) ▲<br>Date: ___ / ___ / ___<br>Month Day Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

| | | | | | |
|---|---|---|---|---|---|
| **A** | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | | | | | |
|---|---|---|---|---|---|
| **B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●

X

**NORTH ↑**

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

**Mail this application to the address provided for your State.**

OMB Control No. 3265-0015

**FOR OFFICIAL USE ONLY**

FIRST CLASS STAMP NECESSARY FOR MAILING

OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | |
|---|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. | |

| | | | | | |
|---|---|---|---|---|---|
| **1** | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV |
| **2** | Home Address | Apt. or Lot # | City/Town | State | Zip Code |
| **3** | Address Where You Get Your Mail If Different From Above | | City/Town | State | Zip Code |
| **4** | Date of Birth<br>Month Day Year | **5** | Telephone Number (optional) | **6** | ID Number - (See item 6 in the instructions for your state) |
| **7** | Choice of Party<br>(see item 7 in the instructions for your State) | **8** | Race or Ethnic Group<br>(see item 8 in the instructions for your State) | | |

**9**

I have reviewed my state's instructions and I swear/affirm that:

- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark)

Date: ____ / ____ / ____
Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

| | | | | | |
|---|---|---|---|---|---|
| **A** | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | | | | | |
|---|---|---|---|---|---|
| **B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●

X

NORTH ↑

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

**Mail this application to the address provided for your State.**

OMB Control No. 3265-0015

# FOR OFFICIAL USE ONLY

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



# State Instructions

## Alabama

**Updated: 08-31-2018**

**Registration Deadline** — Voter registration is closed during the fourteen days preceding an election. Applications must be postmarked or delivered by the fifteenth day prior to the election.

**6. ID Number.** If you have one, you must provide your Alabama driver's license number or Alabama nondriver identification card number. If you do not have an Alabama driver's license or nondriver identification card, you must provide the last 4 digits of your Social Security number. If you have not been issued any of these numbers you must write the word "NONE" and a unique identifier will be provided for you.

**7. Choice of Party.** Optional: You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Alabama you must:

- be a citizen of the United States
- be a resident of Alabama and your county at the time of registration
- be 18 years old before any election
- not have been convicted of a felony involving moral turpitude (or have had your civil and political rights restored). The list of moral turpitude felonies is available on the Secretary of State web site at: sos.alabama.gov/mtfelonies
- not currently be declared mentally incompetent through a competency hearing
- swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means and that the information contained herein is true, so help me God"

**Mailing address:**
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

## Alaska

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

**7. Choice of Party.** You do not have to declare a party affiliation when registering to vote. If you do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one ballot from the ballots available.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Alaska you must:

- be a citizen of the United States
- be at least 18 years old within 90 days of completing this registration
- be a resident of Alaska
- not be a convicted felon (unless unconditionally discharged)
- not be registered to vote in another State

**Mailing address:**
Division of Elections
State of Alaska
PO Box 110017
Juneau, AK 99811-0017

## Arizona

**Updated: 03-01-2006**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must

# State Instructions

include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

**7. Choice of Party.** If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualified for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arizona you must:

- be a citizen of the United States
- be a resident of Arizona and your county at least 29 days preceding the next election
- be 18 years old on or before the next general election
- not have been convicted of treason or a felony (or have had your civil rights restored)
- not currently be declared an incapacitated person by a court of law

**Mailing address:**

Secretary of State/Elections
1700 W. Washington, 7th Floor
Phoenix, AZ 85007-2888

## Arkansas

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arkansas you must:

- be a citizen of the United States
- live in Arkansas at the address in Box 2 on the application
- be at least 18 years old before the next election
- not be a convicted felon (or have completely discharged your sentence or been pardoned)
- not claim the right to vote in any other jurisdiction
- not previously be adjudged mentally incompetent by a court of competent jurisdiction

**Mailing address:**

Secretary of State
Voter Services
P.O. Box 8111
Little Rock, AR 72203-8111

## California

**Updated: 10-10-2021**

**Registration Deadline** — 15 days before the election; conditional voter registration up to and including Election Day.

**6. ID Number.** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote if it is your first time voting in a federal election.

**7. Choice of Party.** If you wish to choose a party preference, please enter the name of the political party. If you do not want to choose a political party, enter "No Party Preference" in the space provided. California law allows voters who choose "No Party Preference" or have chosen a preference for a nonqualified political party to vote in the presidential primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.sos.ca.gov to learn which political parties allow "No Party Preference" voters and voters who have disclosed a preference for a nonqualified political party to participate in their presidential primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:

- be a citizen of the United States
- be a resident of California
- be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote

# State Instructions

- not currently serving a state or federal prison term for the conviction of a felony
- not currently found to be mentally incompetent to vote by a court

Your signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

**Mailing address:**
Secretary of State
Elections Division
1500 11th Street, 5th Floor
Sacramento, CA 95814

## Colorado

**Updated: 10-16-2018**

**Registration Deadline** — You may register up to, and on, Election Day. You must register 8 days or more before election day to have a ballot mailed to you. If you register less than 8 days before election day, then you must appear in person in your county to vote.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or identification number. If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
**7. Choice of Party.** You may register with a party. If you leave this section blank you will not be registered with any party.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Colorado you must:

- be a citizen of the United States
- be a resident of Colorado for at least 22 days immediately before the Election in which you intend to vote
- be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote
- not be serving a sentence (including parole) for a felony conviction

**Mailing address:**
Colorado Secretary of State
1700 Broadway, Suite 200
Denver, Colorado 80290

## Connecticut

**Updated: 09-03-2019**

**Registration Deadline** — postmarked seven (7) days before the election; postmarked five (5) days before the primary.

**6. ID Number.** Connecticut Driver's License Number, or if none, the last four digits of your Social Security Number.
**7. Choice of Party.** This is optional, but you must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Connecticut you must:

- be a citizen of the United States
- be a resident of Connecticut and of the town in which you wish to vote
- be 17 years old. 17 year olds who will turn 18 on or before Election Day, may participate in the general primary.
- have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters
- not currently be declared mentally incompetent to vote by a court of law

**Mailing address:**
Secretary of the State of Connecticut
Elections Division
P.O. Box 150470
Hartford, CT 06115-0470

## Delaware

**Updated: 04-18-2018**

**Registration Deadline** — The 4th Saturday before a primary or general election, and 10 days before a special election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** You may register to vote in Delaware if you:

# State Instructions

- are a citizen of the United States, AND
- are a resident of Delaware; (Delaware is your home), AND
- will be 18 years old on or before the date of the next General Election.

You may not register to vote in Delaware if you:

- have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
- were convicted of a felony and have not completed your sentence, OR
- were convicted of a disqualifying* felony and have not been pardoned.

*List of Disqualifying Felonies:

- murder or manslaughter, (except vehicular homicide);
- any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
- any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

**Mailing address:**

State of Delaware
Office of the State Election Commissioner
905 S. Governors Ave., Suite 170
Dover, DE 19904

## District of Columbia

**Updated: 10-10-2021**

**Registration Deadline** — 21 days before the election if registering by mail, online, or via mobile app, but a voter may register in-person during early voting and on Election Day.

**6. ID Number.** Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To vote in the District of Columbia you must:

- Be a United States citizen
- Be a resident of the District of Columbia
- Maintain residency in the District of Columbia for at least 30 days prior to the election in which you intend to vote
- Not claim voting residence or the right to vote in another U.S. state or territory
- Be at least 17 years old (You may register to vote if you are at least 16 years old. You may vote in a primary election if you are at least 17 years old and you will be at least 18 years old by the next general election. You may vote in a general or special election if you are at least 18 years old).
- Not have been found by a court to be legally incompetent to vote

**Mailing address:**

District of Columbia Board of Elections
1015 Half Street, SE, Suite 750
Washington, DC 20003

## Florida

**Updated: 11-30-2011**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number. If you have not been issued any of these numbers, you must write the word "NONE."
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** You are requested, but not required, to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).
**9. Signature.** To register in Florida you must:

- be a citizen of the United States
- be a legal resident of both the State of Florida and of the county in which you seek to be registered
- be 18 years old (you may pre-register if you are at least 16)
- not be adjudicated mentally incapacitated with respect to voting in Florida or any other State, or if you have, you must first have your voting rights restored.
- not be a convicted felon, or if you are, you must first have your civil rights restored if they were taken away.
- swear or affirm the following:

# State Instructions

"I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information in this application is true."

**Mailing address:**
State of Florida
Department of State
Division of Elections
The R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

## Georgia

**Updated: 08-15-2013**

**Registration Deadline** — The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other that those dates prescribed by the Georgia Election Code, registration would close on the 5th day after the call.

**6. ID Number.** Federal law requires you to provide your full GA Drivers License number or GA State issued ID number. If you do not have a GA Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifier will be provided for you.

**7. Choice of Party.** You do not have to register with a party to take part in that party's primary, caucus or convention.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Georgia you must:
- be a citizen of the United States
- be a legal resident of Georgia and of the county in which you want to vote
- be 18 years old within six months after the day of registration, and be 18 years old to vote
- not be serving a sentence for having been convicted of a felony
- not have been judicially determined to be mentally incompetent, unless the disability has been removed

**Mailing address:**
Elections Division
Office of the Secretary of State
2 Martin Luther King Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

## Hawaii

**Updated: 10-10-2021**

**Registration Deadline** — 10 days before the election.

**6. ID Number.** When you register to vote, you must provide your Hawaii driver's license or State identification number, if you have one. If you do not have a driver's license or ID number, you must provide the last four digits of your Social Security Number (SSN). If you do not have any of this information, the Clerk's Office will issue you a unique identification number, which will serve to identify you for voter registration purposes.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Race or ethnic group information is not required for voter registration.

**9. Signature.** To register in Hawaii you must:
- be a citizen of the United States
- be a resident of the State of Hawaii
- be at least 16 years old (you must be 18 years old by election day in order to vote)
- not be incarcerated for a felony conviction
- not be adjudicated by a court as "non compos mentis"

**Mailing address:**
Office of Elections
State of Hawaii
802 Lehua Avenue
Pearl City, HI 96782

## Idaho

**Updated: 06-27-2022**

**Registration Deadline** — 25 days before the election.

**6. ID Number.** Enter the number from your Idaho driver's license card or state identification card issued by the Idaho Transportation Department. If you have no such card, enter the last 4 digits of your social security number.

**7. Choice of Party.** Unless the political party chooses to have an open primary, affiliating with a political party is required if you wish to participate in a party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Idaho you must:

# State Instructions

- be a citizen of the United States
- have resided in Idaho and in the county for 30 days prior to the day of election
- be at least 18 years old
- not have been convicted of a felony, and without having been restored to the rights of citizenship, or confined in prison on conviction of a criminal offense

**Mailing address:**
Secretary of State
P.O. Box 83720
State Capitol Bldg.
Boise, ID 83720-0080

## Illinois

**Updated: 09-03-2019**

**Registration Deadline** — Online Registration is available until 16 days before the election and in-person registration is available through Election Day.

**6. ID Number.** Illinois requires either the Driver's License (or Secretary of State ID Card) or the last 4 digits of Social Security Number. For people who do not have either of those items, and have not registered in Illinois before, a mail in registration form should be accompanied by a copy of other identifying information: you must send, with this application, either (i) a copy of a current and valid photo identification, or (ii) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If you do not provide the information required above, then you will be required to provide election officials with either (i) or (ii) described above the first time you vote at a voting place.

**7. Choice of Party.** Leave Blank. Exception: for primary elections, unless a voter only wishes to vote on public questions, a party preference should be indicated.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** A signature is required. If signature is missing from registration form, you will be notified your registration is incomplete.

To register in Illinois you must:

- be a citizen of the United States
- be a resident of Illinois and of your election precinct at least 30 days before the next election
- be at least 18 years old on or before the next General Election or Consolidated Election
- cannot be serving a sentence of confinement in any penal institution as a result of conviction of any crime
- not claim the right to vote anywhere else

**Preregistration for 17 Year Olds.** Illinois permits registration by a 17 year old person who will be 18 on or before the General Election (or the Consolidated Election, the odd year election for city, township, school board and other local offices) to register and vote in the General Primary (or Consolidated Primary) which will nominate candidates for that next following General Election (or Consolidated Election).

**Mailing address:**
State Board of Elections
2329 S. MacArthur Boulevard
Springfield, IL 62704

## Indiana

**Updated: 03-01-2006**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Indiana you must:

- be a citizen of the United States
- have resided in the precinct at least 30 days before the next election
- be at least 18 years of age on the day of the next general election
- not currently be in jail for a criminal conviction

**Mailing address:**
Election Division
Office of the Secretary of State
302 West Washington Street,
Room E-204
Indianapolis, IN 46204-2743

## Iowa

**Updated: 10-31-2020**

**Registration Deadline** — Must be delivered by 5 p.m. 10 days before the election, if it is a general election; 11 days before all others.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received after the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day

registration. You can find these on the Iowa Secretary of State's website: https://sos.iowa.gov/elections/voterinformation/edr.html.

**6. ID Number.** Your ID number is your Iowa driver's license number (or Iowa non-operator identification number) if you have one, if not then the last four digits of your social security number. The ID number you provide will be verified with the Iowa Department of Transportation or the Social Security Administration.
**7. Choice of Party.** You may, but do not have to, register with a party in advance if you want to take part in that party's primary election. You may change or declare a party affiliation at the polls on primary election day.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Iowa you must:
- be a citizen of the United States
- be a resident of Iowa
- be at least 17 years old; A person may vote if they will be 18 years old on or before election day. In the case of primary elections, a person may vote if they will be 18 years old on or before the corresponding regular election.
- not have been convicted of a felony or have had your rights restored
- not currently be judged by a court to be "incompetent to vote"
- not claim the right to vote in more than one place
- give up your right to vote in any other place

**Mailing address:**
Elections Division
Office of the Secretary of State
Lucas Building-1st Floor
321 E. 12th Street
Des Moines, IA 50319

## Kansas

**Updated: 10-25-2013**

**Registration Deadline —** Postmarked or delivered 21 days before the election

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a nondriver's identification card or social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. The number you provide will be used for administrative purposes only and will not be disclosed to the public. (KSA 25-2309).
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Kansas you must:
- be a citizen of the United States
- be a resident of Kansas
- be 18 by the next election
- have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
- not claim the right to vote in any other location or under any other name
- not be excluded from voting by a court of competent jurisdiction

**Mailing address:**
Secretary of State
1st Floor, Memorial Hall
120 SW 10th Ave.
Topeka, KS 66612-1594

## Kentucky

**Updated: 03-01-2006**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your full social security number is required. It is used for administrative purposes only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kentucky you must:

- be a citizen of the United States
- be a resident of Kentucky
- be a resident of the county for at least 28 days prior to the election date
- be 18 years of age on or before the next general election
- not be a convicted felon or if you have been convicted of a felony, your civil rights must have been restored by executive pardon
- not have been judged "mentally incompetent" in a court of law
- not claim the right to vote anywhere outside Kentucky

**Mailing address:**
State Board of Elections
140 Walnut Street
Frankfort, KY 40601-3240

## Louisiana

**Updated: 02-28-2019**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If the applicant has neither a Louisiana driver's license, a Louisiana special identification card, or a social security number, the applicant shall attach one of the following items to his application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of applicant. Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405).

**7. Choice of Party.** If you do not list a party affiliation, you may not be able to vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.

**8. Race or Ethnic Group.** Completing this box is optional. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Louisiana you must:

- be a citizen of the United States
- be a resident of Louisiana (Residence address must be address where you claim homestead exemption, if any, except for a resident in a nursing home or veteran's home who may elect to use the address of the nursing home or veterans' home or the home where he has a homestead exemption. A college student may elect to use his home address or his address while away at school.)
- be at least 17 years old (16 years old if registering to vote with application for Louisiana driver's license or in person at registrar of voters office), and be 18 years old prior to the next election to vote
- not currently be under an order of imprisonment for conviction of a felony; or if under such an order (1) not have been incarcerated pursuant to the order within the last five years and (2) not be under an order of imprisonment related to a felony conviction for election fraud or any other election offense pursuant to R.S. 18:1461.2
- not be under a judgment of full interdiction for mental incompetence or limited interdiction where your right to vote has been suspended

**Mailing address:**
Secretary of State
Attention: Elections Division
P.O. Box 94125
Baton Rouge, LA 70804-9125

## Maine

**Updated: 08-14-2012**

**Registration Deadline** — Delivered 21 business days before the election (or a voter may register

*in-person* up to and including election day).

**6. ID Number.** You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Number. Voters who don't have either of these forms of ID must write "NONE" in this space.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless otherwise permitted by a political party).
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Maine you must:
- be a citizen of the United States
- be a resident of Maine and the municipality in which you want to vote
- be at least 17 years old (you must be 18 years old to vote)

**Mailing address:**
Elections Division
Bureau of Corporations,
Elections and Commissions
101 State House Station
Augusta, ME 04333-0101

## Maryland

**Updated: 10-10-2021**

**Registration Deadline** — In-person registration by 5:00 p.m., online registration by 11:59 p.m., or postmarked 21 days before the election.

**6. ID Number.** If you do not have a current, valid Maryland driver's license or MVA ID card, you must enter the last 4 digits of your social security number. The statutory authority allowing officials to request the last 4 digits of your social security number is Election Law Article, § 3-202. The number will only be used for registration and other administrative purposes. It will be kept confidential.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Maryland you must:
- be a U.S. citizen
- be a Maryland resident
- be at least 16 years old*
- not be under guardianship for mental disability or if you are, you have not been found by a court to be unable to communicate a desire to vote
- not have been convicted of buying or selling votes
- not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment.

*You may register to vote if you are at least 16 years old but cannot vote unless you will be at least 18 years old by the next general election.

**Mailing address:**
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

## Massachusetts

**Updated: 09-03-2019**

**Registration Deadline** — 20 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four (4) digits of your social security number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.
**7. Choice of Party.** If you do not designate a party or political designation in this box, you will be registered as unenrolled, which is commonly referred to as independent. Unenrolled voters and voters registered in political designations may vote in party primaries.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Massachusetts you must:
- be a citizen of the United States
- be a resident of Massachusetts
- be at least 16 years old (must be 18 years old to vote on Election Day)
- not have been convicted of corrupt practices in respect to elections
- not be under guardianship with respect to voting
- not be currently incarcerated for a felony conviction

**Mailing address:**
Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

## Michigan

**Updated: 11-07-2019**

**Registration Deadline** — Postmarked at least 15 days before the election; or delivered in person to your city or township clerk by 8 p.m. on Election Day. If you

# State Instructions

are registering within 14 days of an election, you must provide residency verification to be eligible for that election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued personal identification card or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
**7. Choice of Party.** A "choice of party" is not required for voter registration.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Michigan you must:
- be a citizen of the United States
- be 18 years old by the next election
- be a resident of Michigan and at least a 30 day resident of your city or township by election day
- not be confined in a jail after being convicted and sentenced

***Notice:*** If a voter possesses a Michigan driver license (DL) or personal ID (PID), Michigan law requires the **same address be used for voter registration and DL/PID purposes.** Use of this form will also change your DL/PID address. The Secretary of State will mail you a new address sticker for your DL/PID.

**Mailing address:**
Mail or deliver this completed application directly to your city or township clerk. Find your city or township clerk's address at Michigan.gov/Vote. If you are unable to find your city or township clerk's address, mail to:

Michigan Department of State
Bureau of Elections
P.O. Box 20126
Lansing, MI 48901-0726

## Minnesota

**Updated: 12-31-2008**

**Registration Deadline —**
Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

**6. ID Number.** You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.
**7. Choice of Party.** Leave blank.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Minnesota you must:
- be a citizen of the United States
- be a resident of Minnesota for 20 days before the next election
- maintain residence at the address given on the registration form
- be at least 18 years old on election day
- if previously convicted of a felony, your felony sentence has expired or been completed, or you have been discharged from the sentence
- not be under a court-ordered guardianship in which the right to vote has been revoked
- not be found by a court to be legally incompetent to vote.

**Mailing address:**

Secretary of State
60 Empire Drive, Suite 100
St. Paul, MN 55103-1855

## Mississippi

**Updated: 05-07-2010**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.
**7. Choice of Party.** Mississippi does not have party registration. Therefore, you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Mississippi you must:
- be a citizen of the United States
- have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote
- be 18 years old by the time of the general election in which you want to vote
- have not been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor

vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
• not have been declared mentally incompetent by a court

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for all state and federal offices.

**Mailing address:**
Secretary of State
P.O. Box 136
Jackson, MS 39205-0136

**Local county addresses:**
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at www.sos.ms.gov.

## Missouri

**Updated: 09-12-2006**

**Registration Deadline** — 28 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security numbers of voters. (Section 115.157, RSMo).
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To vote in Missouri you must:
• be a citizen of the United States
• be a resident of Missouri
• be at least 17-1/2 years of age (you must be 18 to vote)
• not be on probation or parole after conviction of a felony, until finally discharged from such probation or parole
• not be convicted of a felony or misdemeanor connected with the right of suffrage
• not be adjudged incapacitated by any court of law
• not be confined under a sentence of imprisonment

**Mailing address:**
Secretary of State
P.O. Box 1767
Jefferson City, MO 65102-1767

## Montana

**Updated: 03-15-2022**

**Registration Deadline** — Regular registration closes 30 days before the election. A prospective elector may register or change the existing elector's voter information after the close of regular registration and be eligible to vote in the election if the election administrator in the county where the elector resides receives and verifies the elector's voter registration information prior to noon the day before the election.

**6. ID Number.** You must provide your Montana (MT) Driver's License number, MT Identification (ID) card number, or the last 4 digits of your Social Security number (SSN). If you are unable to provide the preceding forms of identification, you can provide a United States passport, Montana tribal ID card, military ID card, or Montana concealed carry permit when you register; or submit a photo identification, including, but not limited to, a school district or postsecondary education photo identification with your name on it, and a current utility bill, bank statement, paycheck, government check, or other government document that shows your name and current address. *For information on voter registration ID please visit https://sosmt.gov/voter-id/voter-registration-id-options/
**7. Choice of Party.** Montana does not require party registration to participate in any election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Montana you must:
• be a citizen of the United States
• be at least 18 years old on or before the election
• be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
• not be in a penal institution for a felony conviction
• not currently be determined by a court to be of unsound mind
• meet these qualifications by the next election day if you do not currently meet them

**Mailing address:**
Mail your completed registration form to your local county election

office. The county contact information can be found on the Montana Secretary of State's website: Election-Officials-Master-Email-List (sosmt.gov). If you have difficulty finding your county election office, contact the Montana Secretary of State Elections and Voter Services Division for assistance at (888) 884-8683 or (406) 444-9608, or email soselections@mt.gov. (Note: Registrations may be sent to the Montana Secretary of State's office, however, to avoid potential delays, we recommend you return your completed voter registration application directly to your county elections office.)

Secretary of State's Office
P.O. Box 202801
Helena, MT 59620-2801

## Nebraska

**Updated: 03-08-2018**

**Registration Deadline** — The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

**6. ID Number.** You must provide your Nebraska driver's license number. If you do not have a Nebraska driver's license number then you must list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nebraska you must:

- be a citizen of the United States
- be a resident of Nebraska
- be at least 18 years of age or will be 18 years of age on or before the first Tuesday after the first Monday of November
- not have been convicted of a felony, or if convicted, it has been at least two years since you have completed your sentence for the felony, including any parole term
- not have been officially found to be mentally incompetent

**Mailing address:**

Nebraska Secretary of State
Suite 2300, State Capitol Bldg.
Lincoln, NE 68509-4608

## Nevada

**Updated: 05-01-2020**

**Registration Deadline** — The deadline for mail-in or in-person voter registration is the fourth Tuesday before any primary or general election. This is the date by which: (1) a mail-in voter registration application must be postmarked; or (2) a person must appear in person at the office of the County Clerk/ Registrar of Voters. The deadline for online voter registration at www.RegisterToVoteNV.gov is the Thursday preceding the primary or general election. Eligible voters who miss the voter registration deadlines can register to vote in person at the polling place either during early voting or on election day.

**6. ID Number.** You must supply a Nevada driver's license number or Nevada ID card number if you have been issued one by the DMV. If you do not have a valid Nevada driver's license or Nevada ID card, you must supply the last four digits of your Social Security Number. If you do not have a valid Nevada driver's license or Nevada ID card or a Social Security Number, please contact your County Clerk/ Registrar of Voters to be assigned a unique identifier.

**7. Choice of Party.** You must register with a major political party if you want to take part in that party's primary election, caucus, or convention. If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nevada you must:

- Be a citizen of the United States;
- Have attained the age of 18 years on the date of the next election;
- Have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election;
- Not be currently serving a term of imprisonment for a felony conviction;
- Not be determined by a court of law to be mentally incompetent; and
- Claim no other place as your legal residence.

**Preregistration for 17 Year Olds** — A person who is 17 years of age or older but less than 18 years of age and meets all other qualifications to vote in Nevada can preregister to vote using any of the means available for a person to register to vote. A person who is preregistered to vote automatically becomes a registered voter on his or her 18th birthday.

**Felony Convictions** — Any Nevada resident who is convicted

of a felony is immediately restored the right to vote upon the individual's release from prison. There is no waiting period or action required by the individual. The restoration of voting rights is automatic and immediate upon the individual's release from prison, regardless of the category of felony committed or whether the individual is still on either parole or probation. More information regarding the restoration of voting rights can be found on the Nevada Secretary of State's website at: www.nvsos.gov.

**Mailing address:**
Secretary of State Elections Division
101 North Carson Street, Suite 3
Carson City, NV 89701-4786

Voter registration applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your local county election official.

**Local county addresses:** To meet registration deadlines, especially during the two weeks before the mail-in voter registration deadline, you should return completed voter registration applications to your respective County Clerk/ Registrar of Voters. A complete list of County Clerks and Registrars of Voters is available on the Nevada Secretary of State's website: www.nvsos.gov.

## New Hampshire

**Updated: 03-01-2006**

**Registration Deadline** — New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election.

New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form. You need to fill in only Box 1 and Box 2 or 3.

The application should be mailed to your town or city clerk at your zip code. These addresses are listed on the Secretary of State web site at www.state.nh.us/sos/clerks.htm

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

## New Jersey

**Updated: 03-28-2008**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

**7. Choice of Party.** New Jersey's voter registration form does not provide a check-off for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also file a political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must file a declaration form 50 days before the primary election, in order to vote.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Jersey you must:
- be a citizen of the United States
- be at least 18 years of age by the time of the next election
- be a resident of this State and county at your address at least 30 days before the next election
- not be serving a sentence or on parole or probation as the result of a conviction of any indictable offense under the laws of this or another state or of the United States

**Mailing address:**
New Jersey Department of Law and Public Safety
Division of Elections
PO BOX 304
Trenton, NJ 08625-0304

## New Mexico

**Updated: 03-01-2006**

**Registration Deadline** — 28 days before the election.

# State Instructions

**6. ID Number.** Your full social security number is required. This registration card containing your social security number will become part of the permanent voter registration records of your locality, which are open to inspection by the public in the office of the county clerk. However, your social security number and date of birth will remain confidential and will not be disclosed to the public. Computerized listings of limited voter registration information (without social security number or birth date) are available to the general public, and are furnished upon request to incumbent election officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only (§1-5-19B, NMSA 1978).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Mexico you must:
- be a citizen of the United States
- be a resident of the State of New Mexico
- be 18 years of age at the time of the next election
- not have been denied the right to vote by a court of law by reason of mental incapacity and, if I have been convicted of a felony, I have completed all conditions of probation or parole, served the entirety of a sentence or have been granted a pardon by the Governor.

**Mailing address:**
  Bureau of Elections
  325 Don Gaspar, Suite 300
  Santa Fe, NM 87503

## New York

**Updated: 01-12-2023**

**Registration Deadline** — 10 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State.

**7. Choice of Party.** You must enroll with a party if you want to vote in that party's primary election or caucus.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New York you must:
- be a citizen of the United States
- be a resident of the county, or of the City of New York, at least 30 days before an election
- be 18 years old (you may pre-register at 16 or 17 but cannot vote until you are 18)
- not be in prison for a felony conviction
- not currently be judged incompetent by order of a court of competent judicial authority
- not claim the right to vote elsewhere

**Mailing address:**
  NYS Board of Elections
  40 North Pearl Street, Suite 5
  Albany, NY 12207-2729

## North Carolina

**Updated: 03-01-2006**

**Registration Deadline** — Postmarked 25 days before the election or received in the elections office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

**6. ID Number.** Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party to vote in that party's primary unless that party allows unaffiliated voters to vote in its primary. If you indicate a political party that is not a qualified party, or indicate no party, you will be listed as "Unaffiliated".

**8. Race or Ethnic Group.** You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in North Carolina you must:
- be a citizen of the United States
- be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
- be 18 years of age by the day of the next general election
- have your rights of citizenship restored if you have been convicted of a felony
- not be registered or vote in any other county or state

**Mailing address:**
  State Board of Elections
  P.O. Box 27255
  Raleigh, NC 27611-7255

## North Dakota

**Updated: 03-01-2006**

North Dakota does not have voter registration.

## Ohio

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.]
**7. Choice of Party.** You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.
• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

**Mailing address:**
Secretary of State of Ohio
Elections Division
180 E. Broad Street — 15th Floor
Columbus, OH 43215

## Oklahoma

**Updated: 03-15-2022**

**Registration Deadline** — 25 days before the election.

**6. ID Number.** You must provide either your valid Oklahoma driver's license number, state identification card number, or the last four digits of your Social Security number.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election. A current list of recognized political parties in Oklahoma is available on the Oklahoma State Election Board website. Registered voters with no party affiliation may be allowed by recognized parties to participate in primary elections at the party's discretion. You will find a list of recognized political parties and a list of parties that allow voters with no party affiliation to vote in primaries at: https://oklahoma.gov/elections/voter-registration/political-party-info.html.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register to vote in Oklahoma you must:
• You must be a citizen of the United States and a resident of the State of Oklahoma.
• You must be 18 years old on or before the date of the next election. You may pre-register if you are at least 17½ years old, but your voter registration will not be activated until you are 18 years old.
• If convicted of a felony, you must have fully served your sentence of court-mandated calendar days, including any term of incarceration, parole, or supervision, or completed a period of probation ordered by any court.
• You must not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote.
• Applications must be signed and dated by the applicant. The signature must be the original, handwritten autograph or mark of the applicant. No facsimile, reproduction, typewritten or other substitute signature, autograph or mark will be valid. It is against the law to sign an Oklahoma Voter Registration Application on behalf of another person.

**Mailing address:**
Oklahoma State Election Board
Box 528800
Oklahoma City, OK 73152-8800

You can also complete a voter registration application online, using the OK Voter Portal "wizard": https://okvoterportal.okelections.us/Home/RegWizard (Applications must be printed, signed, and mailed or hand-delivered to your county or State Election Board to complete the process.)

## Oregon

**Updated: 10-10-2021**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** To be eligible to vote in Oregon elections, you must provide a valid Oregon Driver's

# State Instructions

License, Permit or ID number. If you do not have an Oregon-issued ID, then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form.

**7. Choice of Party.** In many cases, you must register with a party if you want to take part in that party's primary election. If you are not a member of a party or this space is left blank, you will be registered as a nonaffiliated voter.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oregon you must be:

- a citizen of the United States
- a resident of Oregon
- and at least 16 years of age when registering. If you are not yet 18, you will not receive a ballot until an election occurs on or after your 18th birthday.

**Mailing address:**

Oregon Elections Division
Public Service Building,
Suite 501
255 Capital St. NE
Salem, OR 97310

Register or make changes to your registration online — www.oregonvotes.gov.

## Pennsylvania

**Updated: 05-01-2020**

**Registration Deadline** — 15 days before an election or primary.

**6. ID Number.** You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the last four digits of your Social Security Number. If you do not have either form of ID, please write "NONE" in the box.

**7. Choice of Party.** You must register with a major party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Pennsylvania you must:

- be a citizen of the United States at least one month before the next election
- be a resident of Pennsylvania and your election district at least 30 days before the election
- be at least 18 years of age on the day of the next election

**Mailing address:**

Office of the Secretary of
the Commonwealth
210 North Office Bldg.
Harrisburg, PA 17120-0029

You may also register online at register.votespa.com.

## Rhode Island

**Updated: 09-03-2019**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** The applicant shall be required to provide their Rhode Island driver's license or State ID number if the applicant has been issued a current and valid Rhode Island driver's license or State ID. In the case of an applicant who has not been issued a current and valid driver's license or State ID, they must provide the last four (4) digits of their social security number. An applicant, who has neither, will be assigned a unique identifying number by the State of Rhode Island.

**7. Choice of Party.** In Rhode Island, a person must register with a party if they wish to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if they choose, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, they can still vote in general elections and nonpartisan primary elections.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Rhode Island you must:

- be a citizen of the United States
- be a resident of Rhode Island
- be at least 16 years of age (you must be 18 years old to vote)
- not be currently incarcerated in a correctional facility due to a felony conviction
- not have been lawfully judged to be mentally incompetent by a court of law

**Mailing address:**

Rhode Island State Board of
Elections
50 Branch Ave.
Providence, RI 02904-2790

## South Carolina

**Updated: 01-05-2021**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide at least the last four digits of your social security number. You may provide your full social security number on a voluntary basis. Social security number does not

appear on any report produced by the State Election Commission nor is it released to any unauthorized individual. (South Carolina Title 7-5-170)

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in South Carolina you must:

- be a citizen of the United States
- be at least 18 years old on or before the next election
- be a resident of South Carolina, your county and precinct
- not be confined in any public prison resulting from a conviction of a crime
- never have been convicted of a felony or offense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
- not be under a court order declaring you mentally incompetent
- claim the address on the application as your only legal place of residence and claim no other place as your legal residence

**Mailing address:**

State Election Commission
P.O. Box 5987
Columbia, SC 29250-5987

## South Dakota

**Updated: 10-10-2021**

**Registration Deadline** — Received 15 days before the election.

**6. ID Number.** Any person registering to vote shall provide the person's valid South Dakota driver license number or a South Dakota nondriver identification number on the voter registration form. If a person does not have a valid South Dakota driver license or a South Dakota nondriver identification number, the person shall provide the last four digits of the person's social security number on the voter registration form. If a person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number, the person may only register at the county auditor's office and shall sign a statement verifying the fact that the person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number.

South Dakota Codified Law 12-4-5.4

**7. Choice of Party.** If you are currently registered to vote and you leave the choice of party field blank, you will remain registered with your current party affiliation. If you are not currently registered to vote and you leave the choice of party field blank, you will be entered as an independent/no party affiliation voter, which is not a political party in South Dakota.

South Dakota Codified Law 12-4-15,12-6-26

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in South Dakota you must:

- Be a United States citizen
- Reside in South Dakota
- Be at least 18 years old on or before the next election
- Not currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
- Not be judged mentally incompetent by a court of law

South Dakota Codified Law 12-4-6,12-4-8,l2-l-9,l2-l-4,12-4-18, South Dakota Constitution, Article VII, Section 2

**Mailing address:**

Elections, Secretary of State
500 E. Capitol
Pierre, SD 57501-5070

## Tennessee

**Updated: 05-01-2020**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Optional.

**9. Signature.** To register in Tennessee you must:

- be a citizen of the United States
- be a resident of Tennessee
- be at least 18 years old on or before the next election

# State Instructions

• not have been convicted of a felony, but if convicted, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. For more information about this process, call 877-850-4959 or visit https://sos.tn.gov/restoration. If your conviction has been expunged, you are not considered to have a felony conviction.
• not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

**Mailing address:**
Coordinator of Elections
Tennessee Tower, Seventh Floor
312 Rosa L. Parks Ave.
Nashville, TN 37243-1102

## Texas

**Updated: 11-15-2018**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Texas you must:
• be a citizen of the United States
• be a resident of the county in which the application for registration is made
• be at least 17 years and 10 months old (you must be 18 to vote)
• not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, supervision, period of probation or be pardoned.
• have not been declared mentally incompetent by final judgment of a court of law

**Mailing address:**
Office of the Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060

## Utah

**Updated: 09-19-2019**

**Registration Deadline** —
Registration deadlines vary:
• **Mail:** registration forms must be postmarked or otherwise marked as received by the Post Office 30 days before the election.
• **In-person:** registration forms may be dropped off at the county clerk's office 7 days before the election.
• **Online:** registrations must be submitted 7 days before the election. Requires a valid Utah driver license or valid Utah ID.
• **Same-Day:** voters may register at the polls during the early voting period or on Election Day by filling out a provisional ballot.

**6. ID Number.** Your completed voter registration form must contain one of the following: a Utah Driver License number, a Utah State Identification number, or the last four digits of your Social Security number. If you do not have a Utah Driver License or a Utah State Identification card, please write "None" in the designated space and fill in the last four digits of your Social Security number.
**7. Choice of Party.** Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not affiliate with a party, you may be restricted from voting in the primary.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Utah you must:
• be a citizen of the United States
• have resided in Utah for 30 days immediately before the next election
• be at least 18 years old on or before the next election (individuals who are 16 and 17 years of age may pre-register to vote; if a 17 year old will be 18 years of age on or before the upcoming general election, they may pre-register and vote in the primary election)
• not be a convicted felon currently incarcerated for commission of a felony
• not be convicted of treason or crime against the elective franchise, unless restored to civil rights
• not be found to be mentally incompetent by a court of law
• currently resides within the voting district or precinct in which you register to vote

**Mailing address:**
Office of the Lieutenant Governor
P.O. Box 142325
Salt Lake City, UT 84114

# State Instructions

## Vermont

**Updated: 09-19-2019**

**Registration Deadline** — Your mailed registration must be received in the clerk's office on the last day the clerk has hours before the election. Vermont has Election day voter registration at the polls as well as online voter registration. To register online visit – https://olvr.sec.state.vt.us.

**6. ID Number.** You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's office will assign you a unique identifying number.

**7. Choice of Party.** Vermont does not require party registration to participate in any election.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Vermont you must:
• be a citizen of the United States
• be a resident of Vermont
• be 18 years of age on or before election day
• have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or suffrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]

By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

**Mailing address:**
Office of the Secretary of State
Elections Division
128 State Street
Montpelier, VT 05633-1101

## Virginia

**Updated: 09-19-2019**

**Registration Deadline** — The application must be delivered or postmarked 22 days before the election.

**6. ID Number.** Your full social security number is required. Your social security number will appear on reports produced only for official use by voter registration and election officials and, for jury selection purposes, by courts. Article II, §2, Constitution of Virginia (1971).

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next May or November general election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

**Mailing address:**
Virginia State Board of Elections
1100 Bank Street, 1st floor
Richmond, VA 23219

## Washington

**Updated: 07-01-2022**

**Registration Deadline** — Online and mail registration forms must be received by an elections official no later than 8 days before the election. Register in person any time during business hours and before 8:00 p.m. on Election Day.

**6. ID Number.** You must provide your Washington driver's license or ID card number. If you do not have a Washington driver's license or ID card, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.

**7. Choice of Party.** You are not required to designate your party affiliation to register in Washington.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State, your county and precinct for 30 days immediately preceding the election in which you want to vote
• be at least 18 years old by Election Day
• If you were convicted of a felony in Washington State, another state, or in federal court, your right to vote will be restored automatically as long as you are not currently serving a sentence of total confinement in prison. You may re-register.
• 16- and 17-year-olds can sign up as Future Voters and be automatically registered to vote when they qualify

**Mailing address:**
Secretary of State
Elections Division
P.O. Box 40229
Olympia, WA 98504-0229

## West Virginia

**Updated: 09-12-2006**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless you request the ballot of a party which allows independents to vote)
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in West Virginia you must:
- be a citizen of the United States
- live in West Virginia at the above address
- be 18 years old, or to vote in the primary be 17 years old and turning 18 before the general election
- not be under conviction, probation, or parole for a felony, treason or election bribery
- not have been judged "mentally incompetent" in a court of competent jurisdiction

**Mailing address:**
Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0770

## Wisconsin

**Updated: 09-20-2022**

**Registration Deadline** — Postmarked at least 20 days before the election; or completed in the office of the town, village, or city clerk up to 5:00 p.m. on the Friday before the election; or completed at the polling place on Election Day. **Wisconsin also permits online voter registration** – Visit https://myvote.wi.gov up to 20 days before the election if the voter has a current and valid Wisconsin driver license or state-issued ID card.

**2. Home Address.** Along with your voter registration form, you must send a proof-of-residence document with your complete first and last name and residential address, such as a copy of your current and valid Wisconsin driver license or state ID card, real estate tax bill, utility bill no older than 90 days, bank statement, paycheck or paystub, or a check or document issued by a unit of government. A full list is available at http://elections.wi.gov.

**6. ID Number.** Provide your unexpired Wisconsin driver license or DOT-issued ID card number. If you do not have a current and valid DOT-issued driver license or ID card, provide the last four digits of your social security number.
**7. Choice of Party.** Not required.
**8. Race or Ethnic Group.** Not required.
**9. Signature.** To register in Wisconsin you must:
- be a citizen of the United States
- be a resident of Wisconsin and have resided at the registration address for at least 28 days.
- be at least 18 years old
- not have been convicted of treason, felony or bribery, or if you have, your civil rights have been restored after completion of your sentence or a pardon
- not have been found by a court to be incapable of understanding the objective of the electoral process
- not make or benefit from a bet or wage depending on the result of an election
- not have voted at any other location in the same election.

**Mailing address:**
Mail your completed registration form and a copy of your proof-of-residence document to your municipal clerk's office. You can find your municipal clerk here: https://myvote.wi.gov/en-US/MyMunicipalClerk

If you cannot find your municipal clerk's address, you may mail it to:
Wisconsin Elections Commission
201 West Washington Avenue, Second Floor
P.O. Box 7984
Madison, WI 53707-7984
(Note: applications may be returned to the Wisconsin Elections Commission office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your municipal clerk's office.)

# Exhibit B



KRIS MAYES
ATTORNEY GENERAL

OFFICE OF THE ARIZONA ATTORNEY GENERAL
SOLICITOR GENERAL'S OFFICE

HAYLEIGH S. CRAWFORD
DEPUTY SOLICITOR GENERAL
DIRECT PHONE NO. (602) 542-8255
HAYLEIGH.CRAWFORD@AZAG.GOV

April 17, 2023

***VIA EMAIL***
To Counsel for All Parties

Re: *Mi Familia Vota, et al. v. Fontes, et al.*, No. CV-22-00509-PHX-SRB & consolidated cases

All:

These consolidated lawsuits name, among others, the State of Arizona and its Attorney General as defendants. As you are aware, during the pendency of this matter, Arizonans elected Kris K. Mayes as Attorney General. Because many of you have inquired regarding Attorney General Mayes's positions with respect to the claims and defenses asserted in this litigation, we write to offer some clarity.

In short, the State and Attorney General Mayes intend to continue defending the lawfully enacted provisions of H.B. 2492 and H.B. 2243, recognizing that the State has an interest in enforcing laws duly enacted by the people's representatives.

Several points require clarification, however.

First, the Attorney General does not take allegations concerning discriminatory intent and impact on Arizona voters lightly. Although she intends to defend H.B. 2492 and H.B. 2243 against claims of facial unconstitutionality, Attorney General Mayes recognizes that other challenges to these laws require a careful examination of the facts. As discovery continues in this matter, Attorney General Mayes will continue to objectively evaluate the merits of such claims in light of the evidence produced.

Second, after reviewing Judge Bolton's order dated February 16 and related authorities, Attorney General Mayes does not intend to continue asserting as a defense to Plaintiffs' claims that Congress lacks the power to regulate presidential elections. That defense is foreclosed by binding authority. *See Burroughs v. United States*, 290 U.S. 534, 545 (1934); *Voting Rights Coal. v. Wilson*, 60 F.3d 1411, 1414 (9th Cir. 1995).

**2005 North Central Avenue • Phoenix, Arizona • 85004 • Phone (602) 542-3333 • Fax (602) 542-8308 • www.azag.gov**

Accordingly, the State acknowledges that to the extent H.B. 2492 conditions acceptance of the federal mail voter registration form for presidential election registration on documentary proof of citizenship, it is preempted by the federal requirement that States "accept and use" the federal form. 52 U.S.C. § 20505(a)(1); *Arizona v. Inter Tribal Council of Ariz., Inc.*, 570 U.S. 1, 15-18 (2013).[1] The State further acknowledges that this "accept and use" requirement under federal law likewise preempts H.B. 2492 to the extent it conditions acceptance of the federal mail voter registration form for federal election registration on documentary proof of residence. *See id.*

Third, after reviewing Judge Bolton's order dated February 16 and related authorities, the Attorney General agrees that if H.B. 2492's documentary proof of residence provisions are construed in a way that prevents Arizonans who lack a physical street address (or who lack certain other documentation) from voting, the law would raise serious constitutional concerns. But H.B. 2492 need not be construed so strictly. The law requires "proof of location of residence," which can be satisfied by providing "[a]ny of the identifying documents prescribed in section 16-579 subsection A, paragraph 1." *Id.* § 5. The law does not state that these are the only acceptable documents. Moreover, although the identifying documents in A.R.S. § 16-579(a)(1) must include an "address," the term "address" may not necessarily require a physical street address. In addition, § 16-579(a)(1) must be read in conjunction with A.R.S. § 16-121(B), which provides that "[a] person who is otherwise qualified to register to vote shall not be refused registration or declared not qualified to vote because the person does not live in a permanent, private or fixed structure." Thus, H.B. 2492's documentary proof of residence requirement can and should be construed and applied in a lawful and constitutional manner and the State will continue to defend it on this basis.

The Attorney General otherwise generally intends to continue defending H.B. 2492 and H.B. 2243, recognizing that this is a complex and fast-moving case. If any party would like to discuss specific claims, please feel free to contact our office.

Sincerely,

Hayleigh S. Crawford

Hayleigh S. Crawford
Deputy Solicitor General

[1] The Attorney General also has serious concerns about the legality of conditioning access to early ballots for federal elections on the provision of documentary proof of citizenship. *See* A.R.S. § 16-127(A)(2). The Office is continuing to evaluate the defensibility of this provision of H.B. 2492.