**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT ORDER** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Having considered the Unopposed Motion to Amend the Case Management Order (Doc. 423), and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and the following is adopted:

1. The deadline for fact-witness depositions is extended to **August 4, 2023**.

2. Rather than imposing the default ten-deposition limit to the consolidated Plaintiffs in this case, the Court orders that Plaintiffs make take the following depositions:

   a. Plaintiffs may take up to 50 total hours of deposition time across all fifteen County Recorder Defendants, with no individual deposition to exceed the seven-hour limit in Federal Rule of Civil Procedure 30(d)(1).

      b.    In addition to the County Recorder depositions, Plaintiffs may take the following ten non-County Recorder fact depositions: the Rule 30(b)(6) depositions of the Secretary of State, Attorney General, and the Arizona Department of Transportation; third-party depositions of the Arizona Free Enterprise Club, the National Association for Public Health Statistics and Information Systems, the U.S. Citizenship and Immigration Services, the Social Security Administration ("SSA"), and the SSA Office of the Inspector General; and single-day depositions of the two Legislative Intervenor-Defendants.

      c.    If Plaintiffs determine that they need to take any additional fact-witness depositions beyond those identified in this Order, they must first meet and confer over such depositions. If they can come to an agreement, the Court will allow the additional deposition(s). If they cannot, they must promptly notify the Court and seek leave to take any additional fact depositions.

      d.    The parties may take depositions of each expert ultimately designated in accordance with this Court's order regarding the timing of expert designations in this case.

IT IS FURTHER ORDERED that the Court's Case Management Order (Doc. 338) remains the same in all other respects.

Dated this 11th day of July, 2023.

_____
Susan R. Bolton
United States District Judge