**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION SEEKING LEAVE TO FILE EXHIBITS IN SUPPORT OF MFV PLAINTIFFS' SUMMARY JUDGMENT REPLY** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Having considered the Motion Seeking Leave to File Exhibits in Support of MFV Plaintiffs' Summary Judgment Reply (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED that, should the State oppose the Motion, it shall file a response to that effect no later than 5:00 pm on July 17, 2023.

IT IS FURTHER ORDERED that, in the event the State files no response to the Motion, the Motion is GRANTED.