# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED CASES. | Case No. 2:22-cv-00509-SRB (Lead) <br><br> **ORDER ON AGREED MOTION TO AMEND THE CASE MANAGEMENT ORDER REGARDING CERTAIN DISCOVERY DEADLINES (SECOND REQUEST)** <br><br> No. CV-22-00519-PHX-SRB <br> No. CV-22-01003-PHX-SRB <br> No. CV-22-01124-PHX-SRB <br> No. CV-22-01369-PHX-SRB <br> No. CV-22-01381-PHX-SRB <br> No. CV-22-01602-PHX-SRB <br> No. CV-22-01901-PHX-SRB |

Having considered the Unopposed Motion to Amend the Case Management Order (Doc. 471), and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and the following is adopted:

1. The deadline for completing any outstanding written discovery and document production, including providing all privilege logs, shall be **August 14, 2023**; the parties shall raise with the Court any discovery issues related to document production no later than **August 22, 2023**.

2. The deadline for completing the fact depositions that the parties previously agreed to the Plaintiffs taking shall be **September 1, 2023**.

3. The deadline for providing full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure is no later than **September 14, 2023**; the parties shall also provide the areas of anticipated expert testimony by **August 1, 2023**.

4. Rebuttal expert disclosures, if any, shall be made no later than **October 13, 2023**.

5. Expert depositions shall be completed no later than **October 27, 2023**.

IT IS FURTHER ORDERED that the Court's Case Management Order (Doc. 338) remains the same in all other respects.

Dated this 19th day of July, 2023.

_____
Susan R. Bolton
United States District Judge