# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | |

This matter having been set for Bench Trial on November 6, 2023,

IT IS ORDERED setting Pretrial Conference on **October 24, 2023, at 10:00 a.m.** in Courtroom 502.

IT IS FURTHER ORDERED that the Joint Proposed Pretrial Order shall be lodged no later than **October 16, 2023.**

IT IS FURTHER ORDERED that Trial Memoranda (not to exceed 15 pages) shall be filed no later than **October 16, 2023.**

Dated this 27th day of July, 2023.

Susan R. Bolton
United States District Judge