# Exhibit 3

Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)
Ashley E. Fitzgibbons (Bar No. 036295)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone:	(602) 530-8000
Facsimile:	(602) 530-8500
kevin.omalley@gknet.com
hannah.porter@gknet.com
ashley.fitzgibbons@gknet.com
*Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>                 Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.,<br><br>                 Defendant.<br><br>AND CONSOLIDATED CASES | No. 2:22-cv-00509-SRB (Lead)<br><br>**INTERVENOR-DEFENDANTS' INITIAL DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 26(a)(1), Intervenor-Defendants Ben Toma, Speaker of the Arizona House of Representatives, and Warren Petersen, President of the Arizona Senate (the "Intervenor-Defendants") submit this disclosure statement.

This disclosure is based upon information available to the Intervenor-Defendants after reasonable inquiry under the circumstances.  The information and documents disclosed herein include what is known to Intervenor-Defendants at this stage of the litigation.  They are submitting this disclosure statement without the benefit of complete discovery. Discovery may produce additional information that the Intervenor-Defendants

will make available through supplemental disclosures to the extent required by the Federal Rules of Civil Procedure. In the interest of justice and fairness, should any part of this disclosure statement be used during any deposition or shown to the jury/judge at trial, this statement should also be read into the record during the depositions and/or read to the jury to establish that the information and documents identified herein were disclosed at an early stage of the litigation.

This disclosure statement is not intended to be and shall not be construed as a waiver, express or implied, of any applicable privileges, including, without limitation, attorney-client or work product; or of any applicable objections to the admissibility at trial of any of the documents or other tangible items listed or referred to hereafter.

**I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

Intervenor-Defendants believe that the following individuals may have discoverable information that they may use to support its defenses in this case. By identifying the following individuals, Intervenor-Defendants do not waive any objections to testimony from any particular individual on any grounds.

1. Representatives of the Arizona Attorney General's Office, c/o counsel of record.

Representatives of the Arizona Attorney General's Office may have information concerning the enforcement of Arizona laws regarding voting and voter registration.

2. Adrian Fontes, Arizona Secretary of State, c/o counsel of record

The Arizona Secretary of State may have information concerning voter registration and election procedures and regulations.

3. Arizona County Recorders, c/o counsel of record

Representatives of the County Recorders may have information regarding the conduct and regulation of elections, persons registered to vote in Arizona, and the implementation of H.B. 2492 and H.B. 2243.

4. Non-U.S. Plaintiffs, c/o counsel of record

Each of the non-U.S. Plaintiffs may have information regarding their alleged injuries, and the allegations made in their complaints.

5. Persons identified in initial disclosures, supplemental disclosures, and discovery responses served by any party in this case.

## II. DOCUMENTS THAT INTERVENOR-DEFENDANTS MAY USE TO SUPPORT ITS DEFENSES.

Intervenor-Defendants may use the following documents to support its defenses in this case. By identifying the following documents, Intervenor-Defendants do not waive any objections to the production or admission of any particular document on any grounds.

1. Documents relating to the legislative history of the bills at issue which are publicly available from the Arizona Legislature website, www.azleg.gov.

2. All transcripts of proceedings taken in connection with this matter, to the extent admissible under the Federal Rules of Evidence.

3. All relevant testimony taken in connection with this matter, to the extent admissible under the Federal Rules of Evidence.

4. All pleadings and papers filed in this action, including exhibits, to the extent admissible under the Federal Rules of Evidence.

5. All documents produced or received informally, by subpoena duces tecum, and/or produced in response to discovery requests in connection with this matter, to the extent admissible under the Federal Rules of Evidence.

6. All written discovery responses submitted by any and all parties in this action, to the extent admissible under the Federal Rules of Evidence.

7. All documents relied upon by any expert witness in this matter, to the extent admissible under the Federal Rules of Evidence.

8. All expert files, curricula vitae, reports, etc. to the extent admissible under the Federal Rules of Evidence.

9. All documents and additional evidence revealed by future investigation, disclosure, or discovery, to the extent admissible under the Federal Rules of Evidence.

10. All documents/exhibits listed by any party in this matter, to the extent admissible under the Federal Rules of Evidence.

11. All depositions and exhibits attached thereto taken in this matter, to the extent admissible under the Federal Rules of Evidence.

**III.  DAMAGES CLAIMED BY THE DISCLOSING PARTY.**

Not applicable, Intervenor-Defendants do not seek an award of damages.

**IV.  INSURANCE AGREEMENTS.**

None applicable.

DATED this 27th day of June, 2023.

                                      GALLAGHER & KENNEDY, P.A.

                                      By: */s/ Hannah H. Porter*
                                          Kevin E. O'Malley
                                          Hannah H. Porter
                                          Ashley E. Fitzgibbons
                                          2575 East Camelback Road
                                          Phoenix, Arizona 85016-9225
                                          *Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2023, I transmitted via electronic mail a copy of the foregoing to all parties, c/o their respective counsel.

By: */s/ Hannah H. Porter*
*Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*