RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    ANNA G. CRITZ (Bar No. 034530
        JOSEPH E. LA RUE (Bar No. 031348)
        JACK L. O'CONNOR III (Bar No. 030660)
        Deputy County Attorneys
        MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
laruej@mcao.maricopa.gov
critza@mcao.maricopa.gov
oconnorj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Recorder Stephen Richer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>        Defendants.<br>_____<br><br>AND CONSOLIDATED CASES | No. 22-CV-00509-SRB<br><br>**NOTICE OF SERVICE OF: DEFENDANT MARICOPA COUNTY RECORDER STEPHEN RICHER'S *FIFTH* SUPPLEMENTAL RESPONSE TO ARIZONA ASIAN AMERICAN NATIVE HAWAIIAN AND PACIFIC ISLANDER FOR EQUITY COALITION'S FIRST REQUEST FOR PRODUCTION AND *THIRD* SUPPLEMENTAL RESPONSE TO CONSOLIDATED PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**<br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Notice is hereby given that undersigned counsel for Defendant, Maricopa County Recorder Stephen Richer, has served upon Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition its **Fifth** Supplemental Response to First Request for Production and served upon Consolidated Plaintiffs its **Third** Supplemental Response to First Request for Production.

RESPECTFULLY SUBMITTED this 9th day of August, 2023.

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> BY: */s/Anna G. Critz*
> ANNA G. CRITZ
> JOSEPH E. LA RUE
> JACK L. O'CONNOR III
> Deputy County Attorneys
> *Attorneys for Maricopa County Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

Honorable Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2162

*/s/ S.R.*
S:\CIVIL\CIV\Matters\GN\2022\Mi Familia Vota II v. Hobbs 2022-1062 (22-0509 SRB)\Discovery\Def to Pla\NOS 8.9.23.docx