UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>        Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.,<br><br>        Defendant.<br><br>AND CONSOLIDATED CASES | No. 2:22-cv-00509-SRB (Lead)<br><br>**[PROPOSED] ORDER RE SPEAKER OF THE HOUSE BEN TOMA AND SENATE PRESIDENT WARREN PETERSEN'S MOTION FOR LEAVE TO FILE RESPONSE TO DNC'S MOTION TO COMPEL** |

    Pending before the Court is Proposed Intervenor-Defendants Speaker of the House Ben Toma and Senate President Warren Petersen's Motion for Leave to File Response to DNC's Motion to Compel (the "Motion") [Doc. __], and for good cause appearing,

    **IT IS HEREBY ORDERED** granting the Motion.

    **IT IS FURTHER ORDERED** that Intervenor-Defendants Speaker of the House Ben Toma and Senate President Warren Petersen shall file a single response to the DNC's Motion to Compel (Doc. 500), not to exceed 5 pages, on the issue of whether the legislative privilege is overcome in this case by no later than August 16, 2023.