# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| **AND CONSOLIDATED CASES** | |

   The Court has reviewed Intervenor-Defendants Speaker Toma and President Petersen's Motion for Leave to File Response to DNC's Motion to Compel, Consolidated Non-U.S. Plaintiffs' Response, and the Reply. The Court ordered simultaneous briefing not to exceed ten pages on the legislative privilege issue to expedite consideration of this discovery dispute. The pending motion, if granted, would require allowing the requested five-page response and an opportunity for another five pages in reply defeating the very purpose of the Court's Order for simultaneous briefing.

. . .

. . .

. . .

. . .

. . .

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS ORDERED** denying Intervenor-Defendants Speaker Toma and President Petersen's Motion for Leave to File Response to DNC's Motion to Compel. (Doc. 506)

Dated this 15th day of August, 2023.

_____
Susan R. Bolton
United States District Judge