MICHAEL B. WHITING
APACHE COUNTY ATTORNEY
Celeste Robertson
Chief Deputy County Attorney
Bar ID #: 035588
Apache County Attorney's Office
P.O. Box 637
St. Johns, AZ 85936
Telephone: (928) 337-7560
crobertson@apachecountyaz.gov
*Attorney for Apache County Recorder Larry Noble*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona; et. al | Case No.: **2:22-cv-00509-PHX-SRB** <br><br> **NOTICE OF SERVICE OF APACHE COUNTY RECORDER'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

Notice is hereby given that Defendant Apache County Recorder, Larry Noble, has served upon Plaintiffs, his Answers to Consolidated Plaintiffs' First Set of Interrogatories and Responses to First Set of Requests for Production.

//

//

//

//

1

RESPECTFULLY SUBMITTED this 22nd day of August, 2023.

                                      MICHAEL B. WHITING
                                      APACHE COUNTY ATTORNEY

                                      /s/Celeste Robertson
                                      Celeste Robertson
                                      Chief Deputy County Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of August 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record and forwarded a copy to all parties by email.

By: /s/Celeste Robertson