| | |
|---|---|
| Marc E. Elias* | Roy Herrera (Bar No. 032901) |
| Elisabeth C. Frost* | Daniel A. Arellano (Bar No. 032304) |
| Christopher D. Dodge* | Jillian L. Andrews (Bar No. 034611) |
| Mollie DiBrell* | **HERRERA ARELLANO LLP** |
| Alexander F. Atkins* | 530 East McDowell Road |
| Daniela Lorenzo* | Suite 107-150 |
| **ELIAS LAW GROUP LLP** | Phoenix, Arizona 85004-1500 |
| 250 Massachusetts Ave NW | Phone: (602) 567-4820 |
| Suite 400 | roy@ha-firm.com |
| Washington, DC 20001 | daniel@ha-firm.com |
| Phone: (202) 968-4513 | jillian@ha-firm.com |
| Facsimile: (202) 968-4498 | |
| melias@elias.law | *Attorneys for Plaintiffs Mi Familia Vota and Voto Latino* |
| efrost@elias.law | *\*Admitted Pro Hac Vice* |
| cdodge@elias.law | |
| mdibrell@elias.law | |
| aatkins@elias.law | |
| dlorenzo@elias.law | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-SRB (lead) |
| Plaintiffs, | |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MFV PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| Adrian Fontes, et al., | |
| Defendants. | |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Plaintiffs Mi Familia Vota and Voto Latino (the "MFV Plaintiffs") submit *In re Georgia Senate Bill 202*, No. 1:21-mi-55555-JPB, 2023 WL 5334582 (N.D. Ga. Aug. 18, 2023) (attached) as supplemental authority for their partial summary judgment motion on their claims brought under the Materiality Provision. *See* ECF Nos. 399, 478.

In the attached decision, the district court preliminarily enjoined a law requiring voters to print their date of birth on the outer envelope of their returned absentee ballot for the ballot to be counted, finding that the plaintiffs were substantially likely to succeed on their claim that this violates the Materiality Provision. As the court explained, even if the voter writes their birthdate on the envelope as required, it is not used to determine whether they are qualified to vote—including to ensure that they are at least 18 years old—because the voter's age is already verified when they apply for the absentee ballot. *In re Georgia Senate Bill 202*, 2023 WL 5334582 at *8. The court underscored that, at most, the birthdate on the ballot envelope was "only used to verify the voter's identity," but not their voter qualifications. *Id*. Accordingly, the court concluded that the requirement was not "material" as that term is understood in this context. *Id*.

The same is true here: the undisputed evidence is that neither a voter's provision of their place of birth, their completion of a duplicative citizenship checkbox, nor their provision of documentary proof of citizenship with their Federal Form application are material to determining their voter qualifications under Arizona law. Rather, as Plaintiffs explained (and supported by undisputed evidence), Arizona already determines whether a voter is qualified to vote—including whether they are a U.S. citizen—using other means. *See* ECF No. 399 at 2-9; ECF No. 478 at 3-8. And while Defendants claim that birthplace information may help a County Recorder identify an applicant when speaking with them about their application, that does not make the information material for the same reasons the district court found in *In Re Georgia Senate Bill 202*.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 22, 2023 | Respectfully submitted, |
| 3 | | */s/ Jillian L. Andrews* |
| 4 | | Roy Herrera (Bar No. 032901) |
| 5 | | Daniel A. Arellano (Bar. No. 032304) |
| | | Jillian L. Andrews (Bar No. 034611) |
| 6 | | **HERRERA ARELLANO LLP** |
| 7 | | 530 East McDowell Road |
| | | Suite 107-150 |
| 8 | | Phoenix, Arizona 85004-1500 |
| | | Phone: (602) 567-4820 |
| 9 | | roy@ha-firm.com |
| 10 | | daniel@ha-firm.com |
| | | jillian@ha-firm.com |
| 11 | | |
| 12 | | Marc E. Elias* |
| | | Elisabeth C. Frost* |
| 13 | | Christopher D. Dodge* |
| | | Mollie DiBrell* |
| 14 | | Alexander F. Atkins* |
| 15 | | Daniela Lorenzo* |
| | | **ELIAS LAW GROUP LLP** |
| 16 | | 250 Massachusetts Ave NW |
| | | Suite 400 |
| 17 | | Washington, DC 20001 |
| 18 | | Phone: (202) 968-4513 |
| | | Facsimile: (202) 968-4498 |
| 19 | | melias@elias.law |
| | | efrost@elias.law |
| 20 | | cdodge@elias.law |
| 21 | | mdibrell@elias.law |
| | | aatkins@elias.law |
| 22 | | dlorenzo@elias.law |
| 23 | | *Attorneys for Plaintiffs Mi Familia Vota and Voto Latino* |
| 24 | | *\* Admitted Pro Hac Vice* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -

MFV PLAINTIFFS' REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

On this day, August 22, 2023, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon all counsel of record.

*/s/ Jillian L. Andrews*

MFV PLAINTIFFS' REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT