1 | **KRIS MAYES**
**ATTORNEY GENERAL**
2 | (Firm State Bar No. 14000)

3 | Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
4 | Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
5 | Timothy E.D. Horley (No. 038021)
Office of the Arizona Attorney General
6 | 2005 N. Central Avenue
Phoenix, AZ 85004-1592
7 | (602) 542-3333
Joshua.Bendor@azag.gov
8 | Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
9 | Kathryn.Boughton@azag.gov
Timothy.Horley@azag.gov
10 | ACL@azag.gov

11 | *Attorneys for Defendants*
*Attorney General Kris Mayes,*
12 | *ADOT Director Jennifer Toth,*
*and State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-SRB (Lead) |
| Plaintiffs, | **STIPULATION REGARDING ACCESS TO ADOT INFORMATION FOR EXPERT REVIEW** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | (Before the Hon. Susan R. Bolton) |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB
No. CV-22-01003-PHX-SRB
No. CV-22-01124-PHX-SRB
No. CV-22-01369-PHX-SRB
No. CV-22-01381-PHX-SRB
No. CV-22-01602-PHX-SRB
No. CV-22-01901-PHX-SRB |

The Director of the Arizona Department of Transportation ("ADOT Director") is a party in this case as explained in a previous stipulation. (Doc. 381.) Consolidated Plaintiffs have requested certain individualized data from ADOT's Motor Vehicle Division ("MVD") for expert review. Because this data pertains to millions of Arizonans and raises potential privacy concerns, Consolidated Plaintiffs and the ADOT Director stipulate as follows:

Subject to restrictions described below, the ADOT Director agrees to provide Consolidated Plaintiffs' expert or experts the following data for each active MVD record:

- MVD customer number
- AZ credential number
- Value in the NonCitizen field in the monthly extract provided to the Secretary of State (Y or blank)
- Credential issuance date
- Credential expiration date

Consolidated Plaintiffs agree that such data will be treated as "Confidential – For Counsel Only" under the Supplemental Protective Order (Doc. 457) and their expert or experts will abide by the conditions of this designation. Consolidated Plaintiffs acknowledge that the Driver Privacy Protection Act independently protects personal data, which means unlawful disclosure may not only violate the Supplemental Protective Order but also may result in civil and criminal liability. *See* A.R.S. § 28-457.

Consolidated Plaintiffs further agree as follows:

- Such data may not be transmitted except via secure file transfer.
- Such data may not be copied except as may be necessary for expert use in this litigation.
- Such data may be viewed only by counsel of record and by retained experts for whom the data is relevant to their expert analysis.
- Such data may not be viewed by more than 16 of Consolidated Plaintiffs' attorneys (though substitutions are permissible if an attorney exits the case or is absent or on leave for more than two weeks).

For clarification, these restrictions apply to the individualized data being provided, not to an overall analysis performed by an expert based on the data.

This stipulation was negotiated between counsel for the ADOT Director and counsel for Consolidated Plaintiffs. The ADOT Director would be willing to provide a defense expert or experts the same data under the same restrictions.

DATED this 29th day of August, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: */s/ Joshua M. Whitaker*
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)

*Attorneys for Defendants*
*Attorney General Kris Mayes,*
*ADOT Director Jennifer Toth,*
*and State of Arizona*

**PLAINTIFFS' COUNSEL**

By: */s/ Alexander F. Atkins (w/permission)*

Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar. No. 032304)
Jillian L. Andrews (Bar No. 034611)
**HERRERA ARELLANO LLP**
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

*Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*
*\* Admitted Pro Hac Vice*


/s/ *Bruce Samuels (w/permission)*
**PAPETTI SAMUELS
WEISS MCKIRGAN LLP**
Bruce Samuels (AZ Bar No. 015996)
Jennifer Lee-Cota (AZ Bar No. 033190)
bsamuels@pswmlaw.com
jleecota@pswmlaw.com
16430 North Scottsdale Road, Suite 290
Scottsdale, AZ 85254
+1 480 800 3530

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Seth P. Waxman*
Daniel S. Volchok*
Christopher E. Babbitt*
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
2100 Pennsylvania Avenue N.W.

Washington, D.C. 20037
+1 202 663 6000 (telephone)
+1 202 663 6363 (facsimile)

*Attorneys for the Democratic National Committee and Arizona Democratic Party*
*\* Admitted Pro Hac Vice*

**OSBORN MALEDON, P.A.**

By: */s/ Joshua Messer (w/permission)*
   David B. Rosenbaum
   AZ No. 009819
   Joshua J. Messer
   AZ No. 035101
   2929 North Central Avenue, 20th Floor
   Phoenix, Arizona 85012-2838
   (602) 640-9000
   drosenbaum@omlaw.com
   jmesser@omlaw.com

**GILA RIVER INDIAN COMMUNITY**
   Thomas L. Murphy
   AZ No. 022953
   Javier G. Ramos
   AZ No. 017442
   Post Office Box 97
   Sacaton, Arizona 85147
   (520) 562-9760
   thomas.murphy@gric.nsn.us
   javier.ramos@gric.nsn.us
   *Representing Gila River Indian Community Only*

**NATIVE AMERICAN RIGHTS FUND**
   Allison A. Neswood\*
   CO No. 49846
   neswood@narf.org
   Michael S. Carter
   AZ No. 028704, OK No. 31961
   carter@narf.org
   Matthew Campbell\*
   NM No. 138207, CO No. 40808

mcampbell@narf.org
Jacqueline D. DeLeon*
CA No. 288192
jdeleon@narf.org
**NATIVE AMERICAN RIGHTS FUND**
250 Arapahoe Ave.
Boulder, CO 80302
(303) 447-8760 (main)

Samantha B. Kelty
AZ No. 024110, TX No. 24085074
kelty@narf.org
**NATIVE AMERICAN RIGHTS FUND**
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166 (direct)

Ezra Rosenberg*
DC No. 360927, NJ No. 012671974
Jim Tucker**
AZ No. 019341
Ryan Snow
DC No. 1619340
**Lawyers' Committee for Civil Rights Under Law**
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
erosenberg@lawyerscommittee.org
jtucker@lawyerscommittee.org
rsnow@lawyerscommittee.org

**TOHONO O'ODHAM NATION**
Howard M. Shanker (AZ Bar 015547)
Attorney General, Tohono O'odham Nation
Marissa L. Sites (AZ Bar 027390)
Assistant Attorney General, Tohono O'odham Nation
P.O. Box 830
Sells, Arizona 85634
(520) 383-3410

Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov
*Representing Tohono O'odham Nation Only*

*\*Pro Hac Vice Forthcoming*
*\*\*Admitted in Arizona and Nevada only. Practice limited to matters before federal courts.*

**GARY M. RESTAINO**
**United States Attorney**
**District of Arizona**

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*/s/ Jennifer J. Yun (w/permission)*
  T. CHRISTIAN HERREN, JR.
  RICHARD A. DELLHEIM
  EMILY R. BRAILEY
  JENNIFER J. YUN
  Chris.Herren@usdoj.gov
  Richard.Dellheim@usdoj.gov
  Emily.Brailey@usdoj.gov
  Jennifer.Yun@usdoj.gov
  Attorneys, Voting Rights Section
  Civil Rights Division
  U.S. Department of Justice
  4CON – Room 8.1815
  950 Pennsylvania Avenue, NW
  Washington, DC 20530

  *Attorneys for Plaintiff United States of America*

*/s/ Ernest I. Herrera (w/permission)*
  Ernest Herrera*
  Erika Cervantes*

| | |
|---|---|
| 1 | **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** |
| 2 | 634 S. Spring St., 11th Floor |
| 3 | Los Angeles, CA 90014 |
| 4 | Telephone: (213) 629-2512 |
| 5 | Email: eherrera@maldef.org |
| | Email: ecervantes@maldef.org |
| 6 | |
| 7 | *Admitted Pro Hac Vice* |
| 8 | Daniel R. Ortega Jr |
| 9 | Ariz. Bar No. 005015 |
| | **Ortega Law Firm** |
| 10 | 361 East Coronado Road, Suite 101 |
| 11 | Phoenix, AZ 85004-1525 |
| | Telephone: (602) 386-4455 |
| 12 | Email: danny@ortegalaw.com |
| 13 | *Attorneys for Plaintiffs* |
| 14 | *Promise Arizona and Southwest Voter Registration Education Project* |
| 15 | |
| 16 | */s/ Danielle Lang (w/permission)* |
| 17 | **CAMPAIGN LEGAL CENTER** |
| | Danielle Lang* |
| 18 | Jonathan Diaz* |
| 19 | Molly Danahy* |
| | Hayden Johnson* |
| 20 | 1101 14th St. NW, Suite 400 |
| 21 | Washington, D.C. 20005 |
| | (202) 736-2200 |
| 22 | dlang@campaignlegalcenter.org |
| 23 | jdiaz@campaignlegalcenter.org |
| | mdanahy@campaignlegalcenter.org |
| 24 | hjohnson@campaignlegalcenter.org |
| 25 | **MAYER BROWN LLP** |
| 26 | Lee H. Rubin* (CA# 141331) |
| | Two Palo Alto Square, Suite 300 |
| 27 | 3000 El Camino Real |
| 28 | Palo Alto, CA 94306-2112 |
| | (650) 331-2000 |

- 7 -

lrubin@mayerbrown.com

Gary A. Isaac* (IL# 6192407)
Daniel T. Fenske* (IL# 6296360)
William J. McElhaney, III*
(IL# 6336357)
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com
gisaac@mayerbrown.com
jglickstein@mayerbrown.com

Rachel J. Lamorte* (NY# 5380019)
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

**BARTON MENDEZ SOTO**
James Barton (AZ Bar No. 023888)
401 W. Baseline Road
Suite 205
Tempe, AZ 85283
480-418-0668
james@bartonmendezsoto.com

**DEPARTMENT OF JUSTICE**
**SAN CARLOS APACHE TRIBE**
Alexander B. Ritchie
(AZ Bar No. 019579)
Attorney General
Chase A. Velasquez*
NM Bar No. 019148
Assistant Attorney General
Post Office Box 40
16 San Carlos Ave.
San Carlos, AZ 85550
Alex.Ritchie@scat-nsn.gov
Chase.Velasquez@scat-nsn.gov

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler* (MA# 683307)
John Bonifaz* (MA# 562478)

Ben Clements* (MA# 555082)
Ronald Fein* (MA# 657930)
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

/s/ Niyati Shah (w/permission)

**LATHAM & WATKINS LLP**
Sadik Huseny (*pro hac vice*)
Amit Makker (*pro hac vice*)
Evan Omi *(pro hac vice forthcoming*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
Niyati Shah (*pro hac vice*)
Terry Ao Minnis (*pro hac vice*)
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

**SPENCER FANE**
Andrew M. Federhar (No. 006567)
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430

Facsimile: (602) 333-5431

*Attorneys for AZ AANHPI for Equity Coalition Plaintiffs*

/s/ *Michelle E. Kanter Cohen*
*(w/permission)*
    Jon Sherman
    Michelle Kanter Cohen
    Beauregard Patterson
    **Fair Elections Center**
    1825 K St. NW, Ste 701
    Washington, D.C. 20006
    jsherman@fairelectionscenter.org
    mkantercohen@fairelectionscenter.org
    bpatterson@fairelectionscenter.org
    (202) 331-0114

    John A. Freedman
    Jeremy Karpatkin
    Erica McCabe
    **Arnold & Porter Kaye Scholer LLP**
    601 Massachusetts Ave., N.W.
    Washington, D.C.  20001
    Jeremy.Karpatkin@arnoldporter.com
    John.Freedman@arnoldporter.com
    Erica.McCabe@arnoldporter.com
    (202) 942-5000

    Leah R. Novak
    **Arnold & Porter Kaye Scholer LLP**
    250 West 55th Street
    New York, NY  10019
    Leah.Novak@arnoldporter.com
    (212) 836-8000

    Daniel J. Adelman
    **Arizona Center for Law in the Public Interest**
    352 E. Camelback R., Suite 200
    Phoenix, AZ  85012
    danny@aclpi.org
    (602) 258-8850

*Counsel for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*