Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
melias@elias.law
efrost@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

Roy Herrera (032901)
Daniel A. Arellano (032304)
Jillian L. Andrews (034611)
**HERRERA ARELLANO LLP**
1001 North Central Avenue
Suite 404
Phoenix, Arizona 85004
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

*Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*

*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>Adrian Fontes, et al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED CASES | Case No. 2:22-cv-00509-SRB (Consolidated)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Pursuant to LRCiv 83.3(d), Herrera Arellano LLP, counsel for Plaintiffs Mi Familia Vota and Voto Latino, hereby gives notice that effective immediately their new mailing address is:

Herrera Arellano LLP
1001 North Central Avenue
Suite 404
Phoenix, Arizona 85004

All other contact information remains the same.

Dated: August 30, 2023                    Respectfully submitted,

                                          /s Daniel A. Arellano
                                          Roy Herrera (Bar No. 032901)
                                          Daniel A. Arellano (Bar. No. 032304)
                                          Jillian L. Andrews (Bar No. 034611)
                                          **HERRERA ARELLANO LLP**
                                          1001 North Central Avenue, Suite 404
                                          Phoenix, Arizona 85004

                                          Marc E. Elias*
                                          Elisabeth C. Frost*
                                          Christopher D. Dodge*
                                          Mollie DiBrell*
                                          Alexander F. Atkins*
                                          Daniela Lorenzo*
                                          **ELIAS LAW GROUP LLP**
                                          250 Massachusetts Ave NW, Suite 400
                                          Washington, DC 20001

                                          *Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*

                                          * Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s/ Daniel A. Arellano*