**KRIS MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Timothy.Horley@azag.gov
ACL@azag.gov

*Attorneys for Defendants*
*Attorney General Kris Mayes,*
*ADOT Director Jennifer Toth,*
*and State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Adrian Fontes, et al.,<br><br>　　　　　　Defendants.<br><br>AND CONSOLIDATED CASES. | No. CV-22-00509-PHX-SRB (Lead)<br><br>**STIPULATION REGARDING ACCESS TO ADOT INFORMATION FOR REBUTTAL EXPERT REVIEW**<br><br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

The Director of the Arizona Department of Transportation ("ADOT Director") is a party in this case as explained in a previous stipulation. (Doc. 381.) Consolidated Plaintiffs previously requested certain individualized data from ADOT's Motor Vehicle Division ("MVD") for expert review. Because this data pertains to millions of Arizonans and raises potential privacy concerns, Consolidated Plaintiffs and the ADOT Director entered into a stipulation regarding access to this information. (Doc. 527.) The ADOT Director clarified that she "would be willing to provide a defense expert or experts the same data under the same restrictions." (*Id.*, pg. 2.)

Intervenor-Defendant Republican National Committee has requested the same data for review by a defense rebuttal expert. Accordingly, the ADOT Director hereby enters into a similar stipulation with the undersigned defendants (hereafter "Defendants").[1]

Subject to restrictions described below, the ADOT Director agrees to provide a defense rebuttal expert or experts the following data for each active MVD record:

- MVD customer number
- AZ credential number
- Value in the NonCitizen field in the monthly extract provided to the Secretary of State (Y or blank)
- Credential issuance date
- Credential expiration date

Defendants agree that such data will be treated as "Confidential – For Counsel Only" under the Supplemental Protective Order (Doc. 457) and their expert or experts will abide by the conditions of this designation. Defendants acknowledge that the Driver Privacy Protection Act independently protects personal data, which means unlawful disclosure may not only violate the Supplemental Protective Order but also may result in civil and criminal liability. *See* A.R.S. § 28-457.

---

[1] This stipulation does not include the Arizona Secretary of State or the County Recorder defendants.

- 1 -

Defendants further agree as follows:

- Such data may not be transmitted except via secure file transfer.
- Such data may not be copied except as may be necessary for expert use in this litigation.
- Such data may be viewed only by counsel of record and by retained experts for whom the data is relevant to their expert analysis.
- Such data may not be viewed by more than 16 of Defendants' attorneys (though substitutions are permissible if an attorney exits the case or is absent or on leave for more than two weeks).

For clarification, these restrictions apply to the individualized data being provided, not to an overall analysis performed by an expert based on the data.

DATED this 26th day of September, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: /s/ Joshua M. Whitaker
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)

*Attorneys for Defendants*
*Attorney General Kris Mayes,*
*ADOT Director Jennifer Toth,*
*and State of Arizona*

**COUNSEL FOR REPUBLICAN NATIONAL COMMITTEE**

By: /s/ Kory Langhofer (with permission)

Kory Langhofer, AZ Bar 024722
Thomas Basile, AZ Bar 031150
Statecraft PLLC
649 N. Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

Tyler Green*
Cameron T. Norris*
James P. McGlone*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com
*admitted pro hac vice*

*Counsel for Intervenor-Defendant Republican National Committee*

**GALLAGHER & KENNEDY, P.A.**

By: /s/ Hannah H. Porter (with permission)

Kevin E. O'Malley
Hannah H. Porter
Ashley E. Fitzgibbons
2575 East Camelback Road
Phoenix, Arizona 85016-9225

*Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*