**KRIS MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Timothy.Horley@azag.gov
ACL@azag.gov

*Attorneys for Defendants
Attorney General Kris Mayes,
ADOT Director Jennifer Toth,
and State of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-SRB (Lead) |
| Plaintiffs, | **DEFENSE MOTION FOR CLARIFICATION AS TO TRIAL OF CLAIMS SEEKING "ALTERNATIVE GROUNDS" FOR RELIEF** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | **(EXPEDITED RULING REQUESTED)** |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

The Court resolved some claims on summary judgment. *See* Doc. 534. The parties recently discovered that they have different views on which types of claims remain for trial. This motion seeks clarification on a basic question: whether trial will include claims that seek alternative grounds for relief already granted on summary judgment.

## I. Brief Context

In pretrial discussions, counsel for Non-US Plaintiffs have stated that they expect to present at trial any claims that survived summary judgment and the motion to dismiss, including:

> (1) claims that would provide "different or broader" relief than the relief granted by the Court's summary judgment ruling, and
>
> (2) claims that provide "alternative grounds" for the relief granted by the Court's summary judgment ruling.

Defendants[1] acknowledge that trial will include Non-US Plaintiffs' claims for "different or broader relief" than granted at summary judgment.[2] However, Defendants are not convinced that trial should include claims seeking "alternative grounds" for relief already granted at summary judgment.

The Court has already ruled that it need not decide claims of this type. For example, after concluding that NVRA Section 6 preempts parts of HB 2492, the Court ruled that it "need not address the parties' arguments regarding the effect of [NVRA] Section 8(a) in these respects," and further, it "need not address the parties' arguments as they relate to the Materiality Provision" in related respects. Doc. 534, pgs. 21 n.12, 23 n.14.

In addition, some of the Non-US Plaintiffs' claims are constitutional challenges which, though not raised at summary judgment, are aimed at parts of HB 2492 that the Court deemed unlawful on nonconstitutional grounds. "A fundamental and longstanding

---

[1] Here the term "Defendants" refers to the State of Arizona and the Arizona Attorney General, the Arizona Secretary of State, Intervenor-Defendants Arizona House Speaker Toma and Arizona Senate President Petersen, and Intervenor-Defendant RNC.

[2] Defendants also acknowledge that trial will include the United States' claim that HB 2492's birth place requirement violates the Materiality Provision of the Civil Rights Act.

- 1 -

principle of judicial restraint requires that courts avoid reaching constitutional questions in advance of the necessity of deciding them." *Lyng v. Nw. Indian Cemetery Protective Ass'n*, 485 U.S. 439, 445 (1988). "Generally, a court will not decide a constitutional question if there is some other nonconstitutional ground upon which to dispose of the case." 16 C.J.S. Constitutional Law § 213 (collecting cases).

**II.    Requested Clarification**

Defendants suggest that the Court clarify as follows: Although trial will include claims for different or broader relief than granted at summary judgment, trial should not include claims that seek "alternative grounds" for relief granted at summary judgment.

Defendants believe that clarification of this basic question will help ensure the parties are on the same page regarding trial preparation. Defendants are happy to proceed however the Court directs, including being available for a conference call.

**III.   Defendants' Understanding of Non-US Plaintiffs' Position**

Counsel for Defendants conferred with counsel for Non-US Plaintiffs but could not reach agreement on this issue. Counsel for Defendants suggested a joint motion for clarification and circulated a draft, inviting counsel for Non-US Plaintiffs to add their position. Counsel for Non-US Plaintiffs declined.

Counsel for Non-US Plaintiffs stated that they oppose Defendants' requested clarification, explaining: "[W]e believe it is imperative to have the issues in these consolidated cases definitively resolved in advance of the 2024 elections. As at least some of the defendants evidently plan to appeal Judge Bolton's partial summary judgment ruling, we believe the better course is to resolve the remaining claims now so that any rulings could be addressed in a single appeal, rather than risk putting Judge Bolton – and the parties – in the position of conducting a trial on the remaining claims in 2024."

1 | DATED this 5th day of October, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: /s/ Joshua M. Whitaker
    Joshua D. Bendor (No. 031908)
    Hayleigh S. Crawford (No. 032326)
    Joshua M. Whitaker (No. 032724)
    Kathryn E. Boughton (No. 036105)
    Timothy E.D. Horley (No. 038021)

*Attorneys for Defendants*
*Attorney General Kris Mayes,*
*ADOT Director Jennifer Toth,*
*and State of Arizona*

**COUNSEL FOR REPUBLICAN**
**NATIONAL COMMITTEE**

By: /s/ Kory Langhofer (with permission)

Kory Langhofer, AZ Bar 024722
Thomas Basile, AZ Bar 031150
Statecraft PLLC
649 N. Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

Tyler Green*
Cameron T. Norris*
James P. McGlone*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*admitted pro hac vice*

*Counsel for Intervenor-Defendant Republican National Committee*

**GALLAGHER & KENNEDY, P.A.**

By: /s/ Hannah Porter (with permission)

Kevin E. O'Malley
Hannah H. Porter
Ashley E. Fitzgibbons
2575 East Camelback Road
Phoenix, Arizona 85016-9225

*Attorneys for Intervenor-Defendants Toma and Petersen*

**SHERMAN & HOWARD L.L.C.**

By: /s/ Craig Morgan (with permission)

Craig A. Morgan
Shayna Stuart
Jake Rapp
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016

*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*