# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | |
| Plaintiffs, | Case No: 2:22-cv-00509-SRB (Lead) |
| v. | |
| | **[PROPOSED] ORDER** |
| Adrian Fontes, et al., | |
| Defendants. | |
| **AND CONSOLIDATED CASES** | |

Good cause appearing from Intervenor Republican National Committee's Motion for Entry of Rule 54(b) Judgment, and for the reasons set forth in the Court's order of September 14, 2023 (Doc. 534),

**IT IS ORDERED** granting Plaintiffs' Cross-Motion for Summary Judgment that Section 6 of the NVRA preempts H.B. 2492's restriction on registration for presidential elections and voting by mail (Doc. 391; Doc. 393);

**IT IS FURTHER ORDERED** granting Plaintiffs' Cross-Motion for Summary Judgment that the Voting Laws violate Section 8(c) of the NVRA by allowing systematic cancellation of registrations within 90 days of an election (Doc. 393; Doc. 396);

**IT IS FURTHER ORDERED** declaring that Arizona must abide by the LULAC Consent Decree and register otherwise eligible State Form users without DPOC for federal elections; and

**IT IS FURTHER ORDERED** declaring that Arizona may not reject a voter registration solely on the basis that the registration does not contain a checkmark in the box next to the question regarding citizenship, if the applicant provides DPOC and is otherwise eligible to vote.

The Court finds that there is no just reason for delay, and accordingly,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment pursuant to Federal Rule of Civil Procedure 54(b).