Allison A. Neswood, *pro hac vice*
Michael S. Carter, 028704
Matthew Campbell, *pro hac vice*
Jacqueline D. DeLeon, *pro hac vice*
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302
(303) 447-8760
neswood@narf.org
carter@narf.org
mcampbell@narf.org
jdeleon@narf.org

Samantha B. Kelty, 024110
NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166 (direct)
kelty@narf.org

*Additional Counsel Listed on Signature Page*

Attorneys for Tohono O'odham Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br> v. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., <br><br> Defendants. <br> Living United for Change in Arizona, et al., <br><br> Plaintiffs <br> v. <br><br> Adrian Fontes, <br><br> Defendant, and <br><br> State of Arizona, et al., <br><br> Intervenor-Defendants. <br> Poder Latinx, et al. | No. 2:22-cv-00509-PHX-SRB (Consolidated) <br><br> **UNOPPOSED MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT, DROPPING CLAIM BY TOHONO O'ODHAM PLAINTIFFS** |

1

|   |   |
|---|---|
| | Plaintiffs, |
| v. | |
| Adrian Fontes, et al., | |
| | Defendants. |
| United States of America, | |
| | Plaintiff, |
| v. | |
| State of Arizona, et al., | |
| | Defendants. |
| Democratic National Committee, et al., | |
| | Plaintiffs, |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| | Defendants, and |
| Republican National Committee, | |
| | Intervenor-Defendant. |
| Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition, | |
| | Plaintiff, |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| | Defendants. |
| Promise Arizona, et al., | |
| | Plaintiffs, |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| | Defendants. |
| Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket, | |

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | |
| 3 | v. |
| 4 | Kristin K. Mayes, in her official capacity as Attorney General of Arizona; Adrian Fontes, in his official capacity as Arizona Secretary of State; Dana Lewis in her official capacity as Pinal County Recorder; Gabriella Cázares-Kelly in her official capacity as Pima County Recorder; Stephen Richer in his official capacity as Maricopa County Recorder; Michael Sample in his official capacity as Navajo County Recorder, |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket ("Tohono O'odham Plaintiffs") respectfully move the Court for leave to amend their Amended Complaint by withdrawing Count 2 of their Amended Complaint without prejudice, *see* Amend. Comp., *Tohono O'odham Nation v. Brnovich*, No. 2:22-cv-01901 at 14 (D.Ariz. Nov. 7, 2023), EFD 21 (hereafter "Complaint") and without requiring an answer from any defendant. The parties to these consolidated matters have been consulted and, provided that no answer is required, the motion is unopposed, with the County Recorders taking no position on the motion.

It is within the sound discretion of the Court to grant or deny leave to amend. *Wood v. Carey*, 525 F.3d 886, 432 (9th Cir. 2008). Federal Rule of Civil Procedure 15(a)(2) "advises the court that 'leave [to amend] shall be freely given when justice so requires.'" *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir.

3

2003) (citation omitted). Rule 15(a)(2) is construed with "extreme liberality" in favor of amendment. *Id*. Leave to amend should be granted unless "the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *AmerisourceBergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 951 (9th Cir. 2006). Rule 15 is also the "appropriate mechanism" to eliminate an issue or less than all claims. *Williams v. Cnty. of San Diego*, 523 F. Supp. 3d 1183, 1191 n.6 (S.D. Cal.). The Second Amended Complaint contains no new allegations, claims, or theories. As such, Defendants are not required to file an answer or other responsive pleading. *KST Data, Inc. v. DXC Tech. Co.*, 980 F.3d 709 (9th Cir. 2020).

On September 14, 2023, this Court issued an order granting Tohono O'odham Plaintiffs' Cross-Motion for Partial Summary Judgement as to Count 1 of their complaint and adopting Tohono O'odham Plaintiffs' requested rulings on the interpretation of A.R.S. § 16-123. Order, *Mi Familia Vota v. Fontes, et al.*, No. 2:22-cv-00509 at 9, 33-35 (Sept. 14, 2023), ECF No. 534. As a result of the Court's order, Tohono O'odham Plaintiffs have effectively obtained the relief they were seeking. (*See* Complaint at 15-16). Accordingly, Tohono O'odham Plaintiffs submit this Unopposed Motion for Leave to Amend their Complaint so that they may withdraw Count 2 without prejudice. By withdrawing Count 2, Tohono O'odham Plaintiffs will avoid the expense of further active participation in pre-trial activities, as none of their claims will remain for resolution at trial.

Given the lack of opposition, withdrawal of Count 2 will not prejudice any opposing party. *See Greene v. Ab Coaster Holdings, Inc.*, 2012 WL 2342927 at *5

(S.D. Ohio 2012) ("the proposed withdrawal of a claim does not raise the same type of concerns regarding prejudice as does the proposed addition of claims."). Because the Court has already effectively granted the relief sought by Tohono O'odham Plaintiffs, the sought amendment is not futile, is not sought in bad faith, and would not cause delay. Indeed, Tohono O'odham Plaintiffs seek to minimize the burden on this Court and all parties.

For the foregoing reasons, Tohono O'odham Plaintiffs respectfully request that this Court grant them leave to file an amended Complaint and withdraw Count 2 without prejudice.

RESPECTFULLY SUBMITTED this 16th day of October, 2023.

NATIVE AMERICAN RIGHTS FUND

By   s/ Allison A. Neswood
      Allison A. Neswood*
      CO No. 49846
      neswood@narf.org
      Michael S. Carter
      AZ No. 028704, OK No. 31961
      carter@narf.org
      Matthew Campbell*
      NM No. 138207, CO No. 40808
      mcampbell@narf.org
      Jacqueline D. DeLeon*
      CA No. 288192
      jdeleon@narf.org
      NATIVE AMERICAN RIGHTS FUND
      250 Arapahoe Ave.
      Boulder, CO 80302
      (303) 447-8760

      Samantha B. Kelty
      AZ No. 024110, TX No. 24085074
      kelty@narf.org
      NATIVE AMERICAN RIGHTS FUND
      950 F Street NW, Suite 1050,
      Washington, D.C. 20004
      (202) 785-4166 (direct)

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

OSBORN MALEDON, P.A.
David B. Rosenbaum
AZ No. 009819
Joshua J. Messer
AZ No. 035101
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jmesser@omlaw.com

GILA RIVER INDIAN COMMUNITY
Javier G. Ramos
AZ No. 017442
Post Office Box 97
Sacaton, Arizona 85147
(520) 562-9760
javier.ramos@gric.nsn.us
*Representing Gila River Indian Community Only*

Ezra D. Rosenberg*
DC No. 360927, NJ No. 012671974
Ryan Snow*
DC No. 1619340
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org

TOHONO O'ODHAM NATION
Howard M. Shanker (AZ Bar 015547)
Attorney General, Tohono O'odham Nation
Marissa L. Sites (AZ Bar 027390)
Assistant Attorney General, Tohono O'odham Nation
P.O. Box 830
Sells, Arizona  85634
(520) 383-3410
Howard.Shanker@tonation-nsn.gov
Marissa.Sites@tonation-nsn.gov
*Representing Tohono O'odham Nation Only*

*Admitted Pro Hac Vice*

Attorneys for Tohono O'odham Plaintiffs

6