**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., <br><br>     Plaintiffs, <br><br>v. <br><br>Adrian Fontes, et al., <br><br>     Defendants. <br>_____ <br><br>**AND CONSOLIDATED CASES** | Case No: 2:22-cv-00509-SRB (Lead) <br><br>**Order** |

Intervenor Republican National Committee's Motion in Limine re: Admissibility of Legal Opinions is granted. Pursuant to Rules 701, 702, and 801(d)(2) of the Federal Rules of Evidence, the Court orders that opinions evidence as to the legality of the challenged laws, including their alleged preemption by federal statute or unconstitutionality, shall not be admitted into evidence.