# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF**
**THE ARIZONA ATTORNEY GENERAL PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(6) of the Federal

Rules of Civil Procedure, Plaintiffs in the above-captioned action, by their counsel, will

take the deposition of a representative person(s) designated by Defendant Arizona

Attorney General Kris Mayes, in her official capacity as the Arizona Attorney General, to

testify on the Attorney General's behalf regarding the topics described in Exhibit A,

attached hereto. The deposition will be taken upon oral examination before an official

authorized by law to administer oaths under the Federal Rules of Civil Procedure and will

be recorded by stenographic and videographic means. The deposition will be conducted

on August 29, 2023, at 9:30 a.m. at the Arizona Attorney General's offices at 2005 N.

Central Avenue, Phoenix, AZ, 85004, as well as by videoconference.

Dated: August 24, 2023

## EXHIBIT A

Pursuant to Federal Rule of Procedure 30(b)(6), Plaintiffs provide the following description of topics for examination at the deposition of the Arizona Attorney General.

## DEFINITIONS

Except as specifically defined below, the following terms shall be construed and defined in accordance with the Federal Rules of Civil Procedure, wherever applicable. Any terms not defined shall be given their ordinary meaning.

1.      "Any" or "all" means "any and all."

2.      "Challenged Laws" means Arizona House Bill 2492 signed into law by the Governor on March 30, 2022, Chapter 99 to Session Laws from the Fifty-fifth Legislature Second Regular Session 2022, and Arizona House Bill 2243 signed into law by the Governor on July 6, 2022, Chapter 370 to Session Laws from the Fifty-fifth Legislature Second Regular Session 2022.

3.      "Communication" means any transfer of information of any type, whether written, oral, electronic, or otherwise, and includes transfers of information via email, report, letter, text message, voicemail message, written memorandum, note, summary, and other means. It includes communications entirely internal to the Arizona Attorney General's Office, as well as communications that include or are with entities and individuals outside of the Arizona Attorney General's Office.

4.      "Document" is synonymous in meaning and scope to the term "document" as used under Federal Rule of Civil Procedure 34 and "writings" and "recordings" as defined in Federal Rules of Evidence 1001, and it includes, but is not limited to, records, reports, lists, data, statistics, summaries, analyses, communications (as defined above), any computer discs, tapes, printouts, emails, databases, and any handwritten, typewritten, printed, electronically recorded, taped, graphic, machine-readable, or other material, of whatever nature and in whatever form, including all non-identical copies and drafts thereof, and all copies bearing any notation or mark not found on the original.

2

5.       "H.B. 2617" means Arizona House Bill 2617, Chapter 99 to Session Laws from the Fifty-fifth Legislature Second Regular Session 2022, vetoed by the Governor on May 27, 2022.

6.       "Including" means "including but not limited to."

7.       "Nonstandard Address" means, but is not limited to, residential addresses that do not include a complete address number and/or a street name; addresses that appear to be directions (such as "between mile markers x and y" or "the second house on the left"); addresses that include a complete address number and street name or otherwise resemble a standard address, but are not listed in nontribal governmental databases; and other addresses that lack address coordinators or are not typically geocoded.

8.       "Person" means not only natural persons, but also firms, partnerships, associations, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, trust groups, and organizations; federal, state, or local governments or government agencies, offices, bureaus, departments, or entities; other legal, business, or government entities; and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof or any combination thereof.

9.       "Racially Polarized Voting" means "the existence of a correlation between the race of voters and the selection of certain candidates," *Thornburg v. Gingles*, 478 U.S. 30 (1986).

10.       "Relating to," "regarding," or "concurring" and their cognates are to be understood in their broadest sense and shall be construed to include pertaining to, commenting on, memorializing, reflecting, recording, setting forth, describing, evidencing, or constituting.

11.       "You," "your," and "Attorney General" means Defendant Kris Mayes in her official capacity as Arizona Attorney General, and includes any predecessors and successors to the Arizona Attorney General's Office; any past and present employees, staff, agents, assigns, and representatives of the Arizona Attorney General's Office; and any other persons or entities that, at any time, acted on behalf or for the benefit of the Arizona Attorney General's Office.

3

**DEPOSITION TOPICS**

1.      Any involvement of the Attorney General's office in the introduction and passage/attempted passage of the Challenged Laws and/or H.B. 2617.

2.      Communications between or among the Attorney General's office and any State Legislators, the Governor, the Secretary of State, any County Recorders, Republican National Committee, Arizona Free Enterprise Club, Heritage Foundation, American Legislative Exchange Council, Election Transparency Initiative, Honest Elections Project, America First Policy Institute, Public Interest Law Foundation, Judicial Watch, or any other Persons, regarding the Challenged Laws and/or H.B. 2617.

3.      The Attorney General's understanding of how the Challenged Laws are intended or expected to operate, the Attorney General's role in any such operation, the Attorney General's interpretation of the Challenged Laws, and the means by which the Attorney General intends to implement or enforce the Challenged Laws if they are not enjoined.

4.      Policies, procedures, recommendations, discussions, communications, guidance, training materials, trainings, directives, or proposals regarding the Challenged Laws that Your office has created, intends to create, implemented, or plans to implement, including policies, procedures, and training materials regarding how Your office will manage referrals from the Secretary of State, other Arizona officials, or other Persons regarding the citizenship status of registered voters or voter registration applicants.

5.      All databases or other sources of citizenship information that are accessible to You or that You anticipate will become accessible to You and the practicability of using such databases and sources as required by the Challenged Laws.

6.      The Attorney General's anticipation of the likely effects of the operation or enforcement of the Challenged Laws, including on specific groups of Arizonans, including, but not limited to, naturalized citizens, Latinos, and Native Americans.

7.      Any state interests You believe are furthered by the Challenged Laws and how the Challenged Laws further those interests.

4

8.      Suspected, alleged, rumored, prosecuted, or proven instances of voter fraud in Arizona from January 1, 2016, to the present related to voter registration or voting by non-citizens or non-residents.

9.      The Arizona Attorney General Office's Criminal Division's "Election Integrity Unit," including the Unit's investigation into allegations of voter fraud after the 2020 election, its findings, and any related reports.

10.     The Attorney General's role in deciding what information and reports to release, and when, in connection with the Attorney General's investigation into voting after the 2020 election, and the Documents and Communications related to that investigation.

11.     The Attorney General's understanding of the laws, rules, processes, procedures, and methods for preventing voting fraud in Arizona prior to the enactment of the Challenged Laws, including (but not limited to) laws, rules, and methods for preventing noncitizens or nonresidents from voting, and the process for investigating and prosecuting allegations of voter fraud.

12.     The Elections Procedures Manual versions in place from 2017 to the present as they relate to voter registration processes, including initial registration applications, voter status changes, and removals.

13.     The discovery produced by You in this matter, including Documents, Communications, and discovery responses to the requests for production and interrogatories from Plaintiffs.

14.     Documents reviewed by any Rule 30(b)(6) representative to refresh their recollection or otherwise educate them about the noticed deposition topics in preparation for this deposition.

/s/ *Christopher Dodge (with permission)*

**HERRERA ARELLANO LLP**
Roy Herrera (AZ Bar No. 032901)
Daniel A. Arellano (AZ Bar. No. 032304)
Jillian L. Andrews (AZ Bar No. 034611)
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

**ELIAS LAW GROUP LLP**
Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

*Attorneys for Mi Familia Vota and Voto Latino*

/s/ *Christopher Dodge (with permission)*

**BARTON MENDEZ SOTO**
James Barton (AZ Bar No. 023888)
401 W. Baseline Road
Suite 205
Tempe, AZ 85283
480-418-0668
james@bartonmendezsoto.com

**DEPARTMENT OF JUSTICE**
**SAN CARLOS APACHE TRIBE**
Alexander B. Ritchie
(AZ Bar No. 019579)
Attorney General
Chase A. Velasquez*
NM Bar No. 019148
Assistant Attorney General
Post Office Box 40
16 San Carlos Ave.
San Carlos, AZ 85550
Alex.Ritchie@scat-nsn.gov
Chase.Velasquez@scat-nsn.gov

**CAMPAIGN LEGAL CENTER**
Danielle Lang*
Jonathan Diaz*
Molly Danahy*
Hayden Johnson*
Nicole Hansen*
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
hjohnson@campaignlegalcenter.org
nhansen@campaignlegalcenter.org

**MAYER BROWN LLP**
Lee H. Rubin* (CA# 141331)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
lrubin@mayerbrown.com

6

**FREE SPEECH FOR PEOPLE**
Courtney Hostetler* (MA# 683307)
John Bonifaz* (MA# 562478)
Ben Clements* (MA# 555082)
Ronald Fein* (MA# 657930)
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Gary A. Isaac* (IL# 6192407)
Daniel T. Fenske* (IL# 6296360)
Jed W. Glickstein* (IL# 6315387)
William J. McElhaney, III*
(IL# 6336357)
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com
gisaac@mayerbrown.com
jglickstein@mayerbrown.com

Rachel J. Lamorte* (NY# 5380019)
1999 K Street NW
Washington, DC 20006
(202) 362-3000
rlamorte@mayerbrown.com

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

/s/ *Christopher Dodge (with permission)*

**ARIZONA CENTER FOR LAW
IN THE PUBLIC INTEREST**
Daniel J. Adelman
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012
danny@aclpi.org
(602) 258-8850

**ARNOLD & PORTER
KAYE SCHOLER, LLP**
Steven L. Mayer*
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Steve.Mayer@arnoldporter.com
(415) 471-3100

**ARNOLD & PORTER
KAYE SCHOLER, LLP**
Leah R. Novak*
250 West 55th Street

**FAIR ELECTIONS CENTER**
Jon Sherman*
Michelle Kanter Cohen*
1825 K St. NW, Ste. 450
Washington, D.C. 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
(202) 331-0114

**ARNOLD & PORTER
KAYE SCHOLER, LLP**
Jeremy Karpatkin*
John A. Freedman*
Erica McCabe*
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Jeremy.Karpatkin@arnoldporter.com
John.Freedman@arnoldporter.com
Erica.McCabe@arnoldporter.com
(202) 942-5000

7

New York, NY 10019
Leah.Novak@arnoldporter.com
(212) 836-8000

*Attorneys for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*

/s/ *Christopher Dodge (with permission)*
**PAPETTI SAMUELS**
**WEISS MCKIRGAN LLP**
Bruce Samuels (AZ Bar No. 015996)
Jennifer Lee-Cota (AZ Bar No. 033190)
bsamuels@pswmlaw.com
jleecota@pswmlaw.com
Scottsdale Quarter
15169 North Scottsdale Road
Suite 205
Scottsdale, AZ 85254
+1 480 800 3530

**WILMER   CUTLER   PICKERING**
**HALE AND DORR LLP**
Seth P. Waxman*
Daniel S. Volchok*
Christopher E. Babbitt*
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
+1 202 663 6000 (telephone)
+1 202 663 6363 (facsimile)

*Attorneys for the Democratic National Committee and Arizona Democratic Party*

/s/ *Christopher Dodge (with permission)*
**LATHAM & WATKINS LLP**
Sadik Huseny*
*sadik.huseny@lw.com*
Amit Makker*
*amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**ASIAN AMERICANS ADVANCING**
**JUSTICE-AAJC**
Niyati Shah*
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis*
*tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

**SPENCER FANE**
Andrew M. Federhar
(AZ Bar No. 006567)
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

8

1

2 *Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

3

4 /s/ *Christopher Dodge (with permission)*

**MEXICAN AMERICAN LEGAL**
5 **DEFENSE AND EDUCATIONAL**
**FUND**
6 Ernest Herrera*
Erika Cervantes*
7 634 South Spring Street, 11th Floor
Los Angeles, CA 90014
8 Telephone: (213) 629-2512
Facsimile: (213) 629-0266
9 eherrera@maldef.org
ecervantes@maldef.org
10

**ORTEGA LAW FIRM**
Daniel R. Ortega Jr.
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
Telephone: (602) 386-4455
Email: danny@ortegalaw.com

11

12 *Attorneys for Promise Arizona Plaintiffs*

13 /s/ *Christopher Dodge (with permission)*
**OSBORN MALEDON, P.A.**
14 David B. Rosenbaum
AZ No. 009819
15 Joshua J. Messer
AZ No. 035101
16 2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
17 (602) 640-9000
drosenbaum@omlaw.com
18 jmesser@omlaw.com
19

**NATIVE AMERICAN RIGHTS FUND**
Allison A. Neswood*
CO No. 49846
neswood@narf.org
Michael S. Carter
AZ No. 028704, OK No. 31961
carter@narf.org
Matthew Campbell*
NM No. 138207, CO No. 40808
mcampbell@narf.org
Jacqueline D. DeLeon*
20 CA No. 288192
jdeleon@narf.org
**LAWYERS COMMITTEE FOR**
21 **CIVIL RIGHTS UNDER LAW**
1506 Broadway
Ezra Rosenberg*
22 Boulder, CO 80301
DC No. 360927, NJ No. 012671974
(303) 447-8760 (main)
23 Jim Tucker**
AZ No. 019341
24 Ryan Snow*
Samantha B. Kelty
1500 K Street NW, Suite 900
25 AZ No. 024110, TX No. 24085074
Washington, DC 20005
kelty@narf.org
26 (202) 662-8600 (main)
950 F Street NW, Suite 1050,
erosenberg@lawyerscommittee.org
27 Washington, D.C. 20004
jtucker@lawyerscommittee.org
(202) 785-4166 (direct)
28 rsnow@lawyerscommittee.org

9

1

2    **Admitted in Arizona, D.C. and Nevada.*

3    **GILA RIVER INDIAN COMMUNITY**
     Thomas L. Murphy                          **TOHONO O'ODHAM NATION**
4    AZ No. 022953                             Howard M. Shanker (AZ Bar 015547)
5    Javier G. Ramos                           Attorney General, Tohono O'odham
     AZ No. 017442                             Nation
6    Post Office Box 97                        Marissa L. Sites (AZ Bar 027390)
     Sacaton, Arizona 85147                    Assistant Attorney General, Tohono
7    (520) 562-9760                            O'odham Nation
8    thomas.murphy@gric.nsn.us                 P.O. Box 830
     javier.ramos@gric.nsn.us                  Sells, Arizona  85634
9    *Representing Gila River Indian*          (520) 383-3410
10   *Community Only*                          Howard.Shanker@tonation-nsn.gov
                                               Marissa.Sites@tonation-nsn.gov
11                                             *Representing Tohono O'odham Nation*
                                               *Only*
12
13              *Attorneys for Tohono O'odham Nation, Gila River Indian Community,*
                     *Keanu Stevens, Alanna Siquieros, and LaDonna Jacket*
14
15                              *\* Admitted Pro Hac Vice*

16

17

18

19

20

21

22

23

24

25

26

27

28

10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, I served the foregoing **PLAINTIFFS'
AMENDED NOTICE OF DEPOSITION OF THE ARIZONA ATTORNEY
GENERAL PURSUANT TO RULE 30(b)(6)** on counsel of record for all parties by
email.

Dated: August 24, 2023          */s/ Daniel A. Arellano*
                                 Daniel A. Arellano

11