Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar No. 032304)
Jillian L. Andrews (Bar No. 034611)
**HERRERA ARELLANO LLP**
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

*Attorneys for Plaintiffs Mi
Familia Vota and Voto Latino
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Adrian Fontes, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED CASES. | Case No. 2:22-cv-00509-SRB (lead)<br><br>**MFV PLS.' NOTICE REGARDING PROPOSED PARTY-SPECIFIC ADMISSIONS**<br><br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Rule 16(c)(2)(C) provides that "[a]t any pretrial conference, the court may consider and take appropriate action" with respect to, among other things, "obtaining admissions and stipulations about facts and documents to avoid unnecessary proof[.]" Fed. R. Civ. P. 16(c)(2)(C). In their preservatory motion in limine, *see* ECF No. 570, Plaintiffs requested that the Court take notice of just such party "admissions" in order to streamline trial and reduce the time needed for live examination of witnesses. As noted in that motion, the parties were still discussing the matter and Plaintiffs advised that they would file the admissions at issue shortly.

Attached to this Notice are the admissions at issue. As explained in Plaintiffs' motion, the Defendants actively litigating this matter—the Attorney General, Secretary of State, Republican National Committee Intervenors ("RNC"), and Legislative Intervenors ("Legislators")—individually admitted to certain facts as part of the parties' exchange of proposed stipulations but took the position that only those facts agreed to by all four "active" Defendants should be included in the Joint Pretrial Order as stipulations. Plaintiffs honored that request, and only stipulations agreed to by Plaintiffs and those four Defendants were included in the Joint Pretrial Order. *See* Joint Pretrial Order, ECF No. 571, Exs. 1, 2. It remains the case, however, that each of these Defendants individually admitted to specific facts proposed by Plaintiffs that are relevant to this case.[1]

On top of that, nine County Recorder Defendants likewise provided admissions in response to proposed stipulations germane to their duties or counties. These undisputed party admissions relate to issues relevant to Plaintiffs' standing and claims and, if accepted by the Court, will help to "avoid unnecessary proof" at trial. No good cause exists for the Court to decline to take notice of undisputed admission of fact from a significant number

---

[1] In response to requests from the "active" Defendants, Plaintiffs provided additional citations to support proposed stipulations, or counter-proposed language in the hopes of reaching an agreement. Defendants have indicated that they are still in the process of reviewing these "live" proposed stipulations and Plaintiffs do not include them here.

- 1 -

of Defendants in this consolidated lawsuit involving a host of parties.

To that end, MFV Plaintiffs provide the following sets of proposed admissions for the Court's consideration:

1.      **Exhibit A:** Admissions from the Secretary of State, but not the Attorney General, Legislators, or RNC, in response to Plaintiffs' proposed stipulations.

2.      **Exhibit B:** Admissions from the Secretary of State and Attorney General, but not the Legislators or RNC, in response to Plaintiffs' proposed stipulations.

3.      **Exhibit C:** Admissions from the Secretary of State, Attorney General, and Legislators, but not the RNC, in response to Plaintiffs' proposed stipulations.

4.      **Exhibit D:** Admissions from the Graham, Greenlee, La Paz, Mohave, Pima, Santa Cruz, Yavapai, Yuma, and Coconino County Recorders in response to proposed stipulations regarding the duties of the County Recorder, or other county-specific facts.

Dated: October 24, 2023                          Respectfully submitted,

                                                 _Christopher D. Dodge_____
                                                 Roy Herrera (Bar No. 032901)
                                                 Daniel A. Arellano (Bar. No. 032304)
                                                 Jillian L. Andrews (Bar No. 034611)
                                                 **HERRERA ARELLANO LLP**
                                                 530 East McDowell Road
                                                 Suite 107-150
                                                 Phoenix, Arizona 85004-1500
                                                 Phone: (602) 567-4820
                                                 roy@ha-firm.com
                                                 daniel@ha-firm.com
                                                 jillian@ha-firm.com

                                                 Marc E. Elias*
                                                 Elisabeth C. Frost*
                                                 Christopher D. Dodge*
                                                 Mollie DiBrell*
                                                 Alexander F. Atkins*

- 2 -

MVF PLS.' NOTICE REGARDING PROPOSED PARTY ADMISSIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniela Lorenzo*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

- 2 -

MVF PLS.' NOTICE REGARDING PROPOSED PARTY ADMISSIONS