**CAMPAIGN LEGAL CENTER**
Danielle Lang*
Jonathan Diaz*
Molly Danahy*
Hayden Johnson*
1101 14th St NW Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org
jdiaz@campaignlegal.org
mdanahy@campaignlegal.org
hjohnson@campaignlegal.org
*  *Admitted* pro hac vice

**BARTON MENDEZ SOTO PLLC**
James E. Barton II, AZ Bar No. 023888
401 W. Baseline Rd. Suite 205
Tempe, AZ 85283
(480) 418-0668
james@bartonmendezsoto.com

*Attorneys for LUCHA Plaintiffs; additional counsel listed in signature block.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mɪ Fᴀᴍɪʟɪᴀ Vᴏᴛᴀ, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>Aᴅʀɪᴀɴ Fᴏɴᴛᴇs, in his official capacity as Arizona Secretary of State, et al.,<br><br>        Defendants,<br>    and<br><br>Speaker of the House Ben Toma and Senate President Warren Petersen,<br><br>        Intervenor-Defendants. | Case No. 22-00509-PHX-SRB (Lead)<br><br>**SUPPLEMENT TO THE JOINT PRETRIAL ORDER**<br><br>Consolidated Cases<br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |
| Lɪᴠɪɴɢ Uɴɪᴛᴇᴅ ғᴏʀ Cʜᴀɴɢᴇ ɪɴ Aʀɪᴢᴏɴᴀ, et al.,<br><br>        Plaintiffs, | |

|   |   |
|---|---|
| 1 | v. |
| 2 | ADRIAN FONTES, in his official capacity as Arizona Secretary of State, et al., |
| 3 | Defendant, |
| 4 | and |
| 5 | STATE OF ARIZONA, et al., |
| 6 | Intervenor-Defendants, |
|   | and |
| 7 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 8 |   |
| 9 | Intervenor-Defendants. |
| 10 | PODER LATINX, et al., |
| 11 | Plaintiffs, |
|   | v. |
| 12 | ADRIAN FONTES, in his official capacity as Arizona Secretary of State, et al., |
| 13 |   |
| 14 | Defendants, |
|   | and |
| 15 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 16 |   |
| 17 | Intervenor-Defendants. |
| 18 | UNITED STATES OF AMERICA, |
| 19 | Plaintiff, |
| 20 | v. |
| 21 | STATE OF ARIZONA, et al., |
| 22 | Defendants, |
|   | and |
| 23 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 24 |   |
| 25 | Intervenor-Defendants. |
| 26 | DEMOCRATIC NATIONAL COMMITTEE, et al., |
| 27 | Plaintiffs, |
| 28 | v. |

| | |
|---|---|
| 1 | ADRIAN FONTES, in his official capacity as Arizona Secretary of State, et al., |
| 2 | Defendants, |
| 3 | and |
| 4 | REPUBLICAN NATIONAL COMMITTEE, |
| 5 | Intervenor-Defendant, |
| | and |
| 6 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 7 | |
| 8 | Intervenor-Defendants. |
| 9 | ARIZONA ASIAN AMERICAN NATIVE HAWAIIAN AND PACIFIC ISLANDER FOR EQUITY COALITION, |
| 10 | |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | ADRIAN FONTES, in his official capacity as Arizona Secretary of State, et al., |
| 14 | Defendants, |
| 15 | and |
| 16 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 17 | Intervenor-Defendants. |
| 18 | PROMISE ARIZONA, et al., |
| 19 | Plaintiffs, |
| 20 | v. |
| 21 | ADRIAN FONTES, in his official capacity as Arizona Secretary of State, et al., |
| 22 | Defendants, |
| 23 | and |
| 24 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 25 | |
| 26 | Intervenor-Defendants. |
| 27 | |
| 28 | |

Pursuant to the Court's order, the Parties submit this Supplement to the Joint Proposed Pretrial Order amending the issues to be tried in light of the ruling on the Motion for Clarification. ECF 600. This Supplement is intended to replace Part C.3 of the Joint Proposed Pretrial Order titled "Claims to be Presented at Trial" (see ECF 571, pgs. 11–15).

The Parties have removed the following provisions from the scope of issues for trial based on the Court's partial summary judgment order and the Court's ruling that alternative grounds for relief shall not be presented at trial:

- H.B. 2492 §§ 1, 3's DPOC Requirement
- H.B. 2492 § 4's rejection of State-Form applications lacking DPOC; and
- H.B. 2492 § 5's prohibition on voting in presidential elections or early by mail for registrants who lack DPOC.[1]

The Parties submit that, pursuant to the Court's ruling on the Motion for Clarification, the following represents an accurate list of the claims to be presented at trial:

- Undue Burden on the Right to Vote challenge to:

   (a) H.B. 2492 § 4's rejection of State Form applications lacking place of birth;

   (b) H.B. 2492 § 4's citizenship verification, database check, notice, and criminal investigation procedures;

   (c) H.B. 2492 § 5's DPOR Requirement in so far as Defendants' implementation of this Court's Section 6 preemption holding would result in the acceptance of Federal Form applications without DPOR for federal-only elections but the rejection of State

---

[1] Defendants did not initially identify Plaintiffs' outstanding claims against H.B. 2492 §§ 1 and 3 as those seeking an alternative basis for relief from the Court's partial summary judgment order. *See* ECF 571 at 12 ("(a) H.B. 2492 §§ 1, 3's DPOC Requirement"). However, during the Parties' meet and confer, the State, Attorney General, Republican National Committee, and Legislative-Intervenor-Defendants expressly agreed that the Court's partial summary judgment order regarding H.B. 2492's DPOC requirements extends to H.B. 2492 §§ 1 and 3, in addition to §§ 4 and 5. In reliance on that representation, Plaintiffs agree that their outstanding claims directed to H.B. 2492 §§ 1 and 3 need not be presented at trial because of Defendants' acknowledgement that the Court's partial summary judgment order supplies relief on those claims.

- 1 -

Form applications without DPOR.[2]

(d) H.B. 2492 § 7's citizenship verification, database check, reporting, investigation, and prosecution procedures;

(e) H.B. 2492 § 8's voter cancellation procedures based on information regarding citizenship; and

(f) H.B. 2243 § 2's database check requirements, notice, cancellation, and criminal investigation procedures.

- Procedural Due Process challenge to:
    - H.B. 2492 § 4's criminal investigation procedures, allegedly without a chance to contest or cure;
    - H.B. 2492 § 8's cancellation of a voter's registration, allegedly without an adequate opportunity to contest or cure; and
    - H.B. 2243 § 2's cancellation of a voter's registration, allegedly without an adequate opportunity to contest or cure, A.R.S. § 16-165(A)(10).
- Equal Protection challenge to alleged arbitrary and disparate treatment of voter registration applicants and voter registrants under H.B. 2492 and H.B. 2243, specifically:
    - Subjecting State-Form applicants to alleged arbitrary and disparate treatment by rejecting State-Form applications lacking DPOR;
    - Subjecting voter registration applicants and voter registrants to alleged arbitrary and disparate treatment pursuant to H.B. 2492 and H.B. 2243, specifically:
        - H.B. 2492 § 4 (enacting A.R.S. § 16-121.01(D)-(E));[3]

---

[2] Given the Court's rulings on partial summary judgment as to the DPOR requirement, and the lack of any objection to those rulings from any Defendant, Plaintiffs will limit their presentation of evidence on DPOR to two issues: (1) Plaintiffs' standing to challenge the DPOR requirement, and (2) any differential application of the DPOR requirement between State and Federal Form applicants.

[3] The Parties agree that these provisions are not covered by the Court's partial summary judgment order *except* the final sentence of A.R.S. § 16-121.01(E): "If the county recorder or

- H.B. 2492 § 7 (enacting A.R.S. § 16-143);
- H.B. 2492 § 8 (enacting A.R.S. § 16-165(A)(10)); and
- H.B. 2243 § 2 (amending A.R.S. § 16-165(A)(10) and enacting A.R.S. §§ 16-165(G), 16-165(H), 16-165(I), 16-165(J), 16-165(K)) subjecting voter registration applicants and voter registrants to allegedly discriminatory DPOC requirements, database comparisons, and allegedly wrongful and harassing criminal investigations and prosecutions.

- Equal Protection challenge to:
  - H.B. 2492's Birthplace Requirement; and
  - H.B. 2492 and H.B. 2243's provisions subjecting voter registration applicants and voter registrants to allegedly discriminatory database comparisons, and allegedly wrongful and harassing criminal investigations and prosecutions on the bases of race, national origin, and alienage discrimination.

- Fourteenth and Fifteenth Amendment racial and national origin discrimination challenge to allegedly unfettered discretion in voter registration conferred by Ariz. Rev. Stat. § 16-165(I) (the "reason to believe" provision), *as enacted by* H.B. 2243, § 2.

- National Voter Registration Act Section 6 challenge to H.B. 2243 § 2's cancellation procedures for voters that registered through the Federal Form but lacked DPOC, in violation of Section 6's requirement that the State of Arizona accept and use the Federal Form.

- National Voter Registration Act Sections 6 and 8(a) challenges to the DPOR Requirement insofar as Defendants' implementation of this Court's Section 6 preemption holding would result in the acceptance of Federal Form applications

---

other officer in charge of elections is unable to match the applicant with appropriate citizenship information, the county recorder or other officer in charge of elections shall notify the applicant that the county recorder or other officer in charge of elections could not verify that the applicant is a United States citizen and that the applicant will not be qualified to vote in a presidential election or by mail with an early ballot in any election until satisfactory evidence of citizenship is provided."

- 3 -

without DPOR for federal-only elections but the rejection of State Form applications without DPOR.

- National Voter Registration Act 8(b) challenge to discriminatory and non-uniform treatment of registered voters caused by H.B. 2492 and H.B. 2243, specifically:
    - A.R.S. § 16-143, *as enacted by* H.B. 2492 § 7;
    - A.R.S. § 16-165(A)(10), *as enacted by* H.B. 2492 § 8; and
    - A.R.S. §§ 16-165(F), 16-165(G), 16-165(H), 16-165(I), 16-165(J), 16-165(K), *as enacted by* 2022 Ariz. Sess. Laws, ch. 370H.B. 2243 § 2.
- Civil Rights Act Materiality Provision (52 U.S.C. § 10101(a)(2)(B)) challenge to H.B. 2492, § 4's Birthplace Requirement. A.R.S. § 16-121.01(A).
- 52 U.S.C. § 10101(a)(2)(A) challenge to A.R.S. § 16-165(I) (the "reason to believe" provision), *as enacted by* H.B. 2243, § 2.
- Section 2 of the Voting Rights Act claim against all remaining Challenged Provisions not resolved by the Court's partial summary judgment order.[4]

**THIS SUPPLEMENT JOINT PRETRIAL ORDER IS HEREBY APPROVED ON THIS 31 DAY OF OCTOBER, 2023.**

_____
Susan R. Bolton
United States District Judge

---

[4] Per footnote 2, *supra*, Plaintiffs do not intend to present evidence with respect to the DPOR requirement beyond the limited issues identified in footnote 2.

- 4 -

APPROVED AS TO FORM AND CONTENT:

**FOR PLAINTIFFS:**

| | |
|---|---|
| **BARTON MENDEZ SOTO** <br> James Barton (AZ Bar No. 023888) <br> 401 W. Baseline Road <br> Suite 205 <br> Tempe, AZ 85283 <br> 480-418-0668 <br> james@bartonmendezsoto.com <br><br> **DEPARTMENT OF JUSTICE** <br> **SAN CARLOS APACHE TRIBE** <br> Alexander B. Ritchie <br> (AZ Bar No. 019579) <br> Attorney General <br> Chase A. Velasquez* <br> NM Bar No. 019148 <br> Assistant Attorney General <br> Post Office Box 40 <br> 16 San Carlos Ave. <br> San Carlos, AZ 85550 <br> Alex.Ritchie@scat-nsn.gov <br> Chase.Velasquez@scat-nsn.gov <br><br> **FREE SPEECH FOR PEOPLE** <br> Courtney Hostetler* (MA# 683307) <br> John Bonifaz* (MA# 562478) <br> Ben Clements* (MA# 555082) <br> Ronald Fein* (MA# 657930) <br> 1320 Centre Street, Suite 405 <br> Newton, MA 02459 <br> (617) 249-3015 <br> chostetler@freespeechforpeople.org <br> jbonifaz@freespeechforpeople.org <br> bclements@freespeechforpeople.org <br> rfein@freespeechforpeople.org | /s/ *Danielle Lang* <br> **CAMPAIGN LEGAL CENTER** <br> Danielle Lang* <br> Jonathan Diaz* <br> Molly Danahy* <br> Hayden Johnson* <br> Brent Ferguson* <br> 1101 14th St. NW, Suite 400 <br> Washington, D.C. 20005 <br> (202) 736-2200 <br> dlang@campaignlegalcenter.org <br> jdiaz@campaignlegalcenter.org <br> mdanahy@campaignlegalcenter.org <br> hjohnson@campaignlegalcenter.org <br> **MAYER BROWN LLP** <br> Lee H. Rubin* (CA# 141331) <br> Two Palo Alto Square, Suite 300 <br> 3000 El Camino Real <br> Palo Alto, CA 94306-2112 <br> (650) 331-2000 <br> lrubin@mayerbrown.com <br><br> Gary A. Isaac* (IL# 6192407) <br> Daniel T. Fenske* (IL# 6296360) <br> William J. McElhaney, III* <br> (IL# 6336357) <br> 71 S. Wacker Drive <br> Chicago, IL 60606 <br> (312) 782-0600 <br> dfenske@mayerbrown.com <br> gisaac@mayerbrown.com <br> jglickstein@mayerbrown.com <br><br> Rachel J. Lamorte* (NY# 5380019) <br> 1999 K Street NW <br> Washington, DC 20006 <br> (202) 362-3000 <br> rlamorte@mayerbrown.com |

*Attorneys for Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change*

| | |
|---|---|
| **HERRERA ARELLANO LLP**<br>Roy Herrera (AZ Bar No. 032901)<br>Daniel A. Arellano (AZ Bar. No. 032304)<br>Jillian L. Andrews (AZ Bar No. 034611)<br>530 East McDowell Road<br>Suite 107-150<br>Phoenix, Arizona 85004-1500<br>Phone: (602) 567-4820<br>roy@ha-firm.com<br>daniel@ha-firm.com<br>jillian@ha-firm.com | /s/ *Danielle Lang (with permission)*<br>**ELIAS LAW GROUP LLP**<br>Marc E. Elias*<br>Elisabeth C. Frost*<br>Christopher D. Dodge*<br>Mollie DiBrell*<br>Alexander F. Atkins*<br>Daniela Lorenzo*<br>250 Massachusetts Ave NW, Suite 400<br>Washington, DC 20001<br>Phone: (202) 968-4513<br>Facsimile: (202) 968-4498<br>melias@elias.law<br>efrost@elias.law<br>cdodge@elias.law<br>mdibrell@elias.law<br>aatkins@elias.law<br>dlorenzo@elias.law |

*Attorneys for Mi Familia Vota and Voto Latino*

| | |
|---|---|
| **ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**<br>Daniel J. Adelman<br>352 E. Camelback Rd., Suite 200<br>Phoenix, AZ  85012<br>danny@aclpi.org<br>(602) 258-8850<br><br>**ARNOLD & PORTER KAYE SCHOLER, LLP**<br>Steven L. Mayer*<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Steve.Mayer@arnoldporter.com<br>(415) 471-3100<br><br>**ARNOLD & PORTER KAYE SCHOLER, LLP**<br>Leah R. Novak* | /s/ *Danielle Lang* (*with permission)*<br>**FAIR ELECTIONS CENTER**<br>Jon Sherman*<br>Michelle Kanter Cohen*<br>1825 K St. NW, Ste. 450<br>Washington, D.C. 20006<br>jsherman@fairelectionscenter.org<br>mkantercohen@fairelectionscenter.org<br>(202) 331-0114<br><br>**ARNOLD & PORTER KAYE SCHOLER, LLP**<br>Jeremy Karpatkin*<br>John A. Freedman*<br>Erica McCabe*<br>601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001<br>Jeremy.Karpatkin@arnoldporter.com<br>John.Freedman@arnoldporter.com<br>Erica.McCabe@arnoldporter.com |

250 West 55th Street
New York, NY 10019
Leah.Novak@arnoldporter.com
(212) 836-8000

(202) 942-5000

*Attorneys for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund*

**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
Bruce Samuels (AZ Bar No. 015996)
Jennifer Lee-Cota (AZ Bar No. 033190)
bsamuels@pswmlaw.com
jleecota@pswmlaw.com
Scottsdale Quarter
15169 North Scottsdale Road
Suite 205
Scottsdale, AZ 85254
+1 480 800 3530

/s/ *Danielle Lang* (*with permission)*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Seth P. Waxman*
Daniel S. Volchok*
Christopher E. Babbitt*
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
+1 202 663 6000 (telephone)
+1 202 663 6363 (facsimile)

*Attorneys for the Democratic National Committee and Arizona Democratic Party*

/s/ *Danielle Lang (with permission)*
**LATHAM & WATKINS LLP**
Sadik Huseny*
*sadik.huseny@lw.com*
Amit Makker*
*amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**SPENCER FANE**
Andrew M. Federhar
(AZ Bar No. 006567)
*afederhar@spencerfane.com*
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
Niyati Shah*
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis*
*tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

/s/ *Danielle Lang (with permission)*

| | |
|---|---|
| **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** <br> Ernest Herrera* <br> Erika Cervantes* <br> 634 South Spring Street, 11th Floor <br> Los Angeles, CA 90014 <br> Telephone: (213) 629-2512 <br> Facsimile: (213) 629-0266 <br> eherrera@maldef.org <br> ecervantes@maldef.org | **ORTEGA LAW FIRM** <br> Daniel R. Ortega Jr. <br> 361 East Coronado Road, Suite 101 <br> Phoenix, AZ 85004-1525 <br> Telephone: (602) 386-4455 <br> Email: danny@ortegalaw.com |

*Attorneys for Promise Arizona Plaintiffs*

| | |
|---|---|
| **OSBORN MALEDON, P.A.** <br> David B. Rosenbaum <br> AZ No. 009819 <br> Joshua J. Messer <br> AZ No. 035101 <br> 2929 North Central Avenue, 21st Floor <br> Phoenix, Arizona 85012-2793 <br> (602) 640-9000 <br> drosenbaum@omlaw.com <br> jmesser@omlaw.com <br><br> **LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW** <br> Ezra Rosenberg* <br> DC No. 360927, NJ No. 012671974 <br> Jim Tucker** <br> AZ No. 019341 <br> Ryan Snow* <br> 1500 K Street NW, Suite 900 <br> Washington, DC 20005 <br> (202) 662-8600 (main) <br> erosenberg@lawyerscommittee.org <br> jtucker@lawyerscommittee.org <br> rsnow@lawyerscommittee.org | /s/ *Danielle Lang (with permission)* <br> **NATIVE AMERICAN RIGHTS FUND** <br> Allison A. Neswood* <br> CO No. 49846 <br> neswood@narf.org <br> Michael S. Carter <br> AZ No. 028704, OK No. 31961 <br> carter@narf.org <br> Matthew Campbell* <br> NM No. 138207, CO No. 40808 <br> mcampbell@narf.org <br> Jacqueline D. DeLeon* <br> CA No. 288192 <br> jdeleon@narf.org <br> 1506 Broadway <br> Boulder, CO 80301 <br> (303) 447-8760 (main) <br><br> Samantha B. Kelty <br> AZ No. 024110, TX No. 24085074 <br> kelty@narf.org <br> 950 F Street NW, Suite 1050, <br> Washington, D.C. 20004 <br> (202) 785-4166 (direct) |

- 8 -

*\*\*Admitted in Arizona, D.C. and Nevada.*

| **GILA RIVER INDIAN COMMUNITY** | **TOHONO O'ODHAM NATION** |
|---|---|
| Thomas L. Murphy | Howard M. Shanker (AZ Bar 015547) |
| AZ No. 022953 | Attorney General, Tohono O'odham Nation |
| Javier G. Ramos | |
| AZ No. 017442 | Marissa L. Sites (AZ Bar 027390) |
| Post Office Box 97 | Assistant Attorney General, Tohono O'odham Nation |
| Sacaton, Arizona 85147 | |
| (520) 562-9760 | P.O. Box 830 |
| thomas.murphy@gric.nsn.us | Sells, Arizona  85634 |
| javier.ramos@gric.nsn.us | (520) 383-3410 |
| *Representing Gila River Indian Community Only* | Howard.Shanker@tonation-nsn.gov |
| | Marissa.Sites@tonation-nsn.gov |
| | *Representing Tohono O'odham Nation Only* |

*Attorneys for Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket*

*\* Admitted Pro Hac Vice*

/s/ *Danielle Lang (with permission)*
**UNITED STATES OF AMERICA**
Richard A. Dellheim
Emily R. Brailey
Sejal Jhaveri
Margaret M. Turner
Jennifer J. Yum
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.1815
950 Pennsylvania Avenue, NW
Washington, DC 20530

*Attorneys for the United States*

**FOR DEFENDANTS:**[5]

/s/ *Joshua M. Whitaker*
**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)

*Attorneys for Defendants Attorney General Kris Mayes,*
*ADOT Director Jennifer Toth, and State of Arizona*

/s/ *Kory Langhofer (with permission)*
**STATECRAFT PLLC**
Kory Langhofer, AZ Bar 024722
Thomas Basile, AZ Bar 031150
649 N. Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

**CONSOVOY MCCARTHY PLLC**
Tyler Green*
Cameron T. Norris*
James P. McGlone*
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com
*admitted pro hac vice*

*Counsel for Intervenor-Defendant Republican National Committee*

/s/ *Hannah H. Porter (with permission)*
**GALLAGHER & KENNEDY, P.A.**
Kevin E. O'Malley (Bar No. 006420)

---

[5] Defendant Secretary of State Fontes and the Defendant County Recorders took no part in preparing this supplement.

Hannah H. Porter (Bar No. 029842)
Ashley E. Fitzgibbons (Bar No. 036295)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
kevin.omalley@gknet.com
hannah.porter@gknet.com
ashley.fitzgibbons@gknet.com

*Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*