1   KRISTEN CLARKE                    GARY M. RESTAINO
    Assistant Attorney General        United States Attorney
2   Civil Rights Division             District of Arizona

3

4   RICHARD A. DELLHEIM (NY Bar No. 2564177)
    EMILY R. BRAILEY (DC Bar No. 1684650)
5   SEJAL JHAVERI (NY Bar No. 5396304)
    MARGARET M. TURNER (NY Bar No. 5869045)
6   JENNIFER J. YUN (DC Bar No. 1600953)
7   Attorneys, Voting Section
    Civil Rights Division
8   U.S. Department of Justice
    4CON – Room 8.1815
9   950 Pennsylvania Avenue, NW
    Washington, DC 20530
10  Tel.: (202) 353-5724 / Fax: (202) 307-3961
11  Richard.Dellheim@usdoj.gov
    Emily.Brailey@usdoj.gov
12  Sejal.Jhaveri@usdoj.gov
    Margaret.M.Turner@usdoj.gov
13  Jennifer.Yun@usdoj.gov
14

15  *Attorneys for the United States*

16              IN THE UNITED STATES DISTRICT COURT
17               FOR THE DISTRICT OF ARIZONA

18  Mi Familia Vota, et al.,
                            Plaintiffs,        No. 2:22-cv-00509-SRB (Lead Case)
19                                             No. 2:22-cv-01124-SRB (Consolidated)
20          v.

21  Adrian Fontes, et al.,
                            Defendants.
22

23  And associated consolidated matters.
24

25

26

27

28

1          **<u>REQUEST FOR JUDICIAL NOTICE</u>**

2          Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiffs respectfully

3    ask the Court to take judicial notice of the following facts based on data and documents

4    produced and published by the U.S. Census Bureau, the U.S. Department of Homeland

5    Security, and other federal and state agencies.  Facts that are "not subject to reasonable

6    dispute" insofar as they "can be accurately and readily determined from sources whose

7    accuracy cannot reasonably be questioned" are subject to judicial notice.  Fed. R. Evid.

8    201(b).  Because the proposed facts from the government sources listed above meet that

9    standard, judicial notice is appropriate.[1]

10         U.S. Census population data—and such data produced from other federal and state

11   agencies—is readily ascertainable for purposes of Rule 201.  Because the data at issue are

12   available on government websites, *see* Exhibit 1, this Court may accurately and readily

13   determine the facts at issue.  *See, e.g.*, *Teixeira v. County of Alameda*, 873 F.3d 670, 676

14   n.6 (9th Cir. 2017) (taking judicial notice of county website containing population data);

15   *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir.

16   2006) (taking judicial notice of public records that "can be accessed at Santa Monica's

17   official website").

18         As a result, courts routinely recognize U.S. census data as reliable and appropriate

19   for judicial notice.  *See United States v. Esquivel*, 88 F.3d 722, 726-27 (9th Cir. 1996);

20   *Melendres v. Arpaio*, 989 F. Supp. 2d 822, 858 n.48 (D. Ariz. 2013); *Solid Landings*

21   *Behav. Health, Inc. v. City of Costa Mesa*, No. 14-cv-1838, 2015 WL 13919156, at *2

22   (C.D. Cal. Sept. 18, 2015).  This includes both Decennial Census data and the Census

23   Bureau's American Community Survey (ACS) data.  *See, e.g.*, *PSM Holding Corp. v.*

24   *Nat'l Farm Fin. Corp.*, No. 05-cv-08891, 2013 WL 12080306, at *19 (C.D. Cal. Oct. 8,

25   _____

26   [1] Defendants' positions are as follows: "At the time of filing, the State and Attorney General were still reviewing the motion in detail, but generally agreed that the kinds of documents identified in the motion are appropriate for judicial notice."  "The intervenor-
27   defendants [Republican National Committee], Speaker Toma and President Petersen are also still reviewing the motion in detail to determine whether there are specific documents
28   or proposed facts that [they] do not believe are appropriate for judicial notice."  At the time of filing, the Secretary of State had not communicated a position on this request.

1   2013).  Census data are suitable for use in determining compliance with the Voting Rights

2   Act and certain other federal laws governing elections.  *See, e.g.*, *Benavidez v. City of*

3   *Irving*, 638 F. Supp. 2d 709, 721 (N.D. Tex. 2009); *see also Evenwell v. Abbott*, 578 U.S.

4   54, 63-64 (2016) (using ACS data to determine compliance with one-person one-vote

5   rule); *Montes v. City of Yakima*, 40 F. Supp. 3d 1377, 1392-93 (E.D. Wash. 2014)

6   (overruling objection to use of ACS data in Voting Rights Act case); *Am. C.R. Union v.*

7   *Martinez-Rivera*, 166 F. Supp. 3d 779, 790-91 (W.D. Tex. 2015) (overruling objection to

8   use of census data in NVRA case).

9        Courts similarly recognize data compiled by other government agencies as public

10  records.  *See, e.g.*, *United States v. Orozco-Acosta*, 607 F.3d 1156, 1164 n.5 (9th Cir.

11  2010) (taking judicial notice of statistics compiled by the U.S. Department of Homeland

12  Security); *Paralyzed Veterans of Am. v. McPherson*, No. 06-cv-4670, 2008 WL 4183981,

13  at *5 (N.D. Cal. Sept. 8, 2008) ("[I]nformation on government agency websites . . . have

14  often been treated as proper subjects for judicial notice."); *see also Daniels-Hall v. Nat'l*

15  *Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010).  Thus, this Court may take judicial

16  notice of the below population data, which are statistics that constitute "matters of public

17  record [that are] directly relevant to the issue at hand."  *United States ex rel. Chao v.*

18  *Medtronic PLC*, No. 17-cv-1903, 2021 WL 4816647, at *5 (C.D. Cal. Apr. 12, 2021)

19  (quoting *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011)); *see Khoja v. Orexigen*

20  *Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018).

21       In that same vein, courts may take judicial notice of documents published by

22  government agencies, because such guidance is "publicly available" and "disseminated by

23  a government agency."  *Martinez v. Mead Johnson & Co.*, No. 22-cv-00213, 2022 WL

24  15053334, at *4 (C.D. Cal. Oct. 22, 2022), *appeal dismissed*, No. 23-55141, 2023 WL

25  5246374 (9th Cir. May 30, 2023); *see also Peviani v. Hostess Brands, Inc.*, 750 F. Supp.

26  2d 1111, 1116 (C.D. Cal. 2010) (taking judicial notice of "a regulatory guideline

27  disseminated by the FDA in order to provide nonbinding guidance regarding requirements

28

1    for trans fat labeling"); *Daniels-Hall,* 629 F.3d at 998-99 (taking judicial notice of

2    information published on school districts' websites).

3          Lastly, the contents of the Federal Register are noticeable as a matter of law.  *See*

4    44 U.S.C. § 1507 ("The contents of the Federal Register shall be judicially noticed . . . .");

5    *U.S. v. Woods*, 335 F.3d 993, 1001 (9th Cir. 2003) (holding that the district court

6    "complied with federal law" when it judicially noticed a rule promulgated by the Federal

7    Trade Commission that had been published in the Federal Register); *Bayview Hunters*

8    *Point Cmty. Advocs. v. Metro. Transp. Comm'n*, 366 F.3d 692, 702 n.5 (9th Cir. 2004)

9    (granting request for judicial notice of a proposed rulemaking published in the Federal

10    Register).

11          Accordingly, Plaintiffs request that this Court take judicial notice of the following

12    facts:

13    **<u>U.S. Census Records</u>**

14      1. According to the 2020 Census, Arizona has a total population of 7,151,502.  U.S.

15          Census Bureau, *2020 Decennial Redistricting Data: Table P1* (2021) (Ex. 1),

16          https://data.census.gov/table/DECENNIALPL2020.P1?g=040XX00US04.

17

18      2. According to the 2020 Census, Arizona has a voting-age population of 5,541,976.

19          U.S. Census Bureau, *2020 Decennial Redistricting Data: Table P4* (2021) (Ex. 2),

20          https://data.census.gov/table/DECENNIALPL2020.P4?q=P4&g=040XX00US04.

21      3. Data tabulated in the U.S. Census Bureau's 2021 1-Year American Community

22          Survey ("ACS") B05003 series of tables.  U.S. Census Bureau, *B05003 Sex by Age*

23          *by Nativity and Citizenship Status* (2021) (Ex. 3),

24          https://data.census.gov/table/ACSDT1Y2021.B05003A?t=Populations+and+People&

25          g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

26          Census Bureau, *B05003A Sex by Age by Nativity and Citizenship Status (White*

27          *Alone)* (2021) (Ex. 4),

28          https://data.census.gov/table/ACSDT1Y2021.B05003A?t=Populations+and+People&

          g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

4

1      Census Bureau, *B05003B Sex by Age by Nativity and Citizenship Status (Black or*

2      *African American Alone)* (2021) (Ex. 5),

3      https://data.census.gov/table/ACSDT1Y2021.B05003B?t=Populations+and+People&

4      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

5      Census Bureau, *B05003C Sex by Age by Nativity and Citizenship Status (American*

6      *Indian and Alaska Native Alone)* (2021) (Ex. 6),

7      https://data.census.gov/table/ACSDT1Y2021.B05003C?t=Populations+and+People&

8      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

9      Census Bureau, *B05003D Sex by Age by Nativity and Citizenship Status (Asian*

10      *Alone)* (2021) (Ex. 7),

11      https://data.census.gov/table/ACSDT1Y2021.B05003D?t=Populations+and+People&

12      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

13      Census Bureau, *B05003F Sex by Age by Nativity and Citizenship Status (Some Other*

14      *Race Alone)* (2021) (Ex. 8),

15      https://data.census.gov/table/ACSDT1Y2021.B05003F?t=Populations+and+People&

16      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

17      Census Bureau, *B05003G Sex by Age by Nativity and Citizenship Status (Two or*

18      *More Races)* (2021) (Ex. 9),

19      https://data.census.gov/table/ACSDT1Y2021.B05003G?t=Populations+and+People&

20      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; U.S.

21      Census Bureau, *B05003H Sex by Age by Nativity and Citizenship Status (White*

22      *Alone, Not Hispanic or Latino)* (2021) (Ex. 10),

23      https://data.census.gov/table/ACSDT1Y2021.B05003G?t=Populations+and+People&

24      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables; and U.S.

25      Census Bureau, *B05003I Sex by Age by Nativity and Citizenship Status (Hispanic or*

26      *Latino)* (2021) (Ex. 11),

27      https://data.census.gov/table/ACSDT1Y2021.B05003I?t=Populations+and+People&

28      g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables.

4. Data tabulated in the ACS 5-year Table B05003E on Sex by Age by Nativity and Citizenship Status (Native Hawaiian and Other Pacific Islander Alone).  U.S. Census Bureau, *American Community Survey 2016-2020: Table B05003E* (2020) (Ex. 12), https://data.census.gov/table/ACSDT5Y2020.B05003E?g=040XX00US04&y=2020 &d=ACS+5-Year+Estimates+Detailed+Tables.

5. The 2017-2021 ACS estimated that the citizen voting-age population (CVAP) of Arizona is 5,000,102.  U.S. Census Bureau, *American Community Survey 2017-2021: Table B29001* (2022) (Ex. 13), https://data.census.gov/table/ACSDT5Y2021.B29001?q=B29001:+Citizen,+Voting-Age+Population+by+Age&g=040XX00US04.

6. The 2021-2022 ACS estimated that Arizona's population of naturalized U.S. citizens is 477,730.  U.S. Census Bureau, *American Community Survey 2021-2022: Table DP02* (2022) (Ex. 14), https://data.census.gov/table/ACSDP1Y2022.DP02?q=DP02:+Selected+Social+Characteristics+in+the+United+States&g=040XX00US04.

7. The 2020-2021 ACS estimated that in Arizona, people who identify as Hispanic are 34.0% of the voting-age population—over 1.5 million individuals, and 67.4% of naturalized citizens of voting age.  U.S. Census Bureau, *American Community Survey 2020-2021: Table B05003I, Sex by Age by Nativity and Citizenship Status (Hispanic or Latino)* (2021) (Ex. 11), https://data.census.gov/table/ACSDT1Y2021.B05003I?t=Populations+and+People&g=040XX00US04&y=2021&d=ACS+1-Year+Estimates+Detailed+Tables.

8. The 2016-2020 ACS estimated that, of the Asian American citizens who are of voting age in Arizona, 21,874 are native born males, 35,042 are naturalized males, 21,655 are native born females, and 48,296 are naturalized females.  U.S. Census Bureau, *American Community Survey 2016-2020: Table B05003D* (2020) (Ex. 7),

https://data.census.gov/table/ACSDT5Y2020.B05003D?g=040XX00US04&y=2020 &d=ACS+5-Year+Estimates+Detailed+Tables.

9. The 2016-2020 ACS estimated that, of the Native Hawaiian and Other Pacific Islander citizens who are of voting age in Arizona, 5,066 are native born males, 306 are naturalized males, 3,958 are native born females, and 410 are naturalized females.  U.S. Census Bureau, *American Community Survey 2016-2020: Table B05003E* (2020) (Ex. 12), https://data.census.gov/table/ACSDT5Y2020.B05003E?g=040XX00US04&y=2020 &d=ACS+5-Year+Estimates+Detailed+Tables.

10. According to Census Bureau data from 2020, the below table summarizes the percentage of registered citizen voters by sex, race, and Hispanic-origin in Arizona. U.S. Census Bureau, *Current Population Survey* (November 2020) (Ex. 15), https://www2.census.gov/programs-surveys/cps/tables/p20/585/table04b.xlsx.

| Sex, Race, and Hispanic-Origin | Percent Registered (Citizen) |
|---|---|
| Total | 76.4 |
| Male | 72.4 |
| Female | 80.3 |
| White alone | 76.3 |
| White non-Hispanic alone | 80.1 |
| Black alone | 79.2 |
| Asian alone | 70.2 |
| Hispanic (of any race) | 66.8 |
| White alone or in combination | 76.5 |
| Black alone or in combination | 82.2 |
| Asian alone or in combination | 73.5 |

11. According to the 2020 Census, Arizona's Asian population of voting age is 205,298, and Arizona's Native Hawaiian and Other Pacific Islander population of voting age is 11,803.  U.S. Census Bureau, *2020 Decennial Redistricting Data: Table P3* (2020) (Ex. 16), https://data.census.gov/table/DECENNIALPL2020.P3?t=Voting+and+Registration &g=040XX00US04&moe=false.

12. The 2020-2021 ACS estimated that, for Asian American Arizonans born outside the U.S., 20.9% entered the U.S. between 2000 and 2009, and 35.1% entered in 2010 or later.  U.S. Census Bureau, *American Community Survey 2020-2021: Table S0201* (2021) (Ex. 17),
https://data.census.gov/table/ACSSPP1Y2021.S0201?q=Arizona&t=031:Age+and+Sex:Citizenship&moe=false.

13. The 2016-2020 ACS estimated that the total Asian population over the age of 5 in Arizona is 227,326, of which 3,385 native born and 55,565 foreign born are limited English proficient.[2]  U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005D* (2020) (PX 466) (Ex. 18),
https://data.census.gov/table/ACSDT5Y2020.B16005D?g=040XX00US04&y=2020&d=ACS+5-Year+Estimates+Detailed+Tables.

14. The 2016-2020 ACS estimated that the total Native Hawaiian and Other Pacific Islander population over the age of 5 in Arizona is 13,417, of which 726 native born and 803 foreign born are limited English proficient.  U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005E* (2020) (PX 466) (Ex. 19),
https://data.census.gov/table/ACSDT5Y2020.B16005E?g=040XX00US04&y=2020&d=ACS+5-Year+Estimates+Detailed+Tables.

---

[2] The current definition of LEP is persons who speak English less than very well. The Census Bureau has determined that most respondents over-estimate their English proficiency and therefore, those who answer other than "very well" are deemed LEP.  *See* H.R. Rep. No. 102-655, at 8, as reprinted in 1992 U.S.C.C.A.N. 772.  The Census Bureau noted that research showed that those who reported speaking a non-English language at home and speaking English "very well" performed as well on tests using English written materials as English-only speakers.  However, those who reported speaking a non-English language at home and responded as speaking English "well," "not well," and "not at all" performed worse on the test.  The Census Bureau believed that those respondents could be labeled as LEP and that "they may require materials and instructions in another language in order to vote or secure basic services."  *See* U.S. Census Bureau, Language Use and Linguistic Isolation: Historical Data and Methodological Issues (Feb. 12, 2001) (paper prepared for the session on Language Differences and Linguistic Isolation at the FCSM Statistical Policy Seminar, Bethesda, MD Nov. 8-9, 2000).

15. Facts shared on the page "Arizona: 2020 Census."  U.S. Census Bureau, *Arizona's Population More Than 7 Million in 2020, Up 11.9% Since 2010* (2021) (PX 456) (Ex. 20), https://www.census.gov/library/stories/state-by-state/arizona-population-change-between-census-decade.html.

16. Data tabulated in the ACS 5-year Table B16005 Series on Nativity by Language Spoken at Home by Ability to Speak English for the Population 5 Years and Over. U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005* (2020) (PX 466) (Ex. 21), https://data.census.gov/table/ACSDT5Y2020.B16005?t=Language+Spoken+at+Home&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005A Nativity by Language Spoken at Home by Ability to Speak English For The Population 5 Years And Over (White Alone)* (2020) (PX 466) (Ex. 22), https://data.census.gov/table/ACSDT5Y2020.B16005A?t=Language+Spoken+at+Home&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005B Nativity by Language Spoken at Home by Ability to Speak English For The Population 5 Years And Over (Black or African American Alone)* (2020) (PX 466) (Ex. 23), https://data.census.gov/table/ACSDT5Y2020.B16005B?t=Language+Spoken+at+Home&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005C Nativity by Language Spoken at Home by Ability to Speak English For The Population 5 Years And Over (American Indian and Alaska Native Alone)* (2020) (PX 466) (Ex. 24), https://data.census.gov/table/ACSDT5Y2020.B16005C?t=Language+Spoken+at+Home&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005D Nativity by Language Spoken at Home by Ability to Speak English For The Population 5 Years And Over (Asian Alone)* (2020) (PX 466) (Ex. 18),

1   https://data.census.gov/table/ACSDT5Y2020.B16005D?t=Language+Spoken+at+H
2   ome&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American*
3   *Community Survey 2016-2020: Table B16005E Nativity by Language Spoken at*
4   *Home by Ability to Speak English For The Population 5 Years And Over (Native*
5   *Hawaiian and Other Pacific Islander Alone)* (2020) (PX 466) (Ex. 19),
6   https://data.census.gov/table/ACSDT5Y2020.B16005E?t=Language+Spoken+at+Ho
7   me&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American*
8   *Community Survey 2016-2020: Table B16005F Nativity by Language Spoken at*
9   *Home by Ability to Speak English For The Population 5 Years And Over (Some*
10  *Other Race Alone)* (2020) (PX 466) (Ex. 25),
11  https://data.census.gov/table/ACSDT5Y2020.B16005F?t=Language+Spoken+at+Ho
12  me&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American*
13  *Community Survey 2016-2020: Table B16005G Nativity by Language Spoken at*
14  *Home by Ability to Speak English For The Population 5 Years And Over (Two or*
15  *More Races)* (2020) (PX 466) (Ex. 26),
16  https://data.census.gov/table/ACSDT5Y2020.B16005G?t=Language+Spoken+at+H
17  ome&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American*
18  *Community Survey 2016-2020: Table B16005H Nativity by Language Spoken at*
19  *Home by Ability to Speak English For The Population 5 Years And Over (White*
20  *Alone, Not Hispanic or Latino)* (2020) (PX 466) (Ex. 27),
21  https://data.census.gov/table/ACSDT5Y2020.B16005H?t=Language+Spoken+at+H
22  ome&g=040XX00US04&y=2020&moe=false; U.S. Census Bureau, *American*
23  *Community Survey 2016-2020: Table B16005I Nativity by Language Spoken at*
24  *Home by Ability to Speak English For The Population 5 Years And Over (Hispanic*
25  *or Latino)* (2020) (PX 466) (Ex. 28),
26  https://data.census.gov/table/ACSDT5Y2020.B16005I?t=Language+Spoken+at+Ho
27  me&g=040XX00US04&y=2020&moe=false.
28

17. Data tabulated in the ACS 5-year Table B16008 on Citizenship Status by Age by Language Spoken at Home and Ability to Speak English for The Population 5 Years and Over.  U.S. Census Bureau, *American Community Survey 2017-2021: Table B16008* (2021) (PX 467) (Ex. 29), https://data.census.gov/table/ACSDT5Y2021.B16008?t=Language+Spoken+at+Home&g=040XX00US04&y=2021&moe=false.

18. Data tabulated in the ACS 5-year Table B05005 on Period of Entry by Nativity and Citizenship Status in the United States.  U.S. Census Bureau, *American Community Survey 2017-2021: Table B05005* (2021) (PX 468) (Ex. 30), https://data.census.gov/table/ACSDT5YSPT2021.B05005?q=b05005.

19. According to Census Bureau data from 2020, Americans of Hispanic descent are the community with the lowest percentage of registered citizen voters in Arizona.  U.S. Census Bureau, *Voting and Registration in the November 2020 Election: Table 4(b)* (Ex. 31), https://www.census.gov/data/tables/time-series/demo/voting-and-registration/p20-585.html.

20. The 2020-2021 ACS estimated that, for Hispanic Arizonans born outside the U.S., 24.6% entered the U.S. between 2000 and 2009, and 14.7% entered in 2010 or later. U.S. Census Bureau, *American Community Survey 2020-2021: Table S0502* (2021) (Ex. 32), https://data.census.gov/table/ACSST1Y2021.S0502?q=foreign-born+date+of+entry+arizona.

21. The 2011-2015 ACS estimated that over 15% of Hispanic households in Arizona are limited English speaking.  U.S. Census Bureau, *American Community Survey 2011-2015: Table B16002* (2015) (Ex. 33), https://data.census.gov/table/ACSDT5YSPT2015.B16002?q=Arizona+english+speaking+by+race&t=400.

22. The 2021-2022 ACS estimated that over seventy-five percent of naturalized U.S. citizens in Arizona speak a language other than English at home and over one third

report speaking English less than "very well."  U.S. Census Bureau, *American Community Survey: Table B16005* (2022) (Ex. 34), https://data.census.gov/table/ACSDT1Y2022.B16005?q=B16&g=040XX00US04&d=ACS+1-Year+Estimates+Detailed+Tables.

23. The 2016-2020 ACS estimated that 19.2 percent of Latinos live in a household with an income falling below the poverty line, compared to 9.6 percent of white Arizonans and 14.1 percent of the overall population.  U.S. Census Bureau, *American Community Survey 2016-2020: Table S1703* (2020) (Ex. 35), https://data.census.gov/table/ACSST5Y2020.S1703?q=2020+poverty+arizona.

24. The 2016-2020 ACS estimated that the median household income amongst the Latino population in Arizona is $52,399, compared to $61,529 in the total population and $66,973 amongst white Arizonans.  U.S. Census Bureau, *American Community Survey 2016-2020: Table S1903* (2020) (Ex. 36), https://data.census.gov/table/ACSST5Y2020.S1903?q=2020+median+household+income+arizona+by+ethnicity.

25. The 2016-2020 ACS estimated that 71.7 percent of Latinos in Arizona have received a high school diploma or the equivalent, compared to 94.8 percent of the white population. The 2016-2020 ACS estimated that 14.3 percent of Latinos have a bachelor's degree or higher, compared to 36.6 percent of white Arizonans.  U.S. Census Bureau, *American Community Survey 2016-2020: Table S1501* (2020) (Ex. 37), https://data.census.gov/table/ACSST5Y2020.S1501?q=2020+high+school+diploma+arizona.

26. The 2016-2020 ACS estimated that the unemployment rate for Latinos in Arizona is 6.2 percent, compared to 5.8 percent amongst the overall population and 5.0 percent amongst white Arizonans.  U.S. Census Bureau, *American Community Survey 2016-*

*2020: Table S2301* (2020) (Ex. 38), https://data.census.gov/table/ACSST5Y2020.S2301?q=2020+unemployment+arizona.

27. The 2017-2021 ACS estimated that 17.5% of the Hispanic citizen voting-age population in Arizona are naturalized citizens.  U.S. Census Bureau, *American Community Survey 2017-2021: Table B16008* (2021) (Ex. 39), https://data.census.gov/table/ACSDT5YSPT2021.B16008?q=naturalized+voting+age+citizens+in+arizona&t=-09.

28. The 2016-2020 ACS estimated that over 18% of Spanish-speaking Arizonans speak English "not well" or "not at all."  U.S. Census Bureau, *American Community Survey 2016-2020: Table B16005* (2020) (Ex. 40), https://data.census.gov/table/ACSDT5Y2020.B16005?q=B16005&g=040XX00US04.

29. Facts produced on the page "QuickFacts: Maricopa County, Arizona."  U.S. Census Bureau, *QuickFacts* (2022) (PX 521) (Ex. 41), https://www.census.gov/quickfacts/fact/table/maricopacountyarizona/PST045222.

30. Facts produced on the page "QuickFacts: Pima County, Arizona."  U.S. Census Bureau, *QuickFacts* (2022) (PX 522) (Ex. 42), https://www.census.gov/quickfacts/fact/table/pimacountyarizona/LND110210.

***U.S. Department of Homeland Security Records***

31. According to the Department of Homeland Security (DHS), 969,380 persons became naturalized U.S. citizens during Fiscal Year 2022.  DHS, *Naturalizations* (2023) (Ex. 43), https://www.dhs.gov/immigration-statistics/naturalizations.

32. Data tabulated in the DHS Profiles on Naturalized Citizens by State for Fiscal Years 2015-2022: Arizona.  DHS, *Profiles on Naturalized Citizens* (PX 341-348) (Ex. 44), https://www.dhs.gov/profiles-naturalized-citizens.

33. Data tabulated in the DHS Yearbook of Immigration Statistics, Naturalization Supplementary Data Table 1d for the years 2013-2022.  DHS, *Naturalizations* (Ex. 45), https://www.dhs.gov/immigration-statistics/naturalizations. Note also the versions attached that are filtered to show the Arizona column that summarizes the number of voting age Arizona residents that became naturalized citizens during each of Fiscal Years 2013-2022 as well as the number of Arizona residents that became naturalized citizens by countries of origin.  DHS, *Yearbook of Immigration Statistics 2013, Naturalization Supplementary Data Table 1d* (PX 418) (Ex. 46), (2013_natzsuptable1d.xls); DHS, *Yearbook of Immigration Statistics 2014, Naturalization Supplementary Data Table 1d* (PX 419) (Ex. 47), https://www.dhs.gov/immigration-statistics/yearbook/2014 (2014_natzsuptable1d.xls); DHS, *Yearbook of Immigration Statistics 2015, Naturalization Supplementary Data Table 1d* (PX 420) (Ex. 48), https://www.dhs.gov/immigration-statistics/yearbook/2015 (fy2015_natzsuptable1d.xls); DHS, *Yearbook of Immigration Statistics 2016, Naturalization Supplementary Data Table 1d* (PX 421) (Ex. 49), https://www.dhs.gov/immigration-statistics/yearbook/2016 (fy2016_natzsuptable1d.xls); DHS, *Yearbook of Immigration Statistics 2017, Naturalization Supplementary Data Table 1d* (PX 422) (Ex. 50),

https://www.dhs.gov/immigration-statistics/yearbook/2017

(fy2017_natzsuptable1d.xlsx); DHS, *Yearbook of Immigration Statistics 2018,*

*Naturalization Supplementary Data Table 1d* (PX 423) (Ex. 51),

https://www.dhs.gov/immigration-statistics/yearbook/2018

(fy2018_natzsuptable1d.xlsx); DHS, *Yearbook of Immigration Statistics 2019,*

*Naturalization Supplementary Data Table 1d* (PX 424) (Ex. 52),

https://www.dhs.gov/immigration-statistics/yearbook/2019

(fy2019_natzsuptable1d.xlsx); DHS, *Yearbook of Immigration Statistics 2020,*

*Naturalization Supplementary Data Table 1d* (PX 425) (Ex. 53),

https://www.dhs.gov/immigration-statistics/yearbook/2020

(fy2020_natzsuptable1d.xlsx); DHS, *Yearbook of Immigration Statistics 2021,*

*Naturalization Supplementary Data Table 1d* (PX 426) (Ex. 54),

https://www.dhs.gov/immigration-statistics/yearbook/2021

(fy2021_natzsuptable1d.xlsx); and DHS, *Yearbook of Immigration Statistics 2022,*

*Naturalization Supplementary Data Table 1d* (PX 427) (Ex. 55),

https://www.dhs.gov/immigration-statistics/yearbook/2022

(2023_0818_plcy_yearbook_naturalizations_fy2022.xlsx).

34. According to DHS data listed in paragraph 31, the below table summarizes the number of Arizona residents that became naturalized citizens during each of Fiscal Years 2013-2022, as well as the number of Arizona residents that became naturalized citizens from Asian countries of origin.

| FY | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arizona | 13,165 | 11,268 | 13,748 | 11,374 | 12,462 | 12,072 | 14,277 | 13,672 | 17,512 | 16,396 |
| Asia | 3,579 | 3,173 | 4,043 | 3,314 | 3,206 | 3,170 | 4,469 | 4,570 | 5,471 | 4,923 |

1   ***Other Government Records***

2   35. According to the Federal Register, the definition of "Hispanic or Latino" is: A

3   person of Cuban, Mexican, Puerto Rican, Cuban, South or Central American, or

4   other Spanish culture or origin, regardless of race.  The term, "Spanish origin," can

5   be used in addition to "Hispanic or Latino."  Revisions to the Standards for the

6   Classification of Federal Data on Race and Ethnicity, 62 Fed. Reg. 58782-01 (1997)

7   (Ex. 56); *see also* U.S. Census Bureau, *Improvements to the 2020 Census Race and*

8   *Hispanic Origin Question Designs, Data Processing, and Coding Procedures*, (Aug.

9   3, 2021), https://www.census.gov/newsroom/blogs/random-

10   samplings/2021/08/improvements-to-2020-census-race-hispanic-origin-question-

11   designs.html (accessed October 15, 2023).

12   36. According to the U.S. Election Assistance Commission, the Federal Voter

13   Registration Form is available in 21 languages, including English, Spanish, Bengali,

14   Chinese, Hindi, Japanese, Korean, Tagalog, and Vietnamese.  U.S. Election

15   Assistance Commission *National Mail Voter Registration Form* (Oct. 11, 2023) (Ex.

16   57), https://www.eac.gov/voters/national-mail-voter-registration-form.

17   37. Facts produced on the page "Online Ordering Options" in the Arizona Department

18   of Health Services' "Vital Records," (2023) (PX 382) (Ex. 58),

19   https://www.azdhs.gov/licensing/vital-records/index.php#online-ordering-options.

20   38. Facts produced on the page "United States Passport Fees."  U.S. Department of

21   State, *United States Passport Fees*, (PX 383) (Ex. 59),

22   https://travel.state.gov/content/dam/passports/forms-

23   fees/Fee%20Chart%202023.pdf.

24   39. According to the Center for Disease Control and Prevention, 3,664,292 persons were

25   born in the United States in 2021.  U.S. Center for Disease Control and Prevention,

16

*National Vital Statistics System: Birth Data* (2023) (Ex. 60),

https://www.cdc.gov/nchs/nvss.

40. According to the Arizona Department of Health Services, 76,781 persons were born in Arizona in 2020.  Arizona Department of Health Services, *Population Health and Vital Statistics: Table 5B-3* (Ex. 61), https://pub.azdhs.gov/health-stats/menu/info/trend/index.php?pg=births.

41. According to the Arizona Secretary of State's office, in the November 2020 election in Arizona, 3,387,326 votes were cast for president of the United States.  Arizona Secretary of State, *State of Arizona Official Canvass: 2020 General Election – Nov 03, 2020* (2020) (Ex. 62), https://azsos.gov/sites/default/files/2020_General_State_Canvass.pdf.

42. According to the Arizona Secretary of State's office, the November 2020 presidential election in Arizona was decided by a margin of 10,457 votes, with 1,672,143 votes cast for President Biden and 1,661,686 votes cast for former President Trump.  Arizona Secretary of State, *State of Arizona Official Canvass: 2020 General Election – Nov 03, 2020* (Ex. 62), https://azsos.gov/sites/default/files/2020_General_State_Canvass.pdf.

43. Guidance in the following United States Citizenship and Immigration Services ("USCIS") documents related to its Systematic Alien Verification for Entitlements (SAVE) program: *SAVE: Institute Additional Verification with Document Response - instruction sheet* (2022) (PX 276) (Ex. 63); *SAVE: Records: Fast Facts for Benefit Application – information* (2018) (PX 278) (Ex. 64), and *Information for SAVE Users: US Citizenship* (2020) (PX 411) (Ex. 65).

A proposed order taking judicial notice of these facts is attached hereto.

1

2    Date:  November 3, 2023                  Respectfully submitted,

3

4    GARY M. RESTAINO                         KRISTEN CLARKE
     United States Attorney                   Assistant Attorney General
5    District of Arizona                      Civil Rights Division

6

7
                                              */s/ Margaret M. Turner*
8                                             RICHARD A. DELLHEIM
9                                             EMILY R. BRAILEY
                                              SEJAL JHAVERI
10                                            MARGARET M. TURNER
11                                            JENNIFER J. YUN
                                              Attorneys, Voting Section
12                                            Civil Rights Division
13                                            U.S. Department of Justice
                                              4CON – Room 8.1815
14                                            950 Pennsylvania Avenue, NW
15                                            Washington, DC 20530

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on November 3, 2023, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system, which will send notification of this filing to
3    counsel of record.

4                                             _Margaret M. Turner_
5                                             Margaret M. Turner
Civil Rights Division
6                                             U.S. Department of Justice
7                                             950 Pennsylvania Ave, NW
Washington, DC 20530
8                                             (202) 353-5724
9                                             Margaret.M.Turner@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28