**KRIS MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Timothy.Horley@azag.gov
ACL@azag.gov

*Attorneys for Defendants Attorney General Kris Mayes, ADOT Director Jennifer Toth, and State of Arizona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | **STATE AND ATTORNEY GENERAL'S RESPONSE TO MOTION TO STRIKE (DOC. 621)** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | (Before the Hon. Susan R. Bolton) |
| Defendants. | No. CV-22-00519-PHX-SRB |
| | No. CV-22-01003-PHX-SRB |
| **AND CONSOLIDATED CASES** | No. CV-22-01124-PHX-SRB |
| | No. CV-22-01369-PHX-SRB |
| | No. CV-22-01381-PHX-SRB |
| | No. CV-22-01602-PHX-SRB |
| | No. CV-22-01901-PHX-SRB |

The State and Attorney General take no position on Plaintiffs' Motion to Strike Untimely Supplemental Expert Report and Related Data, and to Partially Exclude Testimony of Dr. Jesse Richman.  *See* Doc. 621.

RESPECTFULLY SUBMITTED this 8th day of November, 2023.

**KRIS MAYES**
**ATTORNEY GENERAL**

By: */s/* Joshua M. Whitaker

Joshua D. Bendor
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn E. Boughton
Timothy E.D. Horley

*Attorneys for Defendants Attorney General Kris Mayes, ADOT Director Jennifer Toth, and State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

By:   /s/ *Joshua M. Whitaker*
        Joshua M. Whitaker