**KRIS MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)
Timothy E.D. Horley (No. 038021)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Hayleigh.Crawford@azag.gov
Joshua.Whitaker@azag.gov
Kathryn.Boughton@azag.gov
Timothy.Horley@azag.gov
ACL@azag.gov

*Attorneys for Defendants Attorney General Kris Mayes, ADOT Director Jennifer Toth, and State of Arizona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | **STATE AND ATTORNEY GENERAL'S RESPONSE TO PLAINTIFFS' MOTION TO OVERRULE OBJECTIONS TO DEPOSITION DESIGNATIONS (DOC. 624)** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | (Before the Hon. Susan R. Bolton) |
| **AND CONSOLIDATED CASES** | No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Plaintiffs ask this Court to overrule:

(1) a defense "global objection" to testimony from seven deposition transcripts on the ground that the deponents are neither "adverse" nor "unavailable" within the meaning of Rule 32, and

(2) more specific defense objections to certain parts of depositions, namely that some questions were leading, called for a legal conclusion, or sought an answer for which the witness lacked personal knowledge or foundation.

*See* Doc. 624.

The State and Attorney General do not oppose Plaintiffs' motion regarding the defense "global objection" regarding the adversity and unavailability of deponents.

However, the State and Attorney General oppose Plaintiffs' motion regarding more specific defense objections. Context is needed to evaluate whether a particular question is improperly leading, calls for a legal conclusion, or seeks an answer for which the witness lacks personal knowledge or foundation.

Moreover, at Plaintiffs' request, the State and Attorney General have been reviewing specific objections to deposition testimony in the hopes that some objections can be voluntarily withdrawn. Indeed, the State and Attorney General have already withdrawn some objections (as Plaintiffs are aware) and are continuing the review process (despite the pendency of trial).

RESPECTFULLY SUBMITTED this 8th day of November, 2023.

**KRIS MAYES**
**ATTORNEY GENERAL**

By: */s/* Joshua M. Whitaker

Joshua D. Bendor
Hayleigh S. Crawford
Joshua M. Whitaker
Kathryn E. Boughton
Timothy E.D. Horley
*Attorneys for Defendants Attorney General Kris Mayes, ADOT Director Jennifer Toth, and State of Arizona*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

By: /s/ *Joshua M. Whitaker*
Joshua M. Whitaker