**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan R. Bolton | **Date:** November 8, 2023 |
| **Case Number:** CV-22-00509-PHX-SRB | |
| **Mi Familia Vota, et al. v. Adrian Fontes, et al.** | |

| | |
|---|---|
| **APPEARANCES:** | **Sadik Huseny, Scott Kanchuger, Amit Makker, Evan Omi, Catherine Rizzoni, Niyati Shah, John Freedman, Michelle Cohen, Jillian Andrews, Christopher Dodge, Elisabeth Frost, Leah Motzkin, Jonathan Sherman, Erika Cervantes, Ernest Herrera, Daniel R. Ortega, Jr., William Mcelhaney, III, Samantha Kelty, Allison Neswood, Richard Dellheim, Sejal Jhaveri, Margaret Turner, and Jennifer Yun** |
| | **Plaintiff(s) Counsel** |
| | **Kathryn Boughton, Timothy Horley, Joshua Whitaker, Craig Morgan and Shayna Stuart** |
| | **Defense Counsel** |
| | **Kory Langhofer Counsel for Intervenor Republican National Committee, Hanna Porter for Intervenor Defendants Warren Petersen and Ben Toma** |

**BENCH TRIAL (Day 3):**

9:01 a.m. **Plaintiffs' case (continued).** Discussion held regarding Plaintiffs' Motion to Strike (Doc. 261), and Plaintiffs' Motion to Overrule Defendants' Objections to Deposition Designations (Doc. 264). The Court will take no action until the Motions are fully briefed. Eric Jorgensen sworn and examined. Exhibits 231, 234 and 428 are admitted. 10:25 a.m. Court is in recess.

10:42 a.m. Court reconvenes. Examination of Eric Jorgensen resumes. Exhibit 767 is admitted. The witness is excused. Yolanda Morales is sworn and examined. The witness is excused. 11:58 p.m. Court is in recess.

1:00 p.m. Court reconvenes. Dr. Eitan Hersh is sworn and examined. Discussion held regarding Plaintiffs' request to admit Exhibit 327. Defense counsel informs the Court that the parties reached an agreement to the admission of all nine (9) expert reports, but not for the truth of the matter. The Court reserves ruling as to whether all, none, or some of the reports will be admitted into evidence. Exhibit 972 is admitted. 2:40 p.m. Court is in recess.

2:55 p.m. Court reconvenes. Examination of Dr. Eitan Hersh resumes. Exhibit 595 is admitted. The witness is excused. Lydia Camarillo is sworn and examined. The witness is excused. Discussion held regarding trial.

**CV-22-00509-PHX-SRB**                                                                 **November 8, 2023**

**Mi Familia Vota, et al. v. Adrian Fontes, et al.**                                    Page 2 of 2

4:12 p.m. Court is adjourned until 9:00 a.m. on November 9, 2023.

Deputy Clerk: Elaine Garcia
Court Reporter: Elaine Cropper (AM)/Elva Cruz-Lauer (PM)

**Start:  9:01 AM**
**Stop:   4: 12 PM**
 Total: 5 hrs 37 mins