LATHAM & WATKINS LLP
  Sadik Huseny *(pro hac vice)*
  *sadik.huseny@lw.com*
  Amit Makker *(pro hac vice)*
  *amit.makker@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

ASIAN AMERICANS ADVANCING JUSTICE-AAJC
  Niyati Shah *(pro hac vice)*
  *nshah@advancingjustice-aajc.org*
  Terry Ao Minnis *(pro hac vice)*
  *tminnis@advancingjustice-aajc.org*
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300

*Additional Counsel Listed on Signature Page*

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., <br><br> Defendants, <br><br> and <br><br> Speaker of the House Ben Toma and Senate President Warren Petersen, <br><br> Intervenor-Defendants. | Case No. 2:22-cv-00509-SRB (Lead) <br><br> **PLAINTIFFS' RESPONSE TO AND MOTION TO OVERRULE DEFENDANTS' SPECIFIC OBJECTIONS TO DEPOSITION DESIGNATIONS** <br><br><br> No. CV-22-00519-PHX-SRB <br> No. CV-22-01003-PHX-SRB <br> No. CV-22-01124-PHX-SRB <br> No. CV-22-01369-PHX-SRB <br> No. CV-22-01381-PHX-SRB <br> No. CV-22-01602-PHX-SRB <br> No. CV-22-01901-PHX-SRB |
| Living United For Change In Arizona, et al., <br><br> Plaintiffs, | |

|   |   |
|---|---|
| 1 | v. |
| 2 | Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., |
| 3 | |
| 4 | Defendant, |
| 5 | and |
| 6 | State of Arizona, et al., |
| 7 | Intervenor-Defendants, |
| 8 | and |
| 9 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 10 | |
| 11 | Intervenor-Defendants. |
| 12 | Poder Latinx, |
| 13 | Plaintiff, |
| 14 | v. |
| 15 | Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., |
| 16 | |
| 17 | Defendants, |
| 18 | and |
| 19 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 20 | |
| 21 | Intervenor-Defendants. |
| 22 | United States of America, |
| 23 | Plaintiff, |
| 24 | v. |
| 25 | State of Arizona, et al., |
| 26 | Defendants, |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | and |
| 2 3 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 4 | Intervenor-Defendants. |
| 5 | Democratic National Committee, et al., |
| 6 | Plaintiffs, |
| 7 | v. |
| 8 9 | Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., |
| 10 | Defendants, |
| 11 | and |
| 12 | Republican National Committee, |
| 13 | Intervenor-Defendant, |
| 14 | and |
| 15 16 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 17 | Intervenor-Defendants. |
| 18 19 | Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition, |
| 20 | Plaintiff, |
| 21 | v. |
| 22 23 | Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., |
| 24 | Defendants, |
| 25 | and |
| 26 27 | Speaker of the House Ben Toma and Senate President Warren Petersen, |
| 28 |  |

|  |
|---|
| Intervenor-Defendants. |

|  |
|---|
| Promise Arizona, et al., |
| Plaintiffs, |
| v. |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., |
| Defendants, |
| and |
| Speaker of the House Ben Toma and Senate President Warren Petersen, |
| Intervenor-Defendants. |

1    Pursuant to the Court's direction during trial on November 6, 2023, the Consolidated Plaintiffs bring this Motion respectfully requesting that the Court overrule objections of the State, Attorney General, Republican National Committee, and Legislators (collectively, "Defendants") to specific deposition designations offered by Plaintiffs. Plaintiffs attempted to confer with Defendants regarding the number of objections addressed in the Exhibit A accompanying charts, but were unable to reach any resolution or agreement to narrow Defendants' objections. Plaintiffs had hoped this would be a narrower set after conferring with Defendants, and believe there is still opportunity and room to narrow both objections and designations, and will endeavor to do so with Defendants. But given the deadline, Plaintiffs herein identify their responses to Defendants current outstanding objections.

Attached as Exhibit A is Defendants' chart from the Joint Proposed Pre-Trial Order (Dkt. 571-7), modified by adding another column with Plaintiffs' responses to the objections; specifically, Plaintiffs have added the column labeled "Plaintiffs' Response," which is also highlighted, and removing designations without objection. Plaintiffs' responses refer to specific paragraphs of their previously-filed Motion (Dkt. 624, attached hereto as Exhibit B for convenience) (indicated by, e.g., "*See* Motion Section" in the chart), but also include information for the specific objection(s) in the chart. Plaintiffs also note Defendants' chart from the Joint Proposed Pre-Trial Order, in some instances attributes larger ranges of testimony than Plaintiffs actually designated. The correct designations for review are those highlighted in Plaintiffs' designations filed with the Joint Pre-Trial Order (Dkt. 571-6). Plaintiffs anticipate that the parties will file final designations reflecting agreements of the parties and the Court's rulings at a later date.

| | | |
|---|---|---|
| 1 | Dated: November 8, 2023 | Respectfully submitted, |
| 2 | | By */s/ Amit Makker* |
| | | LATHAM & WATKINS LLP |
| 3 | | Sadik Huseny (*pro hac vice*) |
| | | Amit Makker (*pro hac vice*) |
| 4 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, CA 94111-6538 |
| 5 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |

ASIAN AMERICANS ADVANCING JUSTICE-AAJC
Niyati Shah (*pro hac vice*)
Terry Ao Minnis (*pro hac vice*)
1620 L Street NW, Suite 1050
Washington, DC 20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318

SPENCER FANE
Andrew M. Federhar (No. 006567)
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition*

2

```
```
## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Amit Makker
Amit Makker