**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan R. Bolton | **Date:** November 9, 2023 |
| **Case Number:** CV-22-00509-PHX-SRB | |
| **Mi Familia Vota, et al. v. Adrian Fontes, et al.** | |

| | |
|---|---|
| **APPEARANCES:** | Hayden Johnson, Jonathan Diaz, Danielle Lang, Andrew Federhar, Sadik Huseny, Scott Kanchuger, Amit Makker, Evan Omi, Catherine Rizzoni, Niyati Shah, Hayden Johnson, Christopher Babbitt, Daniel S. Volchok, John Freedman, Beauregard Patterson, Jonathan Sherman, Alison Neswood, Daniel Arrellano, Alexander Atkins, Mollie DiBrell, Christopher Dodge, Elisabeth Frost, Leah Motzkin, Erika Cervantes, Ernest Herrera, Daniel R. Ortega, Jr., Richard Dellheim, Sejal Jhaveri, and Margaret Turner |
| | **Plaintiff(s) Counsel** |
| | Kathryn Boughton, Timothy Horley, and Joshua Whitaker |
| | **Defense Counsel** |
| | Kory Langhofer Counsel for Intervenor Republican National Committee, Hanna Porter for Intervenor Defendants Warren Petersen and Ben Toma |

**BENCH TRIAL (Day 4):**

8:59 a.m. **Plaintiffs' case (continued).** Discussion held regarding trial schedule. Plaintiffs are directed to provide a redacted and unredacted copy of an engagement letter to determine if the unredacted copy should be provided to Defense Counsel prior to the expert witness testimony. Defendants request for expert witness Dr. Stein to appear via Zoom is granted. Carolina Rodriguez-Greer is sworn and examined. The witness is excused. Martin Quezada is sworn and examined. Exhibits 61, 62 and 67 are admitted. 10:41 a.m. Court is in recess.

10:57 a.m. Court reconvenes. Examination of Martin Quezada resumes. Exhibits 499, 500, 495 are admitted. 11:56 a.m. Court is in recess.

1:00 p.m. Court reconvenes. Examination of Martin Quezada resumes. The witness is excused subject to recall. Dr. Traci Burch is sworn and examined. 2:50 p.m. Court is in recess.

3:05 p.m. Court reconvenes. Examination of Dr. Traci Burch resumes. The witness is excused. Terry Rambler is sworn and examined. The witness is excused. Discussion held regarding the redaction of the expert's engagement letter. Plaintiffs are directed to provide the unredacted version of the engagement letter to Defense Counsel.

4:24 p.m. Court is adjourned until 9:00 a.m. on November 13, 2023.

Deputy Clerk: Elaine Garcia
Court Reporter: Elva Cruz-Lauer (AM)/Elaine Cropper (PM)          **Start: 8:59 AM**
                                                                  **Stop:  4:24 PM**
                                                                   Total: 7 hrs 45 mins