| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 16 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: BEN TOMA, Speaker of the Arizona House of Representatives, in his official Capacity; WARREN PETERSEN, President of the Arizona Senate, in his official capacity,

_____

BEN TOMA, Speaker of the Arizona House of Representatives, in his official capacity; WARREN PETERSEN, President of the Arizona Senate, in his official capacity,

      Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

      Respondent,

MI FAMILIA VOTA; et al.,

      Real Parties in Interest.

No. 23-70179

D.C. No. 2:22-cv-00509-SRB
District of Arizona,
Phoenix

ORDER

Before: RAWLINSON, HURWITZ, and OWENS, Circuit Judges.

The emergency stay by a motions panel of the district court's September 14, 2023 discovery order is hereby lifted, effective immediately. *See* Docket #9.

Having considered the parties' briefing and oral argument, we conclude that the circumstances no longer justify a stay order. *See United States v. Lopez-Armenta*, 400 F.3d 1173, 1175 (9th Cir. 2005) (noting that "the order of the motions panel . . . does not preclude us from reaching a contrary decision").

A written disposition containing the panel's reasoning will be filed in short order.