# EXHIBIT A

# Non-U.S. Plaintiffs' Standing Chart

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| **Mi Familia Vota** | Organizational | Birthplace Requirement | *Frustration of Mission:*<br>ECF No. 65 ¶ 16; ECF No. 150-1 ¶¶ 2-3, 8; Tr. Day 4 AM, 780:18-19, 781:22-784:7, 784:12-14, 784:23-785:23, 786:12-787:3, 787:15-788:8, 788:14-789:4, 791:11-794:6 (Rodriguez-Greer)<br><br>*Diversion of Resources:*<br>ECF No. 150-1 ¶¶ 12-19; Tr. Day 4 AM, 781:9-21, 784:15-22, 786:12-787:3, 787:15-788:8, 791:16-792:4, 792:9-21, 792:24-793:12, 793:25-794:6, 795:22-796:3, 809:24-810:1 (Rodriguez-Greer) |
| | | Citizenship Checkbox Requirement | *Frustration of Mission:*<br>ECF No. 65 ¶ 16; ECF No. 150-1 ¶¶ 2-3, 8; Tr. Day 4 AM, 780:18-19, 781:22-784:7, 784:12-14, 784:23-785:23, 786:12-787:3, 787:15-788:8, 788:14-789:4, 791:11-794:6 (Rodriguez-Greer)<br><br>*Diversion of Resources:*<br>ECF No. 150-1 ¶¶ 12-19; Tr. Day 4 AM, 781:9-21, 784:15-22, 786:12-787:3, 787:15-788:8, 791:16-792:4, 792:9-21, 792:24-793:12, 793:25-794:6, 795:22-796:3, 809:24-810:1 (Rodriguez-Greer) |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | DPOC Requirement | *Frustration of Mission:*<br>ECF No. 65 ¶ 16; ECF No. 150-1 ¶¶ 2-3, 8-9; Tr. Day 4 AM, 780:18-19, 781:22-784:7, 784:12-14, 784:23-785:23, 786:12-787:3, 787:15-788:8, 789:14-790:17, 790:24-791:5, 791:11-794:6 (Rodriguez-Greer)<br><br>*Diversion of Resources:*<br>ECF No. 150-1 ¶¶ 12-19; Tr. Day 4 AM, 781:9-21, 784:15-22, 786:12-787:3, 787:15-788:8, 791:16-792:4, 792:9-21, 792:24-793:12, 793:25-794:6, 795:22-796:3, 809:24-810:1 (Rodriguez-Greer) |
| **Voto Latino** | Organizational | Birthplace Requirement | *Frustration of Mission:*<br>ECF No. 65 ¶ 19; ECF No. 150-2 ¶ 3, Tr. Day 1 PM, 217:4-6, 217:7-218:5, 218:8-219:16, 219:23-221:11, 221:17-225:20, 227:10-228:11, 229:4-15, 230:24-231:12, 237:9-19, 240:4-241:25, 253:22-254:22, 256:2-22 (Patel)<br><br>*Diversion of Resources:*<br>Tr. Day 1 PM, 225:21-226:22, 229:17-230:8, 230:24-231:8, 237:9-19, 238:17-23, 239:6-240:3, 240:20-241:25, 253:22-254:22, 256:9-22 (Patel) |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | Citizenship Checkbox Requirement | *Frustration of Mission:*<br>ECF No. 65 ¶ 19; ECF No. 150-2 ¶ 3, Tr. Day 1 PM, 217:4-6, 217:7-218:5, 218:8-219:16, 219:23-221:11, 221:17-225:20, 227:10-228:11, 229:7-15, 230:24-231:12, 237:9-19, 240:4-241:25, 246:11-13, 253:22-254:22, 256:2-22 (Patel)<br><br>*Diversion of Resources:*<br>Tr. Day 1 PM, 225:21-226:22, 229:17-230:8, 230:24-231:8, 237:9-19, 238:17-23, 239:6-240:3, 240:20-241:25, 253:22-254:22, 256:9-22 (Patel) |
| | | DPOC Requirement | *Frustration of Mission:*<br>ECF No. 65 ¶ 19; ECF No. 150-2 ¶¶ 3, 10, Tr. Day 1 PM, 217:4-6, 217:7-218:5, 218:8-219:16, 219:23-221:11, 221:17-225:20, 229:4-15, 230:24-231:12, 234:11-235:1, 236:9-237:4, 237:9-19, 240:4-241:25, 253:22-254:22, 256:2-22 (Patel)<br><br>*Diversion of Resources:*<br>ECF No. 150-2 ¶ 14, Tr. Day 1 PM, 225:21-226:22, 229:17-230:8, 230:24-231:8, 236:9-237:19, 238:17-23, 239:6-240:3, 240:20-241:25, 253:22-254:22 (Patel) |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| **Poder Latinx** | Organizational | Citizenship Investigation Procedures[1] | *Frustration of Mission:*<br>Tr. Day 5 PM, 1285:6-10, 1285:13-23, 1285:25-1286:5, 1286:8-14, 1286:21-23, 1286:25-1287:4, 1287:7-1287:13, 1287:16-23, 1288:7-21, 1290:5-10, 1290:18-1291:7, 1291:11-25 (Herrera); Tr. Day 6 AM, 1300:25-1301:11, 1300:25-1301:11, 1301:18-1302:4, 1302:18-23 (Herrera).<br><br>*Diversion of Resources:*<br>Tr. Day 5 PM, 1285:6-10, 1285:13-23, 1285:25-1286:5, 1286:8-14, 1286:21-23, 1286:25-1287:4, 1287:7-1287:13, 1287:24-1288:21, 1290:5-10, 1290:18-1291:7, 1291:11-25 (Herrera); Tr. Day 6 AM, 1299:16-1300:22, 1300:25-1301:7, 1302:5-14, 1302:18-23 (Herrera). |
| **Chicanos Por La Causa** | Organizational | Citizenship Investigation Procedures | *Frustration of Mission:*<br>Tr. Day 1 PM, 175:17-19, 176:15-20, 176:22-177:6, 177:9-17, 178:10-179:5, 179:7-9, 179:13-22, 180:1-183:25, 184:5-186:7, 186:11-188:4, 188:7-18, 189:3-190:7, 190:21-191:22, 192:10-11, 193:3-7, 194:13-16, 194:19-195:4, 196:8-197:1, 203:6-22, 207:1-208:2, 208:17-209:5; 213:23-24 (Garcia); Tr. Day 2 PM, 478:4-15, 478:18-479:17, 480:10-24, 481:4-482:21, 482:25-483:14, 483:17-484:10, 484:13-25, 485:21-486:3, 486:6-12, 486:16-487:2, 491:8-15, 493:19-494:2, |

[1] The Citizenship Investigation Procedures ("CIPs") are defined as A.R.S. §§ 16-121.01(D) and 16-121.01(E), as enacted by H.B. 2492 § 4; A.R.S. § 16-143, as enacted by H.B. 2492 § 7; A.R.S. § 16-165(A)(10), as enacted by H.B. 2492 § 8 and amended by H.B. 2243 § 2; and A.R.S. §§ 16-165(G), 16-165(H), 16-165(I), 16-165(J), and 16-165(K), as enacted by H.B. 2243 § 2.

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | | 495:25-496:14, 497:25-498:16, 504:21-506:3 (Guzman).<br><br>*Diversion of Resources:*<br>Tr. Day 1 PM, 175:17-19, 176:15-20, 176:22-177:6, 177:9-17, 178:10-179:5, 179:7-9, 179:7-9, 179:13-22, 180:1-183:25, 184:5-186:7, 186:11-188:4, 188:7-18, 189:3-190:7, 190:21-194:6, 195:24-196:4, 196:18-197:1, 203:6-22, 204:3-12, 208:17-209:5, 214:9-23 (Garcia); Tr. Day 2 PM, 478:4-15, 478:18-479:17, 480:10-24, 481:4-482:21, 482:25-483:14, 483:17-484:10, 484:13-25, 485:5-485:19, 487:9-21, 490:8-9; 491:8-15, 493:19-494:2 (Guzman). |
| **Chicanos Por La Causa Action Fund** | Organizational | Citizenship Investigation Procedures | *Frustration of Mission:*<br>Tr. Day 1 PM, 175:19-20, 176:1-3, 176:15-20, 177:18-22, 178:10-179:5, 179:7-22, 180:1-183:25, 184:5-186:7, 186:11-188:4, 188:7-18, 189:3-190:7, 190:21-191:22, 192:10-11; 193:3-7, 194:13-16, 194:19-195:4, 196:8-197:1, 203:6-22, 207:1-208:2, 208:17-209:5, 213:23-25 (Garcia).<br><br>*Diversion of Resources:*<br>Tr. Day 1 PM, 175:19-20, 176:1-3, 176:15-20, 177:18-22, 178:10-179:5, 179:7-22, 180:1-183:25, 184:5-186:7, 186:11-188:4, 188:7-18,189:3-190:7, 190:21-194:6, 195:24-196:4, 196:18-197:1, 203:6-22, 204:3-12, 208:17-209:5, 214:9-23 (Garcia). |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| **Arizona Asian American Native Hawaiian Pacific Islander for Equity Coalition** | Organizational | Birthplace Requirement | *Frustration of Mission:*<br>Tr. Day 5 PM, 1265:11-13, 1265:18-1268:1, 1272:1-5, 1274:12-18, 1275:4-8, 1276:4-1276:18, 1278:20-1279:25 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 2-10, 16.<br><br>*Diversion or Loss of Resources:*<br>Tr. Day 5 PM, 1270:18-21, 1275:4-8, 1275:16-1276:13, 1278:14-1279:25, 1281:2-9 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 3, 10-16. |
| | | DPOC Requirement | *Frustration of Mission:*<br>Tr. Day 5 PM, 1265:11-13, 1265:18-1268:1, 1272:1-5, 1274:12-18, 1275:4-8, 1276:4-1276:18, 1278:20-1279:25 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 2-10, 16.<br><br>*Diversion or Loss of Resources:*<br>Tr. Day 5 PM, 1270:18-21, 1275:4-8, 1275:16-1276:13, 1278:14-1279:25, 1281:2-9 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 3, 10-16. |
| | | Citizenship Investigation Procedures | *Frustration of Mission:*<br>Tr. Day 5 PM, 1265:11-13, 1265:18-1268:1, 1272:1-5, 1274:12-18, 1275:4-8, 1276:4-1276:18, 1278:20-1279:25 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 2-10, 16.<br><br>*Diversion or Loss of Resources:*<br>Tr. Day 5 PM, 1270:18-21, 1275:4-8, 1275:16-1276:13, 1278:14-1279:25, 1281:2-9 |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | | (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 3, 10-16. |
| | | DPOR Requirement | *Frustration of Mission:*<br>Tr. Day 5 PM, 1265:11-13, 1265:18-1268:1, 1272:1-5, 1274:12-18, 1275:4-8, 1276:4-1276:18, 1278:20-1279:25 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 2-10, 16.<br><br>*Diversion or Loss of Resources:*<br>Tr. Day 5 PM, 1270:18-21, 1275:4-8, 1275:16-1276:13, 1278:14-1279:25, 1281:2-9 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 3, 10-16. |
| | | Prohibition on Presidential Elections and Mail-In Voting | *Frustration of Mission:*<br>Tr. Day 5 PM, 1265:11-13, 1265:18-1268:1, 1272:1-5, 1274:12-18, 1275:4-8, 1276:4-1276:18, 1278:20-1279:25 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 2-10, 16.<br><br>*Diversion or Loss of Resources:*<br>Tr. Day 5 PM, 1270:18-21, 1275:4-8, 1275:16-1276:13, 1278:14-1279:25, 1281:2-9 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 3, 10-16. |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | Rejection of State Form applications | *Frustration of Mission:*<br>Tr. Day 5 PM, 1265:11-13, 1265:18-1268:1, 1272:1-5, 1274:12-18, 1275:4-8, 1276:4-1276:18, 1278:20-1279:25 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 2-10, 16.<br><br>*Diversion or Loss of Resources:*<br>Tr. Day 5 PM, 1270:18-21, 1275:4-8, 1275:16-1276:13, 1278:14-1279:25, 1281:2-9 (Tiwamangkala); *see also* 22-cv-1381, ECF No. 33 ¶¶ 3, 10-16. |
| **Southwest Voter Registration Education Project** | Organizational | DPOC Requirement | Tr. Day 3 PM, 729:10-14, 730:4-6, 730:7-11, 730:12-13, 730:20-23, 731:4-19, 732:8-16, 732:17-21, 735:24-736:7, 736: 9-17, 737:4-15, 738:5-11, 738:21-739:1, 740: 8-19, 741: 6-24, 741:25-742:6, 742:21-743:7, 743:8-18, 743:20-744:8, 744:9-18, 744:19-745:4, 746:21-24, 763:24-764:7 (Camarillo). |
| | | Citizenship Investigation Procedures | Tr. Day 3 PM, 729:10-14, 730:4-6, 730:7-11, 730:12-13, 730:20-23, 731:4-19, 732:8-16, 732:17-21, 735:24-736:7, 736: 9-17, 737:4-15 738:5-11, 738:21-739:1, 740: 8-19, 741: 6-24, 741:25-742:6, 742:21-743:7, 743:8-18, 743:20-744:8, 744:9-18, 744:19-745:4, 746:21-24, 763:24-764:7 (Camarillo). |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| **Promise Arizona** | Organizational | DPOC Requirement | Tr. Day 6 AM, 1307:3-7, 1307:24-1308:3, 7-14, 1309:5-23, 1313:6-8, 15-17, 1314:11-1315:1, 1316:18-20, 1316:24-1317:1, 1318:24-1319:20, 1320:3-1321:20, 1322:20-1323:3, 1328:20-1329:7, 11-20 (Falcon). |
| | | Citizenship Investigation Procedures | Tr. Day 6 AM, 1307:3-7, 1307:24-1308:3, 7-14, 1309:5-23, 1313:6-8, 15-17, 1314:11-1315:1, 1316:18-20, 1316:24-1317:1, 1318:24-1319:20, 1320:3-1321:20, 1322:20-1323:3, 1328:20-1329:7, 11-20 (Falcon). |
| | Associational | DPOC Requirement | Tr. Day 6 AM, 1307:3-7, 1307:24-1308:3, 1308:7-14, 1308:15-1309:4, 1310:16-17, 1313: 6-8, 15-17, 1314:11-23, 1318:24-1319:20, 1321:21-25, 1322:1-14, 1322:20-1323:3 (Falcon). |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | Citizenship Investigation Procedures | Tr. Day 6 AM, 1307:3-7, 1307:24-1308:3, 1308:7-14, 1308:15-1309:4, 1310:16-17, 1313: 6-8, 15-17, 1314:11-23, 1318:24-1319:20, 1321:21-25, 1322:1-14, 1322:20-1323:3 (Falcon). |
| **Arizona Students' Association** | Organizational | DPOC Requirement | Tr. Day 2 PM, 453:12-17, 454:13-456:25, 457:4-7, 458:9-16, 25, 459:11-460:2, 460:7-461:1-5, 467:1-4, 474:6-7 (Nitschke) |
| | | DPOC Requirement | Tr Day 2 PM, 453:23-17, 454:13-456:25, 457:4-7, 458:9-16, 25, 459:11-460:2, 460:7-461:1-5, 467:1-4, 474:6-7 (Nitschke) |
| | | Citizenship Investigation Procedures | Tr. Day 2 PM, 456:3-4, 460:7-461:1-5, 459:1-460:2 (Nitschke) |
| | | Birthplace Requirement | Tr. Day 2 PM, 452:4-11, 453:12-17, 454:13-456:25, 457:4-7, 458:25, 459:11-460:2, 460:7-461:1-5, 467:1-4, 474:6-7 (Nitschke) |
| | | State Form | Tr. Day 2 PM, 451:16-452:3 (Nitschke) |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | Associational | DPOC Requirement | Tr. Day 2 PM, 454:13-456:7; 461:14-20, 462:8-12, 464:18-19, 469:8-470:3 (Nitschke) |
| | | DPOC Requirement | Tr. Day 2 PM, 454:13-456:7; 461:14-20, 462:8-12, 464:18-19 (Nitschke) |
| | | Citizenship Investigation Procedures | Tr. Day 2 PM, 454:13-456:7; 461:14-20, 461:2-462:4, 464:18-19, 468:6-10, 468:13 (Nitschke) |
| | | Birthplace Requirement | Tr. Day 2 PM, 454:13-456:7; 461:14-20, 464:18-19 (Nitschke) |
| | | State Form | Tr. Day 2 PM, 451:16-452:3 (Nitschke) |
| **San Carlos Apache Tribe** | Organizational | DPOR Requirement | Tr. Day 4 PM, 996:18-998:22; 999:10-12; 999:17-1000:23; 1003:10-1004:19 (Rambler) |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | State Form | Tr. Day 4 PM, 996:18-998:22; 999:10-12; 999:17-1000:23; 1003:10-1004:19; 1008:11-1009:15 (Rambler) |
| | Associational | DPOR Requirement | Tr. Day 4 PM, 996:10-998:1; 998:11-22; 999:10-12; 999:24-1000: 5; 1003:22-1004:19; (Rambler) |
| **Democratic National Committee** | Organizational | Citizenship Investigation Procedures | *Organizational and Operational Arm of Democratic Party, Nationally*:<br>Tr. Day 2 PM, 422:10-25 (Reid).<br><br>*Frustration of Mission:*<br>Tr. Day 2 PM, 423:14-425:10; 430:1-431:24; 432:9-25; 433:9-434:2; 441:6-17 (Reid); 510:9-24 (Dick).<br><br>*Diversion of Resources:*<br>Tr. Day 2 PM, 426:4; 431:20-22 (Reid). |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | | Prohibition on Presidential Elections and Mail-In Voting | *Organizational and Operational Arm of Democratic Party, Nationally*:<br>Tr. Day 2 PM, 422:10-25 (Reid).<br><br>*Frustration of Mission:*<br>Tr. Day 2 PM, 423:14-426:16; 427:9-20; 431:16-24; 432:9-25; 433:9-434:2; 441:6-17 (Reid); 510:9-24 (Dick).<br><br>*Diversion of Resources:*<br>Tr. Day 2 PM, 425:11-426:4; 427:21-428:11; 431:20-22 (Reid). |
| | | Birthplace Requirement | *Organizational and Operational Arm of Democratic Party, Nationally*:<br>Tr. Day 2 PM, 422:10-25 (Reid).<br><br>*Frustration of Mission*<br>Tr. Day 2 PM, 428:21-429:25; 441:6-17; 444:7-19 (Reid).<br><br>*Diversion of Resources*<br>Tr. Day 2 PM, 429:19-25; 437:18-439:11 (Reid). |
| | Associational | Citizenship Investigation Procedures<br><br>Prohibition on Presidential Elections and Mail-In Voting<br><br>Birthplace Requirement | Tr. Day 2 PM, 434:10-435:5 (Reid). |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| **Arizona Democratic Party** | Organizational | Citizenship Investigation Procedures | *Organizational and Operational Arm of Democratic Party, In Arizona*:<br>Tr. Day 2 PM, 508:1-3 (Dick).<br><br>*Frustration of Mission:*<br>Tr. Day 2 PM, 508:9-10; 508:19-20; 509:6-24; 510:9-512:25; 516:22-517:11; 517:22-519:2 (Dick).<br><br>*Diversion of Resources:*<br>Tr. Day 2 PM, 517:12-21 (Dick). |
| | | Prohibition on Presidential Elections and Mail-In Voting | *Organizational and Operational Arm of Democratic Party, In Arizona*:<br>Tr. Day 2 PM, 508:1-3 (Dick).<br><br>*Frustration of Mission:*<br>Tr. Day 2 PM, 508:9-10; 508:19-20; 509:6-24; 510:9-512:25; 513:2-21; 517:22-519:2 (Dick).<br><br>*Diversion of Resources:*<br>Tr. Day 2 PM, 513:22-514:16 (Dick). |
| | | Birthplace Requirement | *Organizational and Operational Arm of Democratic Party, In Arizona*:<br>Tr. Day 2 PM, 508:1-3 (Dick).<br><br>*Frustration of Mission:*<br>Tr. Day 2 PM, 508:9-10; 508:19-20; 509:6-24; 516:9-21 (Dick).<br><br>*Diversion of Resources:*<br>Tr. Day 2 PM, 514:17-516:21 (Dick). |

| Plaintiff Organization | Mode of Standing | Challenged Provisions | Supporting Evidentiary Cites |
|---|---|---|---|
| | Associational | Citizenship Investigation Procedures<br><br>Prohibition on Presidential Elections and Mail-In Voting<br><br>Birthplace Requirement | Tr. Day 2 PM, 519:12-520:5; 522:22-523:3 (Dick). |
| **Arizona Coalition for Change** | Organizational | DPOC Requirement | Tr. Day 1 PM, 258:1-261:11; 259:6-11; 262:1-24; 265:4-266:3; 267:7-269:12; 270:20-273:23; 273:25-274:18; 276:21-278:10; 285:2-9; 300:10-301:14 (Bolding) |
| | | DPOR Requirement | Tr. Day 1 PM, 258:1-261:11; 259:6-11; 262:1-24; 265:4-266:3; 267:7-269:12; 270:20-273:23; 273:25-274:18; 276:21-278:10; 285:2-9; 300:10-301:14 (Bolding) |
| | | Citizenship Investigation Procedures | Tr. Day 1 PM, 258:1-261:11; 259:6-11; 262:1-24; 265:4-266:3; 267:7-269:12; 270:20-271:14; 273:25-274:18 (Bolding) |
| | | Birthplace Requirement | Tr. Day 1 PM, 258:1-261:11; 259:6-11; 262:1-24; 265:4-266:3; 267:7-269:12; 270:20-273:23; 273:25-274:18; 276:21-278:10; 285:2-9; 300:10-301:14 (Bolding) |
| | | State Form | Tr. Day 1 PM, 258:1-261:11; 259:6-11; 262:1-24; 265:4-266:3; 267:7-269:12; 270:20-273:23; 273:25-274:18; 276:21-278:10; 285:2-9; 300:10-301:14 (Bolding) |