Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law

Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar No. 032304)
Jillian L. Andrews (Bar No. 034611)
Austin T. Marshall (Bar No. 036582)
**HERRERA ARELLANO LLP**
1001 North Central Avenue
Suite 404
Phoenix, Arizona 85004
Phone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com
austin@ha-firm.com

*Attorneys for Plaintiffs Mi Familia Vota and Voto Latino*
**Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Mi Familia Vota, et al.,

Plaintiffs,

v.

Adrian Fontes, et al.,

Defendants.

AND CONSOLIDATED CASES.

Case No. 2:22-cv-00509-SRB (lead)

**PLAINTIFFS' NOTICE OF FINAL DESIGNATED DEPOSITION TRANSCRIPTS**

No. CV-22-00519-PHX-SRB
No. CV-22-01003-PHX-SRB
No. CV-22-01124-PHX-SRB
No. CV-22-01369-PHX-SRB
No. CV-22-01381-PHX-SRB
No. CV-22-01602-PHX-SRB
No. CV-22-01901-PHX-SRB

Plaintiffs hereby file the final transcripts for all depositions in this matter, which include the combined designations of Plaintiffs (yellow highlight), Defendants (blue highlight), and of all Parties (green highlight). Despite the Parties' efforts, there remain outstanding objections to a number of Plaintiffs' and Defendants' designations, which are contained in the chart of Plaintiffs' designations to which Defendants have objected (ECF Nos. 678-1 and 678-2)[1] and the chart of Defendants' designations to which Plaintiffs have objected (ECF No. 678-3).

A list of all 23 deposition transcripts appears below, separated out by witness type: (1) transcripts of depositions with hybrid witnesses only (*i.e.*, those who testified live at trial), (2) transcripts of depositions with non-hybrid witnesses only (*i.e.*, those who did not testify live at trial), and (3) transcripts of depositions with both hybrid and non-hybrid witnesses (*i.e.*, depositions with multiple deponents).

<u>HYBRID</u>

- 30(b)(6) Apache County Recorder – Annalee Shreeve
- 30(b)(6) of Arizona Department of Transportation – Eric Russell Jorgensen
- 30(b)(6) of Maricopa County Recorder – Janine Petty
- 30(b)(6) of Pima County Recorder – Hilary Hiser
- 30(b)(6) of Arizona Secretary of State – Colleen Connor

<u>NON-HYBRID</u>

- 30(b)(1) of Arizona House Speaker Ben Toma
- 30(b)(1) of Arizona Senate President Warren Petersen
- 30(b)(6) of Cochise County Recorder – David W. Stevens
- 30(b)(6) of Coconino County Recorder – Donna Casner
- 30(b)(6) of Coconino County Recorder – Patty Hansen

[1] This chart replaces and supersedes ECF Nos. 571-7 and 638-1.

- 30(b)(6) of Gila County Recorder – Charlotte Asrarynezami
- 30(b)(6) Graham County Recorder – Polly Merriman
- 30(b)(6) of Greenlee County – Sharie Milheiro
- 30(b)(6) of La Paz County Recorder – Richard Garcia
- 30(b)(6) of Mohave County Recorder – Lydia Durst
- 30(b)(6) of Navajo County Recorder – Jose Lerma
- 30(b)(6) of Pinal County Recorder's Office – Dana Lewis
- 30(b)(6) of Santa Cruz County Recorder – Ana Moreno
- 30(b)(6) of USCIS – Shannon Slattery, Mariah Doolittle, Russell Filighera
- 30(b)(6) of Yavapai County Recorder – Matt Jackson Webber

HYBRID & NON-HYBRID

- 30(b)(6) of Arizona Attorney General – William Knuth (hybrid), Todd Lawson (hybrid), and Keith Thomas (non-hybrid)
- 30(b)(6) of Arizona Secretary of State – Yolanda Morales (hybrid), Russell Smith (non-hybrid)
- 30(b)(6) of Yuma County Recorder – Sarah Johnston (hybrid) and Joann Munoz (non-hybrid)

Dated: December 12, 2023

Respectfully submitted,

*Daniel A. Arellano*
Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar. No. 032304)
Jillian L. Andrews (Bar No. 034611)
Austin T. Marshall (Bar No. 036582)
**HERRERA ARELLANO LLP**
1001 North Central Avenue
Suite 404
Phoenix, Arizona 85004
Phone: (602) 567-4820

roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com
austin@ha-firm.com

Marc E. Elias*
Elisabeth C. Frost*
Christopher D. Dodge*
Mollie DiBrell*
Alexander F. Atkins*
Daniela Lorenzo*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
cdodge@elias.law
mdibrell@elias.law
aatkins@elias.law
dlorenzo@elias.law