UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction ☐ TRO ✓ Non-Jury Trial ✓ Jury Trial

Case Number 2:22-cv-00509  Judge Code SRB  Date 11/06/2023

Mi Familia Vota, et al. vs. Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.

✓ Plaintiff/Petitioner ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Eric Jorgensen<br>ADOT, Director of Motor Vehicle Division | 11/8/2023 | 11/8/2023 |
| Yolanda Morales<br>Secretary of State's Office, Senior Elections Policy Manager | 11/8/2023 | 11/8/2023 |
| Dr. Eitan Hersh<br>Expert Witness | 11/8/2023 | 11/8/2023 |
| Alejandra Gomez<br>LUCHA, Executive Director | | |
| Carolina Rodriguez-Greer<br>Mi Familia Vota, State Director | 11/9/2023 | 11/9/2023 |
| Martin Quezada<br>Former Arizona Senate Member | 11/9/2023 | 11/9/2023 |
| Dr. Traci Burch<br>Expert Witness | 11/9/2023 | 11/9/2023 |
| Lydia Camarillo<br>Southwest Voter Registration Education Project, President | 11/8/2023 | 11/8/2023 |
| Dr. Michael P. McDonald<br>Expert Witness | 11/13/2023 | 11/13/2023 |
| Dr. Orville V. Burton<br>Expert Witness | 11/14/2023 | 11/14/2023 |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number 2:22-cv-00509   Judge Code SRB   Date 11/06/2023

Mi Familia Vota, et al. vs. Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Janine Petty<br>Maricopa County Recorder, Senior Director of Voter Registration | 11/6/2023 | 11/6/2023 |
| Joseph Garcia<br>Chicanos Por La Causa Action Fund, Executive Director | 11/6/2023 | 11/6/2023 |
| Ameer Patel<br>Voto Latino, Managing Director | 11/6/2023 | 11/6/2023 |
| Terry Rambler<br>San Carlos Apache Tribe, Chairman | 11/9/2023 | 11/9/2023 |
| Reginald Bolding<br>Arizona Coalition for Change, Co-Executive Director | 11/6/2023 | 11/6/2023<br>11/7/2023 |
| Colleen Connor<br>Secretary of State's Office, Elections Director | 11/7/2023 | 11/7/2023 |
| Ramsey Reid<br>Democratic National Committee, Director of States | 11/7/2023 | 11/7/2023 |
| Kyle Nitschke<br>Arizona Students' Association, Co-Executive Director | 11/7/2023 | 11/7/2023 |
| Morgan Dick<br>Plaintiff Arizona Democratic Party, Executive Director | 11/7/2023 | 11/7/2023 |
| Lydia Guzman<br>LULAC, State Director | 11/7/2023 | 11/7/2023 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☑ Jury Trial

Case Number: 2:22-cv-00509   Judge Code: SRB   Date: 11/06/2023

Mi Familia Vota, et al. vs. Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Dr. Derek Chang<br>Expert Witness | 11/14/2023 | 11/14/2023 |
| Dr. Lorraine C. Minnite<br>Expert Witness | 11/15/2023 | 11/15/2023 |
| Raquel Teran<br>Former Arizona Senate Member | | |
| Matinie Tiwamangkala<br>Arizona Asian American Native Hawaiian and Pacific Island for Equity Coalition, Democracy Defender Director | 11-13-2023 | 11-13-2023 |
| Nancy Herrera<br>Poder Latinx, Arizona State Program Director | 11-13-2023 | 11-13-2023<br>11-14-2023 |
| Petra Falcon<br>Promise Arizona, Executive Director | 11-14-2023 | 11-14-2023 |