## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### CIVIL EXHIBIT LIST

FILED ___ LODGED
RECEIVED ___ COPY

DEC 1 9 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Jury Trial       DEPUTY

_____ Preliminary Injunction       TRO   X   Non-Jury Trial   Jury Trial

Case Number: 2:22-cv-00509-SRB        Judge Code _____   Date   11/06/2023

Mi Familia Vota et al.    vs.   Fontes et al.

Plaintiff/Petitioner          X Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 700 | | 11-17-2023 | HOUSE SUMMARY of HB 2492: 02/07/2022 Government & Elections (available at https://www.azleg.gov/legtext/55leg/2R/summary/H.HB2 492_020422_GE.pdf) |
| 701 | | 11-17-2023 | HOUSE SUMMARY of HB 2492: 02/18/2022 Caucus & COW (available at https://www.azleg.gov/legtext/55leg/2R/summary/H.HB2 492_021722_CAUCUSCOW.pdf) |
| 702 | | 11-17-2023 | HOUSE SUMMARY of HB 2492: 03/28/2022 Transmitted (available at https://www.azleg.gov/legtext/55leg/2R/summary/H.HB2 492_032822_TRANSMITTED.pdf) |
| 703 | | 11-17-2023 | SENATE FACT SHEET for HB 2492: 03/08/2022 JUD (available at https://www.azleg.gov/legtext/55leg/2R/summary/S.2492 JUD.pdf) |
| 704 | | 11-17-2023 | Governor's Letter regarding HB 2492 (available at https://www.azleg.gov/govlettr/55leg/2r/hb2492.pdf) [Chang 293] |
| 705 | | 11-17-2023 | HOUSE SUMMARY of HB 2243: 01/24/2022 Government & Elections (available at https://www.azleg.gov/legtext/55leg/2R/summary/H.HB2 243_012022_GE.pdf) |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 706 | | 11-17-2023 | HOUSE SUMMARY of HB 2243: 06/29/2022 Transmitted (available at https://www.azleg.gov/legtext/55leg/2R/summary/H.HB2 243_062922_TRANSMITTED.pdf) |
| 707 | | 11-17-2023 | SENATE FACT SHEET for HB 2243: 03/03/2022 GOV (available at https://www.azleg.gov/legtext/55leg/2R/summary/S.2243 GOV.pdf) |
| 708 | | 11-17-2023 | SENATE FACT SHEET for HB 2243: 06/22/2022 GOV As Passed COW (available at https://www.azleg.gov/legtext/55leg/2R/summary/S.2243 GOV_ASPASSEDCOW.pdf) |
| 709 | | | Secretary letter to Governor and AG re 2023 EPM submission [AZSOS-563802 - AZSOS-563803] |
| 710 | | | 2023 EPM submission, 09 29 2023 [AZSOS-563809 - AZSOS-564175] |
| 711 | | | Indictment in Arizona v. Jumper [AG004195 - AG004197] |
| 712 | | | Minute Entry in Arizona v. Jumper [AG004198 - AG004200] |
| 713 | | | Indictment in Arizona v. Greenfield [AG010245 - AG010247] |
| 714 | | | Minute Entry in Arizona v. Greenfield [AG010248 - AG010250] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 715 | | | Investigative records [AG067357 -AG067371] |
| 716 | | | Investigative records [AG067379 -AG067382] |
| 717 | | | Investigative records [AG067388 -AG067388] |
| 718 | | | Investigative records [AG067399 -AG067401] |
| 719 | | | Investigative records [AG067402 -AG067408, Hersh 285] |
| 720 | | | Investigative records [AG067409 -AG067418] |
| 721 | | | Investigative records [AG067424 -AG067437] |
| 722 | | | Investigative records [AG067442 -AG067451] |
| 723 | | | Investigative records [AG092032 -AG092048] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 724 | | | Investigative records [AG092076 -AG092082] |
| 725 | | | Investigative records [AG092098 -AG092107] |
| 726 | | | Investigative records [AG092114 -AG092118] |
| 727 | | | Investigative records [AG092119 -AG092126] |
| 728 | | | Investigative records [AG092127 -AG092132] |
| 729 | | | Investigative records [AG092133 -AG092138] |
| 730 | | | Investigative records [AG092145 -AG092146] |
| 731 | | | Investigative records [AG092154 -AG092164] |
| 732 | | | Investigative records [AG092168 -AG092174] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 733 | | | Investigative records [AG092180 -AG092183] |
| 734 | | | Investigative records [AG092184 -AG092188] |
| 735 | | | Investigative records [AG092189 -AG092194] |
| 736 | | | Investigative records [AG092205 -AG092207] |
| 737 | | | Investigative records [AG092212 -AG092214] |
| 738 | | | Investigative records [AG092231 -AG092236] |
| 739 | | | Investigative records [AG092237 -AG092240] |
| 740 | | | Investigative records [AG092241 -AG092253] |
| 741 | | | Investigative records [AG092284 -AG092290] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 742 | | | Investigative records [AG092291 -AG092297] |
| 743 | | | Summary of Prosecutions [AG134939 -AG134946] |
| 744 | | | Investigative records [AG135171 -AG135174] |
| 745 | | | Investigative records [AG135253 -AG135254] |
| 746 | | | Email re erroneous registrations submitted to Pima County [PIMA COUNTY 0584, Hiser 86] |
| 747 | | | Screenshots of Maricopa County Superior Court juror screening questionnaire [AG136651 -AG136664] |
| 748 | | | Maricopa juror non-citizen non-resident report 781-1- AZSOS-563748 [NC], 748 -2 - AZSOS-563749 [NR] |
| 749 | | | Active voter registration list Maricopa other parties [AZSOS-000639] |
| 750 | | | VRAZ policies [AZSOS-313153 -AZSOS-313398] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 751 | | | J. Petty email re: juror questionnaire [MC 002904 - MC 002909] |
| 752 | | | Criminal Information in U.S. v. Johnson [MOHAVE-000751 -MOHAVE-000753, Durst 56] |
| 753 | | | Judgment in U.S. v. Johnson [MOHAVE-000754 - MOHAVE-000758, Durst 57] |
| 754 | | | Email re: Deceased Voter [SCCR001128 -SCCR001131, Moreno 102] |
| 755 | | | Table of Cancelled Voters [Asrarynezami 136] |
| 756 | | | Text of A.R.S. § 16-579(A)(1) (available at https://www.azleg.gov/ars/16/00579.htm) |
| 757 | | | 2004 Ariz. Legis. Serv. Ch. 184 (S.B. 1250) (Ex. F to State's MSJ) |
| 758 | | | 2003 Ariz. Legis. Serv. Ch. 260 (S.B. 1075) (Ex. E to State's MSJ) |
| 759 | | | 1979 Ariz. Sess. Laws, Ch. 209 (Ex. G to State's MSJ) |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 760 | | | 2004 General Election Publicity Pamphlet (contains information about Prop. 200) |
| 761 | | | Findings of Fact and Conclusions of Law in *Gonzalez*, 2:06cv-01268-ROS (D. Ariz.), Doc. 1041 |
| 762 | | | EAC's request for comment on AZ's request to include additional proof-of-citizenship instructions on the Federal Form.  (EAC-2013-0004-001) |
| 763 | | | AZ's comment in response to the EAC's request, with exhibits.  (EAC-2013-0004-0403.) |
| 764 | | | Summary of Significant Updates in Final 2019 EPM from 2014 EPM (available at https://azsos.gov/sites/default/files/EPM_updates_changes_from_2014_draft.pdf) |
| 765 | | | 2023 EPM Draft for Public Comment, Summary of Changes (available at https://azsos.gov/sites/default/files/20230815_EPM_Summary_of_Changes_DRAFT-FINAL.pdf) |
| 766 | | | 2023 Public Comments on EPM Draft (available at https://azsos.gov/sites/default/files/EPM_Public_Comments_2023_August.pdf) |
| 767 | | 11/8/2023 | Screenshots of voter registration webpages at servicearizona.com [AG136665 -AG136699, Hersh 287] |
| 768 | | | Materials for mitigation hearing in *State v. McKee* (includes chart of public information on voter fraud cases in Arizona) [AG038469 -AG038480] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 769 | | 11/6/2023 | Maricopa County response to RFP 5 re statistics for suspended registrations [MC 000870, Petty 8] |
| 770 | | | Maricopa County C-Canceled records [MC 000979] |
| 771 | | | Maricopa County SDE-Dead End (not registered) records [MC 000980] |
| 772 | | | Maricopa County S-Suspense records [MC 000981] |
| 773 | | 11/6/2023 | Maricopa County letter re missing last name [MC 002990 - MC 002991] |
| 774 | | | Cancelled records Supplement [MC 003166] |
| 775 | | | Suspended records Supplement [MC 003167] |
| 776 | | | Pima County voter data [PIMA COUNTY 0221 -0226, Hiser 85] |
| 777 | | | Pima County voter data (broader document) [PIMA COUNTY 0219 -0536] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 778 | | | Pima County Recorder's Office, EZ Voter Data Entry Instructions [PIMA COUNTY 0160 -0188] |
| 779 | | | Spreadsheet of voter registration data in Santa Cruz County [SCCR000207 - SCCR000701, Moreno 101] |
| 780 | | | Email showing applicant rejected because MVD marked individual as non-citizen [SCCR001309- SCCR001310, Moreno 103] |
| 781 | | | Cochise County spreadsheet of voter registration data [Stevens 126] |
| 782 | | | Cochise County spreadsheet of voter registration data [Stevens 127] |
| 783 | | | Cochise County spreadsheet of cross-state voters [Stevens 128] |
| 784 | | | Spreadsheet of voter registration data in Yavapai County [Webber 164] |
| 785 | | | Spreadsheet of suspended voter registrations in Coconino County [Casner 180] |
| 786 | | | Spreadsheet re cancelled voter registrations in Coconino County [Casner 181] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 787 | | | Spreadsheet of Yuma County voter registration database data [YUMA-000463, Yuma 205] |
| 788 | | | Spreadsheet of Yuma County canceled and suspense voter lists [YUMA-000490, Yuma 206] |
| 789 | | | Email regarding cross state double voting [YUMA-001187 – 001188, Yuma 207] |
| 790 | | | Emails regarding cross state double voting [YUMA-001269 – 001271, Yuma 208] |
| 791 | | | Email and spreadsheet of suspected fraudulent registrations [YUMA-001272 – 001274, Yuma 209] |
| 792 | | | List of cross state double voters [YUMA-001276 – 001277, Yuma 210] |
| 793 | | | Excerpted list of Apache County voter registrations [Shreeve 248] |
| 794 | | | Spreadsheet of voter registration data in Graham County [GRAHAM000375, Merriman 258] |
| 795 | | | VRAC Issue 02 – Adopting Uniform Voter Registration Form "How Registered" and Source Codes [AZSOS-477808 -AZSOS-477809] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 796 | | 11·17·2023 | VRAC Issue 03 – Status & Reason Codes in the Voter Registration Database [AZSOS-477810 -AZSOS-477815] |
| 797 | | | Draft Issue VRAC-2023-001: Uniform procedures for processing the jury report re non-residents [AZSOS-477824] |
| 798 | | | Draft Issue VRAC-2023-002: Uniform procedures for processing the jury report re non-citizens [AZSOS-477825] |
| 799 | | | Draft policy document re: implementation, including as to birth place requirement [AZSOS-225773 - AZSOS-225787] |
| 800 | | | Draft policy document re: implementation, including as to birth place requirement [AZSOS-226113 - AZSOS-226127] |
| 801 | | | Draft policy document re: implementation, including as to birth place requirement [AZSOS-246586 - AZSOS-246600] |
| 802 | | | Guidance for Processing the ERIC Deceased Report [AZSOS-290315 -AZSOS-290316] |
| 803 | | 11\17\2023 | Email from Richer re: voter fraud [AG002707 -AG002713] |
| 804 | | | 2023 Juror NC NR Reports Tracker [AZSOS-563796] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 805 | | 11/7/2023 | Q1 Report to Legislature under ARS 16-165.M [AZSOS-563797 -AZSOS-563798] |
| 806 | | 11/7/2023 | Q2 Report to Legislature under ARS 16-165.M [AZSOS-563799 -AZSOS-563800] |
| 807 | | | Maricopa juror non-resident and non-citizen reports 807-1 - AZSOS-563688, 807-2 - AZSOS-563689, 807-3 - AZSOS-563703, 807-4 - AZSOS-563704, 807-5 - AZSOS-563719, 807-6 - AZSOS-563720, 807-7 - AZSOS-563733, 807-8 - AZSOS-563734, 807-9 - AZSOS-563748, 807-10 - AZSOS-563749, 807-11 - AZSOS-563765, 807-12 - AZSOS-563766, 807-13 - AZSOS-563779, 807-14 - AZSOS-563780, 807-15 - AZSOS-563789, 807-16 - AZSOS-563790 |
| 808 | | | Pima juror non-resident and non-citizen reports 808-1 - AZSOS-563693, 808-2 - AZSOS-563707, 808-3 - AZSOS-563723, 808-4 - AZSOS-563737, 808-5 - AZSOS-563753 |
| 809 | | | Apache juror non-resident and non-citizen reports 809-1 - AZSOS-563680, 809-2 - AZSOS-563698, 809-3 - AZSOS-563712, 809-4 - AZSOS-563728, 809-5 - AZSOS-563742 |
| 810 | | | Cochise juror non-resident and non-citizen reports 810-1 - AZSOS-563682, 810-2 - AZSOS-563713, 810-3 - AZSOS-563729, 810-4 - AZSOS-563743, 810-5 - AZSOS-563759, 810-6 - AZSOS-563773, 810-7 - AZSOS-563786 |
| 811 | | | Coconino juror non-resident and non-citizen reports 811-1 - AZSOS-563683, 811-2 - AZSOS-563699, 811-3 - AZSOS-563714, 811-4 - AZSOS-563730, 811-5 - AZSOS-563744, 811-6 - AZSOS-563760, 811-7 - AZSOS-563774, 811-8 - AZSOS-563787 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 812 | | | Gila juror non-resident and non-citizen reports<br>812-1 - AZSOS-563684, 812-2 - AZSOS-563700,<br>812-3 - AZSOS-563715, 812-4 - AZSOS-563731,<br>812-5 - AZSOS-563745, 812-6 - AZSOS-563761,<br>812-7 - AZSOS-563775 |
| 813 | | | Graham juror non-resident and non-citizen reports<br>813-1 - AZSOS-563685, 813-2 - AZSOS-563701,<br>813-3 - AZSOS-563716, 813-4 - AZSOS-563732,<br>813-5 - AZSOS-563746, 813-6 - AZSOS-563762,<br>813-7 - AZSOS-563776 |
| 814 | | | Greenlee juror non-resident and non-citizen reports<br>814-1 - AZSOS-563686, 814-2 - AZSOS-563702,<br>814-3 - AZSOS-563717, 814-4 - AZSOS-563763,<br>814-5 - AZSOS-563777, 814-6 - AZSOS-563788 |
| 815 | | | La Paz juror non-resident and non-citizen reports<br>815-1- AZSOS-563687, 815-2- AZSOS-563718,<br>815-3- AZSOS-563747, 815-4- AZSOS-563764,<br>815-5- AZSOS-563778 |
| 816 | | | Mohave juror non-resident and non-citizen reports<br>816-1- AZSOS-563690, 816-2- AZSOS-563705,<br>816-3- AZSOS-563721, 816-4- AZSOS-563735,<br>816-5- AZSOS-563750, 816-6- AZSOS-563767,<br>816-7- AZSOS-563781, 816-8- AZSOS-563791 |
| 817 | | | Navajo juror non-resident and non-citizen reports<br>817-1- AZSOS-563691, 817-2- AZSOS-563736,<br>817-3- AZSOS-563751, 817-4- AZSOS-563768,<br>817-5- AZSOS-563782, 817-6- AZSOS-563792 |
| 818 | | | Pinal juror non-resident and non-citizen reports<br>818-1- AZSOS-563694, 818-2- AZSOS-563708,<br>818-3- AZSOS-563724, 818-4- AZSOS-563738,<br>818-5- AZSOS-563754 |
| 819 | | | Santa Cruz juror non-resident and non-citizen reports<br>819-1- AZSOS-563695, 819-2- AZSOS-563709,<br>819-3- AZSOS-563725, 819-4- AZSOS-563739,<br>819-5- AZSOS-563755, 819-6- AZSOS-563769 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 820 | | | Yavapai juror non-resident and non-citizen reports<br>820-1- AZSOS-563696, 820-2- AZSOS-563710,<br>820-3- AZSOS-563726, 820-4- AZSOS-563740,<br>820-5- AZSOS-563756, 820-6- AZSOS-563770,<br>820-7- AZSOS-563783 |
| 821 | | | Yuma juror non-resident and non-citizen reports<br>821-1- AZSOS-563697, 821-2- AZSOS-563711,<br>821-3- AZSOS-563727, 821-4- AZSOS-563741,<br>821-5- AZSOS-563757, 821-6- AZSOS-563771,<br>821-7- AZSOS-563784, 821-8- AZSOS-563795 |
| 822 | | | Arizona Voter Registration Database as of January 5, 2023<br>822-1- AZSOS-477722, 822-2- AZSOS-477723<br>822-3- AZSOS-477724, 822-4- AZSOS-477725<br>822-5- AZSOS-477726, 822-6- AZSOS-477727<br>822-7- AZSOS-477728, 822-8- AZSOS-477729<br>822-9- AZSOS-477730, 822-10- AZSOS-477731<br>822-11- AZSOS-477732 |
| 823 | | | Arizona Voter Registration Database as of February 3, 2023<br>823-1- AZSOS-477733, 823-2- AZSOS-477734<br>823-3- AZSOS-477735, 823-4- AZSOS-477736<br>823-5- AZSOS-477737, 823-6- AZSOS-477738<br>823-7- AZSOS-477739, 823-8- AZSOS-477740<br>823-9- AZSOS-477741, 823-10- AZSOS-477742<br>823-11- AZSOS-477743, 823-12- AZSOS-477744 |
| 824 | | | Arizona Voter Registration Database as of February 28, 2023<br>824-1- AZSOS-477745, 824-2- AZSOS-477746<br>824-3- AZSOS-477747, 824-4- AZSOS-477748<br>824-5- AZSOS-477749, 824-6- AZSOS-477750<br>824-7- AZSOS-477751, 824-8- AZSOS-477752<br>824-9- AZSOS-477753, 824-10- AZSOS-477754<br>824-11- AZSOS-477755, 824-12- AZSOS-477756 |
| 825 | | | Arizona Voter Registration Database as of March 31, 2023<br>825-1- AZSOS-477757, 825-2- AZSOS-477758<br>825-3- AZSOS-477759, 825-4- AZSOS-477760<br>825-5- AZSOS-477761, 825-6- AZSOS-477762<br>825-7- AZSOS-477763, 825-8- AZSOS-477764<br>825-9- AZSOS-477765, 825-10- AZSOS-477766 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | 825-11- AZSOS-477767, 825-12- AZSOS-477768 |
| 826 | | | Arizona Voter Registration Database as of April 28, 2023<br>826-1- AZSOS-477769, 826-2- AZSOS-477770<br>826-3- AZSOS-477771, 826-4- AZSOS-477772<br>826-5- AZSOS-477773, 826-6- AZSOS-477774<br>826-7- AZSOS-477775, 826-8- AZSOS-477776<br>826-9- AZSOS-477777, 826-10- AZSOS-477778<br>826-11- AZSOS-477779, 826-12- AZSOS- 477780 |
| 827 | | | Arizona Voter Registration Database as of May 31, 2023<br>827-1- AZSOS-477781, 827-2- AZSOS-477782<br>827-3- AZSOS-477783, 827-4- AZSOS-477784<br>827-5- AZSOS-477785, 827-6- AZSOS-477786<br>827-7- AZSOS-477787, 827-8- AZSOS-477788<br>827-9- AZSOS-477789, 827-10- AZSOS-477790<br>827-11- AZSOS-477791, 827-12- AZSOS-477792 |
| 828 | | | Arizona Voter Registration Database as of July 3, 2023<br>828-1- AZSOS-477793, 828-2- AZSOS-477794<br>828-3- AZSOS-477795, 828-4- AZSOS-477796<br>828-5- AZSOS-477797, 828-6- AZSOS-477798<br>828-7- AZSOS-477799, 828-8- AZSOS-477800<br>828-9- AZSOS-477801, 828-10- AZSOS-477802<br>828-11- AZSOS-477803, 828-12- AZSOS-477804 |
| 829 | | | Arizona Voter Registration Database (produced 4/20/2023), Active voter registration lists<br>829-1- AZSOS-000637, 828-2- AZSOS-000638<br>829-3- AZSOS-000639, 829-4- AZSOS-000640<br>829-5- AZSOS-000641, 829-6- AZSOS-0006742 |
| 830 | | | Arizona Voter Registration Database (produced 4/20/2023), Canceled voter registration lists<br>830-1- AZSOS-000643, 830-2- AZSOS-000644<br>830-3- AZSOS-000645, 830-4- AZSOS-000646 |
| 831 | | | Arizona Voter Registration Database (produced 4/20/2023), Inactive voter registration lists<br>831-1- AZSOS-000648, 831-2- AZSOS-000649<br>831-3- AZSOS-000650, 831-4- AZSOS-000651 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 832 | | | Arizona Voter Registration Database, Not registered, not eligible, suspense voter registration list, all counties [AZSOS-000653] |
| 833 | | 11-17-2023 | Guide to initiate a SAVE case involving a potentially fraudulent document [USCIS SAVE 000666 – 67, USCIS 199] |
| 834 | | | "Voter Registration" policy [ADOT001331 - ADOT001332] |
| 835 | | | U.S. State Department's Foreign Affairs Manual, 8 FAM 403.4, "Place of Birth" (Ex. H to State's MSJ) [Hersh 286] |
| 836 | | | Apache County Responses to AAAHNPI's First Set of Interrogatories [Shreeve 245] |
| 837 | | | Apache County Responses to Consolidated Plaintiffs' First Set of Requests for Production |
| 838 | | | Apache County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Shreeve 246] |
| 839 | | | Cochise County Response to AAAHNPI's First Set of Interrogatories [Stevens 121] |
| 840 | | | Cochise County Responses to Consolidated Plaintiffs' First Set of Interrogatories |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 841 | | | Cochise County Response to Consolidated Plaintiffs' First Set of Requests for Production [Stevens 122] |
| 842 | | | Coconino County Responses to AAAHNPI's First Set of Requests for Production [Hansen 167] |
| 843 | | | Coconino County Responses to AAAHNPI's First Set of Interrogatories [Hansen 168] |
| 844 | | | Coconino County Response to Consolidated Plaintiffs' First Set of Requests for Production [Hansen 169] |
| 845 | | | Coconino County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Hansen 170] |
| 846 | | | Gila County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Asrarynezami 131] |
| 847 | | | Gila County Responses to Consolidated Plaintiffs' First Set of Requests for Production |
| 848 | | | Graham County Responses to AAAHNPI's First Set of Interrogatories [Merriman 250] |
| 849 | | | Graham County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Merriman 251] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 850 | | | Greenlee County Responses to AAAHNPI's First Set of Requests for Production [Milheiro 239] |
| 851 | | | Greenlee County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Milheiro 240] |
| 852 | | | Greenlee County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Milheiro 241] |
| 853 | | | La Paz County Responses to AAAHNPI's First Set of Requests for Production [Garcia 229] |
| 854 | | | La Paz County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Garcia 230] |
| 855 | | | La Paz County Responses to AAAHNPI's First Set of Interrogatories [Garcia 231] |
| 856 | | | La Paz County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Garcia 232] |
| 857 | | | La Paz County First Supplemental Response to Consolidated Plaintiffs' First Set of Interrogatories [Garcia 233] |
| 858 | | | Maricopa County Responses to AAAHNPI's First Set of Requests for Production [Petty 2] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 859 | | | Maricopa County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Petty 3] |
| 860 | | | Maricopa County Responses to AAAHNPI's First Set of Interrogatories [Petty 4] |
| 861 | | | Maricopa County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Petty 5] |
| 862 | | | Mohave County Responses to AAAHNPI's First Set of Requests for Production [Durst 51] |
| 863 | | | Mohave County Responses to AAAHNPI's First Set of Interrogatories [Durst 52] |
| 864 | | | Mohave County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Durst 55] |
| 865 | | | Mohave County Responses to Consolidated Plaintiffs' First Set of Interrogatories |
| 866 | | | Navajo County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Lerma 40] |
| 867 | | | Navajo County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Lerma 41] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 868 | | | Pima County Responses to AAAHNPI's First Set of Requests for Production [Hiser 63] |
| 869 | | | Pima County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Hiser 64] |
| 870 | | | Pima County Responses to AAAHNPI's First Set of Interrogatories [Hiser 65] |
| 871 | | | Pima County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Hiser 66] |
| 872 | | | Pinal County Responses to AAAHNPI's First Set of Requests for Production [Lewis 88] |
| 873 | | | Pinal County First Supplemental Responses to AAAHNPI's First Set of Requests for Production [Lewis 89] |
| 874 | | | Pinal County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Lewis 90] |
| 875 | | | Pinal County Responses to AAAHNPI's First Set of Interrogatories [Lewis 91] |
| 876 | | | Pinal County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Lewis 91] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 877 | | | Santa Cruz County Responses to AAAHNPI's First Set Interrogatories |
| 878 | | | Santa Cruz County Responses to AAAHNPI's First Set of Requests for Production [Moreno 99] |
| 879 | | | Santa Cruz County Responses to Consolidated Plaintiffs' First Set of Interrogatories |
| 880 | | | Santa Cruz County Amended Responses to Consolidated Plaintiffs' First Set of Requests for Production |
| 881 | | | Yavapai County Responses to AAAHNPI's First Set Interrogatories [Webber 138] |
| 882 | | | Yavapai County First Amended Responses to AAAHNPI's First Set Interrogatories [Webber 139] |
| 883 | | | Yavapai County Responses to Consolidated Plaintiffs' First Set of Requests for Production [Webber 142 (not including YC 202 to YC 341)] |
| 884 | | | Yavapai County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Webber 143] |
| 885 | | | Yuma County Responses to AAAHNPI's First Set of Interrogatories |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 886 | | | Yuma County Responses to Consolidated Plaintiffs' First Set of Interrogatories [Yuma 201] |
| 887 | | | AG's Response to Consolidated Plaintiffs' First Set of Interrogatories [AG 212] |
| 888 | | | AG's First Supplemental Response to Consolidated Plaintiffs' First Set of Interrogatories |
| 889 | | | ADOT Director Jennifer Toth's Response to Consolidated Plaintiffs' First Set of Interrogatories [Jorgensen 105] |
| 890 | | | ADOT Director Jennifer Toth's Responses to Consolidated Plaintiffs' First Set of Requests for Production [Jorgensen 106] |
| 891 | | | Secretary of State's Responses to AAAHNPI's First Set of Requests for Production [Connor 261] |
| 892 | | | Secretary of State's Responses to Consolidated Plaintiffs' First Set of Interrogatories [Connor 262] |
| 893 | | | Secretary of State's Responses to Consolidated Plaintiffs' First Set of Requests for Production [Connor 263] |
| 894 | | | Order re Cross-Motions for Partial Summary Judgment, Mi Familia Vota, et al., v. Fontes, et al., No. CV-22-00509-PHXSRB, ECF 534 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 895 | | | Email re: Juror Questionnaire between G. Blackie and K. Kulik [FEC047- FEC047] |
| 896 | | 11/7/2023 | 2014 General Election Canvass [Minnite 316] |
| 897 | | 11/7/2023 | 2016 Primary Election Canvass [Minnite 317] |
| 898 | | | 2014 General Election Recount Results [Minnite 318] |
| 899 | | | 2016 Primary Election Recount Results [Minnite 319] |
| 900 | | | Hoekstra Report in Response to Burch |
| 901 | | | Hoekstra Report in Response to McDonald |
| 902 | | | Hoekstra Report in Response to Minnite |
| 903 | | | Hoekstra Report in Response to Burch Figure 1 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 904 | | | Hoekstra Report in Response to McDonald Figure 1.1 |
| 905 | | | Hoekstra Report in Response to McDonald Figure 1.2 |
| 906 | | | Hoekstra Report in Response to McDonald Figure 2 |
| 907 | | 11-15-2023 | Hoekstra Report in Response to McDonald Table 1 |
| 908 | | 11-15-2023 | Hoekstra Report in Response to McDonald Table 2 |
| 909 | | 11.15.2023 | Hoekstra Report in Response to McDonald Table 3 |
| 910 | | | Richman Report Final |
| 911 | | | Richman Report Table 1 |
| 912 | | | Richman Report Table 2 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 913 | | | Richman Report Table 3 |
| 914 | | | Richman Report Table 4 |
| 915 | | | Richman Report Table 5 |
| 916 | | | Richman Report Table 6 |
| 917 | | | Richman Report Table 7 |
| 918 | | | Richman Report Table 8 |
| 919 | | | Richman Report Table 9 |
| 920 | | | Richman Report Table 10 |
| 921 | | | Richman Report Table 12 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 922 | | | Richman Report Table 13 |
| 923 | | | Richman Report Table 14 |
| 924 | | | Richman Report Table 15 |
| 925 | | | Richman Supplemental Report |
| 926 | | | Richman Supplement Table 2.1 |
| 927 | | | Richman Supplement Table 2.2 |
| 928 | | | Richman Supplement Table 2.3 |
| 929 | | | Richman Supplement Table 2.4 |
| 930 | | 11·16·2023 | Richman Supplement Table 2.5 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 931 | | | Stein Report Final |
| 932 | | | 2021 Maricopa County juror non-citizen reports<br>932-1 – MC003248 [Jan], 932-2 – MC003245 [Feb]<br>932-3 – MC003257 [Mar], 932-4 – MC003237 [Apr]<br>932-5 – MC003260 [May], 932-6 – MC003254 [June]<br>932-7 – MC003252 [July], 932-8 – MC003235 [Aug]<br>932-9 – MC003267 [Sept], 932-10 – MC003236 [Oct]<br>932-11 – MC003263 [Nov], 932-12 – MC003243 [Dec] |
| 933 | | | 2022 Maricopa County juror non-citizen reports<br>933-1 – MC003249 [Jan], 933-2 – MC003246 [Feb]<br>933-3 – MC003259 [Mar], 933-4 – MC003239 [Apr]<br>933-5 – MC003261 [May], 933-6 – MC003255 [June]<br>933-7 – MC003253 [July], 933-8 – MC003240 [Aug]<br>933-9 – MC003266 [Sept], 933-10 – MC003265 [Oct]<br>933-11 – MC003264 [Nov] |
| 934 | | | 2023 Maricopa County juror non-citizen reports<br>934-1 – MC003250 [Jan], 934-2 – MC003247 [Feb]<br>934-3 – MC003258 [Mar], 934-4 – MC003238 [Apr]<br>934-5 – MC003262 [May], 934-6 – MC003256 [June]<br>934-7 – MC003251 [July], 934-8 – MC003241 [Aug]<br>934-9 – MC003268 [Sept] |
| 935 | | 11/8/2023 | Matching Criteria Sheet [AZSOS-564547- AZSOS-564548, McDonald 307] |
| 936 | | | Federal Registrar, Quarterly Publication of Individuals, Who Have Chosen to Expatriate (Jan. 27, 2023) [McDonald 303] |
| 937 | | | Federal Registrar, Quarterly Publication of Individuals, Who Have Chosen to Expatriate (April 19, 2023) [McDonald 304] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 938 | | | Federal Registrar, Quarterly Publication of Individuals, Who Have Chosen to Expatriate (July 21, 2023) [McDonald 305] |
| 939 | | | Screenshots of NAPHSIS website [McDonald 306] |
| 940 | | | Seeing Double Voting: An Extension of the Birthday Problem, Michael P. McDonald and Justin Levitt [McDonald 308] |
| 941 | | | U.S. State Department's Foreign Affairs Manual, 8 FAM 403.4, "Place of Birth" [Hersh 286] |
| 942 | | | Screenshot of voter registration webpages at servicearizona.com [Hersh 287] |
| 943 | | | How Election Rules Affect Who Wins, Justin Grimmer and Eitan Hersh [Burch 349] |
| 944 | | | Targeting in Medicaid: The costs and enrollment effects of Medicaid's citizenship documentation requirement, Benjamin D. Sommers [Hoekstra 394] |
| 945 | | | ADOT Records [ADOT001768] |
| 946 | | | SOS_132295_Modified_Extract |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 947 | | | They Just Do Not Vote Like They Used To: A Methodology to Empirically Assess Election Fraud, Hood & Gillespie [Hoekstra 385] |
| 948 | | | Photo identification laws and perceptions of electoral fraud, Endres & Panagopoulos [Hoekstra 388] |
| 949 | | | Voting But for the Law: Evidence from Virginia on Photo Identification Requirements [Hoekstra 389] |
| 950 | | | Does threatening their franchise make registered voters more likely to participate? Evidence from an aborted voter purge, Biggers & Smith [Hoekstra 391] |
| 951 | | | The Effects of Voter ID Notification on Voter Turnout, Citrin et al. [Hoekstra 392] |
| 952 | | | Strict ID Laws Don't Stop Voters: Evidence From A U.S. Nationwide Panel, 2008–2018, Cantoni & Pons [Hoekstra 393] |
| 953 | | | Who is mobilized to vote by information about voter ID laws?, Endres & Panagopoulos [Hoekstra 395] |
| 954 | | | Throwing Away the Umbrella: Minority Voting after the Supreme Court's Shelby Decision, Komisarchik & White |
| 955 | | | Do Voter Registration Drives Increase Participation? For Whom and When?, Nickerson [Hoekstra 398] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 956 | | | Administrative Exclusion: Organizations and the Hidden Costs of Welfare Claiming, Brodkin & Majmundar [Hoekstra 400] |
| 957 | | | Economics and Policy Preferences: Causal Evidence Of The Impact Of Economic Conditions On Support For Redistribution And Other Ballot Proposals, Brunner [Hoekstra 401] |
| 958 | | | Modeling Problems in the Voter Identification—Voter Turnout Debate, Erickson and Minnite |
| 959 | | | Obstacles to Estimating Voter ID Laws' Effect on Turnout, Grimmer et al |
| 960 | | | Florida's Voter Fraud Arrests Are Scaring Away Formerly Incarcerated Voters, Lewis and Arriaga |
| 961 | | | (Almost) no one votes without ID, even when they can, Hoekstra & Koppa |
| 962 | | | Do perceptions of electoral malpractice undermine electoral satisfaction? The US in comparative perspective, Norris |
| 963 | | | McCool Report |
| 964 | | | Voting May Be Habit-Forming: Evidence from a Randomized Field Experiment |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 965 | | | Voter Identification Laws and Turnout in the United States, Highton |
| 966 | | | Policymaking by Other Means- Do States Use Administrative Barriers to Limit Access to Medicaid |
| 967 | | | Threat, Mobilization, and Latino Voting in the 2018 Election, Reny et al |
| 968 | | | Politicians' Luck of the Draw: Evidence from the Spanish Christmas Lottery, Bagues and Esteve-Volart |
| 969 | | | How did absentee voting affect the 2020 U.S. election?, Yoder et al |
| 970 | | 11·17·2023 | Declaration of Matthew Martin |
| 971 | | | US_132920_20231103_01 [ADOT supplemental data] |
| 972 | | 11/8/2023 | Demonstrative re Hersh |
| 973 | | 11/15/2023 | Appendix to Hoekstra Report |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 974 | | 11·17·2023 | Quezada Tweets |
| 975 | | 11·17·2023 | Quezada Confirmation Hearing Transcripts 5·31·2023 |
| 976 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |