Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)
Ashley E. Fitzgibbons (Bar No. 036295)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
kevin.omalley@gknet.com
hannah.porter@gknet.com
ashley.fitzgibbons@gknet.com
*Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>          Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.,<br><br>          Defendant.<br><br>AND CONSOLIDATED CASES | No. 2:22-cv-00509-SRB (Lead)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ADMIT CERTAIN DEPOSITION EXHIBITS FROM LEGISLATOR DEFENDANTS' DEPOSITIONS** |

Plaintiffs seek to admit into evidence eight exhibits from the depositions of Speaker Toma and President Petersen. *See* Doc. 675. Included within Plaintiffs' motion was a chart indicating Defendants' objections to the exhibits. *Id.*

Defendants do not believe that any further briefing is necessary with respect to their objections on the grounds of hearsay and relevance (PX No. 599, 602, 603, and 605). To the extent that the Court decides to admit those exhibits not for the truth of the matter asserted but for the effect on the reader, the Court should also admit the two exhibits Defendants marked and seek to move into evidence from Speaker Toma and President Petersen's depositions (DX No. 976, 977). *See* Doc. 680. Just like PX No. 599, Defense Exhibit 976 is an email involving Speaker Toma and Representative Chaplik regarding revisions to HB2617. And like PX No. 605, Defense Exhibit 977 is an email sent by Greg Blackie of the Free Enterprise Club to President Petersen regarding one of the challenged laws.

Defendants maintain their objection that PX No. 598, the House Majority Caucus Notes for February 22, 2022, is cumulative to the transcript of that caucus admitted as PX No. 055. Plaintiffs are the ones who prepared that transcript, which fully covers the portion of the caucus regarding HB2492.

RESPECTFULLY SUBMITTED this 22nd day of December, 2023.

**GALLAGHER & KENNEDY, P.A.**


By:*/s/ Hannah H. Porter*
   Kevin E. O'Malley
   Hannah H. Porter
   Ashley E. Fitzgibbons
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225
   *Attorneys for Intervenor-Defendants*
   *Toma and Petersen*

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By:  /s/ *Joshua M. Whitaker (w/ permission)*
   Joshua D. Bendor (No. 031908)
   Hayleigh S. Crawford (No. 032326)
   Joshua M. Whitaker (No. 032724)
   Kathryn E. Boughton (No. 036105)
   Timothy E.D. Horley (No. 038021)

   *Attorneys for Defendants*
   *Attorney General Kris Mayes,*
   *ADOT Director Jennifer Toth,*
   *and State of Arizona*

**COUNSEL FOR REPUBLICAN**
**NATIONAL COMMITTEE**

By:  /s/ *Thomas Basile (w/ permission)*

Kory Langhofer, AZ Bar 024722
Thomas Basile, AZ Bar 031150
Statecraft PLLC
649 N. Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

Tyler Green*
Cameron T. Norris*
James P. McGlone*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*admitted pro hac vice

*Counsel for Intervenor-Defendant Republican National Committee*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2023, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing.

                       */s/D. Ochoa*

9768302v1/40847-0004