1   John A. Freedman*
2   Jeremy Karpatkin*
    Erica McCabe*
3   Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Ave., N.W.
4   Washington, D.C. 20001
    (202) 942-5000
5   John.Freedman@arnoldporter.com
6   Jeremy.Karpatkin@arnoldporter.com
    Erica.McCabe@arnoldporter.com
7

8   Daniel J. Adelman (011368)
    Arizona Center for Law
9   In the Public Interest
    352 E. Camelback Rd., #200
10  Phoenix, AZ  85012
    (602) 258-8850
11  danny@aclpi.org
12

13

14

15

16  Counsel for Poder Latinx, Chicanos
    Por La Causa, and Chicanos Por La
17  Causa Action Fund

        Leah R. Novak*
        Arnold & Porter Kay Scholer LLP
        250 W. 55th Street
        New York, NY 10019
        (212) 836-8000
        Leah.Novak@arnoldporter.com

        Jon Sherman*
        Michelle Kanter Cohen*
        Beauregard Patterson*
        Fair Elections Center
        1825 K St. NW, Ste. 701
        Washington, D.C. 20006
        (202) 331-0114
        jsherman@fairelectionscenter.org
        mkantercohen@fairelectionscenter.org
        bpatterson@fairelectionscenter.org

        *Admitted pro hac vice

18              **UNITED STATES DISTRICT COURT**
                **DISTRICT OF ARIZONA**
19

20  Mi Familia Vota, et al.,                    Case No. 2:22-cv-00509-SRB (Lead)

21           Plaintiffs,                        **JOINT NOTICE OF ACTION FILED**
                                                **IN SUPERIOR COURT OF**
22       v.                                     **ARIZONA, MARICOPA COUNTY**

23  Adrian Fontes, in his official capacity as
    Arizona Secretary of State, et al.,         No. CV-22-00519-PHX-SRB
24                                              No. CV-22-01003-PHX-SRB
             Defendants,                         No. CV-22-01124-PHX-SRB
25       and                                     No. CV-22-01369-PHX-SRB
    Speaker of the House Ben Toma and Senate     No. CV-22-01381-PHX-SRB
26  President Warren Petersen,                   No. CV-22-01602-PHX-SRB
             Intervenor-Defendants.              No. CV-22-01901-PHX-SRB
27

28

1

2       The undersigned parties hereby provide notice to the Court of the filing of *Petersen*

3  *v. Fontes*, an action by Intervenor-Defendants Warren Petersen and Ben Toma in the

4  Superior Court for the State of Arizona (Maricopa County). Attached as Exhibit A is a

5  copy of the complaint, and attached as Exhibit B is a copy of the motion for a preliminary

6  injunction. Count II of the complaint concerns HB 2243's implementation.

7

8  Date:  February 12, 2024                              Respectfully submitted,

9
                                                          /s/ *Jon Sherman*
10  **ARIZONA CENTER FOR LAW**              **FAIR ELECTIONS CENTER**
    **IN THE PUBLIC INTEREST**              Jon Sherman*
11  Daniel J. Adelman                       Michelle Kanter Cohen*
12  352 E. Camelback Rd., Suite 200         1825 K St. NW, Ste. 450
    Phoenix, AZ  85012                      Washington, D.C. 20006
13  danny@aclpi.org                         jsherman@fairelectionscenter.org
    (602) 258-8850                          mkantercohen@fairelectionscenter.org
14                                          (202) 331-0114

15  **ARNOLD & PORTER**
    **KAYE SCHOLER, LLP**                   **ARNOLD & PORTER**
16  Steven L. Mayer*                        **KAYE SCHOLER, LLP**
17  Three Embarcadero Center, 10th Floor    Jeremy Karpatkin*
    San Francisco, CA 94111                 John A. Freedman*
18  Steve.Mayer@arnoldporter.com            Erica McCabe*
19  (415) 471-3100                          601 Massachusetts Ave., N.W.
                                            Washington, D.C. 20001
20  **ARNOLD & PORTER**                     Jeremy.Karpatkin@arnoldporter.com
    **KAYE SCHOLER, LLP**                   John.Freedman@arnoldporter.com
21  Leah R. Novak*                          Erica.McCabe@arnoldporter.com
22  250 West 55th Street                    (202) 942-5000
    New York, NY 10019
23  Leah.Novak@arnoldporter.com
24  (212) 836-8000

25      *Attorneys for Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa*
                                 *Action Fund*
26

27

28

                                        2

1

/s/ *Amit Makker* (with permission)

2   **LATHAM & WATKINS LLP**       **ASIAN AMERICANS ADVANCING**

Sadik Huseny*                             **JUSTICE-AAJC**

3   *sadik.huseny@lw.com*                Niyati Shah*

Amit Makker*                       *nshah@advancingjustice-aajc.org*

4   *amit.makker@lw.com*                Terry Ao Minnis*

505 Montgomery Street, Suite 2000   *tminnis@advancingjustice-aajc.org*

5   San Francisco, CA 94111-6538       1620 L Street NW, Suite 1050

Telephone: (415) 391-0600           Washington, DC 20036

6   Facsimile: (415) 395-8095            Telephone: (202) 296-2300

7                                      Facsimile: (202) 296-2318

8   **SPENCER FANE**

Andrew M. Federhar

9   (AZ Bar No. 006567)

10  *afederhar@spencerfane.com*

2415 East Camelback Road, Suite 600

11  Phoenix, AZ 85016

Telephone: (602) 333-5430

12  Facsimile: (602) 333-5431

13

*Attorneys for Plaintiff Arizona Asian American Native Hawaiian and Pacific Islander*

14                           *for Equity Coalition*

15

16  /s/ *Erika Cervantes* (with permission)

17  **MEXICAN AMERICAN LEGAL**     **ORTEGA LAW FIRM**

**DEFENSE AND EDUCATIONAL**     Daniel R. Ortega Jr.

18  **FUND**                           361 East Coronado Road, Suite 101

Ernest Herrera*                  Phoenix, AZ 85004-1525

19  Erika Cervantes*                Telephone: (602) 386-4455

20  634 South Spring Street, 11th Floor   Email: danny@ortegalaw.com

Los Angeles, CA 90014

21  Telephone: (213) 629-2512

22  Facsimile: (213) 629-0266

eherrera@maldef.org

23  ecervantes@maldef.org

24                 *Attorneys for Promise Arizona Plaintiffs*

25

26

27

28

3

1

2  /s/ *Joshua Whitaker* (with permission)
   **KRISTIN K. MAYES**

3  **ATTORNEY GENERAL**
   Joshua D. Bendor (No. 031908)

4  Hayleigh S. Crawford (No. 032326)

5  Joshua M. Whitaker (No. 032724)
   Kathryn E. Boughton (No. 036105)

6  Timothy E.D. Horley (No. 038021)

7  2005 N. Central Ave.,
   Phoenix, AZ 85004

8  joshua.bendor@azag.gov
   hayleigh.crawford@azag.gov

9  joshua.whitaker@azag.gov

10 kathryn.boughton@azag.gov
   timothy.horley@azag.gov

11

12 *Attorneys for Defendants Attorney General Kris Mayes, ADOT Director Jennifer Toth,*
   *and State of Arizona*

13

14 By: */s/ Kory Langhofer*

15 Kory Langhofer, Ariz. Bar No. 024722
   Thomas Basile, Ariz. Bar. No. 031150

16 STATECRAFT PLLC
   649 North Fourth Avenue, First Floor

17 Phoenix, Arizona 85003

18 (602) 382-4078
   kory@statecraftlaw.com

19 tom@statecraftlaw.com

20
   *Attorneys for Defendant-Interenor Republican National Committee*

21

22

23

24

25

26

27

28

4

1

2    By: */s/ Hannah H. Porter  (w/permission)*
3    Kevin E. O'Malley (Bar No. 006420)
     Hannah H. Porter (Bar No. 029842)
4    Ashley E. Fitzgibbons (Bar No. 036295)
     GALLAGHER & KENNEDY, P.A.
5    2575 East Camelback Road
     Phoenix, Arizona 85016-9225
6    Telephone: (602) 530-8000
     Facsimile:(602) 530-8500
7    kevin.omalley@gknet.com
8    hannah.porter@gknet.com
     ashley.fitzgibbons@gknet.com
9
          *Attorneys for Intervenor-Defendants Speaker Toma and President Petersen*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on February 12, 2024, I caused the foregoing Joint Notice of

3   Action Filed in Superior Court of Arizona, Maricopa County to be filed electronically with

4   the Clerk of Court through the CM/ECF System for filing; and served on counsel of record

5   via the Court's CM/ECF system.

6

7   Dated: February 12, 2024                              */s/ Jon Sherman*
                                                              Jon Sherman
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28