# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Adrian Fontes, et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED CASES. | Case No. CV-22-00509-PHX-SRB (lead)<br><br>**ORDER GRANTING JOINT MOTION TO HOLD LOCAL CIVIL RULE 54.2(B) DEADLINE IN ABEYANCE**<br><br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

      The non-U.S. Plaintiffs and the United States, as well as the State of Arizona, Attorney General Mayes, the Republican Party Intervenor-Defendants, and the legislator Intervenor-Defendants, jointly move to hold in abeyance the deadline for filing motions for attorneys' fees and costs under Local Civil Rule 54.2(b)(2), pending any appeal in this matter. No party opposes the motion. Upon review of the motion, and for good cause shown, the joint motion is **GRANTED**.

      **IT IS ORDERED** that the deadline for filing motions for attorneys' fees and costs under Local Civil Rule 54.2(b)(2) shall be held in abeyance**.**

**IT IS FURTHER ORDERED** that the deadline for filing motions for attorneys' fees and costs shall begin to run once the United States Court of Appeals for the Ninth Circuit issues a mandate to this Court or, in the event that no appeal is filed, once the time for noticing an appeal from this Court's final judgment has lapsed.

Dated this 22nd day of March, 2024.

_____
Susan R. Bolton
United States District Judge