# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> Adrian Fontes, et al., <br><br>  Defendants. <br><br> AND CONSOLIDATED CASES. | Case No. CV 22-00509-PHX-SRB (lead) <br><br> **ORDER** |

On March 22, 2023 this Court granted the parties Joint Motion for Entry of Judgment Under Rule 58(D) and ordered that "the parties jointly lodge a proposed form of judgment in accordance with the rulings set forth in the Court's Order of September 14, 2023 (ECF No. 534) and the Court's Amended Order of February 29, 2024 (ECF No. 709)." As of the date of this Order no proposed form of judgment has been lodged.

IT IS ORDERED that counsel file a status report within 7 days of the date of this Order.

Dated this 23rd day of April, 2024.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge