**HOLTZMAN, VOGEL, BARAN, TORCHINSKY & JOSEFIAK**
Andrew Gould (No. 013234)
Daniel Tilleman (No. 037422)
Brennan A.R. Bowen (No. 036639)
2575 East Camelback Road, Suite 860
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
dtilleman@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

*Attorneys for Proposed Intervenor-Defendant Arizona Republican Party*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>　　　　Defendants.<br>(consolidated cases) | Case No: 2:22-cv-00509-SRB (Lead)<br><br>**[PROPOSED] ORDER** |

　　　　Having considered Proposed Intervenor-Defendant Arizona Republican Party's Motion to Intervene under Rule 24,

　　　　IT IS HEREBY ORDERED granting Proposed Intervenor-Defendant Arizona Republican Party's intervention as of right and permissively.

　　　　Date: _____

_____
The Honorable Susan R. Bolton
United States District Court