Tyler Green*
Gilbert C. Dickey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
gilbert@consovoymccarthy.com

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendant Republican National Committee*

*admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., <br><br>              Plaintiffs, <br><br>v. <br><br>Adrian Fontes, et al., <br><br>              Defendants. <br>_____ <br><br>**AND CONSOLIDATED CASES** | Case No: 2:22-cv-00509-SRB (Lead) <br><br>**NOTICE OF APPEAL** |

1  Notice is hereby given that Intervenor-Defendants Warren Petersen, in his capacity
2  as President of the Arizona State Senate, Ben Toma, in his capacity as the Speaker of the
3  Arizona House of Representatives, and the Republican National Committee hereby appeal
4  to the United States Court of Appeals for the Ninth Circuit from the final judgment (Doc.
5  720) entered in this action on the 2nd day of May, 2024.
6  President Petersen and Speaker Toma also appeal to the United States Court of
7  Appeals for the Ninth Circuit from the order (Doc. 535) entered in this action on the 14th
8  day of September, 2023 and merged into the final judgment, pursuant to FRAP 3(c)(4).

RESPECTFULLY SUBMITTED this 8th day of May, 2024.

|  |  |
|---|---|
| Gilbert C. Dickey* <br> CONSOVOY MCCARTHY PLLC <br> 1600 Wilson Blvd., Ste. 700 <br> Arlington, VA 22209 <br> (703) 243-9423 <br> gilbert@consovoymccarthy.com <br><br> Tyler Green* <br> CONSOVOY MCCARTHY PLLC <br> 222 S. Main Street, 5th Floor <br> Salt Lake City, UT 84101 <br> tyler@consovoymccarthy.com <br><br> *admitted pro hac vice | By: */s/ Thomas Basile* <br> Kory Langhofer, Ariz. Bar No. 024722 <br> Thomas Basile, Ariz. Bar. No. 031150 <br> STATECRAFT PLLC <br> 649 North Fourth Avenue, First Floor <br> Phoenix, Arizona 85003 <br> (602) 382-4078 <br> kory@statecraftlaw.com <br> tom@statecraftlaw.com <br><br> *Attorneys for Intervenor-Defendant Republican National Committee* <br><br> s/ Hannah H. Porter (with permission) <br> **GALLAGHER & KENNEDY, P.A.** <br> Kevin E. O'Malley (Bar No. 006420) <br> Hannah H. Porter (Bar No. 029842) <br> Ashley E. Fitzgibbons (Bar No. 036295) <br> 2575 East Camelback Road <br> Phoenix, Arizona 85016-9225 <br> Telephone: (602) 530-8000 <br> Facsimile: (602) 530-8500 <br> kevin.omalley@gknet.com <br> hannah.porter@gknet.com <br> ashley.fitzgibbons@gknet.com <br><br> *Attorneys for Intervenor-Defendants Speaker Toma and President Petersen* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/ Thomas Basile