| | |
|---|---|
| 1 | **KRISTIN K. MAYES** |
| | **ATTORNEY GENERAL** |
| 2 | (Firm State Bar No. 14000) |
| 3 | |
| | Joshua D. Bendor (No. 031908) |
| 4 | Hayleigh S. Crawford (No. 032326) |
| | Joshua M. Whitaker (No. 032724) |
| 5 | Kathryn E. Boughton (No. 036105) |
| | Office of the Arizona Attorney General |
| 6 | 2005 N. Central Avenue |
| 7 | Phoenix, AZ 85004-1592 |
| | (602) 542-3333 |
| 8 | Joshua.Bendor@azag.gov |
| | Hayleigh.Crawford@azag.gov |
| 9 | Joshua.Whitaker@azag.gov |
| 10 | Kathryn.Boughton@azag.gov |
| | ACL@azag.gov |
| 11 | |
| 12 | *Attorneys for Defendants* |
| | *Attorney General Kristin K. Mayes,* |
| 13 | *ADOT Director Jennifer Toth* |
| | *and State of Arizona* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | **STATE AND ATTORNEY GENERAL'S NOTICE OF APPEAL** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | (Before the Hon. Susan R. Bolton) |
| Defendants. | |
| **AND CONSOLIDATED CASES** | No. CV-22-00519-PHX-SRB |
| | No. CV-22-01003-PHX-SRB |
| | No. CV-22-01124-PHX-SRB |
| | No. CV-22-01369-PHX-SRB |
| | No. CV-22-01381-PHX-SRB |
| | No. CV-22-01602-PHX-SRB |
| | No. CV-22-01901-PHX-SRB |

Notice is hereby given that Defendants State of Arizona and Attorney General Kris Mayes (collectively "the State") appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment (Doc. 720) entered on May 2, 2024. Specifically, the State intends to appeal only the ruling that the birth place provision in A.R.S. § 16-121.01(A) violates the Materiality Provision of the Civil Rights Act, 52 U.S.C. § 10101(a)(2)(B). *See* Doc. 720 at 3 ¶ 4.

RESPECTFULLY SUBMITTED this 3rd day of June, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: */s/ Joshua M. Whitaker*
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
Joshua M. Whitaker (No. 032724)
Kathryn E. Boughton (No. 036105)

*Attorneys for Defendants*
*Attorney General Kristin K. Mayes,*
*ADOT Director Jennifer Toth*
*and State of Arizona*