Tyler Green*
Gilbert C. Dickey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
gilbert@consovoymccarthy.com

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendant Republican National Committee*

*admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al.,<br>Plaintiffs,<br>v.<br>Adrian Fontes, et al.,<br>Defendants.<br>______________<br>**AND CONSOLIDATED CASES** | Case No: 2:22-cv-00509-SRB (Lead)<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Ninth Circuit Rule 3-2, Intervenor-Defendant/Appellant Republican National Committee provides as follows the names of each party to the consolidated proceeding and, to the best of the undersigned's knowledge, the name and contact information of such party's counsel:

**Appellant Republican National Committee:**

Tyler Green
Gilbert C. Dickey
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
703-243-9423
Email: tyler@consovoymccarthy.com
Email: gilbert@consovoymccarthy.com

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Avenue, Suite B
Phoenix, Arizona 85003
602-382-4078
Email: kory@statecraftlaw.com
Email: tom@statecraftlaw.com

**Appellants Arizona State Senate President Warren Petersen and Speaker of the Arizona House of Representatives Ben Toma:**

Kevin E. O'Malley
Hannah H. Porter
Ashley E. Fitzgibbons
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Road
Phoenix, AZ 85016
602-530-8000
Email: kevin.omalley@gknet.com
Email: hannah.porter@gknet.com
Email: ashley.fitzgibbons@gknet.com

Kory Langhofer
Thomas Basile
STATECRAFT PLLC
649 North Fourth Avenue, Suite B
Phoenix, AZ 85003

602-382-4078
Email: kory@statecraftlaw.com
Email: tom@statecraftlaw.com

**Appellees Mi Familia Vota and Voto Latino:**

Daniel Abraham Arellano
Austin Tyler Marshall
Jillian Laura Andrews
Roy Herrera, Jr.
HERRERA ARELLANO LLP
1001 N Central Ave., Ste. 404
Phoenix, AZ 85004-1500
602-567-4820
Email: austin@ha-firm.com
Email: daniel@ha-firm.com
Email: jillian@ha-firm.com
Email: roy@ha-firm.com

Christopher D. Dodge
Daniela Lorenzo
Elisabeth C. Frost
Marc E. Elias
Qizhou Ge
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
202-968-4513
202-968-4498
Email: cdodge@elias.law
Email: dlorenzo@elias.law
Email: efrost@elias.law
Email: melias@elias.law
Email: age@elias.law

**Appellees Living United for Change in Arizona, League of United Latin American Citizens, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona, Inc., San Carlos Apache Tribe, and Arizona Coalition for Change:**

Alexander Bennett Ritchie
SAN CARLOS APACHE TRIBE - OFFICE OF THE ATTORNEY GENERAL
PO Box 40
San Carlos, AZ 85550
928-475-3344

Email: alex.ritchie@scat-nsn.gov

Ben Clements
Courtney Hostetler
John C Bonifaz
FREE SPEECH FOR PEOPLE
48 N Pleasant St., Ste. 304
Amherst, MA 01002
617-943-1803
Email: bclements@freespeechforpeople.org
Email: chostetler@freespeechforpeople.org
Email: jbonifaz@freespeechforpeople.org

Daniel T Fenske
MAYER BROWN LLP
71 S Wacker Dr.
Chicago, IL 60606
312-701-8926
Email: DFenske@mayerbrown.com

Danielle Marie Lang
Jonathan Diaz
Molly Danahy
Robert Brent Ferguson
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
202-736-2200
Email: dlang@campaignlegalcenter.org
Email: jdiaz@campaignlegal.org
Email: mdanahy@campaignlegalcenter.org
Email: bferguson@campaignlegalcenter.org

Gary A Isaac
William Joseph McElhaney, III
MAYER BROWN LLP
71 S Wacker Dr.
Chicago, IL 60606
312-701-7025
Email: gisaac@mayerbrown.com
Email: WMcElhaney@mayerbrown.com

James Evans Barton, II
BARTON MENDEZ SOTO PLLC
401 W Baseline Rd., Ste, 205

Tempe, AZ 85283
480-550-5165
Email: james@bartonmendezsoto.com

Lee H. Rubin
MAYER BROWN LLP
2 Palo Alto Sq Ste 300
3000 El Camino Real
Palo Alto, CA 94306-2112
650-331-2037
Email: lrubin@mayerbrown.com

Rachel J. Lamorte
MAYER BROWN LLP
1999 K St. NW
Washington, DC 20006
202-263-3262
Email: rlamorte@mayerbrown.com

**Appellee United States of America:**

Jennifer J. Yun
US DEPT OF JUSTICE - VOTING - M STREET
4 Constitution Square
150 M St. NE
Washington, DC 20503
202-305-5533
Email: Jennifer.Yun@usdoj.gov

Richard Dellheim
Margaret Turner
Sejal Jhaveri
Tamar Hagler
US DEPT OF JUSTICE - CIVIL RIGHTS DIV, VOTING SECTION
950 Pennsylvania Ave. NW
Washington, DC 20530
202-353-5724
Email: richard.dellheim@usdoj.gov
Email: margaret.m.turner@usdoj.gov
Email: sejal.jhaveri@usdoj.gov
Email: tamar.hagler@usdoj.gov

**Appellees Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund:**

Andrew Hirschel
Leah R Novak
ARNOLD & PORTER KAYE SCHOLER LLP
250 W 55th St.
New York, NY 10019
212-836-8000
Email: andrew.hirschel@arnoldporter.com
Email: leah.novak@arnoldporter.com

Beauregard William Patterson
Jonathan Sherman
Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1825 K St. NW, Ste. 701
Washington, DC 20006
202-331-0114
Email: bpatterson@fairelectionscenter.org
Email: jsherman@fairelectionscenter.org
Email: mkantercohen@fairelectionscenter.org

Daniel Jay Adelman
ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST
352 E Camelback Rd., Ste. 200
Phoenix, AZ 85012
602-258-8850
Email: danny@aclpi.org

Erica Elaine McCabe
Jeremy Karpatkin
John A Freedman
Leah Motzkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW, Ste. 1000
Washington, DC 20001
202-942-5000
Email: erica.mccabe@arnoldporter.com
Email: jeremy.karpatkin@arnoldporter.com
Email: john.freedman@arnoldporter.com
Email: leah.motzkin@arnoldporter.com

**Appellees Democratic National Committee and Arizona Democratic Party:**

Christopher E. Babbitt
Daniel S. Volchok
Seth P. Waxman
Britany Riley-Swanbeck
WILMER CUTLER PICKERING HALE & DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
202-663-6000
Email: britany.riley-swanbeck@wilmerhale.com
Email: christopher.babbitt@wilmerhale.com
Email: daniel.volchok@wilmerhale.com
Email: seth.waxman@wilmerhale.com

Kelsey Quigley
WILMER CUTLER PICKERING HALE & DORR LLP
2600 El Camino Real, Ste. 400
Palo Alto, CA 94306
650-600-5031
Email: kelsey.quigley@wilmerhale.com

Bruce Edward Samuels
Jennifer Soo Jung Lee-Cota
PAPETTI SAMUELS WEISS MCKIRGAN LLP
16430 N Scottsdale Rd., Ste. 290
Scottsdale, AZ 85254
480-800-3530
Email: bsamuels@pswmlaw.com
Email: jleecota@pswmlaw.com

**Appellee Arizona Asian American Native Hawaiian And Pacific Islander For Equity Coalition:**

Amit Makker
Catherine Anne Rizzoni
Evan Omi
John H. Steinbach
Jordan Mundell
Sadik Huseny
LATHAM & WATKINS LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111
415-391-0600
Email: amit.makker@lw.com

Email: cat.rizzoni@lw.com
Email: evan.omi@lw.com
Email: john.steinbach@lw.com
Email: jordan.mundell@lw.com
Email: sadik.huseny@lw.com

Andrew Mark Federhar
SPENCER FANE LLP
2415 E Camelback Rd., Ste. 600
Phoenix, AZ 85016-4251
602-333-5430
Email: afederhar@spencerfane.com

Niyati Shah
Terry Ao Minnis
ASIAN AMERICANS ADVANCING JUSTICE - AAJC
1620 L St. NW, Ste. 1050
Washington, DC 20036
202-296-2300
Email: nshah@advancingjustice-aajc.org
Email: tminnis@advancingjustice-aajc.org

**Appellees Promise Arizona and Southwest Voter Registration Education Project:**

Daniel R. Ortega, Jr.
ORTEGA LAW FIRM PC
361 E Coronado Rd., Ste. 101
Phoenix, AZ 85004-1525
602-386-4455
Email: danny@ortegalaw.com

Erika Cervantes
Ernest Israel Herrera
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S Spring St., 11th Fl.
Los Angeles, CA 90014
213-629-2512
Email: ecervantes@maldef.org
Email: eherrera@maldef.org

**Appellees Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, and LaDonna Jacket:**

Allison Neswood
Jacqueline De Leon
Matthew L. Campbell
Michael Stephen Carter
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave
Boulder, CO 80302
303-447-8760
Email: neswood@narf.org
Email: jdeleon@narf.org
Email: mcampbell@narf.org
Email: carter@narf.org

Samantha Blencke Kelty
NATIVE AMERICAN RIGHTS FUND
950 F. Street NW, Suite 1050
Washington, D.C. 20004
202-785-4166
Email: kelty@narf.org

David B. Rosenbaum
Joshua J. Messer
OSBORN MALEDON, PA
2929 N Central Ave., 21st Fl.
Phoenix, AZ 85012
602-640-9000
Email: drosenbaum@omlaw.com

Ezra D. Rosenberg
Ryan Snow
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW., Ste. 900
Washington, DC 20005
202-662-8600
Email: erosenberg@lawyerscommittee.org
Email: rsnow@lawyerscommittee.org

Howard Marc Shanker
Marissa L. Sites
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
520-383-3410
Email: howard.shanker@tonation-nsn.gov

Email: marissa.sites@tonation-nsn.gov
*Representing Tohono O'odham Nation Only

**Javier G Ramos**
Gila River Indian Community - Sacaton, AZ
P.O. Box 97
Sacaton, AZ 85147
520-562-9760
Email: javier.ramos@gric.nsn.us
*Representing Gila River Indian Community Only

**Appellee Adrian Fontes, *Arizona Secretary of State*:**

Craig Alan Morgan
Jake Tyler Rapp
Shayna Gabrielle Stuart
SHERMAN & HOWARD LLC
2555 E Camelback Rd., Ste 1050
Phoenix, AZ 85016
602-240-3062
Email: cmorgan@shermanhoward.com
Email: jrapp@shermanhoward.com
Email: sstuart@shermanhoward.com

**Appellees State of Arizona, Arizona Department of Transportation Director Jennifer Toth, and Attorney General Kris Mayes:**

Joshua D. Bendor
Joshua M. Whitaker
Kathryn E. Boughton
Hayleigh S. Crawford
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N Central Ave.
Phoenix, AZ 85004
602-542-8958
Email: joshua.bendor@azag.gov
Email: joshua.whitaker@azag.gov
Email: kathryn.boughton@azag.gov
Email: hayleigh.crawford@azag.gov

**Appellee Larry Noble, *Apache County Recorder*:**

Celeste M. Robertson
APACHE COUNTY ATTORNEY'S OFFICE
P.O. Box 637

Saint Johns, AZ 85936
928-337-7560
Email: crobertson@apachecountyaz.gov

**Appellee David W. Stevens, *Cochise County Recorder*:**

Christine Joyce Roberts
COCHISE COUNTY ATTORNEY'S OFFICE
P.O. Box CA
Bisbee, AZ 85603
520-432-8754
Email: croberts@cochise.az.gov

Paul Correa
CORREA LAW FIRM
10410 SW Bank Rd.
Vashon, WA 98070
520-395-9462
Email: pc@pcorrea.org

**Appellee Patty Hansen, *Coconino County Recorder*:**

Rose Marie Winkeler
FLAGSTAFF LAW GROUP
702 N Beaver St.
Flagstaff, AZ 86001
928-233-6800
Email: rose@flaglawgroup.com

**Appellee Sadie Jo Bingham, *Gila County Recorder*:**

Brad Beauchamp
Jefferson R. Dalton
GILA COUNTY ATTORNEY'S OFFICE
1400 E Ash St.
Globe, AZ 85501
928-402-8630
Email: bbeauchamp@gilacountyaz.gov
Email: jdalton@gilacountyaz.gov

**Appellee Polly Merriman, *Graham County Recorder*:**

Jean Anne Roof
GRAHAM COUNTY ATTORNEY'S OFFICE
800 W Main St.

Safford, AZ 85546
928-428-3620
Email: jroof@graham.az.gov

**Appellee Sharie Milheiro, *Greenlee County Recorder*:**

Gary Griffith
Jeremy Ford
GREENLEE COUNTY ATTORNEY'S OFFICE
P.O. Box 1717
Clifton, AZ 85533-1717
928-865-4108
Email: ggriffith@greenlee.az.gov
Email: sadams@greenlee.az.gov

**Appellee Richard Garcia, *La Paz County Recorder*:**

Jason William Mitchell
Ryan Norton Dooley
LA PAZ COUNTY ATTORNEY'S OFFICE
1320 Kofa Ave.
Parker, AZ 85344
928-669-6118
Email: jmitchell@lapazcountyaz.org
Email: rdooley@lapazcountyaz.org

**Appellee Stephen Richer, *Maricopa County Recorder*:**

Anna Griffin Critz
Jack L O'Connor, III
Joseph Eugene LaRue
MARICOPA COUNTY ATTORNEY'S OFFICE
225 W Madison St.
Phoenix, AZ 85003
602-506-8541
Email: critza@mcao.maricopa.gov
Email: oconnorj@mcao.maricopa.gov
Email: laruej@mcao.maricopa.gov

**Appellee Kristi Blair, *Mohave County Recorder*:**

Ryan Henry Esplin
MOHAVE COUNTY ATTORNEY'S OFFICE
P.O. Box 7000

Kingman, AZ 86402-7000
928-753-0770
Email: EspliR@mohave.gov

**Appellee Michael Sample, *Navajo County Recorder*:**

Jason S. Moore
NAVAJO COUNTY ATTORNEY'S OFFICE
P.O. Box 668
Holbrook, AZ 86025
928-524-4307
Email: jason.moore@navajocountyaz.gov

**Appellee Gabriella Cazares-Kelly, *Pima County Recorder*:**

Daniel S. Jurkowitz
PIMA COUNTY ATTORNEY'S OFFICE
32 N Stone Ave., Ste. 2100
Tucson, AZ 85701
520-740-5750
Email: Daniel.Jurkowitz@pcao.pima.gov

**Appellee Dana Lewis, *Pinal County Recorder*:**

Craig Charles Cameron
PINAL COUNTY ATTORNEY'S OFFICE
P.O. Box 887
Florence, AZ 85132
520-866-6466
Fax: 520-866-6521
Email: craig.cameron@pinal.gov

**Appellee Anita Moreno, *Santa Cruz County Recorder*:**

Christina Estes-Werther
Justin Scott Pierce
PIERCE COLEMAN PLLC
7730 E Greenway Rd., Ste. 105
Scottsdale, AZ 85260
602-772-5506
Email: christina@piercecoleman.com
Email: justin@piercecoleman.com

Kimberly Janiece Hunley
William Moran, II

SANTA CRUZ COUNTY ATTORNEY
2150 N Congress Dr., Ste. 201
Nogales, AZ 85621-1090
520-375-7780
Email: khunley@santacruzcountyaz.gov
Email: wmoran@santacruzcountyaz.gov

**Appellee Michelle Burchill, *Yavapai County Recorder*:**

Thomas M. Stoxen
Michael James Gordon
YAVAPAI COUNTY ATTORNEY'S OFFICE
255 E Gurley St.
Prescott, AZ 86301
928-554-8725
Email: michael.gordon@yavapaiaz.gov
Email: thomas.stoxen@yavapaiaz.gov

**Appellee Richard Colwell, *Yuma County Recorder*:**

William J Kerekes
OFFICE OF THE YUMA COUNTY ATTORNEY
250 W 2nd St., Ste. G
Yuma, AZ 85364
928-817-4300
Email: bill.kerekes@yumacountyaz.gov

RESPECTFULLY SUBMITTED this 3rd day of June, 2024.

By: /s/ *Thomas Basile*
Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

Gilbert C. Dickey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com

Tyler Green*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
tyler@consovoymccarthy.com

*admitted pro hac vice

*Attorneys for Intervenor-Defendant Republican National Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

*/s/ Thomas Basile*