1   Tyler Green*
2   Gilbert C. Dickey*
    CONSOVOY MCCARTHY PLLC
3   1600 Wilson Blvd., Ste. 700
    Arlington, VA 22209
4   (703) 243-9423
5   tyler@consovoymccarthy.com
    gilbert@consovoymccarthy.com
6
7   Kory Langhofer, Ariz. Bar No. 024722
    Thomas Basile, Ariz. Bar. No. 031150
8   STATECRAFT PLLC
    649 North Fourth Avenue, First Floor
9   Phoenix, Arizona 85003
    (602) 382-4078
10  kory@statecraftlaw.com
11  tom@statecraftlaw.com

12  *Attorneys for Intervenor-Defendant Republican National Committee*

13  *admitted pro hac vice
14

15              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF ARIZONA**
16

| | |
|---|---|
| 17   Mi Familia Vota, et al., | |
| 18                   Plaintiffs, | Case No: 2:22-cv-00509-SRB (Lead) |
|     v. | |
| 19   | |
| 20    Adrian Fontes, et al., | **INTERVENOR-DEFENDANTS' NOTICE OF WAIVER OF REPLY** |
| 21                   Defendants. | |
| 22   _____ | |
| 23   **AND CONSOLIDATED CASES** | |

24

25

26

27

1        As indicated in their Motion for a Partial Stay of the Injunction Pending Appeal

2  (Doc. 730 at 17), Intervenor-Defendants Warren Petersen, in his official capacity as the

3  President of the Arizona State Senate, Ben Toma, in his official capacity as the Speaker of

4  the Arizona House of Representatives, and the Republican National Committee

5  (collectively, the "Movants") waive their right to file a reply in support of the Motion, in

6  the interest of facilitating an expeditious ruling.

7        The Movants strongly disagree that the Supreme Court's admonition against last-

8  minute judicially imposed alterations to a state's election procedures, *see Purcell v.*

9  *Gonzalez*, 549 U.S. 1 (2006), applies to this constellation of facts.  If and to the extent that

10  the Court's injunction was erroneously issued, *Purcell* is no barrier to appellate

11  intervention.  *See Merrill v. Milligan*, 142 S. Ct. 879, 882 (2022) (Mem.) (Kavanaugh, J.,

12  concurring) ("Correcting an erroneous lower court injunction of a state election law does

13  not itself constitute a *Purcell* problem.  Otherwise, appellate courts could never correct a

14  late-breaking lower court injunction of a state election law. That would be absurd and is

15  not the law.").  And the state and county Defendants cannot contrive a putative *Purcell*

16  problem by willfully refusing for more than a year to implement duly enacted state laws,

17  despite the absence of any appealable court order enjoining their enforcement.

18        That said, the Movants do believe that an approaching series of election-related

19  deadlines—to include the close of voter registration for the July 30, 2024 primary election

20  on July 1, *see* A.R.S. § 16-120(A)—underscores the need for a prompt appellate resolution

21  of the consequential legal questions that the Motion presents.

22        For these reasons, the Movants respectfully request a ruling on the Motion by **June**

23  **14, 2024**.

24

25

26

27

28

1

1    RESPECTFULLY SUBMITTED this 6th day of June, 2024.

2                                                        By: */s/ Thomas Basile*

3    Gilbert C. Dickey*                    Kory Langhofer, Ariz. Bar No. 024722
     CONSOVOY MCCARTHY PLLC                 Thomas Basile, Ariz. Bar. No. 031150
4    1600 Wilson Blvd., Ste. 700           STATECRAFT PLLC
     Arlington, VA 22209                   649 North Fourth Avenue, First Floor
5    (703) 243-9423                        Phoenix, Arizona 85003
     gilbert@consovoymccarthy.com          (602) 382-4078
6                                          kory@statecraftlaw.com
                                           tom@statecraftlaw.com
7    Tyler Green*
     CONSOVOY MCCARTHY PLLC
8    222 S. Main Street, 5th Floor
     Salt Lake City, UT 84101
9    tyler@consovoymccarthy.com

10
11   *admitted pro hac vice               *Attorneys for Intervenor-Defendant*
                                          *Republican National Committee*
12

13

14                                         s/ Hannah H. Porter (with permission)
                                           **GALLAGHER & KENNEDY, P.A.**
15                                         Kevin E. O'Malley (Bar No. 006420)
                                           Hannah H. Porter (Bar No. 029842)
16                                         Ashley E. Fitzgibbons (Bar No. 036295)
                                           2575 East Camelback Road
17                                         Phoenix, Arizona 85016-9225
                                           Telephone: (602) 530-8000
18                                         Facsimile: (602) 530-8500
                                           kevin.omalley@gknet.com
19                                         hannah.porter@gknet.com
                                           ashley.fitzgibbons@gknet.com
20

21

22                                         *Attorneys for Intervenor-Defendants*
                                           *Speaker Toma and President Petersen*
23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

*/s/ Thomas Basile*