Ernest Herrera*
Erika Cervantes*
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Email: eherrera@maldef.org
Email: ecervantes@maldef.org
*Admitted Pro Hac Vice

Daniel R. Ortega Jr
Ariz. Bar No. 005015
Ortega Law Firm
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
Telephone: (602) 386-4455
Email: danny@ortegalaw.com

*Attorneys for Plaintiffs
Promise Arizona and Southwest Voter
Registration Education Project*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.,<br><br>  Defendants.<br><br>AND CONSOLIDATED CASES. | No. CV-22-00509-PHX-SRB (Lead)<br>**NOTICE OF CROSS-APPEAL BY PROMISE ARIZONA PLAINTIFFS**<br>No. CV-22-00519-PHX-SRB<br>No. CV-22-01003-PHX-SRB<br>No. CV-22-01124-PHX-SRB<br>No. CV-22-01369-PHX-SRB<br>No. CV-22-01381-PHX-SRB<br>No. CV-22-01602-PHX-SRB<br>No. CV-22-01901-PHX-SRB |

Plaintiffs Promise Arizona and Southwest Voter Registration Education Project (collectively, "Promise Arizona Plaintiffs") respectfully give notice that they cross-appeal to the United States Court of Appeals for the Ninth Circuit from the Amended Order and Final Judgment of a Civil Case (Dkt. 709, 720) entered in this action on the 29th day of February 2024 and 2nd day of May 2024, respectively.

This Notice of Cross-Appeal follows the Notice of Appeal filed May 8, 2024 by the Intervenor-Defendants Warren Petersen, in his capacity as President of the Arizona State Senate, Ben Toma, in his capacity as the Speaker of the Arizona House of Representatives, and the Republican National Committee (Dkt. 723) and the Notice of Appeal filed June 3, 2024 by Defendants State of Arizona and Attorney General Kris Mayes (Dkt. 739).

Dated: June 28, 2024                    Respectfully submitted,

By: /s/ *Ernest Herrera*
Ernest Herrera*
Erika Cervantes*
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
634 S. Spring St., 11th floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Email: ecervantes@maldef.org
Email: eherrera@maldef.org

*Admitted Pro Hac Vice*

Daniel R. Ortega Jr.
Ariz. Bar No. 005015
Ortega Law Firm
361 East Coronado Road, Suite 101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phoenix, AZ 85004-1525
Telephone: (602) 386-445
Email: danny@ortegalaw.com

*Attorneys for Plaintiffs*
*Promise Arizona and Southwest Voter*
*Registration Education Project*

**CERTIFICATE OF SERVICE**

On this 28th day of June, 2024, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

*/s/ Ernest Herrera*
Ernest Herrera