# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## REPRESENTATION STATEMENT

*Mi Familia Vota, et al. v. Fontes, et al.*, No. CV-22-00509-PHX-SRB (Lead)
**Consolidated Cases:**

No. CV-22-00519-PHX-SRB
No. CV-22-01003-PHX-SRB
No. CV-22-01124-PHX-SRB
No. CV-22-01369-PHX-SRB
No. CV-22-01381-PHX-SRB
No. CV-22-01602-PHX-SRB
No. CV-22-01901-PHX-SRB

1. Cross-Appellants – Appellees Promise Arizona and Southwest Voter Registration and Education Project

Ernest Herrera
Erika Cervantes
Mexican American Legal Defense and Educational Fund
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Email: eherrera@maldef.org
Email: ecervantes@maldef.org

Daniel R Ortega , Jr.
Ortega Law Firm PC
361 E Coronado Rd., Ste. 101
Phoenix, AZ 85004-1525
602-386-4455
Email: danny@ortegalaw.com

Counsel Ernest Herrera is registered for electronic filing in the Ninth Circuit.

2. Cross-Appellees – Appellants Republican National Committee

Cameron Thomas Norris
Gilbert Dickey
Consovoy McCarthy PLLC - Arlington, VA

1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
Email: cam@consovoymccarthy.com
Email: gilbert@consovoymccarthy.com

Kory A Langhofer
Thomas J Basile
Statecraft PLLC
649 N 4th Ave., Ste. B
Phoenix, AZ 85003
602-571-4275
602-382-4066
Email: kory@statecraftlaw.com
Email: tom@statecraftlaw.com

Tyler R Green
Consovoy McCarthy PLLC - Salt Lake City, UT
222 S Main St.
5th Fl.
Salt Lake City, UT 84101
703-243-9423
Email: tyler@consovoymccarthy.com

3. Cross-Appellees – Appellants Arizona Senate President Warren Petersen and Arizona House Speaker Ben Toma

Ashley Elizabeth Fitzgibbons
Hannah Hatch Porter
Kevin E O'Malley
Gallagher & Kennedy PA - Phoenix
2575 E Camelback Rd., Ste. 1100
Phoenix, AZ 85016
602-530-8000
602-530-8175
Email: ashley.fitzgibbons@gknet.com
Email: hannah.porter@gknet.com
Email: kevin.omalley@gknet.com

4. Cross-Appellees – Appellants State of Arizona and Arizona Attorney General Kristin Mayes

Joshua David R Bendor
Joshua Michael Whitaker

Hayleigh Susan Crawford
Arizona Attorney General's Office – Phoenix
2005 N Central Ave.
Phoenix, AZ 85004
602-542-8958
602-542-7738
602-542-8255
Email: joshua.bendor@azag.gov
Email: Joshua.Whitaker@azag.gov
Email: hayleigh.crawford@azag.gov

Kathryn E Boughton
Perkins Coie LLP - Phoenix, AZ
2525 E Camelback Rd., Ste. 500
Phoenix, AZ 85016
602-542-7932
Email: kathryn.boughton@azag.gov

    5.   Appellees Mi Familia Vota and Voto Latino

Austin Tyler Marshall
Daniel Abraham Arellano
Jillian Laura Andrews
Roy Herrera , Jr.
Herrera Arellano LLP
1001 N Central Ave., Ste. 404
Phoenix, AZ 85004-1500
928-446-4410
602-567-4820
480-688-4657
Email: austin@ha-firm.com
Email: daniel@ha-firm.com
Email: jillian@ha-firm.com
Email: roy@ha-firm.com

Christopher D Dodge
Daniela Lorenzo
Elisabeth C Frost
Marc Elias
Qizhou Ge
Elias Law Group LLP - Washington, DC
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
202-987-4928

3

202-968-4550
202-968-4513
202-968-4510
202-987-5681
Email: cdodge@elias.law
Email: dlorenzo@elias.law
Email: efrost@elias.law
Email: melias@elias.law
Email: age@elias.law

6. Appellees Living United for Change in Arizona, League of United Latin American Citizens Arizona, Arizona Students' Association, ADRC Action, Inter Tribal Council of Arizona Incorporated, San Carlos Apache Tribe, and Arizona Coalition for Change

Alexander Bennett Ritchie
Chase Andrew Velasquez
San Carlos Apache Tribe - Office of the Attorney General
PO Box 40
San Carlos, AZ 85550
928-475-3344
Email: alex.ritchie@scat-nsn.gov
Email: chase.velasquez@scat-nsn.gov

Ben Clements
Courtney Hostetler
John C Bonifaz
Free Speech for People
48 N Pleasant St., Ste. 304
Amherst, MA 01002
617-943-1803
617-249-3015
413-253-2700
Email: bclements@freespeechforpeople.org
Email: chostetler@freespeechforpeople.org
Email: jbonifaz@freespeechforpeople.org

Daniel T Fenske
Gary A Isaac
William Joseph McElhany , III
Mayer Brown LLP - Chicago, IL
71 S Wacker Dr.
Chicago, IL 60606
312-701-8926

312-701-7025
812-686-7137
Email: DFenske@mayerbrown.com
Email: gisaac@mayerbrown.com
Email: WMcElhaney@mayerbrown.com

Lee H Rubin
Mayer Brown LP
2 Palo Alto Sq Ste 300
3000 El Camino Real
Palo Alto, CA 94306-2112
650-331-2037
Email: lrubin@mayerbrown.com

Rachel J Lamorte
Mayer Brown LLP - Washington, DC
1999 K St. NW
Washington, DC 20006
202-263-3262
Email: rlamorte@mayerbrown.com

Danielle Marie Lang
Jonathan Diaz
Molly Danahy
Robert Brent Ferguson
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
267-205-0578
202-736-2200
918-576-4318
Email: dlang@campaignlegalcenter.org
Email: jdiaz@campaignlegal.org
Email: mdanahy@campaignlegalcenter.org
Email: bferguson@campaignlegalcenter.org

James Evans Barton , II
Barton Mendez Soto PLLC
401 W Baseline Rd., Ste, 205
Tempe, AZ 85283
480-550-5165
Email: james@bartonmendezsoto.com

5

7. Appellee United States of America

Jennifer J Yun
US Dept of Justice - Voting - M Street
4 Constitution Square
150 M St. NE
Washington, DC 20503
202-305-5533
Email: Jennifer.Yun@usdoj.gov

Richard Dellheim
Margaret Turner
Sejal Jhaveri
US Dept of Justice - Civil Rights Div, Voting Section
950 Pennsylvania Ave. NW
Washington, DC 20530
202-305-1734
771-217-6882
202-305-7376
Email: richard.dellheim@usdoj.gov
Email: margaret.m.turner@usdoj.gov
Email: sejal.jhaveri@usdoj.gov

8. Appellees Poder Latinx, Chicanos Por La Causa, and Chicanos Por La Causa Action Fund

Andrew Hirschel
Leah R Novak
Arnold & Porter Kaye Scholer LLP - New York, NY
250 W 55th St.
New York, NY 10019
212-836-7827
212-836-8000
Email: andrew.hirschel@arnoldporter.com
Email: leah.novak@arnoldporter.com

Beauregard William Patterson
Jonathan Sherman
Michelle Kanter Cohen
Fair Elections Center
1825 K St. NW, Ste. 701
Washington, DC 20006
715-551-3187

202-331-0114
Email: bpatterson@fairelectionscenter.org
Email: jsherman@fairelectionscenter.org
Email: mkantercohen@fairelectionscenter.org

Daniel Jay Adelman
Arizona Center for Law In The Public Interest - Phoenix, AZ
352 E Camelback Rd., Ste. 200
Phoenix, AZ 85012
602-258-8850
Email: danny@aclpi.org

Erica Elaine McCabe
Jeremy Karpatkin
John A Freedman
Leah Motzkin
Arnold & Porter Kaye Scholer LLP - Washington, DC
601 Massachusetts Ave. NW, Ste. 1000
Washington, DC 20001
202-942-6821
202-942-5564
202-942-5316
602-515-2173
Email: erica.mccabe@arnoldporter.com
Email: jeremy.karpatkin@arnoldporter.com
Email: john.freedman@arnoldporter.com
Email: leah.motzkin@arnoldporter.com

9. Appellees Democratic National Committee and Arizona Democratic Party

Britany Riley-Swanbeck
Christopher E Babbitt
Daniel S Volchok
Seth P Waxman
Wilmer Cutler Pickering Hale & Dorr LLP - Washington, DC
2100 Pennsylvania Ave. NW
Washington, DC 20037
202-663-6137
202-663-6681
202-663-6103
202-663-6800
Email: britany.riley-swanbeck@wilmerhale.com
Email: christopher.babbitt@wilmerhale.com
Email: daniel.volchok@wilmerhale.com

Email: seth.waxman@wilmerhale.com

Bruce Edward Samuels
Jennifer Soo Jung Lee-Cota
Papetti Samuels Weiss McKirgan LLP
16430 N Scottsdale Rd., Ste. 290
Scottsdale, AZ 85254
480-800-3530
480-800-3528
Email: bsamuels@pswmlaw.com
Email: jleecota@pswmlaw.com

Kelsey Quigley
Wilmer Cutler Pickering Hale & Dorr LLP - Palo Alto, CA
2600 El Camino Real, Ste. 400
Palo Alto, CA 94306
650-600-5031
Email: kelsey.quigley@wilmerhale.com

10. Appellee Arizona Asian American Native Hawaiian And Pacific Islander for Equity Coalition

Amit Makker
Catherine Anne Rizzoni
Evan Omi
John H Steinbach
Jordan Mundell
Sadik Huseny
Latham & Watkins - San Francisco, CA
505 Montgomery St., Ste. 2000
San Francisco, CA 94111
415-395-8034
415-391-0600
Email: amit.makker@lw.com
Email: cat.rizzoni@lw.com
Email: evan.omi@lw.com
Email: john.steinbach@lw.com
Email: jordan.mundell@lw.com
Email: sadik.huseny@lw.com

Andrew Mark Federhar
Spencer Fane LLP - Phoenix, AZ
2415 E Camelback Rd., Ste. 600
Phoenix, AZ 85016-4251

8

602-333-5430
Email: afederhar@spencerfane.com

Niyati Shah
Terry Ao Minnis
Asian Americans Advancing Justice - Washington, DC
1620 L St. NW, Ste. 1050
Washington, DC 20036
202-815-1098
202-815-4412
Email: nshah@advancingjustice-aajc.org
Email: tminnis@advancingjustice-aajc.org

11. Appellees Tohono O'odham Nation, Gila River Indian Community, Keanu Stevens, Alanna Siquieros, LaDonna Jacket

Allison Neswood
Jacqueline De Leon
Matthew L Campbell
Michael Stephen Carter
Native American Rights Fund - Boulder
250 Arapahoe Ave
Boulder, CO 80302
202-734-6449
303-447-8760
Email: neswood@narf.org
Email: jdeleon@narf.org
Email: mcampbell@narf.org
Email: carter@narf.org

David B Rosenbaum
Osborn Maledon PA - Phoenix
2929 N Central Ave., 21st Fl.
Phoenix, AZ 85012
602-640-9000
Email: drosenbaum@omlaw.com

Ezra D Rosenberg
Ryan Snow
Lawyers Committee for Civil Rights Under Law
1500 K St. NW., Ste. 900
Washington, DC 20005
202-662-8345
202-662-8312

Email: erosenberg@lawyerscommittee.org
Email: rsnow@lawyerscommittee.org

Howard Marc Shanker
Tohono O'odham Nation
P.O. Box 837
Sells, AZ 85634
520-383-3410
Email: howard.shanker@tonation-nsn.gov

Joshua James Messer
Osborn Maledon PA
P.O. Box 36379
Phoenix, AZ 85067-6379
602-640-9326
Email: jmesser@omlaw.com

Marissa L Sites
Tohono O'odham Nation Office of the Attorney General
P.O. Box 830
Sells, AZ 85634-0830
520-383-3410
Email: marissa.sites@tonation-nsn.gov

Samantha Blencke Kelty
Hufford Horstman Mongini Parnell & Tucker PC
P.O. Box B
Flagstaff, AZ 86001-4547
928-226-0000
Email: kelty@narf.org

Javier G Ramos
Gila River Indian Community - Sacaton, AZ
P.O. Box 97
Sacaton, AZ 85147
520-562-9760
Email: javier.ramos@gric.nsn.us