| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUL 18 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MI FAMILIA VOTA; et al.,

        Plaintiffs - Appellees,

 v.

ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.,

        Defendants - Appellees,

WARREN PETERSEN, President of the Arizona Senate; et al.,

        Intervenor-Defendants - Appellants,

------------------------------------

ARIZONA REPUBLICAN PARTY,

        Intervenor - Pending.

No. 24-3188

D.C. No. 2:22-cv-00509-SRB
District of Arizona, Phoenix

ORDER

---

MI FAMILIA VOTA; et al.,

        Plaintiffs - Appellees,

 v.

KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA,

        Defendants - Appellants.

No. 24-3559

D.C. No. 2:22-cv-00509-SRB
District of Arizona, Phoenix

ORDER

| | |
|---|---|
| PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,<br><br>   Plaintiffs - Appellants,<br><br>and<br><br>MI FAMILIA VOTA; et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>ADRIAN FONTES; et al.,<br><br>   Defendants,<br><br>and<br><br>KRIS MAYES, Arizona Attorney General and STATE OF ARIZONA,<br><br>   Defendants - Appellees,<br><br>WARREN PETERSEN; et al.,<br><br>   Intervenor-Defendants - Appellees,<br><br>----------------------------------------<br><br>ARIZONA REPUBLICAN PARTY,<br><br>   Intervenor - Pending. | No. 24-4029<br>D.C. No.<br>2:22-cv-00509-SRB<br>District of Arizona,<br>Phoenix |

Before: BADE, LEE, and FORREST, Circuit Judges.

The motion to partially stay the district court's May 2, 2024 judgment (Docket Entry No. 50 in No. 24-3188) is granted in part and denied in part. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

We conclude that appellants in No. 24-3188 have satisfied the standard for a stay pending appeal with respect to the portion of the injunction barring enforcement of A.R.S. § 16-121.01(C). We conclude that appellants have failed to satisfy the standard for a stay pending appeal in all other respects. The district court's May 2, 2024 judgment is therefore stayed to the extent that it bars enforcement of A.R.S. § 16-121.01(C). This order is subject to reconsideration by the panel assigned to decide the merits of this appeal.

We consolidate and expedite these cross-appeals.

The first briefs on cross-appeal for all defendants are due July 25, 2024. The consolidated second briefs on cross-appeal for plaintiffs are due August 5, 2024. The third briefs on cross-appeal for all defendants are due August 15, 2024. The optional consolidated cross-appeal reply briefs for plaintiffs are due within 7 days after service of the third briefs on cross-appeal.

Arizona Republican Party's motion to intervene (Docket Entry No. 63 in No. 24-3188) is referred to the panel assigned to decide the merits of these cross-appeals.

The Clerk will place this appeal on the calendar for September 2024. *See* 9th Cir. Gen. Ord. 3.3(g).