IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.,<br><br>    Defendants.<br><br>**AND CONSOLIDATED CASES** | No. CV-22-00509-PHX-SRB<br><br>**ORDER** |

    IT IS ORDERED that Defendant's Motion for Withdrawal of Co-Counsel with Client Consent is granted. Amy B. Chan is withdrawn as attorney/co-counsel of record in this matter. (Doc. 782)

    Dated this 29th day of August, 2025.

                                           Susan R. Bolton<br>
                                       United States District Judge