| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 31 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

| | |
|---|---|
| MI FAMILIA VOTA; et al., | No. 24-3188 |
| Plaintiffs - Appellees, | D.C. No. 2:22-cv-00509-SRB |
| v. | District of Arizona, Phoenix |
| ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al., | MANDATE |
| Defendants - Appellees, | |
| WARREN PETERSEN, President of the Arizona Senate; et al., | |
| Intervenor-Defendants - Appellants. | |

| | |
|---|---|
| MI FAMILIA VOTA; et al., | No. 24-3559 |
| Plaintiffs - Appellees, | D.C. No. 2:22-cv-00509-SRB |
| v. | District of Arizona, Phoenix |
| KRIS MAYES and STATE OF ARIZONA, | |
| Defendants - Appellants. | |

| | |
|---|---|
| PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, | No. 24-4029 |
| | D.C. No. 2:22-cv-00509-SRB |
| Plaintiffs - Appellants, | District of Arizona, |

| |
|---|
| Phoenix |

and

MI FAMILIA VOTA; et al.,

      Plaintiffs,

v.

ADRIAN FONTES; et al.,

      Defendants,

and

KRIS MAYES and STATE OF ARIZONA,

      Defendants - Appellees,

WARREN PETERSEN and REPUBLICAN NATIONAL COMMITTEE,

      Intervenor-Defendants - Appellees,

and

STEVE MONTENEGRO, Speaker of the Arizona House of Representatives,

      Intervenor-Defendant - Appellant.

    The judgment of this Court, entered February 25, 2025, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellants in the total amount of $738.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT