# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-SHD |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** that this matter be randomly reassigned to the Honorable Judge Diane J. Humetewa for all further proceedings. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV-22-00509-PHX-DJH.**

Dated this 7th day of November, 2025.

_____
Honorable Sharad H. Desai
United States District Judge