# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-22-00509-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | |

The Supreme Court has granted certiorari in this consolidated case. *Mi Familia Vota v. Fontes*, 129 F.4th 691 (9th Cir. 2025), *cert. granted sub nom.*, *Republican Nat. Comm. v. Mi Familia Vota, et al.*, -- S.Ct. ----, 2026 WL 1855101 (U.S. June 29, 2026) (No. 25-1017). Awaiting a decision from the Supreme Court will facilitate "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law," and will not result in damage, hardship, or inequity to any party. *See Chinaryan v. City of Los Angeles*, 122 F.4th 823, 825 (9th Cir. 2024) (simplified).

Accordingly,

**IT IS ORDERED** the Motion to Stay (Doc. 791) is **GRANTED**. Proceedings on remand are **STAYED** pending the Supreme Court's resolution of *Republican Nat. Comm. v. Mi Familia Vota, et al.*, No. 25-1017.

/

/

/

**IT IS FURTHER ORDERED** the parties shall notify the court within seven days of the Supreme Court's opinion being issued.

Dated this 29th day of June, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**